# UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
## OF THE DISTRICT OF COLUMBIA

Case: 1:19−cv−03312
Assigned To : Kollar−Kotelly, Colleen
Assign. Date : 11/4/2019
Description: Pro Se Gen. Civ. (F−DECK)

**VICKI FANNING MCLEAN**
**42431 EVANGELINE DRIVE**
**HAMMOND, LOUISIANA 70403**

**ESTATE OF JAMES MCLEAN**
**42431 EVANGELINE DRIVE**
**HAMMOND, LOUISIANA 70403**

**ESTATE OF LOUIS FANNING, SR.**
**42431 EVANGELINE DRIVE**
**HAMMOND, LOUISISANA 70403**

**EX REL**

**UNITED STATES OF AMERICA**

**PLAINTIFFS**

**VS**

**RUSSIAN FEDERATION,**
**COUNTRY OF 1924 TO PRESENT**
**PROSECUTOR GENERAL**
**OF RUSSIA**
**BOLGHAYA DMITROVAKA, 15A**
**GSP-3, MOSCOW, 125993 RUSSIA**

**PATRIOT ACT OF 2001**

**ESPIONAGE ACT OF 1917,1939**

**ALIEN REGISTRATION ACT OF 1940**

**TRADE EXPANSION ACT OF 1962**

**INTERNATIONAL IN TRAFFIC IN ARMS REGULATION ACT OF 1976**

**COUNTERING RUSSIAN INFLUENCE IN EUROPE AND EURASIA ACT OF 2017**

**COUNTERING AMERICA'S ADVERSARIES THROUGH SANCTIONS ACT OF 2017**

**FOREIGN INVESTMENT AND NATIONAL SECURITY ACT OF 2007**

**IMMIGRATION & NATURALIZATION ACT OF 1924, 1952**

**SEDITION ACT OF 1918**

**RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT OF 1970**

RECEIVED

NOV 0 4 2019

Clerk, U.S. District and
Bankruptcy Courts

1

VLADIMIR PUTIN, PRESIDENT
OF RUSSIAN FEDERATION
PROSECUTOR GENERAL
OF RUSSIA
BOLGHAYA DMITROVAKA, 15A
GSP-3, MOSCOW, 125993 RUSSIA

GRU MILITARY INTELLIGENCE
AGENCY OF
RUSSIAN FEDERATION
GRIZODUBOVOY STR 3,
MOSCOW, 125252 RUSSIA

INTERNET RESEARCH AGENCY
55 SAVUSHKINA STREET
PRIMORSKY DISTRICT, 197183
SAINT PETERSBURG

JSC ROSOBORONEXPORT
STATE CORPORATION OF
RUSSIAN FEDERATION
27, STROMGNKA STREET
MOSCOW, 101076
RUSSIA FEDERATION

BNK MILITARY INDUSTRIAL
COMPANY, LLC24
15 ROCHDELSKAYA STR,
BUILD 8, FLOOR 3, P. 1, COM. 10-14
MOSCOW, 123022 RUSSIA

ROSATOM STATE NUCLEAR
ENERGY CORPORATION
24 BOLSHAYA ORDYNKA ST 1.,
MOSCOW 119017, RUSSIA

ROSTEC
24 USACHEVA STREET
MOSCOW 119048, RUSSIA

INVENTIONS SECRECY ACT OF 1961

SOCIAL SECURITY ACT OF 1935, 1965

CIVIL RIGHTS ACT OF 1964

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

ILLEGAL IMMIGRATION AND
REFORM RESPONSIBILITY ACT
OF 1996

BANK SECRECY ACT OF 1970

FOREIGN INVESTMENT RISK
REVIEW MONDERNIZATION ACT
OF 2018

URANIUM ONE GROUP
OZERKOVSKAYA NAB 28,
BUILDING 3, MOSCOW, 115184
RUSSIA

BURISMA HOLDING LIMITED
ARCHIEPISKOPOU MAKARIOU III
155, PROTEAS HOUSE, FLOOR 5,
3026 LEMESOS, CYPRUS

GULFTAINER COMPANY LIMITED
121 CORNICHE AL BUHAIRA
43rd FLOOR SARH AL EMARAT TOWER
SHARJAH, UNITED ARAB EMIRATES 23117

CRESCENT ENTERPRISES
CRESCENT HOUSE
121 CORNICHE AL BUHAIRA,
SHARJAH, UNITED ARAB EMIRATES 23117

INTERNATIONAL ATOMIC ENERGY AGENCY
VIENNA INTERNATIONAL CENTRE
P.O. BOX 100
A-1400 VIENNA, AUSTRIA

TERRA POWER
15800 NORTHUP WAY
BELLEVUE, WASHINGTON 98008

BILL, HILLARY, AND CHELSA
CLINTON FOUNDATION
1200 PRESIDENT CLINTON AVENUE
LITTLE ROCK, ARKANSAS 72201

BILL AND MELINDA GATES FOUNDATION
500 FIFTH AVENUE NORTH
SEATTLE, WASHINGTON 981092

VARKEY FOUNDATION
2ND FLOOR, ST. ALBANS HOUSE
57-59 HAYMARKET
LONDON, SW1Y4QX, UK

FACEBOOK, INC.
1601 WILLOW ROAD
MENLO PARK, CA 94025

GOOGLE NORTH AMERICA, INC.
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

TWITTER, INC.
1355 MARKET STREET SUITE 900
SAN FRANCISCO, CA 94103

BITCOIN FOUNDATION
71 COLUMBIA ST. SUITE 300
SEATTLE, WA USA 98104

HARVARD UNIVERSITY
OFFICE OF GENERAL COUNSEL
SMITH CAMPUS CENTER
1350 MASSACHUETTS AVENUE
CAMBRIDGE, MA 02138-3834

MASSACHUETTS INSTITUTE OF
TECHNOLOGY
OFFICE OF GENERAL COUNSEL
77 MASSACHUSETTS AVE 7-206
CAMBRIDGE, MA 02139-4307

STANFORD UNIVERSITY
OFFICE OF GENERAL COUNSEL
BLDG 170, THIRD FLOOR, MAIN QUAK
P.O. BOX. 20386
STANFORD, CA 94305-2038

VLADIMIR PUTIN, PRESIDENT
OF RUSSIAN FEDERATION
PROSECUTOR GENERAL
OF RUSSIA
BOLGHAYA DMITROVAKA, 15A
GSP-3, MOSCOW, 125993 RUSSIA

GRU MILITARY INTELLIGENCE
AGENCY OF
RUSSIAN FEDERATION
GRIZODUBOVOY STR 3,
MOSCOW, 125252 RUSSIA

INTERNET RESEARCH AGENCY
55 SAVUSHKINA STREET
PRIMORSKY DISTRICT, 197183
SAINT PETERSBURG

JSC ROSOBORONEXPORT
STATE CORPORATION OF
RUSSIAN FEDERATION
27, STROMGNKA STREET
MOSCOW, 101076
RUSSIA FEDERATION

BNK MILITARY INDUSTRIAL
COMPANY, LLC24
15 ROCHDELSKAYA STR,
BUILD 8, FLOOR 3, P. 1, COM. 10-14
MOSCOW, 123022 RUSSIA

ROSATOM STATE NUCLEAR
ENERGY CORPORATION
24 BOLSHAYA ORDYNKA ST 1.,
MOSCOW 119017, RUSSIA

ROSTEC
24 USACHEVA STREET
MOSCOW 119048, RUSSIA

INVENTIONS SECRECY ACT OF 1961

SOCIAL SECURITY ACT OF 1935, 1965

CIVIL RIGHTS ACT OF 1964

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

ILLEGAL IMMIGRATION AND
REFORM RESPONSIBILITY ACT
OF 1996

BANK SECRECY ACT OF 1970

FOREIGN INVESTMENT RISK
REVIEW MONDERNIZATION ACT
OF 2018

**URANIUM ONE GROUP**
**OZERKOVSKAYA NAB 28,**
**BUILDING 3, MOSCOW, 115184**
**RUSSIA**

**BURISMA HOLDING LIMITED**
**ARCHIEPISKOPOU MAKARIOU III**
**155, PROTEAS HOUSE, FLOOR 5,**
**3026 LEMESOS, CYPRUS**

**GULFTAINER COMPANY LIMITED**
**121 CORNICHE AL BUHAIRA**
**43rd FLOOR SARH AL EMARAT TOWER**
**SHARJAH, UNITED ARAB EMIRATES 23117**

**CRESCENT ENTERPRISES**
**CRESCENT HOUSE**
**121 CORNICHE AL BUHAIRA,**
**SHARJAH, UNITED ARAB EMIRATES 23117**

**INTERNATIONAL ATOMIC ENERGY AGENCY**
**VIENNA INTERNATIONAL CENTRE**
**P.O. BOX 100**
**A-1400 VIENNA, AUSTRIA**

**TERRA POWER**
**15800 NORTHUP WAY**
**BELLEVUE, WASHINGTON 98008**

**BILL, HILLARY, AND CHELSA**
**CLINTON FOUNDATION**
**1200 PRESIDENT CLINTON AVENUE**
**LITTLE ROCK, ARKANSAS 72201**

**BILL AND MELINDA GATES FOUNDATION**
**500 FIFTH AVENUE NORTH**
**SEATTLE, WASHINGTON 981092**

**GEORGETOWN UNIVERSITY**
**OFFICE OF GENERAL COUNSEL**
**37TH & O STREETS, NW**
**WASHINGTON, DC 20057**

**GEORGE WASHINGTON UNIVERSITY**
**OFFICE OF GENERAL COUNSEL**
**2000 PENNSYLVANIA AVE. NW**
**SUITE 305, WASHINGTON, DC 20006**

**LOYOLA UNIVERSITY NEW ORLEANS**
**OFFICE OF GENERAL COUNSEL**
**MARGQUETTE 240**
**6363 ST. CHARLES AVENUE**
**CAMPUS BOX 58**
**NEW ORLEANS, LA 70118**

**TULANE UNIVERSITY**
**OFFICE OF GENERAL COUNSEL**
**6823 ST. CHARELES AVE**
**NEW ORLEANS, LA 70118**

**LOUISIANA STATE UNIVERSITY**
**OFFICE OF GENERAL COUNSEL**
**3810 WEST LAKESHORE DRIVE**
**SUITE 124**
**BATON ROUGE, LA 70808**

**SOUTHEASTERN LOUISIANA UNIVERSITY**
**OFFICE OF PRESIDENT**
**DYSON HALL ROOM 106**
**SLU BOX 10784**
**HAMMOND, LA 70402**

**UNIVERSITY OF NEW ORLEANS**
**OFFICE OF PRESIDENT**
**2000 LAKESHORE DRIVE**
**NEW ORLEANS, LA 70148**

**DELGADO COMMUNITY COLLEGE**
**OFFICE OF PRESIDENT**
**615 CITY PARK AVENUE**
**NEW ORLEANS, LA 70119**

**UNIVERSITY OF TEXAS SYSTEM**
**210 WEST 7TH STREET**
**AUSTIN, TEXAS 78701-2982**

**UNIVERSITY OF HOUSTON SYSTEM**
**OFFICE OF GENERAL COUNSEL**
**4800 CALHOUN**
**HOUSTON, TX 77204**

**SOUTH TEXAS COLLEGE OF LAW OF**
**HOUSTON**
**OFFICE OF GENERAL COUNSEL**
**1303 SAN JACINTO ST.**
**HOUSTON, TX 70002-7006**

**LONE STAR COLLEGE SYSTEM**
**OFFICE OF GENERAL COUNSEL**
**5000 RESEARCH FOREST DRIVE**
**THE WOODLANDS, TX 77381**

**TEXAS A&M UNIVERSITY SYSTEM**
**OFFICE OF GENERAL COUNCIL**
**301 TARROW STREET**
**COLLEGE STATION, TX 77840-7896**

**UNIVERSITY OF CALIFORNIA SYSTEM**
**OFFICE OF PRESIDENT AND**
**GENERAL COUNSEL**
**1111 FRANKLIN ST.**
**OAKLAND, CA 94607**

**<u>DEFENDANTS</u>**

6

Case: 1:19−cv−03312
Assigned To : Kollar−Kotelly, Colleen
Assign. Date : 11/4/2019
Description: Pro Se Gen. Civ. (F−DECK)

**COMPLAINT**

I, Vicki Fanning McLean a plaintiff and the Pro Se filer for the plaintiffs of the Estate of James McLean and the Estate of Louis Anthony Fanning, Sr all being native U.S. Citizens and Texas, or Louisiana residents am filing this case against the Russian Federation, Country of, ET AL EX REL USA under the Patriot Act, Espionage Act of 1917, Countering America's Adversaries Through Sanctions Act of 2017, Countering Russian Influence in Europe and Eurasia Act of 2017, Foreign Investment and National Security Act of 2007, Trade Expansion Act of 1962, International In Traffic In Arms Regulation Act of 1976,  Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, Racketeer Influence and Corrupt Organizations Act of 1970,  Bank Secrecy Act of 1970, Civil Rights Act of 1964, Social Security Act of 1935, 1965, Employment Retirement Income Security Act of 1974, and Illegal Immigration Reform and Immigrant Responsibility Act of 1996. The plaintiffs in this case have previously filed a series of federal cases placed with the Foreign Intelligence Surveillance Court (known here after as FISC) under Intelligence Judge Martin Feldman in the U.S. District Court of Eastern Louisiana beginning on Sept. 28, 2016 Case 16-15001. The series of cases filed under the Foreign Intelligence Surveillance Court were filed primary under the Patriot Act of 2001, Alien Registration Act. Of 1940, McCarren-Walters Act of 1952, Bank Secrecy Act of 1970, Espionage, Act of 1917, RICO ACT of 1970, and the International Traffic in Arms Regulation Act of 1976 and Immigration and Naturalization Act of 1924 and 1952. Many of the issues addressed in this case were addressed by the plaintiffs against different defendants in FISC cases filed under the Patriot Act and Espionage Act in U.S. District Court of Eastern Louisiana in New Orleans 17-5578, 17-12760, 18-911, 18-3462, 18-3701 and U.S. District Court of Western Texas A18-1021 , A19 -0591, A19-0647 and A19-0648 all filed originally under Federal Judge Robert Pitman.

RECEIVED

NOV 0 4 2019

Clerk, U.S. District and
Bankruptcy Courts

Due to these FISC cases being active with active investigations specifically addressing the yearly massive theft of U.S. funds by the Federal Reserve Shareholders back till 1913 there exists a much greater threat from immigrants, legal and illegal living inside the United State most using stolen U.S. Citizens' social security numbers , to rise up and revolt against the U.S. Citizens in the border States and Coastal States while enabling the mass movement of foreign troops from the Mexican border falsely claiming asylum and refugee status, from overseas from China by way of cruise ships, and from Russia and India by way of illegal international underground subways to overtake the United States and the United States Citizens for the Federal Reserve Shareholders planned massive United States genocide.

The filing of this case for the U.S. Citizens as described against the Russian Federation, Country of, ET AL EX REL USA  under the Patriot Act, etc. should enable this case to be immediately moved to the FISC under Judge Martin Feldman and Magistrate Daniel Knowles with immediate transfer to Chief Supreme Court Justice John Roberts to be in accordance with the U.S. Constitution Article 3, Sections 1-3 supported by the Federalist Papers Article 81.

Quote from the Federalist Papers Article 81

"Let us now examine in what manner the judicial authority is to be distributed between the supreme and the inferior courts of the Union. The Supreme Court is to be invested with original jurisdiction, only ``in cases affecting ambassadors, other public ministers, and consuls, and those in which a state shall be a party." Public ministers of every class are the immediate representatives of their sovereigns. All questions in which they are concerned are so directly connected with the sovereignties they represent; it is both expedient and

proper that such questions should be submitted in the first instance to the highest judicatory of the nation. the public peace, that, as well for the preservation of this, as out of respect to Though consuls have not in strictness a diplomatic character, yet as they are the public agents of the nations to which they belong, the same observation is in a great measure applicable to them. In cases in which a State might happen to be a party, it would ill suit its dignity to be turned over to an inferior tribunal."

Due to the attack on Supreme Court Justice Brett Kavanaugh in 2018 led by U.S. Democratic Senator Diane Feinstein and the attack on Vicki McLean's first federal Judge Thomas Porteous in 2008 led by the Democratic controlled U.S. House of Representatives under Speaker Nancy Pelosi for the benefit of the Federal Reserve Shareholders there is a greater urgency to notify all Federal Judges to protect and aid them to rise up against the forging of their orders encouraging them also to transfer all forged cases to FICS especially the ones filed for immigrants not allowed to file in U.S. Courts under the Alien Registration Act of 1940 and Espionage Act and Sedition Act of 1917. Vicki McLean forcing a citation hearing purposely positioned with Magistrate Daniel Knowles was how she enabled the FISC to prove that all Vicki McLean's federal judges' orders being as many as 22 Federal Judges had been forged with the forging of the assistant U.S. Attorneys' motions by the colleges and universities' illegal mind control staff on 6 Federal False Claim Espionage cases filed for the U.S. Citizens. Once enough evidence was acquired by FISC, all the cases filed by Vicki McLean were able to be picked up for the U.S. Citizens.

It is very clear in the Federal Papers articles 79-81 that lays the foundation for the Judiciary Branch and the Supreme Court that a federal judge appointment is a lifetime appointment only to age 60 requiring automatic retirement from a federal judgeship position upon their 60th birthday. Federal Judges have been illegally allowed to continue after age 60 due to the Supreme Court having allowed the forging of their own orders for over 70 years by the universities and colleges mind control system for the benefits of the Federal Reserve

Shareholders giving the Federal Reserve Shareholders and Universities' mind control systems great leverage over the Supreme Court Justices due to their violations of U.S. Constitution and U.S. Laws. As of 2019, 6 out of 9 Supreme Court Justices are over age 60 and Supreme Court Justice Sonia Sotomayor, a Puerto Rican Citizen, has a high probability of not being a legitimate U.S. Citizen using a stolen social security number who was nominated by U.S. President Barack Obama also said to be using a stolen U.S. Citizen social security number whose U.S. Citizenship would be questionable. These violations by the Supreme Court equates to all their ruling being voidable due to the Supreme Court being illegitimate under the U.S. Constitution and U.S. Laws which has continually denied the U.S. Citizens their rights to due process and rights to counsel. There is an extremely high probability that Supreme Court Justice Ruth Ginsburg's illegal microchip IP address contains the file records that dictated how the mind control programmers and forgers of the Supreme Court Justices were to rule on specific Supreme Court cases since Ruth Ginsberg was nominated to the Supreme Court. It is reasonable to assume all the Supreme Court Justices for the last 50 years have worked in the illegal Universities and colleges mind control system making them reliable Supreme Court Justices who would not expose the forging of the federal judges orders for the benefit of the Federal Reserve Shareholders. Due to these reasons the Supreme Court Chief Judge Roberts being over the age of 60 would have no authority over the Foreign Intelligence Surveillance Court assigned to all of Vicki McLean's past and current federal cases since 2007 starting with the case filed in U.S. District Court of Eastern Louisiana in New Orleans 07-9717 assigned to Federal Judge Thomas Porteous and Magistrate Daniel Knowles, III.

