# Exhibit 4

**FISC case U.S. District Court of Eastern District of Louisiana, New Orleans Division Vicki McLean, ET AL EX REL USA VS Federal Reserve System, ET AL 18-CV-3462 filed April 2, 2018 under the Patriot Act under Judge Martin Feldman**

# CIVIL COVER SHEET

JS 44 (Rev. 06/17)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vicki McLean ETAL EXREL
United States OF America

**(b)** County of Residence of First Listed Plaintiff   Harris County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   Pro Se
Vicki McLean   P.O. Box 137
Spring, tx 77383

## DEFENDANTS
US Federal Reserve System ETAL

County of Residence of First Listed Defendant   Washington D.C
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## 18-3462
## SECT. N MAG. 1

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 2  U.S. Government Defendant

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Louisiana   ✓
↑ Texas

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyright
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

PATRIOT ACT

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
PATRIOT ACT, ESPIONAGE, FEDERAL RESERVE ACT

Brief description of cause:
Suit Against Federal Reserve For Violations Of US LAWS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE   MARTIN FELDMAN   DOCKET NUMBER   18-911

DATE   APRIL 2, 2018

SIGNATURE OF ATTORNEY OF RECORD   Vicki McLean Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE

UNITED STATES DISTRICT COURT
OF EASTERN DISTRICT OF LOUISIANA

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 APR -2 A 9: 06

WILLIAM W. BLEVINS
CLERK

CIVIL ACTION:

# 18-3462
# SECT. N MAG. 1

**VICKI FANNING MCLEAN**

**ESTATE OF JAMES MCLEAN**

**ESTATE OF LOUIS FANNING, SR.**

**VICKI MCLEAN, APPLE, INC.**
**SHAREHOLDER**

**EX REL UNITED STATES**
**OF AMERICA**

<u>**PLAINTIFFS**</u>

**VS**

**U.S. FEDERAL RESERVE SYSTEM**
**1913 TO PRESENT**

**FEDERAL RESERVE BOARD**
**OF GOVERNORS 1913 TO PRESENT**

**PATRIOT ACT 2001**

**ESPIONAGE ACT OF 1917**

**FEDERAL RESERVE ACT OF 1913**

**1933, 1935, 1977**

**CLAYTON ANTI-TRUST ACT**

**1914**

**RACKTEER INFLUENCED &**

**CORRUPT ORGANIZATIONS ACT**

**OF 1970**

**BANK SECRECY ACT OF 1970**

**BANKING ACT OF 1933 & 1935**

**ALIEN REGISTRATION ACT OF 1940**

**EMPLOYMENT ACT OF 1946**

**FULL EMPLOYMENT AND BALANCE**

**GROWTH ACT OF 1978**

**SOCIAL SECURITY ACT OF 1935,1965**

**CIVIL RIGHTS ACT OF 1964**

1

FEDERAL OPEN MARKET
COMMITTEE  1913 TO PRESENT

ILLEGAL IMMIGRATIONN REFORM
& IMMIGRANT RESPONSIBILITY
ACT OF 1996

ROTHSCHILD DYNASTY
ESTATES, TRUSTS, FOUNDATIONS
APPENDIX A  1913 TO PRESENT

DODD-FRANK ACT OF 2009
EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

ROCKEFELLER DYNASTY
ESTATES, TRUSTS, FOUNDATIONS
APPENDIX B  1913 TO PRESENT

WARBURG DYNASTY
ESTATES, TRUSTS, FOUNDATIONS
APPENDIX C  1913 TO PRESENT

SCHIEF DYNASTY
ESTATES, TRUSTS, FOUNDATIONS
APPENDIX D  1913 TO PRESENT

KUHN-LOEB DYNASTY
ESTATES, TRUSTS, FOUNDATONS
APPENDIX E  1913 TO PRESENT

MORGAN DYNASTY
ESTATES, TRUSTS, FOUNDATIONS
APPENDIX F 1913 TO PRESENT

**GOLDMAN-SACHS DYNASTY**

**ESTATES, TRUSTS, FOUNDATIONS**

**APPENDIX G  1913 TO PRESENT**


**DAVID-WEILL DYNASTY**

**ESTATES, TRUSTS, FOUNDATIONS**

**APPENDIX H  1913 TO PRESENT**


**SIEFF DYNASTY**

**ESTATES, TRUSTS, FOUNDATIONS**

**APPENDIX I  1913 TO PRESENT**


**STILLMAN DYNASTY**

**ESTATES, TRUSTS, FOUNDATIONS**

**APPENDIX J  1913 TO PRESENT**


**DAVISON DYNASTY**

**ESTATES, ESTATES, FOUNDATIONS**

**APPENDIX K  1913 TO PRESENT**


**LEHMAN DYNASTY**

**ESTATES, TRUSTS, FOUNDATIONS**

**APPENDIX L 1913 TO PRESENT**


**<u>DEFENDANTS</u>**

# INTRODUCTION

The Federal Reserve Cartel members as early as 1900 had access to the technology needed to establish the illegal global underground mind control systems and global HAARP weather modification weapons to control the globe under a unified system known today as New World Order. The top U.S. universities coordinating with the NAZI Kaiser Wilhelm Society now known as Max Planck Society,  and U.S. National Institute of Health worked with the Federal Reserve Cartel to provide U.S. monetary strategy, U.S. governmental policy strategy, U.S. labor strategy, U.S. immigration strategy, U.S. treaty and tariff strategy, technology research strategy, global industry strategy, and global false flag war strategy to overthrow the legitimate U.S. government established under the U.S. Constitution. The top universities involved in establishing the mind control system and HAARP weather modification weapon and providing U.S. monetary strategy, U.S. governmental policy strategy, U.S. labor strategy, U.S. immigration strategy, U.S. treaty and tariff strategy, technology research strategy, global industry strategy, and global false flag war strategy were Harvard University, Columbia University, Massachusetts Institute of Technology,  Princeton University, Stanford University, University of California, University of Chicago, University of Pennsylvania, Yale University, and Duke University. The American Law Institute provided huge support to undermine the U.S. Constitution as the Supreme Law of the United States. Federal Reserve Cartel is defined as a group of international banker families who control the globe's industries and banks which include the following family clans: Rothschild, Rockefeller, Warburg, Schiff, Kuhn-Loeb, Morgan, Goldman-Sachs, David-Weill, Seiff, Stillman, Davison, Lehman

To finance underground operations, the global international bankers' cartel needed the U.S. government to finance it continually. For nearly eighty years, the United States government was without a central bank after the charter for the Second Bank of the United States was allowed to expire in 1836. The constitutionality of a National Bank only given a charter for twenty years was always questioned not allowing the government to participated fully in the management of the bank. The first and second U.S. National Banks were accused of overextending credit and then tighten up credit policies following a panic very similar to the Wall Street Crash and Great Depression of 1929, Savings and Loan Crisis of 1980-1989, and the 2007-2008 Banking-Mortgage Crisis under the U.S. Federal Reserve System whose charter was not limited after Feb. 25, 1927.

To achieve the secret global mind control systems, HAARP weather modification weapon systems, and the underground military bases inside the United States it was necessary for the global international bankers' cartel to establish a third U.S. National Bank inside the federal government to siphon off U.S. governmental funds, establish public works projects, and provide massive immigrant manpower, legal and illegal, to establish, maintain, and operate the mind control operations, HAARP weather modification weapon systems, and underground military bases inside the United States. The original global international bankers' cartel known as the Federal Reserve Cartel of 1913 still controls the United States Government and U.S. Industries today through the unconstitutional U.S. Federal Reserve System.

The panic of 1907 caused by the Federal Reserve Cartel with communist spies inside the U.S. government and a Democratic U.S President enabled the establishment of an independent U.S. agency under the Executive Branch known as the Federal Reserve System with a twenty-year charter in 1913. The twenty-year charter clause was amended

on Feb. 25, 1927 **"to have succession for a period of twenty years unless sooner dissolved by the act of the shareholders owning two-thirds of the stock or by an act of Congress or unless its franchises become forfeited by some violation of law; to make contracts; to sue and be sued."** The U.S. Congress established the Federal Reserve System under the Federal Reserve Act of 1913 requiring maximizing employment, stabilizing prices, and moderating long-time interest rates. Due to the movement of unneeded immigrants, legal and illegal into the United States beginning in 1917 under the unconstitutional Bracero Program by the Federal Reserve Cartel, the Federal Reserve System intentionally has never maximized employment for the real authentic U.S. Citizens required under the U.S. Constitution and Federal Reserve Acts.

A real authentic U.S. Citizen is defined as a U.S. Citizen who is the authentic owner of ones' social security number not having violated the U.S. Immigration and Naturalization Laws with not having stolen U.S. or State Benefits as an immigrant, legal or illegal, or as a child of an immigrant. The tell-tale sign of a stolen social security number is an immigrant child who had illegal access to U.S. public schools, U.S. Medicaid and Medicare benefits, U.S. Housing benefits, and/or U.S. College scholarships and grants. This case is being filed for the real authentic United States Citizens referred to as the govern being the only residents inside the United States having rights to U.S. and State Benefits, rights to vote, rights to due process, and rights to equal protection under the law according the U.S. Constitution and rights to hold U.S. federal and State employment being required under their oath of office to uphold the U.S. Constitution. All federal and state employees who are not real authentic U.S. Citizens have been put in place by the illegal New World Order mind control system due to the leverage New World Order has over fraudulent U.S. citizens and immigrants using a stolen social security number funding the Federal Reserve Cartel slush funds.

The Federal Reserve Cartel had control over all the research of the Kaiser Wilhelm Society for the Advancement of Science established under the Third Reich in the German Empire in 1911 now known as the Max Planck Society. The Kaiser Wilhelm Society research was the foundation for New World Order global mind control systems and HAARP weather modification systems. The Rockefeller Foundation was a strong supporter of the Kaiser Wilhelm Institutes (KWI)granting stipends to students to study in Germany at KWI. The Kaiser Wilhelm Society was an umbrella organization for many institutes, testing stations, and research institutes created and united under its authority. The Kaiser Wilhelm Institute for cell physiology was founded in 1930 in Dahlem, Berlin by Otto Heinrich Warburg and the Rockefeller Foundation. The Kaiser Wilhelm Institute for Brain Research founded in Berlin in 1914 was also funded by the Rockefeller Foundation. The Kaiser Wilhelm Institute for physics was founded in 1917 in Berlin with Albert Einstein being the director from 1917-1933. Albert Einstein, a German Physicist was a lecturer at many U.S. Ivy league colleges from 1921-1922 and was involved with the League of Nations. In 1930 Albert Einstein obtained a two-month research fellowship with the California Institute of Technology. Einstein had stayed for 3 short periods between 1931 to 1933 touring European Universities and was offered a 5-year European studentship. In 1933 Albert Einstein, a German Communist Fifth Reich spy immigrated to the United States under refugee status and took up a position with the Institute for Advanced Study. In 1935 the Federal Reserve Cartel positioned Albert Einstein in the United States in position to receive all his fellow German scientists from the Kaiser Wilhelm Society that would be allowed fraudulent refugee and asylum status like himself under the Manhattan Project and Operation Paperclip. Einstein acquired U.S. Citizenship in 1940 while still maintaining his Switzerland citizenship. German Atomic Physicist Rudolf Walter Ladenburg also a member of the Kaiser Wilhelm Institute was also moved to the United States to work for Princeton University a communist spy who

7

was a principal coordinator for job placement for approximate 1600 exiled German scientists in the United States.

The following is a partial list of German communist spies who were former members of the Kaiser Wilhelm Institute placed as professors at U.S. Institutions to aid the Federal Reserve Cartel to institute the illegal mind control systems and the HAARP weather modification systems fueled by nuclear reactors inside and outside the United States. Siegfried Flugge – University of Wisconsin and Carniege Institute of Technology, Fritz Lipmann – Harvard University and Rockefeller University, Otto Meyerhof – University of Pennsylvania, Severo Ochoa- New York University, Carl Neuberg – University of Amsterdam, Wilhelm Eitel - University of Toledo, Otto Warburg- Oxford University, Hans Adolf Krebs – University of Oxford.

