# Exhibit 6

**U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS State of Texas, Secretary of State Elections Division, ET AL A18-CV1021RP filed Nov. 29, 2018 under the Patriot Act with Judge Robert Pitman**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Vicki Fanning McLean, ETAL EX REL UNITED STATES OF AMERICA*

**DEFENDANTS**
*State of Texas, Sec of State Elections Division, ETAL*

**(b)** County of Residence of First Listed Plaintiff  *HARRIS COUNTY*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  *TRAVIS COUNTY*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  *PRO SE*
*Vicki McLean (832) 610-1059*
*7203 Oakwood Glen Blvd #804 Spring, TX 77379*

Attorneys *(If Known)*

**A18CV1021RP**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☑ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

*PATRIOT ACT*
*ESPIONAGE ACT*
*ALIEN REGISTRATION ACT OF 1940*

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*PATRIOT ACT, ESPIONAGE ACT, ALIEN REGISTRATION ACT*
Brief description of cause:
*SUBVERSIVE ACTION BY DEFENDANTS WITH IMMIGRANTS VOTING TO OVERTHROW*

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No   *60V*

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  *FOREIGN INTELLIGENCE SURVEILLANCE COURT  MARTIN FELDMAN*
DOCKET NUMBER  *18-3462   18-3701*

DATE  *11/29/2018*

SIGNATURE OF ATTORNEY OF RECORD  *Vicki Fanning McLean*

### FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT

OF THE WESTERN DISTRICT OF TEXAS

FILED

19 NOV 29   AM 10: 44

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY CLERK

VICKI FANNING MCLEAN

ESTATE OF JAMES T.  MCLEAN, JR.

ESTATE OF LOUIS A. FANNING, SR.

EX REL UNITED STATES

PLAINTIFFS

VS

STATE OF TEXAS SECRETARY OF
STATE ELECTIONS DIVISION

UNITED STATES CONGRESS
1913 TO PRESENT

DEMOCRATIC NATIONAL
COMMITTEE

STATE OF TEXAS LEGISLATURE

STATE OF TEXAS DEPARTMENT
OF PUBLIC SAFETY

STATE OF TEXAS EDUCATION

STATE OF TEXAS DEPARTMENT OF
HEALTH AND HUMAN SERVICES

GOVERNOR  OF TEXAS
GREGG ABBOTT

CIVIL ACTION:

# A18CV1021 RP

PATRIOT ACT OF 2001

ALIEN REGISTRATION ACT OF 1940

MCCARRAN-WALTERS ACT  OF 1952

IMMIGRATION  &  NATURALIZATION
ACT OF 1924

RACKTEER INFLUENCED & CORRUPT
ORGANIZATIONS ACT OF 1970

BANK SECRECY ACT OF 1970

CIVIL RIGHTS ACT OF 1964

ILLEGAL IMMIGRATION REFORM &
IMMIGRANT RESPONSIBILITY ACT
0F 1996

ESPIONAGE ACT OF 1917

INTERNATIONAL TRAFFIC IN
ARMS REGULATION ACT OF 1976

1

RICK PERRY, FORMER GOVERNOR OF
TEXAS

BOBBY JINDEL, FORMER GOVERNOR
OF LOUISIANA

GEORGE BUSH, JR., FORMER GOVERNOR
OF TEXAS

SUSANA MARTINEZ, GOVERNOR OF
NEW MEXICO

ARNOLD SCHWARZENEGGER, FORMER
GOVERNOR OF CALIFORNIA

STATE OF LOUISIANA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF CALIFORNIA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF FLORIDA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF NEW YORK SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF ARIZONA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF NEW MEXICO SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF VIRGINIA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF MARYLAND SECRETARY OF
STATE ELECTIONS DIVISION

2

U.S. REPRESENTATIVE NANCY PELOSI
U.S. REPRESENTATIVE PAUL RYAN

U.S. SENATOR MITCH MCCONNELL

U.S. SENATOR CHUCK SCHUMER

U.S. SENATOR DIANE FEINSTEIN

ELAINE CHAO, U.S. SECRETARY OF
TRANSPORTATION

ALEXANDER ACOSTA,
U.S. SECRETARY OF LABOR

NIKKI HALEY, U.S. AMBASSADOR TO THE
UNITED NATIONS

BARACK OBAMA, FORMER U.S. PRESIDENT
DEMOCRAT CAMPAIGN SPOKESMAN

HOUSTON MAYOR SYLVESTOR TURNER

TEXAS U.S. REPRESENTATIVE
LESLIE FLETCHER

TEXAS U.S. REPRESENTATIVE
BETO O'ROURKE

LUPE VALDEZ DEMOCRATIC CANDIDATE,
FORMER DALLAS SHERIFF & DHS AGENT

HARRIS COUNTY JUDGE LINA HIDALGO

HARRIS COUNTY SHERRIF
EDWARD GONZALES

HOUSTON POLICE CHIEF ART ACEVEDO

TEXAS U.S. REPRESENTATIVE
SHELIA JACKSON LEE

TEXAS U.S. REPRESNTATIVE AL GREENE

TEXAS U.S. REPRESENTATIVE
VINCENTE GONZALEZ

TEXAS U.S. REPRESENTATIVE
VERONICA ESCOBAR

TEXAS U.S. REPRESENTATIVE
JOAQUIN CASTRO

TEXAS U.S. REPRESENTATIVE
SLYVIA GARCIA

TEXAS U.S. REPRESENTATIVE
HENRY CUELLAR

TEXAS U.S. REPRESENTATIVE
FILEMON VELA

MINNESOTA U.S. REPRESENTATIVE
ILHAN OMAR

NEW YORK U.S. REPRESENTATIVE
ALEXANDRIA OCASIO-CORTEZ

MICHIGAN U.S. REPRESENTATIVE
RASHIDA TLAIB

TEXAS REPRESENTATIVE
GINA ORTIZ JONES

TEXAS U.S. REPRESENTATIVE SRI
PRESTON KULKARNI

4

XAVIER BECERRA, FORMER
CALIFORNIA U.S. REPRESENTATIVE CURRENT
ATTORNEY GENERAL OF CALIFORNIA

MONTGOMERY COUNTY, TEXAS
DISTRICT ATTORNEY BRETT LIGON

HARRIS COUNTY, TEXAS DISTRICT
ATTORNEY KIM OGG

<u>DEFENDANTS</u>

## INTRODUCTION

I, Vicki Fanning McLean a plaintiff and the Pro Se filer for the plaintiffs of the Estate of
James McLean and the Estate of Louis Anthony Fanning, Sr all being native U.S. Citizens
and Texas, or Louisiana residents am filing this case for the United States Citizens under
the Patriot Act, Espionage Act of 1917, Alien Registration Act of 1940, Immigration and
Naturalization Act of 1924 and 1952, International Traffic In Arms Regulation Act OF
1976, Racketeer Influence and Corrupt Organizations Act of 1970  and Bank Secrecy Act
of 1970. The plaintiffs in this case have previously filed a series of federal cases placed
with the Foreign Intelligence Surveillance Court (known here after as FISC) under
Intelligence Judge Martin Feldman in the U.S. District Court of Eastern Louisiana
beginning on Sept. 28, 2016. The series of cases filed under the Foreign Intelligence
Surveillance Court were filed primary under the Patriot Act of 2001, Alien Registration
Act. Of 1940, McCarran-Walters Act of 1952, Bank Secrecy Act of 1970, Espionage, Act
of 1917, RICO ACT of 1970, and the International Traffic In Arms Regulation Act of 1976
and Immigration and Naturalization Act of 1924 and 1952. Many of the issues addressed

in this case were addressed by the plaintiffs against different defendants in FISC cases 17-5578, 17-12760, 18-911, 18-3462, and 18-3701.

Due to these FISC cases being active with active investigations specifically addressing the yearly massive theft of U.S. funds by the Federal Reserve Shareholders back till 1913 there exists a much greater threat from immigrants, legal and illegal living inside the United State, to rise up and revolt against the U.S. Citizens in the border States and Coastal States while enabling the mass movement of foreign troops from the Mexican border falsely claiming asylum and refugee status to overtake the United States for the Federal Reserve Shareholders.

The current subversive activities of the Democratic National Committee forming a confederation with immigrants luring massive numbers of non-citizens and falsely documented citizens to vote in the 2018 Nov. election to give the Democratic Party more representation in U.S. House of Representatives, U.S. Senate,  and State Legislatives is to aid the Federal Reserve Shareholders to remove President Donald Trump and stop the current FISC cases filed by Vicki McLean, ET AL for the U.S. Citizens

The filing of this case for the U.S. Citizens as described against the State of Texas Secretary of State Election Division, ET Al under the Patriot Act, etc. should enable this case to be immediately moved to the FISC under Judge Martin Feldman and Magistrate Daniel Knowles with immediate transfer  to Chief Supreme Court Justice John Roberts to be in accordance with the U.S. Constitution Article 3, Sections 1-3 supported by the Federalist Papers Article 81.

Quote from the Federalist Papers Article 81

"Let us now examine in what manner the judicial authority is to be distributed between the supreme and the inferior courts of the Union. The Supreme Court is to be invested with original jurisdiction, only ``in cases affecting ambassadors, other public ministers, and

6

consuls, and those in which a state shall be a party." Public ministers of every class are the immediate representatives of their sovereigns. All questions in which they are concerned are so directly connected with the sovereignties they represent, it is both expedient and proper that such questions should be submitted in the first instance to the highest judicatory of the nation. the public peace, that, as well for the preservation of this, as out of respect to Though consuls have not in strictness a diplomatic character, yet as they are the public agents of the nations to which they belong, the same observation is in a great measure applicable to them. In cases in which a State might happen to be a party, it would ill suit its dignity to be turned over to an inferior tribunal."

