# Exhibit 7

**U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS State of Texas, Secretary of State Elections Division, ET AL A18-CV1021RP filed June 25, 2019 Motion to leave to file motion to vacate order and judgement filed June 18, 2019 due to forgery**

UNITED STATES DISTRICT COURT

OF THE WESTERN DISTRICT OF TEXAS

FILED

19 JUN 25  AM 9: 57

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| VICKI FANNING MCLEAN | CIVIL ACTION: A18-1021-RP |
| ESTATE OF JAMES T. MCLEAN, JR. | Judge Robert Pitman |
| ESTATE OF LOUIS A. FANNING, SR. | PATRIOT ACT OF 2001 |
| EX REL UNITED STATES AMERICA | ALIEN REGISTRATIN ACT OF 1940 |
| PLAINTIFFS 1952 | MCCARREN-WALTERS ACT OF |
| | IMMIGRATION & NATURALIZATION ACT OF 1924 |
| VS | RACKTEER INFLUENCED & CORRUPT ORGANIZATIONS ACT OF 1970 |
| STATE OF TEXAS SECRETARY OF STATE ELECTIONS DIVISION | |
| UNITED STATES CONGRESS 1913 TO PRESENT | BANK SECRECY ACT OF 1970 |
| DEMOCRATIC NATIONAL COMMITTEE | CIVIL RIGHTS ACT OF 1964 |
| STATE OF TEXAS LEGISLATURE | ILLEGAL IMMIGRATION REFORM & IMMIGRANT RESPONSIBILITY ACT OF 1996 |
| STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY | ESPIONAGE ACT OF 1917 |
| STATE OF TEXAS EDUCATION | INTERNATIONAL TRAFFIC IN ARMS REGULATION ACT OF 1976 |
| STATE OF TEXAS DEPARTMENT OF HEALTH AND HUMAN SERVICES | |

1

GOVERNOR, OF TEXAS
GREGG ABBOTT

RICK PERRY, FORMER GOVERNOR OF
TEXAS

BOBBY JINDEL, FORMER GOVERNOR
OF LOUISIANA

GEORGE BUSH, JR., FORMER GOVERNOR
OF TEXAS

SUSANA MARTINEZ, GOVERNOR OF
NEW MEXICO

ARNOLD SCHWARZENEGGER, FORMER
GOVERNOR OF CALIFORNIA

STATE OF LOUISIANA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF CALIFORNIA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF FLORIDA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF NEW YORK SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF ARIZONA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF NEW MEXICO SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF VIRGINIA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF MARYLAND SECRETARY OF
STATE ELECTIONS DIVISION

U.S. REPRESENTATIVE NANCY PELOSI
U.S. REPRESENTATIVE PAUL RYAN

U.S. SENATOR MITCH MCCONNELL

U.S. SENATOR CHUCK SCHUMER

U.S. SENATOR DIANE FEINSTEIN

ELAINE CHAO, U.S. SECRETARY OF
TRANSPORTATION

ALEXANDER ACOSTA,
U.S. SECRETARY OF LABOR

NIKKI HALEY, U.S. AMBASSADOR TO THE
UNITED NATIONS

BARACK OBAMA, FORMER U.S. PRESIDENT
DEMOCRAT CAMPAIGN SPOKESMAN

HOUSTON MAYOR SYLVESTOR TURNER

TEXAS U.S. REPRESENTATIVE
LESLIE FLETCHER

TEXAS U.S. REPRESENTATIVE
BETO O'ROURKE

LUPE VALDEZ DEMOCRATIC CANDIDATE,
FORMER DALLAS SHERIFF & DHS AGENT

HARRIS COUNTY JUDGE LINA HIDALGO

HARRIS COUNTY SHERRIF
EDWARD GONZALES

HOUSTON POLICE CHIEF ART ACEVEDO


TEXAS U.S. REPRESENTATIVE
SHELIA JACKSON LEE

TEXAS U.S. REPRESNTATIVE AL GREENE

TEXAS U.S. REPRESENTATIVE
VINCENTE GONZALEZ

TEXAS U.S. REPRESENTATIVE
VERONICA ESCOBAR

TEXAS U.S. REPRESENTATIVE
JOAQUIN CASTRO

TEXAS U.S. REPRESENTATIVE
SLYVIA GARCIA

TEXAS U.S. REPRESENTATIVE
HENRY CUELLAR

TEXAS U.S. REPRESENTATIVE
FILEMON VELA

MINNESOTA U.S. REPRESENTATIVE
ILHAN OMAR

NEW YORK U.S. REPRESENTATIVE
ALEXANDRIA OCASIO-CORTEZ

MICHIGAN U.S. REPRESENTATIVE
RASHIDA TLAIB

TEXAS REPRESENTATIVE
GINA ORTIZ JONES

TEXAS U.S. REPRESENTATIVE SRI
PRESTON KULKARNI

4

XAVIER BECERRA, FORMER
CALIFORNIA U.S. REPRESENTATIVE CURRENT
ATTORNEY GENERAL OF CALIFORNIA

MONTGOMERY COUNTY, TEXAS
DISTRICT ATTORNEY BRETT LIGON

HARRIS COUNTY, TEXAS DISTRICT
ATTORNEY KIM OGG

DEFENDANTS


## MOTION TO LEAVE TO FILE MOTION TO VACATE

## 6/18/2019 ORDER AND JUDGEMENT DUE TO FORGERY


Respectfully submitted,
Pro Se June 25, 2019

_____
Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

CERTIFICATE OF SERVICE
_____DAY OF JUNE 2019
USPS 70180680000102684953

_____
Signature

5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICKI FANNING MCLEAN, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:18-CV-1021-RP |
| | § | |
| STATE OF TEXAS SECRETARY OF | § | |
| STATE ELECTIONS DIVISION, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Vicki Fanning McLean ("McLean") filed her complaint in this case on November 29, 2018. (Dkt. 1). To date, she has taken no subsequent action in this litigation.

McLean is not a prisoner and she is not proceeding *in forma pauperis*. The screening provisions of 28 U.S.C. §§ 1915 and 1915A therefore do not apply. Nevertheless, district courts have the inherent authority to screen a pleading for frivolousness and may dismiss *sua sponte* claims that are "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion" because such claims lack "the "legal plausibility necessary to invoke federal subject matter jurisdiction." *Apple v. Glenn*, 183 F.3d 477, 479–80 (6th Cir. 1999) (per curiam) (citing *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974); *Dilworth v. Dallas Cty. Cmty. Coll. Dist.*, 81 F.3d 616, 617 (5th Cir. 1996)). This inherent power applies even with respect to complaints in which the plaintiff is not a prisoner and has paid a filing fee. *Black v. Hornsby*, No. 5:14-CV-0822, 2014 WL 2535168, at *3 (W.D. La. May 15, 2014), *subsequently aff'd sub nom. Black v. Hathaway*, 616 F. App'x 650 (5th Cir. 2015).

