# Exhibit 8

**U.S. District Court of Western District of Texas, Austin Division
Vicki McLean, ET AL EX REL USA VS Mexico, Country of, ET AL
A19-CV0591RP filed June 10, 2019 under the Patriot Act
with Judge Robert Pitman**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vicki Fanning McLean, ETAL EX REL United States of America

**(b)** County of Residence of First Listed Plaintiff   Harris County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   Pro Se
Vicki Fanning McLean
7203 Oakwood Glen Blvd Apt 804
Spring, TX 77379  836 949 9962

## DEFENDANTS
Mexico, Country of, ETAL

County of Residence of First Listed Defendant   Foreign Nation
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

A19CV0591RP

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☑3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

(checkboxes list — none marked)

PATRIOT ACT 2001
Espionage Act 191
Alien Registratio
Act of 1940

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Patriot Act of 2001, Espionage Act of 1917  Alien Registration Act 194
Brief description of cause:
Subversive Activity By Defendants Using Stolen Social Security # to overthrow Go

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.C.v.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Robert Pitman   Austin Docket A18-1021 RP
FISC   JUDGE Martin Feldman   DOCKET NUMBER 18-3462 18-3701

DATE   June 6, 2019   SIGNATURE OF ATTORNEY OF RECORD   Vicki McLean

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE Pitman MAG. JUDGE_____

# UNITED STATES DISTRICT COURT

# OF WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **VICKI FANNING MCLEAN** | **CIVIL ACTION:   A19CV0591RP** |
| **ESTATE OF JAMES MCLEAN** | **JUDGE ROBERT PITMAN** |
| **ESTATE OF LOUIS FANNING, SR** | **PATRIOT ACT OF 2001** |
| **EX REL** | **ESPIONAGE ACT OF 1917** |
| **UNITED STATES OF AMERICA** | **ALIEN REGISTRATION ACT 1940** |
| <u>**PLAINTIFFS**</u> | **IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952** |
| **VS** | **SEDITION ACT OF 1918** |
| | **MCCARRAN ACT OF 1952** |
| **MEXICO, COUNTRY OF 1917 TO PRESENT** | **TRADING WITH THE ENEMY ACT OF 1917, 1939** |
| **PRESIDENT OF MEXICO 1917 TO PRESENT** | **BANK SECRECY ACT OF 1970** |
| **ANDRES LOPEZ OBRADOR PRESIDENT OF MEXICO** | **RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970** |
| **CARLOS SALINAS DE GORTARIA FORMER PRESIDENT OF MEXICO** | **INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976** |
| **ENRIQUE PENA NIETO FORMER PRESIDENT OF MEXICO I** | **INVENTIONS SECRECY ACT OF 1951** |

1

CARLOS GONZALES GUTIERREZ
CONSUL GENERAL OF MEXICO
AUSTIN, TEXAS

COLUMBA GARNIC GALLO
FORMER FIRST LADY OF
FLORIDA

HILDA SOLIS, FORMER
U.S. SEC. OF LABOR

ALBERTO GONZALES
FORMER U.S. ATTORNEY
GENERAL

XAVIER BECERRA, CALIFORNIA
ATTORNEY GENERAL FORMER
U.S. CONGRESSMAN

ABEL MALDONADO FORMER
CALIFORNIA
LIEUTENANT GOVERNOR

FABIAN NUNEZ FORMER
CALIFORNIA ASSEMBLY
SPEAKER

SUSANA MARTINEZ FORMER
GOVERNOR OF NEW MEXICO

BRIAN SANDOVAL, FORMER
GOVERNOR OF NEVADA

LINDA CHAVEZ THOMPSON
VICE CHAIR
AFL-CIO TRADE UNION

ED GARZA MAYOR OF
SAN ANTONIO, TEXAS

INTERNAL SECURITY ACT OF
1950

SEDITION ACT OF 1918

CIVIL RIGHTS ACT OF 1964

SOCIAL SECURITY ACT OF
1935 & 1965

ILLEGAL IMMIGRATION
REFORM AND IMMIGRANT
RESPONSIBILITY ACT OF 1996

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

2

**RON GONZALES**
**MAYOR OF SAN JOSE, CA**

**MAJOR LEAGUE BASEBALL ORGANIZATION**

**UNITED STATES SOCCER FEDERATION**

**NATIONAL BASKETBALL ASSOCIATION**

**NATIONAL FOOTBALL LE LEAGUE**

**ROSARIO MARIN FORMER**
**US TREASURER**

**JULIAN CASTRO FORMER**
**U.S. SEC OF HOUSING  & URBAN DEVELOPMENT**

**LUPE VALDEZ FORMER**
**SHERIFF OF DALLAS**

**ART ACEVEDO**
**HOUSTON POLICE CHIEF**

**ED GONZALES HARRIS COUNTRY,**
**TEXAS SHERIFF**

**HECTOR BALDERAS, JR.**
**NEW MEXICO ATTORNEY GENERAL**

**BARACK OBAMA**
**FORMER U.S. PRESIDENT**

**SILVESTRE REYES FORMER**
**TEXAS U.S. CONGRESSMAN**

**LORETTA SANCHEZ FORMER**
**CALIFORNIA U.S. CONGRESSWOMAN**

**LINDA SANCHEZ CALIFORNIA**
**U.S. CONGRESSWOMAN**

3

CIRO RODRIQUEZ FORMER TEXAS
U.S. CONGRESSMAN

RAUL GRIJALVA ARIZONA
U.S. CONGRESSMAN

TONY CARDENAS CALIFORNIA
U.S. CONGRESSMAN

JOAQUIN CASTRO TEXAS
U.S. CONGRESSMAN

PETE GALLEGO FORMER
TEXAS U.S. CONGRESSMAN

DARRAN SOTO FLORIDA
U.S. CONGRESSMAN

RAUL LABRADOR FORMER
IDAHO U.S. CONGRESSMAN

DAVID RIVERA FORMER
FLORIDA U.S. CONGRESSMAN

NYDIA VELAZQUEZ
CALIFORNIA U.S. CONGRESSWOMAN

NANETTE DIAZ BARRAGAN
CALIFORNIAU.S. CONGRESSWOMAN

SALUD CARBAJAL CALIFORNIA
U.S. CONGRESSMAN

RUBEN KIHUEN NEVADA
U.S. CONGRESSMAN

JIMMY GOMEZ CALIFORNIA
U.S. CONGRESSMAN

**RUBEN GALLEGO ARIZONA**
**U.S. CONGRESSMAN**

**NORMA TORRES CALIFORNIA**
**U.S. CONGRESSWOMAN**

**RAUL RUIZ CALIFORNIA**
**U.S. CONGRESSMAN**

**GILBERT CISNEROS CALIFORNIA**
**U.S. CONGRESSMAN**

**LUIS JOSE CORREA CALIFORNIA**
**U.S. CONGRESSMAN**

**JESUS GARCIA ILLINOIS**
**U.S. CONGRESSMAN**

**XOCHITI TORRES SMALL**
**NEW MEXICO U.S. CONGRESSWOMAN**

**VINCENTE GONZALEZ TEXAS**
**U.S. CONGRESSMAN**

**VERONICA ESCOBAR TEXAS**
**U.S. CONGRESSWOMAN**

**BOB MENENDEZ**
**NEW JERSEY U.S. SENATOR**

**MARCO RUBIO**
**FLORIDA U.S. SENATOR**

**KAMALA HARRIS**
**CALIFORNAI U.S. SENATOR**

**AMI BERA CALIFORNIA**
**U.S. CONGRESSMAN**

5

**PRAMILA JAYAPAL WASHINGTON**
**U.S. CONGRESSWOMAN**

**ROHIT KHANNA**
**U.S. CONGRESSMAN**

**RAJA KRISHNAMOORTHI**
**ILLINOIS U.S. CONGRESSMAN**

**JENNIFER GONZALEZ-COLON**
**PUERTO RICO U.S. CONGRESSWOMAN**

**ESTEBAN EDWARD TORRES**
**FORMER CALIFORNIA**
**U.S. CONGRESSMAN**

**JOE BACA FORMER CALIFORNIA**
**U.S. CONGRESSMAN**

**ALBIO SIRES NEW JERSEY**
**U.S. CONGRESSMAN**

**FRANCISCO RAUL CANSECO FORMER**
**TEXAS U.S. CONGRESSMAN**

**CARLOS CURBELO FLORIDA**
**U.S. CONGRESSMAN**

**DEBBIE MUCARSEL-POWELL**
**FLORIDA U.S. CONGRESSWOMAN**

**ALEXANDRIA OCASIO-CORTEZ NEW YORK**
**U.S. CONGRESSWOMAN**

**LUIS GUTIERREZ FORMER ILLINOIS**
**U.S. CONGRESSMAN**

**RAUL LABORADOR FORMER IDAHO**
**U.S. CONGRESSMAN**

6

**SYLVIA GARCIA TEXAS**
**U.S. CONGRESSWOMAN**

**SILVESTRE REYES FORMER TEXAS**
**U.S. CONGRESSMAN AND U.S. BORDER**
**PATROL AGENT**

**ILHAN OMAR MINNESOTA**
**U.S. CONGRESSWOMAN**

**RASHIDA TLAIB MICHIGAN**
**U.S. CONGRESSWOMAN**

**MAZIE HRONO HAWAII**
**U.S. CONGRESSWOMAN**

**JUSTIN AMASH MICHIGAN**
**U.S. CONGRESSMAN**

**GRACE MENG NEW YORK**
**U.S. CONGRESSWOMAN**

**YVETTE CLARK NEW YORK**
**U.S. CONGRESSWOMAN**

**CARLOS CURBELO FLORIDA**
**U.S. CONGRESSMAN**

**MARIO DIAZ-BALART FLORIDA**
**U.S. REPRESENTATIVE**

**ANDY HARRISS MARYLAND**
**U.S. CONGRESSMAN**

**TED LIEU CALIFORNIA**
**U.S. CONGRESSMAN**

**MIA LOVE FORMER UTAH**
**U.S. CONGRESSWOMAN**

**LLEANA ROS-LEHTINEN FLORIDA**
**U.S. CONGRESSMAN**

**JUAN VARGAS CALIFORNIA**
**U.S. CONGRESSMAN**

**ANTHONY BROWN MARYLAND**
**U.S. CONGRSSMAN**

**SALVADOR MENDOZA, JR**
**U.S. FEDERAL JUDGE**

**MARINA MARMOLEJO**
**U.S. FEDERAL JUDGE**

**EVA MARTINEZ GUZMAN**
**TEXAS SUPREME COURT JUDGE**

**RUBEN CASTILLO**
**U.S. FEDERAL JUDGE**

**JESUS GILBERTO BERNEL**
**U.S. FEDERAL JUDGE**

**ALBERT DIAZ**
**U.S. FEDERAL JUDGE**

**MARY H. MURGUIA**
**U.S. FEDERAL JUDGE**

**JULIO FUENTES**
**U.S. FEDERAL JUDGE**

**SONIA SOTOMAYOR**
**U.S. SUPREME COURT JUSTICE**

**VICTOR MARRERO**
**U.S. FEDERAL JUDGE**

**CARLOS MORENO**
**FORMER U.S. FEDERAL JUDGE**
**U.S. AMBASSADOR TO BELIZE**

**DANIEL DOMINGUEZ**
**U.S. FEDERAL JUDGE**

**XAVIER RODRIGUEZ**
**U.S. FEDERAL JUDGE**

**JOSE MARTINEZ**
**U.S. FEDERAL JUDGE**

**JUAN RAMON SANCHEZ**
**U.S. FEDERAL JUDGE**

**PHILLIP GUTIERREZ**
**U.S. FEDERAL JUDGE**

**GONZALO P. CURIEL**
**U.S. FEDERAL JUDGE**

**JOHN ANTHONY MENDEZ**
**U.S. FEDERAL JUDGE**

**RUDOLPH CONTRERAS**
**U.S. FEDERAL JUDGE**

**MARY HELEN MURGUIA U.S. FEDERAL**
**COURT OF APPEAL FEDERAL JUDGE**

**MARCO LOPEZ FORMER**
**CHIEF OF STAFF OF U.S.**
**CUSTOMS AND BORDER PROTECTION**

**LINA HIDALGO TEXAS**
**HARRIS COUNTY JUDGE**
**HARVARD GRADUATE**

ADRIAN GARCIA, HARRIS
COUNTY COMMISSIONER

SILVIA TREVINO HARRIS COUNTY
PRECINCT 6 CONSTABLE
TOM PEREZ FORMER ASSISTANT
ATTORNEY GENERAL FOR CIVIL RIGHTS

ALEXANDER ACOSTA U.S. SECRETARY
OF LABOR

WAN KIM FORMER ASSISTANT ATTORNEY
GENERAL FOR CIVIL RIGHTS

MARGARITA SANCHEZ FORMER LATINA
COMMISSIONER FOR THE HISPANIC
NATIONAL BAR ASSOCIATION

REGINA RODRIGUEZ FORMER ASSISTANT
U.S. ATTORNEY IN COLORADO

SOFIA ADROGUE TEXAS ATTORNEY
HARVARD GRADUATE

SEEMA VERMA U.S. ADMINISTRATOR
FOR THE CENTERS FOR MEDICARE AND
MEDICAID SERVICES

JOSE ALTUVE
VENEZALAN ASTROS PLAYER

CARLOS CORREA PUERTO
RICAN ASTROS PLAYER

ALEXANDER RODRIQUEZ
DOMINICAN FORMER
NEW YORK YANKEE PLAYER

JENNIFER LOPEZ PUERTO RICAN
KNOWN AS JLO CELEBRITY

**BELCALIS MARLENIS ALMANZAR**
**KNOWN AS CARDI B**
**DOMINICAN/TRINIDADA CELEBRITY**

**ARMANDO CHRISTIAN PEREZ**
**KNOWN AS PIT BULL**
**CUBAN CELEBRITY**

**ROBYN RIHANNA FENTY**
**BARBADIAN CELEBRITY**

**NICKI MINAJ**
**TRINADAD CELEBRITY**

**PETER GENE HERNANDEZ**
**KNOWN AS BRUNO MARS**
**PUERTO RICAN**

**<u>DEFENDANTS</u>**

## INTRODUCTION

I, Vicki Fanning McLean a plaintiff and the Pro Se filer for the plaintiffs of the Estate of James McLean and the Estate of Louis Anthony Fanning, Sr all being native U.S. Citizens and Texas, or Louisiana residents am filing this case for the United States Citizens against the Country of Mexico, ETAL under the Patriot Act, Espionage Act of 1917, Sedition Act of 1918 Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, International Traffic In Arms Regulation Act of 1976, Racketeer Influence and Corrupt Organizations Act of 1970, Trading with the Enemy Act of 1917 &1939,  Bank Secrecy Act of 1970. Civil Rights Act of 1964, Social Security Act of 1935, 1965, Employment Retirement Income Security

Act of 1974, and Illegal Immigration Reform and Immigrant Responsibility Act of 1996. The plaintiffs in this case have previously filed a series of federal cases placed with the Foreign Intelligence Surveillance Court (known here after as FISC) under Intelligence Judge Martin Feldman in the U.S. District Court of Eastern Louisiana beginning on Sept. 28, 2016 Case 16-15001. The series of cases filed under the Foreign Intelligence Surveillance Court were filed primary under the Patriot Act of 2001, Alien Registration Act. Of 1940, McCarran-Walters Act of 1952, Bank Secrecy Act of 1970, Espionage, Act of 1917, RICO ACT of 1970, and the International Traffic in Arms Regulation Act of 1976 and Immigration and Naturalization Act of 1924 and 1952. Many of the issues addressed in this case were addressed by the plaintiffs against different defendants in FISC cases filed under the Patriot Act and Espionage Act in U.S. District Court of Eastern Louisiana in New Orleans 17-5578, 17-12760, 18-911, 18-3462, 18-3701 and U.S. District Court of Western Texas A18-1021 filed originally under Federal Judge Robert Pitman.

Due to these FISC cases being active with active investigations specifically addressing the yearly massive theft of U.S. funds by the Federal Reserve Shareholders back till 1913 there exists a much greater threat from immigrants, legal and illegal living inside the United State, to rise up and revolt against the U.S. Citizens in the border States and Coastal States while enabling the mass movement of foreign troops from the Mexican border falsely claiming asylum and refugee status, from overseas from China by way of cruise ships, and from Russia by way of illegal international underground subways to overtake the United States and the United States Citizens for the Federal Reserve Shareholders planned massive United States genocide.

The filing of this case for the U.S. Citizens as described against the Country of Mexico, ET AL under the Patriot Act, etc. should enable this case to be immediately

12

moved to the FISC under Judge Martin Feldman and Magistrate Daniel Knowles with immediate transfer to Chief Supreme Court Justice John Roberts to be in accordance with the U.S. Constitution Article 3, Sections 1-3 supported by the Federalist Papers Article 81.

Quote from the Federalist Papers Article 81

"Let us now examine in what manner the judicial authority is to be distributed between the supreme and the inferior courts of the Union. The Supreme Court is to be invested with original jurisdiction, only ``in cases affecting ambassadors, other public ministers, and consuls, and those in which a state shall be a party." Public ministers of every class are the immediate representatives of their sovereigns. All questions in which they are concerned are so directly connected with the sovereignties they represent; it is both expedient and proper that such questions should be submitted in the first instance to the highest judicatory of the nation. the public peace, that, as well for the preservation of this, as out of respect to Though consuls have not in strictness a diplomatic character, yet as they are the public agents of the nations to which they belong, the same observation is in a great measure applicable to them. In cases in which a State might happen to be a party, it would ill suit its dignity to be turned over to an inferior tribunal."

Due to the attack on Supreme Court Justice Brett Kavanaugh in 2018 led by U.S. Democratic Senator Diane Feinstein and the attack on Vicki McLean's first federal Judge Thomas Porteous in 2008 led by the Democratic controlled U.S. House of Representatives under Speaker Nancy Pelosi for the benefit of the Federal Reserve Shareholders there is a greater urgency to notify all Federal Judges to protect and aid them to rise up against the forging of their orders encouraging them also to transfer all forged cases to FICS. Vicki McLean forcing a citation hearing purposely positioned with Magistrate Daniel Knowles was how she enabled the FISC to prove

13

that all Vicki McLean's federal judges' orders being as many as 22 had been forged with the assistant U.S. Attorneys' motions on 6 Federal False Claim Espionage cases filed for the U.S. Citizens. Once enough evidence was acquired by FISC, all the cases filed by Vicki McLean were able to be picked up for the U.S. Citizens.

This case is being filed to address the subversive and espionage activities of the Country of Mexico, ET AL allowing massive numbers of Mexican Citizens and falsely documented Mexican U.S. Citizens using stolen U.S. Citizens social security numbers in violation of the U.S. Constitution, U.S. Immigration and Naturalization Acts of 1924 and 1952, Alien Registration Act of 1940, Espionage Act of 1917, Sedition Act of 1918, Bank Secrecy Act of 1970 and Patriot Act of 2001 to invade the United States to aid the U.S. Federal Reserve Shareholders to control and overtake the legitimate U.S. Government and U.S. Citizens established under the U.S. Constitution attacking them both financially and physically daily inside the United States on U.S. domestic soil.


The Country of Mexico like all nations by the early 1800's was controlled by the same global international bankers as the United States which will be referred to as the U.S. Federal Reserve Cartel. Mexico was originally a possession of Spain until the Mexico's War of Independence from 1807-1829. Cuba, Honduras, and Guatemala were also possessions of Spain. Originally New Mexico, Arizona, Nevada, Utah, California, Texas and 1/3 of Colorado were part of the Mexico territory. The United States began to exert influence over the Mexico territory that is now part of the United States in the 1820's. Because of rail development and the Federal Reserve Cartel wanting to connect the Atlantic coast to the Pacific coast in the southern area of the United States the Federal Reserve Cartel used their loyal economists and lawyers at the Ivy League Universities with Harvard University

14

being the dominant leader to devise the plans to acquire the Mexico land currently now held by the United States as parts of Texas, New Mexico, Arizona, Nevada, and California to establish the Southern Pacific Railroad. The inhabitants of Tejas being mostly the English-speaking settlers likely organized by the British and the U.S. Federal Reserve Cartel secretly revolted and declared independence from Mexico on March 2, 1836 establishing the Republic of Texas which became part of the United States in 1845. Federal Reserve Cartel and the U.S. Government worked together with their agents inside the Mexican government to continue to establish conflicts with the Republic of Texas to easily incite a false flag war known as the Mexican-American War of 1846-1848 to acquire all the land needed to connect the East coast of the United States with the West Coast by railway.

The International Bankers knew the financial standing of Mexico and the strength of the United States military that would guarantee the U.S. victory while putting the Mexican government in debt.  By the end of the Mexican American War in 1848 Mexico owed the American bankers $3.25 million. Mexican General Santa Anna was very similar to General George Washington and General Dwight Eisenhower working for the U.S. Federal Reserve Cartel. Mexican General Santa Anna made intentional poor military decisions that were very costly that allowed the U.S. Federal Reserve Cartel to establish the $3.25 million debt against Mexico.

