# Exhibit 9

**U.S. District Court of Western District of Texas, Austin Division
Vicki McLean, ET AL EX REL USA VS People's Republic of China, Country
of, ET AL A19-CV0647RP filed June 25, 2019 under the Patriot Act with
Judge Robert Pitman**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vicki McLean, ETAL EX Rel USA

**DEFENDANTS**
People's of Republic of CHINA

**(b)** County of Residence of First Listed Plaintiff  *Harris, Tx*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  *China*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  Pro Se
Vicki McLean    832-610-1059
7203 OAKwood Glen Blvd #804
Spring, Tx 77379

Attorneys *(If Known)*

A19CV0647 RP

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☑ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | *Patriot Act 2001* |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | *Espionage Act* |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | *1917 1939* |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Patriot Act, Espionage Act, Alien Registration Act Sec 1940
Brief description of cause:  Using stolen US citizens Social Security number, illegally rothschild
DEFENDANTS together being Chinese Citizens aiding to overthrow gov

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*   Judge Robert Pitman  A18-CV-1021-RP
FJGC JUDGE Martin Feldman  New Orleans 18-3462   DOCKET NUMBER  18346-2

DATE  June 25, 2019
SIGNATURE OF ATTORNEY OF RECORD  Vicki McLean Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# UNITED STATES DISTRICT COURT

## OF WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **VICKI FANNING MCLEAN** | **CIVIL ACTION:** |
| **ESTATE OF JAMES MCLEAN** | **A19CV0647 RP** |
| **ESTATE OF LOUIS FANNING, SR** | **PATRIOT ACT OF 2001** |
| **EX REL** | **ESPIONAGE ACT OF 1917** |
| **UNITED STATES OF AMERICA** | **ALIEN REGISTRATION ACT 1940** |
| **PLAINTIFFS** | **IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952** |
| **VS** | **SEDITION ACT OF 1918** |
| | **MCCARREN-WALTERS ACT OF 1952** |
| **PEOPLE'S REPUBLIC OF CHINA, COUNTRY OF 1924 TO PRESENT** | **TRADING WITH THE ENEMY ACT OF 1917, 1939** |
| **MICHELLE KWOK LEE, FORMER U.S. DIRECTOR OF THE PATENT AND TRADEMARK OFFICE** | **BANK SECRECY ACT OF 1970** |
| | **RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970** |
| **ELAINE LAN CHAO, U.S. SECRETARY OF TRANSPORTATION** | **INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976** |
| **JAMES SI-CHENG CHAO** | **SOCIAL SECURITY ACT OF 1935 AND 1965** |
| **RUTH MULAN CHU CHAO** | |

1

FOREMOST GROUP, INC.

ANGELA CHAO

HARVARD UNIVERSITY
1913 TO PRESENT

PRISCILLA CHAN, SPOUSE OF
MARK ZUCKERBERG CO-
FOUNDER OF FACEBOOK

STEVEN SHIH CHEN,
CO-FOUNDER OF YOUTUBE

CHAN ZUCKENBERG INITIATIVE

STEVE S. CHEN, FOUNDER OF
SUPERCOMPUTER SYSTEMS, INC.

SHIING-SHEN CHERN, AWARDED
THE WOLF PRIZE

PAUL CHING-WU CHU, PROFESSOR
AT UNIVERSITY OF HOUSTON

JU-CHIN CHU, FORMER PROFESSOR
AT VIRGINIA TECH

STEVEN CHU, FORMER U.S. SECRETARY
OF ENERGY

TSUNG-DAO LEE, FORMER PROFESSOR
AT COLUMBIA UNIVERSITY

YUAN-TSEH LEE, FORMER PROFESSOR
AT UNIVERSITY OF CALIFORNIA,
BERKELEY

SAMUEL C. C. TING, PROFESSOR
AT MASS INSTITUTE OF TECHNOLOGY

CIVIL RIGHTS ACT OF 1964

INVENTIONS SECRECY ACT OF

INTERNAL SECURITY ACT OF

ILLEGAL IMMIGRATION
REFORM AND IMMIGRANT
RESPNSIBILITY ACT OF 1996

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

2

**DANIEL C. TUSI, FORMER PROFESSOR
AT PRINCETON UNIVERSITY**

**AU WANG, FOUNDER OF
WANG LABORATORIES**

**DAVID S. C. CHU, FORMER U.S.
UNDER SECRETARY OF DEFENSE FOR
PERSONNEL AND READINESS**

**JOHN LIU FUGH, RETIRED MAJOR
GENERAL IN U.S. ARMY**

**CHRIS LU, FORMER U.S. DEPUTY
SECRETARY OF LABOR**

**TINA TCHEN, FORMER U.S. CHIEF
OF STAFF TO THE FIRST LADY
MICHELLE OBAMA**

**ANDREW YANG, FOUNDER
OF VENTURE OF AMERICA**

**JUDY CHU, U.S. REPRESENTATIVE
OF CALIFORNIA**

**CHARLES DJOU, U.S. REPRESENTATIVE
OF HAWAII**

**HIRAM FONG, FORMER U.S. SENATOR
FROM HAWAII**

JIMMY MENG, FORMER NEW YORK
LEGISLATURE

GRACE MENG, U.S. REPRESENTATIVE
OF NEW YORK

DAVID WU, US REPRESENTATIVE OF
OREGAN

KAI LI, PROFESSOR AT PRINCETON
UNIVERSITY & CO-FOUNDER OF
DATA DOMAIN, INC.

FRANK H. WU, CHANCELLOR AND
DEAN OF THE UNIVERSITY OF
CALIFORNIA

WAY KUO, FORMER DEAN OF
ENGINEERING AT UNIVERSITY
OF TENNESSEE

DAVID JUNG-KUANG CHIU
FORMER DEAN AT HOFSTRA
UNIVERSITY

STEPHEN Z.D. CHENG, DEAN OF
COLLEGE OF POLYMER SCIENCE
AND POLYMER ENGINEERING AT
UNIVERSITY OF AKRON

# INTRODUCTION

I, Vicki Fanning McLean a plaintiff and the Pro Se filer for the plaintiffs of the Estate of James McLean and the Estate of Louis Anthony Fanning, Sr all being native U.S. Citizens and Texas, or Louisiana residents am filing this case for the United States Citizens against Puerto Rico, a territory of the United States, ET AL EX REL USA under the Patriot Act, Espionage Act of 1917, Sedition Act of 1918 Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, McCarren-Walters Act of 1952, International Traffic In Arms Regulation Act of 1976, Racketeer Influence and Corrupt Organizations Act of 1970, Trading with the Enemy Act of 1917 &1939, Bank Secrecy Act of 1970. Civil Rights Act of 1964, Social Security Act of 1935, 1965, Employment Retirement Income Security Act of 1974, and Illegal Immigration Reform and Immigrant Responsibility Act of 1996. The plaintiffs in this case have previously filed a series of federal cases placed with the Foreign Intelligence Surveillance Court (known here after as FISC) under Intelligence Judge Martin Feldman in the U.S. District Court of Eastern Louisiana beginning on Sept. 28, 2016 Case 16-15001. The series of cases filed under the Foreign Intelligence Surveillance Court were filed primary under the Patriot Act of 2001, Alien Registration Act. Of 1940, McCarran-Walters Act of 1952, Bank

5

Secrecy Act of 1970, Espionage, Act of 1917, RICO ACT of 1970, and the International Traffic in Arms Regulation Act of 1976 and Immigration and Naturalization Act of 1924 and 1952. Many of the issues addressed in this case were addressed by the plaintiffs against different defendants in FISC cases filed under the Patriot Act and Espionage Act in U.S. District Court of Eastern Louisiana in New Orleans 17-5578, 17-12760, 18-911, 18-3462, 18-3701 and U.S. District Court of Western Texas A18-1021 and A19 -0591 both filed originally under Federal Judge Robert Pitman.

Due to these FISC cases being active with active investigations specifically addressing the yearly massive theft of U.S. funds by the Federal Reserve Shareholders back till 1913 there exists a much greater threat from immigrants, legal and illegal living inside the United State most using stolen U.S. Citizens' social security numbers , to rise up and revolt against the U.S. Citizens in the border States and Coastal States while enabling the mass movement of foreign troops from the Mexican border falsely claiming asylum and refugee status, from overseas from China by way of cruise ships, and from Russia and India by way of illegal international underground subways to overtake the United States and the United States Citizens for the Federal Reserve Shareholders planned massive United States genocide.

The filing of this case for the U.S. Citizens as described against Puerto Rico a territory of the United States, ET AL EX REL USA under the Patriot Act, etc. should enable this case to be immediately moved to the FISC under Judge Martin Feldman and Magistrate Daniel Knowles with immediate transfer to Chief Supreme Court Justice John Roberts to be in accordance with the U.S. Constitution Article 3, Sections 1-3 supported by the Federalist Papers Article 81.

Quote from the Federalist Papers Article 81

"Let us now examine in what manner the judicial authority is to be distributed between the supreme and the inferior courts of the Union. The Supreme Court is to be invested with original jurisdiction, only ``in cases affecting ambassadors, other public ministers, and consuls, and those in which a state shall be a party.'' Public ministers of every class are the immediate representatives of their sovereigns. All questions in which they are concerned are so directly connected with the sovereignties they represent; it is both expedient and proper that such questions should be submitted in the first instance to the highest judicatory of the nation. the public peace, that, as well for the preservation of this, as out of respect to Though consuls have not in strictness a diplomatic character, yet as they are the public agents of the nations to which they belong, the same observation is in a great measure applicable to them. In cases in which a State might happen to be a party, it would ill suit its dignity to be turned over to an inferior tribunal."

Due to the attack on Supreme Court Justice Brett Kavanaugh in 2018 led by U.S. Democratic Senator Diane Feinstein and the attack on Vicki McLean's first federal Judge Thomas Porteous in 2008 led by the Democratic controlled U.S. House of Representatives under Speaker Nancy Pelosi for the benefit of the Federal Reserve Shareholders there is a greater urgency to notify all Federal Judges to protect and aid them to rise up against the forging of their orders encouraging them also to transfer all forged cases to FICS especially the ones filed for immigrants not allowed under the Alien Registration Act of 1940 and Espionage Act and Sedition Act of 1917. Vicki McLean forcing a citation hearing purposely positioned with Magistrate Daniel Knowles was how she enabled the FISC to prove that all Vicki McLean's federal judges' orders being as many as 22 had been forged with the forging of the assistant U.S. Attorneys' motions on 6 Federal False Claim Espionage cases filed

7

for the U.S. Citizens. Once enough evidence was acquired by FISC, all the cases filed by Vicki McLean were able to be picked up for the U.S. Citizens.