This case is being filed to address the subversive and espionage activities of the Russian Federation, Country of, ET AL allowing massive numbers of citizens from Russia who are members of Russia's Secret Police living in Russia and living inside the United States who acquired stolen U.S. Citizens social security numbers and having stolen federal, state, and

local benefits with many having acquired fraudulent U.S. Citizenship using a stolen U.S. Citizens social security in violation of the U.S. Constitution, Patriot Act 0f 2001, Espionage Act of 1917, Countering America's Adversaries Through Sanctions Act of 2017, Countering Russian Influence in Europe and Eurasia Act of 2017, Foreign Investment and National Security Act of 2007, Trade Expansion Act of 1962, International In Traffic In Arms Regulation Act of 1976,   Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, Racketeer Influence and Corrupt Organizations Act of 1970,  Bank Secrecy Act of 1970, Civil Rights Act of 1964, Social Security Act of 1935, 1965, Employment Retirement Income Security Act of 1974, and Illegal Immigration Reform and Immigrant Responsibility Act of 1996. to invade the United States to aid the U.S. Federal Reserve Shareholders to control and overtake the legitimate U.S. Government and U.S. Citizens established under the U.S. Constitution attacking them both financially and physically daily inside the United States on U.S. domestic soil by using the illegal colleges and universities' mind control systems.

The International Bankers being referred to as the Federal Reserve Shareholders here after controlled all nations and industries as early as the 1850's. The Federal Reserve Shareholders took total control over the Soviet Union government and the Soviet Union Citizens under President Stalin's regime during World War II so the Soviet Union now known as the Country of Russian Federation would be the Federal Reserve Shareholders' leader of their global Secret Police Force inside all nations and the Federal Reserve Shareholders' leader in space and on sea.

Russian Federation formerly known as the Soviet Union became the focus of Hitler as early as 1925 when Hitler declared he would invade the Soviet Union in his political manifesto and autobiography "Mein Kampf".

**"Operation Barbarossa" from Wikipedia**

"Operation Barbarossa (German: Unternehmen Barbarossa) was the code name for the Axis invasion of the Soviet Union, which started on Sunday, 22 June 1941, during World War II. The operation stemmed from Nazi Germany's ideological aims to conquer the western Soviet Union so that it could be repopulated by Germans (Lebensraum), to use Slavs as a slave labour force for the Axis war effort and to annihilate the rest according to General plan Ost, and to acquire the oil reserves of the Caucasus and the agricultural resources of Soviet territories."

"The German armies captured some 5,000,000 Red Army troops during the war, who were denied the protection guaranteed by the Hague Conventions and the 1929 Geneva Convention. A majority of Red Army POWs never returned alive. The Nazis deliberately starved to death, or otherwise killed, 3.3 million prisoners of war, as well as a huge number of civilians (through the "Hunger Plan" which aimed at largely replacing the Slavic population with German settlers). Einsatzgruppen death-squads and gassing operations murdered over a million Soviet Jews as part of the Holocaust.

Operation Barbarossa was the largest military operation in history — more men, tanks, guns and aircraft were committed than has ever been deployed in a single offensive. The invasion opened up the Eastern Front (World War II), the largest theater of war during that conflict, and it witnessed clashes of unprecedented violence and destruction for four years that resulted in the deaths of 26 million Soviet people and about 8.6 million being Red army deaths. More people died fighting on the Eastern Front than in all other fighting across the globe during World War II. Damage to both the economy and landscape was enormous for the Soviet Union as approximately 1,710 towns and 70,000 villages were razed."

**"Stalin's NKVD and Hitler's Gestapo cooperated closely even before Molotov-Ribbentrop Pact"**
**http://euromaidanpress.com/2019/01/13/stalins-nkvd-and-hitlers-gestapo-cooperated-closely-even-before-molotov-ribbentrop-pact/**

"Perhaps the only thing that outrages Russian defenders of **Stalin** more than the obvious parallels between his regime and **Hitler**'s is any reference to the alliance the two dictators formed in 1939 with the Molotov-Ribbentrop Pact, one that opened the way to war in Europe and lasted until Hitler turned on his former ally in June 1941.

But now there may be something even more offensive to such defenders of Stalin and his system: the discovery of documents which confirm that Stalin's NKVD cooperated closely with the Gestapo well before the Molotov-Ribbentrop Pact was signed and that may have paved the way to its signature.

**Dmitry Volchek** of *Radio Svoboda* reports that documents recently released from the archives of the KGB offices in Ukraine show that "the NKVD handed over to the Gestapo refugees from Germany who had hoped to find in the USSR salvation from Hitler."

Beginning well before 1939 and continuing right up to the German invasion, the Soviet secret police sent "hundreds" of refugees to their imprisonment, torture and in many cases death at the hands of the Gestapo. At first, it involved mostly German citizens; but later, this "cooperation" expanded to include others as well.

Volchek asked Mensing about similarities between the NKVD and the Gestapo. The German historian answered that they shared "the specific qualities of the secret police. The Gestapo exterminated the Jewish population in occupied countries: this was its unique feature." On the other hand, "the number of victims of the NKVD was apparently larger."

"The numbers varied, but the pitilessness was the same," he continued. "Both the Gestapo and the NKVD were instruments in the hands of criminal rulers and despotic tyrants."

**"Putin's Father Served in the Vlasov Army"** -

**http://euromaidanpress.com/2014/03/17/putins-father-served-in-the-vlasov-army/**

"Vladimir Spiridonovich Putin, father of Vladimir Vladimirovich Putin the current Russian President, had been an officer of the internal troops of the NKVD up to 1941. He yielded himself prisoner to the Germans near Vitebsk, [Byelorussia], in the beginning of the war and after Andrey Vlasov formed a collaborationist army voluntarily joined it. Serving with the Vlasov units and together with the German Army he participated in punitive sanctions against the Polish population. In 1945 V.S. Putin was taken prisoner by the British. The documents confirming this fact are kept in classified British archives in London where they were discovered by Viktor Suvorov.

In 1945 V.S. Putin together with other members of the Vlasov army was delivered over by the British to the Soviet Union. His son, the current _President_ of Russia followed the trade of his father. He started his service with the KGB (the heir of the NKVD) in his 18 year where he rose to a high rank of colonel.

[As of 2000] President Vladimir Vladimirovich Putin pursues a pro-German policy in the spirit of the Molotov-Ribbentrop Pact of 1939."


**Note the German Gestapo, Soviet Union NKVD, and Russia KGB are known as Secret Police.**

.

**"Secret Police" from Wikipedia**

"The term **secret police** (or **political police**) refers to intelligence, security or police agencies that engage in covert operations against a government's political opponents and dissidents. **Secret police organizations are characteristic of totalitarian regimes. Used**

14

to protect the political power of an individual dictator or an authoritarian regime, secret police often, but not always, operate outside the law and are used to repress dissidents and weaken the political opposition, frequently with violence, assassinations, and torture."

"NKVD" from Wikipedia

"The **People's Commissariat for Internal Affairs** (Народный комиссариат внутренних дел: *Narodnyy Komissariat Vnutrennikh Del*), abbreviated **NKVD** ), was the interior ministry of the Soviet Union.

Established in 1917 as NKVD of Russian SFSR, the agency was originally tasked with conducting regular police work and overseeing the country's prisons and labor camps. It was disbanded in 1930, with its functions being dispersed among other agencies, only to be reinstated as an all-union ministry in 1934.

The functions of the OGPU (the secret police organization) were transferred to the NKVD in 1934, giving it a monopoly over law enforcement activities that lasted until the end of World War II. During this period, the NKVD included both ordinary public order activities, as well as secret police activities. The NKVD is known for its role in political repression and for carrying out the Great Purge under Joseph Stalin. It was led by Genrikh Yagoda, Nikolai Yezhov and Lavrentiy Beria.

**The NKVD undertook mass extrajudicial executions of untold numbers of citizens, and conceived, populated and administered the Gulag system of forced labour camps. Their agents were responsible for the repression of the wealthier peasantry, as well as the mass deportations of entire nationalities to uninhabited regions of the country. They oversaw the protection of Soviet borders and espionage (which included political assassinations), and enforced Soviet policy in communist movements and**

**puppet governments in other countries, most notably the repression and massacres in Poland.**

In March 1946 all People's Commissariats were renamed to Ministries, and the NKVD became the Ministry of Internal Affairs (MVD)."

**Note Soviet Gulag system of forced labour camp-system was set up under Vladimir Lenin and reached its peak during Joseph Stalin's rule from the 1930s to the early 1950s. English-language speakers also use the word *gulag* to refer to any forced-labor camp in the Soviet Union, including camps which existed in post-Stalin times. It is reasonable to conclude the Gulag Forced Labor was used to construct the Russian underground mind control systems. The United States also during the same time inside the United States illegally used prison labor all throughout the country with illegal and legal immigrants to construct the U.S. mind control systems from the 1930's to 1950's. This activity within the United States clearly indicated that the FBI under Hoover was the U.S. Secret Police used to protect the political power of an individual dictator or an authoritarian regime starting with U.S. President Franklin Roosevelt from 1933-1945 and subsequent U.S. Presidents thereafter for the benefit of the Federal Reserve Shareholders. U.S. President Trump does not appear to be a member of any of the Federal Reserve Shareholders secret societies like the Bush Clan, Clinton Clan, President Carter, President Reagan, and President Obama. This explains why Mueller, Comey, Wray, and Rosenstein obvious members of the U.S. Secret Police operating inside the FBI have ban together to remove U.S. President Donald Trump from office. It also explains why the FBI and CIA were used to cover up the Federal Reserve Shareholders' assassination of President John F. Kennedy and take down of the World Trade Towers using their Global Secret Police inside and outside the United States.**

**Article "Secret Societies" - <u>https://worldtruth.tv/the-network-of-global-secret-societies/</u>**

"You see, if you amount to anything in Washington these days, it is because you have been plucked or handpicked from an Ivy League School – Harvard, Yale, Kennedy School of Government- you've shown an aptitude to be a good Ivy League type, and so you're plucked so to speak, and you are assigned success. You are assigned a certain role in government somewhere, and then your success is monitored and tracked, and you go where the pluckers and hand pickers can put you." Radio Talk Show Host Rush Limbaugh, Feb. 7, 1995"

"Bloodline president John F. Kennedy was well aware of America's secret society control. His many rebellious decisions against the global elite, his non-participation in the Great Work, would ultimately lead to his assassination. He did, however, try to war the average American of our plight. On April 27th, 1961 in an address to newspaper publishers, JFK said:

"The very word 'secrecy' is repugnant in a free and open society, and we are as a people, inherently and historically, opposed to secret societies, secret oaths, and secret proceedings... For we are opposed around the world by a monolithic, and ruthless conspiracy that relies primarily on covert means to expanding its sphere of influence. It depends on infiltration instead of invasion, on subversion instead of elections, on intimidation instead of free choice. It is a system which has conscripted vast human and material resources into the building of a tightly knit, highly efficient machine that combines military, diplomatic, intelligence, economic, scientific, and political operations. Its preparations are concealed, not published, its mistakes are buried, not headlined, its dissenters are silenced, not praised, no expenditure is questioned, no secret is revealed... I am asking your help in the tremendous task of informing and alerting the American people. The high office of President has been used to foment a plot to American's freedom, and

17

before I leave office, I must inform the citizen of his plight." John F. Kennedy at Columbia University, Nov 1st, 1963"

**Note U.S President John F. Kennedy 21 days after the above speech was assassinated on Nov. 22, 1963 in Dallas, Tx. Covered up by the FBI and CIA, the Secret Police of the United States.**

**"List of historical secret police organizations" "Chronology of Soviet secret police agencies" from Wikipedia**

"Soviet Union

- All-Russian Extraordinary Commission (Cheka, 1917–22)
- State Political Directorate (GPU, 1922–23)
- Joint State Political Directorate (OGPU, 1923–34)
- People's Commissariat for Internal Affairs (NKVD 1934–46)
- Main Directorate of State Security (GUGB 1934–41)
- People's Commissariat for State Security (NKGB, Feb Jul-1941/1943–46)
- Ministry for State Security (MGB, 1946–53)
- Committee for State Security (KGB, 1954–91)

In 1991, after the State Emergency Committee failed to overthrow Gorbachev and Yeltsin took over, General Vadim Bakatin was given instructions to dissolve the KGB.

In Russia today, KGB functions are performed by the Foreign Intelligence Service (SVR), the Federal Security Service of the Russian Federation (FSB), and the Federal Protective Service (FSO). The GRU continues to operate as well"

**"United States of America**

- FBI, under the direction of J. Edgar Hoover
- COINTELPRO, a program of the Federal Bureau of Investigation that included operations directed against Communists, anti-Vietnam War organizers, the Civil Rights and Black Power movements, feminist organizations, anti-colonial movements, and the New Left generally, as well as small operations directed against white supremacist and far-right groups.
- Mississippi State Sovereignty Commission, largely confined to one state"

Surely the U.S. Central Intelligence Agency an unconstitutional independent agency is also known as the United States Secret Police working with the FBI and United States Department of Defense Special Operations Command carrying out covert operations abroad.

**"10 Dirty Secret CIA Operations" - https://listverse.com/2013/05/25/10-dirty-secret-cia-operations/**

"10 CIA operations supporting secret police covert operations across the globe are listed as: The Mujahideen, Operation Ajax, Phoenix Program, Operation CHAOS, Operation Mockingbird, Muammar al-Qaddafi, Pakistani Vaccine/DNA Collecting Drive, CIA-Produced Pornography, Operation Mongoose, Operation PBSUCCESS"

**"DOSAAF" – FROM WIKIPEDIA**

**"DOSAAF** (Russian: **ДОСААФ**), full name *Volunteer Society for Cooperation with the Army, Aviation, and Navy* (Russian: Добровольное Общество Содействия Армии, Авиации и Флоту), was a paramilitary sport organisation in the Soviet Union, concerned

19

mainly with weapons, automobiles and aviation. The society was established in 1927 as OSOAVIAKhIM and from 1951 to 1991 carried the name of DOSAAF.

The society was preserved in some post-Soviet Republics, e.g. Russia and Belarus, although these may use a different name. In Ukraine, for example, the counterpart is "Society of Assistance to Defense of Ukraine". In Russia it was reformed in December 1991 as the Russian Defence Sports-Technical Organization ROSTO (Russian: Российская оборонная спортивно-техническая организация – РОСТО). In December 2009, ROSTO was renamed DOSAAF Russia. For Belarus, see DOSAAF (Belarus).

The stated goal of the society was *"patriotic upbringing of the population and preparation of it to the defense of the Motherland"*. Among the means to achieve this was the development of paramilitary sports. Initially, an important goal was financial support of the Soviet Armed Forces. At the same time, ordinary sports were supported within the framework of DOSAAF facilities such as sports halls, stadiums, swimming pools, gymnasiums and others."

"The precursor of DOSAAF was the **OSOAVIAKhIM** (ОСОАВИАХИМ, Союз обществ содействия обороне и авиационно-химическому строительству СССР, *Union of Societies of Assistance to Defence and Aviation-Chemical Construction of the USSR*) created on 27 January 1927 by merging the *Society of Assistance to Defence* (Общество Содействия Обороне (ОСО)), *Society of Friends of the Air Force* (Общество друзей Воздушного флота (ОДВФ)) and *Society of Friends of Chemical Defense and the Chemical Industry* (Общество друзей химической обороны и химической промышленности (Доброхим СССР)).

The goal of the society was preparation of reserves for armed forces. It soon became a powerful militarized organization with its own airfields, radio clubs, parachuting towers and firing ranges. It became prestigious and romantic among the youth to earn badges such as "Voroshilov sharpshooter" (Russian: Ворошиловский стрелок), "Voroshilov horse

rider" (Russian: Ворошиловский всадник) and "Distinguished Parachute Jumper". Gradually, OSOAVIAKhIM developed into a back-up military training organization. Its courses included advanced disciplines like tactics, topography and armament. In contrast to the usual draft, a person could join OSOAVIAKhIM as early as 14.

OSOAVIAKhIM supported a number of professional research and development programs for airplanes, glider, airships and stratospheric balloons, some of which were later taken over by the Soviet Air Forces. In the 1930s, Sergey Korolev's rocket research organisation (the GIRD) and Oleg Antonov's glider project, among other efforts, were part of the OSOAVIAKhIM.

**Post-World War II**

In March 1948 OSOAVIAKhIM was reorganised into three societies: *The Voluntary Society of Assistance to the Army* (Russian: Добровольное общество содействия армии (ДОСАРМ)), *The Voluntary Society of Assistance to the Air Force* (Russian: Добровольное общество содействия авиации (ДОСАВ)) and *The Voluntary Society of Assistance to the Navy* (Russian: Добровольное общество содействия флоту (ДОСФЛОТ)). On 20 August 1951 they were re-merged as a single society, DOSAAF.

**Late Soviet Union**

As was common in the late Soviet Union, "voluntary" actually meant "partially obligatory". **For example, every member of the Komsomol had to be member of DOSAAF (most Soviet youth had to be in the Komsomol, e.g., if they wanted higher education). Membership was 10 kopeks in the 1960s–1970s – postage for a letter was 4 kopeks.**

DOSAAF received the Order of Lenin (est 1930) and Order of the Red Banner (est 1918).

Russian: Добровольное общество содействия флоту (ДОСФЛОТ)). On 20 August 1951 they were re-merged as a single society, DOSAAF."

To receive higher education in the Soviet Union which is the Republics of Russia today one had to be a member of Komsomol and DOSAAF. So. after 1951 every Soviet Union or Russian that had entered college in Soviet Union was a member of DOSAAF supporting the society's goal which is the *"patriotic upbringing of the population and preparation of it to the defense of the Motherland"* and the means to achieve by the development of paramilitary sports. Initially, an important goal of DOSAAF was the financial support of the Soviet Armed Forces. All educated immigrants from Soviet Union and Russia entering the United States were members of the Soviet Union and Russia's DOSAAF required to support the Russian Military while inside the United States working with the U.S. Secret Police inside the United States to maintain control of the U.S. Citizens and  U.S. Government for the benefit of the Federal Reserve Shareholders. Many of the Russian Scientists and Engineers inside the United States being members of the DOSAAF became professors at the top U.S. Ivy League Colleges. There children born in the United States would acquire Russian Birthright Citizenship at time of birth aboard not able to apply for U.S. Citizenship until age 18 when entering college aboard. Russia would also require their Russian children born aboard to be members of Komsomol and DOSAAF to receive higher education aboard like their Russian parent.

**"Russian Alsos" – from Wikipedia**

"The Soviet Alsos or the Russian Alsos was an operation that took place during 1945–1946 in Germany, Austria, and Czechoslovakia, and whose objectives were the exploitation of German atomic related facilities, intellectual materials, materiel resources, and scientific personnel.

Near the close and after the end of World War II in Europe, the Soviet Union and the Western powers had programs to foster technology transfer and exploit German technical

specialists. For example, the United States had Operation Paperclip and the Soviet Union had trophy brigades (Трофейные бригады) advancing with their military forces. In the area of atomic technology, the U.S. had Operation Alsos and the Soviet Union had their version. While operational aspects of the Soviet operation were modeled after the trophy brigades, a more refined approach was warranted for the exploitation of German atomic related facilities, intellectual materials, and scientific personnel. This was rectified with a decree in late 1944 and the formation of specialized exploitation teams in early 1945. However, the Soviet "Alsos" had broader objectives, which included wholesale relocation of scientific facilities to the Soviet Union."

"Targets on the top of their list included the Kaiser Wilhelm Institute for Physics, the University of Berlin, and the Technology University of Berlin."


## "OPERATION OSOAVIAKHIM" FROM WIKIPEDIA

"**Operation Osoaviakhim** was a Soviet operation which took place on 22 October 1946, when NKVD and Soviet army units at gunpoint removed more than 2,200 German specialists – a total of more than 6,000 people including family members – from the Soviet occupation zone of post-World War II Germany for employment in the Soviet Union. Much related equipment was moved too, the aim being too literally transplant research and production centers, such as the relocated V-2 rocket center at Mittelwerk Nordhausen, from Germany to the Soviet Union, and collect as much material as possible from test centers such as the Luftwaffe's central military aviation test center at *Erprobungstelle Rechlin*, taken by the Red Army on 2 May 1945. The codename "Osoaviakhim" was the acronym of a Soviet paramilitary organization, later renamed DOSAAF.