The Kaiser Wilhelm Institute scientists, engineers, and doctors were scattered throughout the globe at universities and government research programs for New World Order controlled by the Federal Reserve Cartel beginning in the 1920's.  During World War II the following operations were carried out to move German scientists, engineers and doctors to nations throughout the globe: Operation Epsilon, Operation Big, Operation Harborage, Alsos Mission, Operation Paperclip, Operation Osoaviakhim, etc. with many coordinated under the direction of the U.S. Manhattan Project, U.S. Office of Naval Intelligence, U.S. Office of Scientific Research and Development, and U.S. Army Intelligence.

By 1917 the top U.S. Ivy League Universities with illegal immigrant labor force, and U.S. government agencies began the planning and installation of the illegal mind control

8

system and HAARP weather modification systems operated by the universities and colleges in the United States. The Federal Reserve System provided the money laundering for the secret operations stealing from Federal funds, State funds, church funds, and non-profit funds, etc. The Federal Reserve System, Federal Reserve Cartel, and Ivy League Universities control of U.S. governmental policy, U.S. government monetary policy, U.S. industries, U.S. labor force, and U.S. immigration set up the Wall Street Crash and Great Depression of 1929 to enable the changes to the Federal Reserve System under the Banking Act of 1933 and 1935 to provide greater money laundering by the Federal Reserve System and set up the Social  Security System under the Social Security Act of 1935. The Social Security Act of 1935 established major governmental retirement funds for the U.S. citizens providing investment funds for the profit of the Federal Reserve Cartel. The Social Security Act also provided a means to give immigrants stolen social security numbers belonging to real authentic U.S. Citizens to illegally work inside the United States and provide a major slush fund for the Federal Reserve Cartel from the immigrants' payroll deductions and payroll tax payments managed by other independent U.S. agencies like the Social Security Administration and the Internal Revenue Service.


The League of Nations with the Federal Reserve Cartel and the Democratic U.S. Presidents manipulated the United States Congress to join the United Nations on June 26, 1945 and the North American Treaty Organization (NATO) on Aug. 24, 1949 in violation of the U.S. Constitution. The United States involvement in the United Nations and NATO manipulated the United States to participate in false flag wars across the globe to aid the Federal Reserve Cartel fund global underground operations while stealing nations' natural resources and nations' labor capital for New World Order.

The United Nations a pure New World Order organization became the ruler of the United States and all other nations for New World Order instead of the U.S. Constitution. The United Nations and NATO were in charge of starting false flag wars across the globe to aid the Federal Reserve Cartel to acquire global assets and migrate the labor forces of war torn nations to developed nations to increase the slush funds of the Federal Reserve Cartel and provide brain capital to other nations. Operation paperclip was an operation during World War II that moved "Brain Capital" from Germany to the United States. Operation Osoaviakhim was an operation during World War II that moved "Brain Capital" from Germany to the USSR. To deter "Brain Capital" immigration the U.S. residency required before acquiring citizenship should be returned to 14 years. All Visa programs should be limit individual immigrants to a 3 year stay requiring the immigrant to train an American to replace the VISA Program position permanently to deter U.S. Citizenship application.

The following goals were accomplished by the Federal Reserve Cartel, United Nations, and New World Order to provide massive Federal Reserve slush funds to accomplish and expand the underground college and university mind control systems with underground railways, underground military bases with underground railways, detention centers above and below the ground, and the global weather modification weapon systems:

1. Expansion of college and university research programs with massive increase in numbers of immigrants involved in the research programs.
2. Development of more and more colleges and universities across the U.S. and globe.
3. Expansion of federal and corporation college scholarship and grant programs with providing more to immigrants each year instead of real authentic U.S. Citizens to work in the college mind control systems and research programs.

10

4. Funding for corporations to drill and cement the underground. This included the break-up of the Standard Oil Corporation to lessen the risk of discovery for the Rockefeller family who owned the Standard Oil Company. Halliburton and Schlumberger are the dominant companies used globally for underground cementing.

5. Funding for corporations to provide steel, aluminum, and telecommunication equipment for the underground. The U.S. Steel Corporation founded by J.P. Morgan was a major provider of steel and aluminum prior to 1994. Massive expansion of the United States underground operations was planned to begin in 1994. To decrease the risk of discovery for U.S. Steel corporations, President Clinton signed NAFTA removing tariffs on steel and aluminum imported from Canada and Mexico. The removal of tariffs on steel, aluminum, and telecommunication equipment would make it harder to trace the funding of the equipment being used for global secret underground operations. Dominant Canadian and Mexican steel, aluminum, and telecommunication equipment providers for secret underground operations inside the United States under NAFTA are: Dofasco, Arcelor Mittal Dofasco (India owned), Essar Steel Algoma, Algoma Steel, Essar Group, Arcelor Mittal (India owned), Ispat International, Nynex, Altos Hornos De Mexico, Deacero, Ternium. These tariffs need to be reinstated. This is also why Amazon was set up in 1994 illegally being allowed not to charge sales taxes to lessen the ability to track goods used in the underground purchased in other States and foreign countries. Amazon, Inc. continues with Bitcoin to be a major entity used to money launder equipment and funds for global underground operations. All sales tax needs to be charged on all Amazon, Inc. sales including third party sales.

6. Funding corporations to provide the electric, water, and computer systems for underground operations. General Electric financed through J.P. Morgan likely is dominant in these areas.

7. Funding corporations to provide electric self-propelled rail cars and rail lines, motors, refrigeration, and air conditioning. General Motors Electro-Motive Division with the Rand Corporation likely were dominant in these areas. Kuhn, Loeb, and Company was dominant in providing financing to railroad systems before 1950. In 2005 GM sold Electro-Motive Diesel (former Electro-Motive Division) to Berkshire Partners and Greenbriar Equity Group. General Motors was also able to provide electronic data systems (information technology), refrigeration and air conditioning.

8. Funding corporations to provide for the telecommunication systems. AT&T was the dominant player in the early years.  Planning for massive expansion of the underground with needing to distribute the risk of discovery, the break-up of AT&T was orchestrated in the 1980's. The break-up of AT&T paved the way for numerous cable companies, broadcasting systems, wireless cellular providers, and internet providers to be used by the college and university mind control systems to control the U.S. population. The more telecommunication companies were needed to access the growing population microchips, to communicate to individuals by way of cell phone text to assist mind control operators, to alter records and erase records contained on cell phones, tablets, laptops, computers etc. Companies used to access electronic devices routinely are: Microsoft, Inc. Apple, Inc. Facebook, Twitter, Instagram, Snapchat, Bloomberg, etc.

9. Massive migration into the United States to provide immigrant labor, legal and illegal (all immigration is illegal because no immigrant labor was ever needed for legal operations inside the United States from 1913-present) for the underground beginning in 1917 under the Bracero Program. Immigrants, legal and illegal, were

12

illegally allowed to contribute to the social security system to fund the Federal Reserve Cartel slush funds. No immigrant, legal or illegal should ever possess a social security number not being a U.S. Citizen. This is one of the tell-tale signs of a stolen social security number. The immigrant children and grandchildren would also be given stolen social security numbers since their parents were not legitimate U.S. Citizens. The immigrant mother likely is the determining factor for the children being given stolen social security numbers when the father is a U.S. Citizen.

10. Massive "brain capital" migration into the United States to provide professional immigrant labor force for the university and college research programs, mind control systems, and underground operations. Professional immigrants were illegally allowed to contribute to the social security system to fund the Federal Reserve Cartel slush funds. No immigrant, legal or illegal should ever possess a social security number and be allowed to contribute to the U.S. Citizens social security system. This is one of the tell-tale signs of a stolen social security number.

11. Establishing of Federal sponsored public works projects to finance secret underground operations using immigrant labor force who contributed illegally to the social security system to fund the Federal Reserve Cartel slush funds. Immigrant labor used for the secret underground operations was one of the motives for establishing the REX 84 Program to capture illegal aliens who might attempt mass exodus from the United States when illegal martial law is established over all U.S. residents. REX 84 Program is additional evidence that legal and illegal immigrants have knowledge they are using social security numbers owned by U.S. Citizens given to them by Federal Reserve Cartel.

12. Establishing of numerous independent U.S. agencies to aid the Federal Reserve System to make sure the U.S. Congress and the Executive Branch were limited in auditing all industries linked to the underground operations.

13

13. Establishing independent U.S. agencies to provide assassins to control witnesses, to control the U.S. Patriots, to provide a foreign militia to suppress U.S. Patriot revolutions, and to provide a militia to suppress foreign nations revolutions.

**Exhibit 47** – FEMA Concentration Camps Locations and Martial Law- Executive Orders 10990, 10995, 10997,10998, 10999, 11000,11001,11002, 11003,11004, 11,005, 11051, 11310,11049, 11921, With the National Act of 1947, Defense Production Act of 1950 and International Economic Powers Act of 1979. All unconstitutional actions by the U.S. Presidents and U.S. Congress establishing a dictatorship rule of government giving all powers to the U.S. President over all systems, people, and assets inside the United States.

14. Providing professional immigrants employment within the Federal and State Legislatures, Federal and State Law enforcement agencies, Federal and State Judicial Systems, U.S. Executive Branch, and State and Local governmental offices to violate the real authentic U.S. Citizens Constitutional rights while illegally providing U.S. Constitutional rights to immigrants, legal and illegal supporting the missions of the Federal Reserve System, Federal Reserve Cartel, United Nations and NATO in opposition to the U.S. Constitution.

15. Requiring the U.S. government to borrow funds from Foreign governments to pay the yearly U.S. expenditures in violation of the U.S. Constitution so the Federal Reserve Cartel can steal from the U.S. slush funds to expand underground operations inside and outside the United States.

The yearly expansion, maintenance, and operation of the Federal Reserve Cartel secret U.S. underground operations and U.S. participation in World Expansion of the Global

HAARP Weather modification weapon and global underground operations are funded by the Federal Reserve System money laundering activities as the United States banker with little to no oversight by the U.S. Congress and the U.S. Presidents as an independent U.S. agency.

Federal Reserve System is the depository for all the United States' revenue including income taxes collected by the  independent U.S. agency – Internal Revenue Service and payroll taxes from FIDC collected for the independent U.S. Agency – Social Security Administration responsible for the social security pensions, Medicare, Medicaid, and Welfare benefits for the real authentic U.S. Citizens and immigrants using the stolen social security numbers of U.S. Citizens. The Federal Reserve System collects payroll taxes for the Federal Employees Retirement System formally the Civil Service Payment System and the U.S. Railroad Retirement Board also independent U.S. agencies. Payment of the major expenditures of the U.S. government is carried out by the Federal Reserve System for the Internal Revenue Service, Social Security Administration, Federal Employee Retirement System, Civil Service Payment System, and U.S. Railroad Retirement Board responsible for tax refunds, pension payments, Medicare payments, Medicaid payments, and Welfare payments.

The Supreme Court is being requested to rule on the constitutionality of the U.S. Congress delegating its' power to independent U.S. agencies?

Does Congress have the Constitutional Power to delegate its' power to lay and collect income taxes, Taxes, Duties, Imposts, and Excises, to pay the Debts, and provide for the common Defense and general Welfare of the United States to the Federal Reserve System an independent agency within the U.S. federal government whose decisions do not have

to be ratified by the President or anyone else in the executive branch or legislature branch of government under Article 1, Section 8, Clause 1: "The Congress shall have Power to lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defense and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States." and under the Sixteenth Amendment, "The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration."?

The Federal Reserve System was delegated the power of the U.S. Congress to provide for the common Welfare of the real authentic U.S. Citizens. Did the Federal Reserve System consistently provide for the common Welfare of the real authentic U.S. Citizens?

Does Congress have the Constitutional Power to delegate its' power to borrow money on the credit of the United States to the Federal Reserve System an independent agency within the U.S. federal government whose decisions do not have to be ratified by the President or anyone else in the executive branch or legislature branch of government. " under Article I Sect 8 Clause 2 " To borrow money on the credit of the United States"?