Due to the attack on Supreme Court Justice Brett Kavanaugh in 2018 led by U.S. Democratic Senator Diane Feinstein and the attack on Vicki McLean's first federal Judge Thomas Porteous in 2008 led by the Democratic controlled U.S. House of Representatives under Speaker Nancy Pelosi for the benefit of the Federal Reserve Shareholders there is a greater urgency to notify all Federal Judges to protect and aid them to rise up against the forging of their orders encouraging them also to transfer all forged cases to FICS. Vicki McLean forcing a citation hearing purposely positioned with Magistrate Daniel Knowles was how she enabled the FISC to prove that all Vicki McLean's federal judges' orders being as many as 22 had been forged with the assistant U.S. Attorneys' motions on 6 Federal False Claim Espionage cases filed for the U.S. Citizens. Once enough evidence was acquired by FISC, all the cases filed by Vicki McLean were able to be picked up for the U.S. Citizens.

This case is being filed to address the subversive activities of State of Texas Secretary of State Election Division, ET AL allowing massive numbers of non-U.S. Citizens and falsely

documented U.S. Citizens in violation of the U.S. Constitution, U.S. Immigration and Naturalization Acts of 1924 and 1952, Alien Registration Act of 1940, and Patriot Act of 2001 to vote during the Nov. 2018 elections in State of Texas, State of Louisiana, State of California, State of Florida, State of New York, State of Arizona, State of Virginia, State of Maryland, and State of New Mexico. The Democratic National Committee with their democratic candidates across the United States consisting of non-U.S. citizens, falsely documented U.S. Citizens, and authentic U.S. Citizens in violation of the  U.S. Constitution, Immigration and Naturalization Act of 1924 and 1952, Alien Registration Act of 1940, and Patriot Act of 2001 intentionally lured millions of unqualified non-citizen voters and falsely documented voters to illegally vote in all States to elect Democratic candidates. Many of the Democratic candidates placed on ballots across the county were not U.S. Citizens not having birthright citizenship, immigrants that were falsely documented, and falsely documented U.S. Citizens using stolen social security numbers who concealed violations of U.S. law during their  naturalization process which justifies why the Federal Reserve Shareholders arranged for them to receive prior to U.S. Citizenship a stolen social security number belonging to a U.S. Citizen.


The Democrat National Committee with their democratic candidates across the country boldly promoted socialism by promoting universal healthcare and education for all residents inside the U.S. when no immigrant legal or illegal can ever be granted U.S. Constitutional rights having no rights to receive U.S. benefits and no right to possess a U.S. Social Security Number. The Democrat National Committee with their democratic candidates boldly promoted amnesty for all immigrants, legal and illegal knowing most have violated the Alien Registration Act of 1940 and 1952 under Title 18 of the Espionage Act. The Democrat National Committee and the U.S. Congress with many being attorneys know that no immigrant, legal or illegal, under the U.S. Constitution is allowed to possess

8

a social security number, to receive any type of U.S. benefits, to be registered in U.S. public schools, to receive U.S. College financial aid, etc. to run for U.S., State, or Local offices, and to vote in any Federal, State, or Local election. The U.S. Congress, State Legislatures, and the Democrat National Committee know immigrants cannot be pardoned from these violations of U.S. Law by the U.S. Congress being subversive activities under Title 18 with no time limit placed on the U.S. Government to pursue criminal and civil charges.

The U.S. Congress, Democrat National Committee, and all candidates are to pledge their allegiance to the U.S. Constitution. All members of U.S. Congress and candidates for Federal, State, and Local Office must be legitimate U.S. Citizens not falsely documented according to the U.S. Constitution and U.S. Immigration and Naturalization Act of 1924 and 1952 and Alien Registration Act of 1940. The U.S. Congress is required to have all laws and acts formed and developed with the check of the Supreme Court for constitutional violations prior to passage and signing by the U.S. President according to the U.S. Constitution. Since 1913 the U.S. Congress did have the U.S. Supreme Court verify that the bills, acts, treaties, and agreements being proposed and put to a vote were void of any constitutional violations for the benefit of the Federal Reserve Shareholders.

The Texas Secretary of State Election Division with all States Secretary of State Election Division using the Immigration and Naturalization Service does not properly verify the voter applicant's U.S. citizenship according to the Immigration and Naturalization Act of 1924 and 1952 with properly determining which countries had jurisdiction over the voter applicant at time of birth granting birthright citizenship determined by the parent's citizenship at the time of birth of the voter applicant. The Texas Secretary of State Election Division with all States Secretary of State Election Division do not properly vet the voter

9

applicant's social security number for theft. Due to illegal encryption technology in all computer systems to hide a stolen social security for the benefit of the Federal Reserve Shareholders espionage activities, manually vetting of the voter applicant's U.S. Citizenship back to 1924 with manually vetting of the voter applicant's social security for theft must be done to assure non-citizens and falsely documented citizens are not allowed to vote. The States vetting for U.S. Citizenship and for stolen social security numbers for voter applicants is required under the constitution that only allows U.S. Citizens to vote. All officials and agencies of the State are required under oath to uphold the U.S. Constitution during the election process for Federal, State, and local government officials.

Vicki McLean and the Estate of James McLean being a resident in the State of Texas since 1986 living or working in Harris County has been aware for years that the Texas State Legislature intentionally has never established proper U.S. Citizenship and Social Security number vetting procedures required for Texas Secretary of State Election Division, Texas Dept. of Health and Human Services, Texas Department of Public Safety, and Texas Education Agency. All these Texas Departments not properly vetting for U.S. Citizenship have provided fraudulent documentation to immigrants to enable immigrants to fraudulently claim U.S. Citizenship to illegally apply to vote in U.S. , State and Local elections.

The Texas State Legislature and all State Legislatures with their U.S. Congress representatives for their States are responsible to know the details about their districts in reference to commerce, taxation, and militia needs. It has been well published by the Democratic candidates in Harris County that Harris county is 40% Hispanic. The Federal and State Representatives are required to know and understand the U.S. Constitution to

understand that most immigrants have in their possession an illegally acquired social security number since no immigrant is entitled to a social security number under the U.S. Constitution. The Federal and State Representatives also should know that it is rare that an immigrant child has birthright citizenship according to U.S. law. The Federal and State Representatives should also know that no immigrant is allowed to register their child in U.S. public schools or receive U.S. Medicaid, Medicare, Welfare benefits, Housing benefits, FEMA benefits, etc. Base on this knowledge required by the Federal and State Representatives of Harris County, there is no reasonable excuse for the Federal and State representatives not to know that Harris County, TX has been invaded by immigrants, legal and illegal to over throw the U.S. government for the benefit of the Federal Reserve Shareholders.

Due to the Federal Reserve Shareholders controlling all government entities using their illegal University and college mind control systems the U.S. Congress did not carry out the proper procedure required under the U.S. Constitution that all U.S. legislature acts, bill, treaties, and agreements passed and ratified must be first approved by the Supreme Court to be accordance to the U.S. Constitution prior to being placed into law, not afterward. This subversive action of the U.S. Congress since 1913 has allowed the Federal Reserve Shareholders using the U.S. Congress to usurp the U.S. government established under the U.S. Constitution. The Federal Reserve Shareholders mind control systems having control over the courts by forging the judges' orders and the attorneys' motions including the Supreme Court orders has denied the U.S. citizens due process and right to counsel on every case over the last 70 years that addresses a constitutional issue. All acts, bills, treaties, and agreements were required to be addressed in the Supreme Court for compliance to the U.S. Constitution since the U.S. Congress  did not use  the U.S. Supreme during development and formation of the U.S. acts, bills, treaties, and agreements  to properly

identify violations of the U.S. Constitution and identify loopholes. The U.S. Constitution support of this requirement is very clear in the Federalist Papers Articles 78-81.

Due to the Federal Reserve Shareholders illegal mind control system and their buddies inside the U.S. Congress very few acts since the Federal Reserve Act of 1913 have been addressed by the Supreme Court  for  compliance with the U.S. Constitution to usurp the legitimate U.S. government empowered by the U.S. Citizens. Massive numbers of U.S. legislature acts, bills, treaties, and agreements since 1913 has been passed by the U.S. Congress as a whole not in compliance with the U.S. Constitution including the Federal Reserve Act of 1913. The U.S. Congress passing the Federal Reserve Act of 1913 established an unconstitutional independent agency with unconstitutional illegal limited accountability by the U.S. Congress and U.S. President to usurp the U.S. Government. The Federal Reserve Shareholders control all U.S. Funds including the funds of the Internal Revenue Service and Social Security Administration which are unconstitutional independent agencies with unconstitutional limited accountability. The U.S. Congress establishing the Federal Reserve System with numerous other unconstitutional independent agencies has allowed the Federal Reserve Shareholders to steal trillions each year of the U.S. Federal Government funds and other assets.

The Democratic National Committee, U.S. Congress, and the States Secretary of State Election Division have not fulfilled their oath of office to uphold the U.S. Constitution with Amendments to guarantee a Republican Form of Government to the U.S. Citizens by allowing millions of non-citizens to vote illegally and by  allowing non-citizens and fraudulently documented citizens to become members of the U.S. Congress, members of

State Legislatures, Heads of Federal, State and Local Law enforcement, be employed by Federal, State, and Local governments, become Federal, State and Local judges, etc.