Having reviewed McLean's 59-page complaint (and over 400 pages of exhibits), the Court finds that it is fantastical and completely frivolous. The list of defendants McLean names spans five pages and includes current and former elected representatives of several states. (Dkt. 1, at 1–5). She

purports to bring claims against them under ten federal statutes. (*Id.* at 1). Her claims appear to flow from her allegations that the named defendants have not "address[ed] the invasion of the States by illegal and legal immigrants falsely documented who have stolen social security numbers, stolen U.S. jobs, and stolen U.S. benefits who continually assembly [sic] together to intimidate the U.S. Citizens and protest against Federal, State, and local governments." (*Id.* at 55–56). A small sample of her further allegations are that "immigrants" are engaged in "underground espionage activities"; "immigrant professors" participate in an "illegal University and College mind control system[ ] in violation of the International In Traffic In Arms Regulation and the Patriot Act"; "legal and illegal immigrants" disturb a right to "domestic tranquility" by participating in "subversive activities in the major cities"; immigrants that seek asylum are "stealing U.S. benefits not allowed under the U.S. Constitution"; and "millions of immigrants illegally and legally living inside the U.S. major cities ha[ve] assembled together to intimidate the U.S. Citizens with committing daily terrorist acts." (*Id.* at 56–57). With respect to this last allegation, McClean claims that defendants have failed to appropriately respond by "refus[ing] to send out the militia, close the U.S.-Mexico border, sanction Mexico, Honduras, Guatemala, etc. with the intent to declare war if necessary and remove all Mexican Citizens, Honduran Citizens, Guatemalan Citizens, India Citizens, etc." (*Id.* at 57). McLean also states that her arguments are not based on any "court precedence" "[d]ue to forgery and coercion over the courts for the last 70+ years." (*Id.* at 23).

Because the Court finds that all of McLean's claims are totally frivolous, the Court will invoke its inherent authority to dismiss this action with prejudice. As stated by the Fifth Circuit:

> Federal courts are proper forums for the resolution of serious and substantial federal claims. They are frequently the last, and sometimes the only, resort for those who are oppressed by the denial of the rights given them by the Constitution and laws of the United States. Fulfilling this mission and the other jurisdiction conferred by acts of Congress has imposed on the federal courts a work load that taxes their capacity. Each litigant who improperly seeks federal judicial relief for a petty claim forces other litigants with more serious claims

> to await a day in court. When litigants improperly invoke the aid of a federal court to redress what is patently a trifling claim, the district court should not attempt to ascertain who was right or who was wrong in provoking the quarrel but should dispatch the matter quickly.

*Dilworth*, 81 F.3d at 617 (quoting *Raymon v. Alvord Indep. Sch. Dist.*, 639 F.2d 257, 257 (5th Cir. 1981)).

This reasoning is applicable in cases such as this one.

Accordingly, for the reasons given above, the Court **ORDERS** that McLean's complaint is

**DISMISSED WITH PREJUDICE** as frivolous.

**SIGNED** on June 18, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICKI FANNING MCLEAN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:18-CV-1021-RP |
| | § | |
| STATE OF TEXAS SECRETARY OF | § | |
| STATE ELECTIONS DIVISION, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the court issued an order dismissing all of Plaintiff's claims with prejudice. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 18, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

UNITED STAES DISTRICT COURT

OF WESTERN DISTRICT OF TEXAS


VICKI MCLEAN, ETAL, EX REL USA                CIVIL ACTION

PLAINTIFFS                                            NO.   A18-1021

                                                            ROBERT PITMAN

VERSUS


STATE OF TEXAS SECRETARY OF

STATE ELECTIONS DIVISION, ET AL


## ORDER


Considering the Motion for Leave to file Motion to Vacate Order and Judgement
filed 6/18/2019 due to forgery


IT IS ORDERED that the Motion is Granted

Austin, Texas , this _____ Day of _____, 20_____


_____

U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

OF THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| VICKI FANNING MCLEAN | CIVIL ACTION: A18-1021-RP |
| ESTATE OF JAMES T.. MCLEAN, JR. | JUDGE ROBERT PITMAN |
| ESTATE OF LOUIS A. FANNING, SR. | PATRIOT ACT OF 2001 |
| EX REL UNITED STATES AMERICA | ALIEN REGISTRATIN ACT OF 1940 |
| PLAINTIFFS | MCCARREN-WALTERS ACT OF 1952 |
| VS | IMMIGRATION & NATURALIZATION ACT OF 1924 |
| STATE OF TEXAS SECRETARY OF STATE ELECTIONS DIVISION | RACKTEER INFLUENCED & CORRUPT ORGANIZATIONS ACT OF 1970 |
| UNITED STATES CONGRESS 1913 TO PRESENT | BANK SECRECY ACT OF 1970 |
| DEMOCRATIC NATIONAL COMMITTEE | CIVIL RIGHTS ACT OF 1964 |
| STATE OF TEXAS LEGISLATURE | ILLEGAL IMMIGRATION REFORM & IMMIGRANT RESPONSIBILITY ACT OF 1996 |
| STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY | ESPIONAGE ACT OF 1917 |
| STATE OF TEXAS EDUCATION | INTERNATIONAL TRAFFIC IN ARMS REGULATION ACT OF 1976 |
| STATE OF TEXAS DEPARTMENT OF HEALTH AND HUMAN SERVICES | |

1

GOVERNOR, OF TEXAS
GREGG ABBOTT

RICK PERRY, FORMER GOVERNOR OF
TEXAS

BOBBY JINDEL, FORMER GOVERNOR
OF LOUISIANA

GEORGE BUSH, JR., FORMER GOVERNOR
OF TEXAS

SUSANA MARTINEZ, GOVERNOR OF
NEW MEXICO

ARNOLD SCHWARZENEGGER, FORMER
GOVERNOR OF CALIFORNIA

STATE OF LOUISIANA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF CALIFORNIA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF FLORIDA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF NEW YORK SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF ARIZONA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF NEW MEXICO SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF VIRGINIA SECRETARY OF
STATE ELECTIONS DIVISION