The Mexican American War ended with the Treaty of Guadalupe Hidalgo which stipulated

1. Mexico must sell its northern territories to the US for US $15 million

2. The US would give full citizenship and voting rights, and protect the property rights of Mexicans living in the ceded territories

3. The US would assume $3.25 million in debt owed by Mexico to Americans.

After the war, the United States followed the railroad plans of the U.S. Federal Reserve Cartel claiming a better railroad route to California lay slightly south of the Gila River, in Mexico. In 1853 Mexico President Santa Anna sold the Gadsden Strip to the US for $10 million in the Gadsden Purchase carrying out the plans of the U.S. Federal Reserve Cartel. These lands were also rich in minerals, especially uranium.

The U.S. Federal Reserve Cartel using U.S. President Abe Lincoln orchestrated the false flag war known as American Civil War from 1861-1865 to acquire land and industries in the United Sates to complete the U.S. Federal Reserve Cartel southern railways. After the American Civil War, U.S. President Abe Lincoln ironically called Honest Abe obviously became too much of a liability for the U.S. Federal Reserve Cartel making it necessary to assassinate President Lincoln. U.S. President Kennedy in 1963 became too much of liability for the Federal Reserve Cartel after the signing of the U.S. Federal Reserve Cartel list of executive orders in violation of the U.S. Constitution - 10990, 10995, 10997, 10998, 10999, 11000, 11001, 11002, 11003, 11004, 11049, 11051 with President Kennedy knowing too much about the Federal Reserve Cartel slush funds stealing massive amounts of U.S. funds yearly. There is a very high probability that U.S. President Kennedy had not signed these executive orders and they had been forged or coerced using the FBI Director Hoover being the real motive for the assassination of U.S. President Kennedy.

Mexico progressed greatly under President Porfirio Diaz from 1876 – 1911. Mexico's infrastructure was greatly improved with the establishment of a strong stable central government and with increased foreign investment from Britain and the United States who had strong ties to the U.S. Federal Reserve Cartel. Railways, mining, and oil production increased with the help of American investors. It is reasonable to assume that John D. Rockefeller owner of Standard Oil a member of the U.S. Federal Reserve Cartel was very much involved in oil development in Mexico. Convenient rail links with the nearby United States railways gave local entrepreneurs from seven wealthy Mexican merchant families a competitive advantage over more distant cities.

By 1902 the Federal Reserve Cartel began planning to develop Area 51 the mind control headquarters for southwest United States to be located secrecy underground 83 miles north of Las Vegas and the secret illegal underground U.S. University and College mind control systems all across the United States using the stolen U.S. funds by the U.S. Federal Reserve Shareholders. Majority of these immigrant mind control programmers for Area 51 likely reside in the State of California originally through HIB VISAS and chain migration. It is reasonable to assume the Harvard Mind Control Headquarters under Lake Ontario mostly under Canadian soil stealing hydroelectric power from Niagara Falls was already in operation by 1902. The massive secret espionage underground developments being planned by the Ivy League university's economists would require immigrant labor to maintain secrecy. Due to the planned underground electrical needs there would be a greater need for copper for electrical wiring. The Ivy League University economists tied the economies of United States, Mexico, and Canada together to achieve all needed goals for the underground espionage development with maintaining the secrecy of

17

these illegal underground espionage operations.  The theft of massive amounts of U.S. funds was easily accomplished by the Federal Reserve Cartel in 1913 after the establishment of the Federal Reserve System an unconstitutional independent agency with unconstitutional illegal limited accountability by the U.S. Congress and U.S. Presidents. Adding additional unconstitutional independent agencies such as the Internal Revenue Service, Social Security Administration, CIA, etc. whose funds were controlled by the U.S. Federal Reserve System allowed unlimited amounts of U.S. funds, church funds, non-profit funds, insurance funds, FEMA funds, private entity funds, individual funds, etc. that could be stolen by the Federal Reserve Shareholders to  provide labor, supplies, and financing for all of the United States and global illegal underground research, development, and daily operations. Massive numbers of immigrant professors were given U.S. visas with stolen U.S. social security numbers to work in the illegal espionage underground operations.  Massive numbers of immigrant students were illegally allowed to steal U.S. University and college scholarships and grants not allowed under the U.S. Constitution due to illegally having been registered in U.S. public schools and having been provided stolen U.S. social security numbers like their immigrant parents. Only U.S. Citizens can apply for U.S. College financial aid because it requires possessing an U.S. social security number that no immigrant or immigrant child can legally possess under the U.S. Constitution. Once an immigrant is in possession of an illegally acquired social security number and having stolen U.S. benefits, U.S. Citizenship is disallowed for the adults and their children being in violation of the Espionage Act of 1917, Sedition Act of 1918, Bank Secrecy Act, Immigration and Naturalization Act of 1924 &1952, and the Alien Registration Act of 1940 also known as the Smith Act. The Harvard University was and continues to likely provide the dominant economists that are involved in planning the US, Mexico, and Canadian's monetary strategy, governmental policy strategy, labor strategy, immigration strategy, treaty and tariff

18

strategy, technology research strategy, industry strategy, and false flag war strategy to control the United States, Mexico, and Canada. This justifies a lawsuit for U.S. Citizens against Harvard University which was directly linked to the construction of the Federal Reserve Act of 1913 and the unconstitutional NAFTA Treaty using Mexican President Carlos Salinas, a Mexican economist that graduated from Harvard University. NAFTA was transacted between Mexico President Carlos Salinas and U.S. President George H.W. Bush, Sr. (former Director of the CIA, former U.S. Ambassador to the United Nations, and  Former Vice President under the Reagan Administration that had no accuse not to know that millions of Mexican Citizens inside the United States were using stolen U.S. Citizens' social security numbers with many of these Mexican Citizens illegally positioned by the U.S. Federal Reserve Cartel in Federal, State, and local governments as U.S. Congress members, State Legislatures, State and Federal Judges, State and Federal Law Enforcement, etc. all being violators of the Espionage Act and Alien Registration Act). NAFTA was later signed by the Federal Reserve Shareholder's U.S. President William Clinton in 1994 who had less knowledge and liability for knowing of all the Mexican Citizens inside the U.S. using stolen U.S. Citizens' social security numbers with the Mexican Government's involvement in espionage activities with their Mexican Citizens inside the United States since 1917. Remember Prescott Bush, father of George Bush, Sr.  a merchant banker was linked to the financing of Hitler during World War 2. Hitler was directly linked to the Federal Reserve Shareholders through the Kaiser Wilhelm Institutes, aiding to coordinate the removal of the Kaiser Wilhelm Institute NAZI staff to Russia and the United States as foreign spies under the U.S. Operation Paperclip to staff the U.S. Manhattan Project headed by Vannevar Bush responsible for secret underground development and the secret global HAARP Mind Control and Weather Modification Systems. Prescot Bush was a founding member and one of seven directors (including W. Averell Harriman) of the Union

19

Banking Corporation (holding a single share out of 4,000 as a director), an investment bank that operated as a clearing house for many assets and enterprises held by German steel magnate Fritz Thyssen. In July 1942, the Union Banking Corporation was suspected of holding gold on behalf of Nazi leaders. A subsequent government investigation disproved those allegations against the Union Banking Corporation but confirmed Thyssens' control. In October 1942 the United States seized the bank under the Trading with the Enemy Act and held the assets for the duration of World War II. Journalist Duncan Campbell pointed out documents showing that Prescott Bush was a director and shareholder of a number of companies involved with Thyssen. Under these finding and under the Internal Security Act of 1950, Alien Registration Act of 1940, and the Espionage Act of 1917 and 1939 Prescott Bush and his heirs should never have been allowed to run for any state or federal political office. This further explains why the Federal Reserve Shareholder's elected George Bush, Sr. as U.S. President in 1989, with George Bush, Jr. as governor of Texas in 1995-2000. This further explains why George Bush; Jr. was put in as the U.S. President for the Federal Reserve Shareholders takedown of the World Trade Towers on 9/11/2001 and to orchestrate the Irag False Flag War. At the same time his brother Jeb Bush was put in as governor of Florida in 1999-2007 the likely home of immigrants that staff AUTEC underground mind control operations the headquarters for southeast United States who travel by submarine by way of secret submerged submarine bases located along the Florida coast. Jeb Bush is married to Columba Carnica Gallo Bush, a Mexican Citizen, and daughter of a migrant worker. Due to massive Super Pac funding for Hillary Clinton's 2008 Presidential Campaign, the Clintons' role in aiding Uranium One to acquire the Kazakhstan Uranium Mines, Bill Clinton's involvement in NATFA, and with other dealing during the Clinton Administration, Hillary Clinton was the obvious U.S. Federal Reserve Shareholders intended 2009-2016 U.S. President. Vicki McLean

New Orleans False Claim Espionage Case 07-9717 stopped Hillary Clinton's from ever being U.S. President. Due to massive Super Pac funding Jeb Bush's 2016 Presidential Campaign, his grandfather's connections to Hitler, his father and brother's former Presidency being faithful to conceal all the espionage activities of the U.S. Federal Reserve Cartel, and Jeb Bush's role as the Governor of Florida, Jeb Bush was the obvious U.S. Federal Reserve Shareholders intended 2017-2024 U.S. President. Vicki McLean's Espionage Case 15-2555 and 16-15001 stop Jeb Bush from being elected U.S. President. Currently Jeb Bush's son George Prescott Bush is the Texas Land Commissioner. Obviously, the U.S. Federal Reserve Shareholders' trust in the Bush Family Clan's loyalty to do what the Federal Reserve Shareholders want is what keeps the Bush family clan in political office illegally.

The U.S. Federal Reserve Cartel orchestrated the American Panic of 1907 an economic downturn that caused instable banking in America and Mexico that led to the establishment of the unconstitutional U.S. Federal Reserve System in 1913 to establish various Federal Reserve Cartel slush funds for all their espionage activities inside the United States and Globally (see Exhibit 1 McLean, ET AL EX Rel United States VS Federal Reserve System 18-3462). The downturn in American caused a sudden drop in demand for Mexican copper, silver, gold, zinc and other metals making way for U.S. Federal Reserve Cartel to invest in Mexican mining. This set up the Mexican Revolutions false flag wars from 1910-1920 due to collusion between the Mexican politicians and the dominant bankers in Mexico. This Mexico Recession as planned by the U.S. Federal Reserve Cartel forced massive illegal immigration into the United States for railroad construction, public work projects, and underground espionage operations. By the 1920's. American Smelting and Refining Company (ASARCO) controlled by the Guggenheim Family had invested

20 million pesos and employed nearly 2,000 workers smelting copper and making wire to meet the demand for electrical wiring in the U.S. and Mexico. In order to hide underground espionage operations, it was important to import the wiring needs, steel needs, aluminum needs, and cement needs from Mexico. This is the main reason for the NATFA trade agreement to eliminate tariffs on imports so Mexico and Canadian companies can unfairly get all the contracts for equipment for underground espionage development that is not easily traceable due to no tariffs on Mexico and Canada goods and services and providing excessive NATFA VISAS to mostly immigrants using stolen social security numbers. Majority of the steel that is imported to the U.S. free of tariffs by way of Mexico and Canada comes in by way of India owned steel companies surely used for the illegal underground espionage expansion controlled by the India programmers in the Harvard Mind Control Headquarters. All imported steel, aluminum, and wiring into the United States require tariffs as high as 25% and extensive tracking to identify steel, aluminum, and wiring being used for illegal espionage underground development and other espionage related activities. This will force steel, aluminum, and wiring used in the United States to be produced in the United States to better be able to trace its' true use inside the United States for better national security. The orchestrated Cristero False Flag War in the late 1920's continued to force massive illegal immigration into the U.S. to set up the U.S. stock market crash and Great Depression of 1929.

This massive illegal immigration movement was accomplished with the Presidents of the United States and Mexico signing the unconstitutional Bracero Program in 1917. The Bracero Program brought hundreds of thousands of Mexican workers into the U.S. for the American farmers and for the U.S. Federal Reserve Cartel illegal underground operations. The Bracero Program denied the Mexican Citizens U.S.

Citizenship due to the enactment of the 1917 Mexico Constitution (Exhibit 2 Mexico Constitution of 1917 with amendments through 2015). Hundreds of Bracero Program candidates were rejected inside the United States to move in illegal immigrant labor force for the railway construction, and secret underground espionage operations taking away jobs from the U.S. Citizens and setting up the Great Depression inside the United States. The Mexican Politicians were linked to selecting the candidates for the Bracero Program. Surely the ones selected to cross into the U.S. border had been illegally microchipped in their frontal lobes making them foreign agents for Mexico and the U.S. Federal Reserve Cartel. The Bracero Program placed immigrant workers in the U.S. Agricultural Industry to apply toxic pesticides to the U.S. agricultural foods (defined as not growing agricultural products organically) to put poisonous toxins in U.S. Citizens that over time would tax their livers to cause diseases not exposed by intentionally not doing the proper lab work with alteration of the ranges of normal lab work not acceptable for the human body. The U.S. Federal Reserve Cartel, United Nations, and U.S. universities prepared to move in massive numbers of immigrant doctors and medical students from Canada, India, China, etc. to control the medical industry to intentionally misdiagnosis all diseases caused by toxins, cholesterol, etc. to depopulate the United States causing long slow medical murders while greatly increasing the Federal Reserve Shareholders espionage slush funds. (Exhibit 3  McLean, ET AL EX REL United States VS  United Nations, ET AL 18-3701) (Exhibit 4 McLean, ET AL EX REL  United States VS State of Texas Secretary of State Elections Division, ET AL A18-1012)  This continues to be easily done by manipulation of lab work with unacceptable normal ranges so to hide the high levels of toxin, high levels of cholesterol, etc. intentionally allowing disease to progress leading to long slow medical murders which enrich the U.S. Federal Reserve Cartel Medicare, Medicaid, and Insurance slush funds using the illegal double billing system on all items and

23

services on all patients in all types of hospitals. There are likely, as many as 20 million U.S. medical murders every year due toxins, cholesterol, etc. being added to foods and the intentional misdiagnosing of diseases as cancer, etc. causing slow medical murders with many expedited with the use of biological weapons known as chemotherapy and radiation therapy. This explains why Bracero Program workers and Mexican illegals who entered by way of the Bracero Program were permitted to steal education, housing, and Welfare and provided stolen U.S. Citizens' social security numbers for Mexican Citizens and their children as early as 1917 to enable the Mexican citizens to steal U.S. college scholarships and grants to work in the U.S. Federal Reserve Cartel college mind control systems controlling the U.S. citizens and U.S. and State governments.. After enacting the Immigration and Naturalization Act of 1924 the Mexican immigrant children having acquired a stolen social security numbers with their parents not entitled to U.S. Birthright citizenship due to being Mexican Citizens like their immigrant parents and not entitled to have been registered in U.S. Public Schools illegally acquired university scholarships and grants using stolen social security numbers, and worked in the illegal college mind control system forging judges' orders and attorneys' motions, attack U.S. Citizens financially and physically daily. This explains why so many U.S. Mexican graduates having stolen U.S. and State Education funds and worked in the college illegal mind control systems became U.S. Attorneys, State Legislatures, U.S. Congress members, Federal and State Judges to protect all immigrants from all nations who have stolen social security numbers like over 90% of the Hispanic immigrants and their children. This also explains why so many Bracero Program children were employed in federal and state positions and elected to legislature positions. This also explains why the Harvard Mind Control Headquarters in 2018 altered the biographies of all the Latino and India legislatures especially the ones from California and the U.S. congress so not to reveal their parents' immigrant history in Wikipedia. Due to the protection

24

given to the Latino and India State Legislatures and Latino and India U.S. Congress members while the Asians biographies were not altered it is reasonable to assume that Mexico and India have played a major role in determining and aiding the other Latin Countries to immigrate to the United States, acquire stolen social security numbers, and obtain federal, state, and local government positions inside the United States. This occurred after Vicki McLean notified the California Legislature how she used Wikipedia biographies to determine 36 California Legislatures and 39 U.S. Congress members being fraudulent U.S. citizens using stolen social security numbers. Many were referred to as children of immigrant farm workers or of the Bracero Program workers.  For these reasons and other reasons, it is reasonable to conclude the Latin and Hispanic Cartels inside the U.S. with the Harvard Mind Control Headquarters being India programmers are responsible for the mass shootings in the United States. This conclusion was further supported because the victims of mass school shootings using the Latin and Hispanic Cartel students of the school include an Asian victim often without any Latin or Hispanic victims when Latin students represented a very high percentages of the students' population. Hispanic students were targeted in more recent school shootings likely due to Vicki McLean noticing this strong correlation. It is reasonable to conclude the Latin immigrant students illegally registered in the schools are the shooters with the Latino maintenance men and Latino housekeepers with stolen social security numbers being used to move the guns in and out the building. An African American Native U.S. Citizen being a former maintenance man for Klein Independence School District in Spring, TX who was framed out of his job reported to Vicki McLean in early 2019 that 90% of Klein ISD maintenance staff were Latino. Most recently, the Parkland, FL High School victims were mostly American natives with a few Asian immigrant victims in an area that is heavily populated with Latin and Hispanic immigrant students. Vicki McLean exposed the Latin immigrant students in the schools as

being the real shooters easily identified by the surviving students and staff in reports emailed across the country starting in Jan. 2019. (Exhibit 5 – 52-page report designed by Vicki McLean being a summation of espionage activities, terrorists' attacks, etc. inside the U.S. and aboard linked to Vicki McLean's FISC cases active investigations with incite how to track down the mind control terrorist programmers living inside the United States) (Exhibit 6- 21-page report designed by Vicki McLean on India U.S. Politicians and their immigrant parents giving great incite on how to track down the India programmers working in the Harvard Mind Control Headquarters and for the Universities and Colleges mind control systems and other underground operations)

Two of the Parkland, Fl High School Students were then murdered by the Harvard Mind Control Headquarters Programmers working with the cartels in March 2019 and have been falsely classified as suicides. These deaths occurring after Vicki McLean emailed the report in Exhibit 5 across Florida exposing the Latino students, Latino maintenance men, and Latino Housekeepers being responsible for the school shootings gives greater indications that all the students, staff, and parents of the students knowing who the real shooters were are being intimidated daily by the Latin immigrants and the Latin students aided and coordinated by the Harvard Mind Control Headquarters India programmers.

The Mexico Government working with the Federal Reserve Cartel immediately after the discontinuation of the Bracero Program passed the Border Industrialization Program (BIP) or the Maquiladora Program in 1965. The Federal Reserve Cartel no longer needed the secret Bracero Program to move massive numbers of immigrant labor force into the U.S. and to control the U.S. agricultural industry. Now it was important to start adding toxins to processed foods and manufactured goods to increase the rate of toxins consumed by the U.S. residents, citizens and immigrants.

26

The Federal Reserve Cartel goals for the Border Industrial Program known as the Maquiladora Program was to use Mexico to add hazardous materials into the production of products that would be imported to the U.S. to further aid in killing millions of U.S. Citizens using toxins while providing massive income to the Mexican Government ·from manufacturing in Northern Mexico. This was compensation to the Mexican government for continuing to allow as much as 10% of their citizens to migrate to the United States not recording their exits and not requiring them to uphold their civil responsibilities to pay taxes on their United States earned income so the Federal Reserve Shareholders could steal all their payroll deductions using the stolen U.S. Citizens Social Security numbers.

The enforcement of the Mexico Constitution in 1917 was required to achieve diplomatic recognition of Mexico's oil industry and to establish Mexico Birthright Citizenship. The Mexico Constitution established the Mexico naturalization and citizenship laws making sure no Mexican citizen with their children born in United States moved to the United States originally under the Bracero Program would qualify for U.S. Citizenship due to Mexico's jurisdiction over their citizens and their American born children. This denial of U.S. Birthright citizenship of Mexican Citizens children born inside the United States would become more obvious when the U.S. Legislature passed the U.S. Immigration and Naturalization Act of 1924 establishing the guidelines for birthright citizenship. All Mexican citizens children are granted Mexican citizenship under the Mexico Constitution of 1917 being the same year the Bracero Program was signed which gave Mexico jurisdiction over the children of their Mexican Citizens born in the United States disallowing the Mexican children born in the United States U.S. birthright citizenship with requiring all Mexican children inside the United States to register with the Immigration and Naturalization Service (INS) known today as the Citizenship and Naturalization

Services (USCIS) under the U.S. Dept. of Homeland Security and be given an Alien Registration number starting in 1940 or be in violation of the espionage act with their parents with or without possessing a stolen social security number like their parents.

The Mexican politicians were involved in the selection of the Mexican Citizens that would be allowed to cross into the United States to later be either accepted or rejected into the Bracero Program intentionally not providing a force escort back to Mexico once rejected. This is how the Mexican workers would originally be illegally assisted into the United States to steal U.S. jobs, U.S. education, and Medicaid benefits that no immigrant, legal or illegal were entitled to receive under the U.S. Constitution which is different from the Mexico Constitution since Mexico has extremely low migration. This theft of U.S. benefits and social security numbers would automatically disqualify all Mexican citizens and their children for legitimate U.S. Citizenship. No immigrant, legal or illegal, not being U.S. Citizens can legally possess a social security number and register their children in free public schools not being children of U.S. Citizens. This theft of U.S. and State Education funds by the immigrant parents and the immigrant child is a violation of U.S. Laws disqualifying the immigrant parents and the immigrant child for U.S. Citizenship. Theft of Medicaid funds at time of birth by immigrant parents and immigrant children would also disqualify the immigrant parents and immigrant children for U.S. Citizenship. Immigrants do not have due process rights in any court of law inside the United States. Request for asylum by immigrants inside a U.S. court is theft of U.S. benefits. All services provided to immigrants while in U.S. detention costs are also theft of U.S. benefits denying U.S. Citizenship. Attorneys representing immigrants illegally in U.S. court are guilty of aiding and abetting immigrants to steal U.S. benefits and court costs. The Mexican government being directly involved with the Bracero

Program candidates are directly linked to aiding Mexican citizens to steal U.S. social security numbers, U.S. and States Benefits, and apply toxins to U.S. agricultural products beginning with the inception of the Bracero Program in 1917 the same year of the enactment of the Mexico Constitution of 1917 that clearly claims jurisdiction over their citizens and all their citizens' children. This links the government of Mexico directly to all the espionage violations of their Mexican Citizens.