This case is being filed to address the subversive and espionage activities of Republican of China, ET AL allowing massive numbers of citizens from China who acquired stolen U.S. Citizens social security numbers and having stolen federal, state, and local benefits with many having acquired fraudulent U.S. Citizenship using a stolen U.S. Citizens social security in violation of the U.S. Constitution, U.S. Immigration and Naturalization Acts of 1924 and 1952, Alien Registration Act of 1940, Espionage Act of 1917, Sedition Act of 1918, Bank Secrecy Act of 1970 and Patriot Act of 2001 to invade the United States to aid the U.S. Federal Reserve Shareholders to control and overtake the legitimate U.S. Government and U.S. Citizens established under the U.S. Constitution attacking them both financially and physically daily inside the United States on U.S. domestic soil.

### Exhibit 1 – FISC Case U.S. District Court of Eastern District of Louisiana Case 18-3462

The International Bankers being referred to as the Federal Reserve Shareholders here after controlled all nations and industries as early as the 1850's. The Federal Reserve Shareholders specifically treated the Chinese immigrants in the United States different than all other American immigrants until 1943 restricting their Chinese Citizens from becoming U.S. Citizens.

### "Chinese Immigration and the Chinese Exclusion Acts" from the U.S. Secretary of State Office of the Historian website

"In the 1850s, Chinese workers migrated to the United States, first to work in the gold mines, but also to take agricultural jobs, and factory work, especially in the garment industry. Chinese immigrants were particularly instrumental in building

8

railroads in the American west, and as Chinese laborers grew successful in the United States, a number of them became entrepreneurs in their own right. As the numbers of Chinese laborers increased, so did the strength of anti-Chinese sentiment among other workers in the American economy. This finally resulted in legislation that aimed to limit future immigration of Chinese workers to the United States, and threatened to sour diplomatic relations between the United States and China.

In 1880, the Hayes Administration appointed U.S. diplomat James B. Angell to negotiate a new treaty with China. The resulting Angell Treaty permitted the United States to restrict, but not completely prohibit, Chinese immigration. In 1882, Congress passed the **Chinese Exclusion Act**, which, per the terms of the Angell Treaty, suspended the immigration of Chinese laborers (skilled or unskilled) for a period of 10 years. The Act also required every Chinese person traveling in or out of the country to carry a certificate identifying his or her status as a laborer, scholar, diplomat, or merchant. The 1882 Act was the first in American history to place broad restrictions on immigration

The Chinese Government considered this act a direct insult, but was unable to prevent its passage. In 1892, Congress voted to renew exclusion for ten years in the Geary Act, and in 1902, the prohibition was expanded to cover Hawaii and the Philippines, all over strong objections from the Chinese Government and people. Congress later extended the Exclusion Act indefinitely. The Chinese Exclusion Acts were not repealed until 1943, and then only in the interests of aiding the morale of a wartime ally during World War II. With relations already complicated by the Opium Wars and the Treaties of Wangxia and Tianjian, the increasingly harsh restrictions on Chinese immigration, combined with the rising discrimination against Chinese living in the United States in the 1870s-early 1900s, placed additional strain on the diplomatic relationship between the United States and China."

The U.S. Universities especially the Ivy League Universities had an abundance of Chinese professors who excelled in science, chemistry, physics, engineering, nuclear engineering, computer science, etc. with many having been given the Nobel Peace Prize. Surely most of the Chinese Professors were involved in all the Federal Reserve Shareholders secret underground research projects for the HAARP mind control and weather modification systems and the secret underground development projects. Through the Chinese Exclusion Acts the Federal Reserve Shareholders specifically restricted Chinese Citizens from applying for U.S. Citizenship to contain all the Chinese professors, professionals, and entrepreneurs living inside the United States.

Unlike most immigrants, the Chinese professional immigrants were often allowed to return to their homeland. Once the Social Security Act of 1935 was passed it should be assumed that all Chinese immigrants living inside the United States including the Chinese U.S. Professors were provided stolen U.S. Citizens social security numbers like all other immigrants living inside the United States to fund the Federal Reserve Shareholders espionage activities in other parts of the world.

The Chinese Citizens living inside the United States using stolen U.S. Citizens social security numbers have over the last 30 years been positioned in government positions and U.S. Companies that greatly influence U.S. Politics. U.S. technology, and U.S. Social Media while massive numbers of Chinese Citizens were working in the U.S. illegal mind control systems able to easily steal U.S. technology for Chinese companies inside China. Many of the Chinese Citizens listed as defendants reveal the Federal Reserve Shareholders strategic positioning of Chinese Citizen

professionals inside the United States for their benefit and to steal massive amounts of U.S. assets linked to their employment or companies due to possession of a stolen U.S. Citizen social security number.

## ARGUMENT

The Nationality Law of the People's Republic of China regulates citizenship in the People's Republic of China (PRC).

## Exhibit 3 – "Nationality Law of the People's Republic of China" https://maoist.wikia.org/wiki/Nationality_Law_of_the_People%27s_Republic_of_China

"The **Nationality Law of the People's Republic of China** (Template:Zh-stp) regulates citizenship in the People's Republic of China (PRC). Such citizenship is obtained by birth when at least one parent is of Chinese nationality or by naturalization.

The law was adopted at the Third Session of the Fifth National People's Congress and promulgated by Order No. 8 of the Chairman of the Standing Committee of the National People's Congress and effective as of September 10, 1980[1].

As for Hong Kong residents, the law was adopted at the Nineteenth Session of the Standing Committee of the Eighth National People's Congress on May 15, 1996[2], a year prior to the Hong Kong handover and came into effect on the same day on July 1, 1997. The explanations concerning the implementation of the nationality of Hong Kong citizens is that Hong Kong citizens are Chinese nationals. The British Dependent Territories citizen, British Nationals (Overseas) and British Citizen passports are not recognized by the Chinese government. Hong Kong citizens who

11

hold such passport or have a right of abode in countries outside the PRC are not entitled to British (or any other nation's) consular protection inside the People's Republic of China (including Hong Kong, Macau and the mainland)

**Article 1:** This law is applicable to the acquisition, loss and restoration of nationality of the People's Republic of China.

**Article 2:** The People's Republic of China is a unitary multinational state; persons belonging to any of the nationalities in China shall have Chinese nationality.

**Article 3:** The People's Republic of China does not recognize dual nationality for any Chinese national.

**Article 4:** Any person born in China whose parents are both Chinese nationals or one of whose parents is a Chinese national shall have Chinese nationality.

**Article 5:** Any person born abroad whose parents are both Chinese nationals or one of whose parents is a Chinese national shall have Chinese nationality. But a person whose parents are both Chinese nationals and have both settled abroad, or one of whose parents is a Chinese national and has settled abroad, and who has acquired foreign nationality at birth shall not have Chinese nationality."


**"Visa requirements for Chinese citizens" from Wikipedia**

**Visa requirements for Chinese citizens** are administrative entry restrictions imposed on citizens of China by the authorities of other states.

As of 26 March 2019, Chinese citizens had visa-free or visa on arrival access to 74 countries and territories, ranking the Chinese passport 64th in terms of travel freedom according to the Henley Passport Index.

**Exhibit 4 - China (People's Republic of)'s Constitution of 1982 with Amendments through 2004**

file:///C:/Users/Owner/Documents/China%20constitution.pdf

"CHAPTER II: THE FUNDAMENTAL RIGHTS AND DUTIES OF CITIZENS

Article 50

The People's Republic of China protects the legitimate rights and interests of Chinese nationals residing abroad and protects the lawful rights and interests of returned overseas Chinese and of the family members of Chinese nationals residing abroad.

Article 51

The exercise by citizens of the People's Republic of China of their freedoms and rights may not infringe upon the interests of the state, of society and of the collective, or upon the lawful freedoms and rights of other citizens.

Article 52

It is the duty of citizens of the People's Republic of China to safeguard the unity of the country and the unity of all its nationalities.

Article 53• Duty to obey the constitution

Citizens of the People's Republic of China must abide by the Constitution and the law, keep state secrets, protect public property and observe labor discipline and public order and respect social ethics.

Article 54

It is the duty of citizens of the People's Republic of China to safeguard the security, honor and interests of the motherland; they must not commit acts detrimental to the security, honor and interests of the motherland.

Article 55• Duty to serve in the military

It is the sacred obligation of every citizen of the People's Republic of China to defend the motherland and resist aggression. It is the honorable duty of citizens of the People's Republic of China to perform military service and join the militia in accordance with the law.

Article 56• Duty to pay taxes

It is the duty of citizens of the People's Republic of China to pay taxes in accordance with the law.


**Clearly Chinese Citizens living inside the United States whose children are born inside the United States are Chinese Citizens entitled to the rights of a Chinese Citizen and protection by the Chinese Government. The Chinese Government does not allow dual citizenship.  A Chinese Citizen is required to pay taxes to the Chinese Government on foreign income earned abroad.  The Chinese government through their constitution Chapter II Article 50 clearly protects the intellectual property rights of their Chinese Citizens while living inside the United States that gives the Chinese Government confidence with the backing of the Federal Reserve Shareholders to boldly steal the intellectual property of U.S. Companies and U.S. Universities illegally developed and acquired by Chinese Citizens inside the United States using stolen U.S. Citizens social security numbers.**

"CHAPTER II: THE FUNDAMENTAL RIGHTS AND DUTIES OF CITIZENS

Article 50

The People's Republic of China protects the legitimate rights and interests of Chinese nationals residing abroad and protects the lawful rights and interests of returned overseas Chinese and of the family members of Chinese nationals residing abroad."

**To further protect Chinese Citizens' interests when living abroad the Chinese requires a Chinese Citizen inside the United States to officially renounce their Nationality Law of the People's Republic of China clearly stated in Nationality Law of the People's Republic of China Articles10-12**

| | |
|---|---|
| **Article 9:** | Any Chinese national who has settled abroad and who has been naturalized as a foreign national or has acquired foreign nationality of his own free will shall automatically lose Chinese nationality. |
| **Article 10:** | Chinese nationals who meet one of the following conditions may renounce Chinese nationality upon approval of their applications: |
| | 1. they are near relatives of foreign nationals; |
| | 2. they have settled abroad; or |
| | 3. they have other legitimate reasons. |
| **Article 11:** | Any person who applies for renunciation of Chinese nationality shall lose Chinese nationality upon approval of his application. |
| **Article 12:** | State functionaries and military personnel on active service shall not renounce Chinese nationality. |

"List of Chinese Americans" from Wikipedia

The list of Chinese American Professors and Chinese American Entrepreneurs many co-founders of U.S. technology companies is so alarming with  most having been involved in the illegal underground mind control operations it is important to included the entire list of Chinese Americans from Wikipedia so all can be properly vetted for U.S. Citizenship and properly vetted for possessing a stolen U.S. Citizen's Social Security number to assess the money laundering by the

15

Federal Reserve Shareholders by way of Chinese Americans using stolen U.S. Citizens social security numbers.