The operation was commanded by NKVD deputy Colonel General Serov, outside the control of the local Soviet Military Administration (which in a few cases, such as Carl

Zeiss AG, tried to prevent the removal of specialists and equipment of vital economic significance for the occupation zone, unsuccessfully, as it turned out, with reportedly only 582 of 10,000 machines left in place at Zeiss). Planned some time in advance to take place after the zone's elections on 20 October, to avoid damaging the Bloc of the Anti-Fascist Democratic Parties Unity List's result, the operation took 92 trains to transport the specialists and their families (perhaps 10,000-15,000 people in all) along with their furniture and belongings. Whilst those removed were offered contracts (the specialists were told that they would be paid on the same terms as equivalent Soviet workers), there was little doubt that failing to sign them was not a realistic option."

**In 2001 under the Patriot Act, the FBI was given the authority to carry out covert operations abroad with the U.S. Military Special Operations Command and Dept. of Defense National Security Agency under the George Bush, Jr, Administration to shield from investigations all exposed covert operations of the CIA since George Bush, Sr. was former director of the CIA and former U.S. President. The establishment of the Department of Homeland Security Agency under the Patriot Act was subversive for the benefit of the Federal Reserve Shareholders to shield from the 9/11/2001 investigations all previous covert operations under the Department of Defense National Intelligence Agency and Special Operations Command and the past covert operations of the U.S. Central Intelligence Agency and all activities under the George Bush, Sr. Administration.**

**Robert Mueller was named the FBI director from 2001-2013. James Comey was the U.S. Attorney for Southern District of New York from Jan. 2002 -Dec.15, 2003, then as U.S. Deputy Attorney General from Dec. 9, 2003- Aug. 15, 2005, then Director of the FBI on Sept. 4, 2013. – May 2017. Eric Holder who has been said to be Mueller**

and Comey's mentor was U.S. Attorney for District of Columbia Jan. 20, 1993- June 13, 1997, then U.S. Deputy Attorney General June 13, 1997 – Jan. 20, 2001, then U.S. Attorney General Feb 3, 2009- April 27, 2015, Loretta Lynch became U.S. Attorney General April 25, 2015 – Jan. 2017 former Assistant U.S. Attorney in Eastern District of New York from 1990-1999, former U.S. Attorney of Eastern District of New York, 2001-2015 former partner of Hogan and Lovells, LTD who represented the Clintons, Rod Rosenstein was U.S. Attorney for the District of Maryland from July 12, 2005- April 26, 2017, then U.S. Deputy Attorney General from April 26, 2017 to May 11, 2019. Christopher Wray served as U.S. Assistant Attorney General for the Criminal Division from Sept. 11, 2003 (Anniversary of 9/11/2001) to May 17, 2005 (Birthday of Timothy James McLean son of James McLean) then became the current FBI Director on Aug. 2, 2017 to present. Holder, Mueller, Comey, Wray, Rosenstein, Bill Clinton, Hillary Clinton, the Bush Clan, and Barack Obama are obvious members of the U.S. Secret Police for the benefits of the Federal Reserve Shareholders. All Federal employees who are members of the U.S. Federal Secret Police work with the U.S. Secret Police members of State and Local law enforcement which can easily be identified due to using a stolen social security number belonging to a U.S. Citizen that may be alive or dead.

Russian President Vladimir Putin was a member of the KGB and is said to have a net worth of 200 Billion. His father one of the top leaders of the NKVD who were trained by the Germans known for its role in political repression and for carrying out the Great Purge under Joseph Stalin. The NKVD undertook mass extrajudicial executions of untold numbers of citizens, and conceived, populated and administered the Gulag system of forced labor camps. Their agents were responsible for the repression of the wealthier peasantry, as well as the mass deportations of entire nationalities to uninhabited regions of the country.

It should be assumed that the leaders of the NKVD were paid very well for all their mercenary services inside and outside the Soviet Union just like the Landgraves of Hesse in Germany (The Rothschild Clan German ancestors) were paid often from the assets acquired from the wealthiest citizens they executed. It is reasonable to conclude that Vladimir Putin net worth originated from his father's compensation with the NKVD, and Vladimir Putin compensation as a top leader of the Soviet Union and Russia's Secret Police for the benefit of the Federal Reserve Shareholders.

Russia has an extremely higher need for uranium due to Russia's Role as the Leader of the Global Secret Police, and leader in space and on seas assigned to carry out future mass genocide plans of nations which includes the United States for the Federal Reserve Shareholders. The accomplishment of the United States mass genocide by Russia will crush the economies of all nations easily setting up future mass genocide plans for the European Nations and China.

The theft of uranium for Russia's nuclear needs from Saudi Arabi, Iran, Iraq, Jordon, Syria, Kuwait, Turkey, Ukraine was the real motive behind of all the False Flag wars known as Gulf Wars in the Middle Eastern Asia that began with the George Bush, Sr. Administration. The Joint Chiefs of Staff over all U.S. Military Operations overseas were heavily involved in aiding Russia's theft of uranium during the Gulf Wars. The British military also participated in helping steal uranium for Russia. This explains why so many retired U.S. military are murdered falsely claiming their deaths as suicides inside the United States due to being powerful witnesses against the Joint Chiefs of Staff assisting Russia in secret underground operations to remove uranium from countries in the Middle Eastern Asia who are rich in oil and gas production not needing to extract uranium from their massive secret uranium reserves.  The theft of uranium from Middle Eastern Asia, Eastern European Countries, and the Baltic States for Russia enables Russia and the Federal Reserve

Shareholders to keep secret all their espionage activities using nuclear reactors on land, on sea, and in space controlled by Russia to attack all nations.

The main purpose for all Gulf Wars orchestrated by the United Nations that began under Bush, Sr. Administration is to remove secret Uranium reserves secretly from the countries in Middle Eastern Asia, Baltic States, and Eastern European Countries for Russia's nuclear research reactors. There is no way that all of the leaders of Middle Eastern Asia countries, the Baltic States, the members of the United Nations, the United States Presidents, and U.S. Joint Chiefs of Staff did not know these Gulf wars were mainly about stealing uranium by way of the underground for Russia's nuclear reactors and nuclear weapons. Based on where the British army were positioned during Gulf Wars there is no way that the British military leaders did not know these false flag Gulf Wars were all about the theft of uranium. This is motive for Federal Reserve Shareholders continuing to try to start false flag wars against Iran, Saudi Arabi, and their neighboring countries in order to continue to steal massive uranium reserves from Saudi Arabi, Iran, and Iraq. This is also why the U.S. Joint Chiefs of Staff are so resistant with the U.S. Congress to withdraw all U.S. Troops and military support from Middle Eastern Asia Countries and are in opposition to the Trump Administration withdrawal of U.S. Troops from Syria, Iraq, Germany, etc.

As the result of the dissolving of the Soviet Union, Russia is bound by an obligation to repatriate back to the 17 Baltic Countries either fresh or used highly or low-enriched uranium from seventeen countries – former Soviet republics or Communist Bloc states – to which it used to supply research reactor fuel when it was still part of the Soviet Union.

The Ukraine war with Russia is about Russia stealing Uranium from Ukraine with the help of the United Nations and Burisma Holdings, Limited. The United States under the George Bush, Jr. administration signed the 2004 Global Threat Reduction Initiative that included the International Atomic Energy Agency, United States and Russia. The United States

under the Bush, Jr. and Obama Administration cannot deny that they did not know they violated the 2004 Global Threat Reduction Initiative when they did not require Russia beginning in 2005 to send back either fresh or used highly or low-enriched uranium to the seventeen Baltic countries but instead allowed Russia to send back Spent Nuclear Fuel (SNF) to the Baltic States which was not acceptable under the agreement and aided Russia to steal fresh unused Uranium recently mined and other forms of Uranium from the Baltic States that could be used in Russia's various nuclear reactors and weapons. Russia began with the help of the Obama Administration to receive fresh unused Uranium from the Baltic States and sent back Spent Nuclear Fuel used in Russia's nuclear research reactors which is unusable toxic waste to be discarded inside the Baltic States that would contaminate their soil and drinking water like Flint, Michigan. Burisma Holding, Limited an energy company able to extract minerals from the earth was likely used to steal Ukraine's uranium with the full knowledge of the Ukraine Presidents and Ukraine Ambassadors to U.S. and U.S. Ambassadors to the Ukraine. It is also likely that Burisma Holding, Limited used the technology of U.S. HAARP patent 5041834 that illegally uses James Thomas McLean's computerized drilling design technology to remove the uranium from the earth for Russia's and the Federal Reserve Shareholders' benefit. The series of 10 patents filed by William Banning Vail, III illegally crossed patented Atlantic Richfield, Corporation from 1986-1997 into U.S. HAARP Patent 5041834 was recorded in great detail in U.S. False Claim Espionage Case in the U.S. District of Southern Texas, Houston Division 4:14-365 USA, McLean ET AL VS High Frequency Aurora Research Program, ET AL that included Uranium One and the Clinton Foundation filed on Feb. 14, 2014 under Federal Judge Sims Lake and Magistrate Nancy Johnson. The motion that recorded the details of the patents filed by William Banning Vail, III was recorded in Houston Federal case 4:14-365 on June 6, 2014. This case was moved to the Fifth Circuit Court of Appeals by a Notice of Appeal due to forgery of the Judges orders and the Assistant U.S. Attorney's motions on Aug. 28, 2015 with the assumption the three appeal court justices' orders would also be forged

giving no time limit to seek justice for the U.S. Citizens due to fraud and violations of the espionage act.

United States government under the Obama Administration under Attorney General Eric Holder and Loretta Lynch, FBI Director Robert Mueller and James Comey, U.S. Sec of State Hillary Clinton and John Kerry, U.S. Secretary of Transportation, and the U.S. Secretary of Energy with the Presidents of Ukraine, Belarus and Serbia  violated the agreement requiring Russia to send back either fresh or used highly or low-enriched uranium to the 17 Baltic States instead allowing the United States to aid Russia to steal fresh or unused uranium from the Baltic Countries. This illegally acquired fresh or unused uranium by Russia from 2010 through Oct. 2016 will likely be used in Russia's nuclear research reactors, floating nuclear power plants, etc. to attack all nations with weather and other espionage activities for the benefit of the Federal Reserve Shareholders. The Obama Administration and Russia discontinued their agreement to repatriate nuclear fuel from the Baltic Countries to Russia in Oct. 2016 just prior to Donald J. Trump being elected as the 2017 U.S. President. The real motive for the Democrats' impeachment inquiry into President Trump is to stop U.S. President Trump from investigating all activities of the current and former U.S. Government officials involved in aiding Russia to steal uranium from various nations, investigate the Uranium One Deal and Gulftainer Lease Contracts, and to illegally dismiss the New Orleans Foreign Intelligence Surveillance Court Case 18-3462 USA, McLean and Fanning VS Federal Reserve System, ET AL by forgery.

Any continuation by the U.S. Military, British Military, and the United Nations to orchestrate wars, maintain the current false Flag Gulf Wars, place sanctions against Iran and Saudi Arabia,  frame U.S. President Trump linked to Ukraine or Russia, frame the Saudi Arabi Prince, and frame the President of Iran should be seen as obstruction of justice with tapering of witnesses linked to McLean's Foreign Intelligence Surveillance Court

Cases filed for the U.S. Citizens especially FISC Case 18-3462 filed against the Federal Reserve System, ET AL.

The framing of U.S. President Trump by the Democrats, DOJ, FBI, U.S. Congress under House Intelligence and Judicial Committees with Special Counsel Robert Mueller, Russia's President Putin and the Ukraine President is directly linked to stopping the exposure of the theft of Ukraine's uranium and the Middle Eastern Asia and Eastern Europe uranium for Russia.

This is why the Russian Secret Police and the U.S. Secret Police (FBI and CIA) under the Bush and Obama Administration allowed the Uranium One Deal aiding the Russian Federation government to acquire the Kazakhstan uranium mine and become the majority owner of Uranium One who controls 20% of the U.S. Uranium Mines, executed the Project Pelican giving Russian Federation through a Joint Venture with Gulftainer and Prominvest, Rosoboronexport, and Rostec access to Cape Canaveral through a 35 year cargo lease agreement obtain by Gulftainer USA, and aided Russia to control the Ukraine government's uranium reserves. This was the main motive for former FBI Director and Special Counsel Robert Swan Mueller  to assist in the framing and conviction of Paul Manafort the former lobbyist for former President of Ukraine Viktor Yanukovych, and Michael Flynn the former director of U.S. Dept. of Defense Intelligence Agency and the former commander over combat arms, conventional, and special operations that involved the FBI under  Robert Mueller and James Comey, and CIA under the former CIA Directors. The indictments of Paul Manafort and Michael Flynn indicate all associates involved in the career activities of Paul Manafort and Michael Flynn have extensive knowledge of the subversive activities of Russia's Secret Police and the U.S. Secret Police aboard, and the theft of uranium for Russia for the benefits of the Federal Reserve Shareholders.

Russian Federation needs mass amounts of uranium deposits for their current and future plans to construct and maintain: **nuclear powered space stations in near-Earth orbit, nuclear powered space stations in upper near-Earth orbit, nuclear powered spaceships with space debris shields, a nuclear powered system to protect spacecraft and satellites from attack, mini portable space nuclear reactors, floating nuclear power plants, laser nuclear powered weather satellites and other satellites, nuclear research reactors, nuclear breeder reactors, nuclear fast breeder reactors, nuclear plant reactors, nuclear weapons, nuclear submarines using the HAARP weapon.**

**"Nuclear Research Reactors" from Wikipedia**

"**Research reactors** are nuclear reactors that serve primarily as a neutron source. They are also called **non-power reactors**, in contrast to power reactors that are used for electricity production, heat generation, or maritime propulsion."

**Nuclear research reactors are used to re-fuel satellites that use nuclear propulsion and use the HAARP Weather Modification System to attack nations daily with weather, to take down planes, satellites, rockets, etc., and to attack anything on earth that is a threat to Russia and the Federal Reserve Shareholders. Russia has plans to build many different types of nuclear reactors that provide nuclear energy for space, on seas, on land, and underground.**

**"Russia Wants Nuclear-Powered Spaceships and Space Debris Shields"** https://www.space.com/9596-russia-nuclear-powered-spaceships-space-debris-shields.html

**"Uranium One Controversy" from Wikipedia**

"The **Uranium One controversy** involves the sale of Uranium One to Rosatom, which American conservative media and Republican politicians characterized as a $145 million bribery scandal involving Hillary Clinton and the Clinton Foundation. No evidence of wrongdoing has been found after four years of allegations.

Since the 2015 publication of the book *Clinton Cash* by Breitbart News editor and Steve Bannon collaborator Peter Schweizer, as well as a 2015 *New York Times* article, allegations of a bribery scheme involving Hillary Clinton, the Clinton Foundation and the 2010 sale of Uranium One have persisted, primarily in conservative media. Despite four years of discussion and analysis of the matter—as well as an FBI investigation— no evidence of any *quid pro quo* or other wrong-doing has surfaced. Numerous Republican politicians and pundits, including President Donald Trump, have insisted that the Clinton-Uranium One story is the "real" Russian scandal, rather than the matters for which the Trump administration was investigated.

*2005*

*$145 million alleged "bribes" to Clinton Foundation*

Frank Giustra donates $31.3 million to the Clinton Foundation, to be followed in 2007 with a pledge of at least $100 million. These amounts constituted the bulk of the $145 million in supposed bribes paid to the Clinton Foundation.

2007

*Uranium One acquired UrAsia Energy*

On April 20, 2007, Uranium One acquired UrAsia Energy, a Canadian firm with headquarters in Vancouver, from Frank Giustra, who then resigned from the UrAsia Energy Board of Directors. Having severed ties with UrAsia Energy and Uranium One in 2007, Giustra had no evident beneficial interest in the firm's subsequent sale to Rosatom

in 2010. UrAsia has interests in rich uranium operations in Kazakhstan, and UrAsia Energy's acquisition of its Kazakhstan uranium interests from Kazatomprom followed a trip to Almaty in 2005 by Giustra and former U.S. President Bill Clinton where they met with Nursultan Nazarbayev, the leader of Kazakhstan. Giustra denies reporting by *The New York Times* that he and Clinton traveled together to Almaty. Substantial contributions to the Clinton Foundation by Giustra followed, with Clinton, Giustra, and Mexican telecommunications billionaire Carlos Slim in 2007 establishing the Clinton Foundation's Clinton Giustra Sustainable Growth Initiative to combat poverty in the developing world. In addition to his initial pledge of $100 million, Giustra pledged to contribute half of his future earnings from mining to the initiative. There is no indication that Giustra was contemplating any transaction with Russian interests at the time he began donating to the Clinton Foundation in 2005; rather, he sold UrAsia Energy to Uranium One, a South African Canadian company based in Toronto, in 2007. That sale was completed two months before he made his pledges to the Clinton Foundation.

Since uranium is considered a strategic asset with national security implications and Uranium One owned uranium mining operations in the United States, the acquisition of Uranium One by Rosatom was reviewed by the Committee on Foreign Investment in the United States (CFIUS), a committee of nine government cabinet departments and agencies including the United States Department of State, which was then headed by Hillary Clinton. Clinton herself did not sit on CFIUS, but rather the State Department was represented by Jose Fernandez, the Assistant Secretary of State for Economic, Energy and Business Affairs, who stated that Clinton was not involved in the Uranium One matter. Although CFIUS members can object to such a foreign transaction, none did, and no member can veto a decision; veto power rests solely with the president. CFIUS unanimously approved the Uranium One sale. The Utah Division of Radiation Control and Canada's foreign investment review agency also approved the transaction."

**Note Jose Fernandez is a Cuban Citizen likely using a stolen social security number who aided the Clintons under the U.S. State Department in the sale of Uranium One to Rosatom. Bill and Hillary Clinton and the Clinton Foundation are tied to Gulftainer's "Project Pelican" deal and to the Uranium One deal. Gulftainer is the Iraqi Jafar family's UAE-based ports company that is tightly connected to Russia and Saddam Hussein's nuclear weapons programs.**

**In 2014 the Obama administration awarded Gulftainer a 35-year lease to Florida's Port Canaveral cargo container terminal in a secret deal code-named "Project Pelican."**

**Article - "The Real Russia Story: Port Canaveral "Project Pelican" and Uranium One deals connected through the Jafars" https://bigleaguepolitics.com/exclusive-real-russia-story-port-canaveral-project-pelican-uranium-one-deals-connected-jafars/ - Published 1 year ago on Feb 5, 2018 By Mary Fanning and Alan Jones , Originally posted on Family Security Matters**

"Gulftainer is connected to the Uranium One deal.

Gulftainer is the Iraqi Jafar family's UAE-based ports company that is tightly connected to Russia and Saddam Hussein's nuclear weapons programs.

In 2014 the Obama administration awarded Gulftainer a 35-year lease to Florida's Port Canaveral cargo container terminal in a secret deal code-named "Project Pelican."

**Jafars partner with Russia's Inter RAO UES, a subsidiary of Rosatom, majority owner of Uranium One**

In 2011, Gulftainer affiliate Crescent Investments partnered via a Strategic Cooperation Agreement with Russia's state-owned power station operator and electricity import-export monopoly Inter RAO UES.

At that time, Inter RAO UES was a subsidiary of Russia's Rosatom State Atomic Energy Corporation. Rosatom is the Russian company that purchased Uranium One.

The Russian government's military industrial complex, petroleum industry, electrical power grid, nuclear energy sector, and nuclear weapons complex, are all components of a giant web of state-controlled enterprises. Their business structures may routinely shift like the sand dunes in a desert, but these key sectors always remain under the control of Vladimir Putin and the Kremlin.

Rosatom controls Russia's sprawling nuclear weapons production complex.

Rosatom purchased Canadian mining company Uranium One in a deal that transferred control of one-fifth of U.S. uranium reserves, a strategic national security commodity critical to U.S. nuclear defense, into the hands of Russia and Vladimir Putin.