Does Congress have the Constitutional Power to delegate its' power to regulate Commerce with foreign nations, and among the States to the Federal Reserve System an independent agency within the U.S. federal government whose decisions do not have to be ratified by the President or anyone else in the executive branch or legislature branch of government under Article 1 Sect 8 Clause 3 "To regulate Commerce with foreign Nations, and among States, and with Indian Tribes:"?

Does Congress have the Constitutional Power to delegate its' power to coin money or issue paper money to the Federal Reserve System to the Federal Reserve System an

16

independent agency within the U.S. federal government whose decisions do not have to be ratified by the President or anyone else in the executive branch or legislature branch of government under Article 1 Sec 8 Clause 5 which states: " The Congress shall have power To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures"?

Has the Federal Reserve System withdrawn money from the U.S. Treasury that was not appropriated by law and did not provide a regular Statement and Account of the Receipts and Expenditures of all public money as required under the U.S. Constitution Article 1 Sect 9 Clause 9  "No Money shall be drawn from the Treasury, but in Consequences of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time."

Is the Federal Reserve System transparent enough as an independent U.S. agency working with the Internal Revenue Service, Social Security Administration, Federal Employee Retirement System, Civil Service Payment System, and U.S. Railroad Retirement Board, etc. also independent agencies within the U.S. federal government whose decisions do not have to be ratified by the President or anyone else in the executive branch or legislature branch of government who authorize the collection of U.S. receipts deposited in the Federal Reserve System and payment of U.S. expenditures from the Federal Reserve System ?

Did the Federal Reserve System and the Federal Reserve Cartel properly supervise the banks, and financial institutions in all areas of bank and financial transactions to guard against the illegal college mind control systems to prevent fraudulent loans from being approved and theft from customers' accounts held at the banks and financial institutions?

The Federal Reserve Cartel established the illegal global mind control systems and global weather modification weapons systems fully aware of its' capabilities. The Federal Reserve System knew the mind control systems had access to all public and private key encryption and digital signatures. The Federal Reserve System also used corporations like Microsoft, Inc., Apple, Inc., Bloomberg, Inc., Facebook, Inc. Twitter, Inc., Snapchat, Inc., Instagram, Inc. Swift, Inc. to change data records on corporate systems, individual computers, laptops, tables, cell phones, etc. so no records existed to prove records were altered.

**Exhibit 33** - U.S. District Court of Eastern Louisiana case 17-17483 filed Dec. 19, 2017 pages 38-42 of the original filing Vicki McLean, EX REL USA, ET AL VS FBI, ET AL.

More details of as to how standard internal and external controls using encryption becomes totally ineffective due to the global mind control systems controlled by the Federal Reserve Cartel is explained by **Exhibit 9**.

**Exhibit 9** – United States District Court of Eastern District of Louisiana 17-17483 Sect L Mag 5 Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL United States of America VS Federal Bureau of Investigations, Robert Mueller, James Comey, Christopher Wray filed Dec. 19, 2017.

Did the Federal Reserve System and the Federal Reserve Cartel the developer and control of the secret illegal global mind control system provide for adequate internal and external controls of all data systems utilized by the bank and financial institutions to guard against the illegal college mind control systems to secure the Welfare and safety of the assets of the U.S. Citizens and the U.S. Federal Government?

Did the Federal Reserve System and the Federal Reserve Cartel violate the Bank Secrecy Act of 1970, Alien Registration Act of 1940, the Immigration and Naturalization Act of 1952, Social Security Act of 1935, Civil Rights Act of 1964, and Illegal Immigration

Reform and Immigrant Responsibility Act of 1996 allowing the banks to allow falsely documented immigrants, illegal immigrants, dreamers, and anchor babies (U.S. born to illegal immigrant parents) to open bank accounts, acquire personal loans, acquire education loans, and acquire commercial loans?

Did the Federal Reserve System and the Federal Reserve Cartel violate the Racketeer Influenced and Corrupt Organization Act of 1970?

Did the Federal Reserve System and the Federal Reserve Cartel violate the Clayton Anti-Trust Act of 1914?

Did the Federal Reserve System and the Federal Reserve Cartel violate the Espionage Act of 1917 and/or Patriot Act of 2001?

## ARGUMENT

The Federal Reserve System was established under the Federal Reserve Act of 1913 for twenty years.

### 12 U.S.C. Chapter 3 Subchapter 1 § 226 - "Federal Reserve Act

"The short title of the Act of December 23, 1913, ch. 6, 38 Stat. 251, shall be the "Federal Reserve Act."

The twenty-year charter clause was amended on Feb. 25, 1927 under

### 12 U.S.C. Chap 6 Sub II § 614

**"Organization certificate; acknowledgment; forwarding to, filing, and approval by Board of Governors of the Federal Reserve System; permit to do business; body corporate; name; seal; corporate succession; contracts; suits; directors, officers, and employees; bylaws"**

19

"The persons signing the organization certificate shall duly acknowledge the execution thereof before a judge of some court of record or notary public, who shall certify thereto under the seal of such court or notary, and thereafter the certificate shall be forwarded to the Board of Governors of the Federal Reserve System to be filed and preserved in its office. Upon duly making and filing articles of association and an organization certificate, and after the Board of Governors of the Federal Reserve System has approved the same and issued a permit to begin business, the association shall become and be a body corporate, and as such and in the name designated therein shall have power to adopt and use a corporate seal, which may be changed at the pleasure of its board of directors; to have succession for a period of twenty years unless sooner **dissolved by the act of the shareholders owning two-thirds of the stock** or by an act of Congress or unless **its franchises become forfeited by some violation of law; to make contracts; to sue and be sued**, complain, and defend in any court of law or equity; to elect or appoint directors; and, by its board of directors, to appoint such officers and employees as may be deemed proper, define their authority and duties, require bonds of them, and fix the penalty thereof, dismiss such officers or employees, or any thereof, at pleasure and appoint others to fill their places; to prescribe, by its board of directors, bylaws not inconsistent with law or with the regulations of the Board of Governors of the Federal Reserve System regulating the manner in which its stock shall be transferred, its directors elected or appointed, its officers and employees appointed, its property transferred, and the privileges granted to it by law exercised and enjoyed."

The Federal Reserve System charter established under United States Code Title 12:

- Can be dissolved by the U.S. Congress
- Can be dissolved due to violation of law
- Can be dissolved by act of the shareholders owning two-thirds of the stock

- Can be sued
- Defines the Federal Reserve authority and duties

The liability of theft of the U.S. funds falls on the shareholders of the Federal Reserve System owning 2/3 ownership the Federal Reserve System Stock from 1913 to present. This is why Vicki McLean, plaintiff and Pro Se filer, to the best of her ability has named 12 Family Dynasties that are major shareholders of the Federal Reserve System. These 12 Family Dynasties being referred to as the Federal Reserve Cartel may not be a complete list of the two-thirds ownership of the Federal Reserve System stock that is being sued in this case for the real authentic U.S. Citizens described allowed by law under **12 U.S.C. Chap 6 Sub II  § 614.** Vicki McLean, Pro Se Filer is instructing the court during their investigations to add all defendants necessary to achieve a complete list of the shareholders of the Federal Reserve System owning 2/3 of the stock of the Federal Reserve System from 1913 to present.

The Federal Reserve Act of 1913 was amended in 1935 to require the Federal Reserve Board of Governors and **the Federal Open Market Committee** "to promote effectively the goals of maximum employment, stable prices, and moderate long-term interest rates for the real authentic U.S. Citizens.

## 12 U.S.C. Chapter 3 Subchapter I § 225a - Maintenance of long run growth of monetary and credit aggregates

"The Board of Governors of the Federal Reserve System and the Federal Open Market Committee shall maintain long run growth of the monetary and credit aggregates commensurate with the economy's long run potential to increase production, so as to promote effectively the goals of maximum employment, stable prices, and moderate long-term interest rates."

21

The Federal Reserve System is mandated to increase production which is increasing Gross Domestic Product and industrial activity to increase the employment of the real authentic U.S. citizens maintaining long run growth. A recession is defined as a period of temporary economic decline during which trade and industrial activity are reduced, generally identified by a fall in GDP two consecutive quarters.

**Exhibit 51 – List of Recessions in the United States from Wikipedia**

**Exhibit 52 – List of Stock Market crashes and bear markets from Wikipedia**

Since 1914 the United States due to the intentional actions of the Federal Reserve Cartel has experienced 18 recessions. The most severe recessions causing the greatest lost of employment for the real authentic U.S. Citizens were known as the Great Depression of 1929 lasting 3 years and 7 months and the Great Recession of 2007 lasting 1 year and 6 months. Since 1914 the United States stock market has experienced 14 U.S. stock market Crashes up through 2016.

**Exhibit 53** – Banking in the United States from Wikipedia

Quote from Banking in the United States from Wikipedia

"In 1913, the Pujo Committee unanimously determined that a small <u>cabal</u> of financiers had gained consolidated control of numerous industries through the abuse of the public trust in the United States. The chair of the <u>House Committee on Banking and Currency</u>, Representative <u>Arsène Pujo</u>, (<u>D</u>–<u>La. 7th</u>) convened a special committee to investigate a "money trust", the *de facto* monopoly of Morgan and New York's other most powerful bankers. The committee issued a scathing report on the banking trade that concluded that

a community of influential financial leaders had gained control of major manufacturing, transportation, mining, telecommunications and financial markets of the United States. The report revealed that no less than eighteen different major financial corporations were under control of a cartel led by J.P Morgan, George F. Baker and James Stillman. These three men, through the resources of seven banks and trust companies (Banker's Trust Co., Guaranty Trust Co., Astor Trust Co., National Bank of Commerce, Liberty National Bank, Chase National Bank, Farmer's Loan and Trust Co.) controlled an estimated $2.1 billion. The report revealed that a handful of men held manipulative control of the New York Stock Exchange and attempted to evade interstate commerce laws.

## Exhibit 54 – Pujo Committee from Wikipedia

Quotes from Pujo Committee from Wikipedia

"The Pujo Committee was a **United States congressional subcommittee** in 1912–1913 that was formed to investigate the so-called "money trust", a community of Wall Street bankers and financiers that exerted powerful control over the nation's finances.

The Pujo Committee Report concluded in 1913 that a community of influential financial leaders had gained control of major manufacturing, transportation, mining, telecommunications and financial markets of the United States. The report revealed that at least eighteen different major financial corporations were under the control of a cartel led by J.P. Morgan, George F. Baker and James Stillman. These three men, through the resources of seven banks and trust companies (Banker's Trust Co., Guaranty Trust Co., Astor Trust Co., National Bank of Commerce, Liberty National Bank, Chase National Bank, Farmer's Loan and Trust Co.) controlled an estimated $2.1 billion. The report revealed that a handful of men held manipulative control of the New York Stock Exchange and attempted to evade interstate trade laws.

The Pujo Report singled out individual bankers including **Paul Warburg, Jacob H. Schiff, Felix M. Warburg, Frank E. Peabody, William Rockefeller and Benjamin Strong, Jr..** The report identified over $22 billion in resources and capitalization controlled through 341 directorships held in 112 corporations by members of the empire headed by **J.P. Morgan.**[4]

Although Pujo left Congress in 1913, the findings of the committee inspired public support for ratification of the **Sixteenth Amendment** in 1913 that authorized a federal income tax, passage of the **Federal Reserve Act** that same year, and passage of the **Clayton Antitrust Act in 1914.**

**EXHIBIT 55 – The Federal Reserve Cartel 5 part series www.globalresearch.ca/the-federal-reserve-cartel**

**Part 1 – The Federal Reserve Cartel: Eight families**
**Part 2 – The Federal Reserve Cartel: Freemasons and the House of Rothschild**
**Part 3 – The Federal Reserve Cartel: Part III the Illuminati Roundtable**
**Part 4  - The Federal Reserve Cartel: A Financial Parasite**
**Part 5 – The Federal Reserve Cartel: The Solution**

**The Federal Reserve System is mandated to achieve full employment for the real authentic U.S. Citizens**

The theft of U.S. citizens social security numbers are extreme national security risks. Once the Federal Reserve Cartel gives an immigrant a social security number owned by a real authentic U.S. citizen then the U.S. citizen who owns the social security number has great difficulty earning a living by way of a W-2 Income and is attacked financially and physically by New World Order Mafia Gangs using members of their gangs having stolen Social Security numbers such as dreamers and anchor babies working in the illegal

24

university and college underground mind control systems and as agents inside Federal, State, and Local governments. All means are used to remove the real authentic U.S. citizen from W-2 income so not to expose the immigrant earning a W-2 wage using the same social security number. The U.S. citizen must now earn a living by way of a 1099 income source never being allowed to return to a W-2 Income source.