The following constitutional questions are being asked of the Supreme Court that affect the determination of proper and legal entry into the United States by immigrants and the determination of theft of  U.S. Benefits by immigrants not authorized by the U.S. Constitution set up for the benefit of the Federal Reserve Shareholders:

1. The **Bracero Program** was established as early as 1917 without ratification by the U.S. Senate and without the required check by the Supreme Court. Immigrants likely without visas entered the country first before being accepted into the Bracero Program. This process allowed millions of immigrants into the country not accepted to the Bracero Program that were not escorted back to Mexico for the benefit of the Federal Reserve Shareholders. Was the Bracero Program beginning in 1917 constitutional? This is necessary to explain why all Bracero Program members with their family members were likely illegally given a stolen social security number. Their children were illegally registered in U.S. public schools with illegally receiving Medicaid funds, Welfare Funds, food stamps, housing funds, etc. not allowed under the U.S. Constitution. Then the Bracero workers children were allowed to steal U.S. college financial aid working in the illegal mind control system participating directly in espionage activities attacking U.S. citizens financially and physically each day. Many of the children of the Bracero Workers with stolen social security numbers proceeded to run for Federal, State, and Local office. Many never even applying for U.S. Citizenship or concealing all their violations of U.S. laws during the U.S. Citizenship process. This would be easily classified as a U.S. Citizenship contract not made in good faith being fraudulent due to massive concealment of facts that were violations of U.S. laws. The Bracero workers not

needed by the United States in 1917 were allowed into the country for the benefit of the Federal Reserve Shareholders to secretly apply toxins to the U.S. agricultural products. These subversive activities using Mexican Citizens and the Mexican government aided the Federal Reserve Shareholders in depopulating the U.S. Citizens by giving them intentionally diseases not diagnosed properly by doctors in the U.S. causing a slow medical murder. These millions of slow medical murders every year carried out by the medical industry with allowing the Federal Reserve System to  use the illegal double billing system on all services for all patients in every hospital greatly increased the Federal Reserve Shareholders Medicaid and Medicare espionage slush funds. This is why the Patient Protection and Affordable Care Act being unconstitutional promoted by the Democratic Party was past to greatly increase the theft of Medicare and Medicaid funds by the Federal Reserve Shareholders. Did the Bracero Program deny the U.S. Citizens' rights to prosperity and protection by allowing Mexican citizens into the U.S. to harm U.S. citizens physically and steal U.S. jobs, steal U.S. Benefits and steal U.S. Social Security numbers not authorized under the U.S. Constitution? Note, all labor reports were fraudulent controlled by the Federal Reserve Shareholders. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders

2. Democratic President Franklin Roosevelt working with the UK with the assistance of General Eisenhower during World War II carried out Operation Paperclip. Under Operation Paperclip Democratic President Franklin Roosevelt transferred to the U.S. as many as 1600 German spies who were scientists, engineers, doctors, etc. Most had worked with Albert Einstein (a foreign spy who falsely claimed asylum in U.S. during World War II) at the Kaiser Wilhelm Institute responsible for the initial development of the Federal Reserve Shareholders illegal mind control system and weather modification weapon.  All were allowed to falsely claim asylum and later

14

become a U.S. Citizen like Albert Einstein concealing all their espionage activities against the U.S while in Germany and inside the United States. Was the Operation Paperclip agreement constitutional?  Should all the approximate 1600 Germans that were brought into the United States under Operation Paperclip be classified as illegal entry with the intent to carry out subversive activities inside the United States to usurp the U.S. government for the benefit of the Federal Reserve Shareholders using President Roosevelt, General Eisenhower, etc.? Who are their children and grandchildren living in the United States today likely having allegiance to the Federal Reserve Shareholders like their grandparents?

3. Is an asylum court filing by any immigrant without going through an international court so not to be properly vetted by their country without legal permission to leave from their native country and without legal permission to enter the U.S. with immediately stealing U.S. Court benefits, U.S. Health benefits, U.S. welfare benefits, etc. constitutional? Does asylum filing by immigrants deny the U.S. Citizens' rights to prosperity and protection when the U.S. allow any immigrant from all nations into the U.S. without consulting the immigrants' government responsible for their welfare and protection? The asylum filers immediately do financial and physical harm to the U.S. Citizens stealing U.S. court costs, U.S. benefits, U.S. Jobs, U.S. social security numbers, etc. not authorized under the U.S. Constitution. Note, all labor reports were fraudulent controlled by the Federal Reserve Shareholders. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders

4. Was the United States joining of  the **United Nations** which required a signing of an agreement committing to the **Charter of the United Nations**  constitutional? Is it constitutional for the U.S. Congress to give  U.S. funds to foreign countries and the United Nations without receiving something of equal value?  Did First Lady Eleanor Roosevelt violate her oath to uphold the constitution when she chaired the

15

United Nations committee for the Declaration of Human Rights that started the global refugee programs for all nations who participated in the United Nations. Are the United Nations global refugee programs a violation of International Law where one nation is forced to steal the labor force of another nation? These continual refugee programs of the United Nations for the benefit of the Federal Reserve Shareholders moved in all the necessary manpower needed into the United States to control the U.S. and State governments by using immigrants and their children to carry out espionage activities inside the U.S. Most often the immigrants used in illegal underground operations using a stolen social security number were granted U.S. Citizenship concealing their espionage activities inside the U.S. and aboard prior to admission.to U.S., concealing their theft of U.S. benefits, and their theft of a U.S. social security number.

5. Was the **Displaced Persons Act of 1948 and 1950** in agreement to the U.S. Constitution and U.S. laws? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

6. Was the **Refugee Act of 1953** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

7. Was the **Immigration and Nationalization Act of 1965** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

8. Was the **Migration and Refugee Assistance Act of 1962** constitutional?  Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

9. Was the **Refugee Act of 1980** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits  and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

10. Was the **Nicaraguan Adjustment and Central American Relief Act constitutional**? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were

17

fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

11. Was the **North American Free Trade Agreement** constitutional that brought millions of workers into the United States each year stealing U.S. Jobs even during the 2008-2010 recession?   Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders. Did not this agreement aid to allow more invasion into the U.S. by Mexican citizens and other immigrants who were given stolen social security, stole U.S. Jobs, stole U.S. benefits, and aided to intimidate the U.S. Citizens to stand down against the invasion of immigrants into the U.S.

12. Is current **United States–Mexico–Canada Agreement of 2018 constitutional? Is it not the continuation of NAFTA denying U.S.** Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. Jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders.

13. Is it constitutional to still maintain the current U.S. territories that are not part of the Union? What allows the U.S. Government under the U.S. Constitution to claim territories which is a huge expense of the U.S. Citizens funds? What are the criteria under the U.S. Constitution regarding how long a territory can be maintain as a U.S. possession without being allowed to become a State? Is it constitutional for the U.S. territories not members of the Union to have U.S. representatives in the House and

18

Senate being they are not U.S. Citizens and cannot vote in U.S. or State Elections and cannot interfere in Federal, State, or Local governments inside the United States?

14. Is it constitutional to grant U.S. Citizenship to any citizen of a U.S. territory being U.S. territories are not States and not part of the Union? Are the Citizens of Guan, Puerto Rico, Virgin Islands, etc. being U.S. territories classified as immigrant when entering the United States? If so, then Citizens of U.S. territories are required to get permission from their government to leave and permission from the U.S. to enter the United States. All enter without permission would be considered a violation of the Alien Registration Act and would justify why all Puerto Ricans have been given a stolen social security number with their children. Also explains why so many children of Puerto Ricans not having U.S. birthright citizenship have been elected to U.S. Congress and State Legislatures like newly elected New York Puerto Rican Citizens Alexander Cortez. Are citizens of U.S. territories (immigrants not having U.S. Citizenship not being a member of the Union) allowed to come to the U.S. any differently than immigrants from other nations required to have permission to leave and permission to enter by visa or passport and required to register with the INS?

15. Was the **Immigration Reform and Control Act (IRCA) of 1986 constitutional**? How can the U.S. Congress pardon a huge group of unlawful aliens in violation of the Alien Registration Act of 1940 who are still using stolen social security numbers, still stealing U.S. benefits belonging to U.S. Citizens? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

19

16. Was the **Immigration Act of 1990** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

17. Was the **Illegal Immigration and Reform and  Immigration Responsibility Act (IIRAIRA)** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

18. Was the **Nicaraguan Adjustment and Central American Relief Act of 1997** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

19. Was the **Haitian Refugee Immigration Fairness Act of 2000** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were

fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

20. Wass the **American Competitiveness in 21st Century Act** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

21. Was the **H1B Visa Reform Act of 2004** constitutional? Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders?

22. **Secure Fence Act of 2006** authorized a border fence along the U.S. Mexico Border. How can the U.S. Congress not immediately fund the border fence if they authorized the building of the border fence in 2006? Is the U.S. Citizens being denied their rights to protection from invasion by a foreign force under the U.S. Constitution by the U.S. Congress not immediately funding the border fence expenses immediately after the Secure Fence Act of 2006 was signed into law.

23. Is the Deferred Action for Childhood Arrivals (DACA) done by Executive Action by President Barack Obama constitutional? Knowing Barack Obama is using a stolen social security number not likely having been born inside the United States with questionable U.S. Citizenship would the Deferred Action for Childhood Arrivals be required to be immediately revoked signed into law by an illegitimate

U.S. President. Did it deny the U.S. Citizens' rights to prosperity and protection by allowing more immigrants to steal U.S. jobs while illegally allowing immigrants to steal U.S. Benefits and U.S. Social Security numbers that the U.S. Congress had no authorization under the U.S. Constitution to provide? Note the labor reports were fraudulent. Consider the reports by the Center for Immigration Studies derived from U.S. Data not controlled by the Federal Reserve Shareholders? Are DACA recipients with their parents are guilty of illegal entry, stealing U.S. education benefits, stealing U.S. jobs and U.S. social security numbers as an adult, etc. and aiding to hide their illegal immigrant parents in violation of the Alien Registration Act of 1940 and 1952 as adults. The U.S. Congress, State Legislatures, and the Democrat National Committee know DACA immigrants cannot be pardoned from these violations of U.S. Law by the U.S. Congress being subversive activities under Title 18 with no time limit placed on the U.S. Government to pursue criminal and civil charges.