STATE OF MARYLAND SECRETARY OF
STATE ELECTIONS DIVISION

U.S. REPRESENTATIVE NANCY PELOSI
U.S. REPRESENTATIVE PAUL RYAN

U.S. SENATOR MITCH MCCONNELL

U.S. SENATOR CHUCK SCHUMER

U.S. SENATOR DIANE FEINSTEIN

ELAINE CHAO, U.S. SECRETARY OF
TRANSPORTATION

ALEXANDER ACOSTA,
U.S. SECRETARY OF LABOR

NIKKI HALEY, U.S. AMBASSADOR TO THE
UNITED NATIONS

BARACK OBAMA, FORMER U.S. PRESIDENT
DEMOCRAT CAMPAIGN SPOKESMAN

HOUSTON MAYOR SYLVESTOR TURNER

TEXAS U.S. REPRESENTATIVE
LESLIE FLETCHER

TEXAS U.S. REPRESENTATIVE
BETO O'ROURKE

LUPE VALDEZ DEMOCRATIC CANDIDATE,
FORMER DALLAS SHERIFF & DHS AGENT

HARRIS COUNTY JUDGE LINA HIDALGO

HARRIS COUNTY SHERRIF
EDWARD GONZALES

HOUSTON POLICE CHIEF ART ACEVEDO

TEXAS U.S. REPRESENTATIVE
SHELIA JACKSON LEE

TEXAS U.S. REPRESNTATIVE AL GREENE

TEXAS U.S. REPRESENTATIVE
VINCENTE GONZALEZ

TEXAS U.S. REPRESENTATIVE
VERONICA ESCOBAR

TEXAS U.S. REPRESENTATIVE
JOAQUIN CASTRO

TEXAS U.S. REPRESENTATIVE
SLYVIA GARCIA

TEXAS U.S. REPRESENTATIVE
HENRY CUELLAR

TEXAS U.S. REPRESENTATIVE
FILEMON VELA

MINNESOTA U.S. REPRESENTATIVE
ILHAN OMAR

NEW YORK U.S. REPRESENTATIVE
ALEXANDRIA OCASIO-CORTEZ

MICHIGAN U.S. REPRESENTATIVE
RASHIDA TLAIB

TEXAS REPRESENTATIVE
GINA ORTIZ JONES

TEXAS U.S. REPRESENTATIVE SRI
PRESTON KULKARNI

4

XAVIER BECERRA, FORMER
CALIFORNIA U.S. REPRESENTATIVE CURRENT
ATTORNEY GENERAL OF CALIFORNIA

MONTGOMERY COUNTY, TEXAS
DISTRICT ATTORNEY BRETT LIGON

HARRIS COUNTY, TEXAS DISTRICT
ATTORNEY KIM OGG

DEFENDANTS


MOTION TO LEAVE TO VACATE ORDER AND JUDGEMENT FILED
6/18/2019 DUE TO FORGERY OF THE FILE RECORD AND FORGERY OF
JUDGE ROBERT PITMAN ORDER AND JUDGEMENT DENYING THE
PLAINTIFFS AND U.S. CITIZENS RIGHTS TO DUE PROCESS AND RIGHTS
TO COUNSEL REQUESTING U.S. DISTRICT CLERK TO NOTIFY FEDERAL
JUDGE ROBERT PITMAN IN PERSON OF THIS MOTION TO LEAVE TO
VACATE ORDER AND JUDGEMENT FILED  3/18/2019 DUE TO FORGERY
AND NOTIFY THE FISC CHIEF JUDGE


When examining the order and judgement for case A18-1021-RP containing Judge
Robert Pitman's easily accessible digital signature by hackers, Vicki McLean
quickly identified it was a forgery and could not be an order written based on the
original paper form filing of case A18-CV-1021-RP filed on Nov. 29, 2018 in person
by Vicki McLean containing Exhibits 1 which is the original paper form filing of
FISC U.S. District Court of Eastern District of Louisiana New Orleans District Case
Vicki McLean, ET AL EX REL USA VS Federal Reserve System, ET AL 18-3462
filed with Judge Martin Feldman and Magistrate Daniel Knowles, III on April 2,
2018 under the Patriot Act. U.S. District Court of Western Texas, Austin Division
Case A18-1021-RP contains a series of federal cases filed by Vicki McLean, ET AL

filed EX REL United States of American all containing the initial U.S. District Court of Eastern District of Louisiana New Orleans District False Claim Case 07-9717 filed with Federal Judge Thomas Porteous and Magistrate Daniel Knowles. These series of cases addressing the motives for altering all the cases and forging the federal judges orders and assistant U.S. Attorneys motions are explained in great detail in FISC U.S. District Court of Eastern District of Louisiana New Orleans District Case 18-3462 filed  with Judge Martin Feldman and Magistrate Daniel Knowles, III presented as Exhibit 1 in  U.S. District Court of Western District of Texas, Austin Division A18-CV-1021-RP.

The Case records of Judge Thomas Porteous and Magistrate Daniel Knowles, III Case 07-9717 was addressed as being altered and forged including the removing of EX REL United States of America. On Feb. 22, 2008 by way of cell phone Vicki McLean called the office of Judge Porteous and spoke with his staff the morning of Feb. 22, 2008. Vicki McLean first explained she had filed the case Pro Se for the U.S. Citizens because her False Claim Attorney Constance Singleton had been stabbed six times in Houston just 3 days after Dec. 18, 2006 when she had instructed the staff member of Attorney Constance Singleton to file the False Claim Case for the U.S. Citizens against Select Specialty of Conroe, and Health Corporation of America by Dec. 31, 2006. Judge Porteous' staff instructed Vicki McLean to file a motion to amend the filing. On the same day of the call to Judge Porteous Office on Feb. 22, 2008 a forged order recusing Judge Porteous from case 07-9717 was filed. Vicki McLean did file a "Motion to Amend the Filing" in paper form on Feb. 25, 2008. This "Motion to Amend" was greatly altered and mooted forging Judge Carl Barbier's order with a forged order of Judge Carl Barbier dismissing the case in March 2008. Judge Carl Barbier was never allowed to also meet with plaintiff and Pro Se filer Vicki McLean like Judge Robert Pitman.  Vicki McLean never received

notification and mailings from the U.S. District Court of the forged order of Judge Thomas Porteous recusing himself from case 07-9717 or the forged order of Judge Carl Barbier mooting the "Motion to Amend" that was altered and the forged order dismissing the case in March 2008.

No federal judges assigned to Vicki McLean federal cases thereafter which all included case 07-9717 were allowed to grant Vicki McLean, ET AL EX REL USA their rights to due process and rights to counsel resulting in consistent forging of all the case records, deleting evidence, and forging of all the U.S. Federal Judges orders and U.S. Attorney General Office and U.S. Attorney Offices motions. U.S. District Court of the Western District of Texas, Austin Division A18-CV-1021-RP is no different. U.S. District Court of the Western District of Texas, Austin Division A18-CV-1021-RP case records has been greatly altered producing a totally different paper form document that involved the deleting of evidence especially removing Exhibit 1 FISC U.S. District Court of Eastern District of Louisiana New Orleans District Case 18-3462 filed against the Federal Reserve System, ET AL with Judge Martin Feldman and Magistrate Daniel Knowles, III on April 2, 2018 under the Patriot Act and including the forged order and judgement of Judge Robert Pitman dated June 18, 2019.

All Federal Judges under duress allow the U.S. Federal Reserve Shareholders to continue to forge their orders and judgements feeling powerless to stop the U.S. Federal Reserve Shareholders' control over the U.S. Supreme Court and the entire U.S. Judiciary Branch. The case file records and judges' orders and judgements of Vicki McLean, ETAL EX REL USA current active cases in the Western District of Texas and future cases filed in the Western District of Texas will continue to involve the altering of the file records with deleting crucial evidence, the forging of the

7

judges' orders and judgements, and the disallowing of any motions to be filed by the U.S. Attorney General Office who were not allowed to actually receive their certified return receipt USPS mailing of the cases having no knowledge of current cases filed by Vicki McLean. These consistent actions of forging all cases filed for Vicki McLean, ET AL EX REL USA is a denial of Vicki McLean, ET AL and the U.S. Citizens their U.S. Constitutional rights and civil rights to due process, rights to counsel, and rights to equal protection under the law.