Now to accomplish and enact the U.S. Citizens social security system and an unlimited charter for the Federal Reserve System, the Federal Reserve Cartel orchestrated the 1929 Stock Market Crash with the Great Depression of 1929. The illegal Mexican immigrants were used intentionally to displaced U.S. workers to aid in the 1929 Stock Market and Great Depression. The U.S. Pension funds for the U.S. citizens provided a major source of funds the Federal Reserve Cartel could illegally invest with stealing all social security funds of immigrants using stolen social security numbers while immigrants were illegally allowed to steal U.S. and State benefits using the stolen U.S. Citizens social security numbers. All stolen U.S. Citizens social security numbers payroll deductions can easily be traced to the stolen U.S. funds funding espionage activities making all immigrants and fraudulent U.S. Citizens in possession of a stolen social security numbers to be funders of espionage activities. The immigrants' payroll deductions for Medicare and Social Security not being provided to the legitimate U.S. government with allowing the immigrants to steal U.S. and State benefits has been the dominant cause of the unconstitutional U.S. Debt. The Federal Reserve Cartel likely would illegally invest the banks' reserves placed with the Federal Reserve Banks required by the Federal Reserve System. These bank reserves should have been restricted from investment by the Federal Reserve Shareholders to decrease the risk of insolvency of the banks and the U.S. government.

The Social Security System beginning in 1935 also provided a means to give stolen social security numbers to immigrants to acquire illegal work and illegal Federal and State benefits while increasing Federal Reserve slush funds for espionage activities. Future Social Security Numbers for future unborn U.S. Citizens have already been stolen by immigrants inside the United States.  No immigrant should ever have been issued a U.S. social security number until becoming an official legitimate U.S. Citizen. The Federal Reserve Cartel had control over all industries forcing the illegal immigrant labor on all American industries. The American employers even made requests directly to the President of Mexico for immigrant workers pressured by the Federal Reserve Cartel having control over all bank loans.

Waves of repatriation of Mexicans from the United States generally occurred due to economic downturns orchestrated by the Federal Reserve Cartel. There are reports of up to 150,000 Mexicans repatriations having occurred during 1920-1921. "Mexican Repatriation" from Wikipedia reported that Mexican President Pascual Ortiz Rubio in 1931 stated the Mexican government was "duty bound" to help repatriate Mexicans who lived in the annexed portions of the Southwest United States that were not U.S. Citizens.

"Mexican Repatriations" from Wikipedia reported:

1920-1921                    150,000 repatriations

1929-1937                    400,000 repatriations

Once again due to the Federal Reserve Cartel orchestration of World War II that lured the United States into World War II False Flag War assisted massive numbers of illegal Mexican immigrants to migrate to the United States again to support their planned Manhattan Project being the main reason for World War II. The Manhattan

Projects required a massive immigration labor force for secrecy. This later led to Mexican repatriation known as Operation Wetback beginning in 1954 removing over 2 million illegal Mexican immigrants living inside the United States. Many of the Mexican Citizens that were sent back were legitimate U.S. Citizens who likely were honest and opposed all the illegal Mexican Citizens knowing the illegals ties to the Mexican cartels. The ones that were legitimate Mexican U.S. Citizens allowed to stay in the United States were likely major movers of drugs and illegal immigrants into the United States having favor with the Harvard Mind Control headquarters. Many of these being legitimate Mexican American Citizens with favor with the Federal Reserve Shareholders likely were moved into positions of power especially in the border states to greatly aid the government of Mexico to move Mexican and Central American immigrants, cartels, weapons, money, and illegal drugs, etc. into and out of the United States.

All wars the United States have participated in since World War I have been false flag wars orchestrated by Federal Reserve Cartel, and their agents inside the governments of all nations with the help of the United Nations for the following reasons:

1. To distract the real authentic U.S. Citizens with war efforts while hundreds of thousands of Federal Reserve Cartel Foreign Cartel members are entering (entering with and without inspection, through unconstitutional unilateral executive orders or agreements allowing entry under refugee or trafficking victim status) into the United States to aid Federal Reserve Cartel to overthrow the legitimate United States Government by providing labor and illegal funding for establishing the illegal underground operations and to continue to expand, and maintain illegal underground military bases and the illegal underground mind control systems throughout the United States while

31

increasing the Federal Reserve Cartel Slush funds for espionage activities inside and outside the United States.

2. To move more members of Federal Reserve Cartel Mafia Gang agents into the U.S. and into federal, state, and local government positions.

3. To enlarge the wealth and technology abilities of the private owned Defense and Aerospace Industry inside the United States under the control of the Federal Reserve Cartel for future planned projects under DARPA, Manhattan Project, U.S. Atomic Energy Commission, University Research Programs, and U.S. research projects.

4. To kill and severely injure many of the male native-born real authentic U.S. citizens during false flag war efforts overseas who are resistant to Federal Reserve Cartel by using many of the Federal Reserve Cartel Mafia Gang agents inside the U.S. military in top military positions. Due to General Dwight Eisenhower involvement with the Manhattan Project it is reasonable to conclude that General Eisenhower was a Federal Reserve Cartel Mafia Gang agent inside the U.S. Military. Due to the Pearl Harbor event it is also reasonable to know all the generals responsible for placing all those Navy ships at the same port at the same time were also Federal Reserve Cartel Mafia Gang agents inside the U.S. Military. Federal Reserve Cartel Mafia Gang members continue to frame, injure, and kill all U.S. Military and U.S. veterans inside the United States using their members inside the college illegal mind control systems staff mostly with immigrants (**academic mobility network**), dreamers, and anchor babies.

5. To enable immigrants who are not U.S. citizens to join the U.S. military to assist Federal Reserve Cartel in hindering the U.S. military success in Federal Reserve Cartel False Flag wars until the war objectives of Federal Reserve Cartel have been achieved. The duration of a false war is determined by the

objectives to be accomplished for Federal Reserve Cartel and United Nations which often involve the following:

- Acquiring land and mineral assets that are owned by the country or its' citizens by making the land location war zones areas.

- Removing the current government regime ruling over the foreign nation opposing Federal Reserve Cartel.

- Moving massive numbers of refugees to developed nations for subversive activities for Federal Reserve Cartel and United Nations inside the United States and European nations. Citizens and family members chosen for refugee status by Federal Reserve Cartel Mafia Gangs in foreign nations would have been active members aiding New World Order activities in their native country whose families were guaranteed early removal to aid in subversive activities in developed countries. At some future time, the participants in the subversive operations in the foreign country are promised to be allowed to join their families in the developed countries once a replacement for their position is accomplished in their native country. Operation Paperclip was a similar operation that finalized the Manhattan Project movement of NAZI scientists, doctors, engineers, professors, etc. during and after World War II to the United States illegally given them refugee and asylum visa status. Likely the reason why so many foreigners have been allowed to enter the U.S. Military with so many doctors from the U.S. and other countries to assist in assignments overseas and on mission trips are as follows:

- Completion of planned underground development in foreign countries

- Establishment of underground research and cloning centers inside undeveloped countries
- Development of nuclear reactors
- Removal of minerals like oil, uranium, etc.

6. To weaken the U.S. Citizens' family units financially and mentally by removing the male head during false flag war efforts overseas.

7. To move more foreign professional immigrants into the United States who worked in underground operations aboard for the Federal Reserve Cartel and the United Nations to work in the yearly expansion of the U.S. illegal underground military bases and illegal underground mind control systems like the Manhattan Project and Operation Paperclip.

8. To move foreign immigrants into the United States to steal U.S. jobs to weaken the American families financially while drastically increasing the Federal Reserve Cartel slush funds for illegal espionage activities.

9. To move in massive numbers of poverty-stricken groups claiming asylum, refugee, immigrant minor, stateless person, internally displaced person, and trafficking victim status to steal state and federal benefits especially Medicaid and Medicare benefits that uses the double billing of all services on all patients in every hospital to drastically increase the Federal Reserve Cartel slush funds for illegal espionage activities.

10. To move in massive numbers of Federal Reserve Cartel, League of Nations, and United Nations trusted foreign professors to participate in university research and supervision of the college mind control staff displacing the American professors more and more forcing more and more to work overseas to maintain their university professor employment.

11. To move in massive numbers of foreign engineers, scientists, computer specialists, etc. into American corporations and permanently displacing the

American professionals to gain better control over all corporations inside the United States and force more and more of the American professionals to work overseas to maintain their professional employment.

12. To move in Federal Reserve Cartel, League of Nations, and United Nations trusted foreign doctors to aid in intentionally misdiagnosing the U.S. citizens' diseases falsely labeling millions yearly with a cancer diagnosis to depopulate the native-born American citizens murdering them by using the biological weapons of chemotherapy and radiation therapy. While the foreign doctors are killing millions of Americans each year with Chemotherapy and Radiation Therapy developed by the Kaiser Wilhelm Institute members the U.S. hospitals are double billing for all the services for all patients while in the hospitals. The foreign doctors inside the United States are noted to drastically abuse Medicaid and Medicare using the illegal double billing of all services on all patients by doing massive numbers of illegal hospital admissions, ordering excessive unnecessary tests and procedures not related to the intentionally upgraded diagnosis, illegally extending the hospital stays of patient, and illegally transferring patients to other hospitals to extend their hospital stays. All these abuses to Medicaid and Medicare by foreign doctors drastically increase the Federal Reserve Cartel slush fund which was the subject of Vicki McLean's New Orleans first false claim case 07-9717 filed on Dec. 20, 2007 in U.S. District Court of Eastern Louisiana in New Orleans. The illegal employment of foreign physicians in the United State forces the American physicians to work overseas in order to maintain employment as a physician.

13. To move more members of Federal Reserve Cartel Mafia Gang agents into the U.S. and into federal, state, and local government positions.

14. To enlarge the wealth and technology abilities of the private owned Defense and Aerospace Industry inside the United States under the control of the Federal Reserve Cartel for future planned projects under DARPA, Manhattan Project, U.S. Atomic Energy Commission, University Research Programs, and U.S. research projects.

The Mexican Government with their Mexican Citizens which includes their children and grandchildren living inside the United States since 1917 to present continue to participate in the overthrow of the U.S. Government stealing and using U.S. Social Security numbers, killing Americans, stealing U.S. citizens assets, stealing U.S. jobs, stealing U.S. and States benefits, funding U.S. espionage activities, working in U.S. espionage activities, and aiding millions of illegal and legal immigrants into the U.S. with providing the immigrants stolen U.S. social security numbers. There is little doubt that the Mexican Government with the U.S. Federal Reserve Shareholders continue to control and to overthrow the legitimate U.S. government and U.S. Citizens established under the U.S. Constitution. Extensive inspection of all items, services, and individuals crossing the U.S. Mexico border needs to occur. 25% tariffs should be placed on all Mexico imports. All trade deals especially NAFTA should be canceled immediately. Mexico needs to require visas for Mexican Citizens and foreigners to move in and out of Mexico. If Mexico does not assist in the removal of all their 35+ million Mexican Citizens using stolen U.S. social security numbers and have stolen U.S. and State benefits then Mexico should be sanctioned with the intent to declare war against Mexico if necessary to accomplish the removal of all Mexican Citizens who have used a stolen social security number and stole U.S. and State benefits. The Mexican Citizens using stolen social security numbers must be fingerprinted and deported permanently from the United States being violators of the Espionage Act and Patriot Act with the government of Mexico. The Government

of Mexico should be assessed the costs of all the U.S. and State benefits stolen and damages to the U.S. Government and U.S. Citizens by their Mexican Citizens. The Mexico Government under the Mexico Constitution of 1917 is responsible to provide these benefits to their Mexican Citizens that were stolen from the U.S. and State governments. The Mexico Government has jurisdiction over their Mexico Citizens and liable for their massive espionage actions beginning in 1917.

## ARGUMENT

## TELL TALE SIGN OF A MEXICAN CITIZEN AIDING TO OVERTHROW THE U.S. GOVERNMENT WITH THE MEXICO GOVERNMENT

The Federal Reserve Cartel continues to move massive amounts of illegal and legal immigrants from Mexico, Central America, South America, and Asia for their espionage activities by way of the Mexican border with great assistance by the Mexico Government intentionally not requiring visa documentation to exit Mexico into the United States and not requiring their Mexican Citizens to fulfill their Mexican Civil responsibility to pay Mexico income taxes on their foreign U.S. earned income.

**Mexico Constitution Article 11 states:**

"Every person has the right to enter and leave the country, to travel through its territory and to move house without the necessity of a letter of safe passage, passport, safe-conduct or any other similar requirement. In the event of criminal or civil liability, the exercise of this right shall be subject to the judicial authority."

The Mexican citizens living inside the United States involved in overthrowing the U.S. Government can be identified by having many of the following criteria:

- An illegal microchip in their frontal lobe that can be seen with an MRI with contrast of the Brain done properly
- Possessing a stolen social security number
- Having stolen education, Medicaid, Medicare, housing, FEMA, and welfare benefits, etc. as an immigrant, an immigrant parent, and/or an immigrant child.
- Having obtained a U.S. driver license with fraudulent identification
- Having fraudulent INS and/or Dept. of Labor documents.
- Having fraudulent birth certificates, passports, etc.
- Having obtain fraudulent U.S. university and college scholarships and grants using a stolen social security number.
- Having worked in the university and college mind control system.
- Having been a medical student and/or physician inside the United States intentionally misdiagnosing U.S. citizens to murder and aid the Federal Reserve Shareholders in illegally admissions, ordering illegal lab, imaging tests, and diagnostic tests, intentionally upgrading the admissions diagnosis, extending the hospital stays, illegally transferring the patients to another hospital to extend hospital stays to increase the Federal Reserve Shareholders theft of Medicare, Medicaid, and Private Insurance funds.
- Having been involved in the Bracero Program.
- Having worked in illegal underground operations in college or for a private entity.
- Having worked as a U.S. college professor.

38

- Having worked for the Federal, State, or local government using a stolen social security number.
- Having been a Mexican Contractor using a stolen social security number obtaining government contracts.

How odd is it that the Mexico Constitution was finally ratified and enforce in 1917 the same year the Bracero Program was initiated to send Mexican Citizens chosen by the Mexican politicians to participate in apply toxins to all U.S. agricultural products and work illegally inside the United States with many working in the illegal underground operations  The Bracero Program denied candidates and all other Mexican Citizens with their children from becoming U.S. Citizens to deny the Bracero workers, to deny the illegal immigrants workers in underground operations, and  to deny the legal immigrant workers to be able to sue the Federal Reserve Cartel due to processing a stolen social security number and stealing U.S. and State benefits.  The Mexico Constitution clearly identifies who is a Mexican citizen by birth known as birthright citizenship which also means the Country of Mexico has jurisdiction over the Mexican immigrant according to U.S. Immigration and Naturalization laws disallowing U.S. Citizenship by way of birthright citizenship for their children and for determination of illegal entry and overstaying ones' visa.

## The Mexico Constitution in Chapter II Article 30 Section A states:

"Mexican nationality is acquired by birth or by naturalization."

A. The Mexican nationals by birth are:

I. Those born in the Mexican territory, regardless of their parents' nationality;

39

II. Those born in a foreign country which are sons/daughters of Mexican parents born in national territory, of Mexican father born in national territory, or of Mexican mother born in national territory;

III. Those born in a foreign country which are sons/daughters of Mexican parents by naturalization, of Mexican father by naturalization, or of Mexican mother by naturalization

IV. Those born on board of Mexican military or merchant vessels or aircrafts.

• Requirements for birthright citizenship"


**The Mexican Constitution clearly attributes birthright citizenship to all children even children born inside the United States by their Mexican Citizens. The country of Mexico through the Mexico Constitution claims jurisdiction over their Mexican Citizens born in Mexico and all their children born abroad living abroad.**

**Mexican citizenship by naturalization becomes important since many Mexican Citizens living inside the United States have intentionally married U.S. Citizens to attempt to acquire U.S. Citizenship while having violated the U.S. Immigration and Naturalization Laws and other U.S. Laws disqualifying the immigrant spouse for legitimate U.S. Citizenship with also labeling the U.S. Citizen spouse married to an unlawful immigrant as aiding and abiding a unlawful immigrant inside the United States most being immigrants in violation of the U.S. Immigration and Naturalization Act of 1924 & 1952,  U.S. Alien Registration Act, the U.S. Espionage Act of 1917, Sedition Act of 1918, U.S. Patriot Act, and U.S. Bank Secrecy Act with their American spouses.**

**Mexico Constitution Article 30 Section B states:**

"Mexican nationality is acquired by birth or by naturalization."

**"B. The Mexicans by naturalization are:**

I.  Those aliens who obtain a naturalization card from the Department of Foreign Affairs.

II.  Any foreign woman or man who marries a Mexican man or woman and establishes residence inside the Mexican territory, provided that foreigner complies with the other requirements set forth by the law for that purpose."

III.

**"• Requirements for naturalization"**

**A United States spouse married to a Mexican Citizen is not considered a Mexican Citizen unless residency is established inside Mexico. The United States has never made Dual Birthright Citizenship available to a United States Citizens. Note for a spouse to become a Mexican Citizen Mexico also requires obedience to their Mexico Laws not allowing the Mexican Citizen to aid in harboring a lawless foreigner**

**Dual Citizenship offered by Mexico became actively published in 2018 being subversive activity by the government of Mexico to encourage all children of Mexican Citizens brought to the United States to fraudulently apply for U.S. Citizenship knowing they are using stolen social security numbers and stole U.S. and State benefits. This is further evidence of the Mexican government aiding and abetting the lawlessness of their Mexican Citizens inside the United**

States in violation of the Patriot Act, Alien Registration Act of 1940, Immigration and Naturalization Acts of 1924 and 1952, Sedition Act of 1918, Espionage Act of 1917, and Bank Secrecy Act of 1970.

Furthermore Article 37 justifies even further that a Mexican Citizen cannot have dual birthright citizenship inside the United States with Mexico claiming jurisdiction over the child of a Mexican Citizen.

**The Mexico Constitution Article 37 Sect A states:**

"A. The Mexican nationality by birth shall never be revoked."

A Mexican Citizen by naturalization can be revoked under Mexico Constitution Article 37 Section B states:

"B. The Mexican nationality by naturalization can be revoked in the following cases:

I. If the person voluntarily acquires a foreign nationality, pretends to be foreign citizen when subscribing any public document, uses a foreign passport or accepts or uses nobility titles which imply submission to a foreign State.

II. If the person lives abroad for five years in a row.

C. Mexican citizenship can be revoked in the following cases:

I.      If the person accepts or uses nobility titles issued by foreign governments.

II.      If the person voluntarily provides services to or performs an official function for a foreign government without approval of the Federal Executive.

I.     If the person accepts or uses foreign decorations without approval of the Federal Executive.   The President of the Republic, Senators and Representatives and Supreme Court Justices may freely accept and use foreign decorations.

**• Conditions for revoking citizenship**

II.    If the person accepts titles or employment from other country's government without approval of the Federal Executive, except by literary, scientific or humanitarian titles, which can be freely accepted.

**• Reference to science**

I.     If the person helps a foreigner or foreign government against the Nation in any diplomatic controversy or international court.

II.    In any other cases as prescribed by the laws."


**The Mexico Constitution also places obligations on Mexican Citizens in**

**Mexico Constitution Article 31 states:**

**"Obligations of the Mexicans are:**

I.     To make their children or pupils attend to the public or private schools to receive preschool, elementary, middle and higher education and the military [education] under the terms set by the law.

II.    To assist at the date and time established by the Municipal Council of their place of residence, to have civic and military training for them to be able to exercise their citizen rights and to have the appropriate knowledge about military discipline and firearms handling.

III.   To join the Nation Guard, according to the pertinent organic law, in order to defend and assure the Nation's independence, territory, honor, rights and interest, as well as to maintain the domestic peace an order.

**• Duty to serve in the military**

IV.   To contribute to the public expenditures of the Federation, the Federal District, the States or the Municipalities in which they have residence in the proportional and equity manners that the law has established."

**• Duty to pay taxes"**

**The Mexican Constitution clearly requires all Mexican Citizens to enroll their children in school through high school, to serve in the Mexican Military if required, to join the National Guard to maintain peace, and to pay taxes on their property and income. Further clarified in Mexico Constitution of the Mexican Citizens' civil responsibilities while living abroad.**

**Mexico Constitution Article 36 states:**

"Responsibilities of Mexican citizens:

I.   To register himself at the respective tax office, declaring his property and profession or work. To register himself in the National Citizen Register, according to the law.   The National Citizen Register, its organization and permanent functions, as well as the issuance of the document that certifies the Mexican citizenship are public services under the State and citizen responsibility according to the provisions stated by the law.