## Arts

## Dance

- Goh Choo San – ballet dancer and choreographer
- Shen Wei – dancer, choreographer and visual artist; MacArthur fellow
- Fang-Yi Sheu – principal dancer of the Martha Graham Dance Company

## Fashion design

- Malan Breton – fashion designer
- Luly Yang - fashion designer
- Angel Chang – fashion designer
- Monika Chiang - fashion designer
- Wenlan Chia – fashion designer
- Doug Chiang – movie designer and artist
- David Chu – co-founder of clothing company Nautica
- Diana Eng – fashion designer
- Joe Allen Hong – fashion designer for Neiman Marcus
- Jen Kao – fashion designer
- Jonathan Koon – fashion designer
- Derek Lam – fashion designer
- Phillip Lim – fashion designer
- Peter Mui – fashion designer, actor, and musician
- Mary Ping – fashion designer
- Peter Som – fashion designer
- Anna Sui – fashion designer
- Vivienne Tam – fashion designer
- Yeohlee Teng – fashion designer
- Alexander Wang – fashion designer
- Vera Wang – fashion designer
- Jason Wu – fashion designer
- Joe Zee – creative director of *Elle* magazine; host of fashion TV series *All on the Line*

## Literature

- Bette Bao Lord (包柏漪) – writer, novelist

16

- <u>Amy Chua</u> – writer, Yale professor
- <u>Eileen Chang</u> (张爱玲, a.k.a. 张煐) – writer
- <u>Kang-i Sun Chang</u> – writer and literary scholar
- <u>Lan Samantha Chang</u> – writer; director of the Iowa Writer's Workshop
- <u>Victoria Chang</u> – writer
- <u>Ted Chiang</u> (姜峯楠) – speculative fiction writer
- <u>Frank Chin</u> (趙健秀) – novelist, playwright, and essayist
- <u>Marilyn Chin</u> – poet
- <u>Ben Fee</u> – writer and labor organizer
- <u>David Henry Hwang</u> (黃哲倫) – playwright
- <u>Gish Jen</u> – writer, novelist
- <u>Ha Jin</u> – novelist, winner of the National Book Award for *Waiting*
- <u>Maxine Hong Kingston</u> – novelist, *The Woman Warrior*
- <u>Jean Kwok</u> – writer, novelist
- <u>Edward Michael Law-Yone</u> – writer, journalist; father of <u>Wendy Law-Yone</u>
- <u>Wendy Law-Yone</u> – writer
- <u>Gus Lee</u> (李健孫) – writer
- <u>Carolyn Lei-Lanilau</u> – writer
- <u>Yiyun Li</u> (李翊雲) – winner of the 2006 PEN/Hemingway Award
- <u>Ed Lin</u> – writer, first author to win three <u>Asian American Literary Awards</u>[1]
- <u>Tao Lin</u> – writer
- <u>Eric Liu</u> – author and speechwriter for former US President <u>Bill Clinton</u>[2]
- <u>Malinda Lo</u> – writer
- <u>David Wong Louie</u> (雷祖威) – writer
- <u>Marie Lu</u> (陸希未) – writer
- <u>Adeline Yen Mah</u> (馬嚴君玲) – author and physician
- <u>William Marr</u> (馬為義,非馬) – engineer, poet, translator, and artist
- <u>Anchee Min</u> (閔安琪) – author, *Red Azalea*
- <u>Lisa See</u> – writer
- <u>Amy Tan</u> (譚恩美) – best-selling author, *The Joy Luck Club*
- <u>Timothy Tau</u> – writer, novelist, screenwriter
- <u>Jade Snow Wong</u> (黃玉雪) – writer
- <u>Shawn Wong</u> – novelist, *Homebase*, *American Knees*; writer; professor
- <u>Timothy C. Wong</u> (黃宗泰) – sinologist, translator, and literary theorist
- <u>Xu Xi</u> – English language novelist based in Hong Kong

- Gene Luen Yang (楊謹倫) – graphic novelist, whose book *American Born Chinese* was the first graphic novel to be nominated for a National Book Award
- Laurence Yep (叶祥添) – two-time winner of the Newbery Honor
- Connie Young Yu – writer, historian, lecturer, and 2016 "Woman of the Year" California Senate District 13
- Judy Yung – writer

## Theater

- Ping Chong (張家平) – contemporary theater director
- Dan Kwong – playwright * Fang-Yi Sheu – principal dancer of the Martha Graham Dance Company
- BD Wong – Tony Award-winning actor, *M Butterfly*, *Law & Order: Special Victims Unit*

## Visual arts

- Alexander Chen: artist for US Olympic Team
- Ching Ho Cheng – artist
- Alan Chin – artist
- Mel Chin – artist
- Cai Guo-Qiang (蔡國強) – artist and gunpowder works designer
- Han Hsiang-ning (韓湘寧) – artist
- James Wong Howe (黃宗霑) – nominated for ten Academy Awards for cinematography, won twice (1955, 1963)
- Maya Lin (林瓔) – architect (Vietnam Veterans Memorial)
- Reagan Louie – American photographer
- Seong Moy – painter and printmaker
- I. M. Pei (貝聿銘) – architect, designed the Louvre Pyramid
- Mimi So – jewelry designer
- May Sun – artist, public art
- Fan Tchunpi – painter, ceramicist
- Frank Wong – dioramist
- Tyrus Wong (黃齊耀) – artist
- Frank Wu – science-fiction illustrator
- Xu Bing – artist

## Business

**Financial**

- Gerald Chan: billionaire, son of T.H.Chan
- Tim Chen – co-founder and CEO of NerdWallet
- Yan Huo – co-founder of Capula Investment Management, 8th largest hedge fund in Europe by assets
- Alfred Lin (林君叡) – venture capitalist at Sequoia Capital
- Ken Lin – founder and CEO of Credit Karma
- Norman Liu – CEO and President of GECAS (2008–2015)
- Look Tin Eli: co-founder of the Canton Bank of San Francisco (1907-1926) and one of the prime movers in the rebuilding of Chinatown after the 1906 quake
- Li Lu – hedge fund manager and founder and Chairman of Himalaya Capital Management
- Lou Pai – CEO of Enron Xcelerator, a venture capital division of Enron
- Donald Tang – former Vice-Chairman of Bear Stearns
- Oscar Tang – financier and philanthropist
- Gerald Tsai – financier, former Chairman and CEO of Primerica
- Mun Charn Wong – former executive of Transamerica Corporation
- Peng Zhao – CEO of Citadel Securities

**Food**

- Roger H. Chen – founder of Tawa Supermarket Inc., also known as 99 Ranch Market
- Andrew Cherng – co-founder of Panda Express, billionaire
- Bob Chinn – owner of Bob Chinn's Crab House, highest grossing restaurant in America
- Johnny Kan – founder of Kan's Restaurant
- Ping Tom – Chicago-based food industry businessman; uncle of Lauren Tom

**Industrial**

- Albert Chao – co-founder of Fortune 1000 company Westlake Chemical, billionaire
- Jimmy Chiang – founder of Way Basics
- David T. Hon – founder and CEO of Dahon
- Noel Lee – founder and CEO of Monster Cable
- America Tang – CEO of Ace Fence Co.

- Cyrus Tang – scrap metal and furniture magnate

**Internet**

- Fred Chang – founder of Newegg, billionaire
- Pehong Chen – founder of Gain Technology and Broadvision
- Perry Chen – co-founder of Kickstarter
- Steve Chen – co-founder of YouTube
- Ben Chiu – founder of KillerApp.com
- Tracy Chou: *Project Include,* former Pinterest and Quora engineer
- Daniel Ha – co-founder of Disqus
- Tony Hsieh (謝家華) – CEO of Zappos.com, online shoe store
- Jameson Hsu – co-founder and CEO of Mochi Media
- Justin Kan – co-founder Twitch.tv
- Kai-Fu Lee – founding President of Google China
- Ellen Pao: Reddit's CEO from 2014-15, filed gender and race discrimination lawsuit against Perkins and lost
- Ben Silbermann – co-founder and CEO of Pinterest, billionaire
- Greg Tseng – co-founder and CEO of Tagged
- Yishan Wong – CEO of Reddit (2012–2014); Director of Engineering of Facebook (2005–2010)
- Jerry Yang – co-founder of NASDAQ-100 component Yahoo!, billionaire
- David Yu – high tech investor and CEO of Betfair (2006–2011)

**Sports and entertainment**

- Stephen Chao – media executive
- Dan Lin – Hollywood film producer and former Senior Vice President at Warner Bros.
- Mynette Louie – producer and co-founder of Gamechanger Films
- Kim Ng (伍佩琴) – Major League Baseball executive
- John J. Sie – founder of Starz Inc.
- Andrea Wong – President of International Production for Sony Pictures Television and the President of International for Sony Pictures Entertainment

**Technology**

- John S. Chen – CEO of BlackBerry; former CEO of Sybase
- Steve Chen – founder and CEO of Galactic Computing

- James Chu – founder, CEO and Chairman of ViewSonic, one of the largest computer monitor brands
- Alfred Chuang – co-founder BEA Systems, acquired by Oracle for $8.5 billion in 2008
- Weili Dai – co-founder of Marvell Technology Group
- Ping Fu (傅苹) – co-founder of Geomagic
- Ming Hsieh (謝明) – co-founder Cogent Systems, sold to 3M in 2009 for $930 million
- Kai Huang – co-founder of *Guitar Hero* franchise
- Jen-Hsun Huang – co-founder and CEO of NASDAQ-100 component NVIDIA
- Robert T. Huang – founder of Fortune 500 company Synnex
- Min Kao (高民環) – co-founder of Garmin, billionaire
- David Lam – founder of NASDAQ-100 component Lam Research
- Patrick Soon-Shiong – founder of Abraxis BioScience and NantHealth, billionaire
- Lisa Su (蘇姿豐) - CEO and president of NASDAQ-100 component Advanced Micro Devices
- David Sun – co-founder and COO of Kingston Technologies, billionaire
- Sehat Sutardja – co-founder of Marvell Technology Group
- Lip-Bu Tan – President and CEO of Cadence Design Systems
- Victor Tsao – co-founder of Linksys, sold to Cisco Systems for $500 million
- John Tu – co-founder of Kingston Technologies, billionaire
- An Wang (王安) – co-founder of Wang Laboratories, sold in 1999 for $1.5 billion
- Charles Wang (王嘉廉) – founder of CA Technologies, owner of the New York Islanders
- William Wang – founder and CEO of Vizio
- Ken Xie – founder of Fortinet and NetScreen, acquired by Juniper Networks in 2004 for $4 billion
- Bing Yeh – founder of Silicon Storage Technology and Greenliant Systems
- Min Zhu – co-founder of WebEx, sold to Cisco Systems for $3.2 billion