Inter RAO UES is chaired by Igor Sechin who at the time of the Crescent Investment deal was Russia's Deputy Prime Minister and the head of Russia's petroleum giant Rosneft.

Rosneft is a Russian state-owned enterprise in business with Crescent Petroleum, another Gulftainer affiliate.

Forbes reported in January 2018 that Sechin, known as "the Darth Vader of Russia, is "more powerful than Russian prime minister Dmitry Medvedev," "more powerful than Vladimir Putin" and "feared more than Putin."

**Management frequently moves among Rosatom, Inter RAO UES, and Uranium One**

The management of Inter RAO UES, Uranium One, and Uranium One's majority owner Rosatom, has been a revolving door. Management moves among these three Russian companies freely and frequently.

Boris Kovalchuk is Chairman of the Management Board, Inter RAO. "In 2009, he (Kovalchuk) was Deputy Director General for Development of the State Atomic Energy Corporation Rosatom" according to Inter RAO's 2015 Annual Report. Rosatom's acquisition of Uranium One was well underway in 2009.

Mikhail Kontserev, Senior Vice President of Uranium One Group, "served as CEO of the joint venture of ROSATOM and INTER RAO – INTER RAO UES Energy Efficiency Center LLC" according to his biography featured on Uranium One's official website.

**The Iraqi Jafar Family's History With WMD**

The Crescent Group Chairman and Gulftainer co-owner Hamid Jafar and his brother and business partner, rogue Iraqi nuclear physicist Dr. Jafar Dhia Jafar, were both deeply involved in Saddam Hussein's massive top-secret uranium enrichment and nuclear weapons programs.

The Pentagon placed Dr. Jafar on CENTCOM's "Blacklist" in 2003, designated Jafar as a senior Saddam regime official enemy combatant who was wanted for capture and could be legitimately targeted by U.S. and coalition military forces.

To the surprise of UN weapons inspector David Kay, Dr. Jafar was able to draw detailed diagrams from memory showing exactly how to build a nuclear weapon.

Dr. Jafar stated "You can bomb our buildings. You can destroy our technology. But you cannot take it out of our heads. We now have the capability."

Dr. Jafar is also known for his miniaturized nuclear weapon, the Iraqi "Beach Ball."

North Korea's Kim Jong Un was seen in 2017 on North Korean television with a what appeared to be a miniaturized nuclear weapon strikingly similar to Dr. Jafar's "Beach Ball." Dr. Jafar and Kim Jong Un's father's regime worked in concert for a delivery system for a North Korean ballistic missile production line to be built in Iraq.

Dr. Jafar's brother, Crescent Group Chairman Hamid Jafar, also came under scrutiny. Hamid Jafar was investigated by multiple Congressional committees and the U.S. Treasury Department for operating Crescent Petroleum as a Saddam front company in a WMD funding scheme known as "Oil-For-Superweapons."

The Obama administration awarded the Jafar family's Gulftainer the keys to Port Canaveral's cargo container terminal despite the fact that Soviet-trained nuclear physicist Dr. Jafar, an Electromagnetic Isotope Separation (EMIS) uranium enrichment expert, oversaw a clandestine Iraqi program to enrich uranium to weapons-grade military specifications in pursuit of Saddam's "Arab Bomb."

Dr. Jafar is the CEO of Crescent Group subsidiary Uruk Power, which builds power stations.

Dr. Jafar repurposed Iraqi power stations to clandestinely send electricity to his secret EMIS uranium enrichment WMD sites in support of Jafar's and Saddam's "Arab Bomb" program.

Dr. Jafar has taken the lead in Crescent's partnership with Inter RAO, working with the Russians on new power plant projects in the Middle East. According to Dr. Jafar's nephew Badr Jafar:

*"Looking at opportunities within Russia itself, the other main subsidiary of the Crescent Group, Crescent Enterprises, owns a company called Gulftainer, which today is the largest privately-owned port operator in the world in terms of operated volumes. Gulftainer is looking to expand its geographic footprint by investing in Russia's underdeveloped Ports and Logistics sector, specifically the management of container terminals, logistics partnerships, and inland depots. Another one of Crescent Enterprises' subsidiaries, URUK Power, is active in the power sector and is looking at power opportunities alongside Inter RAO UES, one of Russia's largest energy companies." – Badr Jafar, CEO of Crescent Enterprises and President of Crescent Petroleum – Leaders Magazine interview – October 4, 2013*

**Port Canaveral is the nexus of critical military and space infrastructure**

Port Canaveral is critical military infrastructure and a major U.S. port integral to U.S. national defense and space security.

Port Canaveral is adjacent to NASA's Kennedy Space Center and Canaveral Air Force Station, where American spy satellites are launched.

Gulftainer's Port Canaveral cargo container terminal sits a few hundred yards from a U.S. Navy Trident nuclear submarine base.

**Russia's Club-K Container Cruise Missile Launch System – A game changer**

As we previously reported, the Jafar's Gulftainer has entered into a joint venture with Russia's state-owned weapons manufacturer Rostec. Rostec exports Russia's Trojan Horse Club-K cargo container cruise missile launch system through Rostec's wholly owned subsidiary Rosoboronexport.

The Club-K is designed to look identical to standard cargo containers. The Club-K allows Russia and her rogue regime allies stealth access to the United States. The Club-K bypasses early-warning systems by launching Russian Kalibr cruise missiles armed with nuclear, EMP, or conventional warheads from cargo ships off U.S. shores or from trains, trucks, and riverine boats inside every hamlet in America.

These Russian cruise missiles are capable of flying at supersonic speeds beneath U.S. early-warning radar systems from Trojan Horse "cargo containers," simultaneously travelling toward multiple cities or other satellite-guided coordinates across the United States.

The Jafars entered into their joint venture with Rostec in 2010.

Why was this dire threat ignored by the Obama administration officials who helped Gulftainer secure a lease at Port Canaveral and bypass the required National Security Threat Analysis?

**No CFIUS review for "Project Pelican" Gulftainer deal**

The Obama administration declined to subject the "Project Pelican" Gulftainer Port Canaveral deal to the mandated Committee on Foreign Investment in the United States (CFIUS) National Security Threat Analysis.

That National Security Threat Analysis, which includes input from sixteen U.S. intelligence agencies, was bypassed by the Obama administration.

That review would have revealed that the Jafars were at the center of Saddam Hussein's uranium enrichment and nuclear weapons programs.

The mandated CFIUS review would have also revealed that the Jafars had partnered with Russian state-owned companies behind the Uranium One deal.

That CFIUS review would also have shown that the Jafars are inextricably intertwined with the Russian companies behind the production of Russian nuclear weapons, and are behind the export of the Club-K container cruise missile launch system – all Russian military-industrial weapons programs that could be used in a surprise attack against America using cruise missiles launched from "cargo containers."

**Clintons tied to Gulftainer "Project Pelican" deal and to Uranium One deal**

Bill and Hillary Clinton and the Clinton Foundation are tied to both Gulftainer's "Project Pelican" deal and to the Uranium One deal.

Breitbart reported on October 17, 2017:

*"Hillary Clinton's State Department was one of eight agencies to review and sign off on the sale of U.S. uranium to Russia. However, the then-Secretary of State Clinton was the only agency head whose family foundation received $145 million in donations from multiple people connected to the uranium deal, as reported by the New York Times."*

As previously reported, Bill Clinton co-chairs the Dubai-based Business Backs Education program alongside Crescent Petroleum CEO Majid Jafar. Business Backs Education is funded by the Varkey GEMS Foundation.

According to the Varkey Foundation website:

*"The Varkey GEMS Foundation has helped to facilitate more than 2,300 commitments through the Clinton Global Initiative to date. Upon funding and implementation, these commitments will have a total value of over $70 billion."*

## Gates Foundation, World Bank hire auditor, ask The Abraaj Group: Where is our money?

Hamid Jafar is founding shareholder of Pakistani private equity firm The Abraaj Group.

The Wall Street Journal reported on February 2, 2018 that The Bill and Melinda Gates Foundation, The World Bank International Finance Corporation (IFC), and two other institutional investors asked The Abraaj Group for bank statements to determine what happened to hundreds of millions of dollars sent to Abraaj's $1 billion health care fund that were earmarked for construction of hospitals and medical clinics in Pakistan, India, Nigeria, and Kenya. After The Abraaj Group refused to turn over bank statements, the investors retained auditing firm Ankura Consulting Group to conduct a forensic trace on the money.

Reuters UK reports that "Mr. (Hamid) Jafar is Chairman of Gulftainer Ltd, Founding Shareholder of Abraaj Capital, and URUK Group."

Gulftainer is a unit of Crescent Enterprises, a subsidiary of the Jafars' Crescent Group. The CEO of Crescent Enterprises is Badr Jafar. Badr Jafar is also a member of The Abraaj Group Board of Directors in addition to serving as the Chairman of the Gulftainer Executive Board.

The Crescent Enterprises 2013 Annual Report states:

*"As a Founding Shareholder and Limited Partner of Abraaj, Crescent Enterprises monitors the performance of all invested funds, and takes a keen interest in the strategic rationale employed by Abraaj on select investment decisions, including review of coinvestment opportunities whenever possible. Crescent Enterprises also provides strategic guidance by means of representation on Abraaj's Board of Directors."*

Wahid Hamid, a former Pakistani foreign student who attended Occidental College with Barack Obama, and remains very close to the former president, is a Managing Partner of The Abraaj Group. Wahid Hamid travelled with Barack Obama during his mysterious 1981 trip to Pakistan.

As previously reported in 2016 by The American Report and 1776 Channel:

"Weeks before co-sponsoring the 2012 Clinton Global Initiative meeting, The Abraaj Group was awarded the first of hundreds of millions of dollars in loans and investment management contracts through the State Department's Overseas Private Investment Corporation (OPIC), a federal agency overseen by Secretary of State Hillary Clinton."

The Washington Free Beacon reported in 2016 that The Abraaj Group donated between $500,000 and $1 million to the Clinton Foundation around the same time the private equity firm received OPIC funds management contracts and loans through the State Department.

The Washington Free Beacon also reported:

*"Authorities in Sindh province (Pakistan) have accused a prominent government official of providing illegal favors to K-Electric, a power company owned and managed by the Abraaj Group since 2009.*

*Former Pakistani oil minister Dr. Asim Hussain was arrested last year amid allegations that he helped harbor terrorists in a string of hospitals he owned and doled out illegal contracts to companies, including K-Electric. Both Hussain and K-Electric have denied the allegations."*

**Why?**

This jaw-droppingly stunning breach of U.S national security by the Obama administration – placing Gulftainer "inside the wire" at Port Canaveral at a U.S. defense and space nerve center, with a cargo container terminal lease, while knowing about Gulftainer's joint venture with Russia's exporter of an advanced weapons system – is well beyond "boneheaded."

Considering that (i) Dr. Jafar was successful in designing Saddam's uranium enrichment programs and miniaturized nuclear weapons ("Beach Ball"), (ii) Hamid Jafar funded Saddam's nuclear weapons programs, (iii) CENTCOM declared Dr. Jafar an enemy of the United States, (iv) the Jafars partnered with the Russian state-owned companies behind the Uranium One deal, and (v) the Jafars partnered with the Russian company that exports the stealth Club-K weapons launching system – the Obama administration has a lot of explaining to do.

As our FBI used to say…. There are no coincidences."

**NOTE GULFTAINER, USA HAS ALREADY SECURED ANOTHER 50-YEAR CONCESSION FROM THE US PORT OF WILMINGTON BY APRIL 2018 THAT OCCURRED AFTER PASSAGE OF COUNTERING RUSSIAN INFLUENCE IN EUROPE AND EURASIA ACT OF 2017, COUNTERING AMERICA'S ADVERSARIES THROUGH SANCTIONS ACT OF 2017, AND BEFORE THE PASSAGE OF FOREIGN INVESTMENT RISK REVIEW MODERNIZATION ACT OF 2018, CUSTOMS MODERNIZATION AND INFORMED COMPLIANCE ACT OF 2018. AND EXPORT REFORM ACT OF**

**2018 BEING IN VIOLATION OF U.S. LAWS AND THE U.S. CONSTITUTION BY GULFTAINER AND STATES OF DELAWARE AND FLORIDA**

- Preliminary Agreement to grant Gulftainer operation and development rights over strategic port in the United States with US$580 million planned investment
- Existing volumes 350,000 TEU, with projected 120% increase
- Plans to build new container terminal at Edgemoor facility with 1.2 million TEU capacity
- Company on track to expand North American operations

Gulftainer, the largest privately-owned independent port operator in the world, headquartered in the United Arab Emirates (UAE), has announced that its subsidiary GT USA has inked an agreement on terms with the State of Delaware, USA, which would grant GT USA exclusive rights to operate and develop the Port of Wilmington for 50 years."

**IT SHOULD BE EXPECTED THAT GULFTAINER, USA WILL CONTINUE TO ILLEGALLY ACQUIRE LEASES FROM ADDITIONAL U.S. PORTS ALL ACROSS THE UNITED STATES TO AID RUSSIA'S SECRET POLICE IN CARRYING OUT THE PLANNED U.S. MASS GENOCIDE FOR THE FEDERAL RESERVE SHAREHOLDERS BEING IN VIOLATION OF U.S. LAWS AND THE U.S. CONSTITUTION.**

**Bill and Melinda Gates Foundation a non-profit organization with massive funds partner often with the Clinton Foundation.**

**"Russia Hacked U.S. Power Grid — So What Will The Trump Administration Do About It?"** - https://www.npr.org/2018/03/23/596044821/russia-hacked-u-s-power-grid-so-what-will-the-trump-administration-do-about-it

In the above article "Russia Hacked U.S. Power Grid — So What Will The Trump Administration Do About It?" Through the posting of this article by social media the Russia Secret Police, U.S. Secret Police of the FBI and DHS are warning all employees of the U.S. Department of Energy, FBI, CIA, and associated U.S. Congress committees on Energy, Homeland Security, Intelligence, and Foreign Relations not to expose how the U.S. power grids for all the major cities across the United States and NASA's power grids are set up to allow guaranteed success for the Russian and Chinese troops planned mass executions of U.S. residents. It is logical to expect the former U.S. Secretary of Energy Steven Chu a Chinese Citizen from 2009-2013 and Ernest Moniz from 2013 to Jan. 2017, both proficient in nuclear energy, set up the power grids of all major U.S. Cities in such a way to connect all illegal secret underground operations, specific sections of all airports, and specific sections of all ports to a separate section or sections of the power grid with the capability to be connected to Russia's floating nuclear power plants, mini portable space nuclear reactors, or laser nuclear powered weather satellites. Setting up the power grids of the U.S major cities and NASA's power grids this way enables the Russian, Chinese, India, and U.S. Secret Police to take out all electricity to the U.S. major cities while still having power to all underground operations, specific sections to all airports, and specific sections of all ports. Rick Perry the current U.S. Secretary of Energy clearly not qualified for the position is assigned to make sure no changes are made to how the power grids are set up and all future planned power grids are set up. The set-up of the power grids of NASA and all U.S. port cities explains why Gulftainer, USA and their Russian Partner Prominvest were illegally allowed by the **COMMITTEE ON FOREIGN INVESTMENT IN THE**

45

**UNITED STATES who has many members who are foreign spies falsely claiming U.S. Citizenship using a stolen social security number to obtain yearly leases for years at U.S. ports.**

**From U.S. Treasury Website**

"Composition of CFIUS

The Secretary of the Treasury is the Chairperson of CFIUS, and notices to CFIUS are received, processed, and coordinated at the staff level by the Staff Chairperson of CFIUS, who is the Director of the Office of Investment Security in the Department of the Treasury.

The members of CFIUS include the heads of the following departments and offices:

1. Department of the Treasury (chair)
2. Department of Justice
3. Department of Homeland Security
4. Department of Commerce
5. Department of Defense
6. Department of State
7. Department of Energy
8. Office of the U.S. Trade Representative
9. Office of Science & Technology Policy

The following offices also observe and, as appropriate, participate in CFIUS's activities:

1. Office of Management & Budget
2. Council of Economic Advisors
3. National Security Council
4. National Economic Council
5. Homeland Security Council

The Director of National Intelligence and the Secretary of Labor are non-voting, *ex-officio* members of CFIUS with roles as defined by statute and regulation."

Note in 2010 under the Obama Administration, Barack Obama appointed the following heads of the U.S. Agencies involved in CFIUS who are falsely claiming U.S. Citizenship using a stolen social security number. Many other high-level U.S. Officials from the 9 U.S. agencies involved in CFIUS also are falsely claiming U.S. Citizenship using a stolen social security number. Here are a few:

- **Aimen Nabi Mir, Indian Citizen was the CFIUS Staff Chairperson from 2009 until 2014 appointed by President Obama**
- **U.S. Secretary of Energy Steven Chu, Chinese Citizen**
- **U.S. Secretary of Labor Elaine Chao, Chinese Citizen now U.S. Secretary Of Transportation**
- **U.S. Secretary of Labor Hilda Solis, Mexican Citizen**
- **U.S. Secretary of Labor Tom Perez, Cuban Citizen**
- **U.S. Secretary of Labor Alexander Costa, Cuban Citizen current under Trump Administration**
- **U.S. Secretary of State representatives Jose Hernandez, Cuban Citizen, Huma Abedin, India Citizen.**
- **U.S. Deputy Secretary of State John Negroponte Greek Citizen Feb 2007- Jan. 2009, former Director of National Intelligence April 2005 – Feb 2007**
- **U.S. Under Secretary of Commerce for Intellectual Property, Michelle Lee Chinese Citizen March 2015 - June 2017,**
- **U.S. Under Secretary of Commerce for Intellectual Property     Andrei Iancu, Romanian Citizen current under Trump administration,**
- **U.S. Secretary of Commerce Carlos Gutierrez under Bush Administration Feb. 2005-Jan. 20, 2009**
- **U.S. Secretary of Homeland Security Michael Chertoff, Russian and Israel Citizen from Jan 2005- Jan 2009**

**The above are only a few of the many fraudulent citizens using stolen social security numbers with many being Harvard University graduates working in the government agencies associated with the unconstitutional independent agency known as COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES (CFIUS).**

**Article – "EXCLUSIVE: Obama Appointed Islamic Society Official To Approve Russian Uranium Sale and Gulftainer Port Deal" October 26, 2017 Mary Fanning and Alan Jones originally posted by Big League Politics - https://www.centerforsecuritypolicy.org/2017/10/26/exclusive-obama-appointed-islamic-society-official-to-approve-russian-uranium-sale-and-gulftainer-port-deal/**

"The Obama administration placed Aimen Nabi Mir, former two-time president of the youth wing of the Islamic Society of North America (ISNA), into the top advisory position to the Committee on Foreign Investment in the United States (CFIUS), a national security post at the Treasury Department.

Aimen Mir was the CFIUS Staff Chairperson from 2009 until 2014. During that time, Aimen Mir played a key role in the CFIUS panel's decision to approve the sale of Uranium One to Russia's Rosatom. Mir also played a key role in the Treasury Department's refusal to investigate the UAE's Gulftainer 35-year cargo container terminal lease at Port Canaveral, a critical military infrastructure facility for U.S. naval and space operations. Both decisions severely damaged United States national security.

For starters, Aimen Mir's ISNA connections are troubling. ISNA is one of the largest circles in the 2008 Holy Land Foundation HAMAS terror funding trial.

Further, Aimen Mir is the son of Kashmir-born physician Dr. Ghulam Nabi Mir, an ISNA Founders Committee member. Dr. Mir is also the president of the World Kashmir Awareness Forum (WKAF), an Islamic platform Dr. Mir uses to aggressively advocate for Kashmir's secession from India in order to join Pakistan. WKAF's Secretary General "Dr." Syed Ghulam Nabi Fai, is a convicted felon, also from Kashmir, who served as a Pakistani Inter-Services Intelligence Directorate (ISI) operative inside the United States."