**This explains why the Center for Immigration Studies report the government data to show in June 2014 the following facts:**

"Since 2000 all of the net gain in the number of working-age (16-65) people holding a job has gone to immigrants (legal and illegal). Because the native-born population grew significantly, but the number actually working fell, there were 17 million more working-age natives not working in the first quarter of 2014 than in 2000. In addition, native losses were somewhat greater during the recession and immigrants have recovered more quickly from it. With 58 million working-age natives not working, the SCHUMER-RUBIO bill (S.744) and similar house measures that would substantially increase the number of foreign workers allowed in the country seem out of touch with the realities of the U.S. Labor Market. The total number of working-age (16 to 65) immigrants (legal and illegal) holding a job increased 5.7 million from the first quarter of 2000 to the first quarter of 2014, while declining 127,000 for the natives. In the first quarter of 2000, there were 114.8 million working-age natives holding a job; in the first quarter of 2014 it was 14.7 million. Immigrants have made gains across all labor markets, skilled and unskilled. The long-term decline in the share of working-age natives holding a job began before the 2007 recession, falling from 74% in 2000 to 71% percent in 2007. It is now an abysmal 66%, improving only slightly since the bottom of the recession. The share of natives working or looking for work, referred to as labor force participation shows the same decline as the employment rate. In fact, labor force participation has continued to decline for the working age natives even after the jobs recovery began in 2010. Immigration has

fallen in recent years. But despite the economy, between 2008 and the start 2014 – 6.5 million new immigrants (legal and Illegal) settled in the country and three million got jobs. Over the same time, the number of working-age natives holding a job declined 3.4 million. Since jobs recovery began in 2010, 43 percent of employment growth has gone to immigrants. The supply of potential workers is enormous: 8.7 million native college graduates are not working, as are 17million natives with some college, and 25.3 million natives with no more than a high school education." This report dated June 27, 2014 by the Center for Immigration Studies by Steven Camarota and Karen Ziegler was composed from Government Data available to the U.S. Department of Labor, U.S. Council of Economic Advisors, and U.S. Office of Management and Budget.


**Exhibit 10-** EMPLOYMENT GROWTH SINCE 2000 WENT TO IMMIGRANTS by the Centers for Immigration Studies 34-page report http://www.cis.org/All-Employment-Growth-2000-Went-Immigrants


**Exhibit 11-** The Impact of New Immigrants on Young Native-Born Workers, 2000-2005 - https://www.cis.org/Impact-New-Immigrants-Young-NativeBorn-Workers-20002005


Under Operation Wetback established in 1954 the U.S Government deported 3.8 illegal undocumented Mexicans while still allowing millions of falsely documented immigrants to be maintained in the United States that had participated in secret underground operations.

26

The Social Security Administration file known as the Earnings Suspense File contains Social Security Tax forms that date back to 1937 and are linked to taxes that were paid on nearly $1.3 trillion in wages. A good portion of those forms were filed by employers on behalf of some of the illegal funders of Social Security, undocumented immigrants who have no rights to social security benefits. Illegal immigration is considered largely responsible for the mushrooming of the file, with undocumented because of his legal status.

**Exhibit 13** – The Truth About Undocumented Immigrants and Taxes –

https://www.threatlantic.com/business/archive/2016/09/undocumented-immigrants-and-taxes/4999604/

Is the Federal Reserve System transparent enough as an independent U.S. agency working with the Internal Revenue Service, Social Security Administration, Federal Employee Retirement System, Civil Service Payment System, and U.S. Railroad Retirement Board, etc. also independent agencies within the U.S. federal government whose decisions do not have to be ratified by the President or anyone else in the executive branch or legislature branch of government who authorize the collection of U.S. receipts deposited in the Federal Reserve System and payment of U.S. expenditures from the Federal Reserve System ?

There is a continuous money laundering trail of immigrants, legal and illegal, using stolen social security numbers being issued payroll checks since 1937 and earlier that prove the Federal Reserve System and the Federal Reserve Cartel has collected the revenue sources and pays the expenditures for the independent U.S. agencies known as

27

the Internal Revenue Service, Social Security Administration, etc. for falsely documented immigrants and fraudulent U.S. Citizens. This is why the Federal Reserve System and the Federal Reserve Cartel has been allowed to violate the standard guidelines for independent audits under the Federal Reserve Act to hide the Federal Reserve Cartel slush funds funded by falsely documented immigrants.

Under the U.S. Constitution Article I Sect 9 Clause 7 it states: "No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time."

Under the Federal Reserve Act to agree with the U.S. Constitution Article I Sect 9 Clause 7 the U.S. Congress mandated the Chairman of the Board appear before the Congress at semi-annual hearings, as specified in paragraph (2), regarding—

- provide annual financial statements prepared by an independent auditor for the Board in accordance with section 248b of this title
- provide reports containing a discussion of the conduct of monetary policy and economic developments and prospects for the future, taking into account past and prospective developments in employment, unemployment, production, investment, real income, productivity, exchange rates, international trade and payments, and prices.
- provide other information as the Board reasonably believes is necessary or helpful to the public in understanding the accounting, financial reporting, and internal controls of the Board and the Federal reserve banks.

**12 U.S.C. Chapter 3 Subchapter 1 § 225b - Appearances before and reports to the Congress**

### "(a) APPEARANCES BEFORE THE CONGRESS

**(1) In general** The Chairman of the <u>Board</u> shall appear before the Congress at semi-annual hearings, as specified in paragraph (2), regarding—

**(A)** the efforts, activities, objectives and plans of the <u>Board</u> and the Federal Open Market Committee with respect to the conduct of monetary policy; and

**(B)** economic developments and prospects for the future described in the report required in subsection (b).

**(2) Schedule** The Chairman of the <u>Board</u> shall appear—

**(A)** before the Committee on Banking and Financial Services of the House of Representatives on or about February 20 of even numbered calendar years and on or about July 20 of odd numbered calendar years;

**(B)** before the Committee on Banking, Housing, and Urban Affairs of the Senate on or about July 20 of even numbered calendar years and on or about February 20 of odd numbered calendar years; and

**(C)** before either Committee referred to in subparagraph (A) or (B), upon request, following the scheduled appearance of the Chairman before the other Committee under subparagraph (A) or (B).

### (b) CONGRESSIONAL REPORT

The <u>Board</u> shall, concurrent with each semi-annual hearing required by this section, submit a written report to the Committee on Banking, Housing, and Urban Affairs of the Senate and the Committee on Banking and Financial Services of the House of

Representatives, containing a discussion of the conduct of monetary policy and economic developments and prospects for the future, taking into account past and prospective developments in employment, unemployment, production, investment, real income, productivity, exchange rates, international trade and payments, and prices.

**(c) Public access to information** The <u>Board</u> shall place on its home Internet website, a link entitled "Audit", which shall link to a webpage that shall serve as a repository of information made available to the public for a reasonable period of time, not less than 6 months following the date of release of the relevant information, including—

**(1)** the reports prepared by the <u>Comptroller</u> General under <u>section 714 of title 31</u>;

**(2)** the annual financial statements prepared by an independent auditor for the <u>Board</u> in accordance with <u>section 248b of this title</u>;

**(3)** the reports to the Committee on Banking, Housing, and Urban Affairs of the Senate required under <u>section 343(3) of this title</u> (relating to emergency lending authority); and

**(4)** such other information as the <u>Board</u> reasonably believes is necessary or helpful to the public in understanding the accounting, financial reporting, and internal controls of the <u>Board</u> and the Federal <u>reserve banks</u>."

At this time it is very important to examine the full meaning of the following clause contained in the Federal Reserve Act under 12 U.S.C. Chapter 3 Subchapter I§ 225b to understand how the U.S. Congress participated in subversive activities to overthrow the legitimate U.S. government established under the U.S. Constitution with the Federal Reserve System, Federal Reserve Cartel, the U.S. Treasury, Social Security Administration, Internal Revenue Service, other Executive Branch agencies, and U.S. President the Executive Officer of the Executive Branch.

phrase using section 714 of title 31 instead of publishing the details in order to hide subversive activities, "the reports prepared by the <u>Comptroller</u> General under <u>section 714 of title 31.</u>"

**31 U.S.C. Subtitle I Chapter 7 Subchapter II § 714  is titled, "Audit of Financial Institutions Examination Council, Federal Reserve Board, Federal Reserve Banks, Federal Deposit Insurance Corporation, and Office of Comptroller of Currency"**

Under this **§ 714** the Office of the Comptroller General an agency under the Executive Branch may audit an agency (Federal Reserve System, etc.) if the Federal Financial Institutions Examination Council has consented in writing but may not include an extensive list of items described in detail that surely hinder a proper audit of the Federal Reserve System and all member banks and state banks. **See Exhibit 56** for details on limitations on the Comptroller General's audit of the Federal Reserve System.

**Exhibit 56 – 31 USC Subtitle I Chapter 7 Subchapter II § 714**

The purpose of the Federal Financial Institutions Examination Council under 12 U.S.C. Chapter 34 § 3301  is established: "It is the purpose of this chapter to establish a Financial Institutions Examination Council which shall prescribe uniform principles and standards for the Federal Examination of financial institutions by the Office of the Comptroller of the Currency, the Federal Deposit Insurance Corporation, The Board of Governors of the Federal Reserve System, the Federal Home Loan Bank Board, and then the supervision of these financial institutions. The Council's actions shall be designed to promote consistency in such examination and to insure progressive and vigilant supervision."

The Financial Institutions Examination Council consists of 6 members 12 U.S.C. Chapter 34 § 3303:

1. The Comptroller of Currency from the Office of the Comptroller of the Currency an independent agency within the United States Department of Treasury.
2. The Chairman of the Board of Directors of the Federal Deposit Insurance Corporation an independent U.S. government corporation under the U.S. Department of Treasury.
3. A Governor of the Board of Governors of the Federal Reserve System designated by the Chairman of the Board part of the Federal Reserve System also an independent U.S. agency under the U.S. Department of the Treasury.
4. The Director of the Consumer Financial Protection Bureau an independent U.S. agency located and inside and funded by the United States Federal Reserve.
5. The Chairman of the National Credit Union Administration Board an independent U.S. Agency
6. Chairman of the States Liaison Committee

The **State Liaison Committee 12 U.S.C. Chapter 34 § 3306** "To encourage the application of uniform examination of principles and standards by State and Federal supervisory agencies, the Council shall establish a liaison committee composed of five representatives of States agencies which supervise financial institutions which shall meet at least twice a year with the Council."

Conclusion: All 6 members of the Financial Institutions Examination Council are employees of Independent U.S. agencies most affiliated with the U.S. Department of

32

Treasury or the Federal Reserve System that preside in the Executive Branch which prescribe uniform principles and standards for the Federal Examination of financial institutions which includes unconstitutional limitations on the scope of the financial institution audits described in **Exhibit 56 – 31 USC Subtitle I Chapter 7 Subchapter II § 714** which makes all audits of financial institutions unacceptable not meeting the standards required for an independent audit. An independent auditor cannot have any conflicts of interest with the party that is being audited. The audit principles and standards for the independent auditor cannot be dictated by the client or affiliates of the client.