## ARGUMENT

Due to forgery and coercion over the courts for the last 70+ years it would be deemed unacceptable to use court precedence as an argument. Due to the lack of U.S. Congress not using the Supreme Court to develop their bills, act, and treaties it is also unacceptable to argue using an act, bill, treaty, or agreement that is in violation of the U.S. Constitution. It is important to remember that the U.S. Constitution is the Supreme Law of the United States not the Charter of the United Nations.

It is incorrect to say that the United States is a nation of immigrants according to the U.S. Constitution.

The study of the word People and Citizen which are interchangeable within the U.S. Constitution must be examined to prove that no immigrant, legal or illegal have U.S. Constitutional Rights or U.S. Civil Rights not being a U.S. Citizen.

The Legal Definition of **Citizen** - a native or naturalized individual who owes allegiance to the government (as a state or nation) and entitled to the enjoyment of governmental protection and to the exercise of civil rights.

From the U.S. Constitution Preamble

"We the **people** of the United States in Order to from a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure. Blessings of Liberty to ourselves and our Posterity, do ordain, and establish this Constitution for the United States of America"

**Article I Sect 2 Clause 2**   ·

"No Person shall be a Representative who shall not have attained to the age of twenty-five Years, and been seven Years a **Citizen** of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen."

**Article I Sect 3 Clause 3**

"No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a **Citizen** of the United States, and who shall not when elected, be an Inhabitant of that State for which he shall be chose."

**Article II Sect 1 Clause 6**

"No Person except a natural born **Citizen**, or a **Citizen** of the United States , at the time of the Adoption of this Constitution, Shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident of the United States."

**Article IV Section 2 Clause 1**

The **Citizens** of each State shall be entitled to all the Privileges and Immunities of **Citizens** in the several States."


Alexander Hamilton, John Jay, and James Madison being members of the Confederate Convention that formed the U.S. Constitution composed the Federalist Papers to be sent to the States for greater clarification of the U.S. Constitution to aid in the ratification of the U.S. Constitution by the 13 States.

All three of the authors of the Federalist Papers who composed the 85 articles most often refer to the people of the Constitution as Citizens. This is seen in the very beginning in each of their first written and published articles.

**In Federalist Papers Article 1 by Alexander Hamilton on Oct. 27, 1787 – Introduction**

a quote  "In the course of the preceding observations, I have had an eye, my **fellow-citizens**, to putting you upon your guard against all attempts, from whatever quarter, to influence your decision in a matter of the utmost moment to your welfare, by any impressions other than those which may result from the evidence of truth.

**In  Federalist Papers Article 2 by John Jay on Oct. 31, 1987 – Concerning Dangers from Foreign Force and Influence**

A quote "This country and this **people** seem to have been made for each other, and it appears as if it was the design of Providence, that an inheritance so proper and convenient for a band of brethren, united to each other by the strongest ties, should never be split into a number of unsocial, jealous, and alien sovereignties

Similar sentiments have hitherto prevailed among all orders and denominations of men among us. To all general purposes we have uniformly been one people each individual **citizen** everywhere enjoying the same national rights, privileges, and protection. As a nation we have made peace and war; as a nation we have vanquished our common enemies; as a nation we have formed alliances, and made treaties, and entered into various compacts and conventions with foreign states.

**In Federalist Papers Article 10 by James Madison on Nov. 22, 1787 – The Same Subject Continued: The Union a Safeguard Against Domestic Fraction and Insurrection.**

A Quote **"**AMONG the numerous advantages promised by a well-constructed Union, none deserves to be more accurately developed than its tendency to break and control the violence of faction. The friend of popular governments never finds himself so much alarmed for their character and fate, as when he contemplates their propensity to this dangerous vice.**"**

"By a faction, I understand a number of **citizens**, whether amounting to a majority or a minority of the whole, who are united and actuated by some common impulse of passion, or of interest, adversed to the rights of other **citizens**, or to the permanent and aggregate interests of the community."

"No man is allowed to be a judge in his own cause, because his interest would certainly bias his judgment, and, not improbably, corrupt his integrity. With equal, nay with greater reason, a body of men are unfit to be both judges and parties at the same time; yet what are many of the most important acts of legislation, but so many judicial determinations, not indeed concerning the rights of single persons, but concerning the rights of large bodies of **citizens**? And what are the different classes of legislators but advocates and parties to the causes which they determine?"

" If a faction consists of less than a majority, relief is supplied by the republican principle, which enables the majority to defeat its sinister views by regular vote. It may clog the administration, it may convulse the society; but it will be unable to execute and mask its violence under the forms of the Constitution. When a majority is included in a faction, the form of popular government, on the other hand, enables it to sacrifice to its ruling passion

26

or interest both the public good and the rights of other **citizens**. To secure the public good and private rights against the danger of such a faction, and at the same time to preserve the spirit and the form of popular government, is then the great object to which our inquiries are directed. Let me add that it is the great desideratum by which this form of government can be rescued from the opprobrium under which it has so long labored, and be recommended to the esteem and adoption of mankind."

James Madison did an excellent job in the Federalist Papers Article 10 explaining how dangerous it is for the U.S. Citizens making it easy to usurp the U.S. government when the U.S. Congress and States do not guarantee a republic form of government during voting by not vetting properly and not securing the voting machines from being hacked by the university mind control systems resulting in millions of non-citizens and citizens with fraudulent documents being allowed to vote and control the outcome of all Federal, State, and local elections.

**Exhibit 1** – Federalist Papers from Wikipedia contains a complete list of 85 articles with their title.

**Exhibit   2** – Direct   quotes   from   the   Federalist   Papers   of   Articles 1,2,3,4,6,10,51.56,60,78,79,80,84

Conclusion

There should be little doubt when examining the 85 Federalist Papers that supported the U.S. Constitution that the People are the U.S. Citizens inside the United States and aboard who are only granted the U.S. Constitution Rights and the U.S. Bill of Rights or Civil Rights not non-citizens living inside the United States. Only U.S. Citizens can be elected to State, Federal, and Local office having to give allegiance to the U.S. Constitution. Only U.S. Citizens can vote. Only U.S. Citizens can bear arms inside the United States to protect

against fraction and foreign influence. This is why non-citizens cannot be a member of the Federal, State, and Local law enforcement. Only U.S. citizens enjoy the same national rights, privileges, and protection granted under the U.S. Constitution and Amendments.

To understand the meaning of **jurisdiction** in the Immigration and Naturalization laws to determine birthright citizenship it is necessary to understand what our founding fathers meant when using the word **jurisdiction**.

Definition of jurisdiction:

**1 :** the power, right, or authority to interpret and apply the law a matter that falls within the court's jurisdiction

**2a : the authority of a sovereign power to govern or legislate**
**b : the power or right to exercise authority : CONTROL**

**3 :** the limits or territory within which authority may be exercised

Examples of how the word jurisdiction was used by the founding fathers.

In the Declaration of Independence – quote "He has combined with others to subject us to a **jurisdiction** foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation.

**Exhibit 3 – Declaration of Independence**

**In Federalist Paper Article #3 by John Jay the first United States Supreme Court Justice**

"Because, under the national government, treaties and articles of treaties, as well as the laws of nations, will always be expounded in one sense and executed in the same manner,-

-whereas, adjudications on the same points and questions, in thirteen States, or in three or four confederacies, will not always accord or be consistent; and that, as well from the variety of independent courts and judges appointed by different and independent governments, as from the different local laws and interests which may affect and influence them. The wisdom of the convention, in committing such questions to the **jurisdiction** and judgment of courts appointed by and responsible only to one national government, cannot be too much commended.

Federalist Papers Article 2,3,4,5 titled Concerning Dangers from Foreign Force and Influence written by John Jay clearly excelled in wisdom and understanding and clearly had an eye for foreign influence and an eye for a foreign spy. From various sources which includes Federalist Papers by Wikipedia and AMC series "Turn Washington's Spies" there were many that saw Alexander Hamilton and George Washington as British loyalists. John Jay wrote his first 4 articles from Oct. 31, 1787 to Nov. 10, 1787 and then fell gravely sick. I would question if he wrote Article 64 and the time he wrote his last Federalist Paper Article 64 state to be have been written on March 5, 1788. Alexander Hamilton quickly enlisted James Madison who wrote his first Federalist Paper Article 10 on Nov. 22, 1787 less than 10 days after John Jay became sick. Considering the subject matter written by John Jay and the dates assigned to John Jay as to publishing them being in the control of Alexander Hamilton (looking at the date assigned knowing the biblical meaning of numbers) I would suspect foul play was involved linked to John Jay becoming suddenly sick. James Madison became a  member of the U.S. House of Representative until 1997 never addressing the lack of checking each bill or act prepared with the Supreme Court for violations of the U.S. Constitution before passage. James Madison later became the U.S. Secretary of State and then the fourth President of the United States.

President George Washington offered John Jay the position of Secretary of State, but he refused. As Secretary of State John Jay would have been required to travel to foreign

countries who the United States opposed during the War of Independence, putting his life at risk. Then President Washington offered John Jay the position of the first U.S. Supreme Court Justice. If John Jay had thought that President George Washington and U.S. Treasurer Alexander Hamilton were true British Loyalists would he want President George Washington to have **jurisdiction** over him as U.S. Secretary of State or would he much rather be the U.S. Supreme Court Justice having more **jurisdiction** over President George Washington if caught violating the U.S. Constitution? Understanding this and assuming the Federal Reserve Shareholders were involved in forming of all nations' constitutions including the U.S. Constitution it makes it more obvious the children of immigrants born in the United States do not have U.S. birthright citizenship. Since the Federal Reserve Shareholders were planning to send millions of immigrants to the U.S. to construct and work in illegal underground operations it would not be to the Federal Reserve Shareholders' advantage to allow the United States to have **jurisdiction** over the immigrants and their children. It is reasonable to assume all nations and laws grant birthright citizenship to their citizens' children when their children are born aboard so their native country has jurisdiction over their children, not the U.S. When an immigrant parent is caught as a foreign spy inside the United States, the immigrant parents can be alerted by the Federal Reserve Shareholders to flee with their children to their native country. The Federal Reserve Shareholders can now easily protect their interests and  protect the immigrant's entire family from being extradited not being citizens of the United States.