U.S. District Court of Western District of Texas Case A18-CV-1021-RP was not allowed to be hand delivered by Vicki McLean to the U.S. Attorney Office for the Western District of Texas headquartered in San Antonio like in New Orleans. U.S. District Court of Western District of Texas Case A18-CV-1021-RP was mailed certified mail return receipt on Dec. 3, 2018 under USPS tracking 7018 1830 0000 5362 6408 with return receipt tracking number 9590 9402 4321 8190 4882 60 to the U.S. Acting Attorney General Matthew Whitaker at 950 Pennsylvania Ave, NW, Washington, D.C. 20530. Judge Robert Pitman's assistant Julie Goldman by email from vickimclean54@yahoo.com was notified of the case being certified return receipt to U.S. Acting Attorney General Matthew Whitaker and given the USPS tracking number 9590 9402 4321 8190 4882. Oddly this was the first time after various contacts with the USPS, Vicki McLean was not able to retrieve the actual signed green return receipt for delivery or a copy of the signed green return receipt from the USPS.  This further gives reason to justify concluding that the U.S. Attorney General Office has in the past and present being denied its' authorized duty to grant the U.S. Citizens' their rights to counsel on Vicki McLean federal cases filed EX REL USA. The fact that no motion has been filed by the U.S. Attorney General Office or U.S. Attorney Office of Western District of Texas in Vicki McLean, ET AL EX REL USA VS State of Texas Secretary of State Elections Division, ET AL

8

to address the U.S. Citizens' rights to counsel is further evidence the U.S. Attorney General Office under duress is not being allowed by the Federal Reserve Shareholders to properly represent the U.S. Citizens as plaintiffs of Vicki McLean EX REL USA cases.

The removal of Vicki McLean's emails to Judge Robert Pitman's assistant reporting Case A18-CV-1021-RP was mailed certified mail return receipt to the U.S. Attorney General Office under USPS tracking number 9590 9402 4321 8190 4882 also further clarifies that the U..S. Attorney General Office and Federal Judge Robert Pitman never received the original unaltered filing with all original exhibits of case A18-CV-1021-RP. The only source Vicki McLean could find to retrieve the USPS tracking number for case A18-CV-1021-RP was on her retired Metro PCS cell phone of number 832-610-1059 that still held text messages to USPS showing Vicki McLean's attempts to retrieve the stolen signed green return receipt for the delivery of case A18-CV-1021-RP on Dec. 13, 2018 in Washington, D.C. These texts linked to USPS 28777 began by Vicki McLean filing her complaint online at usps.com on Dec. 14, 2018 in search of the return receipt for USPS tracking package 9590 9402 4321 8190 4882 under receipt tracking number 9590 9402 4321 8190 4882 60 and subscribing to USPS text and tracking. The return receipt confirmations indicated that the return receipt had been returned to Vicki McLean's post office located at Louetta Rd, Spring, TX. Vicki McLean tried several different ways to acquire the return receipt from the USPS but was unable to. Case A18-1012-RP was mailed a second time to U.S. Attorney General Office by way of Case A18-CV-5091-RP under USPS 7010 0680 0001 0268 4946 received on June 17, 2019 and return receipt filed as an Affidavit of Service for case A18-CV-5091-RP with a copy of the Affidavit of Service filing being attached with this motion.

Further indications that the entire U.S. District Court of Western District of Texas, Austin Division and the University of Texas is under duress forced to allow the forgeries of case records of cases  A18-CV-1021-RP and A18-CV-5091-RP due to the following events on the date of filing case A18-CV-5091-RP.

1. While Vicki McLean was inside the U.S. District Court of Western District of Texas, Austin Division she witnessed from the window 2 helicopters flying over the U.S. District Court of Western District of Texas, Austin Division between 9:15 – 10:00 a.m. on June 10, 2019 while filing case A18-CV-5091-RP reported to be assigned by random selection yet Federal Judge Robert Pitman was assigned giving great reasons to know the hackers and forgers of case A18-CV-1021-RP assigned case A18-CV-5091-RP to Judge Robert Pitman.  Clerk staff had reported calling Judge Pitman's office to see how to assign case A18-CV-5091-RP that took no time to be addressed by Judge Robert Pitman making it reasonable to conclude Judge Robert Pitman did not make the unprofessional decision to allow  case A18-CV-5091 linked to case A18-CV-1021-RP and FISC  U.S. District Court of Eastern Louisiana, New Orleans Division 18-3462 be assigned to a different judge. This further indicates Judge Pitman's staff did not provide Judge Pitman the original paper filing of case A18-CV-1021. The flying of this helicopter over U.S. District Court of Western District of Texas and the University of Texas arranged to be seen by Vicki McLean was to threaten Vicki McLean, Judge Robert Pitman, Pitman's staff, U.S. District Court of Western District, Austin Division Clerk's Office Staff, and University of Texas.

2. Vicki McLean noticed the hacking of the red lights along Cypresswood Road from FM 290 to Stuebner Airline when she was only 15 minutes from home causing her to arrive 10 to 15 minutes later at about 12:50 pm. Near 1 pm Vicki McLean heard a helicopter fly over her apartment. This would be to threaten Lone Star College in charge of the area.

3. Near the same time in Manhattan, New York it was reported at 1 p.m., Central time that a helicopter had crashed at approximately 1:45 pm eastern time on top of the roof of 787 Seventh Avenue, Manhattan Ave, NY to threaten New York University Law School and Harvard Law School in Manhattan attended by Harris County Judge Lina Hidalgo from 2015-2017 a defendant in case A18-Cv-1021-RP who oddly as a NYU/Harvard Law Student was assigned to work in the New Orleans Public Defenders office during law school.

Exhibit 1 – U.S. District Court of Western District of Texas, Austin District Case Vicki McLean, ET Al EX REL USA VS State of Texas Secretary of State Elections Division, ET AL A18-CV-1021-RP order and judgement filed June 18, 2019.

Exhibit 2– USPS tracking history for package and returned receipt of U.S. District Court of Western District of Texas, Austin District Case A18-CV-1021-RP mailed to U.S. Acting Attorney General Matthew Whitaker at 950 Pennsylvania Ave. NW, Washington, D.C.  with package USPS tracking number 9590 9402 4321 8190 4882 and under receipt tracking number 9590 9402 4321 8190 4882 60 delivered on December 13, 2018.

Exhibit 3 - U.S. District Court of Western District of Texas, Austin District Case Vicki McLean, ET Al EX REL USA VS Mexico, Country of, ET AL A18-CV-5091-RP Affidavit of Service filed June 24, 2019.

## Conclusion

U.S. District Court of Western District of Texas, Austin Division Case A18-CV-1021  order and judgement dated 6/18/2018 with Judge Robert Pitman digital signature should to be vacated due to forgery of case records of case A81-1021-RP and due to the U.S. District Court being under duress having full knowledge of the forged records not able to address the issues and fulfill their Oath of Office to obey the U.S. Constitution. U.S. District Court of Western District of Texas, Austin Division Case A18-CV-1021-RP under Judge Robert Pitman needs to be transferred to the FISC Chief Judge and Judge Martin Feldman in New Orleans assigned Vicki McLean, ET AL EX REL USA cases beginning on Sept. 16, 2016 under Case 16-15001 due to  previously filed cases and all subsequent cases filed in U.S. District Court of Eastern District of Louisiana, New Orleans District having been forged

U.S. District Court of Western District of Texas, Austin Division Clerk Of Court needs to expect all cases records filed by Vicki McLean, ET AL EX REL USA to be altered with the judges' future orders and judgements on case A18-CV-1012-RP and A18-CV-5091-RP and future cases' orders and judgements to be forged with plans to deny Vicki McLean fron filing any future federal cases filed for the U.S. Citizens in the U.S. District Court of the Western District of Texas, Austin District to address all immigrants from various nations using the stolen U.S. Citizens social

security numbers. All current and future cases filed for Vicki McLean ET AL EX

REL need to immediately transferred to the FISC to prevent future attacks on the

McLean Clan and Fanning Clan and to reduce the duress on the U.S. District Court

of Western District of Texas, Austin Division.