II.   To join the National Guard

**. • Duty to serve in the military**

III.   To vote in the elections and the referendum under the terms set by the law;

44

• Referenda"

There are no exceptions to Mexican Citizens living abroad. All Mexican Citizens are to register himself at the respective tax office, declaring his property and profession or work. Mexican Citizens living in the United States are to register with the Mexico National Citizen Register whose function is also to certify Mexican Citizenship. Failure to do so by Mexican Citizens living in the United States and for their Mexican Citizen children who are guaranteed birthright citizenship under Mexico Constitution would be a violation of Mexico's laws.

A Mexican Citizens living inside the United States who have failed to register their children, join the national guard, and pay taxes on their income inside the United States would be in violation of Mexico Laws.

Furthermore, the Mexican Government would be liable for the theft of U.S. education benefits by Mexican Citizens mandated to attend school.

The Rights attributed to Mexican Citizens are stated in the following Articles of the Mexico Constitution:

Mexico Constitution Article 2 states:

"Article 2 Section B-II

" II. Guarantee education and increase educational level of indigenous peoples, favoring bilingual and cross-cultural education, literacy, completion of the elementary and secondary education, technical training, high education and university education. Also, the authorities must establish a scholarship system for indigenous students at all grades, as well as define and carry out regional

educational programs, according to indigenous peoples' cultural heritage and opinion, and according to the law. Authorities must promote respect towards the several cultures of the Nation and knowledge about them.

## Article 2 Section B-III

III. Enforce an effective access to health services by increasing the coverage of the national health services, while making good use of traditional medicine and to improve the indigenous people's nutrition through food programs focusing especially on children.

## Article 2 Section B-IV

IV. Improve the living conditions of indigenous communities and the spaces used for social activities and recreation through policies that enables the access to public and private financing for housing construction and home improvements, as well as policies that extend the coverage of basic social services

## Article 2 Section B-VIII

VIII. Establish social policies to protect indigenous immigrants both, in Mexican territory and foreign countries, through actions that: assure farm workers' labor rights, improve women's health, provide special educational and nutrition programs for children and young people belonging to immigrant families, ensure their human rights are respected and spread indigenous peoples' culture.

## Article 3

All people have the right of education. The State – Federation, States, Federal District and Municipalities – will provide preschool, elementary, middle and high education. Preschool, elementary and middle educations are considered as basic education; these and the high school education will be mandatory.

## • Compulsory education

Education provided by the State shall develop harmoniously all human abilities and will stimulate in pupils the love for the country, respect for human rights and the principles of international solidarity, independence and justice.

## • Reference to fraternity/solidarity

The State will guarantee the quality in mandatory education, in a way that educational material and methods, school organization, educational infrastructure and the suitability of teachers and principals ensure the highest learning achievement of students."

## "Article 4

Man and woman are equal under the law. The law shall protect the organization and development of the family.

## • Equality regardless of gender

## • Provision for matrimonial equality

Every person has the right to decide, in a free, responsible and informed manner, about the number of children desired and the timing between each of them.

## • Right to found a family

All individuals have the right to nutritional, sufficient and quality nourishment. The State shall guarantee this. Every person has the right to health protection. The law shall determine the bases and terms to access health services and shall establish the competence of the Federation and the Local Governments in regard to sanitation according to the item XVI in Article 73 of this Constitution.

## • Right to health care

All the education provided by the State shall be free of charge

- **Free education**

Any family has the right to enjoy a decent and respectable house. The law will set the instruments and supports necessary to achieve such objective.

- **Right to shelter**

Any person has the right to identity and to be registered immediately after their birth. The State shall guarantee the compliance of these rights. The competent authority shall issue, without any cost, the first certified copy of the birth certificate or registration. The State, in all decisions it makes and all actions it carries out, will safeguard and comply with the principle of doing what is in the best interest of children, thus entirely guaranteeing their rights. Boys and girls have the right to having their nutritional, health, educational and recreational needs satisfied for their proper development. This principle should guide the design, enforcement, following up and evaluation of the public policies focused on childhood.

- **Rights of children**

Ascendant relatives and guardians have the obligation of maintaining and demanding the compliance of these rights and principles. The State will grant aid to individuals in order to assist with the compliance of the rights of children"


**The Mexico Constitution mandates the Mexico government provides free education, college scholarships and public assistance for health and housing for Mexican indigenous citizens. Furthermore, the Mexican Government would be liable for their Mexican Citizens' theft of U.S. and States housing, health, welfare, education benefits, and college financial aid.**

48

**The additional rights attributed to Mexican Citizens are stated in the following Articles of the Mexico Constitution:**

**Mexico Constitution Article 9 states:**

**Article 9**

The right to peacefully associate or assembly for any licit purpose cannot be restricted. Only citizens of the Republic may take part in the political affairs of the country. No armed meeting has the right to deliberate. Meetings organized to make a petition or to submit a protest to any authority cannot be considered as unlawful, nor be broken, provided that no insults are uttered against the authority and no violence or threats are used to intimidate or force the decision of such authority.

• **Freedom of assembly**

• **Freedom of association"**

**Under the Mexico Constitution a Mexican citizen is not allowed to petition or protest in an unlawful manner yet Mexican Citizens consistently in the United States during protests block major streets and highways, etc. demonstrating in an unlawful manner consistently throughout the United States illegally participating in political events not allowed by immigrants under U.S. laws. Mexican Citizens using stolen social security to avoid international courts illegally use U.S. and State Courts stealing U.S. and State benefits to sue Federal, State, and Local governments. All immigrant lawsuits including application for asylum must be made in their country's international court to properly identify the immigrant individuals, address all violations by the immigrant of their nations' laws, and to record their exit from their nation for**

tax purposes, census purposes, to give the foreign nation right to know their citizens' civil and criminal claims against their nations' government, etc.  The Mexico Government is very much aware how often their citizens have accessed the U.S. courts illegally avoiding Mexico income taxes on their foreign income and other Mexican Citizen's obligations. The Mexico Government is obviously compensated by the massive wiring of their citizens U.S. illegally earned income using a stolen social security back to their Mexican relatives remaining in Mexico, by the movement of illegal drugs. goods, weapons, money, and immigrants into and out of the United States from and to Mexico, by non-assessment of tariffs on Mexico exports to the United States which allows the Mexican government to steal millions of U.S. manufacturing jobs, steal U.S. aid funds for migrants they intentionally allow to travel through Mexico and enter the United States from the U.S. Citizens not allowed under the U.S. Constitution. Mexico in the Mexico Constitution claims liability of individuals and goods that travel through their country into the United States. So, Mexico in liable for the costs of migrants inside their country traveling to the United States.

**Additional rights attributed to Mexican Citizens are stated in the Mexico Constitution Article 10:**

**"Article 10**

The inhabitants of the United Mexican States have the right to keep arms at home, for their protection and legitimate defense, with the exception of those prohibited by the Federal Law and those reserved for the exclusive use of the Army, Navy,

Air Force and National Guard. Federal Law will state the cases, conditions, requirements and places where inhabitants can be authorized to carry weapons.

**• Right to bear arms**

**Article 11**

Every person has the right to enter and leave the country, to travel through its territory and to move house without the necessity of a letter of safe passage, passport, safe-conduct or any other similar requirement. In the event of criminal or civil liability, the exercise of this right shall be subject to the judicial authority. Relating to limitations imposed by the laws on immigration and public health, or in respect to undesirable aliens residing in the country, the exercise of this right shall be subject to the administrative authority.

**• Freedom of movement"**

**Mexican Citizens have the right to bear arms and move freely around the country, to freely enter and leave the country. Yet the Mexican Citizens inside the United States especially the Mexican Citizen students illegal registered in public schools stealing U.S. and State Education funds are protesting against Federal and State Government to aid the Mexican Cartels inside the United States to strip the U.S. Citizens of their rights to bear arms which is further evidence of the Mexican Citizens inside the United States aiding to overthrow the U.S. Government for the Federal Reserve Cartel. All Mexican Citizens inside the U.S. using a stolen social security number not paying Mexico income taxes and not adhering to the other requirements for a Mexican Citizen living aboard would be subject to Mexico judicial authority to enter and leave the country of Mexico and to travel through Mexico territory and to move house due to their obvious criminal and civil violations against the**

native country of Mexican. **The Mexican government would be liable to provide their rights to due to process and rights to counsel not the U.S. government inside a U.S., State, or Local court.**

**Additional rights attributed to Mexican Citizens are stated in the Mexico Constitution Article 14:**

"Article 14

No law will have retroactive effect in detriment of any person.

• **Protection from ex post facto laws**

No one can be deprived of his freedom, properties or rights without a trial before previously established courts, complying with the essential formalities of the proceedings and according to those laws issued beforehand.

• **Guarantee of due process**

• **Principle of no punishment without law"**

**The Mexican Citizens do not have due process rights or rights to counsel in the United States like the U.S. Citizens but the Mexican citizens with their Latino American attorneys continue to illegal use U.S. and State Courts when no immigrant in the United States are attributed due process rights. The Mexican Citizens inside the United States, legal and illegal clearly need to address their grievances in a Mexican court or a Mexican International Court. The United States Government needs to address the grievances of all the U.S. Citizen Victims whose lives have been greatly affected daily by the 35+ Millions Mexican Citizens using the stolen social security numbers of real authentic U.S. Citizens dead and alive and the Mexican government needs to**

provide counsel for their Mexican Citizens accused of crimes inside the United States. All Federal, State and Local governments need to notify the Mexican Government when a Mexican Citizen is arrested since Mexico would be liable for their espionage activities violating U.S. laws inside the United States.

**Additional rights attributed to Mexican Citizens are stated in the Mexico Constitution Article 16:**

**"Article 16**

No person shall be disturbed in his private affairs, his/her family, papers, properties or be invaded at home without a written order from a competent authority, duly explaining the legal cause of the proceeding.

• **Regulation of evidence collection**

 • **Right to privacy**

All people have the right to enjoy protection on his personal data, and to access, correct and cancel such data. All people have the right to oppose the disclosure of his data, according to the law. The law shall establish exceptions to the criteria that rule the handling of data, due to national security reasons, law and order, public security, public health, or protection of third party's rights.

• **Right to privacy"**

**The Mexican Government protects their citizens' identity yet the Mexican Government knowing the Mexican Citizens inside the U.S. have stolen more than 35+million of the U.S. Citizens social security numbers does nothing to aid to remove their citizens who have caused financial and physical attacks on U.S. Citizens daily violating the Patriot Act and Espionage Act. This gives**

more indications that the Mexican Government is actively attacking U.S. Citizens financially and physically inside the United States through their Mexican Citizens, legal and illegally living inside the United States. Identity fraud would be considered a felony in Mexico resulting in a naturalized foreigner Mexican citizenship to be revoked and deported. All the Mexican Citizens inside the United States entering U.S. Airports, businesses, government buildings, voting machines, etc. using fraudulent identity would also be a felony in the United States and in Mexico according to the Mexico Constitution. The Mexican Citizens all throughout the United States illegally enter the homes of U.S. Citizens and business with the illegal college mind control programmers hacking all locks and security systems to attack the U.S. Citizens and U.S. businesses financially and physically daily. Due to no evidence of illegal entry, U.S. Citizens are framed for the murders done by Mexican Cartels like Antonio Armstrong, Jr. of Houston framed for his father's murder former NFL player and coach Antonio Armstrong, Sr.


**Additional rights attributed to Mexican Citizens are stated in the Mexico Constitution Article 17:**

**"Article 17**

Nobody can take justice into their own hands, nor have resort to violence to enforce his rights. All people have the right to enjoy justice before the courts and under the terms and conditions set forth by the laws. The courts shall issue their rulings in a prompt, complete and impartial manner. Court's services shall be free, judicial fees are prohibited.

• **Right to fair trial**

**• Right to speedy trial**

The Mexican Congress shall enact laws to regulate collective actions. Such laws shall establish the cases in which each law applies, as well as the judicial proceedings and the remedies for redress. Only the federal judges have jurisdiction on these proceedings. The laws shall provide alternative mechanisms to resolve controversies. Regarding to criminal matter, the laws shall regulate application of such mechanisms, ensure redress and establish the cases in which judicial supervision is required. The sentences by which an oral proceeding ends shall be explained in a public hearing before the parties. Federal and local laws shall provide the necessary means to guarantee the independence of the courts and the full enforcement of their rulings.

**• Judicial independence**

The Federation, the States and the Federal District must guarantee the existence of a quality public defender office and shall provide the conditions for a professional career service for the defenders. The defenders' fees shall not be inferior to the public prosecutors' fees.

Imprisonment shall be forbidden as a way to punish exclusively civil debts.

**• Right of Debtors**

**Article 18**

Mexicans who are serving imprisonment penalties in foreign countries may be brought to the United Mexican States to serve their sentences according to the rehabilitation systems provided in this article. Foreigners who are serving imprisonment penalties may be transferred to their countries, in accordance with international treaties. Prisoner must grant his/her consent for the transfer.

• **International law**

**Clearly the Mexican Government under International Law treaties are
required to aid to remove all their Mexican Citizens using stolen U.S. Citizens
social security numbers and guilty of other crimes in violation of U.S. laws.
The Mexican Government not the U.S. and State Government are required to
provide all Mexican Citizens easily identified by their true birth certificates
and use of stolen social security number a public defender in Federal, State,
and Local Courts inside the United States. The U.S. government cannot under
the U.S. Constitution provide a public defendant for a Mexican Citizen being
theft of U.S. and State funds. The Federal, State, and Local Governments are
required to notify the Mexico Government when any Mexican Citizen is listed
as a defendant or plaintiff in any lawsuit inside all federal, state, and local
courts not having U.S. Constitutional rights and not having U.S. Civil Rights
so not having rights to due process and equal protection under the laws as an
immigrant in Federal, State, and Local courts.**

**Mexico Constitution Article 20 states:**

**"Article 20 Section B –Defendants**

**IV**

Defendant has the right to a lawyer, whom he shall freely choose even from the
moment of his arrest. If he does not want a lawyer or cannot appoint one at the
moment of request, the judge shall appoint a public defender.

• **Right to counsel"**

Mexican Citizens have rights to a fair trial and right to counsel yet the Mexican Citizens working in the university and college law mind control systems continue to alter federal, state, and local court documents, forging plaintiff and defendant attorneys' motions, and forging judges' orders to deny the U.S. Citizens rights to a fair trial, rights to due process, and rights to counsel. Clearly the Mexican Government is knowledgeable of the Mexican Citizens having been illegally given U.S. and State university and college scholarships to work in the illegal college mind control system to deny the U.S. Citizens due process, right to fair trial and right to counsel. The Mexican Government also understands the Mexican Professors working inside the U.S. are also working to supervise the students working in the college mind control systems. Former Mexico President Carlos Salinas de Gortaria a Harvard University graduate surely worked in the Harvard University Mind Control System giving further evidence the Mexican Citizens working in the college mind control systems are working with the Mexican Government to control and overthrow the U.S. Government for the Federal Reserve Cartel.

The additional rights attributed to Mexican Citizens are stated in the following Articles of the Mexico Constitution:

**Article 20 Section C – Victim Rights**

**III.**

The victim has the right to receive urgent medical and psychological assistance from the moment the crime was committed.

57

## IV.

The victim has the right of reparation. Whenever it should be legally admissible, the Public Prosecution Service is obliged to require redress. The victim also can request such redress by himself. The judge cannot acquit the convict of redress in the case of conviction.   The law shall set forth agile procedures to enforce redress sentences.

- **Protection of Victim's rights**

## Article 22

Penalties of death, mutilation, infamy, marks, physical punishments, torture, excessive fines, confiscation of assets, and other cruel punishments are prohibited. Every penalty shall be in proportion to the crime committed and to the legally protected interest.

Appropriation of assets shall not be considered as confiscation when such appropriation is ordered by the authority for the payment of taxes, fines or civil liability. Appropriation in the following cases shall not be deemed as confiscation: a) appropriation of property ordered by the judicial authority under the terms provided by Article 109 in case of illicit enrichment; b) appropriation of seized goods that were abandoned by the owner; and c) appropriation of goods, which ownership has been declared extinct by a sentence. In the event of ownership extinction, there shall be a procedure according to the following regulations:

- **Prohibition of capital punishment**

- **Prohibition of corporal punishment**

- **Prohibition of cruel treatment**

- **Prohibition of torture**

**Clearly the Mexico Constitution requires the Mexican Government to protect victims of crime and provide medical care and financial retribution for the victims of crime done by Mexican Citizens. Yet the Mexican Government continues not to aid the U.S. Government in addressing the crimes of over 35+ million Mexican Citizens living inside the United States using the stolen social security numbers of U.S. Citizens who are responsible for the financial and physical attacks on U.S. Citizens many being U.S. children and even unborn U.S. Citizens whose social security number has already been stolen by Mexican Citizens. The Mexico Government continuing to refuse to aid the U.S. government to remove their millions of lawless Mexican citizens living inside the United States indicates the Mexico Government is active with their Mexican Citizens aiding the Federal Reserve Cartel to financially and physically attack U.S. citizens and the U.S. Government daily and overthrow the legitimate U.S. Government.**

**The new change allowing Mexican Citizens living inside the United States to have dual citizenship is clearly a violation of the Mexican Constitution Article 32 which states:**

**"Article 32**

The law shall regulate the exercise of the rights that the Mexican legislation grants to its citizens that also have a second nationality and shall issue norms to avoid double citizenship conflicts. The government positions and offices that by the terms established in this Constitution it is required to be a Mexican citizen by birth shall be reserved to those citizens that meet this criterion and that do not acquire another nationality. This provision shall also apply to the cases stated by other laws

enacted by the Mexican Congress. During peacetime, foreigners shall neither serve in the Army nor in the police or security bodies. During peacetime, only Mexicans by birth can serve in the Army, in the Navy or in the Air Force as well can perform any employment or commission within such corporations. The same condition applies to captains, pilots, skippers, ship engineers, flight engineers and, in general, to every crew member in a ship or an airplane carrying the Mexican flag. In the same way, only Mexicans by birth can be port harbormasters, steersmen and airport superintendents. Mexicans shall have priority over foreigners, under equal circumstances, for all kind of concessions, employments, positions or commissions of the government in which the status of citizenship is not indispensable.

• **Restrictions on rights of groups**


**There is no doubt that dual birthright citizenship with Mexico and the United States cannot exist without being in violation of the U.S. Constitution and U.S. Immigration and Naturalization Laws. The Mexico Government promoting Dual Birthright Citizenship for their Mexican Citizens and the United States is clearly subversive aiding the Mexican Citizens living in the United States to continue to illegal live inside the United States financially and physically attacking massive numbers of real authentic U.S. Citizens daily using stolen U.S. Citizens social security numbers. The Mexico Government under the Mexico Constitution must be involved in any U.S. Citizenship for the Mexican Government to revoke their Mexican Citizen while also making sure all foreign taxes and other civil and criminal liabilities have been settled under Mexico laws. The Government of Mexico clearly restricts foreigners from serving in the Mexico military, police, and various other national security positions yet Mexican Citizens not being legitimate U.S. Citizens using stolen**

social security numbers are employed in the U.S. Military, U.S. and State law Enforcement, U.S. and State political positions, at U.S. Airports, U.S. Customs and Border Patrol, etc. making it obvious that the Mexico Government has allowed their Mexican Citizens inside the U.S. not being legitimate U.S. Citizens using stolen social security to be positioned in Federal, State, and Local government positions to aid to control the U.S. Citizens and U.S. Government and overthrow the U.S. Government for the Federal Reserve Shareholders.

One of the great examples of illegal high ranking power given illegally to a Mexican Citizen to aid to control the U.S. Citizens and U.S. Government is defendant Mexican Citizen Xavier  Becerra the current California Attorney General aggressively attacking the U.S. Government in Federal Court to stop Federal Law Enforcement in the removal of lawless Mexican Citizens inside the State of California like himself who have not paid their Mexico foreign taxes on their illegal U.S. income earned using a stolen U.S. Citizen social security number. Mexican Citizen Xavier Bacerra has no authority under the U.S. Constitution to represent immigrants inside federal courts stealing U.S. and State Benefits and court costs. Xavier Becerra as Attorney General of California would be required to notify the Mexican Government each time a Mexican Citizen living in California is listed as a plaintiff or defendant in any federal, state, or local criminal or civil lawsuit due to not having rights to due process or rights to equal protection under the law not being a U.S. Citizen not entitled to a  public defender from the U.S. and State governments.

Other defendants being Mexican Citizens who have held top law enforcement positions like Houston Police Chief Art Acevedo, Harris County Sheriff Ed

Gonzales, Former Dallas Sheriff and Former DHS Agent Lupe Valdez, Harris County Constable Precinct 6  Silvia Trevino, and Adrian Garcia former Harris County Sheriff  and like Xavier Becerra have hired hundreds of Mexican Citizens using U.S. Citizens stolen social security numbers to illegally work in law enforcement under their illegitimate authority to aid to control the U.S. Citizens and U.S. Government and to overthrow the U.S. government for the Federal Reserve Shareholders.