## Other

- Sam Chang – New York real estate and hotel developer
- Allen Chao – founder of S&P 500 Index component Allergan, Plc
- James S.C. Chao – New York shipping magnate and father of Elaine Chao
- John Chuang – co-founder and CEO of staffing consultancy Aquent

- <u>Lew Hing</u> – shipping, hotel, and canning tycoon
- <u>Andrea Jung</u> (鍾彬嫻) – Chair of <u>Avon</u>

## Entertainment

## Actors

- <u>Tyson Beckford</u> – model and actor
- <u>Chloe Bennet</u> – actress and singer
- <u>T. V. Carpio</u> – actress and singer
- <u>Tina Huang</u> — stage, television actress
- <u>Tia Carrere</u> - actress
- <u>Flora Chan</u> – actress
- <u>JuJu Chan</u> – actress
- <u>Yin Chang</u> – actress, Nelly Yuki in <u>The CW</u> series *Gossip Girl*
- <u>Louis Ozawa Changchien</u> – actor
- <u>Rosalind Chao</u> – actress
- <u>Zoë Chao</u> – actress and writer
- <u>Fala Chen</u> – actress
- <u>Joan Chen</u> (陳冲) – actress, *The Last Emperor*, director
- <u>Lynn Chen</u> – actress, *Saving Face*
- <u>Kevin Cheng</u> – actor and singer
- <u>Karin Anna Cheung</u> – actress, Angela, in <u>Quentin Lee</u>'s feature film *The People I've Slept With* (2009)
- <u>Feodor Chin</u> – actor, writer, director
- <u>Annabel Chong</u> – adult film actress
- <u>China Chow</u> – actress, model
- <u>Kelsey Chow</u> – actress
- <u>Michaela Conlin</u> – actress
- <u>Auli'i Cravalho</u> – actress and singer
- <u>Roger Fan</u> – actor
- Ted Fu – founding member of <u>Wong Fu Productions</u>[3]
- <u>James Hong</u> – actor and director
- <u>George Hu</u> – actor
- <u>Kelly Hu</u> – actress
- <u>Celina Jade</u> – actress, singer and martial artist
- <u>Malese Jow</u> – actress and singer on *Unfabulous* and *Bratz*
- <u>Archie Kao</u> – actor and model
- <u>Michelle Krusiec</u>, actress
- <u>Nancy Kwan</u> – first Chinese-born star in Western cinema[4]

- Brandon Lee – actor, son of Bruce Lee
- Bruce Lee – kung fu actor, son of Lee Hoi-chuen
- Jason Scott Lee – actor
- Michelle Lee – actress, martial artist and stuntwoman
- Shannon Lee – actress, and daughter of Bruce Lee
- Kaylani Lei – pornographic actress
- Ken Leung – actor, *Lost*, *X-Men: The Last Stand*
- James Hiroyuki Liao, actor
- Dyana Liu – actress
- Lucy Liu – actress, *Charlie's Angels*, *Kill Bill*
- Liu Yifei – actress and singer
- John Lone – actor, most notable for his role as Pu Yi in *The Last Emperor*
- Jodi Long – actress
- Keye Luke – actor
- Tzi Ma (馬泰) – actor
- Byron Mann – actor, notable for playing the role of Ryu in *Street Fighter*
- Marie Matiko – actress
- Meiling Melançon – actress
- Matthew Moy – actor, *2 Broke Girls*, most notable for the voice of Lars Barriga (*Steven Universe*)
- Olivia Munn – actress, model and television personality
- Irene Ng – actress, played the title character in Nickelodeon's *The Mystery Files of Shelby Woo*
- Melissa Ng – actress
- Haing S. Ngor – actor; won an Oscar for Best Supporting Actor in *The Killing Fields*
- Julia Nickson-Soul – actress, most notable for playing the role of Co-Bao in *Rambo: First Blood Part II*
- Jimmy Ouyang (歐陽萬成) – actor, writer and comedian
- Will Pan (潘瑋柏) – signer and songwriter
- Janel Parrish – actress and singer
- Ke Huy Quan – actor and stunt choreographer; played Short Round in *Indiana Jones and the Temple of Doom*
- Ivan Shaw – actor
- Parry Shen – actor
- Robin Shou – actor, stuntman, martial artist
- Harry Shum, Jr. – actor, dancer, and singer in *Glee* and *Shadowhunters*
- Kaiji Tang – voice actor
- Will Tiao – actor and producer

- Jennifer Tilly – actress, *Bound* (born in California)
- Meg Tilly – actress
- Chuti Tiu – actress, *Desire*, *24*, *Dragnet*, *Beautiful*, *The Specials*; former America's Junior Miss (first non-Caucasian winner)
- Kiana Tom – actress, television host, and exercise instructor
- Lauren Tom – actress, *The Joy Luck Club*, "Julie" on *Friends*
- Jessika Van – actress, singer, portrays "Becca" on MTV's *Awkward*
- Kelly Vitz – actress on *Sky High* and Nancy Drew
- Garrett Wang – actor in *Star Trek: Voyager*
- Ming-Na Wen – Macanese-born actress, *ER*, *Mulan*
- Anna May Wong (黃柳霜) – first female Asian-American star of the screen
- Grace Wong (王君馨) – actress
- Michael Wong (王敏德) – actor
- Russell Wong (王盛德) – actor
- Victor Wong (黃自強) – actor

- Constance Wu (吳恬敏) – actor
- Daniel Wu – actor
- Kevin Wu – YouTube star, once #1 all-time most subscribed comedian
- Welly Yang – actor and artist
- Michelle Ye – actress
- Kelvin Han Yee – actor
- Gwendoline Yeo – musician and actress
- Keone Young – actor
- Eugenia Yuan – actress and daughter of Cheng Pei-pei
- Catalina Yue – actress, singer, model
- Victor Sen Yung – actor, portrayed Hop Sing in *Bonanza*
- Nan Zhang – actress, *Gossip Girl*
- Jade Wu - actress, screenwriter, director

## Directors

- Arvin Chen – director and screenwriter
- Tze Chun – writer, director
- Esther Eng – director
- Ang Lee – Academy Award-winning director
- Justin Lin – director, *Better Luck Tomorrow*, *The Fast and the Furious: Tokyo Drift*, *Fast & Furious*
- Freida Lee Mock – Academy Award-winning documentary filmmaker and co-founder of the American Film Foundation

- David Ren – film director, *Shanghai Kiss*
- Timothy Tau – writer and director
- Wayne Wang – Hollywood director; won the Golden Shell
- Ruby Yang – film director
- Jessica Yu – Academy Award-winning documentary filmmaker; film and television director

## Musicians

- Jin Au-yeung – rapper, songwriter, actor
- Carmit Bachar – singer and member of the Pussycat Dolls
- Baiyu – singer, songwriter, actress, mtvU VJ
- Jaycee Chan – Hong Kong singer-songwriter, actor
- Robert Chen – violinist, concertmaster of Chicago Symphony Orchestra
- Chi Cheng – bassist of alternative metal band, Deftones
- Andrew Chou – member of hip-hop group Machi
- Dawen – singer, songwriter
- Leah Dizon – model and singer
- Khalil Fong – singer, songwriter
- Nichkhun Buck Horvejkul – singer and rapper member of the K-pop group, 2PM
- Jack Hsu – frontman of The Hsu-nami[5]
- Lucia Hwong – composer, musician, known for ethereal music and pipa (Chinese lute)
- Jon Jang – jazz pianist, composer, band leader
- Kelis – singer[6] 1/4 Chinese
- Larissa Lam – singer-songwriter, television host, music executive, film director
- Chihchun Chi-sun Lee – composer
- CoCo Lee – singer
- Dai-Keong Lee – composer
- Cho-Liang Lin – violinist
- Jenny Lin – pianist
- Joseph Lin – first violinist for Juilliard String Quartet
- Amber Liu – rapper and singer of K-pop group f(x)
- Kate Liu – classical pianist
- Justin Lo – Hong Kong singer-songwriter, actor
- Zhou Long – winner of the 2011 Pulitzer Prize for Music
- Yo-Yo Ma (馬友友) – cellist
- Charles Mingus – jazz double bassist, composer, band leader

- <u>Chino Moreno</u> – vocalist and guitarist of <u>Deftones</u>
- <u>Ne-Yo</u> – <u>R&B</u> artist, 1/4 Chinese
- <u>Richard On</u> – guitarist-songwriter for rock band <u>O.A.R.</u>
- <u>Will Pan</u> – singer-songwriter, rapper and actor
- <u>Bright Sheng</u> – composer, conductor, and pianist
- <u>Shunza</u> – singer
- <u>Vienna Teng</u> – singer-songwriter
- <u>Jason Tom</u> – beatboxer
- <u>Kenneth Tse</u> – classical saxophonist
- <u>Sam Tsui</u> – YouTube singer
- <u>Mark Tuan</u> – Taiwanese rapper of K-pop group <u>Got7</u>
- <u>Lara Veronin</u> – vocalist
- <u>Wang Leehom</u> – singer-songwriter, record producer, actor and film director
- <u>Joanna Wang</u> – singer
- <u>Chris Wong Won</u> ("Fresh Kid Ice", 'The Chinaman") – Chinese Trinidadian rapper, member of <u>2 Live Crew</u>
- <u>Only Won</u> – rapper, actor, martial artist, producer of <u>Finding Cleveland</u>
- <u>Vanness Wu</u> – actor, singer, director, producer
- <u>Sophia Yan</u> – <u>classical pianist</u>
- <u>Catalina Yue</u> – singer, songwriter, model
- <u>Nancy Zhou</u> – violin player
- <u>Henry Fong</u> - dj/producer

**Other**

- <u>Chang and Eng Bunker</u> (暹羅雙胞胎) – Siamese twins, pioneer immigrants
- <u>Ken Hom</u> – chef, author and British television show presenter
- <u>Steven Ho</u> – martial artist and stunt man
- <u>Janet Hsieh</u> – model and travel host of *Fun Taiwan*
- <u>Eddie Huang</u> (黃頤銘) – writer, celebrity TV chef
- <u>William Hung</u> – musician of *American Idol* fame
- <u>Carrie Ann Inaba</u>, judge on <u>Dancing with the Stars</u>
- <u>Rupert Jee</u> – owner of the Hello Deli next to the Ed Sullivan Theater; regular on *Late Show with David Letterman*
- <u>Miranda Kwok</u> – screenwriter
- <u>Shin Lim</u> (林申) – close-up magician
- <u>May Pang</u> (庞凤仪) – personal assistant and arts producer for <u>John Lennon</u> and <u>Yoko Ono</u>, romantic partner with Lennon.