**Note it is reasonable to conclude that all submarines entering the Federal Reserve Shareholders' foreign secret submerged submarines bases along the entire United States coastlines have the HAARP technology able to create earthquakes, attack ships, ports, harbors, etc. with laser type missiles, hack all electronics equipment of ships and electronic equipment on land, air, or sea within a certain distance, and able to accomplish 24/7 mind control surveillance of individuals within a certain distance on land, air, or sea by hacking into the nearest local University or College mind control system or by way of a satellite.**

The Federal Reserve Shareholders, Harvard University, Massachusetts Institute of Technology, and Stanford University were well connected to the research of the Kaiser Wilhelm Institutes in Berlin as early as 1861. The International Bankers controlled all nations and all universities by the mid- 1800's which includes the United States, Soviet Union, and Germany. David Rockefeller graduated from Harvard University in 1936, James Warburg, son of Paul Warburg, and Edward Warburg son of Felix Warburg both graduated from Harvard University. The Rockefellers and Warburg's by the 1800's became major donors of Harvard University to control Harvard University for the Federal Reserve Shareholders.

The Rockefeller Foundation funded the Kaiser Wilhelm Institute for Psychiatry linked to mind control in Munick, directed by Dr. Ernst Rudin. Additional funding was provided by the Harrimans, a successful railroad entrepreneur and banker, the Warburgs and the British Crown. It is reasonable to conclude that the research and development of Kaiser Wilhelm Institutes were well developed, proven, and tested by 1861. The Kaiser Wilhelm Institutes were not officially founded and made public until 1917. The establishment of the unconstitutional Federal Reserve System in 1913 would make it easy for the Federal Reserve Shareholders to steal trillions of the U.S. funds yearly to fund their global mind control systems and global weather modification weapons inside the United States and in undeveloped countries.

The timing of the construction of the Robert Moses Niagara Power Plant that fuels the U.S. Harvard mind control headquarters under Lake Ontario gives indications that all research divisions of the Kaiser Wilhelm Institutes in Berlin were well established and tested by 1853.

**"Robert Moses Niagara Power Plant" from Wikipedia**

"The land that the Robert Moses Niagara Power Plant occupies has a long history of use. In 1805, Augustus and Peter Porter of Buffalo, New York, purchased the American Falls from New York in a public auction, and later acquired the rights to the eastern rapids above the falls as well, but died before they could bring their vision of a canal and power plant to reality. Several other companies later attempted similar projects without success.

In 1853, the Niagara Falls Hydraulic Power and Manufacturing Company was chartered; in 1861, it completed a 35 ft (11 m) wide and 8 ft (2.4 m) deep canal. The powerhouse finally opened in 1874, but produced little electricity even by the standards of the day.

In 1877, Jacob F. Schoellkopf purchased the canal, along with the water and power rights, for $71,000. He improved the canal and put the powerhouse to commercial use. In 1881, his company completed Schoellkopf Power Station No. 1; it would operate until 1904. In 1891, Schoellkopf Power Station No. 2 opened directly in front of the original, in the gorge below the falls, with a higher 210 ft (64 m) drop. In 1914 and 1918, the company built Schoellkopf Stations No. 3A and 3B respectively.

In 1886, the competing Niagara Falls Power Company, owned by the Cataract Construction Company, built the Adams Power Plant. Between 1900 and 1904, the company built the Powerhouse No. 2, bringing its total generators to 11.

In 1918, World War I led the power companies to merge into the Niagara Falls Power Company. From 1921 to 1924, the company built Schoellkopf Station No. 3C next to the previous ones. It contained three 25 Hz generators with a total capacity of 160 MW (210,000 hp), bringing the Schoellkopf Power Stations to 19 generators with a capacity of 340 MW (450,000 hp).

On June 7, 1956, water seeping into a back wall caused the collapse of two-thirds of Schoellkopf Power Station No. 3b and 3c, killing one worker and causing an estimated $100 million in damage.

To replace the antiquated and now partially destroyed Schoellkopf power stations, the New York Power Authority (NYPA) planned an $800 million power plant that would produce 2.4 GW. During planning, it was called the Niagara Power Project; later, it was named for NYPA head Robert Moses.

In 1957, the United States Congress approved the project. Construction began that year, although its completion would require the NYPA to gain the rights to 550 acres (220 ha) of Tuscarora Indian Reservation for a new 1,900-acre (770 ha), 22-billion-US-gallon

51

(83,000,000 m$^3$) reservoir. This it did in 1960, through a United States Supreme Court decision, the Federal Power Commission v. Tuscarora Indian Nation."

**Note it is reasonable to conclude that the Federal Reserve Shareholders orchestrated the 1956 collapse of two-thirds of Schoellkopf Power Station No. 3b and 3c intentionally causing 100 million in damage to steal 800 million of the U.S. funds to greatly expand the hydropower production of the Niagara Falls Dam to supply the energy needs for future expansion of the Harvard mind control headquarters under Lake Ontario. It also should be assumed that the Supreme Court Justices denied the Tuscarora Indian Nation their rights to due process and rights to counsel allowing the forging of the Federal Power Commission V. Tuscarora Indian Nation case. It also should be assumed that all significant subversive activities accomplished by the Supreme Court Justices rulings beginning in the 1950's have been forged by the Harvard Mind Control Headquarters using the Harvard Law School.**


"Harvard University" from Wikipedia

**"Harvard University** is a private Ivy League research university in Cambridge, Massachusetts, with about 6,700 undergraduate students and about 15,250 postgraduate students. Established in 1636 and named for its first benefactor, clergyman John Harvard, Harvard is the United States' oldest institution of higher learning. Its history, influence, and wealth have made it one of the world's most prestigious universities The university is often cited as the world's top university by most publishers.

**Harvard Law School** is one of the professional graduate schools of Harvard University located in Cambridge, Massachusetts. Founded in 1817, it is the oldest continuously operating law school in the United States and one of the most prestigious in the world. It is ranked first in the world by the QS World University Rankings and the ARWU Shanghai Ranking."

**"Massachusetts Institute of Technology" from Wikipedia**

"The (**MIT**) is a private research university in Cambridge, Massachusetts. The Institute is a land-grant, sea-grant, and space-grant university, with an urban campus that extends more than a mile (1.6 km) alongside the Charles River. The Institute also encompasses a number of major off-campus facilities such as the MIT Lincoln Laboratory, the Bates Center, and the Haystack Observatory, as well as affiliated laboratories such as the Broad and Whitehead Institutes. **Founded in 1861** in response to the increasing industrialization of the United States, MIT."

**Note Harvard University and MIT are both located in Cambridge, Massachusetts with MIT being founded in 1861 the same year the Niagara Falls Hydraulic Power and Manufacturing Company completed the first project linked to building the Robert Moses Niagara Power Plant. It is reasonable to conclude due to Harvard University tight connections with the Federal Reserve Shareholders and being located in same town as MIT that Harvard University and MIT stealing U.S. funds and U.S. Scholarships funds for immigrant students and immigrant professors designed the Harvard mind control headquarters under Lake Ontario and the Robert Moses Niagara Power Plant including all additions and improvements to the dam which allows the daily stealing of massive amounts of hydroelectric power to fuel the Harvard Mind Control Headquarters. It is also reasonable to assume Harvard University and MIT play a major role in staffing the Harvard Mind Control Headquarters under Lake Ontario. Each addition to the Niagara Power Plant was likely linked to additional expansions of the Harvard Mind Control Headquarters under Lake Ontario.**

**STANFORD UNIVERSITY** is a private research university in Stanford, California. Stanford known for its academic strength, wealth, selectivity, proximity to Silicon Valley, and ranking as one of the world's top universities. The university was founded in 1885 by Leland and Jane Stanford. Leland Stanford was a U.S. Senator and former Governor of California who made his fortune as a railroad tycoon.

**Note Stanford University was responsible for establishing all the Tech Companies in Silicon Valley who moved in thousands of foreign operatives being members of the global secret police by way of H1B Visas and being given stolen social security number who later obtain fraudulent U.S. Citizenship who really worked in one of the two mind control headquarters in western United States being Area 51 and the Headquarters under the Columbia River between Washington State and Oregon.**

**Note by 1904, the Harvard Mind Control Headquarters was likely in full operation with additional plans underway to begin in 1914 to provide for additional improvements to the Niagara Falls Power Plant. Now it was the appropriate time to fund the entire mind control system across the United States like Europe. The Harvard University Economic professors and finance professors played a major role in helping Harvard Professor of Economics A. Piatt Andrew play a crucial role in the formation of the Federal Reserve System.**

**"A. Piatt Andrew" from Wikipedia**

"Andrew joined Harvard as an economics instructor and professor, a position he held until 1909. During his time at Harvard, he was widely published in scholarly journals, wrote for newspapers on business and economic topics, and counted a young Franklin Delano Roosevelt among his students.

Following the Panic of 1907, Andrew was tapped by Senator Nelson Aldrich to work for a newly formed congressional panel charged with studying the causes behind the financial

turmoil. Andrew served as an expert and editor for the National Monetary Commission, helping produce the commission's extensive reports describing the financial system in other countries and the structural problems within the US financial system.

In 1909, Andrew, by now a well-known and recognized expert on financial and banking issues, was appointed by President William Howard Taft to serve as director of the US Mint. He quickly advanced within the Taft administration and was named an assistant secretary of the Treasury Department in 1910

Later that year, Andrew was one of six men, including Sen. Aldrich, to attend a secret meeting on Jekyll Island Georgia, that was organized under the ruse of a duck hunt. But the group was actually there to develop a plan to restructure the country's banking system; the plan they developed was the basic foundation for what would eventually be the Federal Reserve System.

After passage of the Federal Reserve Act in 1913, Andrew left the United States"

In November 1910, six men – Nelson Aldrich, U.S. Senator, A. Piatt Andrew, former Harvard Professor of Economics, Henry Davison, banker and partner at J.P. Morgan, Arthur Shelton, Secretary to Senator Nelsen Aldrich, Frank Vanderlip, successful banker, and Paul Warburg, successful banker – met at the Jekyll Island Club, off the coast of Georgia, to write a plan to reform the nation's banking system. The meeting and its purpose were closely guarded secrets, and participants did not admit that the meeting occurred until the 1930s. But the plan written on Jekyll Island a foundation for what would eventually be the Federal Reserve System.

**Note that most of today's Supreme Court justices attended Harvard University. Harvard University Law School or Yale University Law University being the dominate groomers of the U.S. Supreme Court Justices making sure they qualify**

being required to not exhibit any hesitation in their thought processes to obey the Secret Police inside the United States and without hesitation freely allowing their and all federal judges orders, judgements, and rulings to be forged by the University and College Law Schools mind control operators with no thoughts to expose the forgeries that deny the U.S. citizens and U.S. Government their rights to due process for the benefit of the Federal Reserve Shareholders. The Supreme Court Justices and all federal judges are also aware that the attorney's motions are also forged and restricted denying the U.S. Citizens and U.S. government their rights to counsel. There are numerous reasons to conclude it is the Harvard Mind Control Operators that forge the rulings of the Supreme Court Justices that are clear violations of the U.S. Constitution. The Supreme Court since the early 1900's has not fulfilled their moral obligations and their oath of office to uphold the U.S. Constitution and U.S. Laws in agreement with the U.S. Constitution giving great reasons to conclude the U.S Supreme Court Justices are also members of the U.S. Secret Police. There is adequate justification to sue all members of the Supreme Court under the Patriot Act due to being aligned with the Russian Secret Police and the Federal Reserve Shareholders consistently in violation of the U.S. Constitution and U.S. Laws that agree with the U.S. Constitution.

This denial of the U.S. Citizens and federal, state, and local governments rights to due process and rights to counsel has allowed the United States to be invaded by immigrants and their immigrant children born inside the United States not entitled to U.S. Birthright Citizenship due to receiving birthright citizenship from their parents' native countries. This invasion of immigrants orchestrated by the Federal Reserve Shareholders and the Harvard University Mind Control Headquarters allows immigrant to steal U.S. Citizens social security numbers, to steal federal, state, and local benefits, to illegally vote, to illegally use federal, state, and local courts, to

illegally enter the United States and to illegally file for asylum inside the United States, to be illegally register in U.S. free public Schools, to steal massive amounts of U.S. Scholarships, grants, etc., to steal U.S. jobs, to work in the illegal mind control systems, to work in other illegal underground operations, to illegally work in federal, state, and local governments, etc. All these benefits given to immigrants with protection by the mind control operators and the immigrant cartels allows immigrants inside the United States from all nations to financially and physically attack the U.S. Citizens and the federal, state, and local governments daily inside the United States.

Russia's superiority to the United States can be concluded by:

- understanding the details of the society of OSOAVIAKHIM now known as DOSAAF
- understanding the details of "SOVIET ALSOS AND OPERATION OSOAVIAKHIM"
- understanding Russia's was allowed to illegal acquire massive amounts of uranium deposits
- understanding the United States having been invaded by as much as 86+million immigrants from all nations using U.S. stolen social security while Russia has not been invaded by immigrants.

There are great reasons to suspect that Russia's space program, nuclear weapons, military weapons, surveillance capabilities, mind control abilities, drones, aircrafts, ships, energy supplies, etc. are far more advanced than the United States. This conclusion justifies why all members of the International Space Station are required to speak Russian.

It is also reasonable to conclude that Russia's Secret Police is in control of the United States by being given control of the Harvard Mind Control Headquarters due to:

- Russia's obvious superiority in all fields
- Russia being given obvious protection and funding by the Federal Reserve Shareholders
- Russian President Vladimir Putin net worth recently reported to be as high as $200 billion

It is reasonable to also conclude that the Harvard Mind Control Headquarters under the control of the Russian Secret Police orchestrated the takedown of the World Trade Towers on Sept. 11, 2001. It also should be assumed that the Russian Citizens living inside the United States being members of Russia's Secret Police and the U.S. Secret Police have been strategically positioned to prevent a successful American Revolution against the Federal Reserve Shareholders. It should also be assumed that Russia's Secret Police and the U.S. Secret Police inside and outside the United States have positioned the United States nuclear stockpile, nuclear weapons, planes, ships, drones, etc. in such a way they will pose no threat to Russian and Chinese troops assigned to accomplish mass executions of U.S. citizens, and immigrants living inside the United States.

The Russian Secret Police inside and outside the United States could not accomplish the mass executions of U.S. residents without the continual consistent help of the U.S. Secret Police Force denying the U.S. Citizens and the federal, state, and local governments their rights to due process and rights to counsel. The immigrants inside the United States using stolen social security numbers being as many as 86+ million could not continue to exist

inside the United States without the continual protection of the Russian Secret Police inside the United States and the U.S. Secret Police.

Since the 2016 Elections it has become more obvious the U.S. social media corporations interfere in federal, state, and local elections, providing funding and support for immigrants who have invaded of the United States participating in the overthrow of the federal and State governments, and provide funding, support, and advertisement for U.S. legislation and U.S. Supreme Court Rulings that clearly are in violation of the U.S. Constitution. Oddly a majority of the top U.S. social media and social networking corporations were cofounded or are led by immigrants not entitled to U.S. Birthright Citizenship having foreign birthright citizenship.

**Founders, ownership, and leadership history of the top U.S. social media and social networking services in 2019**

**Facebook, Inc.** is an American online social media and social networking service company founded in Cambridge, Mass in Feb. 2004 now based in Menlo Park, California. It was founded by Mark Zuckerberg, along with fellow Harvard University students and roommates Eduardo Saverin, Brazilian Citizen, Andrew McCollum, Dustin Moskovitz and Chris Hughes. Mark Zuckerberg, Chairman and CEO of Facebook met his future wife, fellow Chinese student Priscilla Chan at **Harvard** and began dating in 2003. Zuckerberg has also been very active in China, and he has been a member of Tsinghua University business school's advisory board since 2014

**Instagram now owned by Facebook** is a photo and video-sharing social networking service owned by Facebook, Inc. It was created by Kevin Systrom and Mike Krieger both Stanford Graduates, and launched in October 2010.

**Google now owned by Alphabet Inc.** was founded in 1998 by Larry Page and Sergey Brin, a Russian Citizen, while they were Ph.D. students at **Stanford University** in California. Sundar Pichai an Indian Citizen is the current CEO of Google.

**Alphabet Inc. parent company of Google** is an American multinational conglomerate headquartered in Mountain View, California. It was created through a corporate restructuring of Google on October 2, 2015, and became the parent company of Google and several former Google subsidiaries. The two founders of Google assumed executive roles in the new company, with **Larry Page serving as CEO and Sergey Brin, a Russian Citizen as president.** Alphabet is the world's fifth-largest technology company by revenue and one of the world's most valuable companies.

**YouTube now owned by Google** is an American video-sharing website headquartered in San Bruno, California near Stanford University. Three former PayPal employees—Chad Hurley, Steve Chen a Chinese Citizen, and Jawed Karim a German Stanford Graduate—created the service in February 2005. Google bought the site in November 2006 for US$1.65 billion;

**Blogger now owned by Google** is a blog-publishing service that allows multi-user blogs with time-stamped entries. It was developed by Pyra Labs co-founded by Evan Williams a Stanford University Graduate while consulting for Intel and **HP in the Stanford University area** and Meg Hourihan, which was bought by Google in 2003. In August 23, 1999, Blogger was launched by Pyra Labs. As one of the earliest dedicated blog-publishing tools, it is credited for helping popularize the format. In February 2003, Pyra Labs was acquired by Google under undisclosed terms. The acquisition allowed premium features (for which Pyra had charged) to become free. In October 2004, Pyra Labs' co-founder, Evan Williams, left Google.

**Odeo** was a directory and search destination website for RSS-syndicated audio and video. It employed tools that enabled users to create, record, and share podcasts with a simple Adobe Flash-based interfacewas originally developed in 2005[1] by founders Noah Glass and Evan Williams, who were the founders of Audioblog and Pyra Labs, respectively, and received funding from Charles River Ventures. Subsequently, Williams bought out Charles River's interest in the company, as well as that of several other investors, and re-formed the organization under a new company, On February 19, 2007, Williams wrote in his blog that Odeo was for sale. It was acquired soon afterwards by New York-based Sonic Mountain who changed name to ODEO. Twitter was not sold under the ODEO sale to Sonic Mountain.

**Yahoo now owned by Verizon Media** is an American web services provider headquartered in Sunnyvale, California, and owned by Verizon Media. The original Yahoo! company was founded by **Jerry Yang and David Filo  both  Stanford University graduates** January 1994 and was incorporated on March 2, 1995. **Jerry Chih-Yuan Yang** is a Taiwanese Internet entrepreneur, engineer, and programmer. He is the co-founder and former CEO of Yahoo! Inc.

**Verizon Media** is a subsidiary of Verizon Communications. The CEO of Verizon Media is **K. Guru Gowrappan, an Indian Citizen** former Executive of Alibaba Group (a Chinese multinational conglomerate holding company specializing in e-commerce, retail, Internet, and technology)

**Verizon Communications Inc.** is an American multinational telecommunications conglomerate. **Hans Vestberg  is a Swedish businessman** and CEO and Chairman of Verizon Communications,

**AOL American Online**  was one of the early pioneers of the Internet in the mid-1990s,founded by Marc S. Seriff, Jim Kimsey, Steve Case and Willliam Von Meister now

owned by Verizon Media. **William Von Meister the main developer is a German Citizen whose father was godson of Kaiser Wilhelm, II.**

**Snapchat** is a multimedia messaging app used globally, created by Evan Spiegel, Bobby Murphy, and Reggie Brown, **former students at Stanford University,** and developed by Snap Inc., originally Snapchat Inc. **Snap Inc.** is an American technology and camera company, founded on September 16, 2011, by Evan Spiegel and Bobby Murphy based in Santa Monica, California. It has four products: Snapchat, Spectacles, Bitmoji, and Zenly. Oddly Snap Inc. **Chairman is Michael Lynton a Netherlands Citizen and Harvard Graduate.**

**MSN**, the web portal and collection of Internet services launch April 1995 by Microsoft founded by **Bill Gates and Paul Allen who attended Harvard University**. Microsoft, Inc. CEO from 2000-2014 was Steve Ballmer who attended Stanford University and graduated from Harvard University. The current website and suite of apps offered by MSN was first introduced by Microsoft in 2014 as part of a complete redesign and relaunch. MSN is based in the United States and offers international versions of its portal for dozens of countries around the world.