Due to the obvious subversive activities of the U.S Congress setting up the Federal Reserve System, the U.S. Department of Treasury, and all independent U.S. agencies the only federal branch without a conflict of interest that would qualify to audit the agencies within the Executive Branch and its independent U.S. agencies, corporations, or affiliates would be the Judicial Branch. This gives more reason why the U.S. Department of Justice that house the Office of Inspective General, the Office of the Attorney General, Federal Bureau of Investigations, U.S. Marshal, etc. should have been placed under the Judicial Branch to agree with the U.S. Constitution requiring the separation of powers with a system of checks and balances.

At present, the U.S. Federal Government is stated to have more than 19 "Independent Regulatory Agencies".

Independent agencies of the United States government are defined by Wikipedia as "Independent agencies of the United States federal government are those agencies that exist outside the federal executive department (those headed by a Cabinet secretary) and

33

the Executive Office of the President. In a narrow sense, the term may also be used to describe agencies that, while constitutionally part of the executive branch, are independent of the presidential control, usually because the president's power to dismiss the agency head or a member is limited.

Established through separate statutes passed by the Congress, each respective statutory grant of authority defines the goals the agency must work towards, as well as the substantive areas, if any, over which it may have power of rulemaking. These agency rules (or regulations), when in force, have the power of federal law. Independent agencies almost always have a commission, board or similar collegial body consisting of five to seven members who share the power over the agency."

## Separation of Powers from Wikipedia

"Under the U.S. Constitution Articles 1, 2, and 3 the federal government was established under the principle of separation of powers dividing the government into branches, each with separate and independent powers and areas of responsibility so that the powers of one branch are not in conflict with the powers associated with the other branches. The U.S. government is divided into 3 separate branches the Executive Branch, Legislature Branch, and Judicial Branch. It can be contrasted with fusion of powers in some parliamentary systems where the executive and legislature are unified.

Separation of powers, therefore, refers to the division of responsibilities into distinct branches to limit any one branch from exercising the core functions of another. The intent is to prevent the concentration of power and provide for checks and balances."

The **U.S. Constitution Supremacy Clause Article VI, Clause 2** establishes that the
Constitution, federal laws made pursuant to it, and treaties made under its authority,
constitute the supreme law of the land. All acts passed by the U.S. Congress must be in
agree with the U.S. Constitution the Supreme Law of the Land which established only
three separate branches. The Federal Reserve System under their oath of office and the
Federal Reserve Act is required to assure all revenue received and all payments made are
according to the U.S. Constitution.

All agencies established by the U.S. Congress enacted as U.S. Law must be in total
agreement with the U.S Constitution and agree to the Supremacy Clause and the
Separation of Powers with a system of checks and balances. When the U.S. Congress
establishes an agency by way of an act the U.S. Congress is required to provide the
following details about the agency to agree with the U.S. Constitution:

1. The agency can only be placed under the Legislature Branch, Executive Branch, or
   Judicial Branch. Can an agency be an independent agency which limits the head of
   the branch full power and accountability over the agency's revenues, expenditures,
   record systems, data collection and reporting systems, investigative and
   disciplinary systems?

2. One of the other branches within the federal government would also have full
   external independent audit ability over all agencies within a branch of the federal
   government under the U.S. Constitution Separation of Powers with systems of
   checks and balances with the U.S. Legislature responsible for the 100%
   accountability of auditing all revenues and expenses of all branches of government.
   The Legislature Branch and Executive revenues and expenditures would have to be
   subject to full external independent audit by the Judicial Branch who also has the
   authority to deem any act or Executive Action passed by U.S. Congress

unconstitutional. The Legislature Branch avoiding accountability has never amended the constitution to establish an agency within the U.S. Judicial Branch to audit the U.S. Legislature Branch being subversive and a clear violation of the U.S. Constitution. This is necessary since the U.S. Congress committee spend billions of dollars yearly on investigations of the Executive Branch that are nothing but a charade never filing criminal charges against Executive Branch officers when adequate investigative evidence exists. This is also necessary since the Legislature Branch and Executive Branch since day of inception have been united in exercising their powers which is a violation of the U.S. Constitution.

3. A Branch of the federal government has the power to remove any officer of an agency within its' branch for violations of their oath of office to fulfill the U.S. Constitution Separation of Powers. If the officer's rights were violated under the U.S. Constitution and U.S. Laws by the Executive Officer or Secretary of an Executive Agency, then the fired officer has the right to seek retribution in federal court. This is rarely done since the illegal college mind control systems under the control of the Federal Reserve Cartel control all judges and all attorneys denying the U.S. Citizens' right to due process and right to counsel.

**Federal Reserve Act of 1913** - The U.S. Congress established three key objectives for monetary policy for the Federal Reserve System in the Federal Reserve Act: maximizing employment, stabilizing prices, and moderating long-term interest rates. The first two objectives are sometimes referred to as the Federal Reserve's dual mandate.

The Federal Reserve System was given the authority to coin Money, to regulate the value thereof, and of foreign coin, and fix the Standards of Weights and Measures, to regulate the money supply, and control interest rates that greatly affect the operations of all businesses. A tight money policy with high interest rates makes it more difficult for

companies to acquire business loans and for consumers to acquire personal loans and mortgages. The net effect of a tight money supply with high interest rates are as follows:

1. Businesses are unable to grow their inventories.
2. Businesses are unable to expand their businesses.
3. Businesses are unable to hire more staff.
4. Businesses are forced to lay off staff.
5. Businesses are unable to refinance so bankruptcies increase.
6. Consumers are unable to make personal loans.
7. Retail businesses suffer due to lack of consumer credit available
8. Consumers are unable to acquire mortgages.
9. Homes sales suffer.
10. Construction of all kinds decline with more layoffs.
11. Auto sales decrease and more layoffs.
12. Small retail business go out of business then large retail businesses.
13. College admissions decrease.
14. Restaurant and hotel business decline with more layoffs.
15. Less travel so the oil industry and airline industry sales decrease.
16. Tech industry suffers due to business failures and no expansion.
17. Research and development investments decline.
18. Recession sets in for several years.

The Federal Reserve System intentionally caused the 1929 Great Depression, 1980's Savings and Loan Crisis and the 2007-2008 Banking and Mortgage Crisis by tightening the money supply and raising interest rates to aid to overthrow the legitimate U.S. Government. The Federal Reserve System, U.S. Department of Labor, Social Security Administration, and U.S. Department of Commerce together controlled by the Federal Reserve Cartel by way of the college and university mind control systems greatly assisted

37

in the 1929 Great Depression, 1980's Savings and Loan Crisis, and the 2007-2008
Banking and Mortgage Crisis by intentionally:

1. Publishing false labor reports with intentionally never reporting how many new
   jobs each month were filled by immigrants compared to being filled by real
   authentic U.S. citizens.
2. By intentionally not aiding the American employers to verify the documents of
   immigrants as authentic documents owned by the immigrant making sure the
   immigrant was legally inside the United States continually with employment
   authorization and had rights to a social security card, green card or visa by
   coordinating with the Immigration and Naturalization Service.
3. By not reporting immigrants using fraudulent documents to INS.
4. By intentionally not arbitrating labor disputes properly to expose unfair labor
   practices, unfair competition, and violations of U.S. Laws by employers.
5. By continually giving Work Visas to immigrants when there was no justification
   that the United States had a labor shortage in such field.
6. By not aiding the U.S. Citizens to have access to American jobs when unemployed
   by using the college mind control systems staff with dreamers, anchor babies, and
   immigrants hindering the unemployed U.S. Citizen from applying for American
   job openings.
7. By allowing the placement of an immigrant using a stolen social security number
   as Secretary of the U.S. Department of Labor since 2001 that would have great
   personal reasons to discriminate against the U.S. Citizens which are Elaine Chao,
   Hilda Solis, Tom Perez, and Alexander Acosta.
8. By not requiring documentation from the employers proving they could not find an
   U.S. Citizen for the job and not helping the U.S. employer find a real authentic
   U.S. Citizen unemployed who qualified for the job opening.

9. By not exposing the college and university illegal mind control system that were stopping the U.S. Citizens from applying for the American jobs. Extremely high probability that most Secretary of U.S. Department of Labor since 1970 worked in the illegal mind control system when attending college.

10. By not insisting that the INS be placed under the U.S. Department of Labor ease in coordinating and exposing all immigrants not authorized to work living illegally inside the United States.

11. By not coordinating with the Social Security Administration to verify all social security numbers presented for employment are owned by the person presenting the social security number and the person has constitutional rights to own a social security number meaning the immigrant did not obtain fraudulent U.S. Citizenship.

12. By the U.S. Department of Commerce not accurately reporting the U.S. trade deficits and national security concerns accepting goods and services into the U.S. without the requiring the same standards as U.S. companies and U.S. service providers.

13. By the Federal Reserve System determining the U.S. monetary policy using the fraudulent reports of the U.S. Department of Labor, U.S. Department of Health and Human Services, and U.S. Department of Commerce controlled by the college and university mind control systems.

All reports presented by Executive Agencies would not be acceptable because the report standards were determined by the Federal Financial Institutions Examination Council who also determined the Executive Agencies audit standards not being an independent agency outside the Executive Branch or Legislature Branch.

**Conclusion**: All reports should be compiled by the Judicial Branch from data compiled by Executive Agencies that are audited by Judicial Branch to adhere to the U.S.

Constitution Separation of powers requiring the division of responsibilities into distinct branches to limit any one branch from exercising the core functions of another. The intent is to prevent the concentration of power and provide for checks and balances. Because the Executive Branch and Legislature Branch have and continue to unify their powers described as a fusion of powers in violation of the U.S. Constitution there is no doubt that the Judicial Branch is to provide the checks and balances for the Executive Branch and Legislature Branch. For these reasons, the U.S. Department of Justice must be by law transferred and placed under the U.S. Judicial Branch in charge of auditing the financial statements and reports issued by the Executive Branch agencies and Legislature Branch committees.

## Bank Secrecy Act of 1970

Under the Bank Secrecy Act of 1970 all immigrants with fraudulent identification, no U.S. official authorization to work, or no official authorization from the U.S. or their native country to enter or stay inside the United States being paid with checks that clear through the U.S. Federal Reserve Clearing System would be involved in money laundering activities due to any of the following conditions:

- Residing inside the United States without legal authorization to be inside the United States in violation of the U.S. Immigration and Nationalization Laws having no right to commerce inside the United States which includes opening a checking account, applying for a credit card, applying for a loan, etc.
- Employed in the United States without the required Employment Authorization documents.
- Opening bank accounts using fraudulent identification like a driver license obtained with a fraudulent social security number, visas, passport, green card, etc.

Under the Bank Secrecy Act of 1970 details of all bank transactions are to be maintained with requiring the identity of parties involved in bank transactions to prevent money laundering activities. Fraudulent identification does not officially identify the parties in the transactions. Unauthorized employment of an immigrant is money laundering inside the United States illegally participating in trade and commerce not authorized inside the United States. The U.S. government can seize all bank accounts of legal and illegal immigrants involved in money laundering activities.

A visa, social security number, IRS ITIN number seldom serves as proof of U.S. status or employment authorization. EAD I-94 or I-766 Forms often serves as proof of both. To qualify as a legal immigrant inside the United States never having been in violation of the U.S. Immigration Laws the immigrant would have registered with INS having an official unexpired right of entry in the United States like an official visa or green card and have official employment authorization documents matching their times of employment inside the United States from the U.S. Department of Labor.

Illegal immigrant status results from the following:

1. Entering the United States without inspection required under Immigration Act of 1924 and the Alien Registration Act of 1940.
2. Overstaying the lawful admission period.
3. Breaching the terms and conditions of nonimmigrant status.