Understanding jurisdiction and the role the United Nations plays for the Federal Reserve Shareholders setting up false flag wars across the globe with moving mass numbers of refugees and asylum seekers (foreign spies) to the United States explains why fraudulent U.S. Citizens have been chosen as the U.S. Ambassador to the United Nations since 2001. It also explains why Nikki Haley resigned having been exposed in FISC cases as a non-

30

U.S. Citizen. For these reasons it is important to carefully watch Nikki Haley and her foreign professor India parents from fleeing back to India and necessary to list Nikki Haley as a defendant. Bobby Jindel former Louisiana Governor and Susana Martinez, former New Mexico Governor have also been exposed in FISC cases for being a non-U.S. Citizens and should be watched carefully with their parents for fleeing back to their native countries. Barack Obama also exposed as a non-U.S. Citizens have U.S. secret service assigned to him when overseas. Barack Obama continued boldness to aid the Democratic National Committee being a campaign spokesman for the Democratic candidates in 2018 makes it necessary to include Barack Obama as a defendant.

## Exhibit 4 – Federalist Papers Article 3 by John Jay titled Concerning Dangers from Foreign Force and Influence John Jay

Conclusion: Nations have obligations to abide by their constitution and their laws towards their citizens having **jurisdiction** over their citizens at home and aboard. Citizens have the responsibility to abide by their nations constitution and laws and the laws of a foreign nation when aboard, so their foreign nation is not accused of sending a foreign spy to usurp the government of another nation. Clearly a nation who grants birthright citizenship to their citizens' children born inside the United States has **jurisdiction** over the parents and the child with being responsible for their welfare and their protection. The U.S. Government courts would only have **jurisdiction** in the cases involving immigrants living on U.S. soil violating U.S. laws. Under these circumstances the immigrants' native country would be responsible to see that their citizens received proper due process and are provided counsel. The United States is not obligated to provide counsel for immigrants who do not have U.S. Constitutional rights or U.S. Civil Rights.

**Birthright Citizenship in the United States from Wikipedia**

"Birthright citizenship in the United States is acquired by virtue of the circumstance of birth. It contrasts with citizenship acquired in other ways, for example by naturalization. Birthright citizenship may be conferred by jus soli or jus sanguinis. Under United States law, U.S. citizenship is automatically granted to any person born within and subject to the **jurisdiction** of United States."

United States Federal law (8 U.S.C. § 1401) defines who is a United States citizen from birth. The following are among those listed there as persons who shall be nationals and citizens of the United States at birth;

- "a person born in the United States, and subject to the **jurisdiction** thereof" or
- "a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe" (see Indian Citizenship Act of 1924).
- "a person of unknown parentage found in the United States while under the age of five years, until shown, prior to his attaining the age of 21 years, not to have been born in the United States.
- "a person born in an outlying possession of the United States of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year at any time prior to the birth of such person.

Note the U.S. Congress giving naturalizations rights to children 5 years of age or younger of unknown parentage indicates U.S. Congress was likely aware that the British and Germans used children as young as eight years of age as soldiers, porters, spies, couriers, and human shields. With the illegal mind control system children over 6 can easily be

32

controlled and be very useful to the military. The U.S. Congress was also likely aware that the Fifth Column had taken over many of the undeveloped countries in Mexico, Central America, South America, etc. For these reasons it is an extreme national security risk to grant refugee status, trafficking victim status, or asylum status to adults and to children entering the country alone from undeveloped countries since 1924.

The key word that requires investigation for every individual born in the United States to two undocumented or documented immigrants is often the word ''**jurisdiction**''. The United States' **jurisdiction** over a child born to immigrant parents  residing inside the United States not having legal U.S. Citizen status is limited by the **jurisdiction** of the foreign country of their parents. United States must examine the  constitution and laws of their parents' native country to understand their nations law granting birthright citizenship to the children of their citizens born aboard.

A country's labor force is a vital capital asset of all countries. Most countries have established constitutions and naturalization laws governing the country's jurisdiction over their citizens when residing inside a foreign country, legally and illegally.  The United States Congress under the U.S. Constitution was given the power over commerce with foreign nations, not the U.S. President. Therefore, the U.S. Congress establishes treaties and agreements with each country to establish guidelines to enter the U.S. for employment with guidelines to grant citizenship from the United States. For this reason, it is reasonable to assume that the U.S. Congress assumes all countries claim **jurisdiction** over their citizens and the minors of their citizens with details as to how they can leave their country and enter another country for employment and tax collection including detail guidelines on how their country approves a transfer of citizenship to the United States.

Having examined the Constitutions and naturalization laws of Mexico, Canada, Cuba, Puerto Rico, Honduras, Guatemala, India, Haiti, Republic of Korea, China, and Japan I can safely say that all these countries grant birthright citizenship to their citizens' children born aboard. The only one that appears to limit it to the first generation when the citizen never returns from living aboard is Canada. So, it is highly likely that all second, third, and fourth generation immigrant children born to citizens of the above countries while remaining inside the United States are also given birthright citizenship from their ancestors' foreign country. The United States not having **jurisdiction** over the citizens of Mexico, Canada, Cuba, Puerto Rico, Honduras, Guatemala, India, Haiti, Republic of Korea, China, and Japan does not grant birthright citizenship to the immigrant children born inside the United States according to U.S. Naturalization laws.

Another argument that needs to be considered is the status of the unborn child at the time the fetus is viable which usually is around 28 weeks of gestation. Immigrant parents of the unborn child do not have U.S. Citizenship. The undocumented immigrant parents are in violation of the U.S. Immigration Laws entering without inspection, overstaying the lawful admission period, or breaching the terms and conditions of non-immigrant status. As a fetus, the unborn child deemed a person at 28 weeks of gestation would also be considered to not have legal residency like the immigrant mother which is required for legal entry into the United States.  The undocumented and documented immigrant mother is a citizen of a foreign country who has **jurisdiction** over the immigrant mother leading to conclude the mother's native country has **jurisdiction** over the unborn fetus deemed a person at 28 weeks of gestation. It is blatantly obvious that the pregnant immigrant mother could not be the possession of a foreign country without deeming the fetus to also be the possession of a foreign country since they cannot be physically separated. The undocumented mother

34

with her fetus is in violation of the Alien Registration Act of 1940 required to have registered with the INS and receive an Alien Registration Number. The documented immigrant parents are required to register their child with the INS to receive an Alien Registration Number for the child. The immigrant parents not being U.S. Citizens and the child not being a U.S. Citizen are not entitled to a social security number, to register in free public schools, to receive Medicaid, to receive Welfare,  to receive U.S. Housing,  to receive FEMA funds, not entitled to vote, not entitled to bear arms, not entitled to equal protection under the law, not entitled to protest by assemble or in court against the Federal, State, or Local governments, etc. The immigrant parents and immigrant child born inside the U.S do not have U.S. Constitutional rights or U.S. Civil Rights. Upon application for U.S. Citizenship they are required to reveal the illegal use of a social security number, and the receiving of any U.S. or state benefits which would be considered a violation of U.S. laws in particular the Alien Registration Act of 1940 and McCarran-Walters Act of 1952 that would deny them rights to U.S. citizenship requiring deportation. Due to chain migration it would also involve addressing the similar violations of U.S. law by the immigrants' relatives living inside the United States. The entire chain migration of the immigrant would be considered assembling together with all using stolen social security numbers and stealing U.S. benefits to aid the Federal Reserve Shareholders in controlling the U.S. Citizens and U.S. government.

One also can argue the undocumented and documented immigrant parents are deportable in violation of the Sedition Act of 1918, Alien Registration Act of 1940, and the McCarran-Walters Act of 1952 having used printed fraudulent documents acquired illegally under the authority of the Federal Reserve Shareholders to obtain illegal employment and/or illegal benefits such as education, welfare, Medicare, housing funds, etc. with participating in subversive activities to overthrow the legitimate United States Government. Furthermore,

the child at the time of birth and thereafter benefiting from the subversive activities of the immigrant parents are also in violation of the McCarran Walters Act of 1952, Sedition Act of 1918, and Alien Registration Act of 1940 and must also be detained and deported.


Under the U.S. Constitution Article 1 legislature Section 8 - The U.S. Congress regulates all commerce with the states and foreign nations and establish a uniform rule on naturalization. A nation's labor force is a very import capital asset. The U.S. Congress cannot give refugee status to huge numbers of citizens from a foreign nation without establishing an agreement with the foreign nation. To allow mass numbers of citizens from a foreign nation to flee to another nation is equated to stealing the capital assets of a foreign nation without permission. Since labor is a vital part of commerce of foreign nations the U.S. Congress is responsible for establishing treaties and agreements with foreign countries linked to their labor force which is a capital asset. All acts passed aiding refugees, asylum seekers, trafficking victims, and minors are unconstitutional since these citizens of a foreign nation did not receive legal permission to leave their country and legal permission to enter the United States. Only the governed in the United States which are the U.S. Citizens have constitutional rights and the right to benefits provided from the funds of the governed. Immigrants, legal and illegal have no right to U.S. benefits because they are not U.S. Citizens. Authorized employment for immigrants inside the United States does not entitle immigrants to U.S. and State benefits which are public education, U.S. college financial aid, welfare, Medicare, Medicaid, FEMA funds, housing funds, etc. The fact that immigrants, legal and illegal have been paying into the U.S. social security system does not discount their subversive activities of using a stolen social security number belonging to a U.S. Citizen. Immigrants and fraudulent U.S. Citizens using a stolen social security number in fact do not likely pay one dime into the social security system. Instead their payroll deductions are passed directly to the Federal Reserve Shareholders espionage slush

funds since an immigrant has no leverage when using a stolen social security number. Many of the legal immigrants have worked directly in the illegal underground operations or indirectly with the illegal underground operations attacking U.S. Citizens physically or financially. This explains why immigrants and immigrant children have been illegally allowed to enter U.S. public schools and illegally receive U.S. college financial aid. One must be in possession of a valid social security number to apply for U.S. college financial aid. Only a legal U.S. citizen has a valid social security number. Majority of the university and college mind control operators are immigrant professors, immigrant staff, and immigrant students falsely documented who have a stolen social security number and have stolen U.S. education funds.