Respectfully submitted,                         CERTIFICATE OF SERVICE
Pro Se June 25, 2019                             25   DAY OF JUNE 2019
                                                 USPS 70180680000102684953


Vicki Fanning McLean, Pro SE                     Signature
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

13

# UNITED STAES DISTRICT COURT
# OF WESTERN DISTRICT OF TEXAS

VICKI MCLEAN, ETAL, EX REL USA          CIVIL ACTION

PLAINTIFFS                              NO.   A18-1021

                                        ROBERT PITMAN

VERSUS

STATE OF TEXAS SECRETARY OF

STATE ELECTIONS DIVISION, ET AL

## ORDER

Considering the MOTION TO LEAVE TO VACATE ORDER AND JUDGEMENT FILED 6/18/2019 DUE TO FORGERY OF THE FILE RECORD AND FORGERY OF JUDGE ROBERT PITMAN ORDER AND JUDGEMENT DENYING THE PLAINTIFFS AND U.S. CITIZENS RIGHTS TO DUE PROCESS AND RIGHTS TO COUNSEL REQUESTING U.S. DISTRICT CLERK TO NOTIFY FEDERAL JUDGE ROBERT PITMAN IN PERSON OF THIS MOTION TO LEAVE TO VACATE ORDER AND JUDGEMENT FILED  3/18/2019 DUE TO FORGERY AND NOTIFY THE FISC CHIEF JUDGE

IT IS ORDERED that the Motion is Granted

Austin, Texas, this _____ Day of _____, 20_____

_____

### U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

# Exhibit 1

U.S. District Court of Western District of Texas, Austin District Case Vicki McLean,
ET Al EX REL USA VS State of Texas Secretary of State Elections Division, ET
AL A18-CV-1021-RP order and judgement filed June 18, 2019.

Case No: 1:18cv1021

Filed: 06/18/19
Doc. #2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

VICKI FANNING MCLEAN, et al.,

    Plaintiffs,

v.

STATE OF TEXAS SECRETARY OF
STATE ELECTIONS DIVISION, et al.,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§

1:18-CV-1021-RP

## ORDER

Plaintiff Vicki Fanning McLean ("McLean") filed her complaint in this case on November 29, 2018. (Dkt. 1). To date, she has taken no subsequent action in this litigation.

McLean is not a prisoner and she is not proceeding *in forma pauperis*. The screening provisions of 28 U.S.C. §§ 1915 and 1915A therefore do not apply. Nevertheless, district courts have the inherent authority to screen a pleading for frivolousness and may dismiss *sua sponte* claims that are "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion" because such claims lack "the "legal plausibility necessary to invoke federal subject matter jurisdiction." *Apple v. Glenn*, 183 F.3d 477, 479–80 (6th Cir. 1999) (per curiam) (citing *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974); *Dilworth v. Dallas Cty. Cmty. Coll. Dist.*, 81 F.3d 616, 617 (5th Cir. 1996)). This inherent power applies even with respect to complaints in which the plaintiff is not a prisoner and has paid a filing fee. *Black v. Hornsby*, No. 5:14-CV-0822, 2014 WL 2535168, at *3 (W.D. La. May 15, 2014), *subsequently aff'd sub nom. Black v. Hathaway*, 616 F. App'x 650 (5th Cir. 2015).

Having reviewed McLean's 59-page complaint (and over 400 pages of exhibits), the Court finds that it is fantastical and completely frivolous. The list of defendants McLean names spans five pages and includes current and former elected representatives of several states. (Dkt. 1, at 1–5). She

1

purports to bring claims against them under ten federal statutes. (*Id.* at 1). Her claims appear to flow from her allegations that the named defendants have not "address[ed] the invasion of the States by illegal and legal immigrants falsely documented who have stolen social security numbers, stolen U.S. jobs, and stolen U.S. benefits who continually assembly [sic] together to intimidate the U.S. Citizens and protest against Federal, State, and local governments." (*Id.* at 55–56). A small sample of her further allegations are that "immigrants" are engaged in "underground espionage activities"; "immigrant professors" participate in an "illegal University and College mind control system[ ] in violation of the International In Traffic In Arms Regulation and the Patriot Act"; "legal and illegal immigrants" disturb a right to "domestic tranquility" by participating in "subversive activities in the major cities"; immigrants that seek asylum are "stealing U.S. benefits not allowed under the U.S. Constitution"; and "millions of immigrants illegally and legally living inside the U.S. major cities ha[ve] assembled together to intimidate the U.S. Citizens with committing daily terrorist acts." (*Id.* at 56–57). With respect to this last allegation, McClean claims that defendants have failed to appropriately respond by "refus[ing] to send out the militia, close the U.S.-Mexico border, sanction Mexico, Honduras, Guatemala, etc. with the intent to declare war if necessary and remove all Mexican Citizens, Honduran Citizens, Guatemalan Citizens, India Citizens, etc." (*Id.* at 57). McLean also states that her arguments are not based on any "court precedence" "[d]ue to forgery and coercion over the courts for the last 70+ years." (*Id.* at 23).

Because the Court finds that all of McLean's claims are totally frivolous, the Court will invoke its inherent authority to dismiss this action with prejudice. As stated by the Fifth Circuit:

> Federal courts are proper forums for the resolution of serious and substantial federal claims. They are frequently the last, and sometimes the only, resort for those who are oppressed by the denial of the rights given them by the Constitution and laws of the United States. Fulfilling this mission and the other jurisdiction conferred by acts of Congress has imposed on the federal courts a work load that taxes their capacity. Each litigant who improperly seeks federal judicial relief for a petty claim forces other litigants with more serious claims

2

> to await a day in court. When litigants improperly invoke the aid of a federal court to redress what is patently a trifling claim, the district court should not attempt to ascertain who was right or who was wrong in provoking the quarrel but should dispatch the matter quickly.

*Dilworth*, 81 F.3d at 617 (quoting *Raymon v. Alvord Indep. Sch. Dist.*, 639 F.2d 257, 257 (5th Cir. 1981)).

This reasoning is applicable in cases such as this one.

Accordingly, for the reasons given above, the Court **ORDERS** that McLean's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

**SIGNED** on June 18, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3

Filed: 06/18/19
Doc. #3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICKI FANNING MCLEAN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:18-CV-1021-RP |
| | § | |
| STATE OF TEXAS SECRETARY OF | § | |
| STATE ELECTIONS DIVISION, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the court issued an order dismissing all of Plaintiff's claims with prejudice. As

nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil

Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 18, 2019.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

## Exhibit 2

USPS tracking history for package and returned receipt of U.S. District Court of Western District of Texas, Austin District Case A18-CV-1021-RP mailed to U.S. Acting Attorney General Matthew Whitaker at 950 Pennsylvania Ave. NW, Washington, D.C. with package USPS tracking number 9590 9402 4321 8190 4882 and under receipt tracking number 9590 9402 4321 8190 4882 60 delivered on December 13, 2018.