The near completion of preparing this case on Friday June 7, 2019 the Latino Cartel with the Harvard mind Control Headquarters programmers to threaten all real U.S. Citizens in law enforcement in the Houston Metro who can easily identify all the fraudulent U.S. Citizens working in law enforcement illegally bearing arms forced to cover up crimes for years killed likely by drowning Kemah Police Chief Chris Reed. Then the Latino Cartel forced the wife of Chris Reed to report a fabricated story or else she the Latino Cartel would kill her. This clear massive threat to all real U.S. Citizens in Houston Metro employed in Law Enforcement requires massive numbers of the U.S. Military to be stationed all throughout Houston in full sight so all the Latinos being 40% of Houston population know that the entire rest of the United States Citizens are in support of  Vicki McLean FISC case and all of Houston Metro law enforcement.

The Mexico Constitution addresses the unlawful behavior of foreigners inside Mexico in the Mexico Constitution Article 33 which states:

**"CHAPTER III: The Foreigners**

**Article 33**

The individuals that do not meet the criteria determined by Article 30 shall be considered as foreigners. They shall be entitled to the human rights and guarantees conferred by this Constitution. The President of the Republic shall have the power to expel from national territory any foreigner, according to the law and after a hearing. The law shall establish the administrative procedure for this purpose, as well as the place where the foreigner should be detained and the time that the detention lasts.

- **Power to deport citizens**

Foreigners may not in any way participate in the political affairs of the country.

- **Restrictions on rights of groups**

**The U.S. Constitution and U.S. Alien Registration Act of 1940, Sedition Act of 1918, and U.S. Immigration Act of 1952 are very similar to the Mexico Constitution in how lawless immigrants are addressed inside their country. Both disallows a foreigner to participate in political affairs and to protest against federal, state, and local governments. Lawless actions of a foreigner are grounds for deportation in Mexico. The only difference is the United States does not attribute Constitutional rights to an immigrant and does not require a hearing when in violation of the espionage act or patriot act attempting to overthrow the U.S. Government. The U.S. government has rights to arrest, detain, and deport without a hearing of any immigrant in violation of the espionage act and patriot act.**

**Over 35+ million lawless Mexican Citizens inside the U.S. continue to illegally participate in political affairs and actively assembly and protest against the Federal, State, and Local Governments which is clearly a violation of the Alien Registration Act of 1940, Espionage Act of 1917 &1939, Sedition Act of 1918, and Immigration Act of 1952. The Mexican Government supports their lawless Mexican Citizens inside the United States by promoting illegal dual birthright citizenship with allowing their Mexican Citizens to protest against a wall being built on U.S. property to stop massive numbers of lawless immigrants easy passage from Mexico, Central American, South American, Asian, Indian, etc. into the United States.**

The Mexico Constitution like the U.S. Constitution gives a Mexican citizen 18 years of age without a criminal record a right to vote in elections very similar to the U.S. Constitution. The Mexico Constitution gives its' citizens like the United States the right to petition lawfully against the government for change. Article 35 of the Mexico Constitution covers the right to vote, petition, and run for office.

**"Mexico Constitution Article 35**

**Rights of citizens:**

**I.        Right to vote.**

**• Restrictions on voting**

II.        To be elected for all popular election positions, having met all the requirements set by the law. The right to request registration of candidates before the electoral authority corresponds to the political parties, as well as

citizens requesting independent registration and who meet the requirements, conditions and terms set by the law;

III.    Right of assembly in order to peacefully participate in the country's political affairs.

IV.    Right to join Army or National Guard in order to defend the country and its institutions under the law.

**• Freedom of assembly**

V.      Right to petition

**• Right of petition**

VI.    To be appointed for any job or commission of the public service, having the qualities set by the law;

VII.   To initiate laws, according to the terms and requirements established by this Constitution and the Law that governs the Congress. The National Electoral Institute will have the faculties granted in this matter by law; and,

**• Legislative initiatives by citizens**

**VIII.** To vote in the referendum about national importance topics, which will be subject to the following:"

**The citizens  of Mexico living in Mexico should sue the Mexican Government and the Mexican Citizens inside the United States using the stolen social security numbers of U.S. Citizens for violations of the Mexican Constitution, for non-payment of Mexico Income Taxes on their foreign earned income, not adhering to their other civil duties when living abroad, and for aiding and abetting the lawless Mexican immigrants inside the United States to control the U.S. Citizens and U.S. Government that justifies the United States to place**

extremely high tariffs on all Mexico imports likely followed by sanctions on the country of Mexico. A lawsuit for the Mexican Citizens later will enable the Mexican Citizens to recover financial costs from the Mexican Citizens that have resided in the United States violating Mexico and United States laws. This lawsuit by the Mexican Citizens living inside Mexico would allow the marking of these Mexican Citizens as a Mexico National Security Risk having knowledge and experience to work in and work with the illegal global mind control systems.

The Mexico Government actions to advertise opening on websites the availability of a Mexican Citizen inside the United States to obtain dual citizenship with stolen social security numbers makes it clear that the Mexican Government accepts and promotes their lawless Mexican citizens in their following actions:

- As an illegal immigrant or legal immigrant voting with a stolen social security number in U.S. and State Elections.
- As a fraudulent U.S. Citizen with a stolen social security number voting in U.S. and State Elections.
- As an illegal immigrant or legal immigrant to illegal participate in the U.S. political affairs.
- As an illegal immigrant or legal immigrant to assembly and protest against the U.S. and State governments.
- As a Mexican Citizen and a fraudulent U.S. Citizen having stolen U.S. Benefits and/or U.S. Jobs and/or using a stolen social security holding U.S. or State Government positions.

66

- As a Mexican Citizen filing a lawsuit in U.S. Courts while using a stolen U.S. Citizen social security number stealing U.S. and State court benefits not allowed by an immigrant, legal or illegal.
- As a Mexican Citizen using a stolen social security number acquiring a law license inside the United States under fraudulent identify representing U.S. Citizens and immigrants in any U.S. Court of law.

**Clearly the Mexican Government actions listed above to reward all categories of lawlessness with dual citizenship instead of actively seeking to have their Mexican Citizens extradited for their crimes against a foreign nation in accordance with the Mexico Constitution leads to conclude all unlawful Mexican citizens using stolen social security numbers inside the United States with the Mexican Government are aiding to control the U.S. Citizens and U.S. government and overthrow the U.S. Government for the Federal Reserve Cartel. The only logical justifiable action for the United States Government is to immediately sanction Mexico with the closure of the U.S. Mexico Border with the intent to declare war against Mexico if necessary with the rounding up all unlawful Mexican citizens legal and illegal with their Mexican Citizen children legal and illegal using stolen social security numbers and placing all in detention camps being an enemy of the state. The detention camp would be equated to the capturing of an enemy of the state and maintaining the Mexican citizens in prison until the enemy is defeated with the United States demands being meet (payment of debts accrued due to costs incurred due to Mexico Citizens stealing U.S. and State Benefits, the costs of the war, detention costs of the Mexican citizens prior to deportation) and executed by the Mexican Government prior to any deportation of any of their citizens.**

67

**The Mexico Constitution states in Article 131 and 133:**

## Article 131

Only the Federal Government can tax imports and exports, and merchandises that pass in transit through the national territory, as well as to regulate and even to prohibit, for security reasons, the circulation of merchandises across the country, regardless of their origin. However, the Federal Government cannot establish or enact, in the Federal District, those taxes and laws mentioned in sections VI and VII of the Article 117. The President of the Republic can be empowered by the Congress of the Union to: increase, decrease, or abolish tariff rates on imports and exports, that were imposed by the Congress; to establish new tariff rates; to restrict and to prohibit the importation, exportation or transit of products, articles and goods in order to regulate foreign trade, the economy of the country, the stability of domestic production, or for accomplishing any other purpose to the benefit of the country. The President of the Republic shall send to the Congress, together with the annual budget, a report about the way he has exercised this power.

## Article 133

This Constitution, the laws derived from and enacted by the Congress of the Union, and all the treaties made and execute by the President of the Republic, with the approval of the Senate, shall be the supreme law of the country. The judges of each state shall observe the Constitution, the laws derived from it and the treaties, despite any contradictory provision that may appear in the constitutions or laws of the states

- **National vs subnational laws**

- **International law**

- **Treaty ratification**

- **Legal status of treaties**

The Mexican legislature regulates commerce, foreign relations and treaties with nations. The Mexican Legislature indicates in their constitution they can pass the authority to the President of Mexico on an individual basis to regulate commerce. The Mexico Government under the Mexico Constitution is clearly liable for passage of all illegal drugs and trafficking of individuals into the United States regardless of the location of origin of the goods or individuals. The U.S. Congress thinks the U.S. Presidents can regulate commerce as the Mexico Presidents but clearly U.S. Presidents cannot a violation of the U.S. Constitution because the U.S. Legislature under the U.S. Constitution is not allowed to pass Legislature power to the U.S. Presidents to maintain the separation of powers with checks and balances. For these reasons, the Bracero Program agreement signed in 1917 was a violation of the U.S. Constitution that was negotiated by the U.S. President instead of the U.S. Congress making every Mexican Citizen that entered under the Bracero Program having entered the country illegally in violation of the U.S. Constitution which explains why they were illegally given U.S. social security numbers and illegally allowed to register their children in U.S. school not allowed under the U.S. Constitution. Also explains why the Harvard Mind Control Programmers in 20018 revised the Wikipedia biography of the Mexico politicians in America that exposed their parent's involvement in the Bracero Program after the initial preparation of this case in April 2018. Therefore the U.S. Congress who was given the

authority to regulate trade and foreign treaties with foreign nations is responsible for all trade agreements and treaties in violation of the U.S. Constitution.

The U.S. Congress has denied the real authentic U.S. Citizens a republic form of government required under the U.S. constitution allowing millions of immigrants and fraudulent U.S. citizens all with stolen social security numbers to register to vote and hold governmental office illegally in the U.S. Congress and State Legislatures. This is clearly address in ( Exhibit 4 McLean, ET AL EX REL United States VS State of Texas Secretary of State Elections Division, ETAL A18-1021) Due to the denial of a republic form of government all bills, acts, trade agreements and treaties passed in the last 50 years are voidable due to fraud by the U.S. Congress. All current laws or acts passed or current attempts to impeach or indict the U.S. President by the U.S. Congress is illegal when the U.S. Congress currently has as many as 39 or more members of the U.S. Congress that are fraudulent U.S. Citizens using stolen U.S. Citizens social security numbers. NAFTA surely was illegally enacted by the U.S. Congress without a republic form of government in violation of the U.S. Constitution and U.S. Labor laws allowing steel, autos, etc. to enter the U.S. from Mexico free of tariffs. NAFTA must be voided and rescinded immediately. During the same 50 years the U.S. Citizens have being denied due process and right to counsel for all federal cases due to the forging of U.S. Federal Judges orders and the attorney motions that Mexican Citizens daily participate in working in the illegal university and college mind control systems.


The Mexican Legislature must approve all treaties with foreign nations. It is publicly published that the Mexican products and goods being imported to the

United States are processed intentionally with hazardous waste which is the main incentive for the Federal Reserve Cartel to arrange this elaborate scheme to have the U.S. companies profit from sending raw materials to Mexico to manufacture the finish product and return to the United States. So, the Mexico Government is liable for the damages and suffering incurred by the real authentic U.S. Citizens due to hazardous goods which includes illegal drugs imported into the United States from the Mexican border regardless of the origin of the goods. No country has the high standards of consumer safety than America. Therefore, all imports and individuals who enter the United States by land, air or sea need to be inspected paying inspection costs with duties and tariffs applied for the safety of the United States Citizens and consumers. Countries who have an established history of massive of  the United States violating their citizens residing inside the U.S. being in violation of the he Alien Registration Act, Espionage Act,  International In Traffic In Arms Regulation, RICO Act, Bank Secrecy Act,  and Money laundering laws need greater tariffs, greater inspections, deposits, restrictions, and monitoring costs placed on their products, services, and individuals entering the United States and while staying inside the United States.


Maquiladora from Wikipedia also known as Mexico's Border Industrialization Program of 1965.

From Maquiladora from Wikipedia it is stated:

"Environmental effects

Both the United States and Mexican government claim to be committed to environmental protection, yet environmental policies have not always been

enough of the bodies' vital hormones like steroids, estrogen, progesterone, aldosterone, insulin, etc. Lack of bile and lack of hormones with excessive toxins in the body leads to diabetes, immunity problems, destruction of blood cells often falsely labeled as leukemia, bone loss, arthritis, hair loss, muscle problems like MS,  high blood pressure, high cholesterol, heart problems, thick blood, infertility, depression, anxiety, mood swings, fibromyalgia, eczema, difficulty sleeping, indigestion, gall bladder problems, thyroid dysfunction, endometriosis, irritable bowel syndrome, constipation, dry skin, miscarriages, weight gain, fatigue, fibrocystic breasts often being deposits of undigested cholesterol later falsely labeled as breast cancer, inflammation like prostatitis also falsely diagnosed as prostate cancer,  difficulty concentrating, memory loss, headaches, allergies, migraines, hot flashes, increase urination, increase infections, low sex drive, bronchitis later falsely labeled as lung cancer, arthritis, infections, allergies, acne, etc.


The doctors then intentional misdiagnose the diseases prescribing drugs which are additional toxins never solving the problems. The medical symptoms get worse. Irritable bowel symptom will be then intentionally misdiagnosed as Colon Cancer. Bone loss and blood cell loss will be intentionally misdiagnosed as Leukemia. The high blood sugars will intentionally be diagnosed as diabetes that will continue to get worse leading to kidney failure, congestive heart failure, extremely poor circulation in lower extremities leading to amputations, etc. Dialysis will be needed. Heart surgery will be needed.  Bronchitis will be intentionally misdiagnosed as lung cancer. Then cancer treatment using biological weapons of chemotherapy and radiation therapy adding more toxins to the person's body will expedite their medical murder.

enforced.  However, maquilas are required to be certified and to provide an environmental impact statement. In Mexico, most maquiladoras are global players that use international standards for waste treatment and disposal that exceed Mexican requirements **and that require any waste generated to be re-exported**. Although the La Paz Agreement signed by Mexico and the United States in 1983 requires hazardous waste created by United States corporations to be transported back to the United States for disposal, the United States Environmental Protection Agency (EPA) reports **that only 91 of the 600 maquiladoras located along the Texas-Mexico border have returned hazardous waste to the United States since 1987.** This is likely since most maquiladoras are factories that perform sewing and assembly of consumer products **and many of the materials that are considered hazardous are incorporated into those products**.

Maquiladoras offer showers and sanitary facilities to workers that often lack running water, thus reducing waste. The United States Geological Survey, the state of California, and the Imperial County Health Department—among others—have all asserted that the New River, which flows from Mexicali, Baja California, Mexico near the **Mexico–United States border into California's Salton Sea, is "...the dirtiest river in America."**

The more toxins the Federal Reserve Cartel can put into the U.S. foods and U.S. products that are consume and used by the U.S. Citizens the quicker disease symptoms develop in U.S. Citizens. The U.S. Federal Reserve Cartel controlling the medical industry does not allow lab tests with the proper acceptable ranges to expose the toxins, excess cholesterol, etc. that overtime will cause most diseases that are later intentionally misdiagnosed with many being falsely labeled as cancer. Excess toxins, cholesterol, etc. in the blood stream hinders the functioning of the liver not being able to make enough of the required bile for proper digestion and

72

The Federal Reserve Cartel profits greatly as the Americans get sicker from the
illegal double billing system described in detail in a motion in Vicki McLean first
New Orleans Espionage False claim case 07-9717 dated Feb. 25, 2008. The
Federal Reserve Cartel and massive numbers of immigrant doctors inside the
United States slowly and painfully execute U.S. Citizens while enriching the
Federal Reserve Cartel. The population of the United States is better controlled by
massive medical murders each year in the U.S. while enriching the Federal
Reserve Shareholders. Early medical deaths decrease the social security payments
to the real U.S. Citizens while making it much easier for immigrants using the
stolen social security numbers to vote get Medicaid and Medicare with
unemployment payments and social security payments they are never entitled too
when the U.S. Citizen is dead or dies early.  Immigrants as a group using the U.S.
Citizens stolen social security numbers are greatly responsible for the all the
medical murders of U.S. Citizens. The United States should do all it can not to
import any food from other nations. The United States should take over the entire
U.S. agricultural industry requiring the removal of toxins during the growing and
manufacturing process. All foods and substances applied to the body must be
grown, processed or manufactured without adding chemicals that are toxic to the
body causing increase demands on the body's liver, lungs, kidneys, colon, and skin
that work together to remove toxins from the body.


Mexico, China, India, etc.  will not comply with removing the toxins from food
production, processing, and manufacturing because the Federal Reserve Cartel will
not let them. These are great reason to raise tariffs on all countries to force the
production and manufacturing inside the United States for more products and food

74

consumed by the United States. Food and agricultural products imported from other countries always have greater national health risks to the U.S. consumer. Greater inspections costs and tariffs need be placed on all agricultural products and processed foods imported into the United States to decease the great national health risks from food and food products imported into the United States. The medical and insurance industry needs to be overhauled to stop all the intentional misdiagnosing and hiding of the disease process in their early stages of the disease process.

**Argument against Supreme Court Precedence erroneously sheltering immigrants from identity theft using stolen social security numbers being extremely serious requiring deportation being violations of the Alien Registration Act of 1940, Sedition Act 1918, Espionage Act of 1917, Bank Secrecy Act of 1970, Immigration and Naturalization Act of 1924 and 1952, and Patriot Act of 2001**

From Wikipedia under "Illegal immigration to the United States" it was reported that

"The U.S. Supreme Court has ruled that illegal immigrants cannot be prosecuted for identity theft if they use "made-up" social security numbers that they do not know belong to someone else: to be guilty of identity theft with regard to social security numbers, they must know that the social security numbers that they used belong to others."

How obvious is this that the Supreme Court participated in subversive activities when issuing this ruling totally ignoring the Sedition Act of 1918 and Alien Registration Act of 1940 that required all immigrants 14 or older to register under

75

oath and be fingerprinted if applying for visas not allowed to be in possession of any social security number used to steal U.S. and State benefits, U.S. jobs, acquire state licenses and auto licenses to move around the United States, etc. Very high probability that this court ruling allowed to set court precedence was forged by the illegal college mind control systems.

**The Alien Registration Act of 1940 specifically addresses subversive activities of immigrants and expanded the grounds for deporting aliens to include weapons violations, drug violations adding heroin, and abetting illegal immigration.   Title 1 of the Alien Registration Act described subversive activities as anyone who:**

**…with intent to cause the overthrow of destruction of any such government, prints, publishes, edits, issues, circulates, sell, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force, violence, or attempts to do so; or …. Organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly persons, knowing the purposes thereof.**

**Alien Registration required:**

1. **The date and place of entry of the alien into the United States.**
2. **Activities in which he has been and intends to be engaged.**
3. **The length of time he expects to remain in the United States.**

4. The criminal record, if any, of such alien.

5. Such additional matters as may be prescribed by the Commissioner of Immigration and Naturalization.

Guardians had to register minors, who had to register in person and be fingerprinted within 30 days of their 14th birthday.

Aliens were to notify the government if their residence changed and confirm their residence every 3 months.

The Alien Registration Act of 1940 was one of the many laws passed due to fear of the success of the fifth columns in less fortunate countries. Surely the immigrants using fraudulent social security numbers know their sources used to acquire the stolen social security cards and know with certainty they will pass inspection when presented because the social security number is a legitimate social security number belonging to a real authentic U.S. citizen. An immigrant possessing a social security number allows the immigrant to steal U.S. Scholarships and grants, steal Medicaid benefits, apply for food stamps, apply for Housing funds and FEMA funds, apply for Welfare funds, and apply for U.S. jobs that no immigrant has rights to inside the United States. Millions of immigrants every year steal U.S. and State benefits without providing a cent to the U.S. and State governments which has resulted in the huge U.S. national debt which aids to weaken and overthrow the U.S. government when negotiating with other countries.

From Wikipedia under "Illegal immigration to the United States" it was reported:

"Before 2007, immigration authorities alerted employers of mismatches between employees' Social Security Cards and the actual names of the card holders.  In

September 2007, a federal judge halted this practice of alerting employers of card mismatches."

These federal judges' orders which are not according to the U.S. Constitution and U.S. laws were likely forged by the University Law School illegal mind control staff. These unconstitutional federal rulings not according to U.S. laws set precedence for foreign-born citizens, foreign-born non-citizens, dreamers and anchor babies living in the United States knowingly using a stolen social security number they as immigrants never have legal rights to possess. These orders need to be investigated for forgery by the illegal college mind control systems. There is a high probability like Vicki McLean's first Federal Judge Thomas Porteous the judges had no knowledge of being assigned these cases. Majority of the immigrant students on scholarships and grants, attending law schools throughout the country are of Mexican descent working in the illegal mind control systems forging judges' orders. This explains why so many Mexican-American attorneys exist today inside the United States fully aware that immigrants, dreamers, and anchor babies working in the university and college mind control systems will aid them to violate the U.S. Constitution, U.S Immigration and Naturalization laws and other U.S. Laws to aid immigrants all with stolen social security numbers to acquire fraudulent U.S. citizenship while concealing all their theft of U.S. and State benefits and all their participation in espionage activities while inside the United States.


Quoted from "Birthright Citizenship in the United States" from Wikipedia

''Birthright citizenship in the United States is acquired by virtue of the circumstance of birth. It contrasts with citizenship acquired in other ways, for example by naturalization. Birthright citizenship may be conferred by jus soli or jus sanguinis.