26

- Ming Tsai – chef and restaurateur (Blue Ginger); host of Emmy Award-winning television show *East Meets West*
- Shen Wei – choreographer, stage designer
- Kristina Wong (黃君儀) – comedian
- Martin Yan – chef, host of *Yan Can Cook*
- Vern Yip – interior designer and TV host

**Journalism and news media**

- Ben Calhoun – radio journalist with *This American Life*
- Sewell Chan – journalist, *The New York Times*
- Emily Chang – journalist from CNN
- Iris Chang – historian and journalist, *Thread of the Silkworm* and *The Rape of Nanking*
- Richard Lui — news anchor of MSNBC
- Jeff Chang – journalist, hip-hop historian
- Laura Chang – science editor, *The New York Times*
- Adrian Chen – investigative journalist, staff writer at *The New Yorker*
- Christine Chen – journalist and anchor
- Julie Chen – newsreader on *The Early Show* and host of *Big Brother*
- Anna Chen Chennault (陳香梅) – journalist, wife of Claire Chennault, of the Flying Tigers
- Ron Chew – former editor *International Examiner*, founding member of Seattle Chapter of the Asian American Journalists Association
- Connie Chung – became the second woman to co-anchor a major network's national news broadcast
- Veronica De La Cruz – journalist, worked for NBC News from (2010–2014) and alternating anchor on both Early Today on NBC and First Look on MSNBC
- Ben Fong-Torres (方振豪) – journalist, *Rolling Stone*
- Cindy Hsu – news reporter at WCBS-TV in New York City
- Jennifer 8. Lee – journalist, *The New York Times*
- Melissa Lee – Emmy award-winning journalist, CNBC, NBC News, MSNBC, Bloomberg Television and CNN Financial News
- Portia Li (李秀蘭) – journalist
- Carol Lin – news anchor
- Sam Chu Lin – journalist, one of the first Asian Americans on network TV news
- Laura Ling – journalist, sister of Lisa Ling

- <u>Lisa Ling</u> (凌志慧) (1973- ) – journalist, known for her role as a co-host of ABC's *The View* and host of *National Geographic Ultimate Explorer*[7]
- <u>Betty Liu</u> – news anchor, Bloomberg Television
- <u>Chiang Nan</u> – newspaper editor
- <u>Kaity Tong</u> – news anchor for <u>WPIX-TV</u> in New York City
- <u>Edward Wong</u> – journalist, former writer for *The New York Times*
- <u>Sheryl WuDunn</u> – Pulitzer Prize–winning journalist and author
- <u>Jeff Yang</u> – columnist for *The Wall Street Journal*
- <u>John Yang</u> – <u>Peabody Award</u> winning news correspondent and commentator for *NBC Nightly News* with Brian Williams, *Today*, and <u>MSNBC</u>
- <u>XiXi Yang</u> – TV host and model
- Al Young – journalist, *Boston Globe*; first Asian American sportswriter in the mainland USA at a metropolitan daily; Asian American Journalists Association (AAJA) Pioneer in Journalism Honor Roll List (1925–75)[8]
- <u>Anthony Yuen</u> – journalist

## Military

- <u>Danny Chen</u> (陳宇暉) – <u>Private</u>, <u>United States Army</u> <u>Infantryman</u>, was found shot to death after being harassed and beaten by his fellow soldiers in Afghanistan
- <u>Arthur Chin</u> (陳瑞鈿) – <u>World War II</u> pilot and <u>fighter ace</u> with Canton Provincial Air Force, <u>National Revolutionary Army</u>
- <u>David S. C. Chu</u> – United States Army <u>Captain</u> (retired), <u>Under Secretary of Defense for Personnel and Readiness</u> (2001–2008), president/<u>CEO</u> of the <u>Institute for Defense Analyses</u>
- <u>Gordon Pai'ea Chung-Hoon</u> – <u>United States Navy</u> <u>Rear Admiral (Upper Half)</u>
- <u>John Liu Fugh</u> – first Chinese American officer to be promoted to the rank of <u>Major General</u> in the United States Army; first Chinese American to serve as <u>Judge Advocate General of the Army</u>
- <u>Wah Kau Kong</u> – <u>United States Air Force</u> <u>Second Lieutenant</u>, first Chinese American <u>fighter pilot</u>
- <u>Hazel Ying Lee</u> (李月英) – first Chinese American woman to earn a <u>pilot's license</u>; flew for the <u>United States Army Air Forces</u> during <u>World War II</u> as a <u>Woman Airforce Service Pilot</u> (WASP)
- <u>Kurt Lee</u> – Major, US Marine Corps.; first Asian American Marine Corps officer, <u>Navy Cross</u> recipient[9][10]
- <u>Coral Wong Pietsch</u> – <u>United States Army Reserve</u> <u>Brigadier General</u>, first female Asian American general officer

28

- Francis B. Wai – United States Army Captain, only Chinese American to have been awarded the Medal of Honor
- Mun Charn Wong – United States Air Force Lieutenant Colonel, friend of Wah Kau Kong
- Ted Wong – United States Army Major General, Chief of the U.S. Army Dental Corps (2011–2014)
- Xiong Yan – student leader during the Tiananmen Square protests of 1989 and now a chaplain in the United States Army
- James Yee – United States Army Captain and chaplain, formerly charged with sedition; author of the memoir *For God and Country: Faith and Patriotism Under Fire*
- Jonathan A. Yuen – United States Navy Rear Admiral and commander of Naval Supply Systems Command
- Fang Wong – National Commander of The American Legion (2011–2012)

## Politics and government

## National politics

- Elaine Chao (赵小兰) – current Secretary of Transportation and the Former Secretary of Labor (2001–2009) (Republican)
- Lanhee Chen (陳仁宜) – conservative government policy academic, policy director in Mitt Romney's 2012 presidential campaign (Republican), news media political commentator
- Steven Chu (朱棣文) – physicist, former Secretary of Energy (2009–2013), winner of 1997 Nobel Prize in Physics for research in laser cooling (Democratic)
- Nancy-Ann DeParle – Director of the White House Office of Health Reform (Democratic)
- Gary Locke (骆家辉) – United States Ambassador to China (2011–2014); United States Secretary of Commerce (2009–2011); Governor of Washington (1997–2005), first and only Chinese American to serve as a state governor (Democratic)
- Chris Lu (卢沛宁) – Assistant to former President Barack Obama and Cabinet Secretary (Democratic)
- Tina Tchen (陈远美) – Chief of Staff to the First Lady of the United States, director of Office of Public Liaison during Obama administration (Democratic)

- Andrew Yang: running for 2020 POTUS

**Congress**

- Daniel Akaka – former US Senator from Hawaii; first Native Hawaiian US Senator; Democrat
- Judy Chu – first Chinese-American woman to serve as US Representative (2009–present); Democrat
- Charles Djou – US Representative from Hawaii (2010–2011); Republican
- Hiram L. Fong – former US Senator from Hawaii; first US Senator of Chinese ancestry; Republican
- Ted Lieu – Democrat representing the 33rd District of California
- Grace Meng – Democrat representing the 22nd District of New York
- David Wu – first Taiwanese American US Representative, Democrat from Oregon

**Local and state**

- Wilma Chan – first Asian American California State Assembly Majority Leader (2002–2004); Democrat
- John Chiang – California State Controller (2007–present); Democrat
- Margaret Chin – member of the New York City Council representing Chinatown
- David Chiu – Democrat representing the 17th Assembly District, California State Assembly
- March Fong Eu – former Secretary of State of California (1975–1994), elected in 1974, she won reelection four times; United States Ambassador to the Federated States of Micronesia (1994–1996); Democrat
- Matthew K. Fong – California State Treasurer (1995–1999), adoptive son of March Fong Eu; Republican
- Allan Fung – Mayor of Cranston, Rhode Island; Republican
- Tony Hwang – State Representative of the Connecticut General Assembly; Republican
- Ed Jew – former member of the San Francisco Board of Supervisors; Democrat
- Peter Koo – member of the New York City Council representing Flushing, Queens
- Ed Lee – Mayor of San Francisco (2011–2017)

- Harry Lee – longtime sheriff of Jefferson Parish, Louisiana; first elected in 1979, he was re-elected six times and served 27 and a half years (Democratic)
- Susan C. Lee – Senator, Maryland Senate of Maryland General Assembly;first Asian American elected to Maryland Senate and first Chinese American elected to Maryland House of Delegates and Maryland General Assembly.
- John Liu – New York City Comptroller (2010–2013)
- Alex Wan – member of the Atlanta City Council, first openly gay and first Asian American member
- Shien Biau Woo (吳仙標) – Lieutenant Governor of Delaware (1985–1989), current president of the 80-20 Initiative; Democrat
- Leland Yee – former California State Assemblyman, current California State Senator
- Yiaway Yeh – mayor of Palo Alto, California; first Chinese American to hold the office[11]
- Mae Yih – Oregon State Representative (1977–1983), Oregon State Senator (1983–2003), first Chinese American to serve in a state senate; Democrat

**Law and judiciary**

- Norman Bay – former United States Attorney for the District of New Mexico (2000–2001); first Chinese American United States Attorney
- Margaret Chan – New York State Supreme Court Civil Branch justice in Manhattan[12][13]
- Denny Chin – judge of the United States District Court for the Southern District of New York (1994–present), first Asian American appointed as a United States district court judge outside of the Ninth Circuit
- Ming Chin – Associate Justice, Supreme Court of California
- Morgan Chu (朱欽文) – Partner, Chair of Litigation, former Co-Managing Partner of Irell & Manella; former President (2014–15) and board member (2009–15) of Harvard Board of Overseers
- Amy Chua – professor of law; author of *Battle Hymn of the Tiger Mother*
- Dolly M. Gee – federal district judge, United States District Court for the Central District of California
- Joyce Kennard – Associate Justice, Supreme Court of California
- George H. King – federal district judge, United States District Court for the Central District of California

- William F. Lee – co-managing partner of WilmerHale and fellow of the Harvard Corporation
- Ronald Lew – federal district judge, United States District Court for the Central District of California; first Chinese-American federal judge outside of Hawaii
- Goodwin Liu – Associate Justice of the Supreme Court of California
- Brian Sun – trial lawyer
- Thomas Tang – judge of the United States Court of Appeals for the Ninth Circuit; first Chinese American federal judge
- Jan C. Ting (丁景安) – professor of law; expert on immigration, national security, and taxation; 2006 Republican candidate for Senate (DE)
- Delbert Wong – judge