**BuzzFeed, Inc.** is an American Internet media, news and entertainment company with a focus on digital media; it is based in New York City. BuzzFeed was founded in 2006 by **Jonah Peretti graduated from MIT** and John S. Johnson III, to focus on tracking viral content.

**Twitter** was created in March 2006 by Jack Dorsey, Noah Glass, Biz Stone, and Evan Williams **a graduate of Stanford University** launched in July of that year. In 2004, Costolo, along with Eric Lunt, Steve Olechowski, and Matt Shobe, founded the web feed management provider FeedBurner. After Google bought FeedBurner in 2007, Dick Costolo became an employee of the search giant. After the acquisition, Costolo began working in other areas of Google. In July 2009, he left Google, and in September 2009 it was

announced that he was joining Twitter as its COO. Although his 2010 takeover as CEO. Google did not purchase Twitter whose development was planned before Google's purchase of Blogger from Evan Williams. Instead Harvard Mind Control Headquarters planned to control twitter by way of former Google executive Dick Costolo well trained under Sergey Brin. Twitter development that should have given credit to Noah Glass who was edge out by Evan Williams was intentionally delayed until after Google purchase of Blogger also developed by Evan Williams.

"Twitter" From Wikipedia

"Since 2015 Twitter has been a hotbed of debates and news covering politics of the United States. During the 2016 U.S. presidential election, Twitter was the largest source of breaking news on the day, with 40 million election-related tweets sent by 10:00 p.m. (Eastern Time) that day."

**Mockingbird Marketing -a premier partner of Google** one of the co-founders was Saikat Chakrabarti an Indian Citizen and **graduate of Harvard University** in computer science engineering also connected to founding Stripes an internet payment system.  Saikat was involved with numerous start-ups in Silicon Valley. Chakrabarti was the Chief of Staff for U.S. Representative Ocasio Cortez a Puerto Rican Citizen who aggressively used twitter and his Mockingbird Marketing Agency to aid to over through conservative Democratic members of the U.S. Congress and aid funding for lawyers supporting illegal immigrants, etc. Chakrabarti is well connected to Silicon Valley and Wall Street understanding the goals of the Russian Secret Police and the U.S. Secret Police in relationship to framing U.S. President Trump out of office by way of the Mueller Investigation. It is reasonable to conclude that Chakrabarti and his Indian Professor parents are members of the Indian Secret Police residing inside the United States. Chakrabarti was involved in Senator Bernie Sanders 2016 U.S. Presidential Campaign.

Note that most social media companies were founded by Harvard University, MIT, and Stanford University graduates leading to conclude these social media companies were developed by the Harvard, MIT, and Stanford University's mind control system. For these reasons and many more it is reasonable to conclude Harvard, Stanford, and MIT University mind control operators developed all social media companies and search engine companies and orchestrated all the sales of social media companies and search engine companies. All social media companies were planned and established for the benefit of the Federal Reserve Shareholders to control all nations' government and nations' legitimate U.S. Citizens residing inside their native countries while aiding immigrants to overthrow nations and frame nations' legitimate citizens. Note that many declared founders of social media companies either had one foreign immigrant cofounder or the current CEO and/ or Chairman is a foreign immigrant. It is clear that social media companies interfere with the federal and state governments which no immigrant is allowed to participate under the Alien Registration Act of 1940. All social media corporations are aware of their fraudulent social media accounts and the hacking of their systems producing fraudulent posts for their real customers like Donald Trump. The social media companies mostly located in Silicon Valley and Seattle Washington hire thousands of members of the global Secret Police by way of H1B Visas. These H1B Visas Secret Police employees work in the 2 United States western mind control headquarters and inside these social media tech companies aiding immigrants in interfering with federal, state, and local governments while restricting, altering and deleting truthful posts of real authentic U.S. Citizens like Vicki Fanning McLean. Google from 2014-2016 froze as much as 3 to 4 Gmail accounts of Vicki McLean just to keep her off their server.

The Russian Secret Police inside the United States and all 4 U.S. mind control headquarters are staff with foreign secret police who are employed by the social media companies, internet companies, tech companies, U.S. Ivy League Universities, etc. The mind control operators of the 4 U.S. mind control headquarters staff with Foreign Secret Police and U.S. Secret Police who are controlled by the Russian Secret Police have access to all social media accounts, to all voting machines, all financial accounts, all cryptocurrency accounts, all computer systems of the governments and corporations, and the entire federal court electronic systems, etc.. The Russian Secret Police, global Secret Police, and U.S. Secret Police are able to illegally control all U.S. elections, U.S. politics, and federal, state, and local courts and governments by establishing fake accounts, posting forged social media posts for actual high-profile U.S. political candidates, hacking all U.S. voting machines by way of MEMS technology that works through the movement of ions like a magnet, forging federal judges orders and attorneys motions, stealing funds from U.S. Citizens and federal, state and local government financial accounts to fund political events, candidates, immigration lawyers, immigrants, lobbying activities, high profile protests, go fund me posts, etc. All the obvious hacking of corporations and government accounts are never challenged properly by the corporations, governments, FBI, or CIA. There is great certainty that all social media corporations are aware of the constant hacking of their systems creating forged postings that is subversive to overthrow the federal, state, and local governments. The fact that many of the top social media corporations are controlled or operated by foreigners would be a violation of the Sedition Act of 1918, Espionage Act 0f 1917 and 1939, Alien Registration Act of 1940 by the Social Media Corporations knowingly allowing foreigners to interfere with the federal, state, and local governments. The forging of U.S. President Donald Trump twitter postings is extremely serious and has not been addressed or even mentioned. Surely Vicki

**McLean's posts about the forging of Donald Trump's twitter postings have been deleted by the social media corporations' employee under top management authority.**

"Bitcoin" from Wikipedia

Bitcoin" from Wikipedia

"**Bitcoin** (₿) is a cryptocurrency, a form of electronic cash. It is a decentralized digital currency without a central bank or single administrator that can be sent from user to user on the peer-to-peer bitcoin network without the need for intermediaries.

Transactions are verified by network nodes through cryptography and recorded in a public distributed ledger called a blockchain. Bitcoin was invented by an unknown person or group of people using the name Satoshi Nakamoto and was released as open-source software in 2009"

**"Use in illegal transactions**
*See also: Bitcoin network § Alleged criminal activity*

The use of bitcoin by criminals has attracted the attention of financial regulators, legislative bodies, law enforcement, and the media. In the United States, the FBI prepared an intelligence assessment, the SEC issued a pointed warning about investment schemes using virtual currencies, and the U.S. Senate held a hearing on virtual currencies in November 2013. The U.S. government claimed that bitcoin was used to facilitate payments related to Russian interference in the 2016 United States elections.

Several news outlets have asserted that the popularity of bitcoins hinges on the ability to use them to purchase illegal goods. Nobel-prize winning economist Joseph Stiglitz says that bitcoin's anonymity encourages money laundering and other crimes, "If you open up a hole like bitcoin, then all the nefarious activity will go through that hole, and no government can allow that." He's also said that if "you regulate it so you couldn't engage in money laundering and all these other [crimes], there will be no demand for Bitcoin. By

66

regulating the abuses, you are going to regulate it out of existence. It exists because of the abuses."

In 2014, researchers at the University of Kentucky found "robust evidence that computer programming enthusiasts and illegal activity drive interest in bitcoin, and find limited or no support for political and investment motives". Australian researchers have estimated that 25% of all bitcoin users and 44% of all bitcoin transactions are associated with illegal activity as of April 2017. There were an estimated 24 million bitcoin users primarily using bitcoin for illegal activity. They held $8 billion worth of bitcoin, and made 36 million transactions valued at $72 billion."

"Cryptocurrency and Security" from Wikipedia

"Notable thefts

In 2018, around US $1.7 billion in cryptocurrency was lost due to scams theft and fraud. In the first quarter 2019, the amount of such losses was USD $1.2 billion.

Exchanges

Notable cryptocurrency exchange hacks, resulting in the theft of cryptocurrencies include:

- Bitstamp In 2015 cryptocurrencies worth $5 million were stolen
- Mt. Gox Between 2011 and 2014, $350 million worth of bitcoin were stolen
- Bitfinex In 2016, $72 million were stolen through exploiting the exchange wallet, users were refunded.
- NiceHash In 2017 more than $60 million worth of cryptocurrency was stolen.[3]
- Coincheck NEM tokens worth $400 million were stolen in 2018
- Zaif $60 million in Bitcoin, Bitcoin Cash and Monacoin stolen in September 2018

**"Satoshi Nakamoto" from Wikipedia**

"Satoshi Nakamoto is the name used by the unknown person or persons who developed bitcoin, authored the bitcoin white paper, and created and deployed bitcoin's original reference implementation. As part of the implementation, they also devised the first

blockchain database. In the process, they were the first to solve the double-spending problem for digital currency using a peer-to-peer network. They were active in the development of bitcoin up until December 2010."

Note Bitcoin is one of the most popular and successful of all cryptocurrencies. It is reasonable to assume that Harvard University under the control of the Russian Secret Police and the Harvard Mind Control Headquarters were the real developers of Bitcoin. Bitcoin is based on Linux which is based on the Unix Shell that was founded by Bell Labs in Boston, Mass. Reasonable to conclude that Harvard University was the founder of Unix well connected to Russia Secret Police and Harvard Mind Control Headquarters. Harvard University economics and finance departments were likely the developer of the U.S. 1907 Panic, U.S., Federal Reserve System of 1913, U.S. 1929 Great Depression, U.S. 2008-2010 Banking and Mortgage Crisis, and 2010 U.S. Banking Bailouts supplying their Harvard Professor Elizabeth Warren to chair the Congressional Oversight Panel to prevent the daily massive hacking of U.S. financial accounts of banks, investment firms, brokers, corporations, non-profit corporation, religious corporations, etc. by the Global Secret Police and the 4 U.S. Mind Control Headquarters from being exposed by not ordering the proper independent audits of the banks under the Federal Reserve System that would expose the daily hackings of all banks' mortgage and bank loan applications, and the bank clients bank accounts to protect the Federal Reserve Shareholders continuous theft of 7+ trillion of U.S. government, corporation, U.S. Citizens, non-profit corporation, religious entities, etc. funds every year and moved overseas. The Federal Reserve System was the ultimate entity responsible for all bank fraud and bank insolvency having been given authority over all banks required to make sure their internal and external control over all bank activities were adequate.

When it involves money, it should be assumed Harvard University was the developer of the plan or technology since the Harvard University Economists were responsible for the underwriting of the Federal Reserve Act of 1913. Cryptocurrencies were developed to make it easy for the Global Secret Police and all Global mind control headquarters to money launder money, items, and services secretly for the Federal Reserve Shareholders. Only the U.S. Congress under the U.S. Constitution has the authority to coin money used inside the United States. Cryptocurrencies are a form of money that has been coin illegally not authorized by the U.S. Congress.

The true identity of Satoshi Nakamoto the developer of Bitcoin inside the United States has yet to be properly investigated by the FBI who has been involved in numerous Bitcoin Heists inside and outside the United States. How can the FBI have properly investigated a massive Bitcoin Heist at an exchange without having investigated Bitcoin's original computer source (linked to Linux and Unix developed by Bell Labs located in Boston) and the developer said to be Satoshi Nakamoto? When investigating a massive Bitcoin heist at an exchange surely the many Bitcoin exchanges have enough computer data to identify every Bitcoin stolen and its' previous transactions prior to theft. Surely within the massive group of bitcoins stolen at the same exchange at the same time there are at least 100 bitcoins and possible hundreds of bitcoins that have been used for money laundering activities being the motive for the massive bitcoin heist at the same exchange occurring at the same time. The FBI being the U.S. Secret Police has and continues to cover up all the money laundering activities involving bitcoins that have been stolen and reported by exchanges inside and outside the United States. How can an attorney represent immigrants illegally in federal court with fraudulent identities labeling the plaintiffs as Jane Doe?  How can any attorney represent or file against a fictitious person? The Bank Secrecy Act requires the true identity of a person not allowing the use of stolen falsified documentation, a stolen social security number, a fictitious name established in the United States illegally and/or

illegally from their native country. So how can the federal, state, and local governments issue judgements for immigrants and fraudulent citizens' using stolen identity? How can the FBI be allowed to never verify the true founder of Bitcoin's and the origination of Bitcoin's source code used for money laundering transactions all over the globe needed to determine financial liability in a Bitcoin Heist?  How can any court in the United States issue U.S. Citizenship, a ruling and a judgement with or without payment to someone with a fictitious identity using stolen documentation?

This is why  bitcoin was used to facilitate payments related to Russian interference in the 2016 United States elections and former FBI Director Robert Swan Mueller who has shielded the true identity of the founder of Bitcoin was chosen as Special Counsel related to Russian hacking of the 2016 Election. The Foreign Intelligence Surveillance Court needs to identify the true developer or developers of bitcoin linked to all money laundering using bitcoins and identify the original source code with their developers as far back as Bell Labs in the 1960's and 1970's to properly access liability for money laundering when cryptocurrencies are involved.

All cover ups by FBI back till 2001 has been addressed in U.S. District Court of Eastern Louisiana in New Orleans filed for the U.S. Citizens on 12/19/2017 under case # 17-17483 being listed in this case as Exhibit 14. All illegal actions by U.S. agencies under the Executive branch back till 1924 has been addressed in U.S. District Court of Eastern Louisiana in New Orleans filed for the U.S. Citizens on 1/30/2018 under case # 18-911 being listed in this case as Exhibit 15. All illegal actions by the U.S. Congress back till the passage of the unconstitutional Federal Reserve Act of 1913 has been addressed in U.S. District Court of Western Texas in Austin filed for the U.S. Citizens on 11/29/2018 under case # 18-1021 being listed in this case as Exhibit 6. All illegal actions by the Universities and Colleges illegal mind control systems has been addressed in U.S. District Court of Eastern Louisiana in New Orleans filed for the U.S. Citizens on 6/06/2017 under case #

17-5578 being listed as in this case as Exhibit 16. All attacks by weather satellites and nuclear submarines using the HAARP Patents and fueled by nuclear research reactors has been addressed in U.S. District Court of Eastern Louisiana in New Orleans filed for the U.S. Citizens on 11/20/2017 under case # 17-12760 being listed as in this case as Exhibit 17. All exhibits filed in this case provide additional arguments supporting claims in this case which address entities, governments, and individuals linked to the operating with the Russian Secret Police for the Federal Reserve Shareholders.

In 2012, while Robert Mueller was still director of the FBI there were numerous bitcoin heists at exchanges that required Satoshi Nakamoto to be properly identified with identifying all the bitcoins stolen and the stolen bitcoins' previous transactions. This better explains why U.S. Deputy Attorney General Rod Rosenstein appointed Robert Mueller to serve as special counsel for the United States Department of Justice so the continual unprofessional investigations of Bitcoin usage, Bitcoin's money laundering, and Bitcoin's theft continued. In his capacity as special counsel, Mueller oversaw the investigation into "any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump, and any matters that arose or may arise directly from the investigation".

Surely Robert Mueller and Rod Rosenstein having been assigned to investigate the Uranium One Deal in the past knew the many motives as to why Russia's President Vladimir Putin would not want Hillary Clinton as the U.S. President linked to the illegal acquisitions of United States uranium deposits through Uranium One by Russian Federation under Russian President Vladimir Putin. Mueller and Rosenstein also knew about the Clinton Foundation's links to Gulftainer, USA and their Russian Partner Prominvest, Rosoboronexport, and Rostec acquiring a 35-year lease at the Cape Canaveral.

It is reasonable to assume Harvard University, Russian Secret Police, and Harvard Mind Control Headquarters are the developers of all cryptocurrencies including Facebook's

Libra for the benefits of money laundering for the Federal Reserve Shareholders. Harvard University, Russian Secret Police, the Harvard Mind Control Headquarters, and the U.S. Secret Police would share liability for money laundering activities using cryptocurrencies and the theft of cryptocurrencies. This further concludes why the FBI under Directors Robert Mueller and James Comey never investigated the original founder and original source code for Bitcoin.

The Federal Reserve System is ultimately liable for all the internal and external controls over the banks under their supervision required to properly identify an individual or entity so not to be in violation of the Bank Secrecy Act of 1970. In fact, it would be proper to conclude the Federal Reserve System is ultimately responsible for aiding and abetting immigrants and fraudulent U.S. Citizens using stolen social security numbers to overthrow the United States Government. If the Federal Reserve System had properly fulfilled all its' responsibilities under the Federal Reserve Act of 1913 and the U.S. Constitution not one immigrant or fraudulent U.S. Citizen using a stolen social security number and entity established using a stolen social security number would have been allowed to receive any financial payment by way of a financial institution inside the United States making employment and establishment of businesses inside the United States and theft of federal, state, and local benefits almost impossible for immigrants inside the United States.

Under the U.S. Laws Countering Russian Influence in Europe and Eurasia Act of 2017 and Countering America's Adversaries Through Sanctions Act of 2017, all entities associated with Russia is required to be sanction. The entities directly linked to aiding Russia's illegal influence and control of the U.S. weather, U.S. power grids, U.S. airports and ports, U.S. Elections, U.S. Political processes, U.S. federal, state, and local court systems, U.S. financial transactions within the United States, the U.S. Citizens, and U.S. federal, state, and local governments are also required to be sanctioned with all the Russian agencies involved. All defendants listed in this case have a direct relationship with a Russian entity

linked to subversive activities against the U.S. government and U.S. Citizens who govern the United States.

The U.S. universities and colleges, social media corporations, U.S. non-profit organizations, U.S. religious organizations, foreign corporations, foreign non-profit corporations, cryptocurrencies, etc. associated with Russia's illegal influence and control of the U.S. weather, U.S. power grids, U.S. airports and ports, U.S. Elections, U.S. Political processes, U.S. federal, state, and local court systems, U.S. financial transactions within the United States, the U.S. Citizens, and U.S. federal, state, and local governments are also required to be sanctioned with all the Russian agencies involved. Vicki McLean has only listed the universities and colleges directly linked to the altering and forging of her federal cases since 2007, harassments and retaliations against the McLean and Fanning Family Clan, medical murder of James McLean on 3/11/2001, hanging of Alex Fanning in the home of plaintiff Louis Fanning, Jr. in Dallas in May, 2018 falsely claimed as a suicide the month after New Orleans FISC case 18-3462 Vicki McLean ET AL, EX REL USA VS Federal Reserve System, ET AL was filed.

## ARGUMENT

**Exhibit 1 - Russian Federation's Constitution of 1993 with Amendments through 2008**

"SECTION 1

CHAPTER 1: THE BASIS OF THE CONSTITUTIONAL SYSTEM,

Article 6• Requirements for birthright citizenship

1. Citizenship of the Russian Federation shall be acquired and terminated in accordance with federal law, and shall be one and equal, irrespective of the grounds on which it is acquired. 2. Every citizen of the Russian Federation shall enjoy all rights and freedoms on its territory and shall bear equal responsibilities as envisaged in the Constitution of the Russian Federation. 3. **A citizen of the Russian Federation may not be deprived of his (her) citizenship or of the right to change it.**

CHAPTER 2: HUMAN AND CIVIL RIGHTS AND FREEDOM

Article 61

1. A citizen of the Russian Federation may not be deported from the Russian Federation or extradited to another state. **2. The Russian Federation shall guarantee its citizens protection and patronage abroad**.