Whether a foreign national is authorized for U.S. employment (for an employer and/or self-employed) depends on nonimmigrant's temporary status and the terms and conditions of that classification. A foreign national who has never had status or who has lost status (undocumented) is never authorized to work, but if he is paid for U.S. services, he is subject to U.S. taxation on the income. An immigrant presenting years of employment inside the

41

United States by way of tax returns without supporting official EAD I-94 or I-766 Forms from the U.S. Department Labor that authorize employment inside the United States would be in violation of the U.S. Immigration Laws. It is highly likely the Federal Immigration Judges are not properly requiring from the U.S. Department of Labor the entire official set of required official EAD I-94 or I-766 Forms to match all years of employment inside the United States certified to the immigration court. It is highly likely the Federal Immigration Judges are not properly requiring from the Immigration and Naturality Service the entire official set of right of entry documents since date of entry into the United States certified to the immigration court. Any other method to verify entry documents and employment authorization documents are not fraudulent would lack the necessary internal and external controls and would not be deem acceptable in an environment when it is well known by the real authentic U.S. Citizens most documentation of immigrants are fraudulent. During U.S. Citizenship application, failure of the immigrant and the immigration attorney to provide the entire official set of required documents to prove legal entry and EAD I-94 or I-766 Forms for employment while residing and employed inside the United States should be look upon as intentional omission of facts to hide violations of the U.S. Immigration Laws. This intentional omission of the facts is deemed an U.S. citizenship application not done in good faith. A contract not made in good faith is voidable under U.S. contract law. An U.S. citizenship application involving fraudulent documents would be deemed voidable due to fraud.

Under the U.S. Constitution Article 1 legislature Section 8 Powers of Congress the U.S. Congress regulates all commerce with the states and foreign nations and establish a uniform rule on naturalization. A nation's labor force is a very import capital asset. The U.S. Congress cannot give refugee status to huge numbers of citizens from a foreign nation under the U.S. Constitution and the U.S. Immigration and Naturalization Laws. To allow

massive numbers of citizens from a foreign nation to flee to another nation is equated to stealing the capital assets of a foreign nation being a violation of law. Since labor is a vital part of commerce of foreign nations the U.S. Congress is responsible for the establishing treaties and agreements with foreign countries linked to their labor force which is a capital asset. All acts passed aiding refugees, asylum seekers, trafficking victims, internally displaced persons, stateless person, and immigrant minors are unconstitutional since these citizens of a foreign nation did not receive legal permission to leave their country and legal permission to enter the United States. Only the governed in the United States which are the real authentic U.S. Citizens have constitutional rights and the right to benefits provided from the funds of federal and state governments. Immigrants, legal and illegal immigrants have no right to U.S. benefits because they are not the governed. Authorized employment for immigrants do not entitle immigrants to the benefits of the governed which are public education, welfare, Medicare, Medicaid, FEMA funds, housing funds, etc. The fact that immigrants, legal and illegal have been paying into the U.S. social security system illegally results from immigrants illegally using the social security numbers owned by U.S. Citizens which makes the immigrants, legal and illegal in violation of the U.S. Constitution and U.S. Laws. Tell tale sign of an illegally acquired social security number of an immigrant is having possession of a social security number prior to acquiring U.S. Citizenship in a court of law.

From Wikipedia under "Illegal immigration to the United States" it was reported:

"Around 2005, an increasing number of banks saw illegal immigrants as an untapped resource for growing their own revenue stream and contended that providing illegal immigrants with mortgages would help revitalize local communities, with many community banks providing home loans for illegal immigrants. At the time, critics complained this practice would reward and encourage illegal immigration, as well as contribute to an increase in predatory lending practices. One banking consultant said that

banks which were planning to offer mortgages to illegal immigrants were counting on the fact that immigration enforcement was very lax, with deportation unlikely for anyone who had not committed a serious crime."

Is not presenting false information to illegally open a bank account, acquire a driver license, obtain a loan, obtain HUD financing, obtain FEMA funds, obtain education benefits for children, obtain welfare funds, obtain food stamps, etc. serious crimes? An illegal immigrant, dreamer, and anchor baby illegally inside the United States does not have legal temporary or permanent residency so these immigrant groups cannot purchase personal or real property inside the United States.  For these reasons, an illegal immigrant, dreamer and anchor baby do not qualify to open a bank account, to apply for a credit card inside the United States, to apply for a mortgage inside the United States, to apply for a commercial loan, to apply for an educational scholarship or grant, to apply for FEMA funds, to apply for housing funds, to apply for food stamps, to apply for public education, to apply for Medicare and Medicaid, to apply for welfare, etc. All such applications by illegal immigrants, dreamers, and anchor babies would be considered money laundering activities.

All FEMA funds and loans on property issued to illegally immigrants are recoverable with no time limit being a violation of the Industrial Economic Espionage Act. In fact, a paid off mortgage due to fraud and violations of the espionage act would also be recoverable due to having no time limit to file under the espionage act. Immigrants illegally transacting business with banks inside the United States put the banks and the banks' investors at greater risk.

All these refugees, asylum seekers, immigrant minors, internally displaced persons, stateless persons, foreign immigrants, immigrant minors, and trafficking victims sent to the United States by subversive activities of New World Order under the Federal Reserve Cartel are illegally allowed to receive welfare, Medicaid, housing, education, employment benefits, etc., that an immigrant has no right to not being a real authentic U.S. citizen. These adults and children moved into United States illegally in mass groups at one time from the same country is not allowed under U.S. laws or the U.S. constitution. These immigration violations allowing thousands to as much as one million refugees, minors, asylum seekers, internally displaced persons, stateless persons, immigrant minors, and trafficking victims to enter the United States were once again accomplished illegally by the U.S. Presidents making an executive order or a unilateral agreement not ratified by the U.S. Congress and not agreeing to the U.S. Constitution and U.S. Laws.

The Federal Reserve System having full knowledge of falsely documented immigrants being employed inside the United States receiving paychecks is required to have the necessary internal and external controls to make sure falsely documented immigrants and falsely documented U.S. Citizens are not allowed to open bank accounts, apply for credit cards, apply for personal or commercial loans, apply for education loans, receive social security payments, receive welfare payments, receive housing funds, receive FEMA funds, etc.

Under **12 U.S.C. Chap 3 Subchapter II § 248 Enumerated powers it states:**

"The Board of Governors of the Federal Reserve System shall be authorized and empowered:

(a) To examine at its discretion the accounts, books, and affairs of each Federal Reserve bank and of each member bank and to require suck statements and reports as it may deem necessary. The said board shall publish once each week a statement showing the condition of each Federal Reserve Bank and a consolidated state for all Federal Reserve Banks. Such statements shall show in detail the assets and liabilities of the Federal Reserve Banks, single and combined, and shall furnish full information regarding the character of the money held as reserve and the amount, nature, and maturities of paper and other investments owned or held by the Federal Reserve Banks."

The details of the Federal Reserve System enumerated powers over the Federal Reserve Banks, members banks, and state banks is extensive described in great detail in **12 U.S.C. Chap 3 Subchapter II § 248.**

The Board of Governors under **12 U.S.C. Chapter 3 Subchapter II § 252 Credit availability assessment** was provided all the necessary information and data to be able to properly assess the credit needs of the small business in American to prevent repeated recessions in America since 1914.

No bankruptcy of a member bank, state bank, financial institution, etc. should have occurred without expecting more than 2 years of extensive actions taken by Federal Reserve System to prevent insolvency given uniform principles and standards for the Federal Examination of financial institutions was set by the Financial Institutions Examination Council. Surely massive bankruptcies of financial institutions happening in the same year should never be expected when the Federal Reserve System has been given control over the reports and audits of financial institutions and given huge enumerated powers under the Federal Reserve Act:

46

- the power to coin money, regulate the value thereof, and of foreign coin, and fix the standards of weights and measures
- massive enumerated powers to audit all financial institutions yearly
- credit availability assessment
- to purchase and sell commercial paper from member banks
- to establish rates of discount
- to purchase and sell obligations of National, State, and municipal governments
- to purchase and sell debentures and like obligations of intermediate credit banks and agricultural credit corporations

All this power and control given to the Federal Reserve System with having control over the illegal college and university mind control systems reasonably concludes the Federal Reserve System intentionally orchestrated all U.S. recessions and stock market crashes since 1914.


A **deficit by the U.S. government** indicates the U.S. Government did not have assets in cash to pay for the expenses allocated in the budget by the U.S. Congress. All U.S. debt according to the U.S. Constitution is to be paid by taxes, duties, imposts, and excises. In a personal bank account this situation would have resulted in an overdraft or a need to borrow credit from a bank. According to the U.S. Constitution, the U.S. government can only borrow from revenue of its' own assets which is derived from taxes, duties, imposts, and excises. Because many of the slush funds maintained by the Federal Reserve System were acquired through money laundering activities they are not likely properly recorded on the bank accounts of the United States Government maintained by the Federal Reserve System or the U.S. Congress and the U.S. Dept. of Treasury has not been allowed by the Federal Reserve Act of 1913 to do a proper audit of all accounts under the Federal

Reserve System to identify expenses that were not appropriated by the U.S. Congress but was paid by the Federal Reserve System.

Under the U.S. Constitution Article I Sect 9 Clause 7 that states, "No Money shall be drawn from the Treasury, but in Consequences of Appropriations made by Law: and a regular Statement and Account of the receipts and expenditures of all public Money shall be published from time to time."

Under U.S. Law the Federal Reserve System was not authorized to pay for expenditures for secret illegal underground operations. Under the U.S. Constitution the Federal Reserve System was not authorized to borrow from foreign countries to pay for the expenditures of the United States Government resulting in a deficit for the year.

Under the **Civil Rights Act of 1964** the Federal Reserve System that supervisors all credit issued by financial institutions cannot discriminate against the real authentic U.S. Citizens. The Federal Reserve System continues to be in violation of the Civil Rights Act of 1964 providing immigrants and immigrant businesses federal and state funding when no immigrant under the U.S. Constitution has constitutional rights or civil rights. The Federal Reserve System discriminated against the U.S. Citizens every time it allows federal and state funding be stolen by immigrants, legal and illegal.

Under the **Employment Retirement Income Security Act of 1974** the Federal Reserve System and the U.S. Dept. of Health and Human Services are required to keep accurate records for the real authentic U.S. Citizens' social security pensions and for the real authentic U.S. Citizens' Medicare and Medicaid benefits. The Federal Reserve System and the U.S. Dept. of Health and Human Services allowing an immigrant or fraudulent U.S. Citizen to use the social security number of a U.S. Citizen is not adhering to their fiduciary duties under the Employment Retirement Income and Security Act of 1974.

48

**From the U.S. Constitution**

**"We the people of the United States, in Order to form a more perfect Union, establish Justice, insure domestic tranquility, provide for the common defense, promote for the general Welfare, and secure the Blessing of Liberty, to ourselves and our Posterity, do ordain and establish the Constitution for the United States of America"**

- **We the people of the United States**

defines the people to be only the real authentic U.S. Citizens who have acquired citizenship from obedience and according to the United States Immigration and Naturalization laws.

The U.S. Constitution is written only for the U.S. Citizens and their children not for the immigrant, refugee, trafficking victim, asylum seeker, slave, internally displaced person, stateless person, immigrant minors, another nation, or any corporate entity like the Federal Reserve System, United Nations, or North Atlantic Treaty Organization.

- **in order to form a perfect Union**

The citizens of the United States and their children unite together to form a perfect union.

The Legislature Branch, Executive Branch, Judicial Branch, and the States are to unite together to see that no immigrant, refugee, trafficking victim, asylum seeker, slave, internally displaced person, stateless person, immigrant minor, another nation, or any corporate entity like the Federal Reserve System, United Nations, Federal Reserve Cartel,

49

or North Atlantic Treaty Organization divide the union of the  citizens of the United States governed by the Supreme Law of the Land the U.S. Constitution.

- **Establish Justice**

Under the U.S. Constitution Article 1 Section 1

The U.S. Congress is given the power to make, change, and repeal laws according to the Supreme Law of the land the U.S. Constitution.

From the U.S. Constitution Article 1 Section 8

"Congress is to define and punish piracies and felonies committed on the high seas, and Offences against the Law of nations."

Congress defines a refugee, trafficking victim, slave, asylum seeker, stateless person, internally displaced person, immigrant minor, and foreigner from the Immigration and Naturalization laws and punishes them for offences against the Laws of Nations for leaving their country without permission and/or entering the United States without permission, for violation of U.S. Laws, for treason, and for piracy on the high seas.