Foreign doctors were brought into the U.S. to work directly with the mind control system intentionally misdiagnosing diseases for the financial benefit of the Federal Reserve Shareholders which is discussed in greater detail in FISC case 18-3701 and 18-3462 being presented as Exhibit 8 & 9 in this case. Many if not most of the  non-citizens or fraudulent U.S. citizen candidates have worked directly in or worked indirectly with the illegal college mind control systems. As a candidate for office the individual is required to know and understand the U.S. Constitution. It is for these reasons knowing they have the protection of the illegal mind control·operators as a non-citizen or fraudulent documented citizen candidate and later as an elected official, they feel assure their violations of U.S. Law, will continue to go unaddressed in a court of law inside the United States. What immigrants do not understand is these violations of U.S. Law fall under the Espionage Act and  Patriot Act that does not set a time limit for the filing of civil and criminal charges against them and their protectors.

The **Alien Registration Act of 1940** specifically addresses subversive activities of immigrants and expanded the grounds for deporting aliens to include weapons violations, drug violations adding heroin, and abetting illegal immigration.   Title 1 of the Alien Registration Act described subversive activities as anyone who:

…with intent to cause the overthrow of destruction of any such government, prints, publishes, edits, issues, circulates, sell, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force, violence, or attempts to do so; or …. Organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly persons, knowing the purposes thereof.

Alien Registration required:

1.  The date and place of entry of the alien into the United States.
2.  Activities in which he has been and intends to be engaged.
3.  The length of time he expects to remain in the United States.
4.  The criminal record, if any, of such alien.
5.  Such additional matters as may be prescribed by the Commissioner of Immigration and Naturalization.

Guardians had to register minors, who had to register in person and be fingerprinted within 30 days of their 14th birthday.

Aliens were to notify the government if their residence changed and confirm their residence every 3 months.

The Alien Registration Act of 1940 was one of the many laws passed due to fear of the success of the fifth columns in less fortunate countries. Surely the immigrants using

fraudulent social security numbers know their sources used to acquire the stolen social security cards and know with certainty they will pass inspection when presented because their social security number is a legitimate social security number belonging to a real authentic U.S. citizen. Because the hash function for the immigrant using a stolen social security number includes their name and birthdate instead of the U.S. Citizens who has legal ownership of the social security number the social security number Hash function of the immigrant entered into any computer system will be unable to expose the immigrant's stolen social security number. The possession of a social security number prior to U.S. Citizenship is sufficient enough to be able to identify a social security number as stolen.

Is not illegally obtaining a social security number to obtain U.S. and State Benefits, to vote, and to obtain university or college financial aid to work in or with the illegal college mind control systems consider the assembling together with a mass group of foreign influence to control the U.S. Citizens and U.S. Government for the benefit of the Federal Reserve Shareholders?  Is not using a stolen social security number to acquire a job with law enforcement where one is required to bear arms an assembling  together with other non-citizens illegally employed in Federal, State, and Local law enforcement to aid to control the U.S. Citizens and U.S. Government for the benefit of the Federal Reserve Shareholders.

The children of immigrants who have been fooled to think they have U.S. birthright citizenship still voted with the primary purpose of continuing to aid and support illegal immigrants. These adult children of illegal immigrants are fully aware their parents and relatives have no legal right to be in the United States stealing U.S. jobs and U.S. benefits. These non-citizens born in the United States thinking they have birthright

citizenship continue to aid to hide their parents' illegal presence from the U.S. government which is violation of the Alien Registration Act of 1940 and McCarran-Walters Act of 1952.

The U.S. Constitution is clear in reference to the U.S. Government's authority over the States. The States are under the authority of the U.S. Government and the U.S. Citizens. All State and Local officials are required to pledge an oath to uphold the U.S. Constitution. No State Legislature can pass laws that are in violation of the U.S. Constitution. All candidates for office must be U.S. Citizens. The States cannot administer U.S. benefits to immigrants. The States cannot allow immigrants who are not citizens to vote.

Sections from the U.S. Constitution directly addressing the U.S Federal Government authority over the States:

**Article 1 Section 9  Clause 1**

"Migration or Importation of such person as any of the States now existing shall think proper to admit,"

**Article 1 Section 10**

"No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Control of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay."

**Article IV Section 1**

"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof."

**Article IV Section 2**

"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such

Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due."

## Article IV Section 3

"New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

## Article IV Section 4

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

Most of the above sections of the constitution are self-explanatory indicated by Alexander Hamilton in Federalist Papers Article #44 - Restrictions on the Authority of the Several States.

## Exhibit 5– Federalist Papers Article 44 - Restrictions on the Authority of the Several States.

The area that needs much more explanation is the meaning of a **Republican Form of Government** which is described in great details in following Federalist Papers Article 39.

.

## Exhibit 6 - Federalist Papers Article #39  The Conformity of the Plan to Republican Principles.

Quote "If we resort for a criterion to the different principles on which different forms of government are established, we may define a republic to be, or at least may bestow that name on, a government which derives all its powers directly or indirectly from the great body of the people, and is administered by persons holding their offices during pleasure, for a limited period, or during good behavior. It is essential to such a government that it be derived from the great body of the society, not from an inconsiderable proportion, or a favored class of it; otherwise a handful of tyrannical nobles, exercising their oppressions by a delegation of their powers, might aspire to the rank of republicans, and claim for their government the honorable title of republic. It is sufficient for such a government that the persons administering it be appointed, either directly or indirectly, by the people; and that they hold their appointments by either of the tenures just specified; otherwise every government in the United States, as well as every other popular government that has been or can be well organized or well executed, would be degraded from the republican character. According to the constitution of every State in the Union, some or other of the officers of government are appointed indirectly only by the people. According to most of them, the chief magistrate himself is so appointed. And according to one, this mode of appointment is extended to one of the co-ordinate branches of the legislature. According to all the constitutions, also, the tenure of the highest offices is extended to a definite period, and in many instances, both within the legislative and executive departments, to a period of years. According to the provisions of most of the constitutions, again, as well as

according to the most respectable and received opinions on the subject, the members of the judiciary department are to retain their offices by the firm tenure of good behavior."

The representatives in Federal and State Legislatures can only be elected by the U.S. Citizens. Each candidate is required to be a legal U.S. Citizen not using a stolen social security number naturalized under the U.S. Naturalization Laws properly without concealing any violations of U.S. Laws. Vetting of immigrants who have applied for citizenship is done by an INS agent. There is no excuse for an INS agent, State Legislature and U.S. Legislature in the district not to be able to discern if an immigrant had stolen U.S. benefits and had been possessing a social security number prior to U.S. citizenship being acquired.

The States with the U.S. Congress are responsible for administering all government elections. The States with the U.S. Congress not establishing the proper internal and external controls to prevent non-citizens and  fraudulently documented citizens from running for office and from voting is a violation of the U.S. Constitution Article IV Section 4: "The United States shall guarantee to every State in this Union a **Republican Form of Government**, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

The State and U.S. Legislatures are responsible to verify that all of their members  are legal U.S. Citizens not using a stolen social security number naturalized under the U.S. Naturalization Laws properly without concealing any violations of U.S. Laws. At present there are more than 50 members in Congress whose citizenship should be questioned with inspecting their stolen social security number for theft.

Many of the individuals listed as defendants currently hold or held Federal, State, or Local office. There U.S. Citizenship and social security number needs to be vetted manually. Most are from the State of Texas whose citizenship and social security number are in question. All are guilty of not addressing the invasion by foreign influence in the State of Texas with knowing that many non-citizens voted all throughout the State of Texas in the Nov. 2018 elections. The leadership of the U.S. Congress in 2018 are guilty for not addressing the numerous members in the U.S. Congress who are using stolen social security numbers and are questionable U.S. Citizens.

The domestic violence all throughout America today is the result of the States being invaded by foreign influence for the last 50 years with many non- U.S. Citizens employed as federal, state and local law enforcement officers. Many are even head of law enforcement departments. There is no excuse for the U.S. Congress and State Legislatures not to know this. The U.S. Congress is in violation of the constitution when they do not require a census able to determine who is a citizen and a non-citizen to properly assigned the correct numbers of electors to each State to represent the U.S. Citizens in every state during the voting process. Most of the States near the border, with large coastlines like Florida, or a frequent used international airport like New York have been assigned too many electors due to massive numbers of non-citizens falsely being claim as citizens listed on the voter registration logs. This fraud denies the entire country their guarantee Republic Form of Government continuing to allow foreign interference. What the Mueller Investigation is implying is foolish and subversive and being done just to threaten President Donald Trump for the Federal Reserve Shareholders clearly a Hobbs Act violation by Robert Mueller former head of the FBI from 2001-2013. The framing of Supreme Court Justice nominee Brett Kavanaugh by Democratic Senator Diane Feinstein and the Democratic leaders Senator Schumer and House Representative is clearly a Hobbs Act violation.