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

Remove ✕

**Tracking Number:** 70181830000053626408

**Expected Delivery on**

## THURSDAY
# 13 DECEMBER 2018 ⓘ

by
## 8:00pm ⓘ

Feedback

✅ **Delivered**

December 13, 2018 at 5:44 am
Delivered
WASHINGTON, DC 20530

### Tracking History

**December 13, 2018, 5:44 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:44 am on December 13, 2018 in WASHINGTON, DC 20530.

**December 12, 2018, 1:13 pm**
Available for Pickup
WASHINGTON, DC 20530

**December 12, 2018, 1:05 pm**
Arrived at Unit
WASHINGTON, DC 20018

**December 12, 2018, 9:22 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 12, 2018, 5:18 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 12, 2018, 1:47 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 11, 2018, 1:29 am**
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**December 10, 2018, 3:50 pm**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**December 10, 2018**
In Transit to Next Facility

**December 9, 2018, 1:36 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

**December 4, 2018, 3:18 am**
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

Feedback

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package ✛

**Tracking Number:** 9590940243218190488260

Remove ✕

The U.S. Postal Service has received electronic notification on December 3, 2018 at 3:19 pm that you have associated a return receipt to your item.

## Pre-Shipment

December 3, 2018 at 3:19 pm
Return Receipt Associated

Feedback

## Tracking History                                                        ⌃

**December 3, 2018, 3:19 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on December 3, 2018 at 3:19 pm that you have associated a return receipt to your item.

## Product Information                                                     ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| First-Class Package Service - Retail | Return Receipt USPS Tracking® | 70181830000053626408 (/go/TrackConfirmAction?tLabels=70181830000053626408) |

# Exhibit 3

U.S. District Court of Western District of Texas, Austin District Case Vicki McLean, ET Al EX REL USA VS Mexico, Country of, ET AL A18-CV-5091-RP Affidavit of Service filed June 24, 2019.

# Exhibit 3

U.S. District Court of Western District of Texas, Austin District Case Vicki McLean, ET Al EX REL USA VŚ Mexico, Country of, ET AL A18-CV-5091-RP Affidavit of Service filed June 24, 2019.

# UNITED STATES DISTRICT COURT

# OF WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **VICKI FANNING MCLEAN** | **CIVIL ACTION:** ~~18-CV-5091 RP~~ 19 UM 0591 |
| **ESTATE OF JAMES MCLEAN** | **JUDGE ROBERT PITMAN** |
| **ESTATE OF LOUIS FANNING, SR** | **PATRIOT ACT OF 2001** |
| **EX REL** | **ESPIONAGE ACT OF 1917** |
| **UNITED STATES OF AMERICA** | **ALIEN REGISTRATION ACT 1940** |
| **PLAINTIFFS** | **IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952** |
| | **SEDITION ACT OF 1918** |
| **VS** | **MCCARRAN ACT OF 1952** |
| | **TRADING WITH THE ENEMY ACT OF 1917, 1939** |
| **MEXICO, COUNTRY OF 1917 TO PRESENT** | **BANK SECRECY ACT OF 1970** |
| **PRESIDENT OF MEXICO 1917 TO PRESENT** | **RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970** |
| **ANDRES LOPEZ OBRADOR PRESIDENT OF MEXICO** | **INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976** |
| **CARLOS SALINAS DE GORTARIA FORMER PRESIDENT OF MEXICO** | **INVENTIONS SECRECY ACT OF 1951** |
| **ENRIQUE PENA NIETO FORMER PRESIDENT OF MEXICO I** | |