Under United States law, U.S. citizenship is automatically granted to any person born within and subject to the jurisdiction of United States.''

United States Federal law (8 U.S.C. § 1401) defines who is a United States citizen from birth. The following are among those listed as persons who shall be nationals and citizens of the United States at birth;

- ''a person born in the United States, and subject to the jurisdiction thereof'' or
- ''a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe'' (see Indian Citizenship Act of 1924).
- ''a person of unknown parentage found in the United States while under the age of five years, until shown, prior to his attaining the age of 21 years, not to have been born in the United States.
- ''a person born in an outlying possession of the United States of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year at any time prior to the birth of such person.

Note the U.S. Congress only giving naturalizations rights to children 5 years of age or younger of unknown parentage indicates the U.S. Congress was likely aware that Hitler used children as young as eight years of age as soldiers, porters, spies, couriers, and human shields. The British in early 1900's also used children in the military. The U.S. Congress was also likely aware that the Fifth Column had taken over many of the undeveloped countries in Mexico, Central America, South America, etc. For these reasons it is an extreme national security risk to grant refugee

79

status, trafficking victim status, immigrant minor status, stateless person status, internally or displaced person status, or asylum status to adults and to children over the age of five entering the country alone from any country.

The key word that requires investigation for every individual situation born in the United States to two undocumented and documented immigrants is often the word ''jurisdiction.'' The United States jurisdiction over a child born to documented legal immigrant parents and undocumented immigrant parents illegally residing inside the United States not having legal temporary or permanent residency status is limited to the jurisdiction of the foreign country over the immigrant parents. United States must examine the constitution and naturalizations laws of their parents' native country to understand the jurisdiction claimed by the native country of the immigrant parents.

From Wikipedia it was reported that Mexico in establishing the Bracero Program had agreements with their citizens that if a Mexican citizen was inside the United States then Mexico had jurisdiction over the Mexican native and jurisdiction over all children born to the Mexican natives under a documented and undocumented status inside the United States. This explains why the Mexico Constitution was specifically enacted in 1917 the same year the Bracero Program was established to maintain jurisdiction over their citizens living inside the United States legally and illegally. A country's labor force is a vital capital asset of all countries. Most countries have established laws governing the country's jurisdiction over their citizens when residing inside a foreign country, legally and illegally. The United States Congress under the U.S. Constitution was given the power over commerce with foreign nations, not the U.S. President. Therefore, the U.S. Congress must establish treaties and agreements with each country to establish guidelines to enter the U.S. for employment with guidelines to grant citizenship from the United States. For this reason, it is reasonable to assume that the U.S. Congress assumes all

countries claim jurisdiction over their citizens and the minors of their citizens with details as to how they can leave their country and enter another country for employment including detail guidelines on how their country approves a transfer of citizenship or allowing dual citizenship to the United States. All countries also have laws regarding income taxes owned to their government earned by their citizens aboard. What reasons would justify why Mexico would allow their citizens to earn income inside the United States and evade paying the Mexico government income taxes on their income earned in the United States. Mexico profits greatly from the movement of illegal drugs inside the United States, the movement of goods and services inside the United States free of tariffs, and the return of income from Mexican Citizens living inside the United States to family members living in Mexico. For these reasons, the Mexico government is obviously directly linked to illegal drugs and illegal immigration moved into the United States through the Mexico United States border having no economic reason to deter illegal immigration into the United States. The Mexico labor force is continually stealing the U.S. Citizens jobs, and U.S. State and Federal benefits by using the stolen social security numbers of U.S. Citizens often provided to the Mexican Citizens by Mexican citizens inside the United States working in the illegal university mind control systems and illegally inside the federal, state, and local governments.


According to the Mexico Constitution and U.S. Immigration Law 8 U.S.C § 1401-1409 an anchor baby born to two Mexican citizens that are documented and undocumented at time of birth are the possession of Mexico acquiring Mexico birthright sicizenship denying the child U.S. birthright citizenship. If the Mexican children continue to marry only immigrants who have not naturalized without fraud results in third and fourth generations of Mexican Citizens living inside the U.S. in

violation of the Espionage Act and Patriot Act.  Mexico clearly lays out in the Mexico Constitution that Mexican Citizenship of native Mexican Citizens not required to be naturalized due to their ancestry cannot be revoked. Clearly the United States can revoke any Mexican Citizen's U.S. Citizenship due to fraud who has obtained U.S. Citizenship concealing the use of a stolen social security number, concealing stolen U.S. and state education benefits, concealing stolen U.S. scholarship and grant benefits, concealing other stolen U.S. and State benefits, and concealing their participation in espionage activities inside the United States . Any of these actions would violate U.S. laws and more specifically the U.S. Alien Registration Act, U.S. Sedition Act, U.S. Espionage Act, U.S. Bank Secrecy Act, and the U.S. Patriot Act requiring fingerprinting of the immigrant to be placed in a data base, revoking of the immigrant's U.S. Citizenship, and deportation of the immigrant permanently. Cleary there are third and fourth generation Mexico Citizens living inside the United States with their parents and grandparents all using stolen social security numbers who are not legitimate U.S. Citizens in violation of U.S. Alien Registration Act, U.S. Sedition Act, U.S. Espionage Act, U.S. Bank Secrecy Act, U.S. Immigration and Naturalization Laws, and Patriot Act.  Mexico would have jurisdiction over these Mexico Citizens and be liable for their theft of U.S. and State benefits and the damages they caused to U.S. Citizens and the U.S. Government.


Another argument that third and fourth generation Mexican Citizens can be born inside the United States without U.S. birthright citizenship that needs to be considered is the status of the unborn child at the time the fetus is viable which usually is around 28 weeks of gestation. The documented immigrant parents and undocumented immigrant parents of the unborn child do not have legitimate U.S.

Birthright Citizenship. The undocumented immigrant parents are in violation of the U.S. Immigration Laws entering without inspection, overstaying the lawful admission period, or breaching the terms and conditions of nonimmigrant status. As a fetus, the unborn child deemed a person at 28 weeks of gestation would also be considered to not have legal residency or legitimate U.S. Citizenship like the immigrant mother which is required for U.S. birthright citizenship. The undocumented and documented immigrant mother is a citizen of a foreign country who has jurisdiction over the immigrant mother under her nations' constitution and naturalization laws leading to conclude the mother's native country has jurisdiction over the unborn fetus deemed a person at 28 weeks of gestation. It is blatantly obvious that the pregnant immigrant mother could not be the possession of a foreign country without deeming the fetus to also be the possession of a foreign country since they cannot be physically separated. Clearly the lack of legitimate U.S. citizenship status free of fraud of the parents at the time of birth or 28 weeks gestation of the fetus determines which country the child has legitimate birthright citizenship. The possession of a stolen social security number by the child further verifies the child does not possess U.S. Birthright citizenship. Therefore, many immigrant children were allowed to illegally enter U.S. public schools and steal U.S. college scholarships and grants so they could work in the illegal university and college mind control systems being no liability to the Federal Reserve Shareholders not being U.S. Citizens. An immigrant using a stolen social security is not a legitimate U.S. Citizen due to fraud and has no leverage over the Federal Reserve Shareholders inside the United States due to the possession of a stolen social security numbers. Therefore, so few real authentic U.S. Citizens acquire U.S. College Scholarships and grants today. U.S. college financial aid can only be acquired with the possession of a U.S. social security number which no immigrant should ever possess under the U.S. Constitution having no U.S. Constitutional rights and no U.S.

civil rights. No immigrant has the right to bear arms, to vote, to due process, to equal protection under the law, to free education, to assemble and protest against the government in or out of court, etc. An immigrant is not entitled inside the United States to the 14th amendment not being a U.S. Citizen so does not have rights to access any court inside the United States except an international court filing as a citizen of another nation.

One also can argue the undocumented immigrant parents are deportable in violation of the Sedition Act of 1918, Alien Registration Act of 1940, the McCarran Act of 1952, Espionage Act of 1917, Immigration and Naturalization Act of 1924 & 1952, and the Bank Secrecy Act of 1970 having used printed fraudulent documents acquired from the Federal Reserve Cartel in violation to U.S. Constitution and U.S. laws to obtain illegal employment and illegal benefits such as education, welfare, Medicare, housing funds, etc. with participating in subversive activities to overthrow the legitimate United States Government. Furthermore, the child at the time of birth and thereafter benefiting from the subversive activities of the immigrant parents are also in violation of the McCarran Act of 1952, Sedition Act of 1918, Immigration and Naturalization Act of 1924 & 1952, Espionage Act of 1917, and Alien Registration Act of 1940 and must also be detained and deported having stolen U.S. benefits with their immigrant parents not having legitimate U.S. Citizenship.

Under the U.S. Constitution Article 1 legislature Section 8 Powers of Congress - The U.S. Congress regulates all commerce with the states and foreign nations and establish a uniform rule on naturalization. A nation's labor force is a very important capital asset. The U.S. Congress cannot give refugee or asylum status to huge

84

numbers of citizens from a foreign nation without establishing an agreement with the foreign nation. To allow massive numbers of citizens from a foreign nation to flee to another nation is equated to stealing the capital assets of a foreign nation without permission. Since labor is a vital part of commerce of foreign nations the U.S. Congress is responsible for the establishing treaties and agreements with foreign countries linked to their labor force which is a capital asset. All acts passed aiding refugees, asylum seekers, trafficking victims, and accompanied minor immigrants are unconstitutional since these citizens of a foreign nation did not receive legal permission to leave their country and legal permission to enter the United States and entered U.S. Courts illegally stealing U.S. benefits not allowed under the U.S. constitution. When entering U.S., State, and Local courts the immigrant's native country is required to be notified because the immigrant's native country is responsible for providing the immigrant's rights to due process, and rights to counsel. Only the governed in the United States which are the U.S. Citizens have constitutional rights and the right to benefits provided from the funds of the governed. Immigrants, legal and illegal immigrants have no right to U.S. benefits because they are not the governed. Authorized employment for immigrants with temporary or permanent residency does not entitle immigrants to the benefits of the governed which are public education, welfare, Medicare, Medicaid, FEMA funds, housing funds, access to U.S. Courts, rights to due process, rights to counsel, rights to equal protection under the law, rights to free speech, rights to vote, rights to bear arms, etc. The fact that immigrants, legal and illegal have been paying into the U.S. social security system illegally results from immigrants illegally acquiring a social security number in violation of the U.S. Constitution and U.S. laws giving great reasons to suspect the social security numbers are owned by U.S. Citizens.

All refugees, asylum seekers, unaccompanied minors, and trafficking victims' issues should be addressed by the United Nations. The United Nations are given billions every year by the countries who belong to the United Nations to enforce the International Laws. The non-enforcement of the International Laws by the United Nations results in mass migration. Furthermore, the United Nations should also bear the cost of all illegal migration into foreign countries until the migrants are returned to their native countries. Under the U.S. Constitution the United States should never have been allowed to join the United Nations or NATO. The charter of the United Nations is in direct violation of the U.S. Constitution which is the supreme law of the land.  The unconstitutional belonging to the United Nations with providing U.S. Citizens funds to the United Nations has been addressed for the U.S. Citizens in Exhibit 3 - New Orleans FISC case McLean, ETAL EX REL United States VS United Nations, ETAL 18-3701.


**ALL FRAUDULENT U.S. CITIZENS USING STOLEN SOCIAL SECURITY NUMBERS POSITIONED AS U.S. CONGRESS MEMBERS, STATE LEGISTLATURES, FEDERAL AND STATE JUDGES, U.S. ATTORNEY GENERALS AND U.S. ATTORNEYS, ASSISTANT U.S. ATTORNEY GENRERALS, ASSISTANT U.S. ATTORNEYS, STATE ATTORNEY GENERALS AND STATE ASSISTANT ATTORNEY GENERAL, COUNTY DISTRICT ATTORNEYS AND COUNTY ASSISTANT ATTORNEYS, U.S. IMMIGRATION JUDGES, STATE GOVERNORS, STATE LIEUTANENT GOVEVORS, COUNTY JUDGES, ETC. PLAY A COHESIVE ROLE TOGETHER AIDING MEXICO AND OTHER NATIONS, ILLEGAL DRUG CARTELS FROM ALL COUNTRIES LIKE CUBA, PUERTO RICO, HONDURAS, COLOMBIA, CARRIBEAN ISLANDS, NIGARAGA,**

QUATEMALA, ETC., AND    IMMIGRANTS INSIDE THE UNITED STATES TO ATTACK THE U.S. CITIZENS, AND FEDERAL, STATE, AND LOCAL GOVERNMENTS FINANICALLY AND PHYISICALLY WITH AIDING TO OVERTHROW FEDERAL, STATE, AND LOCAL GOVERNMENTS FOR THE FEDERAL RESERVE SHAREHOLDERS. THE MASSIVE NUMBERS OF FRAUDULENT U.S. CITIZENS USING STOLEN SOCIAL SECURITY NUMBERS IN THE U.S. CONGRESS, AS FEDERAL JUDGES, IMMIGRATION JUDGES, STATE AND COUNTY JUDGES,  WORKING FOR U.S. AND STATE ATTORNEY GENERAL OFFICES, U.S. ATTORNEY OFFICES, COUNTY DISTRICT ATTORNEY OFFICES, ENABLE IMMIGRANTS USING STOLEN SOCIAL SECURITY NUMBERS TO ILLEGALLY MAINTAIN EMPLOYMENT INSIDE THE UNITED STATES, STEAL U.S. AND STATE BENEFITS, DENY THE REAL AUTHENTIC U.S. CIITZENS RIGHTS TO DUE PROCESS AND RIGHTS TO COUNSEL, ETC.

U.S. Immigration Forms and U.S. Immigration Judges hired by the U.S. Department of Justice not asking the right questions of individuals and their attorneys applying for U.S. VISAS, U.S. Residency, U.S. Green Cards, and U.S. Citizenship clearly plays a dominant role aiding the movement of immigrants into the United States, legal and illegal for espionage activities to illegally acquire social security numbers, to acquire illegally U.S. employment, state licenses, bank accounts, to steal U.S. and State benefits, steal U.S. Scholarships and grants, illegally register in free U.S. public schools, etc. All U.S. citizenship applications, U.S. residency applications, U.S. green card application, U.S. visas applications, and U.S. Immigration Judges should ask these basic questions to identify immigrants with their immigrant parents and immigrant relatives who

have violated the U.S. Immigration and Naturalization Act, the Alien Registration Act, the Espionage Act, and other U.S. Laws that deny the individual any right to acquire U.S. visas, U.S. temporary or permanent residency, U.S. green cards, and U.S. Citizenship due to violations of U.S. Law being felonies and violations of the Alien Registration Act would require the immigrant to be denied entry or if already inside the United States to be detained in detention camp or federal prison, fingerprinted, and deported permanently from the United States.

1. Have you at any time used a U.S. social security number under your name or an alias? What year did you acquire your U.S. social security number and who aided you in acquiring your social security number?

2. Have your parents or relatives as immigrants used a social security number under their names or an alias?

3. Do you possess an U.S. Alien Registration number? What year did you acquire your U.S. Alien Registration Number? Do your children possess an U.S. Alien Registration Number? What year did your children acquire their U.S. Alien Registration Number and at what age? Did your relatives living inside the United States acquire the required Alien Registration Number and in what year?

4. Have you or your children ever been registered in U.S. and State free public schools?

5. Have you or your children ever received U.S. college financial aid or U.S. college scholarships or grants?

6. Have you ever possessed a firearm on U.S. soil?

7. Have you ever participated in political events inside the United States?

88

8.  Have you ever held a federal, state, or local governmental position or job?

9.  Have you ever voted in federal, state, or local elections?

10. Have you ever received U.S. or State benefits? What type of benefits and in what years?

11. Have you notified your native country of your presence inside the United States? Do you continue to keep your native country informed of your place of residency abroad? What is your identification number used in your native country? Do you possess a driver license or any other license in your native country and what are your license numbers?

12. Have you reported to your foreign United States earned income to your native country yearly since living inside the United States?

13. Have you reported to your foreign country the Federal, State, and local benefits established in dollar value received while living inside the United States?

14. Have you used a U.S. social security number to acquire a bank account, loan, credit card, state driver license, or state auto license plate, other licenses, passport, visa, etc.?

The above questions should also be asked of immigrants and all immigrant children even immigrant children born inside the United States by the U.S. Customs and Border Patrol Agents, ICE, all U.S. Attorney Offices, U.S. Federal Judges, all U.S. Attorney General Offices, all State Attorney General Offices, all County District Attorney Offices, all City Attorney Offices, State Secretary of State Elections Divisions, State Drivers Divisions, etc. to be able to properly vet a United States Citizen for legitimate U.S. Citizenship, and vet a social

**security number to verify the social security is a valid social security under the individual's name not being by a United States Citizen. Illegal encryption technology in all computer systems and computer programs does not allow for the proper vetting of a social security numbers for theft and ease to properly vetting for legitimate U.S. Citizenship. The inclusion of these questions for applications for U.S. visas, U.S. residency, U.S. green cards, and U.S. Citizenship with extensive investigations proving the immigrant answers are true and accurate would aid to validate that U.S. Immigration and Naturalization Laws, and other U.S. laws to obtain United States visas, residency, green cards and citizenship. These questions also aid to verify the immigrant has not violated their native country laws, so the United States is not aiding the immigrant to violate international laws and international agreements.**

The following list of U.S. Immigration Judges whose biographies have not been provided on the web have a higher probability of being fraudulent U.S. Citizens using a stolen U.S. social security number.

Arizona Immigration Judges -Julian Castaneda, Jennifer Gaz, Silvia Arellano

California Immigration Judges – Maria Jauregui, Glenda Viray, Hilma Torres, Jose L. Santos-Garcia, Jaime Jasso, Hye Chon, Jankhana Desai, Marni Guerrero, Carlos Juelle, Gita Vahid-Tehrani, Veronica Villegas, Olga Attia, Zsa De Paola, Susan Phan, Nina Carbone,

Florid Immigration Judges – Jorge Rodriguez, Michelle Aranet, Thomas Ayze, Javier Balasquidae, Madeline Garcia, Lourdes Martinez-Esquivel, Rene Mateo,

Lourdes Rodriquez-de Jongh, Rico M. Sogocio, Gabriel C. Videla, Maria Lopez-Enriquez, Yon Alberdi

Illinois Immigration Judges – Kaarina Salovaara

Nevada Immigration Judges – Am Nguyen

New Jersey Immigration Judges – Shana Chen, David Cheng, Arya Ranasinghe, Ramin Rastegar, Shifra Rubin,

New Mexico Immigration Judges – Lorely Ramirez Fernandez, Jacinto Palomino

New York Immigration Judges – Kyung Auh, Regina Rau, Amit Chughz, Amiena A. Khan, Maria Navarro, Randa Zagzoug, Mimi Tsankov,

Northern Mariana Islands Immigration Judge – Glenda Viray

Puerto Rico Immigration Judges – Luis Quiles, Julia Diaz-Rex

Texas Immigration Judges – Virginia Perez-Guzman, Guadalupe R. Gonzalez, Sunita Mahtabfar, Hugo Martinez, Delia Gonzalez, Anwer Khan, Elizabeth Martinez, Barbara Gonzalez-Cigarroa, Yvonne Gonzalez, Anibal Martinez, Rifian Newaz,

Virginia Immigration Judges – Quynh Vu Bain, Raphael Choi, Francisco Mendez, Lolita Lukose, Lisa De Cardona


List of California legislatures with an extremely high probability of being fraudulent U.S. Citizens using a stolen social security number with having stolen U.S. and State Benefits as an immigrant or immigrant child with their immigrant parents.

Ceclia Aguiar Curry          De. Joaquin Arambula              Rob Bonta

| | | |
|---|---|---|
| Anna Caballero | Ian Calderon | Wendy Carrillo |
| Sabrina Cervantes | Ed Chau | David Chiu |
| Kansen Chu | Christina Garcia | Educado Garcia |
| Lorena Gonzalez | Ash Kalra | Monique Limon |
| Evan Low | Jose Medina | Al Muratsucha |
| Adrian Nazarian | Anthony Rendon | Eloise Gomez Reyes |
| Freddie Rodriquez | Blanca Rubio Mexico | Rudy Salas |
| Miquel Santiago | Phil Ting Taiwan | Ed Hernandez |
| Kevin De Leon | Ricardo Lara | Ben Hueso |
| Richard Pan Taiwan | Janet Nguyen Vietnam | Dante Acosta |
| Phillip Chen | Steven Choi | Rocky Chavez |
| Vince Fong | | |

The Hispanic National Bar Association has many Mexican Citizens using stolen social security numbers with most having participated in the illegal university college mind control systems altering court records and forging judges' orders to denying all U.S. citizens rights to due process and rights to due counsel. Likely most Hispanic attorneys inside the United States entered the U.S. as an immigrant or were a child of an immigrant that stole U.S. and State Education funds denying them authentic U.S. Citizenship due to theft of U.S. Benefits, using fraudulent documents, and/or having participated in espionage activities working in the illegal university mind control systems. The members of the Hispanic Bar Associations across the country are descendants from Mexican, Cuban, Puerto Rican, South America and Central American, etc. knowingly aiding immigrants who have fraudulent identification, and have stolen U.S. and State Education funds, etc. These Latin and Hispanic attorneys having studied the U.S. Constitution have full

knowledge that no immigrant legal or illegal have U.S. Constitutional rights and U.S. Civil rights meaning no rights to due process in any court inside the U.S. All immigrant attorneys who represented immigrants during President Trump's travel ban were in violation of the U.S. Constitution because all the immigrants' grievances should have been filed in the United Nations International Court of Justice that also would have address any laws they violated when leaving their native countries. Once again, the immigration attorneys violating the U.S. Constitution and U.S. Laws stole court costs not allowed by immigrant clients. When an immigration attorney knowingly represents an immigrant who illegally possesses a social security number, has used other fraudulent identification, have stolen U.S.  and State benefits and does not bring this information to the attention of the court the immigration attorney is also participating in identity theft, identity fraud, perjury, falsifying an application involved in federal proceeding, etc. These violations can be equated for the immigration attorney as a violation of the Patriot Act due to the seriousness of the immigrant's crimes being in violation of the Alien Registration Act, Bank Secrecy Act, Sedition Act, Espionage Act, and Immigration and Naturalization Act.