**Community and civil rights**

- Grace Lee Boggs (Lee 玉平) – community activist in African American community; leftist writer
- Chin Lin Sou – community leader
- Goo Kim Fui (古今辉) – President, United Chinese Society in Hawaii, 1892–1898; played an instrumental role in uniting the Chinese and fighting for their rights during the anti-Chinese agitation in Hawaii in the 1880s
- Charles Goodall Lee – first licensed Chinese American dentist in the United States, financier of Chinese American Citizens Alliance in Oakland Chinatown, spouse of Clara Elizabeth Chan Lee
- Clara Elizabeth Chan Lee – first Chinese American woman voter in the United States
- Mabel Ping-Hua Lee - Chinese advocate for women's suffrage in the United States, community organizer in New York City's Chinatown, and leader of the First Chinese Baptist Church in Chinatown.
- Wong Chin Foo (王清福) – 19th-century civil rights activist and journalist
- Wong Kim Ark (黃金德) – his lawsuit established the principle of citizenship by virtue of birth on US soil
- Harry Wu (吴弘达) – human rights activist, focuses on Laogai prison camps and human rights in China
- Sherman Wu – civil rights activist, famous racial discrimination incident by university fraternity

- <u>Xiao Qiang</u> (萧强) – <u>MacArthur Fellowship</u> for human rights activism, publisher of <u>China Digital Times</u> covering rights and censorship in China, journalism professor
- <u>John C. Young</u> (容兆珍) – San Francisco Chinatown leader
- <u>Helen Zia</u> (謝漢蘭) – community activist and writer

## Science and academia

## Nobel Prize

- <u>Chen Ning Yang</u> (楊振寧) – 1957 Nobel laureate, Physics, <u>Yang–Mills theory</u>
- <u>Tsung-dao Lee</u> (李政道) – 1957 Nobel laureate, Physics
- <u>Samuel C. C. Ting</u> (丁肇中) – 1976 Nobel laureate, Physics
- <u>Yuan T. Lee</u> (李远哲) – won the <u>Nobel Prize in Chemistry</u> in 1986 "for his contributions to the dynamics of chemical elementary processes"
- <u>Steven Chu</u> (朱棣文) – 1997 Nobel Prize in Physics, US Secretary of Energy (2009)
- <u>Daniel Chee Tsui</u> (崔琦) – 1998 Nobel laureate, Physics
- <u>Roger Y. Tsien</u> (錢永健) – 2008 Nobel laureate, chemistry
- <u>Charles K. Kao</u> (高锟) – 2009 Nobel laureate in Physics who pioneered the development and use of fiber optics in telecommunications

## Fields Medalists in Mathematics

- <u>Terence Chi-Shen Tao</u> (陶哲軒) – <u>Fields Medal</u> winner (2006)
- <u>Shing-Tung Yau</u> (丘成桐) – <u>Fields Medal</u> winner (1982)

## Chemistry

- <u>Ching W. Tang</u> – inventor of the <u>organic light-emitting diode</u>(OLED) and the hetero-junction <u>organic photovoltaic cell</u> (OPV); winner of the 2011 <u>Wolf Prize in Chemistry</u>; known as the "father of <u>organic electronics</u>"
- <u>Roger Y. Tsien</u> (錢永健) – 2008 Nobel laureate, chemistry
- <u>Peidong Yang</u> – chemist; founding member of the scientific advisory board at <u>Nanosys</u>, a nanomaterials company; co-founder of <u>Alphabet Energy</u>[14]

- Xiaowei Zhuang – Professor of Chemistry and Chemical Biology and of Physics at Harvard University, member of National Academy of Sciences, MacArthur Fellow (2003)

## Computer science

- Danqi Chen (陈丹琪): AI professor at Princeton University working in Natural language processing, PhD from Stanford University, former student of Andrew Yao[15]
- Jianlin Cheng (程建林) – computer and data scientist; Associate Professor in the Computer Science Department at the University of Missouri, Columbia
- Wen Tsing Chow (周文俊) – missile guidance scientist, digital computer pioneer
- Leon Chua – professor in the Department of Electrical Engineering and Computer Sciences at the University of California, Berkeley
- Feng-hsiung Hsu (許峰雄) – IBM developer of Deep Blue, which beat World Chess Champion Garry Kasparov in 1997
- Fei-Fei Li (李飞飞) – AI researcher, Stanford University professor
- Kai Li: Princeton University
- Ming C. Lin – former Distinguished Professor of Computer Science at the University of North Carolina at Chapel Hill,[16][17] now at U. Maryland.
- Andrew Ng (吴恩达) – AI researcher and entrepreneur: Google Brain, Baidu research, Coursera, Stanford University professor
- Carol E. Reiley: entrepreneur in health, robotics and AI, Andrew Ng's wife
- Pei-Yuan Wei (魏培源) – creator of ViolaWWW
- Wen-mei Hwu – professor at University of Illinois at Urbana–Champaign specializing in compiler design, computer architecture, computer microarchitecture, and parallel processing
- Andrew Yao (姚期智) – 2000 Turing Award recipient, Yao's principle, former professor at Princeton University
- Frances Yao (储枫) – computer scientist, researcher in computational geometry and combinatorial algorithms; wife of Andrew Yao
- Yuanyuan Zhou: Princeton University PhD, currently UC San Diego

## Engineering

- Yuxin Chen: Qinghua, Stanford, Princeton EE[18][19]
- Minjie Chen: Qinghua, MIT, Princeton EE[20][21]

- <u>Huajian Gao</u> – Walter H. Annenberg Professor of Engineering at Brown University
- <u>Lee Yuk-Wing</u> (李郁榮) – Professor of Electrical Engineering at Massachusetts Institute of Technology
- <u>T. Y. Lin</u> (林同炎) – civil engineer, bridgebuilder
- <u>Tung Hua Lin</u> (林同驊) – professor (<u>UCLA</u>), aerospace and structural engineer

**Mathematics**

- <u>Sun-Yung Alice Chang</u> (张圣容): professor of mathematics and former chair of the department at <u>Princeton University</u>
- <u>Chen Wen-chen</u> (陈文成): professor of math at <u>Carnegie Mellon</u>, victim of Taiwan <u>KMT</u> persecution of dissidents (see <u>White Terror</u>)
- <u>Shiing-Shen Chern</u> (陳省身): <u>Wolf Prize</u>, considered one of the greatest mathematicians of the 20th century; worked on differential geometry and topology; known for <u>Chern-Simons theory</u>, <u>Chern-Weil theory</u>, <u>Chern classes</u>
- <u>Chia-Kun Chu</u> (朱家琨) – applied mathematician, Fu Foundation Professor Emeritus of Applied Mathematics at <u>Columbia University</u>[22][23]
- <u>Weinan E</u> (鄂维南): applied mathematician at <u>Princeton University</u>
- <u>Terence Chi-Shen Tao</u> (陶哲軒) – <u>Fields Medal</u> winner (2006), professor (UCLA), <u>MacArthur Fellow</u> (2006), <u>Crafoord Prize</u> (2012), <u>Breakthrough Prize in Mathematics</u> (2014)
- <u>Tian Gang</u> (田刚): <u>Princeton University</u> professor emeritus, student of S.T. Yau
- <u>Paul Tseng</u> – applied mathematician, professor at the Department of Mathematics at the University of Washington in Seattle
- <u>Paul C. Yang</u> (杨建平): <u>Princeton University</u>, husband of Alice Chang
- <u>Shing-Tung Yau</u> (丘成桐) – <u>Fields Medal</u> winner (1982); <u>MacArthur Fellow</u> (1984), <u>Crafoord Prize</u> (1994), <u>National Medal of Science</u> (1997), <u>Wolf Prize</u> (2010)
- <u>Yitang Zhang</u> – mathematician, known for establishing the first finite bound on gaps between prime numbers

**Medicine and biosciences**

- Priscilla Chan (陈Priscilla): Harvard-graduated pediatrician, Chan-Zuckerberg foundation
- Min Chueh Chang (張明覺) – co-inventor of the first birth control pill; made significant contributions to the development of in vitro fertilisation
- Gilbert Chu (朱築文) – biochemist and Professor of Medicine (Oncology) and Biochemistry at the Stanford Medical School; older brother of Steven Chu
- Yuan-Cheng Fung (馮元楨) – founder of modern biomechanics
- Lue Gim Gong (呂金功) – horticulturalist
- David Ho – scientific researcher and the Irene Diamond professor at Rockefeller University in New York City
- Alice S. Huang – virologist
- Lin He – biochemist, received the MacArthur Fellowship in 2009
- Yuet Wai Kan – pioneer of using DNA to diagnose human diseases, research enabled the Human Genome Project, recipient of Lasker Foundation award in 1991[24]
- Henry C. Lee – forensic scientist
- Sandra Lee – dermatologist and Internet celebrity as "Dr. Pimple Popper"; now star of the TLC series *Dr. Pimple Popper*
- Ching Chun Li – population geneticist and human geneticist
- Choh Hao Li (李卓皓) – biochemist, discovered growth hormone, beta-endorphin and isolated luteinizing hormone
- Min Chiu Li – first scientist to use chemotherapy to cure widely metastatic, malignant cancer
- Anna Chao Pai – geneticist
- Joe Hin Tjio – cytogeneticist, first person to recognize the normal number of human chromosomes[25]
- Chang Yi Wang – immunologist; NYIPLA Inventor of the Year Award in 2007 for her work on UBITh peptide immunogens
- James C. Wang – discovered DNA topoisomerases[26]
- Sam Wang, neuroscientist and author
- Shih-Chun Wang – neuroscientist and pharmacology professor
- Xiaodong Wang, biochemist best known for his work with cytochrome c, won the 2000 Eli Lilly Award in Biological Chemistry, and 2006 Shaw Prize recipient[27]
- Leana Wen (温麟衍) – physician; director of Planned Parenthood, Health Commissioner of Baltimore, author

- David T. Wong – discovered drug <u>Fluoxetine</u> and <u>atomoxetine</u>, <u>duloxetine</u> and <u>dapoxetine</u> [28][29][30]
- Flossie Wong-Staal – virologist and AIDS researcher
- <u>Junying Yu</u> – <u>stem cell</u> biologist; recognized as one of the 2007 "Persons of the Year" by *TIME* magazine [31]
- <u>Kang Zhang</u> - ophthalmologist at the Institute for Genomic Medicine, <u>University of California, San Diego</u> known for his work on <u>lanosterol</u>