Article 62

**1. A citizen of the Russian Federation may have citizenship of a foreign state (dual citizenship) in accordance with federal law or an international treaty of the Russian Federation.**

**2. The possession of foreign citizenship by a citizen of the Russian Federation shall not diminish his (her) rights and freedoms and shall not release him from obligations stipulated for Russian citizenship, unless otherwise specified by federal law or an international treaty of the Russian Federation.** 3. Foreign citizens and stateless persons shall enjoy rights and bear obligations in the Russian Federation on a par with citizens of the Russian Federation, except in those cases envisaged by federal law or by an international treaty of the Russian Federation.

## CHAPTER 4: THE PRESIDENT OF THE RUSSIAN FEDERATION

Article 86

The President of the Russian Federation:   a. shall direct the foreign policy of the Russian Federation; b. shall hold negotiations and sign international treaties of the Russian Federation;

• Treaty ratification

c. shall sign instruments of ratification; d. shall receive letters of credence and letters of recall of diplomatic representatives accredited to his (her) office.

Article 87

1. The President of the Russian Federation shall be the Supreme Commander-in-Chief of the Armed Forces of the Russian Federation.

• Designation of commander in chief

**2. In the event of aggression against the Russian Federation or of a direct threat of aggression, the President of the Russian Federation shall introduce martial law on the territory of the Russian Federation** or on certain parts thereof and shall immediately inform the Council of Federation and the State Duma of this. 3. The regime of martial law shall be defined by federal constitutional law.

**Article 89• Head of state powers**

**The President of the Russian Federation:   a. shall decide on issues of citizenship of the Russian Federation and of granting political asylum;**

Article 90

1. The President of the Russian Federation shall issue edicts and regulations. • Head of state decree power 2. The edicts and regulations of the President of the Russian

Federation shall be binding on the entire territory of the Russian Federation. 3. Edicts and regulations of the President of the Russian Federation must not conflict with the Constitution of the Russian Federation and federal laws.

Article 91• Head of state immunity

e. announcement of elections of the President of the Russian Federation; f. impeachment of the President of the Russian Federation; g. appointment of judges of the Constitutional Court of the Russian Federation, of the Supreme Court of the Russian Federation, and of the Supreme Arbitration Court of the Russian Federation;

• Constitutional court selection

h. appointment and dismissal of the Prosecutor General of the Russian Federation; i. appointment and dismissal of the deputy Chairman and half of the auditors of the Accounts Chamber.

CHAPTER 5: THE FEDERAL ASSEMBLY

Article 102

1. The following shall be within the jurisdiction of the Council of Federation:   a. approval of border changes between constituent entities of the Russian Federation;

• Second chamber reserved policy areas

b. approval of edict of the President of the Russian Federation on the introduction of martial law;

• Second chamber reserved policy areas

c. approval of edict of the President of the Russian Federation on the introduction of a state of emergency;

• Emergency provisions • Second chamber reserved policy areas

d. deciding on the possibility of using the Armed Forces of the Russian Federation outside the territory of the Russian Federation;"

All Soviet Union and Russian Citizens living aboard with their children even when acquiring U.S. Citizenship have Russian Birthright citizenship. Only upon renouncing ones Russian Citizenship does a Soviet Union Citizen or Russian Citizen with their children living aboard would officially lose their Russian Citizenship. The Russian Constitution clearly states **The Russian Federation shall guarantee its citizens protection and patronage abroad** even when dual citizenship is involved. Russian Citizens having dual citizenship still have obligations stipulated for Russian Citizenship like responsibility to pay taxes to Russia on their foreign earned income. The Russia Citizen must officially renounced ones' Russian Citizenship to be freed from Russian Citizenship obligations.

**Exhibit 2   - "Citizenship of Russia" From Wikipedia**
"Citizenship act of 1991

In accordance with Article 13, former Soviet citizens among permanent residents on February 6, 1992 of the RSFSR were recognized as RSFSR citizens. Those who expressed their will not to become RSFSR citizens until February 6, 1993 were not recognized as RSFSR citizens. Supreme Council decree N 5206/1-1 recognized the following as Russian citizens:

- those who left the RSFSR before February 6, 1992 for study, work, treatment, or personal reasons and returned after February 6, 1992
- military personnel of RSFSR abroad

Former Soviet citizens who were born on December 30, 1922 or later on Russian territory or to a Soviet citizen who was a permanent resident of the RSFSR at the birth of his or her were recognized as if they had been RSFSR citizens by birth (see Case of Smirnov).

Russian citizenship could be acquired:

- by birth
- by registration
- by naturalization
- by restoration of citizenship
- by opt
- by following parents' citizenship"

"Compatriots act of 1999

In 1999, in spite of the veto of the President, the Federal Assembly adopted the Act on the state policy on compatriots abroad. **Article 11 stated that all former Soviet citizens and their descendants should be recognized as Russian citizens unless they had declared their intentions to be citizens of foreign states**. However, this article was revoked in 2002 and persons under this article are not generally recognized by executive or court authorities of Russia as citizens of the Russian Federation unless they received documents of Russian citizenship before the article's revocation. No official comments have been given as to how this article should be interpreted. Oleg Kutafin, the chairman of the Presidential Committee on citizenship, criticized this Act in his book *Russian Citizenship* (**ISBN 5-7975-0624-6**), but the legal consequences of this Act were not analyzed there."

Citizenship act of 2002

"In 2002, a new citizenship act, supported by President Vladimir Putin, replaced the act of 1991.

Russian citizenship could be acquired:

- by birth
- by naturalization
- by restoration of citizenship
- by following parents' citizenship

The rules of citizenship by birth generally follow the principle of jus sanguinis, though a child can be recognized as a Russian citizen in several special cases:

- neither parent, both of whom are permanent residents of Russia, is a Russian citizen, but the child is born in Russia and does not acquire any other citizenship
- the child is found abandoned on Russian territory and the parents remain unknown for more than six months

Naturalization is usually granted if the applicant meets the following requirements:

- has been a resident of Russia for not less than five years
- promises lawful behavior
- has a legal source of income
- speaks Russian

In certain cases, some or even all of the above requirements can be waived by an Executive Order of the Russian President, as happened on 3 January 2013, when Russian President Vladimir Putin signed an Executive Order granting Russian citizenship to

French-born actor Gérard Depardieu, citing authority granted under Article 89(a) of the Constitution of the Russian Federation.

Citizenship of children (persons under 18 years of age) generally follows the citizenship of their parents. If one or both parents obtain Russian citizenship, their children become Russian citizens as well. If one or both parents lose Russian citizenship, their children lose it too. A child can acquire or relinquish Russian citizenship by the application of his parents, but at least one parent must be a Russian citizen in this case.

In jurisdiction courts, including the Supreme Court of the Russian Federation.

The position of the executive officers and the courts was that Smirnov, in accordance with 2002 Act Article 13 of the Citizenship Act, was a former citizen of the Russian Federation, but not a citizen of the Russian Federation since February 6, 1992. He did have the option to apply for Russian citizenship through registration.

However, the Russian Federation Constitutional Court ruled that 2002 Citizenship Act Article 18 was not in conformance with the Constitution, as the registration procedure of Article 18 could be applied to Russian citizens by birth; that is, those persons who:

- were born in the territory of the RSFSR
- were citizens of the USSR
- did not renounce Russian citizenship
- relocated to another Soviet republic
- were not citizens of another Soviet republic
- eventually returned to Russia

There is an opinion that this ruling determines that every former citizen of the USSR who was born in the territory of the RSFSR and never renounced Russian citizenship is a

Russian citizen by birth, even if he also has foreign citizenship. This opinion is based on the Court's interpretation of Article 6 of the Constitution given in the text of the decision: "such persons... cannot lose Russian citizenship unless they explicitly expressed their will to give it up"."

**Note the importance of the timing of the Russian Federation Citizenship Act of 2002 in relationship to the takedown of the World Trade Towers on Sept. 11, 2001 and all related investigations. This Citizenship Act of 2002 in direct conflict with the Russian Federation Constitution allowed the President of the Russian Federation to deny Russian Citizenship to Russian Citizens under the Russian Federation Constitution due to living aboard. This gives the Russian Federation President being the head of the Russian Secret Police the power to decide to grant or not grant Russian Citizenship to Russian Citizens living aboard after having been able to access Russian Federation's liability of allowing a Russian Citizen living abroad like Sergey Brin or any other member of the Russian Secret Police living abroad to claim Russian Citizenship. The President of the Russian Federation has the power to bring charges against any Russian Citizen.  It is reasonable to assume that Russian Citizens living abroad having dual citizenship have not reported their earned income aboard to the Russian Federation government for the benefit of the Federal Reserve Shareholders. This violation of Russian Federation Law easily allows the President of the Russian Federation to indict and arrest most Russian Citizens living aboard inside the United States.  This drastic change in Russian Federation Citizenship laws in 2002 gives greater reasons to conclude that the Russian Secret Police inside and outside the United States were the leaders orchestrating the takedown of the World Trade Towers on Sept. 11, 2001 for the benefit of the Federal Reserve Shareholders. It is also reasonable to conclude Harvard University, and the Harvard Mind Control Headquarters designed the**

U.S. Naturalization Laws of 1924 and 1952 and was involved in helping the Russian Federation Secret Police design the Russian Federation Citizenship Act of 2002 giving the Russian Federation President the power to decide who was allowed to maintain their Russian Citizenship while living aboard especially since the U.S. Nationalization Laws could deny the Russian Citizen dual citizenship due to fraud during U.S. Citizenship application or violation of the Alien Registration Act of 1940. Robert Mueller, James Comey, and Christopher Wray roles in the 9/11/2001 investigations and their cover ups better explains why all three have been involved in the investigations linked to framing U.S. President Trump linked to Russian Intelligence interference in the 2016 U.S. Presidential Elections and to Ukraine requesting former U.S. Vice President Joe Biden a member of the Obama Administration be investigated linked to his son Hunter Biden and Burisma Holding, Inc. involvement in removing Ukraine's uranium from Ukraine's uranium reserves illegally for Russian Federation.

The series of indictments that resulted from the Special Counsel Robert Swan Mueller investigations clearly involves the framing of low level Russian Agents for the Russian Federation to threaten all Russian and U.S. Secret Police and others in high level positions involved in past Ukraine activities especially linked to the theft of  Ukraine's uranium reserves and Ukraine's archives of records about the Soviet Union NKVD and KBG activities, Uranium One Deal, Gulftainer, USA leases inside the United States, and U.S. military operations overseas linked to covert operations and theft of uranium involving the U.S. Military,  U.S. Military Special Operations Command, FBI, CIA and the Russia Secret Police. The indictments filed by Robert Swan Mueller give no indication of the real motives for the indictments in the United States District Court for the District of Columbia of the following defendants. The following indictments filed by Attorney Robert Swan Mueller the

former U.S. FBI Director from 2001 -2013 should be considered as threats to all individuals and entities used by the Russian Federation Secret Police and the Federal Reserve Shareholders to care out espionage activities related to theft of global uranium reserves, money laundering of the 7+ trillions of U.S. Funds by the Federal Reserve Shareholders overseas, global underground mind control operations, etc.:

| | |
|---|---|
| 1:18-cr-00215-ABJ | USA VS Viktor Borisvick Netyksho, et al |
| 1:18-cr-00218-TSC | USA VS MARIA BUTIN |
| 1:17-cr-00232-EGS | USA VS MICHAEL FLYNN |
| 1:17-cr-00201-ABJ | USA VS PAUL MANAFORT, KONSTANTIN KILIMNIK |
| 1:17-cr-00544-NGG | USA VS MICHAEL LESLIE COHEN EASTERN DISTRICT OF NEW YORK |
| 1;19-cr-00124-ABJ | USA VS ROGER JASON STONE, JR. |
| 1:18-cr-00024 | USA VS RICHARD PINEDO |
| 1:18-CR-00031 | USA VS ALEX VAN DER ZWAAN |

**Exhibit 3 – U.S. District Court in District of Columbia 1:18-cr-00215-ABJ USA VS Viktor Borisvick Netyksho, et al indictment filing by Robert Swan Mueller**

United States Federal law (8 U.S.C. § 1401) defines who is a United States citizen from birth. The following are among those listed as persons who shall be nationals and citizens of the United States at birth;

- ''a person born in the United States, and subject to the jurisdiction thereof'' or

- ''a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe'' (see Indian Citizenship Act of 1924).

- ''a person of unknown parentage found in the United States while under the age of five years, until shown, prior to his attaining the age of 21 years, not to have been born in the United States.

- ''a person born in an outlying possession of the United States of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year at any time prior to the birth of such person.

**Note the U.S. Congress only giving naturalizations rights to children 5 years of age or younger of unknown parentage indicates the U.S. Congress was likely aware that Hitler used children as young as eight years of age as soldiers, porters, spies, couriers, and human shields. The British in early 1900's also used children in the military. The U.S. Congress was also likely aware that the Fifth Column had taken over many of the undeveloped countries in Mexico, Central America, South America, etc. For these reasons it is an extreme national security risk to grant refugee status, trafficking victim status, immigrant minor status, stateless person status, internally or displaced person status, or asylum status to adults and to children over the age of five entering the country alone from any country.**

The key word that requires investigation for every individual situation born in the United States to two undocumented and documented immigrants is often the word ''jurisdiction.'' The United States jurisdiction over a child born to documented legal immigrant parents and undocumented immigrant parents illegally residing inside the United States not having and having legal temporary or permanent residency status is limited to the jurisdiction of the foreign country over the immigrant parents. United States must examine the constitution and naturalizations laws of their parents' native country to understand the jurisdiction claimed by the native country of the immigrant parents. Most countries have

established laws governing the country's jurisdiction over their citizens when residing inside a foreign country, legally and illegally. The United States Congress under the U.S. Constitution was given the power over commerce with foreign nations, not the U.S. President. Therefore, the U.S. Congress must establish treaties and agreements with each country to establish guidelines to enter the U.S. for employment with guidelines to grant citizenship from the United States. For this reason, it is reasonable to assume that the U.S. Congress assumes all countries claim jurisdiction over their citizens and the minors of their citizens with details as to how they can leave their country and enter another country for employment including detail guidelines on how their country approves a transfer of citizenship or allowing dual citizenship to the United States. All countries also have laws regarding income taxes owned to their government earned by their citizens aboard.

Clearly the United States can revoke any Immigrant's U.S. Citizenship due to fraud who has obtained U.S. Citizenship concealing the use of a stolen social security number, concealing stolen U.S. and state education benefits, concealing stolen U.S. scholarship and grant benefits, concealing other stolen U.S. and State benefits, and concealing their participation in espionage activities inside the United States . Any of these actions would violate U.S. laws and more specifically the U.S. Alien Registration Act, U.S. Sedition Act, U.S. Espionage Act, U.S. Bank Secrecy Act, and the U.S. Patriot Act requiring fingerprinting of the immigrant to be placed in a data base, revoking of the immigrant's U.S. Citizenship, and deportation of the immigrant permanently. Children of immigrants do not become U.S. Citizens by way of their parents acquiring U.S. Citizenship. The children of immigrants cannot apply for U.S. Citizenship until age 18 and must be in accordance to the U.S. Immigration and Naturalization Laws having not been in violation of U.S. Laws.

The Russian Federation under their constitution and citizenship laws clearly claims jurisdiction over their Russian Citizens and their Russian Citizens' children born aboard

denying a Russian child born inside the United States rights to claim U.S. Birthright Citizenship. Unless the Russian Citizen has renounced their Russian Citizenship, it should be assumed, they are Russian Citizens with Russian Federation having primary jurisdiction as claimed by Russian Federation Citizenship laws.

**The Alien Registration Act of 1940 specifically addresses subversive activities of immigrants and expanded the grounds for deporting aliens to include weapons violations, drug violations adding heroin, and abetting illegal immigration.  Title 1 of the Alien Registration Act described subversive activities as anyone who:**

**…with intent to cause the overthrow of destruction of any such government, prints, publishes, edits, issues, circulates, sell, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force, violence, or attempts to do so; or …. Organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly persons, knowing the purposes thereof.**

**Alien Registration required:**

1. **The date and place of entry of the alien into the United States.**
2. **Activities in which he has been and intends to be engaged.**
3. **The length of time he expects to remain in the United States.**
4. **The criminal record, if any, of such alien.**
5. **Such additional matters as may be prescribed by the Commissioner of Immigration and Naturalization.**

**Guardians had to register minors, who had to register in person and be fingerprinted within 30 days of their 14th birthday.**

**Aliens were to notify the government if their residence changed and confirm their residence every 3 months.**

The Alien Registration Act of 1940 was one of the many laws passed due to fear of the success of the fifth columns in less fortunate countries. Surely the immigrants using fraudulent social security numbers know their sources used to acquire the stolen social security cards and know with certainty they will pass inspection when presented because the social security number is a legitimate social security number belonging to a real authentic U.S. citizen. An immigrant possessing a social security number allows the immigrant to steal U.S. Scholarships and grants, steal Medicaid benefits, apply for food stamps, apply for Housing funds and FEMA funds, apply for Welfare funds, and apply for U.S. jobs that no immigrant has rights to inside the United States. Millions of immigrants every year steal U.S. and State benefits without providing a cent to the U.S. and State governments (the Federal Reserve Shareholders steal all the payroll deductions of an individual using a stolen social security number) which has resulted in the huge U.S. national debt which aids to weaken and overthrow the U.S. government when negotiating with other countries. The possession of a stolen social security number is not simple identity theft but an Alien Registration Act violation and an Espionage Act violation. This violation requires immediate detention by DHS, fingerprinting, revoking of U.S. Citizenship if acquired and permanent deportation without due process due to espionage violation by an immigrant with notification of their native countries by way of an international court and the United Nations notifying their native of foreign income earned inside the United States.

Under the U.S. Constitution Article 1 Legislature Branch Sect 8 Powers of Congress

"Clause 3 To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

Clause 4 To establish a uniform Rule of Naturalization, and uniform laws on the subject of Bankruptcies throughout the United States.

Clause 5 To coin Money, regulate Value thereof, and of foreign Coin and fix the Standard of Weights and Measures;"

In 2011, United Arab Emirates based Ports and Logistics group Gulftainer, a subsidiary of the Crescent Group of companies and the largest private port and logistics operator of the Middle East signed a major joint venture agreement with Prominvest, the financial and investment arm of Russian State Corporation, Russian Technologies.

The agreement was signed in the Black Sea city of Sochi in the Russian Federation between Mr. Badr Jafar, Executive Director of the Crescent Group and Vice Chairman of Gulftainer, Mr. Mikhail Shelkov, CEO of Prominvest and Vladimir Putin, Prime Minister of the Russian Federation. Port of Sochi is likely used to export all uranium stolen from Ukraine for Russia's distribution explaining the positioning of Russian troops along the Ukraine border and waterways to the Black Sea.

The new joint venture company, Gulftainer Russian Technologies will pursue investments and management opportunities in the complete logistics chain within the Russian Federation and the rest of the Commonwealth of Independent States (CIS) including strategic port assets and related infrastructure.

 In June 2014, Gulftainer signed a 35–year concession with the Cape Canaveral Port Authority in Florida, USA to operate and develop its container and multipurpose cargo terminal.

In September 2018, Gulftainer signed another contract in the USA, a 50–year concession to operate the port of Wilmington, Delaware. The deal included a US$600 million investment commitment and upgrades to training facilities and terminal capabilities.