The Federal Reserve System, Federal Reserve Cartel, United Nations, and the North Atlantic Treaty Organization have no say as to how the U.S. Congress addresses a refugee, trafficking victim, asylum seeker, slave, internally displaced person, stateless person, immigrant minor, and foreigner. The U.S. Constitution is the Supreme Law of the land on these subjects.

From the U.S. Constitution  Article 1 Section 9

"The migration or importation of such persons as any of the States now existing shall think proper to admit,"

"The Privilege of Writ of Habeas Corpus (to arrest and detain) shall not be suspended , unless when in cases of rebellion or invasion the public safety may require it."

No state should allow the migration or importation of persons into their state that is not according to the U.S. Immigration and Naturalization laws and according to the laws of other nations and are not to allow immigrant minors, refugees, slaves, asylum seekers, stateless persons, internally displaced persons, or trafficking victims to be imported from other nations which is the theft of the labor force of another nation. Congress under the U.S. Constitution regulates all relations and commerce with foreign nations. It is against the U.S. Constitution to allow immigrant minors, refugees, trafficking victims, asylum seekers, stateless persons, internally displaced persons, foreigners, and slaves into any state.  The U.S. congress is to see that all refugees, trafficking victims, slaves, stateless persons, internally displaced persons, foreigners, immigrant minors, and immigrants in violation of their nation's laws and/or the U.S. immigration laws are arrested and detained. The U.S. Congress must not provide due process rights to refugees, trafficking victims, asylum seekers, slaves, stateless persons, internally displaced persons, foreigners, and immigrants minors because they are not U.S. Citizens and have no rights to due process and equal protection under the law inside the United States. The U.S. Congress is to punish them not reward them for the violation of the U.S. laws and/or the laws of their nations.  The. U.S. Congress under the U.S. Constitution who regulates commerce and foreign relations is not allowed to steal foreign citizens from another nation being it is the labor force of another nation. Furthermore, all laws passed by the

51

U.S. Congress granting refugee, trafficking, slaves, asylum seekers, internally displaced persons, stateless persons, foreigners, and immigrant minors protection, due process, and U.S. Benefits is in direct violation of the U.S. Constitution and U.S. Laws and must be repealed. All immigrant minors, refugees, asylum seekers, slaves, stateless persons, internally displaced persons, foreigners, and trafficking victims must be punished and/or returned to their nation for judgement according to their nations laws. The U.S. Congress is the only branch given the authority to deal with nations whose citizens have entered the United States and violated the U.S. Laws and/or laws of their nation.

An immigrant minor, refugee, asylum seeker, slave, internally displaced person, stateless person, foreigner, or trafficking victim is only entitled to come before the U.S. Court system upon application of citizenship after residing permanently inside the United States for 5 years having entered lawfully and not being in violation of the U.S. Immigration and Naturalization laws or other U.S. Laws. Seeking asylum or refugee status would also be in violation of the U.S. Constitution because the U.S. Constitution and the U.S. Immigration Laws does not provide for any exception to citizenship application based on asylum status, refugee status, stateless person status, internally displaced person status, immigrant minors, or trafficking victim status. This is exactly how the 1600 Communist NAZI scientist spies were illegally allowed to gain entry and acquire fraudulent U.S. citizenship. The U.S. Congress does not have the ability to discern the details of the lives of a foreigner while living outside the United States. The U.S. Congress does not have the means and has not been provided the funds from the U.S. Constitution to determine if an immigrant minor, refugee, trafficking victim, internally displaced person, stateless person, or asylum seeker is telling the truth and has not come into the United States to aid New World Order to overthrow the U.S. Government. The U.S. funds can only be used for the benefit of the U.S. Citizens and are not allowed to be used for foreigners. For

these reasons, the U.S. Constitution has provided no exceptions on how to deal with refugees, trafficking victims, immigrant minors, slaves, internally displaced persons, stateless persons, or asylum seekers who have exit their nation without permission and/or entered the United States without permission.

The Federal Reserve System, the Federal Reserve Cartel, the United Nations, and the North Atlantic Treaty Organization have no say as to how the United States addresses immigrant minors, refugees, internally displaced persons, stateless persons, asylum seekers, foreigners, and trafficking victims because the U.S. Constitution is the Supreme Law of the land that must be adhered to by the Federal Reserve System, Legislature Branch, Executive Branch and Judicial Branch. The Federal Reserve System whose power was delegated from the U.S. Congress has no authority under the power of U.S. Congress to allocate the U.S. Citizens funds for the benefit of citizens of other nations. The U.S. Citizens funds and benefits administered by way of the Federal Reserve System to the United Nations and to the North Atlantic Treaty Organization for the benefit of other nations is a violation of the U.S. Constitution and U.S. Law being theft of the U.S. Citizens funds and assets by the Federal Reserve System recoverable in a court of law inside the United States under the Supreme Court. The U.S. Citizens funds and benefits administered by way of the Federal Reserve System individually to immigrant minors, refugees, trafficking victims, internally displaced persons, stateless persons, refugees, and asylum seekers is a violation of the U.S. Constitution and U.S. Laws being theft of the U.S. Citizens funds and assets by the Federal Reserve System recoverable in a court of law inside the United States under the Supreme Court.

The Federal Reserve System assumed the responsibility and liability of the U.S. Congress and U.S. Treasury when the Federal Reserve System allowed the U.S. Congress to delegate the power to the Federal Reserve System to collect the revenue and pay the expenditures for the U.S. Department of Treasury. The Federal Reserve System was to have in place all necessary required internal and external controls to make sure that immigrant minors, asylum seekers, trafficking victims, internally displaced persons, stateless persons, refugees, and foreigners were not stealing the U.S. benefits and U.S. funds. The Federal Reserve System was expected to have a full understanding of the U.S. Constitution and the U.S. Laws so not to administer funds to the United Nations, and the North Atlantic Treaty Organization to provide for the benefit of other nations, refugees, asylum seekers, trafficking victims, internally displaced persons, stateless persons, refugees, immigrant minors, and foreigners which is not allowed under the U.S. Constitution.

- **insure domestic tranquility**

The U.S. Constitution is clearly only concerned with rest, peace, and free from attack on United States soil. The U.S. Constitution does not allow the Federal Reserve System, U.S. Legislature Branch, U.S. Executive Branch, and U.S. Judicial Branch to be concerned about the tranquility inside foreign nations. Unless a nation exhibits a clear and present danger to attack the United States within the United States' land (fifty states and District of Columbia) and U.S. waters than there is no authorization for the U.S. Congress under the U.S. Constitution to authorize the U.S. Military to invade a foreign nation and/or declare war on a foreign nation.

Since the inception of the United States of America on Sept. 17, 1787 the only nation that has aggressively attacked the United States on U.S. soil has been the country of Mexico, yet the U.S. Congress refuses to place sanctions or declare war against Mexico.

The Federal Reserve Cartel, United Nations and North Atlantic Treaty Organization has been an antagonist to ensuring domestic tranquility. The United Nations is headquartered inside the United States, The purpose and principles of the United Nations from the United Nations Charter are to maintain international peace and security, take collective measures for the prevention and removal of threats to the peace, develop friendly relations based on the principle of equal rights and self-determination of peoples, to solve international problems, and to be the center for harmonizing these actions of nations.

The United Nations purpose and principles are in opposition to the U.S. Constitution that establishes a democratic government. The United Nations promotes a world government where every nation who is a member is a slave to the United Nations who steals the assets of their citizens to promote a World Government controlling all nations' citizens and all nations' assets.

The Federal Reserve System would be liable for any funds paid to provide for defense of other nations when there was no clear and present danger of an attack against the United States within the United States' land (fifty states and District of Columbia) and U.S. waters.

The U.S. Constitution is only interested in domestic tranquility and solving problems for the U.S. Citizens. The U.S. Constitution directs the U.S. Congress to resolve conflicts with other nations individually while protecting the life, property, and liberty of the U.S. Citizens. The U.S. Congress when negotiating treaties with foreign nations are required under U.S. Law to ensure full employment, fair trade, and fair competition for the U.S. Citizens.

- **provide for the common defense**

Under the U.S. Constitution Article 1 Section the U.S. Congress has the power:

"To declare War, grant letter of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support armies, but no appropriation of money to that use shall be for a longer term than two years;

To provide and maintain a navy;

To make rules for the government and regulation of the land and naval forces;

To provide for calling forth the militia to execute the Laws of the Union, suppress insurrections and repel invasions"

Under the U.S. Constitution the Legislature Branch which is the U.S. Congress has no authority to delegate its' authority to negotiate with foreign nations and declare war to the U.S. President or any member of the Executive Branch, to the Federal Reserve System, and/or to the United Nations, the North Atlantic Treaty Organization, and North Atlantic Treaty. The United States has been lured year after year since 1950 to activate its'

military into foreign nations and/or declare war by the U.S. Presidents, U.S. Ambassadors, U.S. Secretary of Defense, U.S. Secretary of State, United Nations, and the North Atlantic Treaty Organization in violation of the U.S. Constitution when no domestic threat has existed inside the United States identifiable by any nation. The power to identify a threat to the U.S. Citizens' domestic tranquility and declare war is the power of the U.S. Congress and cannot be delegated under the U.S. Constitution which is the Supreme Law of the Land. The Federal Reserve System is required to be fully educated in the U.S. Constitution knowing that the U.S. Presidents have no authority under the U.S. Constitution to call for the military to come to the defense of other nations and/ or declare war. The Federal Reserve System would be liable for the expenditures paid in violation of the U.S. Constitution that paid for the U.S. military to defend other nations and/ or for war that was not authorized by the U.S. Congress. The Iraq War was not authorized by the U.S. Congress. U.S. Presidents Bush, Obama, and Trump have no authority under the U.S. Constitution to maintain troops in foreign countries since 2001. The Federal Reserve System has been in violation of the U.S. Constitution paying the expenditures of these wars and should be held liable having allowed the U.S. Congress to delegate their power to collect revenues and pay expenditures for the U.S. Federal Government.


The United Nations and the North Atlantic Treaty Organization is an identifiable threat to the U.S Citizens domestic tranquility residing inside the United States. The U.S. Congress must immediately remove the United States Citizens from the participation of the United Nations, the North Atlantic Treaty Organization, and North Atlantic Treaty with removing the United Nations from within the United States. The Federal Reserve System has no excuse not to understand that the Charter of the United Nations and the North Atlantic Treaty Organization is in opposition to the U.S. Constitution the Supreme

Law of the Land. The Federal Reserve System and the Federal Reserve Cartel are liable for all payments made to the United Nations and the North Atlantic Treaty Organization.

- **promote for the general Welfare**

The United States Federal Reserve System, Legislature Branch, Executive Branch, and Judicial Branch are to promote the general welfare of the U.S. Citizens and attribute U.S. Benefits and State benefits only to U.S. Citizens and their future generations. Immigrant minors, refugees, asylum seekers, internally displaced persons, stateless persons, trafficking victims, and foreigners are not entitled to U.S. Benefits because the Federal Reserve System, U.S. Legislature Branch, Executive Branch and Judicial Branch are not responsible for the welfare of immigrant minors, refugees, asylum seekers, internally displaced persons, stateless persons, trafficking victims and foreigners.

The United Nations' mandate for the United States to provide for the welfare of immigrant minors, refugees, asylum seekers, internally displaced persons, stateless persons, trafficking victims and foreigners is in violation of the U.S Constitution and U.S. Laws being theft of U.S. and States benefits authorized by the United Nations, Federal Reserve Cartel, and Federal Reserve System. The United Nations and the Federal Reserve System is a threat to the U.S. Citizens welfare and financial security for future generations. The United Nations' mandate on equal rights for all since 1948 aided by the Federal Reserve Cartel's global mind control system has illegally forced immigrants, legal and illegal, into U.S. and State public education institutions who have no right to public education and has caused a detriment to the education and welfare of the real authentic U.S. Citizens and the future generations of the real authentic U.S. citizens under the U.S. Constitution. The immigrants' illegal presence in U.S. and State education

58

institutions has and continues to be an extreme high national security risk to the real authentic U.S. Citizens because the immigrants today are the majority operators of the unconstitutional Federal Reserve Cartel and World Order college mind control systems inside the United States that attacks the U.S. inside the United States daily. The United Nations is the lead organization for Federal Reserve Cartel and World Order and a continuous real daily threat to the welfare and domestic tranquility of the U.S. Citizens and their future generations.