The violation of the Alien Registration Act allowing immigrants to assemble in mass groups to protest against the Federal, State, and Local Governments to intimidate U.S. Citizens is continually not addressed by the U. S. Congress with the authority from the U.S. Constitution to send out the militia to arrest the immigrants for deportation. This intimidation by immigrants all throughout the country that have the protection of the illegal mind control system and the cartel affects the outcome of all elections for the benefits of the democratic party and the Federal Reserve Shareholders. This intimidation by immigrants not addressed throughout the country gives more reason for non-citizens to vote knowing the Federal and State governments are too afraid of their illegal mind control support and the mass numbers of cartel members living in all major U.S. cities.  All U.S. Citizen law enforcement know the cartel with the illegal mind control system operators are responsible for the mass shooting and the shooting of law enforcement officers throughout the country. Removing the mass numbers of foreign influence from within the United States cities in violation of U.S. law is the only way to stop all the violence inside the United States. The simplest way to identify mass numbers of immigrants in violation of U.S. law is a manual U.S. citizenship and social security number audit of all registered voters not just the ones that voted.


This is no excuse for the U.S. Congress not to know which States and which cities have been invaded by immigrants and cartel members when no U.S. Citizen other than myself feels secure enough to file a federal suit properly  in any of the 50 States to address all the voter fraud by immigrants and U.S. Citizens using stolen social security numbers. Even members of the federal, state, and local law enforcement fear the current massive foreign influence throughout the United States.

Living in Harris County and speaking to the U.S. Citizens very active in the 2018 election process the following concerns have been noticed and voiced:

1. The continuous hacking of the voting machines not being addressed.
2. The removal of all the republican judges due to mass voting by non-citizens and hacking of the voting machines.
3. The violations of law by democratic candidates promoting protection and citizenship to all immigrants residing inside the United States. Most notably by Lizzie Fletcher a license attorney and Beto O'Rourke a Texas State Representative.
4. A 27- year old Columbian Citizen Lina Hidalgo just out of law school in 2017 having been illegal registered by her father Jorge Luis Hidalgo in Texas public schools and then as an adult using a stolen social security number as an immigrant to illegally receive  U.S. College financial aid to attend Stanford University as an immigrant now the Chief Operating Officer for Harris County, Texas. Illegally receiving U.S. scholarships or grants gives an extremely high probability that Lina Hidalgo like Xavier Becerra worked in Stanford University illegally mind control system. Then Lina Hidalgo obviously concealing these facts during U.S. Citizenship application acquired U.S. Citizenship before proceeding on to Harvard Law School and New York University Law School. Lina Hidalgo once again receiving U.S. college funds worked on research projects which indicates she likely working in the illegal mind control systems of Harvard University and NYU located in Manhattan, NY. Columbian Lina Hidalgo at age 27 years of age with no law experience is now the Chief Executive Officer for Harris County over all Emergency Operations with Hispanic Harris County Sheriff Edward Gonzales and Hispanic Houston Police Chief Art Acevedo. Similar fraud is likely for Xavier Becerra except he is likely falsely claiming U.S. Birthright citizenship. Xavier Becerra just 2 years out of

Stanford Law School became the Deputy Attorney General for California, then a member of the U.S. House of Representatives for California for 20 years. Now as Attorney General for the State of California leads the California's legal opposition to the Trump Administration ending the DACA provisions which is a violation of the Alien Registration Act of 1940 and McCarran-Walters Act of 1952. California Attorney General Xavier Becerra also leads  California's legal support of California's Unconstitutional Sanctuary Laws. Surely Xavier Becerra is confident he can win California's Sanctuary case knowing  the  illegal mind control system will forge the federal judges' orders and control U.S. Assistant Attorney General filings and motions in favor of the immigrants denying the U.S. Citizens and U.S. Government due process and right to counsel. Only aspect that Xavier Becerra did not predict was my right to intervene on all immigration cases addressing the obvious forgeries and requesting transfer of the cases to the FISC under Intelligence Judge Martin Feldman. By email Vicki McLean intervened on 3 major immigration cases notifying the Judge and attorneys for the plaintiffs and defendants.

Judge Andrew Hanen Texas, ET AL DACA Case 1:18-CV-68

Judge John Mendez California Sanctuary Case 2:18-CV-00490

Judge Jesse Furman Census Citizenship Case 1:18-CV-02921

5. The Houston Police Chief Art Acevedo, a Mexican Citizen that is also a questionable U.S. Citizen likely using a stolen social security boldly making it known to the U.S. Citizens in Houston he is in favor of taking the U.S. Citizens guns. The Houston Police Department has mass numbers of Latino officers  likely non-U.S. citizens using a stolen social security number.

6. Then Harris County .Sheriff Edward Gonzales, a Mexican citizen that is also a questionable U.S. Citizen likely using a stolen social security number also having

mass numbers of Latino officers likely non-U.S. Citizens using a stolen social security number.

7. Elaine Chao U.S. Secretary of Transportation, a Chinese Citizen with questionable U.S. Citizenship over Air traffic and U.S. Ports. Elaine Chao is married to the Senate majority leader Republican Mitch McConnell. The Senate violated the U.S. Constitution in 2001 and 2017 when they approved Elaine Chao for U.S. Secretary of Labor and U.S. Secretary of Transportation. Senator Mitch McConnell a member of the legislature branch with Elaine Chao Secretary of Transportation a member of the Executive branch having a conflict of interest as a wife violating the U.S. Constitution requiring a separation of powers.

8. Then the Democratic Party increasing their presence in the Texas Legislature and U.S. Congress adding more members that have questionable U.S. Citizenship likely using a stolen social security number never addressing the mass number of illegal immigrants throughout the State of Texas. The Democratic Party's protection is derived from the immigrants working in and with the illegal University mind control systems. Newly elected Democratic U.S. Representatives whose citizenship needs to be questioned that gave control of the U.S. House of Representatives to the Democratic Party are:

     NY U.S. House of Representative Alexander Cortez

     Michigan U.S. House of Representative Rashida Tlaib

     Minnesota U.S. House of Representative Ihan Omar

     Texas U.S. House of Representative Sri Preston Kulharni

9. Houston Democrat Mayor Sylvester Turner boldly proclaims protections for immigrants in Houston making it obvious that Houston is an illegal sanctuary city.

10. Former Dallas Sheriff and former DHS Agent, Lupe Valdez another questionable U.S. citizen being brought into the U.S. as an immigrant child likely using a stolen social security number that was a candidate for Texas Governor. My identifying

Lupe Valdez fraudulent citizenship is what likely stopped her from being elected indicating the hacking of the voting machines needed to stop her from being elected.

11. Beto O'Rourke huge election funding and obvious support by the illegal college mind control systems gives great indications that hacking arranged for Ted Cruz to win. My giving Ted Cruz leverage against the Federal Reserve Shareholders and the Democrats by meeting with his staff in Houston and providing the details for the Democrats' framing of Federal Judge Brett Kavanaugh with explaining I had sued Ted Cruz's wife boss Goldman Sachs being one of the Federal Reserve Shareholders for the U.S. Citizens back till 1913.

Argument requiring the U.S. Congress to consult the Supreme Court on all bills, acts, treaties, and agreements before passage.

The Federalist Papers Article #81 by Alexander Hamilton is clear on this point when he stated "The arguments, or rather suggestions, upon which this charge is founded, are to this effect: ``The authority of the proposed Supreme Court of the United States, which is to be a separate and independent body, will be superior to that of the legislature. The power of construing the laws according to the spirit of the Constitution, will enable that court to mould them into whatever shape it may think proper; especially as its decisions will not be in any manner subject to the revision or correction of the legislative body."

The word mould is defined as to influence the development and formation of.

The U.S. legislature candidates has very limited requirements. They are not even required to have a college degree or take a course on the U.S. Constitution. The legislature is unqualified to be able to access that their bills are 100% in agreement with the U.S. Constitution. Only the Supreme Court has the qualification to be able to determine that all

bills, acts, treaties and agreements being proposed for voting are not in violation of the U.S. Constitution and the U.S. Laws already passed that were also required to be mould by the U.S. Supreme Court. Likely Supreme Court Justice John Jay constantly witnessing this violation of the U.S. Constitution by the U.S. Congress is what caused him to resign only after 6 years till June 29, 1795 at age 49 and then become Governor of New York on July 1, 1795 till July 1, 1801.

It is reasonable to conclude that all legislature bills, act, treaties and agreements are mould by the Federal Reserve Shareholders illegal university mind control operators and not allowed to be mould by the Supreme Court as required being subversive activity allowed by the U.S. Congress since 1913 and before.

**Exhibit 7** -  Federalist Papers Article 81 by Alexander Hamilton titled The Judiciary Continued, and the Distribution of the Judicial Authority

In the current FISC cases under Intelligence Judge Martin Feldman numerous secret submerged submarine bases along the coastline were revealed similar to the well-known submerged submarine base at Point Dume in Malibu, CA. During an invasion by foreign influence it is strategic to control every U.S. Port, U.S. inlet, and U.S. River that has access to the oceans. Florida and California have extensive coastlines with numerous secret submerged submarine bases under the authority of the Federal Reserve Shareholders. New York has a vital port and airport for international trade and travel. Arizona houses the huge boneyard for military and NASA planes known as the Davis-Monthan Air Force Base strategically located near the Mexico border in Tucson, Arizona for the benefit of the Federal Reserve Shareholders. The States of Virginia and Maryland surround the United States Capital besides being the headquarters for many U.S. agencies. Many of the non-citizens and citizens using stolen social security numbers employed by the Federal

Government able to take over the government operations for the Federal Reserve Shareholders live in Virginia and Maryland near Washington, D.C. All the States near the Mexico border  already invaded by foreign influence poise a greater national security risk due to the Federal Reserve Shareholders ability to orchestrate immigrant caravans.

**Additional arguments provided in the following Exhibits**

**Exhibit 8 –** Foreign Intelligence Surveillance Case 18-3462 – USA, Vicki Fanning McLean, ET AL  VS  Federal Reserve System, ET Al assigned to Federal Judge Martin Feldman filed April 2, 2018.