1

CARLOS GONZALES GUTIERREZ
CONSUL GENERAL OF MEXICO
AUSTIN, TEXAS

INTERNAL SECURITY ACT OF
1950

COLUMBA GARNIC GALLO
FORMER FIRST LADY OF
FLORIDA

SEDITION ACT OF 1918

CIVIL RIGHTS ACT OF 1964

HILDA SOLIS, FORMER
U.S. SEC. OF LABOR

SOCIAL SECURITY ACT OF
1935 & 1965

ALBERTO GONZALES
FORMER U.S. ATTORNEY
GENERAL

ILLEGAL IMMIGRATION
REFORM AND IMMIGRANT
RESPONSIBILITY ACT OF 1996

XAVIER BECERRA, CALIFORNIA
ATTORNEY GENERAL FORMER
U.S. CONGRESSMAN

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

ABEL MALDONADO FORMER
CALIFORNIA
LIEUTENANT GOVERNOR

FABIAN NUNEZ FORMER
CALIFORNIA ASSEMBLY
SPEAKER

SUSANA MARTINEZ FORMER
GOVERNOR OF NEW MEXICO

BRIAN SANDOVAL, FORMER
GOVERNOR OF NEVADA

LINDA CHAVEZ THOMPSON
VICE CHAIR
AFL-CIO TRADE UNION

ED GARZA MAYOR OF
SAN ANTONIO, TEXAS

2

RON GONZALES
MAYOR OF SAN JOSE, CA

MAJOR LEAGUE BASEBALL ORGANIZATION

UNITED STATES SOCCER FEDERATION

NATIONAL BASKETBALL ASSOCIATION

NATIONAL FOOTBALL LE LEAGUE

ROSARIO MARIN FORMER
US TREASURER

JULIAN CASTRO FORMER
U.S. SEC OF HOUSING  & URBAN DEVELOPMENT

LUPE VALDEZ FORMER
SHERIFF OF DALLAS

ART ACEVEDO
HOUSTON POLICE CHIEF

ED GONZALES HARRIS COUNTRY,
TEXAS SHERIFF

HECTOR BALDERAS, JR.
NEW MEXICO ATTORNEY GENERAL

BARACK OBAMA
FORMER U.S. PRESIDENT

SILVESTRE REYES FORMER
TEXAS U.S. CONGRESSMAN

LORETTA SANCHEZ FORMER
CALIFORNIA U.S. CONGRESSWOMAN

LINDA SANCHEZ CALIFORNIA
U.S. CONGRESSWOMAN

**CIRO RODRIQUEZ FORMER TEXAS**
**U.S. CONGRESSMAN**

**RAUL GRIJALVA ARIZONA**
**U.S. CONGRESSMAN**

**TONY CARDENAS CALIFORNIA**
**U.S. CONGRESSMAN**

**JOAQUIN CASTRO TEXAS**
**U.S. CONGRESSMAN**

**PETE GALLEGO FORMER**
**TEXAS U.S. CONGRESSMAN**

**DARRAN SOTO FLORIDA**
**U.S. CONGRESSMAN**

**RAUL LABRADOR FORMER**
**IDAHO U.S. CONGRESSMAN**

**DAVID RIVERA FORMER**
**FLORIDA U.S. CONGRESSMAN**

**NYDIA VELAZQUEZ**
**CALIFORNIA U.S. CONGRESSWOMAN**

**NANETTE DIAZ BARRAGAN**
**CALIFORNIAU.S. CONGRESSWOMAN**

**SALUD CARBAJAL CALIFORNIA**
**U.S. CONGRESSMAN**

**RUBEN KIHUEN NEVADA**
**U.S. CONGRESSMAN**

**JIMMY GOMEZ CALIFORNIA**
**U.S. CONGRESSMAN**

4

**RUBEN GALLEGO ARIZONA**
**U.S. CONGRESSMAN**

**NORMA TORRES CALIFORNIA**
**U.S. CONGRESSWOMAN**

**RAUL RUIZ CALIFORNIA**
**U.S. CONGRESSMAN**

**GILBERT CISNEROS CALIFORNIA**
**U.S. CONGRESSMAN**

**LUIS JOSE CORREA CALIFORNIA**
**U.S. CONGRESSMAN**

**JESUS GARCIA ILLINOIS**
**U.S. CONGRESSMAN**

**XOCHITI TORRES SMALL**
**NEW MEXICO U.S. CONGRESSWOMAN**

**VINCENTE GONZALEZ TEXAS**
**U.S. CONGRESSMAN**

**VERONICA ESCOBAR TEXAS**
**U.S. CONGRESSWOMAN**

**BOB MENENDEZ**
**NEW JERSEY U.S. SENATOR**

**MARCO RUBIO**
**FLORIDA U.S. SENATOR**

**KAMALA HARRIS**
**CALIFORNAI U.S. SENATOR**

**AMI BERA CALIFORNIA**
**U.S. CONGRESSMAN**

**PRAMILA JAYAPAL WASHINGTON**
**U.S. CONGRESSWOMAN**

**ROHIT KHANNA**
**U.S. CONGRESSMAN**

**RAJA KRISHNAMOORTHI**
**ILLINOIS U.S. CONGRESSMAN**

**JENNIFER GONZALEZ-COLON**
**PUERTO RICO U.S. CONGRESSWOMAN**

**ESTEBAN EDWARD TORRES**
**FORMER CALIFORNIA**
**U.S. CONGRESSMAN**

**JOE BACA FORMER CALIFORNIA**
**U.S. CONGRESSMAN**

**ALBIO SIRES NEW JERSEY**
**U.S. CONGRESSMAN**

**FRANCISCO RAUL CANSECO FORMER**
**TEXAS U.S. CONGRESSMAN**

**CARLOS CURBELO FLORIDA**
**U.S. CONGRESSMAN**

**DEBBIE MUCARSEL-POWELL**
**FLORIDA U.S. CONGRESSWOMAN**

**ALEXANDRIA OCASIO-CORTEZ NEW YORK**
**U.S. CONGRESSWOMAN**

**LUIS GUTIERREZ FORMER ILLINOIS**
**U.S. CONGRESSMAN**

**RAUL LABORADOR FORMER IDAHO**
**U.S. CONGRESSMAN**

**SYLVIA GARCIA TEXAS**
**U.S. CONGRESSWOMAN**

**SILVESTRE REYES FORMER TEXAS**
**U.S. CONGRESSMAN AND U.S. BORDER**
**PATROL AGENT**

**ILHAN OMAR MINNESOTA**
**U.S. CONGRESSWOMAN**

**RASHIDA TLAIB MICHIGAN**
**U.S. CONGRESSWOMAN**

**MAZIE HIRONO HAWAII**
**U.S. CONGRESSWOMAN**

**JUSTIN AMASH MICHIGAN**
**U.S. CONGRESSMAN**

**GRACE MENG NEW YORK**
**U.S. CONGRESSWOMAN**

**YVETTE CLARK NEW YORK**
**U.S. CONGRESSWOMAN**

**CARLOS CURBELO FLORIDA**
**U.S. CONGRESSMAN**

**MARIO DIAZ-BALART FLORIDA**
**U.S. REPRESENTATIVE**

**ANDY HARRIS MARYLAND**
**U.S. CONGRESSMAN**

**TED LIEU CALIFORNIA**
**U.S. CONGRESSMAN**

**MIA LOVE FORMER UTAH**
**U.S. CONGRESSWOMAN**

LLEANA ROS-LEHTINEN FLORIDA
U.S. CONGRESSMAN

JUAN VARGAS CALIFORNIA
U.S. CONGRESSMAN

ANTHONY BROWN MARYLAND
U.S. CONGRSSMAN

SALVADOR MENDOZA, JR
U.S. FEDERAL JUDGE

MARINA MARMOLEJO
U.S. FEDERAL JUDGE

EVA MARTINEZ GUZMAN
TEXAS SUPREME COURT JUDGE

RUBEN CASTILLO
U.S. FEDERAL JUDGE

JESUS GILBERTO BERNEL
U.S. FEDERAL JUDGE

ALBERT DIAZ
U.S. FEDERAL JUDGE

MARY H. MURGUIA
U.S. FEDERAL JUDGE

JULIO FUENTES
U.S. FEDERAL JUDGE

SONIA SOTOMAYOR
U.S. SUPREME COURT JUSTICE

VICTOR MARRERO
U.S. FEDERAL JUDGE

**CARLOS MORENO**
**FORMER U.S. FEDERAL JUDGE**
**U.S. AMBASSADOR TO BELIZE**

**DANIEL DOMINGUEZ**
**U.S. FEDERAL JUDGE**

**XAVIER RODRIGUEZ**
**U.S. FEDERAL JUDGE**

**JOSE MARTINEZ**
**U.S. FEDERAL JUDGE**

**JUAN RAMON SANCHEZ**
**U.S. FEDERAL JUDGE**

**PHILLIP GUTIERREZ**
**U.S. FEDERAL JUDGE**

**GONZALO P. CURIEL**
**U.S. FEDERAL JUDGE**

**JOHN ANTHONY MENDEZ**
**U.S. FEDERAL JUDGE**

**RUDOLPH CONTRERAS**
**U.S. FEDERAL JUDGE**

**MARY HELEN MURGUIA U.S. FEDERAL**
**COURT OF APPEAL FEDERAL JUDGE**

**MARCO LOPEZ FORMER**
**CHIEF OF STAFF OF U.S.**
**CUSTOMS AND BORDER PROTECTION**

**LINA HIDALGO TEXAS**
**HARRIS COUNTY JUDGE**
**HARVARD GRADUATE**

ADRIAN GARCIA, HARRIS
COUNTY COMMISSIONER

SILVIA TREVINO HARRIS COUNTY
PRECINCT 6 CONSTABLE
TOM PEREZ FORMER ASSISTANT
ATTORNEY GENERAL FOR CIVIL RIGHTS

ALEXANDER ACOSTA U.S. SECRETARY
OF LABOR

WAN KIM FORMER ASSISTANT ATTORNEY
GENERAL FOR CIVIL RIGHTS

MARGARITA SANCHEZ FORMER LATINA
COMMISSIONER FOR THE HISPANIC
NATIONAL BAR ASSOCIATION

REGINA RODRIGUEZ FORMER ASSISTANT
U.S. ATTORNEY IN COLORADO

SOFIA ADROGUE TEXAS ATTORNEY
HARVARD GRADUATE

SEEMA VERMA U.S. ADMINISTRATOR
FOR THE CENTERS FOR MEDICARE AND
MEDICAID SERVICES

JOSE ALTUVE
VENEZALAN ASTROS PLAYER

CARLOS CORREA PUERTO
RICAN ASTROS PLAYER

ALEXANDER RODRIQUEZ
DOMINICAN FORMER
NEW YORK YANKEE PLAYER

JENNIFER LOPEZ PUERTO RICAN
KNOWN AS JLO CELEBRITY

**BELCALIS MARLENIS ALMANZAR**
**KNOWN AS CARDI B**
**DOMINICAN/TRINIDADA CELEBRITY**

**ARMANDO CHRISTIAN PEREZ**
**KNOWN AS PIT BULL**
**CUBAN CELEBRITY**

**ROBYN RIHANNA FENTY**
**BARBADIAN CELEBRITY**

**NICKI MINAJ**
**TRINADAD CELEBRITY**

**PETER GENE HERNANDEZ**
**KNOWN AS BRUNO MARS**
**PUERTO RICAN**

**DEFENDANTS**

## AFFIDAVIT OF SERVICE

Motion to record the certified return receipt of the delivery of Vicki McLean, ET AL EX REL USA VS Mexico, ET AL to the U.S. Attorney General William Barr under USPS tracking number 7018 0680 0001 0268 4946 mailed on June 11, 2019 and indicating received on June 17, 2019.