These Hispanic Bar Association members have worked in and worked with the University and College Law School mind control systems to acquire and forge unconstitutional rulings setting fraudulent U.S. court precedence to overthrow the legitimate U.S. Government under the U.S. Constitution. All Hispanic National Bar Association Board (HNBA) members have participated in assisting Latino and Hispanic citizens from Mexico, Cuba, Puerto Rico, South America and Central American nations, etc. to continue maintain illegal entry inside the United States to

continue to use a stolen social security number, to steal U.S. jobs, to steal U.S. and State benefits, etc.

This is a list of Hispanic National Bar Association Board Members whose U.S. Citizenship needs to be properly verified with properly vetting their social security number : Erica V. Mason, Jennifer Trusso Salinas, Alba Cruz Hacker, Luis Avila, Bryan R. Browning, Jaime Angarita, Jessica A. Massey, Marianna D. Bravo, Lindsay Maria Holloman, Irene Oria, Maria Dantes Sanchez, Elia Diaz-Yaeger, Josefina Fernandez McEvoy, Pedro J. Torres-Diaz, Zuraya Tapia-Hadley, Hon Celeste Villarreal, Aracely Munoz, Raquel Matas, Karen Davila, Juan Sempertegul, Joseph L. Linares, Veronica Canton, Jaime Areizaga-Soto and the HNBA Regional Presidents Region I - Maria Dantes Sanchez, Region II -Matthew Fernandez Konigsberg, Region III – Carlos Bollar, Region IV – Lorena E. Ahumada, Region V – Fernando Rivero, Region VI – Gonzalo Frias, Region VII – Karissa F. Blyth, Region VIII - Araly Herrera, Region IX - Sulema Medrano, Region X -Christian Gonzalez, Region XI – Joe Nunez, Region XII – Cynthia Sutherland, Region XIII Arnulfo D. Hernandez, Region XIV – Freddy Saavedra, Region XV – Michelle Hernandez, Region XVI – Mick Konowal, Region XVII - Willie Hernandez, Region XVIII – Sandra C. Munoz, Region XIX – Eugenio J. Torres-Oyola.

Celebrities, professional sport athletes, journalists, political figures, military figures, professors, scientists, models, etc. of Mexican descent arriving into the U.S. or born inside the U.S. after 1923 are likely to be using stolen social security numbers. The huge salaries of Celebrities, professional sport athletes, journalists,

political figures, military figures, professors, scientists, models, etc. only benefit the Federal Reserve Cartel slush funds when they are using a stolen social security number. This explains why so many immigrants or children of immigrants have successful careers being promoted by the illegal mind control programmers as singers, actresses, models etc. instead of a real authentic U.S. Citizens in violation of the U.S. fair labor laws. This is the reason why the entertainment business and sports profession have seen a continuous influx of immigrants using stolen social security numbers giving them a huge unfair advantage over the real authentic U.S. Citizens.

"List of Mexican Americans" from Wikipedia provides an extensive list of well-known Mexican Americans from all industries that have an extremely high probability of using a stolen social security number with also being a fraudulent U.S. Citizen due to stolen U.S. and state benefits as an immigrant child, etc. All professionals listed in "List of Mexican Americans" have been very active by way of their profession and their extensive global travels to assist the Federal Reserve Cartel to overthrow the U.S. Government by the massive espionage information that is past under their microchip  IP address retrievable by the illegal mind control operators throughout the globe. This is discussed is greater detail in reports listed in this case as Exhibit 5 & Exhibit 6 sent throughout the country to aid to education the U.S. Citizens on how to stop terrorists and espionage activities inside the United States.

**DOCUMENTATION PROVING THE MEXICAN GOVERNMENT REMAINS ACTIVE AFTER THE DISCONTINUING THE BRACERO PROGRAM TO OVERTHROW THE U.S. GOVERNMENT**

"Illegal immigration to the United States" from Wikipedia states the Mexican government educates their citizens in how to cross the border illegally and steal U.S. and State benefits under the section named "International Controversies":

**"International Controversies"**

**"Mexican federal and state government assistance"**

"The US Department of Homeland Security and some advocacy groups have criticized a program of the government of the state of <u>Yucatán</u> and that of a federal Mexican agency directed to Mexicans migrating to and residing in the United States. They state that the assistance includes advice on how to get across the U.S. border illegally, where to find healthcare, enroll their children in public schools, and send money to Mexico. The Mexican federal government also issues <u>identity cards</u> to Mexicans living outside of Mexico.

- In 2005, the government of Yucatán produced a handbook and DVD about the risks and implications of crossing the U.S.-Mexico border. The guide told immigrants where to find health care, how to get their kids into U.S. schools, and how to send money home. Officials in Yucatán said the guide is a necessity to save lives, but some American groups accused the government of encouraging illegal immigration.

- In 2005, the Mexican government was criticized for distributing a comic book which offers tips to illegal emigrants to the United States. That comic book recommends to illegal immigrants, once they have safely crossed the border, "Don't call attention to yourself.... Avoid loud parties. ... Don't

become involved in fights." The Mexican government defends the guide as an attempt to save lives. "It's kind of like illegal immigration for dummies," said the executive director of the Center for Immigration Studies in Washington, Mark Krikorian. "Promoting safe illegal immigration is not the same as arguing against it". The comic book does state on its last page that the Mexican Government does not promote illegal crossing at all and only encourages visits to the US with all required documentation."

Most often immigrants from Mexico, legal and illegal are provided with false documentation which most often includes a stolen social security number belonging to a real authentic U.S. Citizens. The Federal Reserve Cartel's illegal global mind control system provides immigrants with access to the United States and false documentation. The U.S. Citizen whose social security number has been stolen is now placed under financial and physical attack by the illegal mind control system inside the United States most often operated by immigrants, dreamers, and anchor babies all using false documentation. Now the immigrant is also a member of the Federal Reserve Cartel Mafia Gangs which will provide the immigrant illegal access to U.S. jobs and federal, state, and local benefits they do not have rights to. Because the immigrant possessing a U.S. Citizen social security numbers has participated in the financial and physical attacks on a U.S. Citizen the immigrant is in violation of the U.S Patriot Act of 2001 and the U.S. Espionage Act of 1917 and can never be a legitimate U.S. Citizen using a stolen social security number belonging to a U.S. Citizen.

**Article – "How to get residency and dual citizenship in Mexico by Dateline Poland Warsaw'**

The Mexico Government is continuing to find numerous ways to undermine the U.S. Constitution and NATFA. This article titled "How to get residency and dual citizenship in Mexico"

The Mexican Government makes it extremely easy for any foreigner business to set up shop in Mexico to take advantage of NATFA benefits not having to pay tariffs for goods and services into the United States. Here are options on how to set up a business in Mexico to avoid paying tariffs for goods imported into the United States while having access to illegally enter the United States from the Mexico border since Mexico is a visa free country.

- By just staying in Mexico 6 months out of the year without even having a business location.
- To obtain "permission to work" in Mexico just by providing proof of a job offer and pay a fee of $155
- Can apply for Mexico temporary residency if you can prove you have made an investment in real estate in Mexico equal to $172,000 USD
- Can apply for Mexico temporary residency if you have $86,000 USD of investments in real estate and $86,000 USD invested in a Mexican corporation.

**Once temporary residency is acquired by the above options there is no requirement for the time you must spend in the country during the year. Plus, you can enter and exit the country an unlimited number of times. There is no difficulty with renewal of the temporary residency every year. A Mexican own company who really lives inside the United States can**

98

employed massive numbers of illegal Mexican immigrants living in the U.S. to provide services like installation of telecommunication services, etc. under NAFTA yet never living inside Mexico. This is just one of the many ways the Mexico Government has taken advantage of NATFA to aid the employment of their undocumented Mexican Citizens living inside the U.S. illegally.

**Article "Mexico Promotes Dual U.S. Mexican Citizenship Jan. 10, 2018"**

https://www.us-immigration.com/blog/mexico-promotes-dual-u-s-mexican-citizenship/

Quotes from Mexico Promotes Dual U.S. Mexican Citizenship:

"Mexicans obtaining U.S. Citizenship will not lose their Mexican citizenship. Mexico is pushing its nationals, eligible for U.S. Citizenship, to go ahead and pursue citizenship in the U.S. The country is encouraging them to become dual US-Mexican citizens. Mexico's campaign targets the millions of Mexicans living in the U.S. using stolen social security numbers. These individuals are eligible for U.S. Citizenship but have not applied for it due to fear of losing Mexican Citizenship and their Mexican Roots. According to Carlos Gonzales Gutierrez, Consul General of Mexico in Austin, around 600,000 Mexicans living in Texas would qualify for the program. Carlos Gonzales Gutierrez also knows these applications would be fraudulent due to the Mexican Citizens possessing stolen social security numbers and have stolen U.S. and State benefits.

Doris Meissner, a senior fellow at the Migration Policy Institute, says that this initiative of Mexico will help its citizens protect their rights in the U.S. They will become part of the country if they apply for and obtain American Citizenship.

They can live here without fear of deportation. Then can also reunited with their family members living in Mexico **by petitioning for them to come to the U.S. through America's legal immigration system."**

**When reading this blog that gives no indications who is the author leading to conclude the college mind control systems crafted the blog who would also help the millions of Mexican Citizens falsely documented acquire fraudulent U.S. citizenship and them fraudulently move their family members to the United States illegally. The statement "They can live here without fear of deportation." Clearly indicates the writer was addressing millions of falsely documented immigrants with 600,000+ of them living in Texas to attempt to turn Texas to a democratic state. These Mexican Citizens are not eligible for U.S. Citizenship and have not applied due to fear of being discovered and deported with giving the U.S. Government their Mexico identity or fraudulent Mexico identity which will allow Mexico to access all their criminal and civil violations of Mexico laws**

The following study from the Center for Immigration Studies is an excellent source of evidence to prove that immigrants using stolen social security numbers are not simply violators of identity theft but a violator of the Patriot Act and Espionage Act.

**"Illegal, but not Undocumented Illegal, but not Undocumented Identity Theft, Document Fraud, and Illegal Employment" from the Center for Immigration studies published June 19, 2009**

Illegal, but not undocumented Illegal, but not undocumented Identity Theft, Document Fraud, and illegal employment from Wikipedia

## Table 1. Identity Theft & Illegal Alien Population, 2008

| State | Ranked by Incidence of Identity Theft | Ranked by Illegal Aliens as % of Pop. | % of ID Theft That Is Empl.-Related (Nat. Avg. 15 %) |
|---|---|---|---|
| Arizona | 1 | 2 (7.9 %) | 33 % |
| California | 2 | 3 (7.3 %) | 20 % |
| Florida | 3 | 6 (5.7 %) | 10 % |
| Texas | 4 | 5 (6.0 %) | 27 % |
| Nevada | 5 | 1 (8.8 %) | 16 % |
| New York | 6 | 8 (4.8 %) | 8 % |
| Georgia | 7 | 7 (4.7 %) | 9 % |
| Illinois | 8 | 17 (3.6 %) | 14 % |
| New Mexico | 9 | 13 (4.0 %) | 23 % |
| Colorado | 10 | 8 (4.8 %) | 22 % |

Source for ranking by incidence of identity theft (2008) and percentage of employment-related identity theft: Federal Trade Commission, *Consumer Sentinel Network: Data Book for January – December 2008*, February 2009, http://www.ftc.gov/sentinel/reports/sentinel-annual-reports/sentinel-cy2008.pdf

Source for illegal aliens per capita: Jeffrey S. Passel and D'Vera Cohen, "A Portrait of Unauthorized Immigrants in the United States," Pew Hispanic Center, April 14, 2009, http://pewhispanic.org/files/reports/107.pdf Other states ranking high in the incidence of illegal alien identity theft and illegal aliens per capita are: New Jersey (illegals are 6.4 % of the population); Maryland (4.7 %); Utah (4.1 %); Virginia (4.0 %); Oregon (3.9 %); North Carolina (3.8 %); and Delaware (3.6 %).

## Table 2. Corruption In Home Countries of Illegal Aliens

| Country of Origin | Number of Illegal Aliens in the U.S. (2006) | Corruption Rank (Higher Number = More Corrupt) | Corruption Score (10 = Highly Clean; 0 = Highly Corrupt) | Corruption Level |
|---|---|---|---|---|
| Mexico | 6,570,000 | 72 | 3.6 | Serious |
| El Salvador | 510,000 | 67 | 3.9 | Serious |
| Guatemala | 430,000 | 96 | 3.1 | Serious |
| Philippines | 280,000 | 141 | 2.3 | Rampant |
| Honduras | 280,000 | 126 | 2.6 | Rampant |
| India | 270,000 | 85 | 3.4 | Serious |
| Korea | 250,000 | 40 | 5.6 | Fair |
| Brazil | 210,000 | 80 | 3.5 | Serious |
| China | 280,000 | 72 | 3.6 | Serious |
| Vietnam | 160,000 | 121 | 2.7 | Rampant |

**Source:** Michael Hoefer, Nancy Rytina, and Christopher Campbell (August 2007). "Estimates of the Unauthorized Immigrant Population Residing in the United States, January 2006" http://www.dhs.gov/xlibrary/assets/statistics/publications/ill_pe_2006.pdf and Transparency International, www.transparency.org/policy_research/surveys_indices/cpi/2008.

Quoted from **Illegal, but not undocumented Illegal, but not undocumented Identity Theft, Document Fraud, and illegal employment from Wikipedia**

"The benefits of implementing employment verification programs extend beyond stopping illegal alien-driven document fraud and identity theft. Employment verification also prevents American citizens and legal residents from using fraudulent documents and stolen identities to obtain employment. For instance, pedophiles are no longer able to readily use fraudulent documents and identities in order to get jobs that provide them access to children. It is much more difficult for deadbeat parents to hide their true identities in order to avoid having their wages

103

garnished for child support payments. Gang members and others who are using fake identities and SSNs to cover up serious criminal convictions are no longer able to do so and parents who have ruined their own credit find it more difficult to use their children's SSNs to obtain additional credit.

In fact, employment verification, either through E-Verify or through other government or commercial employment verification systems, provides clear and specific benefits to both employers and to American citizens who are victims of document fraud and identity theft. The benefits that come from using E-Verify or a similar employment verification program include:

Protection of American citizens from rampant SSN-only ID theft committed by illegal aliens who are not subject to prosecution as long as they deny knowingly using an SSN belonging to someone else.

Exclusion of the vast majority of pedophiles, deadbeat parents, illegal aliens, and others using fraudulent documents and stolen identities from the workforce.

Elimination of most Social Security mismatch letters, saving employers costs incurred when unauthorized workers have to be dismissed and new workers hired.

Improved accuracy of wage and tax reporting by employers, alleviating the time and financial resources that otherwise would be necessary to correct previously submitted information.

Protection of jobs for authorized U.S. workers who will spend and invest their wages in the local community rather than transferring a large portion to foreign countries.

Reduction of verification-related discrimination and the protection of civil liberties and employee privacy.

104

Protection for human resource professionals and hiring managers who may otherwise be pressured by employers to hire illegal aliens and later be charged with serious offenses while their employers go free.

Building good will by demonstrating to the community that the employer is actively working to protect them from individuals committing document fraud and identity theft.

Protecting employers using E-Verify, who cannot be charged with a verification violation should an employee present the employer with documents that reasonably appear to be genuine and related to the employee presenting them.

Elimination of any pretense that an identity thief didn't knowingly use another person's identity because, in the case of total identity theft, the identity thief deliberately uses the victim's exact name in place of his or her own true name."

**Thus, when illegal aliens use SSNs or other documents belonging to American citizens and legal residents, the damage can be substantial. The true owners risk being saddled with the illegal aliens' credit, arrest, and medical records. Victims may be denied jobs, unemployment insurance, Social Security payments, and Medicaid benefits. It costs victims hundreds of hours and thousands of dollars to undo the damage and recover their names and lives.**

In addition, all Americans are impacted by the fallout from illegal alien-driven document fraud and identity theft. Rather than spending their earnings in the United States and helping fuel the consumer-driven American economy, illegal workers minimize their expenditures in the United States so they can send billions of dollars back to their home countries. During a recessionary period, this transfer makes it all the more difficult to turn the economy around.

105

This culture of corruption is reinforced when illegal aliens are offered special benefits such as in-state tuition, drivers licenses, financial services, and religious offices and privileges in spite of their multiple, ongoing violations of civil and criminal law. The increasing acceptance of corruption has a debilitating effect on the overall respect for the rule of law with the result that illegal aliens become involved in a wide range of other criminal activities including tax fraud; mortgage fraud; violation of driver license, insurance, and traffic laws; and gang membership.

**Tax Corruption**

Illegal aliens and their employers are frequently involved in tax fraud. This results in lower revenues for governments at all levels and higher taxes for American citizens and legal residents. Some illegal aliens work "off the books" and thus pay no income taxes on earned income, while their employers avoid payroll taxes.

Many illegal aliens use a combination of Individual Taxpayer Identification Numbers (ITIN) and fraudulent SSNs to obtain tax refunds that they are not entitled to. For example, in Weld County, Colo., law enforcement officials uncovered tax fraud that involved 1,300 illegal immigrants using fraudulent SSNs to obtain more than $2.6 million in tax refunds. Treasury Department auditors have noted disapprovingly that the IRS allows illegal aliens filing returns with ITINs to obtain millions of dollars in credits and deductions to which they are not entitled as non-permanent aliens.

In spite of this, the IRS has distributed about 15 million ITINs since 1996, with a large share believed to be assigned to illegal aliens. As reported by The New York Times.

## Financial Corruption

America's leading financial institutions accept foreign identity documents as well as ITINs that are only supposed to be used for the payment of taxes. Some banks and credit unions facilitate money transfers to foreign countries by illegal aliens. They design financial products specifically for illegal aliens, including credit cards. Some have set up special banking units to serve illegal aliens' special needs and they actively solicit the business of illegal aliens.

Financial institutions also issue risky mortgages and loans to illegal aliens who are not authorized to work and who are subject to arrest and/or removal at any time, which can lead to a default on their mortgages or loans. In Denver, for example, fraudulent documents were used by illegal aliens to get Federal Housing Administration-backed loans and in one case the counterfeit documents were used to purchase 300 homes valued at $51 million. The FHA insurance fund lost millions of dollars.

## Economic Corruption

Illegal aliens working with stolen identities and fraudulent documents transfer billions of dollars to foreign nations that would otherwise have been spent and invested in the United States. In October 2008, at a time the United States economy was reeling from an unprecedented financial crisis and a sharp drop in consumer spending, remittances to Mexico rose to $2.4 billion, a 13 percent jump from $2.2 billion in remittances in October 2007. If this were to continue at the same level for the entire year, the amount of remittances ($28.8 billion) just to Mexico would exceed the total amount initially requested to bail out the three major American automakers.36

During a time of recession, illegal aliens using fraudulent documents may continue to be employed while American citizens and legal residents doing many of the same jobs are let go. When this occurs, the illegal aliens are, in fact, doing jobs that Americans are more than willing to do. In addition, the illegal aliens continue to transfer a significant portion of their earnings out of the country rather spending them in the United States in order to help the economy recover from recession.

When the economy hits hard times and Americans and legal residents lose their jobs, illegal aliens can continue to work using their stolen identities and fraudulent documents. If an illegal alien who is laid off uses his fraudulent documents to obtain unemployment benefits, this drives up the cost of unemployment insurance. If an illegal alien is using an American's SSN to obtain unemployment benefits, that citizen will be denied benefits that he or she is legally entitled to.

Children Are Prime Targets. Children do not use their SSNs for employment or obtain credit, so parents generally do not check their children's credit histories, allowing a person using a child's SSN to go undetected for years. Sometimes document vendors sell fraudulent identity packages using unassigned SSNs that are later assigned to a child, causing **them problems before they are even born.**

"We have a major problem with workers in medical offices stealing patients' identities, selling them, and making a direct profit," according to Sergeant James Bracke of the Phoenix Police Department. The stolen numbers are sold to immigrant smuggling groups who use them to fabricate fraudulent documents for people they bring into the United States via Arizona. The result of this is that in Arizona, child identity theft is nearly four times the national rate and an estimated 1.1 million Arizona children have had their identities stolen."