## Physics

- <u>Sow-Hsin Chen</u> – nuclear physicist
- <u>Alfred Y. Cho</u> – the "father of <u>molecular beam epitaxy</u>" and co-inventor of <u>quantum cascade lasers</u>
- <u>Paul C. W. Chu</u> (朱經武) – physicist, superconductivity
- <u>Qian Xuesen</u> (钱学森) – professor of aeronautics, a founder of NASA <u>Jet Propulsion Laboratory</u>, exiled to China
- <u>Frank Shu</u> – professor of astronomy at the University of California, Berkeley and University of California; San Diego and 2009 Shaw Prize recipient[32]
- <u>Chien-Shiung Wu</u> (吳健雄) – <u>Manhattan Project</u> scientist; considerable contribution to Nobel Prize work by Tsung-dao Lee
- <u>Nai-Chang Yeh</u> – physicist specialized in <u>condensed matter physics</u>; Fellow, <u>American Association for the Advancement of Science</u>; Fellow, <u>American Physical Society</u>
- <u>Shoucheng Zhang</u>, Stanford physicist

- <u>Chen Ning Yang</u> (楊振寧) – 1957 Nobel laureate, Physics, <u>Yang–Mills theory</u>
- <u>Tsung-dao Lee</u> (李政道) – 1957 Nobel laureate, Physics
- <u>Samuel C. C. Ting</u> (丁肇中) – 1976 Nobel laureate, Physics
- <u>Steven Chu</u> (朱棣文) – 1997 Nobel Prize in Physics, US Secretary of Energy (2009)
- <u>Daniel Chee Tsui</u> (崔琦) – 1998 Nobel laureate, Physics
- <u>Charles K. Kao</u> (高锟) – 2009 Nobel laureate in Physics who pioneered the development and use of fiber optics in telecommunications

## Economics, Finance, Statistics, OR

- Anthony Chan – chief economist, JPMorgan Chase; former economist at the Federal Reserve Bank of New York and economics professor at the University of Dayton[33]
- Gregory Chow (鄒至莊) – Class of 1913 Professor of Political Economy at Princeton University, known for Chow test
- Jianqing Fan: professor of finance and statistics at Princeton University
- William C. Hsiao – economist, professor at Harvard T.H. Chan School of Public Health
- Ann Lee – professor, author and commentator on global economics and finance issues

## Social sciences

- Angela Lee Duckworth – professor of Psychology at the University of Pennsylvania, MacArthur Fellow; wrote *Grit: The Power of Passion and Perseverance*
- Peter Kwong – professor of Asian American studies at Hunter College and professor of sociology in the City University of New York system
- Yu Xie: Bert G. Kerstetter '66 University Professor of Sociology at Princeton University; known for applying quantitative data science methods to sociology as well as Chinese studies

## Humanities

- Wing-tsit Chan (陳榮捷): professor in Chinese philosophy, wrote influential translations
- Chen Guangchen (陳廣琛): Peking, Harvard, Princeton comparative literature and East-Asian studies[34][35][36]
- Thomas W. Chinn (陈参盛 [陳參盛]) – co-founder of the Chinese American Historical Society
- Yiju Huang – assistant professor of Chinese and comparative literature at Fordham University in New York City[37]
- Him Mark Lai – Professor of Chinese American studies
- Lin Yutang: Hokkien Chinese writer
- Huping Ling – Professor of History at Truman State University, author
- Betty Lee Sung (宋李瑞芳) – former professor of Asian-American Studies at City College of New York; 'leading authority' on Chinese Americans[38][39]
- Andrew Lih (酈安治) – Associate Professor of Journalism at American University

- Tim Wu – professor at Columbia Law School, in 2014 ran to become the first Chinese-American lieutenant governor of New York State but lost

**University administration**

- Jim Chen – professor and former dean at the University of Louisville Brandeis School of Law
- Stephen Z.D. Cheng – Professor and former Dean in the College of Polymer Science and Polymer Engineering at the University of Akron, member of National Academic of Engineering
- David Jung-Kuang Chiu – former Director of Asian Studies and Dean of University Advisement, Hofstra University
- Way Kuo – President and University Distinguished Professor of the City University of Hong Kong, University Distinguished Professor and former Dean of Engineering at the University of Tennessee
- Robert C. T. Lee (李崇道) – former President of National Chung Hsing University, veterinarian and brother of Tsung-dao Lee
- Chang-Lin Tien – Chancellor of University of California, Berkeley (1990–1997)
- Frank H. Wu – Chancellor and Dean of the University of California, Hastings College of the Law (2010–2015)
- Henry T. Yang – Chancellor of UC Santa Barbara

**Sports**

- Nathan Adrian – Olympic medal winner, swimming
- Shayna Baszler – professional wrestler and mixed martial artist
- Johnny Chan – professional poker player
- Michael Chang (張德培) – youngest male tennis player to win a Grand Slam tournament
- Ray Chang – baseball player
- Karen Chen (陳楷雯) – figure skater
- Nathan Chen (陳巍) – figure skater, 2018 Winter Olympics
- Tiffany Chin (陳婷婷) – figure skater
- Brian Ching (程拜仁) – soccer player for Houston Dynamo and the United States national team
- Mark Chung – first American Chinese soccer player to play for the United States national team
- Patrick Chung – Strong Safety for the New England Patriots

- Amy Chow (周婉儀) – gymnast and Olympic medal winner
- Norm Chow (周友賢) – UCLA Bruins offensive coordinator
- Julie Chu – Olympic medal winner, ice hockey
- Mark Foo – professional surfer
- Christina Gao – figure skater
- Chau Giang – poker player
- Rudy Gunawan – badminton player
- Tony Gunawan – badminton player
- Ivana Hong – gymnastics
- Jerry Hsu – skateboarder
- John Juanda – poker player
- Phillip King – tennis player, brother of Vania King
- Vania King – tennis player who won both the 2010 Wimbledon Women's Doubles and 2010 US Open Women's Doubles titles
- Karen Kwan – former figure skater, sister of Michelle Kwan
- Michelle Kwan (關穎珊) – Olympic medal winner, figure skating [40]
- Jeremy Lin (林書豪) – professional basketball player, NBA (NY Knicks, Toronto Raptors, etc.), Linsanity
- Corrie Lothrop – gymnastics
- Tyson Mao – speedcuber
- Karlee Perez – professional wrestler known as Catrina and the WWE as Maxine (Chinese ancestry)
- Chuck Sun – professional Motocross racer
- Kevin Tan – Olympic medal winner, gymnastics
- Ed Wang – professional American football player
- Lisa Wang – rhythmic gymnastics
- Kevin Wong – professional beach volleyball player and Olympian
- Raymond Wu – professional poker player
- Don Yee – sports agent
- Al Young – World Champion drag racer
- Caroline Zhang – figure skater

**Other**

**Astronauts**

- Leroy Chiao – NASA astronaut
- Kjell N. Lindgren – NASA astronaut
- Edward Lu – NASA astronaut

- <u>Taylor Wang</u> – first ethnic Chinese scientist to go into space, in 1985 on space shuttle *Challenger*

**Gang leaders and criminals**

- <u>Wing Yeung Chan</u> – leader of New York <u>Ghost Shadows</u> street gang
- <u>Raymond Kwok Chow</u> (周國祥) – also known as "Shrimp Boy", mobster, leader of the San Francisco Chapter of <u>Chinese Freemasons</u> and San Francisco Chinatown
- <u>Mock Duck</u> (世荣模拟) – New York Chinatown mobster, leader of the <u>Hip Sing Tong</u>
- <u>Johnny "Onionhead" Eng</u> (伍少衡) – leader of New York <u>Flying Dragons</u> street gang
- <u>Wayne Lo</u> (駱文) – murderer who perpetrated the shooting at <u>Simon's Rock College of Bard</u> on December 14, 1992 in <u>Great Barrington, Massachusetts</u>
- <u>Danny Pang</u> – private equity manager, accused of running a <u>Ponzi scheme</u>
- <u>Little Pete</u> (馮正初) – San Francisco Chinatown mobster
- <u>Elliot Rodger</u> – of mixed English and Eurasian descent who murdered 3 Chinese-Americans at the <u>2014 Isla Vista shootings</u>
- <u>Ming Sen Shiue</u> - committed notorious 1980 murder, rape, stalking

**Crime victims**

- <u>Bow Kum</u> – her murder was the precipitating event for infamous New York Tong war
- <u>Vincent Jen Chin</u> (陳果仁) – beaten to death in 1982 racial hate incident by two White men considered by Chinese American advocacy groups to be miscarriage of American justice
- <u>Wenjian Liu</u> – first Chinese American officer in the <u>New York City Police Department</u> to <u>die in the line of duty</u> in 2014
- <u>Betty Ong</u> (鄧月薇) – <u>flight attendant</u> on <u>American Airlines Flight 11</u>

**Religious leaders**

- <u>Francis Chan</u> – preacher, founder of Cornerstone Community Church in <u>Simi Valley, CA</u>
- <u>Jacqueline Mates-Muchin</u> – world's first Chinese American rabbi
- <u>Ignatius C. Wang</u> – <u>Auxiliary Bishop of San Francisco</u> (2002–2009)

- <u>Gerrit W. Gong</u> – Member of the Quorum of the Twelve Apostles of The Church of Jesus Christ of Latter-day Saints

**Exhibit 1 - FISC Case -U.S. District Court of Eastern District of Louisiana Case 18-3462 Judge Martin Feldman and Magistrate Daniel Knowles, III**

**Exhibit 2 – "Nationality Law of the People's Republic of China" <u>https://maoist.wikia.org/wiki/Nationality_Law_of_the_People%27s_Republic_of_China</u>**

**Exhibit 3 - China (People's Republic of)'s Constitution of 1982 with Amendments through 2004 <u>file:///C:/Users/Owner/Documents/China%20constitution.pdf</u>**

## CONCLUSION

There is little doubt that Chinese immigrants and unaccompanied Chinese immigrant minors are no different than any other immigrants that migrate to the United States after 1943. Prior to 1943 the Chinese Citizens were restricted from applying for U.S. Citizenship. The China government has jurisdiction over their citizens and under the China Constitution the China Government is required to provide free education to all. The Chinese Government is required to provide health care and housing for their indigenous citizens. Chinese Citizens were required to acquire permission from the United States prior to entering the United States. Asylum filings illegally inside a U.S. Court is entering without permission. Chinese Citizens with their children and their children born inside the United States residing in the United States were required to acquire permission to enter, to register with the INS, to acquire an alien registration number, and apply for U.S. Citizenship according to the Immigration

and Naturalization Act of 1924 and 1952. Chinese children born in China and born inside the United States to Chinese immigrants were required to also acquire an Alien Registration number and apply for U.S. Citizenship after age 18 in accordance to the Immigration and Naturalization Act of 1924 and 1952. The possession of a stolen social security number and having stolen federal, state, or local benefits would automatically disqualify a Chinese Citizen's application for U.S. Citizenship due to fraud and require fingerprinting and deportation.