Because Gulftainer has established a joint venture with Russian Federation, any contract with Gulftainer is a contract with the Russian Federation being a foreign nation that falls under the Powers of Congress. The State of Florida and the State of Delaware are in violation of the U.S. Constitution having established these illegal foreign contracts with the Russian Federation through Gulftainer.

In December 2016 President Obama placed sanctions on Russia due to Russian interference in the 2016 U.S. Elections.  U.S. Congress also placed sanctions on Russia in 2017 under **COUNTERING RUSSIAN INFLUENCE IN EUROPE AND EURASIA ACT OF 2017 and COUNTERING AMERICA'S ADVERSARIES THROUGH SANCTIONS ACT OF 2017.**

All Social Media Corporations used to interfere in the U.S. federal, state, and local government operations are also adversaries of the U.S. Citizens and U.S. Governments and in violation of Countering America's Adversaries through Sanctions Act of 2017.

**The FOREIGN INVESTMENT RISK REVIEW MODERNIZATION ACT OF 2018, CUSTOMS MODERNIZATION AND INFORMED COMPLIANCE ACT 0F 2018, AND EXPORT REFORM ACT OF 2018** addresses the unconstitutional contracts between Gulftainer, USA and the State of Florida and State of Delaware yet the FBI has yet to address these violations at the same time sanctions against Russia were in placed in 2018.

Very few of the companies that Russia owns a significant percentage or has a joint venture with operating inside the United States have been sanctioned. Uranium One majority owned by Russia is required to be sanctioned under the U.S. Laws. Gulftainer, USA having a joint venture with Prominvest since 2011 must also be sanctioned. Both companies operating under Russian control pose a severe national security risk to the United States. Many other companies listed as defendants having tight relations with the Russian Federation also have not been sanctioned as required by U.S. Law.

Uranium One controls **20% of the U.S. uranium and is exporting a majority of their uranium to Russia. The U.S. uranium assets have and continue to be exported to Russia in violation of the International In Traffic In Arms. This exporting of the U.S. uranium to Russia by way of Uranium One is a severe national security risk. The FBI since 2009 have and continue to cover up this huge violation of U.S. Laws by Uranium One that involved the Clinton Foundation that has a partnership with the Bill and Melinda Gates Foundation and the Varkey Foundation. Bill Gates is founder of Terra Power that has a close relationship with Rosatom.**

Under the U.S. Constitution only the U.S. Congress has the power to coin money and regulate it's value. Only the U.S. Congress under the U.S. Constitution had the authority to establish any cryptocurrency used inside the United States. The FBI once again refused to address the establishment of cryptocurrencies in violation of the U.S. Constitution. The FBI has and continues to assist in the mass money laundering of money, items, and services by way of cryptocurrencies by not properly investigating the massive cryptocurrency heist and the founder of Bitcoin.

The many ways the Federal Reserve Shareholders steal over 7+ trillion of U.S Funds and U.S. Citizens and U.S. Corporations assets yearly were addressed in the following cases being included as Exhibit 4 and Exhibit 5

**Exhibit 4 -FISC case U.S. District Court of Eastern District of Louisiana, New Orleans Division Vicki McLean, ET AL EX REL USA VS Federal Reserve System, ET AL 18-CV-3462 filed April 2, 2018 under the Patriot Act under Judge Martin Feldman.**

**Exhibit 5 - FISC case U.S. District Court of Eastern District of Louisiana, New Orleans Division Vicki McLean, ET AL EX REL USA VS UNITED NATIONS, ET AL 18-CV-3701 filed April 9, 2018 under the Patriot Act under Judge Martin Feldman.**

In the 2016 and 2018 Elections, the Russians hacked the voting machines in the same matter using mems technology. The Russians Secret Police by way of the U.S. Mind Control System headquarters set up the hack by making sure all the Women's Republican Parties instructed everyone to vote straight ticket. By punching one lever every republican on the ticket was voted for by the voter in the booth. All the Russian, U.S. and other foreign Secret Police inside the U.S. had to do was switch the lever off that voted for all candidates listed under the republican or democratic party and then switch the lever to vote for one candidate for U.S. President in the 2016 election to defeat massive numbers of republican and democratic candidates while still making sure Donald Trump was elected with plans to impeach him using Robert Swan Mueller. This same technic was likely used in Harris County when voting for Senator Cruz to defeat all the republican candidates for judge seats. This hacking technic obviously has been used over the last 10-40 years to defeat republican and democratic candidates. This hacking technic was likely used to defeat Republican Candidate Roy Moore for Alabama Senator Seat in 2016. Surely this hacking technic was used to assure victory for all non-U.S. Citizen candidates for U.S. Congress that won in 2016 like Alexander Ocasio-Cortez a Puerto Rican Citizen , Ilhan Omar, a Somalian

Citizen, and Rashida Tlaib, a Palestinian Citizen all using stolen social security numbers illegally claiming birthright citizenship or having entered the country illegally claiming asylum having stolen federal and state benefits being in violation of the Alien Registration Act of 1940. To protect the hackers of voting machines, auditors are not allowed to identify a specific individual with a specific vote to determine if the voter voted straight party ticket or only for voted for one candidate in the 2016 and 2018 elections. This is intentional lack of internal and external controls for all elections processes in every State denying the U.S. Citizens their U.S. Constitutional rights to a republic form of government. The hacking of the United States, federal, state, and local elections by the Russian Secret Police surely has been going on for more than 50 years and will continue until the HAARP mind control and HAARP weather system is taken down inside the United States.

The denial of the U.S. Citizens rights to a republic form of government by the U.S. Congress under the U.S. Constitution not properly vetting all States voter registration lists and candidates properly for U.S. Citizenship and stolen social security numbers is addressed in Exhibit 6 U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS State of Texas, Secretary of State Elections Division, ET AL A18-1021 filed Nov. 29, 2018 in greater detail. Many of the members of the U.S. Congress being obvious fraudulent U.S. Citizens using stolen social security numbers were listed as defendants. Many federal judges being obvious fraudulent U.S. Citizens using stolen social security numbers were also listed.

**Exhibit 6 - U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS State of Texas, Secretary of State Elections Division, ET AL A18-CV1021RP filed Nov. 29, 2018 under the Patriot Act with Judge Robert Pitman.**

U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS State of Texas, Secretary of State Elections Division, ET AL A18-CV1021RP was altered and forged with the U.S. Attorney General obviously never receiving his certified mailed of case A18-CV-1021RP due to no motion entered in the case. A forged order and judgement of Judge Robert Pitman filed on June 18, 2019 was addressed in a Motion to leave. All subsequent orders should be expected to be forged like all previous filed federal EX REL USA cases filed by Vicki McLean beginning on Dec. 20, 2007 in New Orleans U.S. District Court Case 07-cv-0917 filed under Judge Thomas Porteous initially prior to a forged order recusing Judge Porteous that lead to his impeachment hearing and resignation in 2010. Likely Judge Thomas Porteous had no knowledge of case 07-9717 being assigned to his court the main motive for his framing by the federal, state, and local governments. Federal Judge Porteous case 07-9717 addressed the obvious theft of 1-3 trillion of Medicare, Medicaid, and Private Insurance funds by the Federal Reserve Shareholders linked to the motive for the take down of the World Trade Towers on 9/11/2001. This was the reason why Vicki Fanning McLean was framed by Montgomery County, Texas on 3/2/2008 while Porteous federal case 07-9717 was active and being altered and forged, told to get out of Texas on March 22, 2008 by way of Timothy and Kimberly McLean for the District Attorney Office of Montgomery County, Texas, arrested in Dayton Ohio on falsified warrant on the anniversary of Hurricane Katrina hitting New Orleans, transferred to Montgomery County, Tx by commercial airline flight on anniversary of World Trade Towers on 9/11/2008, denied bail illegally, never allowed to present in Montgomery County Judge Court of Judge Michael Mays to argue the lies being presented by the Montgomery County District Attorney Office, witnesses, and Vicki McLean's assigned defense Attorney Walker. Vicki McLean was illegally detaining in jail for 9 ½ months while Federal Judge Thomas Porteous was framed and brought up on impeachment hearing by the U.S. House of Representative under the leadership of U.S. Speaker of the House Nancy Pelosi. In mid-June 2009 Vicki McLean's case was dismissed

by forgery due to insufficient evidence never having allowed Vicki McLean to meet in court in front of Montgomery County Judge Michael Mayes. The State of Texas illegally accomplished falsified mental diagnosis of Bipolar with psychotic features to accomplish discrediting Vicki McLean as a sound mind legitimate federal whistleblower reporting massive Medicare, Medicaid, and Private Insurance fraud and to the life, career history, intellectual property illegally used in U.S. HAARP Patent 5041834, and medical murder of her husband James McLean. James McLean's work history and medical murder results in Vicki McLean's 50-100 year copyright of his intellectual property illegally used in U.S. HAARP Patent 5041834. This was laid out in great details in appellant brief of U.S. District Court of Eastern Louisiana Case, New Orleans Division 15-08 Vicki McLean VS Barack Obama, ET AL on appeal in Fifth Circuit New Orleans District as 15-30345 that was altered and forged also. The appellant brief was likely untampered for the protection of Loyola University of New Orleans and Tulane University used to alter 15-08 case filings, exhibits and motions and forge the orders of the Federal Judges and motions of the assistant U.S. Attorneys in U.S. District Court and the Fifth Circuit Court. This brief is being placed as an exhibit in this case as Exhibit 18 - United States District Court of Eastern Louisiana, New Orleans Division 15-08 on appeal as 15-30345 U.S. Fifth Circuit Court of Appeal Appellant Brief -Vicki McLean VS Barack Obama, ET AL.

**Exhibit 7 - U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS State of Texas, Secretary of State Elections Division, ET AL A18-CV1021RP filed June 25, 2019 Motion to leave to file motion to vacate order and judgement filed June 18, 2019 due to forgery.**

Several cases were filed in U.S. District Court of Western District of Texas under Judge Robert Pitman under the Patriot Act against countries and their citizens, et al addressing the espionage activities of the country's citizens living inside the United States using stolen U.S. Citizens social security numbers, stealing U.S. and State benefits, voting in U.S.

Elections, working in federal, state and local governments, stealing U.S. Scholarships, working in the U.S. illegal mind control systems, etc.

**Exhibit 8 - U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Mexico, Country of, ET AL       A19-CV0591RP filed June 10, 2019 under the Patriot Act with         Judge Robert Pitman.**

**Exhibit 9 - U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS People's Republic of China, Country of, ET AL A19-CV0647RP filed June 25, 2019 under the Patriot Act with Judge Robert Pitman.**

**Exhibit 10 - U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Puerto Rico, Territory of U.S., ET AL A19-CV0648RP filed June 25, 2019 under the Patriot Act with         Judge Robert Pitman.**

**Exhibit 11 -U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Mexico, Country of, ET AL  A19-CV0591RP filed July 8, 2019 Affidavit of Service providing evidence of delivery but justifying reasons the U.S. Attorney General never really received his delivery of case A19-CV0591RP from the USPS as shown on the certified return receipt denying the U.S. Citizens' rights to counsel.**

**Exhibit 12- U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS People's Republic of China, Country of, ET AL A19-CV0647RP filed July 8, 2019 Affidavit of Service providing evidence of delivery but justifying reasons the U.S. Attorney General never really received his delivery of case A19-CV0647RP from the USPS as shown on the certified return receipt denying the U.S. Citizens' rights to counsel.**

**Exhibit 13 - U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Puerto Rico, Territory of U.S., ET AL A19-CV0648RP. filed July 8, 2019 Affidavit of Service providing evidence of delivery but justifying reasons the U.S. Attorney General never really received his delivery of case A19-CV0648RP from the USPS as shown on the certified return receipt denying the U.S. Citizens' rights to counsel.**

**Exhibit 14 – U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS FBI, ET AL 17-17483 filed Dec. 19, 2017.**

**Exhibit 15 – U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS U.S. Office of the President 1924 to present, ET AL 18-911 filed Jan. 30, 2018**

**Exhibit 16 – U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS LOYOLA UNIVERSITY OF NEW ORLEANS, ET AL 17-5578 filed June 6, 2017.**

**Exhibit 17 - U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS EUROPEAN UNION, ET AL case 17-12760 filed Nov. 21, 2017.**

**Exhibit 18 - United States District Court of Eastern Louisiana, New Orleans Division 15-08 on appeal as 15-30345 U.S. Fifth Circuit Court of Appeal Appellant Brief -Vicki McLean VS Barack Obama, ET AL.**

**Exhibit 19 – Certified letter to Greystar, Inc. USPS tracking number7019 0700 0001 3467 8793 recording of continued harassment and retaliation of Vicki McLean by Russian Secret Police using the Lone Star College mind control system while living at The Cottages of Cypresswood 7203 Oakwood Glen Blvd. Apt. 804 Spring, Tx. 77379.**

It is reasonable to assume all subsequent cases will also involve the forging of Judge Robert Pitman orders and judgements and alterations of the original filing and exhibits using the University of Texas and Texas A&M denying Vicki McLean, ET AL and the U.S. Citizens and U.S. Government rights to due process and rights to counsel. It also should be assumed this filing with exhibits will also be altered and forged denying the assigned federal judge and the U.S. Attorney General knowledge of the case and denying Vicki McLean, ET AL and the U.S. Citizens their rights to due process and rights to counsel. It is reasonable to conclude that this case will involve the alteration of the filing and the exhibits with the forging of the judge's orders using Georgetown University and

George Washington University identical to Vicki McLean's Washington D.C. case against HAARP, ET AL for the U.S. Citizens filed on June 26, 2014 case 1:10-0176 under Judge Royce Lambert.

## CONCLUSION

For the United States to be successful in freeing the U.S. Government and the U.S. Citizens from the Federal Reserve Shareholders' Control and stopping the Russian Federation involvement in federal, state, and local business and U.S. Elections with reducing all United States national security risks the U.S. Government under the authority of the Foreign Intelligence Surveillance Court must:

1. Maintain and control current oil production and oil imports.
2. Completely stop the flow of illegal immigration into the country by land, sea, and air. Dismiss all asylum claims and other immigrant claims filed in U.S. courts with immediate fingerprinting and permanent deportation for violations of the Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, and Espionage Act of 1917 and 1939, and Sedition Act of 1917. Consider closure of the U.S. Mexico border with ending NAFTA immediately to stop illegal immigration by way of Mexico traffic on land, sea, and air.
3. Continue to rapidly deport the 50+million immigrants using stolen social security numbers and have stolen federal, state, and local benefits with top priority in removing all immigrants and fraudulent citizens from federal, state, and local positions, removal of H1B visas holders using stolen social security numbers and working in the illegal underground. And removal of all immigrant engineers, lawyers, professional athletes, celebrities, models, and broadcasters using stolen social security numbers.
4. Take control of the Federal Reserve System from the Federal Reserve Shareholders.

5. Take control of all University and College Mind Control Systems.

6. Take control of all the United States Mind Control Headquarters.

7. Take control of all the secret underground military bases and connecting subways.

8. Take control of all submerged submarine bases along the U.S. Coastlines and in Puerto Rico.

9. Be able to attack all global nuclear reactors, laser weather satellites, and submarines used to attack the United States.

10. Maintain control of all U.S. airports, ports, and harbors with the ability to close any airport, port, or border when deemed necessary for national security.

11. Discontinue the use of cryptocurrencies inside the United States.

12. Redesign the power grids of all major cities, ports, airports, etc. in such away all underground operations, ports, and airports are interlaced into all sections of the power grid making it harder to power these areas without powering most of the major cities electricity.

13. Restrict social media and social media posts from posting anything that interferes with the federal, state, or local governments, and U.S. elections since social media posts involve immigrants not allowed to be involved in federal, state, and local government business or U.S. elections.

14. Establish stronger · guidelines for all American broadcasting stations and newspapers to address fake news and their interference in federal, state, and local governments and federal, state and local elections. Address all American broadcasting stations and foreign owned operating inside the United States employing immigrants that cannot interfere in federal, state, and local governments and elections being in violation of the Alien Registration Act of 1940.

15. Placed sanctions on nations, individuals, and corporations deemed a national security risk or in violation of U.S. Laws under the Patriot Act and Espionage Act.

16. Void all contracts, treaties, and agreements with foreign countries and corporations that pose a national security threat.

17. Not be foolishly lured into another false war orchestrated by the Federal Reserve Shareholders.

18. End the U.S. involvement in all false wars aboard and have majority of the U.S. Military return to the United States in adherence to the U.S. Constitution required to protect only the U.S. Citizens and U.S. Soil not allowed to fight wars for other countries.

All 18 requirements to free the United States from the control of the Federal Reserve Shareholders and the Russian Federation only need to be ordered by the Foreign Intelligence Surveillance Court without the U.S. Congress, U.S. Supreme Court, or U.S. President authority due to the U.S. Congress not providing a republic form of government having over 39 Congress members that are not U.S. Citizens, due to the Judiciary Branch having hundreds of federal judges who are not U.S. Citizens and the Supreme Court Justices having allowed the continual forging of their orders and lower courts federal judges' orders with 6 out of 9 being over the required retirement age of 60,, and due to the Executive Branch having thousands of employees many in top management positions that are not legitimate U.S. Citizens using stolen social security numbers.

All defendants listed in this case should be sanctioned for their relationship to the Russian Federation, formerly the Soviet Union, which has and continues subversive actions toward the U.S. federal, state, and local governments and the U.S. Citizens likely back till 1945 when the United States joined the United Nations in violation of the U.S. Constitution.

Even though this case will be altered and forged under the authority of the Russian Federation Secret Police for the benefit of the Federal Reserve Shareholders, there will be great benefits for the citizens of all nations when the truth is held forth by filing this case in a U.S. court of law.

# GUIDANCE FOR THE COURT FROM
# THE GOD OF TORAH

## PSALMS 118:10-26

10 All nations surrounded me; in the name of the Lord I cut them off!

11 They surrounded me, surrounded me on every side; in the name of the Lord I cut them off!

12 They surrounded me like bees, they blazed like a fire of thorns; in the name of the Lord I cut them off!

13 I was pushed hard, so that I was falling, but the Lord helped me.

14 The Lord is my strength and my might; he has become my salvation.

15 There are glad songs of victory in the tents of the righteous; "The right hand of the Lord does valiantly;

16 the right hand of the Lord is exalted; the right hand of the Lord does valiantly."

17 I shall not die, but I shall live, and recount the deeds of the Lord.

18 The Lord has punished me severely, but he did not give me over to death.

19 Open to me the gates of righteousness, that I may enter through them and give thanks to the Lord.

20 This is the gate of the Lord; the righteous shall enter through it.

21 I thank you that you have answered me and have become my salvation.

22 The **stone** that the builders rejected has become the chief cornerstone.

23 This is the Lord's doing; it is marvelous in our eyes.

24 This is the day that the Lord has made, let us rejoice and be glad in it.

25 Save us, we beseech you, O Lord! O Lord, we beseech you, give us success!

26 Blessed is the one who comes in the name of the Lord. We bless you from the house of the Lord.

Respectfully submitted for the U.S. Citizens and Plaintiffs
Pro Se

_Vicki McLean_

Vicki Fanning McLean, Pro SE
42431 Evangeline Drive
Hammond, LA 70403
832-610-1059
Vickimclean1954@gmail.com

## Certificate of Service

I, Vicki McLean certify I will deliver this case original paper form filing with exhibits
Vicki McLean ET AL EX REL USA VS Russian Federation , ET AL to the U.S.
Attorney General Office care of the U.S. Attorney General William Barr at 950
Pennsylvania Avenue, NW, Washington D.C. 20530-0001 by way of USPS certified
return receipt under USPS tracking number – 7018 3090 0001 7370 7371

_Vicki McLean_

Vicki McLean

Respectfully submitted, Pro Se

_Vicki McLean_

Vicki Fanning McLean, Pro SE
42431 Evangeline Drive
Hammond, LA 70403
832-610-1059
Vickimclean1954@gmail.com