When the U.S. Congress delegated the power to the Federal Reserve System to collect and pay expenditures it was automatically understood by both parties that the Federal Reserve System was required to do so in agreement to the U.S. Constitution. The Federal Reserve System should never pay social security benefits, Medicare, Medicaid, Welfare, Housing, FEMA, education benefits to immigrants, legal and illegal, and to their children which is a violation of the U.S. Constitution and U.S. Immigration and Naturalization laws. The Federal Reserve System would be liable for the U.S. benefits paid to immigrants and their children. The liability owed by the Federal Reserve System for violation of the U.S. Constitution issuing payment to the State Public Schools and State Private Schools for payment for immigrants and immigrant children attendance would likely be as much as a trillion each year.

- **Secure the blessing of Liberty**

Under the U.S. Constitution the Federal Reserve System, Legislature Branch, Executive Branch, and Judicial Branch are to secure and maintain freedom for the U.S. Citizens. The United Nations the head organization for Federal Reserve Cartel and World Order that maintain the illegal college and university mind control systems deny the U.S.

59

Citizens freedom and liberty under the U.S. Constitution. It is unconstitutional for the Federal Reserve System, Federal Reserve Cartel, and the United Nations to promote and protect World Order illegal microchipping of the United States citizens in their frontal lobe soon after birth. The Federal Reserve Cartel and World Order college mind control systems control the U.S. citizens' mind and bodily functions stripping them of their freedom. Under World Order's college and university mind control systems that the United Nations, Federal Reserve System, and the Federal Reserve Cartel protect and promote, the U.S. Citizens are denied freedom of speech, freedom to bear arms, rights to their U.S and State benefits, rights to their social security number and other identification, rights to U.S. jobs, rights to U.S. education scholarships and grants, rights to life, rights to property, rights to due process, and rights to equal protection under the law.

The Federal Reserve System, Federal Reserve Cartel, United Nations, and the North Atlantic Treaty Organization who serve World Order not equal rights and self-determination for all people deny the U.S Citizens' rights to liberty, life, property, due process, and equal protection under the law.

- **to ourselves and our Posterity**

Under the U.S. Constitution the Federal Reserve System, Legislature Branch, Executive Branch, and Judicial Branch are to provide the U.S. Citizens and their Posterity (future generation) rights to liberty, life, property, due process, and equal protection under the law.

The theft of U.S. Benefits and U.S. assets foster by the Federal Reserve System, Federal Reserve Cartel, United Nations, and the North Atlantic Treaty Organization promotion of false wars in violation of the U.S. Constitution, and support of refugees, trafficking victims, slaves, internally displaced person, stateless persons, immigrant minors, and foreigners in violation of the U.S. Constitution has resulted in:

- huge U.S. government deficits
- massive numbers of real authentic U.S. citizens not being college educated
- millions of yearly medical murders of real authentic U.S. citizens of all ages
- 17+ million real authentic U.S. Citizens unemployed
- massive casualties each year for the U.S. Citizens as result of the U.S. participation in the United Nations and the North Atlantic Treaty Organization false wars
- massive casualties each year due to New World Order attacks on U.S. Citizens within the United States by the college mind control systems and by the global HAARP weather modification systems.

**Additional arguments are provided in the following Exhibits A-G**

**Exhibit A** – U.S. District of Court in Eastern District of Louisiana case 18-911 Vicki McLean, ET AL EX REL USA VS President of United States 1924 to Present, ETAL filed 1/30/2018 sealed under Sect. F. Judge Martin Feldman, Magistrate 3 Judge Daniel Knowles, III

**Exhibit B** - U.S. District of Court in Eastern District of Louisiana case 18-911 motion #1 titled "**Motion #1 for case 18-911 requesting the FISC during the course of investigations in case 18-911 linked to investigations of other federal cases       to gather additional evidence to justify requiring the Democratic National Party and**

**Democratic National Committee to be classified as a communist party in compliance with U.S. Laws due to past history of the National Democratic Party and Democratic National Committee violating  the Espionage Act of 1917, Sedition Act of 1918, Hatch Act of 1939, Alien Registration Act of 1940, McCarran Act of 1950, Immigration and Nationality Act of 1952,  and Patriot Act of 2001.”** Filed on 3/7/2018

**Exhibit C** - U.S. District of Court in Eastern District of Louisiana case 18-911 motion titled **“Motion for leave to file motion to vacate order filed 3/16/2018 due to forgery”** filed on 3/22/2018

**Exhibit D** - U.S. District of Court in Eastern District of Louisiana case 18-911 motion titled **“ Motion for leave to vacate 3/16/2018 order due to forgery” filed 3/16/2018”** filed on 3/22/2018

**Exhibit E** – U.S. District of Court in Eastern District of Louisiana case 18-911 motion titled “Motion for leave to continue the case and file motion #2 titled **“Motion #2 for case 18-911 Requesting the Supreme Court rule on the constitutionality of the existence of independent agencies that exist outside the Executive Branch limiting the U.S. President and the Legislature Branch having full control and accountability of independent agencies as required under the U.S. Constitution principle of separation of powers with checks and balances established in Articles 1, 2, and 3 of the U.S. Constitution”** filed 3/22/2018**.**

**Exhibit F** - U.S. District of Court in Eastern District of Louisiana case 18-911 motion titled “Motion for leave to continue the case and file motion #3 titled “**Motion #3 for case 18-911 to inform the Supreme Court of the importance of revoking all previous Executive Actions due to previous unknown executive actions being a high risk to United States national security since very few previous Executive Actions have been**

ruled as agreeing to the U.S. Constitution by the U.S. Supreme Court in violation of the U.S. Constitution not having the required checks and balances" filed 3/22/2018.

**Exhibit G** - U.S. District of Court in Eastern District of Louisiana case 18-911 motion titled "Motion for leave to continue the case and file motion #4 titled "**Motion #4 for case 18-911 Requesting the U.S. Supreme Court rule on the constitutionality of the United States belonging to the United Nations, the North Atlantic Treaty Organization, and the North Atlantic Treaty which has become the law of the land for the United States instead of the U.S. Constitution having overthrown the legitimate U.S. Government established under the U.S. Constitution"** filed 3/22/2018.

**Exhibit 47** – FEMA Concentration Camps Locations and Martial Law- Executive Orders 10990, 10995, 10997,10998, 10999, 11000,11001,11002, 11003,11004, 11,005, 11051, 11310,11049, 11921, With the National Act of 1947, Defense Production Act of 1950 and International Economic Powers Act of 1979. All unconstitutional actions by the U.S. Presidents and U.S. Congress establishing a dictatorship rule of government giving all powers to the U.S. President over all systems, people, and assets inside the United States.

**Exhibit 33** - U.S. District Court of Eastern Louisiana case 17-17483 filed Dec. 19, 2017 pages 38-42 of the original filing Vicki McLean, EX REL USA, ET AL VS FBI, ET AL.

**Exhibit 9** – United States District Court of Eastern District of Louisiana 17-17483 Sect L Mag 5 Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL United States of America VS Federal Bureau of Investigations, Robert Mueller, James Comey, Christopher Wray filed Dec. 19, 2017.

**Exhibit 51 – List of Recessions in the United States from Wikipedia**

**Exhibit 52 – List of Stock Market crashes and bear markets from Wikipedia**

**Exhibit 53 – Banking in the United States from Wikipedia**

**Exhibit 54 – Pujo Committee from Wikipedia**

**EXHIBIT 55 – The Federal Reserve Cartel 5 part series www.globalresearch.ca/the-federal-reserve-cartel**

Part 1 – The Federal Reserve Cartel: Eight families
Part 2 – The Federal Reserve Cartel: Freemasons and the House of Rothschild
Part 3 – The Federal Reserve Cartel: Part III the Illuminati Roundtable
Part 4  - The Federal Reserve Cartel: A Financial Parasite
Part 5 – The Federal Reserve Cartel: The Solution

**Exhibit 10-** EMPLOYMENT GROWTH SINCE 2000 WENT TO IMMIGRANTS by the Centers for Immigration Studies 34-page report http://www.cis.org/All-Employment-Growth-2000-Went-Immigrants

**Exhibit 11-** The Impact of New Immigrants on Young Native-Born Workers, 2000-2005 - https://www.cis.org/Impact-New-Immigrants-Young-NativeBorn-Workers-20002005

**Exhibit 56 – 31 USC Subtitle I Chapter 7 Subchapter II § 714**

From the evidence and arguments presented in this case and case 18-911 filed for the real authentic U.S. Citizens it becomes obvious and necessary to file 3 additional cases in the following order for the U.S. Citizens against the United Nations, All States plus the District of Columbia, and U.S. Congress. It is undecided if cases will need to filed later against all Churches and all Non-profits for allowing the funds to be stolen and used for underground operations since the Internal Revenue Service intentionally did not put the necessary internal and external control over churches and non-profit organizations.

## CONCLUSION

The Federal Reserve System and its' franchise should be forfeited for violations of U.S. Law and its' shareholders from 1913 to present should be sued for the real authentic U.S. citizens' stolen assets and loss of life. All assets of the Federal Reserve System and the assets of Federal Reserve shareholders should be frozen immediately to prevent money laundering of assets to overseas accounts. The Rockefeller's fine arts collection scheduled to be auctioned in May 2018 should be frozen. The FISC should expect massive movement of the Federal Reserve System and Federal Reserve shareholders assets to have occurred over the last several months with more future movements planned.

## GUIDANCE FOR THE COURT FROM
## THE GOD OF TORAH

### DEURTERONOMY 18:9

"When you come into the land that the Lord your God is giving you, you must not learn to imitate the abhorrent practices of those nations. No one shall be found among you who makes a son or daughter pass through fire, or who practices divination, or is a soothsayer, or an augur, or a sorcerer, or one who casts spells, or who consults ghosts or spirits, or who seeks oracles from the dead. For whoever does these things is abhorrent to the Lord; it is because of such abhorrent practices that the Lord your God is driving them out before you. You must remain completely loyal to the Lord your God. Although these

65

nations that you are about to dispossess do give heed to soothsayers and diviners, as for your, the Lord your God does not permit you to do so.

The Lord you God will raise up for you a prophet like me from among your own people; you shall heed such a prophet. This is what you requested of the Lord your God of Horeb on the day of the assembly when you said: "If I hear the voice of the Lord my God any more, or ever again see this great fire, I will die." Then the Lord replied to me "They are right in what they have said. I will raise up for them a prophet like you from among their own people; I will put my words in the mouth of the prophet, who shall speak to them everything that I command. Anyone who does not heed the words that the prophet shall speak in my name, I myself will hold accountable."


Some of the prophesies of the Prophet Daniel have been recorded in the Book of Daniel. The prophet Daniel speaking for the Lord foretold of massive persecutions in the END TIMES before the Lord would turn the war in His People's favor. The leader was prophesied to be a descendent of King David.  The Jewish people expecting a military and political leader refer to the chosen one to come as the Messiah. The Messiah of the bloodline of King David was expected to be a man, not a god, to lead the Lord's people to victory in the "END TIMES." There is only one God, the God of Torah, the Creator. The worship of a man as a god is despised by the Lord. In the first century A.D., the Romans never expected the Lord to choose a woman as the "Messiah."

66

## CERTIFICATE OF SERVICE

I, Vicki Fanning McLean, will hand deliver this case Vicki Fanning McLean, ET AL
EX REL United States of America VS U.S. Federal Reserve System, ET AL to the U.S.
Attorney Office at 650 Poydras St. Suite 1600, New Orleans, LA 70130 for the U.S.
Attorney to be given to the U.S. Attorney Jeffery Sessions.

Vicki McLean

Respectfully submitted on 4/2/2018

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

US Attorneys
office
9:34am

RECEIVED
APR 0 3 REC'D

67