**Exhibit 9 –** Foreign Intelligence Surveillance Case 18-3701 – USA, Vicki Fanning McLean, ET AL VS  United Nations, ET AL assigned to Federal Judge Martin filed April 9, 2018 Feldman filed April 9, 2018.


Additional arguments explaining more details of how the Texas Education Agency and Texas Department of Public Safety did not properly vet their applicants for U.S. Citizenship and for  possession of a stolen social security number is provided by adding Exhibits 10 & 11 the U.S. Department of Education Office of Inspector General fraud complaints against 6 Texas Independent School Districts and 33 Top Universities in Sept. and Oct. of 2018 filed by Vicki McLean. No contact has been made with Vicki McLean by the Office of Inspector General to verify they received the complaints and are able to act or not act on them.

**Exhibit 10 –** U.S. Dept. of Education Office of Inspector General Fraud Complaints against 6 Texas Independent School Districts Dated Sept. 20, 2018 addressing massive fraud not properly vetting students registered and their parents for authentic U.S. Citizenship and not properly vetting their social security numbers for theft.

**Exhibit 11** – U.S. Dept. of Education Office of Inspector General Fraud Complaints against 33 Universities Dated Oct. 14, 2018 addressing massive fraud not properly vetting students applying for U.S. Financial Aid and their staff for authentic U.S. Citizenship and not properly vetting their social security numbers for theft.


Retaliations against Vicki McLean by the Lone Star College mind control systems using the Texas Department of Public Safety is revealed by adding Vicki McLean's report of the situation sent certified mail to Texas Department of Public Safety Director Stephen McGraw in Oct. 2018.

**Exhibit 12** – Report to Texas Department of Public Safety Director Steven McGraw and Texas Department of Public Safety Commission Chairman Steven Mack dated Oct. 7, 2018 addressing the hacking of Vicki McLean Texas Driving Records removing the intentional ramming of her 2012 GMC Sierra at Point Dume, **Malibu** at the entry to the **Paradise Cove and Beach RV Resort** on Aug. 20, 2017 in an attempt to gain possession of the 2012 GMC Sierra listed as important evidence in case 17-9425 against Area 51 due to continuous hacking of the GMC Sierra Computer and monitoring 24/7 by satellites possibly connected to the ground command center for the HAARP weather modification weapon under the Norway Claim in Antarctica. Possible goal of the retaliation by Federal Reserve Shareholder using the Texas DPS is to strip Vicki McLean of her driver license in hopes of gaining possession of the 2012 GMC Sierra and/or to use the medical industry again to do physical harm to Vicki McLean as in 2008 while Federal Judge Porteous was being impeached illegally committing her to a psychiatric unit to aid in dismissing the active FISC cases against the Federal Reserve Shareholders.

Additional evidence provided including Vicki McLean's IRS retaliation for the benefit of the Federal Reserve Shareholders to sway Vicki McLean to amend her 2017 tax return to remove the deductions taken for the FISC cases that were identified as FISC cases.

**Exhibit 13** – Report sent to the IRS Dated June 9, 2018 addressing Frivolous Return Program – Stop 4450 assessing a $5,000 penalty if Vicki McLean refused to amend her 2017 return and remove her deductions identified as cost of FISC cases.

**Exhibit 14** – Email to Harris County Judge Lina Hidalgo the Chief Executive Officer of Harris County dated Nov. 16, 2018  which was also sent to numerous Attorneys for the Department of Justice and Attorneys in Texas Attorney General Office addressing her violations of law concealed during her application for U.S. Citizenship in 2015.

**Exhibit 15** – Email to Federal Judge Andrew Hanen dated Aug. 15, 2018 assigned to Texas DACA Cases 1:18-cv-68 and 15-674 addressing the obvious forgery of the cases and informing Judge Hanen and the attorneys for the State of Texas, ET AL and attorneys for the U.S. Department of Justice why the case qualifies for transfer to the FISC under Intelligence Judge Martin Feldman.

**Exhibit 16** – Email to Federal Judge John Mendez dated Aug. 21, 2018 assigned to California Sanctuary Law Case 2:18-CV-00490 addressing the obvious forgery of the cases and informing  Judge Mendez and attorneys for the State of California and attorneys for the U.S. Department of Justice why the case qualifies for transfer to the FISC under Intelligence Judge Martin Feldman.

**Exhibit 17** – Email to Federal Judge Jesse Furman dated Oct. 30, 2018 assigned to New York, ET AL Census Citizenship Challenge 1:18-CV-02921 addressing the obvious forgery of the cases and informing Judge Furman and attorneys for the State of New York, ET AL and attorneys for the U.S. Department of Justice why the case qualifies for transfer to the FISC under Intelligence Judge Martin Feldman.

**Exhibit 18 -** Evidence was provided to Senate Judiciary Committee to address the motive for the Federal Reserve Shareholders using Palo Alto University Agent Professor Ford and the Democrats on the Senate Judiciary Committee to frame Supreme Court Justice Brett Kavanaugh which was to threaten all judges not to give testimony against the University Law Schools for the forging of judges' orders over the last 50-70 years.

**Exhibit 19 –** Case prepared but not filed against the Country of Mexico to justify why the U.S. should close the United States-Mexico Border, Sanction Mexico, and then declare war on Mexico enabling the deportation of all Mexican Citizens (likely using stolen social security numbers) regardless of being naturalized in the United States.

**Exhibit 20 -** A report provided to the Senate Judiciary Committee addressing the hacking of the voting machines in the Nov. 2016 election.

**Exhibit 21 – Article "**Immigrants or Children of Immigrants make up at least 12% of Congress"- article by Pew Research Center provides a complete list from the 2018 congress. All listed by this article U.S. Citizenship and Social Security number should be vetted manually to comply with the U.S. Constitution guaranteeing a Republican Form of Government.

## CONCLUSION

The defendants required to uphold the U.S. Constitution intentionally lured millions of non-citizens and falsely documented citizens to illegally vote for the Democratic candidates denying the U.S. Citizens a republican form of government guarantee under the U.S. Constitution. The defendants allowed and promoted non-citizens and falsely documented citizens to be candidates for Federal and State positions who are required to be U.S. Citizens, not falsely documented. The defendants given the authority under the U.S. Constitution yearly did not address the invasion of the States by illegal and legal

immigrants falsely documented who have stolen social security numbers, stolen U.S. jobs, and stolen U.S. benefits who continually assembly together to intimidate the U.S. Citizens and protest against Federal, State, and local governments. The defendants given the authority under the U.S. Constitution and State Constitutions did not addressed the fraudulent citizenship applications of mass numbers of immigrants each year that were using a stolen social security number, had stolen U.S. and State benefits, and had worked in underground espionage activities. The defendants did not address the mass numbers of immigrants stealing U.S. College financial aid with working with immigrant professors using stolen social security. numbers in the illegal University and College mind control systems in violation of the International In Traffic In Arms Regulation and the Patriot Act. The defendants given the authority under the U.S. Constitution continue not to enlist the militia to remove the mass numbers of illegal and legal immigrants participating in subversive activities in the major cities denying the U.S. Citizens their right to domestic tranquility. The defendants given the authority under the U.S. Constitution continued not to secure the United States/Mexico border. The defendants under the U.S. Constitution continue not to the aid the U.S. President to deny immigrants to illegal use the U.S. Courts to file asylum claims with stealing U.S. benefits not allowed under the U.S. Constitution. The defendants under their oath of office to uphold the U.S. Constitution continue to allow refugees into the country entering illegally and allowed immigrants to steal U.S. and State benefits not allowed under .the U.S. Constitution. The defendants together are clearly in violation of the Patriot Act and the Alien Registration Act participating in continual subversive activities forming a confederation with immigrants to aid the Federal Reserve Shareholders to continue to control the U.S. Government and U.S. Citizens. The defendants responsible to maintain the U.S. accounting records free of fraud for the U.S. Citizens established numerous unconstitutional independent agencies and limited their ability to audit the massive yearly theft by the Federal Reserve Shareholders. The defendants given the authority with knowing millions of immigrants illegally and legally living inside the

U.S major cities had assembled together to intimidate the U.S. Citizens with committing daily terrorist acts refused to send out the militia, close the U.S.- Mexico border, sanction Mexico, Honduras, Guatemala, etc. with the intent to declare war if necessary and remove all Mexican Citizens, Honduran Citizens, Guatemala Citizens, India Citizens, etc. and U.S. citizens falsely documented from the United States to restore domestic tranquility for the U.S. Citizens.

## GUIDANCE FROM THE GOD OF TORAH

**Psalms 119:106**

**I have taken an oath and confirmed it. That I will follow your righteous laws.**

**Deuteronomy 1:21**

**See, the Lord your God had given you the land. Go up and take possession of it as the Lord, the God of your fathers, told you. Do not be afraid; do not be discouraged.**

Respectfully submitted,

**Vicki Fanning McLean, Pro Se**

Vickimclean54@yahoo.com

**7203 Oakwood Glen Blvd. #804**

**Spring, Texas 77379**

**832-610-1059**

UNITED STATES DISTRICT COURT

OF THE WESTERN DISTRICT OF TEXAS

CIVIL ACTION CASE NO. _____

## **CERTIFICATE OF SERVICE**

I, Vicki Fanning McLean, a plaintiff and Pro Se filer for

Vicki Fanning McLean, ET AL EX REL United States of America

VS

State of Texas Secretary of State Elections Division ET AL

will hand deliver this case with exhibits filed for the United States of America

to the U.S. Attorney Office for the Western District of Texas to

U.S. Attorney John Bash at 816 Congress Ave, Suite 1000, Austin, TX 78701

To be delivered to the Acting U.S. Attorney General Matthew Whitaker.

Respectfully submitted,

*Vicki Fanning McLean*

Vicki Fanning McLean, Pro Se

Vickimclean54@yahoo.com

7203 Oakwood Glen Blvd #804

Spring, Texas 77379

(832) 610-1059

(

58