Due to being absolutely certain that all previous USPS mailings of federal cases filed by Vicki McLean, ET AL EX REL USA were never really delivered to the U.S. Attorney Generals of the United States and the U.S. Attorney except for the ones hand delivered personally to the New Orleans U.S. Attorney office in 2015 – April of 2018 there is great certainty that U.S. Attorney General William Barr never

11

actually was allowed to receive U.S. District Court of Western District of Texas Case A18-5091-RP similar to U.S. District Court of Western District of Texas Case A18-1021 RP denying the Vicki McLean, ET AL EX REL USA  and the U.S. Citizens their rights to counsel and due process having altered the original filing indicated in the forged order of Judge Robert Pitman dated on June 18, 2019 for case A18-1021-RP that required Judge Pitman to address the case having been filed also for the U.S. Citizens requiring the U.S. Attorney General to file in a motion to address the non-acceptance of the case for the U.S. Citizens with reasoning. Due to Acting U.S. Attorney General Matthew Whitaker and U.S. Attorney General William Barr obviously having no knowledge of the case A18-1021-RP that includes all previous federal cases filed by Vicki McLean for the U.S. Citizens beginning on Dec. 21, 2007 in U.S. District Court of Eastern District of Louisiana in New Orleans 07-9717 with Judge Thomas Porteous and Magistrate Daniel Knowles no motion was filed by the U.S. Attorney General Office to accept, to dismiss, or reject the case denying the U.S. Citizens and Vicki McLean ET AL rights to counsel and rights to due process. It was proven in Magistrate Judge Daniel Knowles, III courtroom on 12/29/2015 in New Orleans when Vicki McLean gave testimony that Magistrate Judge Daniel Knowles and Judge Thomas Porteous never received case 07-9717 assigned to their court filed EX REL United States of America. The Medicare and Medicaid fraud exposed in case 07-9717 has been so massive by the Federal Reserve Shareholders since 1998 that no federal judge would ever be allowed to grant the U.S. Citizens their rights to due process or rights to counsel. For these reasons all of Vicki McLean's EX REL USA cases have been altered and forged the judges' orders and the assistant U.S. Attorneys motions dismissing the cases never allowing Vicki McLean in front of the real Federal Judges assigned the case.

This is why the physical and financial attacks on the McLean family and the Fanning Clan continues in order to stop the Foreign Intelligence Surveillance Court actually in charge of all Vicki McLean's federal cases surely including A18-1021-RP and A18-5091-RP to stop Vicki McLean from continuing to file cases against different defendants under the Patriot Act, etc. to better enable the FISC to address all individuals, governments, and entities involved in the massive theft of U.S. funds, etc.

It is certain that all past orders and future orders dismissing cases filed by Vicki McLean, ET AL EX REL USA have been and will be forged denying Vicki McLean, ET AL and the U.S. Citizens their rights to counsel and rights to due process. In the Western District of Texas, Austin Division the likely universities involved in the forgery of judges' order and attorney's motions would be the University of Texas, Texas A&M and Harvard University. The University of Texas and Texas A&M involvement in altering and forging the judge's orders and attorney motions of Vicki McLean federal and state cases were addressed in a federal case filing in the U.S. District Court of Eastern Louisiana 17-5578. Vicki McLean intends to file a separate case against Harvard University in Boston in the future to address all Harvard University involvement in the forging of the judges' orders of Vicki McLean's federal cases and Supreme court justices orders. There is a very high probability due to case 17-5578 that Harvard University was involved in the forgery of U.S. District Court of Eastern District of Louisiana cases 16-15001, 18-911, and of U.S. District Court of Western District of Texas Case A18-1021-RP. The forgery of Judge Robert Pitman's order on 6/18/2019 becomes obvious when the order does not acknowledge the case though the plaintiffs' listing or within the body of the order the case was filed EX REL USA. Consistent with all previously filed EX REL Cases by Vicki McLean the original filing filed by Vicki McLean Pro Se was altered to remove all

13

information to protect the Federal Reserve Shareholders and all universities involved

in the forgery of all previously filed Vicki McLean, ET AL EX REL USA, Pro Se.


Respectfully submitted Pro Se
for the U.S. Citizens and Plaintiffs
Pro Se, June 25, 2019


Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 80414
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com


## Certificate of Service


I, Vicki McLean certify I will deliver this Affidavit of Service filed in Vicki

McLean, ET AL EX REL USA VS Mexico, Country of, ET AL CASE A18-5091-

RP  to the U.S. Attorney General Office care of the U.S. Attorney General William

Barr at 950 Pennsylvania Avenue, NW, Washington D.C. 20530-0001 by way of

USPS certified return receipt under USPS tracking number 7018 0680 0001 0268

4953.

Respectfully submitted, Pro Se June 25, 2019

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

14

Affidavit of Service Case A18-CV-5091-RP

Certified Return Receipt 7018 0680 0001 0268 4946
with
USPS TRACKING History for 7018 0680 0001 0268 4946

A19CV-0591RP

**Affidavit of Service Case** ~~A18-CV-5091~~-RP

**Certified Return Receipt 7018 0680 0001 0268 4946**
with
**USPS TRACKING History for 7018 0680 0001 0268 4946**



7018 0680 0001 0268 4946

15

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70180680000102684946                    Remove ✕

Your item was delivered at 4:54 am on June 17, 2019 in WASHINGTON, DC 20530.

## ⊘ **Delivered**

June 17, 2019 at 4:54 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

### Text & Email Updates                                         ⌄

---

### Tracking History                                             ⌃

**June 17, 2019, 4:54 am**
**Delivered**
**WASHINGTON, DC 20530**
Your item was delivered at 4:54 am on June 17, 2019 in WASHINGTON, DC 20530.

---

**June 14, 2019, 11:52 am**
Available for Pickup
WASHINGTON, DC 20530

**June 14, 2019, 9:22 am**
Arrived at Unit
WASHINGTON, DC 20018

**June 14, 2019, 5:42 am**
Arrived at USPS Facility
WASHINGTON, DC 20022

**June 13, 2019, 10:18 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 13, 2019, 8:09 am**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**June 12, 2019, 11:00 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**June 12, 2019**
In Transit to Next Facility

**June 11, 2019, 4:55 pm**
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

**June 11, 2019, 1:33 pm**
USPS in possession of item
SPRING, TX 77379

Feedback

**Product Information** ∨