## Table 3. E-Verify — Federal and State Mandates

| Government Level | Bill and Signed and/or Effective Date | Applies To |
|---|---|---|
| Federal | Executive Order 12989, signed by President Bush June 6, 2008; postponed by President Obama until Sept. 30, 2009 | Federal departments and contractors |
| Ariz. | H.B. 2779, signed into law on July 2, 2007; effective January 1, 2008 | All public and private employers<br>Upheld by the U.S. 9th Circuit Court of Appeals on September 17, 2008 |
| Colo. | HB 06-1343, signed into law July 31, 2006; effective August 7, 2006 | Contractors for the state of Colorado and its subdivisions (most local governments, districts, and other public entities) |
| Ga. | SB 529, signed into law April 17, 2006 | Public employers and contractors and subcontractors |
| Idaho | Executive Order 2006-04, December 13, 2006 | State agencies and contractors |
| Ill. | Public Act 95-0138, signed into law August 13, 2007 | Prohibits employers from enrolling in E-Verity until it is 99 percent accurate; implementation delayed when Department of Homeland Security filed suit |
| Minn. | Executive Order 08-01, signed into law January 7, 2008 | State agencies and state contracts |
| Miss. | SB 2988, July 1, 2008 | All employers, public and private, phased in from 2008 to 2011 |
| Mo. | HB 1549, signed into law July 7, 2008; effective January 1, 2009 | All public employers, state contractors, and certain recipients of subsidies, tax abatements, or loans |
| Neb. | LB403, effective October 1, 2009 | State and local agencies and contractors, among private employers, certain economic development tax incentives available only to those who use E-Verify |
| N.C. | SB1523, signed into law August 23, 2006 | All state agencies, offices, and universities |
| Okla. | HB 1804, signed into law May 15, 2007 | All state and local government agencies and private employers with government contracts. suspended pending court action |
| R.I. | Executive Order 08-01; signed into law March 27, 2008 | State executive branch and all state contractors, sub-contractors, and grantees |
| S.C. | H.4400, signed into law June 4, 2008 | Requires employers to use E-Verify or other federal work authorization programs or to only employ workers with a valid drivers license or identification card issued by South Carolina or other state approved by the South Carolina Department of Motor Vehicles; phased in from January 1, 2009 through July 10, 2010 |
| Tenn. | HB 729, signed into law June 26, 2007; effective July 1, 2008 | Suspends business licenses temporarily when employers "knowingly employ, recruit, or refer for a fee for employment an illegal alien;" repeat offenders are subject to a one-year suspension. Employers who use E-Verify are protected from state sanctions. |
| Utah | SB81, signed into law March 13, 2008; effective July 1, 2009 | All public entities and their contractors. |

Sources: Verifications Inc. (www.verificationsinc.com/compliance-corner.html), Fisher & Phillips LLP (http://www.laborlawyers.com/files/15635_State%20Survey%20of%20Immigration%20Laws.pdf), Dinsmore and Shohl, LLP (www.dinslaw.com/state_e-verify_legislation/), National Conference of State Legislatures (http://www.ncsl.org/programs/immig/EVerifyFAQ.htm)

**Illegal, but not undocumented Illegal, but not undocumented Identity Theft, Document Fraud, and illegal employment from Wikipedia**

1. Verify Employee Identity

The recent ruling by the U.S. Supreme Court that allows illegal aliens to use the identities of American citizens and legal residents as long as they do not knowingly do so makes employment verification all the more important since the vast majority of illegal alien, job-related document fraud and identity theft could be stopped immediately if employers would simply verify the identities (name, date of birth, and SSN) of all new hires and current employees.

Employers can ensure that they have a legal workforce by using a combination of the federal government's E-Verify and Social Security Number Verification Service (SSNVS) systems and by signing up for the federal government's IMAGE program or privately conducted audits. E-Verify is a free, voluntary system that determines employment eligibility and the validity of SSNs of new hires. It returns results in seconds and is used by over 100,000 employers. SSNVS is a program that allows employers to match the SSNs of all current employees against the agency's records. The IMAGE program allows employers to verify the accuracy of I-9 forms submitted by all current employees and to ensure that they are doing everything possible to avoid employing illegal aliens. Alternatively, employers who do not want to use the federal government's systems can use fee-based, private employee verification and background checking services."


**Due to the control of the Federal, State, and Local governments by the Federal Reserve Shareholders using immigrants residing inside the United States the obvious logical internal and external controls with consistent use of**

110

a central verification bank for all immigrant information to log all the immigrant activities including visiting tourist's activities while inside the United States required to be used by all federal, state, local government agencies with giving access to private, non for profit entities, religious entities, political entities, etc. to aid in greater national security for proper verification of the immigrant, for employment and employment daily activities, financial accounts, asset purchasing, applications, memberships, services, etc. has not been done. A Central Data Base Monitoring System linked to an Alien Registration Identity card with fingerprints used for entry passwords needs to be developed to monitor all the daily activities of the immigrant to better be able to immediately identify an immigrant's daily employment activity, immigrant fraud, immigrant's espionage activity, and an immigrant's violation of U.S. Laws. This same Alien Registration Identity Card must be used every time the immigrant enters the United States by land, air, or sea easily found by their fingerprints. All immigrant children must be required at time of entry into the United States or at time of birth to acquire an Alien Registration Identity Card linked to their fingerprints to monitor the immigrant child's daily activities for fraud, espionage activity, and violations of U.S. Laws. Alien Registration Identity Card with immigrant fingerprints similar to entry by password should be used to record into a central data base all the immigrant's daily employment activities, financial transactions, daily application for memberships or services, all the immigrant's travels inside the U.S. and to leave and enter the U.S., all license applications, etc. Too many immigrants and immigrant students inside the United States are not doing the jobs they were hired for or the activities only allowed by an immigrant student so greater monitoring of their employment and student activities needs to be included in this Central Data Base Monitoring System. Their

logging into their computer and their computer systems at home, work, school, etc. needs to also include their Alien Registration Number to identify what computers and electronical equipment they are accessing daily inside the United States.  The immigrant should be required at least weekly to check into the data base system with their Alien Registration Identity Card with their fingerprints, so the federal government is able to know their physical location weekly. This is a very simple and easy way to monitor an immigrant's movement daily inside the United States to stop all the fraud and abuse that immigrants have been doing to the U.S. Citizens since 1917 beginning with the Mexico Bracero Program. If the immigrant not having U.S. Constitutional rights or U.S. Civil Rights does not accept this U.S. plan than the immigrant should not enter the United States not allowed to sue in any court inside the United States not being a U.S. Citizen. This type of system should be put in place and required to be used by all immigrants including governmental immigrants without exceptions entering the United States since the Federal Reserve Shareholders control all nations' governments.

At the same time all U.S. Citizens and their children will need to be entered also into the same central data base under their social security number with fingerprints after they have been properly vetted for U.S. citizenship and valid ownership of their social security number. The U.S. Citizens would have a limited time period to have their U.S. Citizenship and their social security number vetted properly prior to their social security number being deactivated not allowing any future financial transactions, etc. until the U.S. Citizen fulfills the requirements of the newly established Central Data Base Monitoring System necessary for United States national security to protect the lives and assets of the U.S. Citizens.  This Central Data Base Monitoring

System will also be able to tie all the activity of the U.S. Citizen and would be required also to be used at least monthly being a monthly census recording of U.S. citizens in and out of the United States with recording immigrant census inside the United States. This Central Data Base Monitoring System will allow the United States to transfer all social security payments made under the U.S. Citizen social security numbers that was used illegally by immigrants which will be partial retribution for the U.S. Citizen victims due to immigrants being illegally inside the United States using the U.S. Citizens social security numbers to steal U.S. jobs, U.S., State, and Local benefits, etc. since 1935. These additional social security contributions under the U.S. Citizens' social security numbers should significantly increase their social security payments at retirement age. The heirs of the deceased U.S. Citizens could receive a death payment based on the immigrants' contributions to the social security numbers of the deceased U.S. Citizens not alive to receive their retribution.

This Central Data Base Monitoring System will clearly be able to identify all immigrants inside the United States, and all immigrants who have been in violation of the Alien Registration Act since entry into the United States. Any immigrant not registered in the Central Data Base Monitoring System would have tremendous difficulties earning a living and moving about inside the United States with the inability to acquire licenses, etc.

All nations will be required to aid in the removal of their citizens who are in violation of United States laws. Retaliatory actions should be used against nations who have mass numbers of citizens illegally living inside the United

**States in violation of United States until their citizens are removed from the United States. Appropriated retaliatory actions would be increased tariffs on a nations' imports followed by sanctions if the nations actions are lax in the removal of their citizens. Reduction of tariffs should only begin when the nations' citizens have been removed and the nation has paid its' debt accrued due to their citizens' theft of federal, state, and local benefits and damages to the U.S. Citizens.**

Additional research done by the Center for Immigration Studies:

**Article– "ACLU, NYT, & LA RAZA ALL AGREE 75% of Illegal Aliens are Committing Felonies by Ronald Mortensen Sept. 5, 2016 from the Center on Immigration Studies"**

**"Emigration from Mexico" from Wikipedia**

Quotes from "Emigration from Mexico" from Wikipedia

"More than 11% of Mexico's native population lives abroad, making it the country with the most emigrants in the world. 98% of all Mexican emigrants reside in the United States, which are more than 12 million (documented and undocumented) migrants. Estimates on the number of Mexican emigrants of indigenous origin in the U.S. range between 50% and 90% of the entire emigrant population."

The North Atlantic Free Trade Agreement (NAFTA) that specifically removes tariffs from steel, aluminum, and telecommunication equipment, etc. is also linked to espionage activities. The dominant company importing steel from Mexico and

114

Canada to the United States is an Indian Corporation that should be forced to pay tariffs. Arcelor Mittal Dofasco and Arcelor Mittal (Indian owned) does what is called a "work around" to evade import taxes into the U.S. by setting up shop in Mexico and Canada which is unlawful. Likely steel Companies avoiding tariffs importing from Mexico and Canada into the United States for underground espionage activities are Dofasco, Arcelor Mittal Dofasco (India owned), Essar Steel Algoma, Algoma Steel, Essar Group, Arcelor Mittal (India owned), Ispat International, Nynex, Altos Hornos De Mexico, Deacero, Ternium. The tariffs are removed so not to trace products being used in the illegal U.S. underground operations for the Federal Reserve Cartel. NAFTA brings in more Mexican immigrants that are not needed into the U.S. that will also be provided illegally U.S. and State Benefits and stolen social security numbers belonging to U.S. citizens. No immigrant should ever possess a social security number. The payroll deductions of immigrants using a stolen social security number and/or participating in illegal underground operations or other espionage activities are stolen by the Federal Reserve Cartel to fund espionage activities not likely contributing to funding the operations of the U.S. government. Explains why the U.S. government has such huge fraudulent deficits since all payroll deductions of falsely documented immigrants legal and illegal are stolen by the Federal Reserve Cartel. It is important to trace the tax payments and payroll deductions of the falsely documented immigrants and falsely documented U.S. Citizens who were fraudulently naturalized to their specific Federal Reserve Accounts from the IRS and Social Security Administration.

**Article from the  Western Front "39 million social security numbers stolen, used by illegals"**  **https://thewesternfront.com/2018/09/11/39-million-social-security-numbers-stolen-used-by-illegals/**

<u>September 11, 2018</u> By <u>W. Cutting</u>

"The <u>Washington Examiner</u> put out a story showing the Immigration Reform Law Institute obtained records showing 39 million social security numbers were stolen and used by illegal aliens.

Nearly 40 million Social Security numbers have been stolen and used by illegal immigrants and others to get work, according to agency records obtained by an immigration reform group.

The <u>Immigration Reform Law Institute</u> said that from 2012 to 2016 there were "39 million instances where names and Social Security numbers on W-2 tax forms did not match the corresponding Social Security records."

The group said that there is a "thriving black market" used by illegal immigrants to get Social Security numbers needed to get a job.

Their report draws attention to a move by former President Barack Obama to stop sending so-called "no match" letters to employers notifying them that numbers used by employees on the wage forms do not match their identity.

The change followed the president's decision to approve amnesty for some 700,000 younger immigrants let into the U.S. under his Deferred Action for Childhood Arrivals. Some of those have been dubbed "dreamers."

Several groups promoting immigration reform and limitations have shown that illegal immigrants compete with low-income Americans for jobs."

116

The Federal Reserve Shareholders who use their illegal mind control system to control all global elections has put in place immigrants from all nations using stolen social security numbers throughout the Federal, State, and Local governments  to protect the over 40+million immigrants brought to the United States with their descendants and relatives living inside the United States to continue to protect and conceal the Espionage and Patriot violations of all immigrants using stolen social security numbers aiding to attack financially and physically the real authentic U.S. Citizens and the Federal, State, and Local governments. Immigrants from all nations working for governments, associations, law firms, and as celebrities, etc. using stolen social security numbers work together with the illegal immigrant mind control programmers to continue to conceal the 40+ million stolen social security numbers used to steal trillions of stolen federal, state, and local benefits yearly, and millions of U.S. jobs, etc. while aiding to money launder and pass espionage information various ways for the Federal Reserve Shareholders to control the Federal, State, and Local governments.

The former U.S. President Barack Obama well known across the country for using a stolen social security number greatly increased the protection for immigrants from various nations using stolen social security numbers by increasing the number of top federal positions held by immigrants using stolen social security numbers in violation of the Espionage Act and Patriot Act like himself.  Illegitimate U.S. President Barack Obama gave even greater protection with establishing the DACA program an unconstitutional program that violates the Espionage Act and the Patriot Act. The Mexico government working with all the defendants and immigrants from various nations using stolen social security numbers inside the United States continue to prevent

117

legislation that could put in the necessary internal and external control throughout federal, state, and local governments to be able to identify immigrants and fraudulent U.S. Citizens in violation of the Espionage Act and Patriot Act and stop all the illegal drug movement, money laundering, and espionage activities inside the United States.

Due to illegal encryption technology installed illegally in all computers and computer programs even the Federal E-Verify System is not trustworthy to properly vet an immigrant for legitimate U.S. Citizenship and a stolen social security number. All immigrants need to be manually vetted with their parents and grandparents, etc. back till 1917 examining their birth certificates, immigration papers, determining the requirements for an alien registration number and date required,  determining when they entered the United States, determining when they acquired their social security numbers and were they immigrants was located at the time of acquisition, determining all stolen U.S. and State benefits that the immigrant would not have been entitled to, determining all espionage related employment, and examining the constitution and nationalization laws of their parents and grandparents' native countries back till 1917.

## EXHIBITS

Exhibit 1 – U.S. District Court of Eastern District of Louisiana in New Orleans 18-3462 Vicki McLean ET AL EX REL USA VS Federal Reserve System, ET AL filed under the Patriot Act on April 2, 2018

Exhibit 2- MEXICO CONSTITUTION OF 1917

118

**Exhibit 3- U.S. District Court of Eastern District of Louisiana in New Orleans 18-3701 Vicki McLean ET AL EX REL USA VS United Nations, ET AL filed under the Patriot Act on April 9, 2018.**

**Exhibit 4 – U.S. District Court of the Western District of Texas in Austin A18-1021 Vicki McLean ET AL EX REL USA VS State of Texas Secretary of State Elections Division, ET AL filed under the Patriot Act on Nov. 28, 2019.**

**Exhibit 5 – 52-page report designed by Vicki McLean being a summation of espionage activities, terrorists' attacks, etc. inside the U.S. and aboard linked to Vicki McLean's FISC cases active investigations with incite how to track down the mind control terrorist programmers living inside the United States.**

**Exhibit 6- 21-page report designed by Vicki McLean on India U.S. Politicians and their immigrant parents giving great incite on how to track down the India programmers working in the Harvard Mind Control Headquarters and for the Universities and Colleges mind control systems and other underground operations.**

## CONCLUSION

1. The Mexico Government intentionally not establishing the necessary internal and external control over their Mexican Citizens with aiding them to enter the U.S., to access U.S., State, and Local benefits, and access U.S. jobs is liable for the Mexican Citizens' theft of U.S., State, and Local benefits, and the financial and physical damages caused to the U.S. Citizens whose social security number were stolen. The Mexican Government is required to provide free education, housing, and welfare for their indigenous Mexican citizens. It is clear in the Mexican Constitution that the government of

119

Mexico is liable for these costs incurred by the Federal, State, and Local Governments forcing their indigenous Mexican Citizens on the United States indicated by their intentional lax immigration policies.

2. The Mexican Government having been a dominant driver of the Bracero Program, Maquiladora Program, and NATFA which have greatly encouraged and aided 11% of their population to migrant and remain inside the United States illegally and legally. The Mexican Citizens being by far the largest group of immigrants present in the United States has led to the Mexican Citizens being the dominant immigrants working inside and with the illegal Harvard Mind Control Headquarters to carry out the mass shootings and terrorist attacks inside the United States. Once this is proven and the legitimate U.S. government takes control of the entire illegal mind control system inside the United States the Mexico Government will be liable for all the terrorist attacks caused by the Mexican citizens.

3. The Mexican Government required to provide due process and rights to counsel for their Mexican Citizens not entitled to due process and right to counsel inside the United States is liable for all court costs and attorney costs stolen by their Mexican Citizens including all detention costs, deportation costs, and costs to file for asylum in U.S. courts.

4. The Mexico Government and the Mexican Citizens inside the United States needs to stop interfering with the construction of the U.S. Mexico Border Wall being built on United States property with United States funds being a United States political event in the United States that no immigrant has the right to protest against in or out of court and can only be addressed by immigrants and citizens of Mexico in an international court.

5. The Mexico Government needs to assist in stopping illegal entry of individuals, drugs, weapons, etc. into the United States by manning the border with massive numbers of Mexican border agents with military support. The Mexico lax visa policies and lax customs and immigration policies continues to allow massive numbers of refugees, asylum seekers, unaccompanied minors, trafficking victims, and drug trafficking into the United States through Mexico. Mexico is liable for damages caused to the U.S. Citizens and U.S. government by Mexican Citizens and foreign immigrants and their illegal drugs which entered the United States by way of Mexico US border. The Government of Mexico must establish visa requirements for Mexican Citizens and all foreigners to enter and leave Mexico. Refusal to establish visa requirements is clear indication of lack of good faith to stop the flow of illegal immigration, illegal drugs, illegal weapons, illegal money laundering, etc. in and out of the United States by way of the Mexico United States Border. The Mexico lax visa policies also enable massive numbers of Mexican Citizens to enter the United States by sea and land.

6. The Mexico Government needs to greatly assist financially and physically to remove all their Mexican citizens legal and illegally inside the United States who are using stolen social security numbers and have stolen Federal, State, and Local benefits. This includes in assisting to remove the Mexican immigrant children born in Mexico brought to the United States as children, and the Mexican immigrant children born inside the United States who clearly do not have U.S. Birthright citizenship having Mexico Birthright Citizenship.

The millions of Mexican citizens inside the United States that have and currently participate in:

- the illegal mind control system
- the assassination cartels inside the U.S.
- top U.S. and State governmental positions
- underground operations

are thieves and killers of U.S. Citizens in violation of the Patriot Act and Espionage Act giving great reasons to place sanctions on Mexico and discontinuing trade with the country of Mexico by way of land, air, and sea with closing the Mexican/U.S. border to immigrant passage and U.S. Citizens' passage, and rounding up all Mexican Citizens in violation of the Alien Registration Act and deporting them permanently from the United States for the safety of the lives of the U.S. Citizens.

Continued none cooperation by the Mexican Government to immediately begin correcting all problems listed above item #1 through #6 would give reasons to declare sanctions against the Country of Mexico and all Mexican Citizens even ones falsely claiming Dual Mexican United States Citizenship.

Continued none cooperation would lead to the necessity to declare war on the Country of Mexico and deeming the Mexican Citizens inside the United States as an enemy of the State.

The U.S. Congress, U.S. President, and U.S. Judiciary Branch need to be obedient to the following scripture from the Torah and move swiftly to get revenge and retribution from the government of Mexico and the Mexico Citizens living inside the United States or expected to be cursed by the God of

Israel once again for 70 years down to 4 generations for not swiftly getting revenge and retribution for the real authentic U.S. Citizens.


## GUIDANCE FOR THE COURT FROM
## THE GOD OF TORAH


### DEUTERNOMY 32:28-35

"They are a nation void of sense; there is no understanding in them. If they were wise, they would understand this; they would discern what the end would be. How could one have routed a thousand, and two put a myriad to flight, unless their Rock had sold them, the Lord had given them up? Indeed, their rock is not like our Rock; our enemies are fools. Their vine comes from vine stock of Sodom, form the vineyards of Gomorrah; their grapes are grapes of poison, their clusters are bitter; their wine is the poison of serpents, the cruel venom of asps. Is not this laid up in store with me, sealed up in my treasuries? Vengeance is mine, and recompense, for the time when their foot shall slip; because the day of their calamity is at hand, their doom comes swiftly."

Respectfully submitted Pro Se
for the U.S. Citizens and Plaintiffs
Pro Se,

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

## Certificate of Service

I, Vicki McLean certify I will deliver this case original paper form filing with exhibits Vicki McLean ET AL EX REL USA VS Mexico, Country of , ET AL to the U.S. Attorney General Office care of the U.S. Attorney General William Barr at 950 Pennsylvania Avenue, NW, Washington D.C. 20530-0001 by way of USPS certified return receipt under USPS tracking number 7018 0680 0001 0268 4946.

Vicki McLean

Respectfully submitted, Pro Se June 10, 2019

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

124