U.S. Immigration Forms and U.S. Immigration Judges hired by the U.S. Department of Justice not asking the right questions of individuals and their attorneys applying for U.S. VISAS,  U.S. Residency, U.S. Green Cards, and U.S. Citizenship clearly plays a dominant role in  aiding the movement of immigrants into the United States, legal and illegal for espionage activities to illegally acquire social security numbers, to acquire illegally U.S. employment, state licenses, bank accounts, to steal U.S. and State benefits, steal U.S. Scholarships and grants, illegally register in free U.S. public schools, etc. All U.S. citizenship applications, U.S. residency applications, U.S. green card applications, U.S. visas applications, immigration attorneys, U.S. Immigration Judges, and all State and Federal Judges should ask these basic questions to identify immigrants with their immigrant parents and immigrant relatives who have violated the U.S. Immigration and Naturalization Act of 1924 and 1952, the Alien Registration Act, the Espionage Act,  and other U.S. Laws  that deny the individual any right to acquire a U.S. visas, a U.S. temporary or permanent residency, a U.S. green cards, and  U.S. Citizenship due to violations of U.S. Laws and violations of the Alien Registration Act requiring the immigrant to be denied entry or if already inside the United States to be detained in a U.S. detention camp or federal prison, fingerprinted, and deported from the United States. These same questions should be asked of their immigration attorneys to remove the thousands of

U.S. attorneys inside the United States that are fraudulent U.S. Citizens using stolen social security numbers.

1. Are you a child of immigrant parents who were born in a foreign country? Were you brought to the United States by your immigrant parents? Were you born inside America to parents born in a foreign country? What are the birthdates and birthplaces of your immigrant parents and their native birthright citizenship country or countries at time of birth? What is your birthdate, and your place of birth? Did your parents at time of your birth steal federal and state benefits for medical services?

2. Have you at any time used a U.S. social security number under your name or an alias? What year did you acquire your U.S. social security number? How did you acquire your social security number?

3. Have your parents, relatives, sponsors or foster parents as immigrants used a social security number under their names or an alias?

4. Did you have a sponsor that helped you enter the United States? What are their names?

5. If you are an unaccompanied immigrant minor who were your sponsors and foster parents inside the United States.

6. Did you acquire an U.S. Alien Registration number? What year did you acquire your U.S. Alien Registration Number? Did your children acquire an U.S. Alien Registration Number? What year did your children acquire their U.S. Alien Registration Number and at what age? Did your relatives living inside the United States acquire the required Alien Registration Number and in what year?

7. Have you or your children ever been registered in U.S. and State free public schools? What years were you or your children registered in U.S.

and State free public schools? In what States and what school districts were you or your children registered in U.S. and State free public schools.

8. Have you or your children ever received U.S. college financial aid or U.S. college scholarships or grants?

9. Have you or your children every receive Medicaid, Medicare, or Welfare services inside the United States. In what years and what States.

10. Have you ever possessed a firearm on U.S. soil?

11. Have you ever participated in political events inside the United States?

12. Have you ever held a federal, state, or local governmental position or job?

13. Have you ever voted in federal, state, or local elections?

14. Have you ever received U.S. or State benefits? What type of benefits and in what years?

15. Have you notified your native country of your presence inside the United States? Do you continue to keep your native country informed of your place of residency abroad? What is your identification number used in your native country? Do you possess a driver license or any other license in your native country and what are your license numbers?

16. Have you reported your foreign United States earned income to your native country yearly since living inside the United States?

17. Have you reported to your foreign country the U.S. Federal, State, and local benefits (equated in dollar value) received while living inside the United States?

18. Have you used a U.S. social security number to acquire a bank account, loan, credit card, state driver license, or state auto license plate, other licenses, passport, visa, etc.?

The above questions should also be asked of all immigrants and all immigrants' children even immigrant children born inside the United States by the U.S. Customs and Border Patrol Agents, ICE, all U.S. Attorney Offices, U.S. Federal Judges, all U.S. Attorney General Offices, all State Attorney General Offices, all County District Attorney Offices, all City Attorney Offices, State Secretary of State Elections Divisions, State Drivers Divisions, all attorneys representing immigrants, etc. to be able to properly vet a United States Citizen for legitimate U.S. Citizenship, and vet a social security number to verify the social security is a valid social security under the individual's name not belonging to a United States Citizen. Illegal encryption technology in all computer systems and computer programs does not allow for the proper vetting of a social security numbers for theft or for the properly vetting for legitimate U.S. Citizenship. The inclusion of these questions for applications for U.S. visas, U.S. residency, U.S. green cards, and U.S. Citizenship with extensive investigations proving the immigrant answers are true and accurate would aid to validate that U.S. Immigration and Naturalization Laws of 1924 and 1952, and other U.S. laws have not been violated when obtaining United States visas, residency, green cards and citizenship. These questions also aid to verify the immigrant has not violated their native country laws, so the United States is not aiding the immigrant to violate international laws and international agreements.

The People's of Republic of China have huge liability to the U.S. Citizens and U.S. Government due to the following reasons:

1. The People's of Republic of China intentionally not establishing the necessary internal and external control over their citizens to aid their citizens to enter the U.S., to access U.S., State, and Local benefits, and access U.S. jobs are liable for their citizens' theft of U.S., State, and Local benefits, and the financial and physical damages caused to the U.S. Citizens whose social

security number were stolen. The People's of Republic of China are required
to provide free education, housing, and welfare for their indigenous their
citizens. It is clear in China Constitutions that the government of China is
liable for these costs incurred by the Federal, State, and Local Governments
forcing their indigenous citizens on the United States indicated by their
intentional lax immigration policies.

2. The People's of Republic of China are required to provide the Chinese
   Citizens due process and rights to counsel inside the United States. The
   People's of Republic of China are liable for all court costs and attorney costs
   stolen by their citizens including all detention costs, deportation costs, and
   costs to file for asylum in U.S. courts.

3. The People's of Republic of China and their citizens inside the United States
   need to stop participating and interfering  in U.S. political events and
   holding federal, state, or local government positions or office in the United
   States. No immigrant has the right to be employed in United States federal,
   state, or local government positions or office.

4. The People's of Republic of China need to assist in stopping illegal entry of
   their citizens, drugs, weapons, etc. into the United States by establishing the
   necessary internal and external controls over all individuals, and items
   entering and leaving their country or territory.

5. The People's of Republic of China need to greatly assist financially and
   physically to remove all their citizens legal and illegally inside the United
   States who are using stolen social security numbers and have stolen Federal,
   State, and Local benefits. This includes assisting to remove their citizens'
   immigrant children born in China and brought to the United States as
   children, and their Chinese children born inside the United States who

clearly do not have U.S. Birthright citizenship having Birthright Citizenship from  People's of Republic of China.

6.  People's of Republic of China need to assist in removing all Chinese Citizens from U.S. research projects due to The People's of Republic of China Constitution "Chapter II The Fundamental Rights and Duties of Citizens Article 50

The People's of Republic of China citizens inside the United States that have and currently participate in:

- the illegal mind control system.
- top U.S. and State governmental positions
- underground operations

are in violation of the Patriot Act and Espionage Act giving great reasons to place sanctions on the Chinese government and discontinue trade with People's of Republic of China.

Continued non-cooperation by People's of Republic of China to immediately begin correcting all problems listed above in items #1 through #6 would give reasons to declare sanctions against People's of Republic of China

The U.S. Congress, U.S. President, and U.S. Judiciary Branch need to be obedient to the following scripture from the Torah and move swiftly to get revenge and retribution from the People's of Republic of China and their citizens living inside the United States or expect to be cursed by the God of Israel once again for 70 years down to 4 generations for not swiftly getting revenge and retribution for the real authentic U.S. Citizens.

## DEUTERNOMY 32:28-35

"They are a nation void of sense; there is no understanding in them. If they were wise, they would understand this; they would discern what the end would be. How could one have routed a thousand, and two put a myriad to flight, unless their Rock had sold them, the Lord had given them up? Indeed, their rock is not like our Rock; our enemies are fools. Their vine comes from vine stock of Sodom, form the vineyards of Gomorrah; their grapes are grapes of poison, their clusters are bitter; their wine is the poison of serpents, the cruel venom of asps. Is not this laid up in store with me, sealed up in my treasuries? Vengeance is mine, and recompense, for the time when their foot shall slip; because the day of their calamity is at hand, their doom comes swiftly."

## GUIDANCE FOR THE COURT FROM
## THE GOD OF TORAH

### PSALMS 118:10-26

10 All nations surrounded me; in the name of the Lord I cut them off!

11 They surrounded me, surrounded me on every side; in the name of the Lord I cut them off!

12 They surrounded me like bees, they blazed like a fire of thorns; in the name of the Lord I cut them off!

13 I was pushed hard, so that I was falling, but the Lord helped me.

14 The Lord is my strength and my might; he has become my salvation.

15 There are glad songs of victory in the tents of the righteous; "The right hand of the Lord does valiantly;

16 the right hand of the Lord is exalted; the right hand of the Lord does valiantly,"

17 I shall not die, but I shall live, and recount the deeds of the Lord.

18 The Lord has punished me severely, but he did not give me over to death.

19 Open to me the gates of righteousness, that I may enter through them and give thanks to the Lord.

20 This is the gate of the Lord; the righteous shall enter through it.

21 I thank you that you have answered me and have become my salvation.

22 The **stone** that the builders rejected has become the chief cornerstone.

23 This is the Lord's doing; it is marvelous in our eyes.

24 This is the day that the Lord has made; let us rejoice and be glad in it.

25 Save us, we beseech you, O Lord! O Lord, we beseech you, give us success!

26 Blessed is the one who comes in the name of the Lord. We bless you from the house of the Lord.

Respectfully submitted
for the U.S. Citizens and Plaintiffs
Pro Se, June 25, 2019

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

50

**Certificate of Service**

I, Vicki McLean certify I will deliver this case original paper form filing with exhibits Vicki McLean ET AL EX REL USA VS People's Republic of China, ET AL to the U.S. Attorney General Office care of the U.S. Attorney General William Barr at 950 Pennsylvania Avenue, NW, Washington D.C. 20530-0001 by way of USPS certified return receipt under USPS tracking number - 7018 0680 0001 0268 4953.

*Vicki McLean*

Vicki McLean

Respectfully submitted, Pro Se June 25, 2019

*Vicki McLean*

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com