# Exhibit 10

**U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Puerto Rico, Territory of U.S., ET AL A19-CV0648RP filed June 25, 2019 under the Patriot Act with Judge Robert Pitman.**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Vicki McLean, ETAL, EXREL USA

**(b)** County of Residence of First Listed Plaintiff   Harris, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   ProSe
Vicki McLean   832 610-1059
7203 Oakwood Glen Blvd #804
Spring, TX 77379

**DEFENDANTS**

Puerto Rico, Territory of USA, ETAL
Puerto Rico

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

A19CV0648RP

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability |  | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ |  |  | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander   Personal Injury |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal |  | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine   Injury Product |  | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability |  | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** |  |  | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  | ☐ 362 Personal Injury -   Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
|  | Medical Malpractice |  | ☐ 751 Family and Medical |  | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | Leave Act |  | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | Income Security Act | or Defendant) | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence |  | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General |  | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty |  |  | State Statutes |
|  | Employment   **Other:** | **IMMIGRATION** |  | Patriot Act 200 |
|  | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | Espionage Act |
|  | Other   ☐ 550 Civil Rights | ☐ 465 Other Immigration |  | 1917, 1939 |
|  | ☐ 448 Education   ☐ 555 Prison Condition | Actions |  |  |
|  | ☐ 560 Civil Detainee - |  |  |  |
|  | Conditions of |  |  |  |
|  | Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Patriot Act, Espionage Act 1917, Alien Registration Act 1940
Brief description of cause:
Defendant Citizens of another Nation using Stolen Social Security Num

**VII. REQUESTED IN
COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No  042

**VIII. RELATED CASE(S)
IF ANY**   *(See instructions):*
FISC

JUDGE   Judge Robert Pitman   A18-CV-1021-RP   There
JUDGE   Marco Feldman   DOCKET NUMBER   18-3462 98

Martha Feldman

DATE   June 25, 2019

SIGNATURE OF ATTORNEY OF RECORD   Vicki McLean Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

# OF WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| VICKI FANNING MCLEAN | CIVIL ACTION: |
| ESTATE OF JAMES MCLEAN | **A19CV0648 RP** |
| ESTATE OF LOUIS FANNING, SR | PATRIOT ACT OF 2001 |
| EX REL | ESPIONAGE ACT OF 1917 |
| UNITED STATES OF AMERICA | ALIEN REGISTRATION ACT 1940 |
| **PLAINTIFFS** | IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952 |
| VS | SEDITION ACT OF 1918 |
| | MCCARREN-WALTERS ACT OF 1952 |
| PUERTO RICO, TERRITORY OF UNITED STATES, 1924- PRESENT | TRADING WITH THE ENEMY ACT OF 1917, 1939 |
| CUBA, COUNTRY OF 1924 TO PRESENT | BANK SECRECY ACT OF 1970 |
| DOMINICAN REPUBLIC, COUNTRY OF 1924 TO PRESENT | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 |
| REPUBLIC OF HAITI, COUNTRY OF 1924 TO PRESENT | INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976 |
| THE BAHAMAS, COUNTRY OF 1924 TO PRESENT | SOCIAL SECURITY ACT OF 1935 AND 1965 |

1

JAMAICA, COUNTRY OF
1924 TO PRESENT

REPUBLIC OF TRINIDAD AND
TOBAGO, COUNTRY OF

ANTIGUA AND BARBUDA
COUNTRY OF 1924 TO PRESENT

BARBADOS, COUNTRY OF
1924 TO PRESENT

DOMINICA, COUNTRY OF
1924 TO PRESENT

GRENADA, COUNTRY OF
1924 TO PRESENT

SAINT LUCIA, COUNTRY OF
1924 TO PRESENT

SAINT VINCENT AND GRENADINES,
COUNTRY OF 1924 TO PRESENT

MIQUEL BEZOS, CUBAN FINANCER
OF START UP OF AMAZON, INC. MINOR
OF OPERATION PETER PAN

CATHOLIC ARCHDIOCESES OF
MAIMI 1960 TO PRESENT

EDUARDO ACQUIRRE, CUBAN FORMER
U.S. AMBASSADOR TO SPAIN,
MINOR OF OPERATION PETER PAN

FRANK ANGONES, CUBAN HEAD OF
FLORIDA BAR ASSOCIATION, MINOR
OF OPERATION PETER PAN

CIVIL RIGHTS ACT OF 1964

INVENTIONS SECRECY ACT OF
1951

INTERNAL SECURITY ACT OF
1950

ILLEGAL IMMIGRATION
REFORM AND IMMIGRANT
RESPONSIBILITY ACT OF 1996

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

**CARLOS MAYANS, CUBAN MAYOR
OF WICHITA, KS, MINOR OF OPERATION
PETER PAN**

**HUGO LLORENS, FORMER U.S.
AMBASSADOR TO HONDURAS,
MINOR OF OPERATION PETER PAN**

**RAUL ANDRES MARTINEZ TORRE,
CUBAN U.S. DEPT. OF DEFENSE 1980-2001,
MINOR OF OPERATION PETER PAN**

**MEL MARTINEZ, FORMER
CUBAN U.S. SENATOR, MINOR
OF OPERATION PETER PAN**

**GUILLERMO REMBVIDAL, CUBAN MAYOR
OF DENVER, MINOR OF OPERATION
PETER PAN**

**EDUARDO J. PADRON, CUBAN
PRESIDENT OF MIAMI DADE
COLLEGE, MINOR OF OPERATION
PETER PAN**

**MARGARITA EXQUIROZ, CUBAN
MIAMI DADE COUTY CIRCUIT
JUDGE, MINOR OPERATION PETER
PAN**

**REMBERTO PEREZ, CUBAN DIRECTOR
OF CUAN AMERICAN NATIONAL
FOUNDTION, MINOR OF OPERATION
PETER PAN**

**CUBAN AMERICAN NATIONAL
FOUNDATION**

**NYDIA VELAZQUEZ
PUERTO RICAN U.S. CONGRESSWOMAN**

3

**BOB MENENDEZ**
**CUBAN U.S. SENATOR**

**MARCO RUBIO**
**CUBAN U.S. SENATOR**

**KAMALA HARRIS**
**JAMAICAN U.S. SENATOR**

**JENNIFER GONZALEZ-COLON**
**PUERTO RICO U.S. CONGRESSWOMAN**

**MIA LOVE FORMER HAITI**
**U.S. CONGRESSWOMAN**

**YVETTE CLARKE JAMIAICAN**
**U.S. CONGRESSWOMAN**

**CARLOS CURBELO CUBAN**
**U.S. CONGRESSMAN**

**MARIO DIAZ-BALART CUBAN**
**U.S. REPRESENTATIVE**

**LLEANA ROS-LEHTINEN CUBAN**
**U.S. CONGRESSMAN**

**ANTHONY BROWN CUBAN AND**
**JAMAICAN U.S. CONGRSSMAN**

**ALEXANDRIA OCASIO-CORTEZ**
**PUERTO RICAN U.S. CONGRESS WOMAN**

**ALBIO SIRES CUBAN**
**U.S. CONGRESSMAN**

**LUIS GUTIERREZ FORMER PUERTO**
**RICAN U.S. CONGRESSMAN**

**ALEXANDER ACOSTA CUBAN
U.S. SECRETARY OF LABOR**

**SONIA SOTOMAYOR PUERTO
RICAN U.S. SUPREME COURT JUSTICE**

**MARI CARMEN APONTE, PUERTO RICAN
U.S. ASSISTANT SEC. OF STATE FOR
WESTERN HEMISPERE AFFAIRS**

**AMERICAN LEAGUE OF
PROFESSIONAL BASEBALL CLUBS**

**NATIONAL BASKETBALL ASSOCIATION**

**NATIONAL FOOTBALL LEAGUE**

**UNITED STATES SOCCER FEDERATION**

**UNITED STATES TENNIS ASSOCIATION**

**UNITED STATES OLYMPIC COMMITTEE**

**UNITED STATES FIGURE SKATING**

**UNITED STATES RUBBY FOOTBALL UNION**

**COLLEEE ATHLETES PLAYERS ASSOCIATION**

**NATIONAL COLLEGE PLAYERS ASSOCIATION**

**ACADEMY OF MOTION PICTURE ARTS AND SCIENCES**

**ADULT FILM ASSOCIATION OF AMERICA**

**THE RECORDING ACADEMY**

**BILLBOARD MUSIC AWARDS**

**AMERICAN MUSIC AWARDS**

**NATIONAL SCHOLASTIC PRESS ASSOCIATION**

**SOCIETY OF PROFESSIONAL JOURNALISTS**

**AMERIOCAN METEOROLOGICIAL SOCIETY**

**AMERICAN BROADCASTING COMPANY**

**NATIONAL BROADCASTING COMPANY**

**COLUMBIA BROADCASTING COMPANY**

**FOX BROADCASTING COMPANY**

**ALFRED JOEL HORFORD**
**DOMINICAN REPUBLIC NBA PLAYER**

**ROY DENZIL HIBBET TRINADAD**
**AND JAMIACAN NBA PLAYER**

**JOSE JUAN BOREA MORE**
**PUERTO RICAN NBA U.S. PLAYER**

**KERRON STEPHEN CLEMENT**
**TRINIDA AND TOBAGO**
**U.S. OLYMPIAN TRACK**

**SANYA RICHARDS ROSS**
**JAMAICAN U.S. OLYMPIAN TRACK**

**TIM DUNCAN VIRGIN ISLAND**
**NBA U.S. PLAYER**

**PATRICK CHUNG JAMAICAN**
**NFL U.S. PLAYER**

**DAVID ORTIZ DOMICAN REPUBLIC**
**U.S. BASEBALL PLAYER**

**ALEXANDER RODRIGUEZ DOMICAN**
**REPUBLIC U.S. BASEBALL PLAYER**

**CARLOS CORREA PUERTO**
**RICAN U.S. BASEBALL PLAYER**
**YORDAN RUBEN ALVAREZ**
**CUBAN U.S. BASEBALL PLAYER**

**ANTOAN RICHARDSON,**
**BAHAMIAN U.S. BASEBALL PLAYER**

**KRISTIAN ROBINSON,**
**BAHAMINA U.S. BASEBALL PLAYER**

**PATRICK EWING,**
**JAMAICAN NBA U.S. PLAYER**

**ALBERT LINCOLN ROKER, JR.**
**BAHAMIAN AND JAMAICAN**
**NBC WEATHER FORECASTER**

**JOSE DIAZ-BALART, CUBAN**
**NBC ANCHOR**

**JENNIFER LOPEZ PUERTO RICAN**
**KNOWN AS JLO CELEBRITY**

**BELCALIS MARLENIS ALMANZAR**
**KNOWN AS CARDI B**
**DOMINICAN/TRINIDADA CELEBRITY**

**ARMANDO CHRISTIAN PEREZ**
**KNOWN AS PIT BULL**
**CUBAN CELEBRITY**

**ROBYN RIHANNA FENTY**
**BARBADIAN CELEBRITY**

**NICKI MINAJ**
**TRINADAD CELEBRITY**

**PETER GENE HERNANDEZ**
**KNOWN AS BRUNO MARS**
**PUERTO RICAN CELEBRITY**

**GINA ALEXIS RODRIGUEZ**
**PUERTO RICAN ACTRESS**

**ANDREA NAVEDO**
**PUERTO RICAN ACTRESS**

**YVONNE COLL**
**PUERTO RICAN ACTRESS**

**CAMILA CABELLO**
**CUBAN CELEBRITY**

**WILLY CHIRINO, CUBAN**
**SONGWRITER-SINGER,**
**MINOR OF OPERATION**
**PETER PAN**

**THE BEZOS FAMILY FOUNDATION**

**LATINOS IN COLLEGE**

**THE SOCIETY FOR HISPANIC ENGINEERS**

**HISPANIC NATIONAL BAR ASSOCIATION**

**HISPANIC NATIONAL BAR FOUNDATION**


**<u>DEFENDANTS</u>**

8

# INTRODUCTION

I, Vicki Fanning McLean a plaintiff and the Pro Se filer for the plaintiffs of the Estate of James McLean and the Estate of Louis Anthony Fanning, Sr all being native U.S. Citizens and Texas, or Louisiana residents am filing this case for the United States Citizens against Puerto Rico, a territory of the United States, ET AL EX REL USA under the Patriot Act, Espionage Act of 1917, Sedition Act of 1918 Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, McCarren-Walters Act of 1952, International Traffic In Arms Regulation Act of 1976, Racketeer Influence and Corrupt Organizations Act of 1970, Trading with the Enemy Act of 1917 &1939, Bank Secrecy Act of 1970. Civil Rights Act of 1964, Social Security Act of 1935, 1965, Employment Retirement Income Security Act of 1974, and Illegal Immigration Reform and Immigrant Responsibility Act of 1996. The plaintiffs in this case have previously filed a series of federal cases placed with the Foreign Intelligence Surveillance Court (known here after as FISC) under Intelligence Judge Martin Feldman in the U.S. District Court of Eastern Louisiana beginning on Sept. 28, 2016 Case 16-15001. The series of cases filed under the Foreign Intelligence Surveillance Court were filed primary under the Patriot Act of 2001, Alien Registration Act. Of 1940, McCarran-Walters Act of 1952, Bank Secrecy Act of 1970, Espionage, Act of 1917, RICO ACT of 1970, and the International Traffic in Arms Regulation Act of 1976 and Immigration and Naturalization Act of 1924 and 1952. Many of the issues addressed in this case were addressed by the plaintiffs against different defendants in FISC cases filed under the Patriot Act and Espionage Act in U.S. District Court of Eastern Louisiana in New Orleans 17-5578, 17-12760, 18-911, 18-3462, 18-3701 and U.S. District Court of Western Texas A18-1021 and A19 -0591 both filed originally under Federal Judge Robert Pitman.

Due to these FISC cases being active with active investigations specifically addressing the yearly massive theft of U.S. funds by the Federal Reserve Shareholders back till 1913 there exists a much greater threat from immigrants, legal and illegal living inside the United State most using stolen U.S. Citizens' social security numbers , to rise up and revolt against the U.S. Citizens in the border States and Coastal States while enabling the mass movement of foreign troops from the Mexican border falsely claiming asylum and refugee status, from overseas from China by way of cruise ships, and from Russia and India by way of illegal international underground subways to overtake the United States and the United States Citizens for the Federal Reserve Shareholders planned massive United States genocide.

The filing of this case for the U.S. Citizens as described against Puerto Rico a territory of the United States, ET AL EX REL USA under the Patriot Act, etc. should enable this case to be immediately moved to the FISC under Judge Martin Feldman and Magistrate Daniel Knowles with immediate transfer to Chief Supreme Court Justice John Roberts to be in accordance with the U.S. Constitution Article 3, Sections 1-3 supported by the Federalist Papers Article 81.

Quote from the Federalist Papers Article 81

"Let us now examine in what manner the judicial authority is to be distributed between the supreme and the inferior courts of the Union. The Supreme Court is to be invested with original jurisdiction, only ``in cases affecting ambassadors, other public ministers, and consuls, and those in which a state shall be a party." Public ministers of every class are the immediate representatives of their sovereigns. All questions in which they are concerned are so directly connected with the sovereignties they represent; it is both expedient and proper that such questions

should be submitted in the first instance to the highest judicatory of the nation. the public peace, that, as well for the preservation of this, as out of respect to Though consuls have not in strictness a diplomatic character, yet as they are the public agents of the nations to which they belong, the same observation is in a great measure applicable to them. In cases in which a State might happen to be a party, it would ill suit its dignity to be turned over to an inferior tribunal."

Due to the attack on Supreme Court Justice Brett Kavanaugh in 2018 led by U.S. Democratic Senator Diane Feinstein and the attack on Vicki McLean's first federal Judge Thomas Porteous in 2008 led by the Democratic controlled U.S. House of Representatives under Speaker Nancy Pelosi for the benefit of the Federal Reserve Shareholders there is a greater urgency to notify all Federal Judges to protect and aid them to rise up against the forging of their orders encouraging them also to transfer all forged cases to FICS especially the ones filed for immigrants not allowed under the Alien Registration Act of 1940 and Espionage Act and Sedition Act of 1917. Vicki McLean forcing a citation hearing purposely positioned with Magistrate Daniel Knowles was how she enabled the FISC to prove that all Vicki McLean's federal judges' orders being as many as 22 had been forged with the forging of the assistant U.S. Attorneys' motions on 6 Federal False Claim Espionage cases filed for the U.S. Citizens. Once enough evidence was acquired by FISC, all the cases filed by Vicki McLean were able to be picked up for the U.S. Citizens.

This case is being filed to address the subversive and espionage activities of Puerto Rico and the Caribbean Island countries and territories , ET AL allowing massive numbers of citizens from the Caribbean Islands and falsely documented Caribbean Island Citizens who acquired U.S. Citizenship fraudulently using stolen U.S. Citizens social security numbers and having stolen federal, state, and local benefits in violation of the U.S. Constitution, U.S. Immigration and Naturalization Acts of

11

1924 and 1952, Alien Registration Act of 1940, Espionage Act of 1917, Sedition Act of 1918, Bank Secrecy Act of 1970 and Patriot Act of 2001 to invade the United States to aid the U.S. Federal Reserve Shareholders to control and overtake the legitimate U.S. Government and U.S. Citizens established under the U.S. Constitution attacking them both financially and physically daily inside the United States on U.S. domestic soil.

**Exhibit 1 – FISC Case U.S. District Court of Eastern District of Louisiana Case 18-3462**

**Exhibit 2 – FISC Case U.S. District Court of Eastern District of Louisiana Case 18-3701**

**Exhibit 3 – FISC Case U.S. District Court of Western District of Texas Case A18-1021-RP**

Caribbean Islands originally were all territories of European Countries. Some remain as territories, but many have gained their own independence. The Federal Reserve Shareholders' interest in the Caribbean Islands in the late 1800 was to control trade routes especially for oil and illegal drugs and to support their planned secret underground operations and underground international subway from Venezuela and Mexico through Caribbean Islands to the United States underground and their U.S. Southeast Mind Control headquarters known as AUTEC located under the Atlantic Ocean floor in the Bahamas. The Caribbean Islands countries and territories with their citizens living inside the United States provide fuel, finances, and manpower for all underground operations controlling the United States in the southeast. The Federal Reserve Shareholders underground mind control systems controlling the U.S. Citizens and Caribbean Citizens and controlling oil transportation routes in the Caribbean and Gulf of Mexico is vital when the United States rises up to rebel

against the Federal Reserve Shareholders' control over the U.S. Government and U.S. Citizens. "The Two Most Important Kinds of Transportation Routes" are oil tanker routes and oil pipeline routes. The Federal Reserve Shareholders designed all global oil tanker routes and oil pipeline routes that would allow ease to cut off a majority of the oil imports to the United States during any planned rebellion against the Federal Reserve Shareholders.

**Exhibit 4 - Article "The Two Most Important Kinds of Transportation Routes:" https://ckrhmt2008.weebly.com/transportation-routes.html**

Note that majority of the U.S. Oil refineries production is derived from the States that get their oil imports by way of the Gulf of Mexico with access to the Mississippi River.

**Exhibit 5 – Article "Oil Refineries in the United States United States Oil Refineries by State" https://iinflationadata.com/articles/oil-refineries-united-states/**

The Federal Reserve Shareholders were likely responsible for the death of Alexander Fanning that has been falsely classified as a suicide one month after Vicki Fanning McLean filed Foreign Intelligence Surveillance Court Case 18-3462 on April 2, 2018 against the Federal Reserve Shareholders for the U.S. Citizens. Alexander Fanning at age 23 is a member of the Estate of Louis Fanning, Sr. being the son of Louis Fanning, Jr. Vicki McLean, Pro Se filer drastically increased the number of plaintiffs in Vicki McLean's FISC cases filed for the U.S. Citizens when adding the Estate of Louis Fanning, Sr. as a plaintiff beginning on Jan. 30, 2018. The Estate of Louis Fanning, Sr. includes the nine children of Louis Fanning, Sr. with their spouses, their children, and their grandchildren being greater than 50 members in number. Once the Federal Reserve Shareholders concluded the murder of Alexander

Fanning in northeast Dallas and other strategies being used against Vicki McLean would not result in Vicki McLean's withdrawal of FISC 18-3462 it was necessary to activate other war time strategies against the U.S. government.

The United States' suppliers of oil imports are vital during wartime. It is reasonable to conclude that the Federal Reserve Shareholders were responsible for the murder of Saudi Arabi Journalist Jamal Khashoggi in Oct. 2018 being an attempt to sever the United States relationship with Saudi Arabi due to Saudi Arabi's massive oil exports.  It is reasonable to conclude that the Federal Reserve Shareholders are using the governments of Mexico, Honduras, Guatemala, El Salvador, Nicaragua, Costa Rica, and Panama and non-profit organizations and churches inside the United States in violation of U.S. Constitution and U.S. Laws to move in millions of migrants to the United States to overwhelm the U.S. Department of Homeland Security and slow their removal and deportation of over 50+ million immigrants using stolen U.S. Citizens social security numbers. Example of massive violations of the U.S. Espionage Act, U.S. Immigrations Laws of 1924 and 1952, and Alien Registration Act was by the Catholic Church aiding approximately 15,000 unaccompanied Cuban minors in 1960 s to arrive and assist in the overthrow of the U.S. government for the Federal Reserve Shareholders like well-known Miquel Bezos financer of the start-up of Amazon, Inc. for the benefit of the Federal Reserve Shareholders illegally allowed to evade State Sales taxes under forged U.S. federal cases.  It is reasonable to suspect the Federal Reserve Shareholders using Iranian Citizens are responsible for the attack on two oil tankers off the Iranian Coast on Thursday June 13, 2019 to once again affect the stability of the United States oil imports from the Middle East. U.S. President Trump needs help identifying these wartime strategies of the Federal Reserve Shareholders to better be able to counteract the Federal Reserve Shareholders ultimate goals to stop the U.S. Government from taking the Federal

14

Reserve System and all the U.S. Bank Accounts from the Federal Reserve Shareholders. U.S. President Trump is wise to saddle Mexico with the responsibility for all migrants that have and continue to illegally enter the United States at the Mexico United States border due to Mexico intentionally having no visa requirements being in obedience to the Federal Reserve Shareholders like all the Caribbean Islands countries and territories. The U.S. Department of Homeland Security needs to focus most of their energies on the removal of 50 + million immigrants using stolen social security numbers which would greatly reduce the Federal Reserve Shareholders manpower and finances needed during a rebellion by U.S. Government. Thousands of foreign professional athletes, celebrities, models, lawyers, engineers, and broadcasters using stolen social security numbers provide massive stolen U.S. funds and pass massive espionage communications for the Federal Reserve Shareholders. All entities operating inside the United States are required to obey the U.S. Constitution and U.S. Laws. The U.S. Federal Immigration Judges and other Federal Judges need to dismiss and transfer to the Foreign Intelligence Surveillance Court all asylum claims including ones involving unaccompanied immigrant minors and other federal immigrant claims and require immediate detention and deportation from the United States due to no immigrant having rights to access federal, state, or local courts inside the United States. All immigrants are required to file in an International Court under their native country who has jurisdiction over them with the responsibility to provide for their rights to due process while being able to hold the immigrants for violations of their native country laws and international laws.

Cuba is the largest Caribbean island just 94 miles south of the Florida Keys. The Bahamas Islands are located approximately 293 miles Southeast of Florida. There are three major waterway passages connecting the Atlantic Ocean with the Pacific

Ocean by way of the Panama Canal. The Windward Passage between Cuba and the Republic of Haiti, the Mona Passage between the Dominican Republic and Puerto Rico, and the Guadeloupe Passage separating Guadeloupe from Montserrat and from Antigua and Barbuda.  The United States has passage to the Panama Canal by way of the Gulf of Mexico by way of the Strait of Florida south of Florida and north of Cuba to the Gulf of Mexico through the Yucatan Channel west of Northwest Cuba and East of Yucatan, Mexico. The Federal Reserve Shareholders have foreign secret submerged submarine bases covering every port, inlet, harbor, etc. along the United States coastlines and Great Lakes including the Gulf of Mexico coastline and the entire Florida coastline. It is reasonable to conclude that all submarines entering the Federal Reserve Shareholders' foreign secret submerged submarines bases along the entire United States coastlines have the HAARP technology able to create earthquakes, attack ships, ports, harbors, etc. with laser type missiles, hack all electronics equipment of ships and electronic equipment on land, air, or sea within a certain distance, and able to accomplish 24/7 mind control surveillance of individuals within a certain distance on land, air, or sea by hacking  into the nearest local University or College mind control system or by way of a satellite. For the United States to be successful in freeing the U.S. Government and the U.S. Citizens from the Federal Reserve Shareholders' Control the United States Government must:

1. Maintain and control current oil production and oil imports.
2. Completely stop the flow of illegal immigration into the country by land, sea, and air. Dismissing all asylum claims and other immigrant claims filed in U.S. courts with immediate fingerprinting and permanent deportation for violations of the Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, and Espionage Act of 1917 and 1939, and Sedition Act of 1917.

3. Continue to rapidly deport the 50+million immigrants using stolen social security numbers and have stolen federal, state, and local benefits with top priority in removing all from federal, state, and local positions, H1B visas holders, engineers, lawyers, professional athletes, celebrities, models, and broadcasters.

4. Take control of the Federal Reserve System from the Federal Reserve Shareholders.

5. Take control of all University and College Mind Control Systems.

6. Take control of all the United States Mind Control Headquarters.

7. Take control of all the secret underground military bases and connecting subways.

8. Take control of all submerged submarine bases along the U.S. Coastlines and in Puerto Rico.

9. Be able to attack all global nuclear reactors, laser weather satellites, and submarines used to attack the United States.

10. Maintain control of all U.S. airports, ports, and harbors with the ability to close any airport, port, or border when deemed necessary for national security.

All 10 objections listed above needs only to be ordered by the Foreign Intelligence Surveillance Court without U.S. Congress, U.S. Supreme Court, or U.S. President authority due to the U.S. Congress not providing a republic form of government having over 39 Congress members that are not U.S. Citizens, due to the Judiciary Branch having hundreds of federal judges who are not U.S. Citizens, and due to the Executive Branch having thousands of employees many in top management positions that are not legitimate U.S. Citizens using stolen social security numbers.

17

Puerto Rico was under Spanish Rule until 1898. In 1898, during the Spanish American War, Puerto Rico was invaded and subsequently became a possession of the United States. Spain lost the possession of all their territories in the Caribbean but the British, French, and Dutch oddly maintained some of their possessions. The first years of the 20th century Puerto Rico was marked by the struggle to obtain greater democratic rights from the United States. The Foraker Act of 1900 established a civil government in Puerto Rico. Puerto Rico Citizenship was first legislated by the United States Congress in Article 7 of Foraker Act of 1900 and later recognized the Puerto Rico Constitution. Puerto Rico Citizenship existed before the United States takeover of the Islands of Puerto Rico and continued afterwards.

## Exhibit 6 – Foraker Act from Wikipedia

Puerto Rico's economy was supported by sugar cane, tobacco, and coffee. The Federal Reserve Shareholder's interest in Puerto Rico prior to 1898 was Puerto Rico's ability to control the Mona Passage for trade located to the north of Puerto Rico and South of the Dominican Republic. The British, French, and Dutch under the Federal Reserve Shareholders' control have the ability to control the Guadeloupe Passage separating Guadeloupe from Montserrat and from Antigua and Barbuda. The U.S. military located at Guantanamo Bay could control the Windward Passage for trade located south of Cuba and North of Republic of Haiti. These three water passages through the Caribbean Islands gives passage to large ships traveling from east to west through the Panama Canal. This is why the Federal Reserve Shareholders aided to achieve independence for most of the Caribbean Islands in the 1800's while denying their ability to unite under one country which would have been in their best interest which would have denied the United States control of Puerto Rico and control over Guantanamo Bay and deny Britain, France, and the Netherlands control over islands in the Caribbean.

The Puerto Rican Citizens not entitled to legal U.S. Citizenship under the U.S. Constitution were not required to pay U.S. Federal Income tax until 2006. The Puerto Rico Citizens not being U.S. Citizens not belonging to the Union illegally received U.S. benefits. The U.S. Corporations established in Puerto Rico also were tax exemption until 2006 by the U.S. Government.  The Federal Reserve Shareholders illegally distributed social security numbers to Puerto Rican Citizens as non- U.S. Citizens in Puerto Rico and inside the United States.  The Puerto Rican Citizens like other immigrants living inside the United States were all given stolen U.S. Citizens' social security numbers to fund and maintain all the Federal Reserve Shareholders underground espionage activities in Puerto Rico.

Puerto Rico Economy from Wikipedia

"Also starting around 1950, there was heavy migration from Puerto Rico to the Continental United States, particularly New York City, in search of better economic conditions. Puerto Rican migration to New York displayed an average yearly migration of 1,800 for the years 1930–1940, 31,000 for 1946–1950, 45,000 for 1951–1960, and a peak of 75,000 in 1953. As of 2003, the U.S. Census Bureau estimates that more people of Puerto Rican birth or ancestry live in the U.S. than in Puerto Rico."

**A Puerto Rican Citizen being no different than any other immigrant from another nation would be required to adhere to the U.S. Immigration and Naturalization laws of 1924 and 1952, and the Alien Registration Act of 1940. They would be required to register with the INS and to obtain an Alien Registration Number, not entitled to possess a social security number, not entitled to federal, state, or local benefits, and required to apply for U.S. Citizenship including their children after age 18. Puerto Rico being a territory under the U.S. Constitution would not be allowed to have members in the U.S.**

19

Congress not being a member of the Union. The Puerto Rican immigrants after 1924 that migrated to the United States and continued to live in the United States are violators of the Alien Registration Act, Immigration Act of 1924 and 1952, and have stolen federal, state, and local benefits leading to conclude Puerto Rican citizens with their children are falsely claiming U.S. Citizenship and using stolen U.S. Citizens social security numbers and their payroll deductions and IRS payments are funding the Federal Reserve Shareholders espionage activities in the Caribbean Islands.

This is why so many of the U.S. professional athletes, celebrities, models, attorneys, lawyers, and broadcasters are foreign born or children of foreign-born parents from the Caribbean Islands using stolen social security numbers to be major funders of the Federal Reserve Shareholders underground espionage activities in the Caribbean Islands. The Caribbean Islands Citizens who are U.S. politicians, celebrities, athletes, models, lawyers, attorneys, and broadcasters are also used to pass mass espionage communications as they travel across the United States and the globe. The Federal Reserve Shareholders authorized mind control programmers attach mass programming espionage information under the politicians, celebrities, athletes, models, attorneys, lawyers, and broadcasters' microchip IP addresses that can be retrieved by authorized mind control programmers located all over the globe.

Exhibit 7 - 52-page report designed by Vicki McLean being a summation of espionage activities, terrorists' attacks, etc. inside the U.S. and aboard linked to Vicki McLean's FISC cases active investigations with incite how to track down the mind control terrorist programmers living inside the United States.

**This explains why former Red Sox Player David Ortiz a Dominican Republican Citizen was shot in the Dominican Republic on June 10, 2019 due to the filing of U.S. District Court of Western District of Texas Case A19 CV 0591-RP for the U.S. Citizens in Austin the morning of June 10, 2019 to restrict unauthorized mind control programmers retrieving espionage communications programmed under all professional athletes microchip IP addresses. This also explains why rapper singer Cardi B a Dominican Republican and Trinidad Citizen canceled her performances in May 2019 and is currently being indicted in New York City for assault to restrict her travels and unauthorized mind control programmers to retrieve espionage communications under her microchip IP address. Also explains why foreign rap singer Nicki Minaj a Saint James, Trinidad, and Tobago Citizen was not allowed to join American Singer Chris Brown on his international tour to restrict her travels to restrict unauthorized mind control programmers to retrieve the espionage communications under her microchip IP address. David Ortiz, Cardi B, and Nicki Minaj obviously using stolen social security numbers are all currently making headlines at the same time to send a huge message to authorized mind control programmers programming espionage information under microchip IP addresses to not allow any mind control programmer unauthorized to retrieve espionage communication programmed under microchip IP addresses.**

History of Cuba From Wikipedia states:

"A series of rebellions during the 19th century failed to end the Spanish rule. However, the Spanish–American War resulted in a Spanish withdrawal from the island in 1898, and following three-and-a-half years of subsequent US military rule, Cuba gained formal independence in 1902.

In the years following its independence, the Cuban republic saw significant economic development, but also political corruption. Cuba has since been governed as a socialist state by the Communist Party under the leadership of the Castro brothers. The country has been politically and economically isolated by the United States since the Revolution, but has gradually gained access to foreign commerce and travel as efforts to normalize diplomatic relations have progressed. Domestic economic reforms are also beginning to modernize Cuba's socialist economy.

On 2 December 1823, U.S. President James Monroe specifically addressed Cuba and other European colonies in his proclamation of the Monroe Doctrine. Cuba, located just 94 miles (151 km) from Key West, Florida, was of interest to the doctrine's founders, as they warned European forces to leave "America for the Americans".

The U.S. administration was undecided on Cuba's future status. Once it had been pried away from the Spaniards it was to be assured that it moved and remained in the U.S. sphere. How this was to be achieved was a matter of intense discussion and annexation was an option, not only on the mainland but also in Cuba. McKinley spoke about the links that should exist between the two nations.

By 1902, American companies controlled 80% of Cuba's ore exports and owned most of the sugar and cigarette factories.

On 2 March 1901, the U.S. Congress passed the Army Appropriations Act, stipulating the conditions for the withdrawal of United States troops remaining in Cuba following the Spanish–American War. As a rider, this act included the Platt

<u>Amendment</u>, which defined the terms of Cuban-U.S. relations until 1934. It replaced the earlier <u>Teller Amendment</u>.

President <u>Tomás Estrada Palma</u> was elected in 1902, and Cuba was declared independent, though <u>Guantanamo Bay</u> was leased to the United States as part of the Platt Amendment.

In secret negotiations in 1896, Spain turned down the United States' offers to buy Cuba. Although weapons and funding came from within the United States, the supply operation violated American laws, which were enforced by the <u>U.S. Coast Guard</u>; of 71 resupply missions, only 27 got through, with 5 being stopped by the Spanish and 33 by the U.S. Coast Guard.

On 11 April 1898, McKinley asked Congress for authority to send U.S. troops to Cuba for the purpose of ending the civil war there. On 19 April, Congress passed <u>joint resolutions</u> (by a vote of 311 to 6 in the House and 42 to 35 in the Senate) supporting Cuban independence and disclaiming any intention to annex Cuba, demanding Spanish withdrawal, and authorizing the president to use as much military force as he thought necessary to help Cuban patriots gain independence from Spain.

It has also been argued that the main reason the United States entered the Spanish–American war was the failed secret attempt, in 1896, to purchase Cuba from a weaker, war-depleted Spain."

**Clearly it was the Federal Reserve Shareholders who stopped the logical annexation of Cuba and Puerto Rico with the United States to continue control over the trade routes through the Caribbean to the United States and**

the Panama Canal. This leads to conclude the citizens of Cuba, Puerto Rico and all other Caribbean Island countries and territories living inside the United States are under the control of the Federal Reserve Shareholders. Most are using stolen U.S. Citizens social security numbers and have stolen Federal, State, and Local benefits aiding to overthrow the Federal, State, and Local governments. All are working for the Federal Reserve Shareholders funding underground operations in the Caribbean Islands and aiding to maintain control over the trade routes to the United States and Panama Canal. All are funding and aiding the underground routes and submarine routes from Venezuela and Yucatan, Mexico to the United States for the Federal Reserve Shareholders.  All asylum filings and rulings past, present, and future should be voided due to fraud not allowed to be filed in U.S. Courts, and moved to the FISC for detention and deportation. All Caribbean Island Citizens using stolen U.S. Citizens social security numbers and have stolen U.S. and State benefits should be detained and deported.  These are the reasons for this Federal lawsuit by the plaintiffs filed for the U.S. Citizens under the Patriot Act and Espionage Act against the Caribbean Island countries and territories and their citizens living inside the United States using stolen social security numbers and have stolen federal, state, and local benefits.

# ARGUMENT

## PUERTO RICO ARGUMENT

### U.S. Constitution Article 1 Legislature Branch Section 2 House Clause 1, 2

"1. The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

2. No Person shall be a Representative who shall not have attained to the Age of twenty-five Years and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of the State in which he shall be chosen.

### U.S. Constitution Article 1 Legislature Branch Section 3 Senate Clause 1, 2

"1. The Senate of the United States shall be composed of two Senators from each State for six years, and each Senator shall have one Vote.

2. No person shall be a Senator who shall not have attained to the Age of thirty Years and be nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen."

### U.S. Constitution Article 1 Section 8 Power of Congress Clauses 1, 2, 3, 4 states:

"1. The Congress shall have power to lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

2. To borrow money on the credit of the United States;

3. To regulate Commerce with Foreign Nations, and among the several States, and with Indian Tribes;

4. To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States

15. To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;"

**U.S. Constitution Article 3 States Section 3 New States Clause 1, 2 states:**

"1. New States may be admitted by the Congress into this Union; but no new States shall be formed or erected within the Jurisdiction of any other State; nor any state be formed by the junctions of two or more States or parts of States, <u>without the Consent of the Legislatures of the States concerned as well as of the Congress.</u>

2. The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or any particular State."

**U.S. Constitution Article 4 The States Section 4 Republican Government states:**

"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened against domestic Violence."

**U.S. Constitution Article 5 Amendment states:**

"The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing

Amendments, which, in either Case, shall be valid to all Intents and Purposes, as part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One Thousand Eight Hundred and Eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the First Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate."

**U.S. Constitution Article 6 Debts Supremacy Oaths Clauses 1, 2, 3 states:**

"1. All Debts Contracted and Engagements entered into, before the Adoption of this Constitution shall be as valid against the United States under this Constitution as under the Confederation."

2. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding,

3. The Senators and Representatives before mentioned, and the members of several State Legislatures, and all executives and judicial Officers, both of the United States and Several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

**Puerto Rican Citizenship from Wikipedia**

"Puerto Rican citizenship was first legislated by the United States Congress in Article 7 of the Foraker Act of 1900 and later recognized in the Constitution of

27

Puerto Rico. Puerto Rican citizenship existed before the U.S. takeover of the islands of Puerto Rico and continued afterwards. Its affirmative standing was also recognized before and after the creation of the Commonwealth of Puerto Rico in 1952. Puerto Rican citizenship was recognized by the United States Congress in the early twentieth century and continues unchanged after the creation of the Commonwealth of Puerto Rico. The United States government also continues to recognize a Puerto Rican nationality. Puerto Rican citizenship is also recognized by the Spanish Government, which recognizes Puerto Ricans as a people with Puerto Rican, and not American citizenship. It may also grant Spanish citizenship to Puerto Ricans on the basis of their Puerto Rican (and not American) citizenship.

On November 18, 1997, the Supreme Court of Puerto Rico, through its ruling in *Miriam J. Ramirez de Ferrer v. Juan Mari Brás*, reaffirmed the standing existence of the Puerto Rican citizenship, and on October 25, 2006, Puerto Rican Socialist Party president Juan Mari Brás became the first person to receive a Puerto Rican citizenship certificate from the Puerto Rico Department of State. Since 2007, the Government of Puerto Rico has been issuing "Certificates of Puerto Rican Citizenship" to anyone born in Puerto Rico or to anyone born outside of Puerto Rico with at least one parent who was born in Puerto Rico."

**Exhibit 8 – 97 DTS 135 Miriam J. Ramirez de Ferrer v. Juan Mari Brás EN EL TRIBUANL SUPREMO DE PUERTO RICO**

**United States recognition of Puerto Rican citizenship from Wikipedia**

"On April 12, 1900, the United States Congress enacted the Foraker Act of 1900, which replaced the governing military regime in Puerto Rico with a civil form of government. Section VII of this act created a Puerto Rican citizenship for the residents "born in Puerto Rico and, therefore, subject to its jurisdiction." The Puerto

Rican citizenship replaced the Spanish citizenship that Puerto Ricans held at the time[] in 1898. Such Puerto Rican citizenship was granted by Spain in 1897. This citizenship was reaffirmed by the United States Supreme Court in 1904 by its ruling in *Gonzales v. Williams* which denied that Puerto Ricans were United States citizens and labeled them as noncitizen nationals. In a 1914 letter of refusal to the offer of U.S. citizenship and addressed to both the President of the United States and the U.S. Congress, the Puerto Rico House of Delegates stated *"We, Porto Ricans, Spanish-Americans, of Latin soul ... are satisfied with our own beloved Porto Rican citizenship, and proud to have been born and brethren in our own motherland."* The official 1916 Report by the American colonial governor of Puerto Rico to the U.S. Secretary of War (the former name for the Department of Defense]), addresses both citizenships, the Puerto Rican citizenship and United States citizenship, in the context of the issuance of passports, further evidencing that the Puerto Rican citizenship did not disappear when the Americans took over the island in 1898."

## "Puerto Rican citizenship and Puerto Rican nationality" from Wikipedia

"A 1918 official report from the American colonial governor of Puerto Rico to the U.S. Secretary of War, this one after the Jones Act of 1917, had become law, states that the "passports...[are used to] prove a person's nationality," thus making clear that Puerto Rican citizenship and Puerto Rican nationality were one and the same.[19] The United States government also recognizes this status in its own records. For example, the CIA World Fact Book, states that the nationality of Puerto Ricans is not "American" but, in fact, *"Puerto Rican."* The Spanish Government also recognizes Puerto Ricans as a people with Puerto Rican, "and not American," citizenship. It also provides Puerto Rican citizens privileges not provided to citizens of several other nations, such as Haití, Jamaica, Trinidad y Tobago y Guyana. Since 2007, the Government of Puerto Rico has been issuing "Certificates of Puerto Rican

Citizenship" to anyone born in Puerto Rico or born outside of Puerto Rico with at least one parent who was born in Puerto Rico."

**At this time it is requested of the Foreign Intelligence Surveillance Court and Supreme Court Chief Justice John Roberts to rule on the constitutionality of the Jones Act of 1917 granting Puerto Rican Citizens United States Citizenship when the U.S. Congress did not pass an amendment to add Puerto Rico to the Union of States ratified by two thirds of the 50 State legislatures.**

Pedro Albizu Campos was a Puerto Rican attorney and politician, and the leading figure in the Puerto Rican independence movement. Gifted in languages, he spoke six. Albizu graduated from Harvard Law School in 1921 while simultaneously studying Literature, philosophy, Chemical Engineering, and Military Science at Harvard College. Likely as a non- U.S. Citizen being a Puerto Rican Citizen Upon graduation from law school, Albizu Campos was recruited for prestigious positions, including a law clerkship to the U.S. Supreme Court, a diplomatic post with the U.S. State Department, the regional vice-presidency (Caribbean region) of a U.S. agricultural syndicate, and a tenured faculty appointment to the University of Puerto Rico. Surely Pedro Campos was used by Harvard University and the Federal Reserve Shareholders and instrumental in achieving the correct U.S. Constitutional ruling by the U.S. Supreme Court case 258 U.S. 298 Balzac V. Porto Rico in 1922.The decision in the Balzac case clarified Puerto Rico status as a territory not part of the Union. The decision stated the U.S. Constitution did not apply in Puerto Rico. The Balzac Case was a challenge to the unconstitutional Jones Act of 1917 wrongly attributing U.S. Citizenship to the Puerto Rico Citizens passed the same year as the Espionage Act of 1917 and the year the Mexico Bracero Program was initiated. The Balzac V Porto Rico case ruling established that Puerto Rican Citizens did not have U.S. Constitutional rights not being part of the Union.

**Exhibit 9 - U.S. Supreme Court case 258 U.S. 298 Balzac V. Porto Rico in 1922**

**Pedro Albizu Campos from Wikipedia**

"Albizu Campos left the United States took and passed the required two exams in Puerto Rico, and in June 1922 received his law degree by mail. He passed the bar exam and was admitted to the bar in Puerto Rico on February 11, 1924." Albizu having a thorough understanding of the Puerto Rico Constitution established under Spain as a territory and under the United States clearly understood the Puerto Ricans were not U.S. Citizens and was used and allowed by Harvard University to promote Puerto Rico independence. In 1936, Albizu and 6 other Puerto Rican citizens were charged with sedition and other violations of Title 18 of the United States Code. They were acquitted in Puerto Rico Federal Court but when appeal was held in Boston grossly under by Puerto Rican citizens control by Harvard University and the Federal Reserve Shareholders mind control system the verdict was reversed and Albizu was found guilty. " In 1939, United States Congressman Vito Marcantonio strongly criticized the proceedings, calling the trial a "frame-up" and "one of the blackest pages in the history of American jurisprudence." Marcantonio argued for Puerto Rican rights, saying "As long as Puerto Rico remains part of the United States, Puerto Rico must have the same freedom, the same civil liberties, and the same justice which our forefathers laid down for us. Only a complete and immediate unconditional pardon will, in a very small measure, right this historical wrong."

"Pedro Albizu Campos was jailed again after the October 30, 1950 Nationalist revolts, known as the Puerto Rican Nationalist Party Revolts of the 1950s for violations of the Smith Act of 1940 also known as the Alien Registration Act of 1940."

"In the 2000s, Federal Bureau of Investigation (FBI) files released under the Freedom of Information Act, revealed that the San Juan FBI office coordinated with FBI offices in New York, Chicago and other cities, in a decades-long surveillance of Albizu and Puerto Ricans who had contact or communication with him. These documents are viewable online, including some as recent as 1965."

**This indictment of Albizu under the Smith Act clearly classified Albizu a Puerto Rican Citizen as an immigrant, not a U.S. Citizen. Harvard University and the Federal Reserve Shareholders used Albizu Campos to set up the 1922 Supreme Court Rulings in the Balzac V Porto Rico, 258 U.S. 298 to clarify that citizens of U.S. territories that includes Puerto Rico are not U.S. Citizens not being part of the Union under the U.S. Constitution. An amendment to the U.S. Constitution ratified by two thirds of the 50 States Legislatures is required to make any U.S. territory a part of the Union which has yet to be accomplished for any of the U.S. territories for the benefit of the Federal Reserve Shareholders.**

**To squash all attempts by the Puerto Rican Nationalist Party who had legal rights as Puerto Rican Citizens to protest and lobby for Puerto Rico Independence like all the other Caribbean Islands the Harvard Mind Control Headquarters and the Federal Reserve Shareholders had the Puerto Rico Government pass the erroneous Constitution of the Commonwealth of Puerto Rico of 1952 intentionally misleading the Puerto Rico Citizens that they had acquired U.S. Citizenship to discourage Puerto Rican independence with falsely attributing U.S. Citizenship to Puerto Ricans. This false belief that Puerto Rican Citizens were also U.S. Citizens encouraged mass migration of Puerto Rican Citizens to the United States to aid the Federal Reserve Shareholders funding espionage activities in Puerto Rico.**

There is little doubt that Puerto Ricans are no different than any other immigrants that migrate to the United States. The Puerto Rican Government has jurisdiction over their citizens and under the Puerto Rico Constitution the Puerto Rico Government is required to provide free education to all Puerto Rican Citizens. The Puerto Rico Government is required to provide health care and housing for their indigenous citizens. Puerto Ricans are required when leaving Puerto Rico to acquire permission to enter the United States. Puerto Ricans residing in the United States were required to register with the INS and acquire an alien registration number and apply for U.S. Citizenship according to the Immigration and Naturalization Act of 1924 and 1952. Puerto Rican children born in Puerto Rico and born inside the United States to Puerto Rican immigrants were required to register with the INS and acquire an Alien Registration number and apply for U.S. Citizenship after age 18 in accordance to the Immigration and Naturalization Act of 1924 and 1952. The possession of a stolen social security number and having stolen federal, state, or local benefits would automatically disqualify a Puerto Rican Citizen's application for U.S. Citizenship due to fraud and require fingerprinting and deportation. It is also reasonable to conclude due to Puerto Rico intentionally allowing their Puerto Rican Citizens to avoid paying their foreign income taxes for generations that all Puerto Rican Citizens living inside the United States are using stolen U.S. Citizens social security numbers with their payroll deductions being used to fund college mind control systems andd other underground espionage activities inside Puerto Rico.

# CUBA ARGUMENT

## Constitution of Cuba from Wikipedia

"The 1901 Constitution was Cuba's first as an independent state. It incorporated eight principles set out in the Platt Amendment without which U.S. troops would not have been withdrawn from Cuba, including the clause that the United States has the right to intervene in Cuba's affairs to protect its independence and guarantee the stability of its government. All but one of the Platt Amendment principles remained in force until a treaty between Cuba and the United States, negotiated as part of Franklin D. Roosevelt's Good Neighbor Policy toward Latin America, took effect on 9 June 1934, leaving U.S. only its right to a permanent lease to its Guantanamo Naval Station.

1940 Constitution

See main article: article and 1940 Constitution of Cuba. During the presidency of Federico Laredo Brú, a Constitutional Assembly was elected in November 1939 to write a new constitution. The Assembly debated publicly for six months and adopted the constitution at the Capitol in Havana. It was signed by the delegates on 1 July 1940, and took effect on 10 October 1940. It provided for land reform, public education, universal healthcare, minimum wage and other progressive ideas, many of which were not implemented in practice. The Constitution abolished capital punishment and established as national policy restrictions on the size of land holdings and an end to common ownership of sugar plantations and sugar mills, but these principles were never translated into legislation. The constitution ordained a presidency and a bicameral congress, both with a four-year tenure, with a ban on direct re-elections to the office of president (though non-consecutive re-election

34

would be tolerated; similar to the current constitution of Chile) with executive power shared with a new, separate office of Prime Minister of Cuba, to be nominated by the president. Fulgencio Batista suspended parts of this constitution after seizing power in 1952. It was completely suspended after the Cuban revolution.

1976 Constitution

After 16 years of non-constitutional government from 1959 to 1975, the revolutionary government of Cuba sought to institutionalize the revolution by putting a new constitution to a popular vote. The Constitution of 1976 was adopted by referendum on 15 February 1976, in which it was approved by 99.02% of voters, in a 98% turnout. It took effect on 24 February 1976. This constitution called for a centralized control of the market and re-committed the state to providing its citizens with access to free education and health care, as in the 1940 constitution. The state was further granted the power to regulate the activities of religious institutions and the private ownership of media was prohibited. Article 53 gave citizens freedom of speech, and Article 54 gave citizens the right to assemble.

The dissolution of the Soviet Union and the Eastern Bloc plunged Cuba into an era of economic crisis known as the Special Period in Time of Peace. In response, the constitution was amended in 1992 to remove certain limitations on foreign investment and grant foreign corporations a limited right to own property on the island if they established joint ventures with the government. Another amendment established that Cuba is a secular state rather than an atheist state, prompting an expansion of local participation in religious observance, increased social service work on the part of sectarian international charities, and public recognition of religious pluralism. In 2002, the constitution was amended to stipulate that the socialistic system was permanent and irrevocable."

## Exhibit 10 – CUBA CONSTITUTION OF 1940

**Cuba Constitution of 1940 states:**

**"TITLE II Concerning Nationality**

ART. 8. Citizenship carries with it duties and rights, the adequate exercise of which shall be regulated by law.

ART. 9. Every Cuban is obliged:

1st. To bear arms for his Fatherland in the cases and in the form established by law.
2nd. To contribute to the public expenses in the form and to the amount provided by law.
3rd. To comply with the Constitution and the laws of the Republic and to observe good civic conduct, inculcating the principles thereof in his own children and in all those who may be under his protection, promoting in them a pure national conscience.

ART. 10. A citizen has the right:

1st. To reside in his country without being made the object of any discrimination or duress, regardless of race, class, political opinions, or religious beliefs.
2nd. To vote, according to the provisions of the law, in the elections and referendums that may be held in the Republic.
3rd. To receive social assistance and public benefits with, in the former case, prior affirmation of need.
4th. To discharge public functions and offices.
5th. To the advantages provided for labor by the Constitution and the law.

ART. 11. Cuban citizenship is acquired by birth or by naturalization.

ART. 12. Cubans by birth are:

1st. All those born in the territory of the Republic with the exception of the children of aliens who may at the time be in the service of their Government.
2nd. Those born in foreign territory, of Cuban father or mother, by the sole act of their becoming inhabitants of Cuba.
3rd. Those having been born outside the territory of the Republic, of father or mother who were natives of Cuba, but who may have lost this nationality, who reclaim Cuban citizenship in the form and subject to the conditions stipulated by law.
4th. Aliens who served for one year or more in the army of liberation, remaining in it until the termination of the War of Independence, provided they affirm this service with an authentic document issued by the national archive.

ART. 13. Cubans by naturalization are:

1st. Aliens who, after five years of continuous residence in the territory of the Republic, and not less than one year after having declared their intention of acquiring Cuban nationality, obtain the letter of citizenship in accordance with the law, provided that they know the Spanish language.
2nd. An alien who marries a Cuban woman, and an alien woman who marries a Cuban, in case offspring result from such union, or if they maintain two years of continuous residence in the country after their marriage, and provided that they previously renounce the nationality of their origin.

ART. 14. Letters of citizenship and certificates of Cuban nationality shall be exempt from fee.

ART. 15. The following lose Cuban citizenship:

1st. Those who acquire a foreign citizenship.

2nd. Those who, without permission of the Senate, enter the military service of another Nation, or accept the discharge of duties that are inconsistent with Cuban authority or jurisdiction.

3rd. Cubans by naturalization who reside three consecutive years in the country of their birth, unless they express every three years, before the appropriate consular authority, their desire to retain Cuban citizenship.

The law may determine crimes and acts of unworthiness that may cause the loss of citizenship by naturalization, through definite sentence by competent tribunals.

4th. Naturalized citizens who have accepted double citizenship.

Loss of citizenship for the reasons designated in Clauses (b) and (c) [i.e., 2nd and 3rd Clauses, above] of this article shall not be made effective except by definite sentence pronounced after due judicial process before a tribunal of justice, as the law may provide.

ART. 16. Neither marriage nor its dissolution affects the nationality of husband, wife, or their children.

A Cuban woman married to an alien shall retain Cuban nationality.

An alien woman married to a Cuban, and an alien married to a Cuban woman, shall retain his or her original nationality, or shall acquire Cuban nationality upon his or her prior option, as regulated by the Constitution, the law, or international treaties.

ART. 17. Cuban citizenship may be recovered in the form stipulated by law.

ART. 18. No Cuban by naturalization may discharge official functions in the country of his origin in the name of Cuba."

**TITLE IV Fundamental Rights**

**"FIRST SECTION Concerning Individual Rights**

ART. 30. Any person may enter and remain in the national territory, leave it, move from one place to another, and change residence without the necessity of a letter of security, passport, or other similar requirement, except for what is provided in the laws on immigration and the duties of the authorities in cases of criminal responsibility.

No person shall be obliged to change his domicile or residence, except by order of a judicial authority and in the cases and subject to the requirements stipulated by law.

No Cuban may be expatriated or be prohibited entrance into the territory of the Republic.

ART. 31. The Republic of Cuba offers and recognizes the right of asylum to those persecuted for political reasons provided that persons thus sheltered respect the national sovereignty and the laws.

The State shall not authorize the extradition of persons guilty of political crimes, nor shall it attempt to extradite Cubans guilty of these crimes who may have taken refuge in foreign territory.

In case of the expulsion of an alien from national territory, in conformity with the Constitution and the law, such expulsion shall not be made to the territory of the State that may reclaim him if political asylum is involved."

**Clearly from the Cuba constitutions of 1940 and 1976 all children born to Cuban Citizens abroad are Cuban citizens giving the Cuba Government**

jurisdiction over their citizens and the children of their citizens living inside the United States with or without the knowledge and consent of the Cuban Government. Cuba is responsible to provide free education for their citizens and provide health care and housing for the indigenous Cuban Citizens. Like Mexico for the benefit of the Federal Reserve Shareholders Cuban Citizens are also free to move in and out of the country without permission not required to have a visa to exit or re-enter. This is intentional lack of internal and external controls by the Cuba Government like Mexico to not record the many Cuba Citizens living aboard required to pay income taxes on their foreign earned income for the benefit of the Federal Reserve Shareholders.

**"Visa Requirements for Cuban Citizens" from Wikipedia**

**"Visa requirements for Cuban citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Cuba. As of 26 March 2018, Cuban citizens had visa-free or visa on arrival access to 65 countries and territories, ranking the Cuban passport 75th in the world (tied with Cape Verde Islands and Dominican Republic) in terms of travel freedom according to the Henley Passport Index."

The Cuban Government under **TITLE IV Fundamental Rights**, **FIRST SECTION Concerning Individual Rights, Article 30** cannot exile a Cuban Citizen from the country of Cuba without a judicial authority. A Cuban Citizen or Cuban unaccompanied minor immigrant could only prove a request for asylum in an international court by way of a judicial filing that would prove that Cuba removed the Cuban citizen or Cuban minor from the country of Cuba. No Cuban asylum or refugee filing is valid in the United States and should be considered entering the U.S. illegally without permission in violation of the Immigration and Naturalization Act of 1924 and 1952, Alien Registration Act of 1940, McCarren Walters Act of 1952,

40

Espionage Act of 1917, and Sedition Act of 1918. All Cuban Citizens like Mexican Citizens are required to have paid Cuban income taxes on their foreign earned income inside the United States. When U.S. asylum filing is done properly in an International Court the immigrant's background check is able to be properly vetted, and all civil and criminal responsibilities to their native country is able to be accessed. Only for the Federal Reserve Shareholders benefit in violation of U.S. law are asylum filings illegally allowed in U.S. Courts illegally allowing immigrants to steal U.S. court costs, steal U.S. Detention Costs, and other costs while illegally inside the United States. All asylum filings and rulings past, present, and future should be voided due to fraud and moved to the FISC for deportation procedures without due process. It is also reasonable to conclude due to Cuba intentionally allowing their Cuban Citizens to avoid paying their foreign income taxes for generations that all Cuban Citizens living inside the United States are using stolen U.S. Citizens social security numbers with their payroll deductions being used to fund underground espionage activities inside Cuba.

**Exhibit 11 – "Operation Peter Pan" from Wikipedia**

**Exhibit 12 – Article "Jeff Bezos' father and the special Hispanic Connection"**
**https://newstaco.com/2013/08/12/jeff-bezos-father-and-the-hispanic-connection**

**"Participants in Operation Peter Pan" from Wikipedia**

"Unaccompanied Cuban minors, known at the time as "Pedro Pans" or "Peter Pans", who participated in the operation include:

- **Eduardo Aguirre, United States Ambassador to Spain** (2005–2009)[9]
- **Frank Angones, first Cuban-born head of the Florida Bar**
- **Carlos Mayans, mayor of Witchita, Kansas**
- Willy Chirino, Cuban American musician and salsa singer.

41

- <u>Carlos Eire</u>, Author, professor of the history of religion at <u>Yale University</u>
- <u>Felipe de Jesus Estevez</u>, bishop Roman Catholic diocese of St. Augustine (2011- )
- <u>Mario Garcia</u>, newspaper designer and media consultant [10]
- **<u>Hugo Llorens</u>, <u>United States Ambassador to Honduras</u> (2008 - 2011)**[9]
- **<u>Raul Andres Martinez Tome</u>, <u>Senior Executive Service</u>, <u>Director of Administration</u>, <u>US Department of Defense</u> (1980-2001)**
- <u>Ana Mendieta</u>, artist
- <u>Agustin De Rojas de la Portilla</u> (1944-2011), inventor of the extended-wear contact lens[11]
- **<u>Guillermo "Bill" Vidal</u>, <u>Mayor</u> of <u>Denver</u> (2011) and author of *<u>Boxing for Cuba</u>***
- **Miguel Bezos, <u>Jeff Bezos</u>' (Amazon.com's founder) stepfather, who raised him since he was 4 years old.**
- **U.S. Senator <u>Mel Martinez</u>, former Florida Senator and first Latino chairman of the Republican party.**
- <u>Lissette Alvarez</u>, singer-songwriter
- <u>Eduardo J. Padrón</u>, current President of <u>Miami Dade College</u>
- <u>Armando Codina</u>, real estate developer[12]

- <u>Alfredo Lanier</u>, journalist for the *<u>Chicago Tribune</u>*[13]
- **<u>Margarita Exquiroz</u>, <u>Miami-Dade County</u> circuit judge and Florida's first female Hispanic judge**[14]
- <u>Maria de los Angeles Torres</u>, author of studies of Cuban history[15]
- <u>Carlos Saladrigas</u>, business executive[16][17]
- <u>Nelson Marin</u>, business executive
- <u>Roberto Pérez y Lopez</u>, business executive
- <u>Remberto Perez</u>, business executive Director Cuban American National Foundation
- Martha M. Russ, author Beans and Rice - Growing Up Cuban. Luis I Morales Former Sr Vice President of Engineering for Glassalum International. Peter Pan arrived in 1961 Miami, Florida Elder with the Presbyterian Church in America.
- Demetrio Perez Jr, educator, politician, radio commentator, entrepreneur and publisher of LIBRE, a bilingual weekly newspaper, and founded the Lincoln-Marti educational group.
- <u>Teresita Fajardo</u>, accountant.
- <u>Avelino Fajardo</u>, postal worker"

Investigations linked to investigating all the espionage activities of the Peter Pan Cuban unaccompanied minors and their foster parents and adopted parents should be so alarming to establish that all unaccompanied minor immigrants are extremely serious national security risks including the foreign infants adopted by U.S. Citizens not being justified due to millions of real U.S. citizen orphans being available inside the United States. Would not all adopted foreign infants also be required to register with the INS, to acquire an Alien Registration Number, be denied federal, state, and local benefits, and required to apply for U.S. Citizenship after age 18. Adoption by U.S. Citizens under well-known foreign parenthood from a foreign country equates to foreign adopted children being unaccompanied immigrant minors no different than the unaccompanied Cuban immigrant minors who were brought to the United States illegally in violation of U.S. Laws by the Catholic Church. Celebrities guilty of this violation adopting foreign children are: Brad Pitt and Angelina Jolie a British Citizen, Madonna, Hoda Kotb an Egyptian Citizen. These foreign adoptions were forced on these Foreign and American celebrities to have leverage over the U.S. Citizen celebrity.

There is little doubt that Cuban immigrants and unaccompanied Cuban immigrant minors are no different than any other immigrants that migrate to the United States. The Cuban Government has jurisdiction over their citizens and under the Cuba Constitution the Cuba Government is required to provide free education to all Cuban Citizens. The Cuban Government is required to provide health care and housing for their indigenous citizens. Cuban Citizens were required to acquire permission from the United States prior to entering the United States. Asylum filings illegally inside a U.S. Court is entering without permission. Cuban Citizens with their children and their children born inside the United States residing in the United States were required to acquire permission to enter, to register with the INS, to acquire an alien

registration number, and apply for U.S. Citizenship according to the Immigration and Naturalization Act of 1924 and 1952. Cuban children born in Cuba and born inside the United States to Cuban immigrants were required to also acquire an Alien Registration number and apply for U.S. Citizenship after age 18 in accordance to the Immigration and Naturalization Act of 1924 and 1952. The possession of a stolen social security number and having stolen federal, state, or local benefits would automatically disqualify a Cuban Citizen's application for U.S. Citizenship due to fraud and require fingerprinting and deportation.

## DOMINICAN REPUBLIC ARGUMENT

"Constitution of the Dominican Republic" from Wikipedia

"The Dominican Republic has gone through 39 constitutions, more than any other country, since its independence in 1844. This statistic is a somewhat deceiving indicator of political stability, however, because of the Dominican practice of promulgating a new constitution whenever an amendment was ratified. Although technically different from each other in some particular provisions, most new constitutions contained in reality only minor modifications of those previously in effect. Sweeping constitutional innovations were actually relatively rare."

**Dominican Republic Constitution of 2015 states:**

"Chapter V: On the Population

Section I: On Nationality

Article 18: Nationality• Requirements for birthright citizenship

The following are Dominicans:   1. The sons and daughters of a Dominican mother or father;   2. Those who enjoyed Dominican nationality before the entry into effect of this Constitution;   3. People born in the national territory, with the exception of the sons and daughters of foreign members of diplomatic and consular legations, of foreigners that find themselves in transit or reside illegally in Dominican territory. All foreigners are considered people in transit as defined in Dominican laws.   4. Those born abroad to a Dominican mother or father, notwithstanding having acquired by the place of birth a nationality different from those of their parents. Once having reached the age of eighteen, they may demonstrate their desire, before the appropriate authority, to assume dual nationality or to renounce one of theirs;   5. Those who enter into marriage with a Dominican, as long as they choose the nationality of their spouses and fulfill the requirements established by law;

• Requirements for naturalization

6. The direct descendants of Dominicans residing abroad; 7. Naturalized people, in accordance with the conditions and processes required by law.

• Requirements for naturalization

The public powers shall apply special policies to conserve and strengthen the ties of the Dominican Nation with its nationals abroad, with the essential goal of achieving greater integration.

Article 19: Naturalization• Requirements for naturalization

Foreigners may become naturalized in accordance with the law, they may not vote for the presidency or vice-presidency of the powers of the State, nor are they

obligated to take up arms against their State of origin. The law shall regulate other limitations on naturalized people.

Article 20: Double nationality

The ability of Dominicans to acquire a foreign nationality is recognized. The acquisition of another nationality does not imply the loss of Dominican nationality.

Paragraph• Eligibility for cabinet • Eligibility for head of state • International organizations Dominicans that adopt another nationality, by a voluntary act or by their place of birth, may aspire to the presidency or vice-presidency of the Republic if they renounce their acquired nationality ten year prior to the election and reside in the country during the ten years previous to the post. Nevertheless, they may occupy other elected or ministerial offices or of diplomatic representation of the country abroad and in international bodies, without renouncing the acquired nationality.

Section II: On citizenship

Article 21: Acquisition of citizenship• Requirements for birthright citizenship

All Dominicans who are eighteen years of age and those who are or have been married, even though they have not reached this age, enjoy citizenship.

Article 22: Rights of citizenship

The following are rights of citizens:   1. To elect to and be eligible for posts established by the present Constitution; • Restrictions on voting   2. To decide on matters that are proposed to them by referendum; • Referenda   3. To exercise the right of popular, legislative, and municipal initiative, under the conditions established by this Constitution and the law; • Legislative initiatives by citizens •

Initiation of general legislation   4. To formulate petitions to the public powers in order to petition measures in the public interest and to obtain a response from the authorities in the period established by the laws passed on this subject; • Right of petition   5. To denounce errors committed by public officials in the performance of their duties.

Article 23: Loss of the rights of citizenship• Conditions for revoking citizenship

The rights of citizenship are lost by irrevocable condemnation in cases of treason, espionage, conspiracy as well as for taking up arms and for aiding or participating in attempts of deliberate damages against the interests of the Republic.

Article 24: Suspension of the rights of citizenship• Conditions for revoking citizenship

The rights of citizenship are suspended in cases of:   1. Irrevocable condemnation to a criminal sentence, until that sentence is over;   2. Legally pronounced judicial interdiction, while it lasts;   3. The acceptance in Dominican territory of offices or public duties for a foreign government or State without prior authorization from the Executive Power;   4. Violation of the conditions by which naturalization was authorized"

"Article 46: Freedom of travel• Freedom of movement • International law

All persons that find themselves in the national territory have the right to travel, reside, and leave freely from the same, in accordance with legal dispositions.   1. No Dominican may be deprived of the right to enter the national territory. Nor may he be expulsed or exiled from the same, except in the case of extradition pronounced

47

by an appropriate judicial authority, in accordance with the law and international agreements in effect on the subject;

• Extradition procedure

2. All persons have the right to apply for asylum in the national territory in the case of persecution for political reasons. Those who find themselves in the condition of asylum shall enjoy protection that guarantees the full exercise of their rights, in accordance with the international agreements, norms, and instruments signed and ratified by the Dominican Republic. Terrorism, crimes against humanity, administrative corruption, and transnational crimes are not considered political crimes."

**Clearly from the Dominican Constitutions all children born to Dominican Republic Citizens abroad are Dominican Republican citizens giving the Dominican Republic Government jurisdiction over their citizens and the children of their citizens living inside the United States with or without the knowledge and consent of the Dominica Republic Government. Dominica Republic is responsible to provide free education for their citizens and provide health care and housing for the indigenous Cuban Citizens. Like Mexico and Cuba for the benefit of the Federal Reserve Shareholders Dominica Republic Citizens are also free to move in and out of the country without permission not required to have a visa to exit or re-enter. This is intentional lack of internal and external controls like Mexico and Cuba to not record the many Dominica Republic Citizens living aboard required to pay income taxes on their foreign earned income for the benefit of the Federal Reserve Shareholders.**

**"Visa Requirements for the Dominican Republic Citizens" from Wikipedia**

48

**Visa requirements for Dominican Republic citizens** are administrative entry restrictions by the authorities of other states placed on citizens of the Dominican Republic. As of 26 March 2019, Dominican Republic citizens had visa-free or visa on arrival access to 65 countries and territories, ranking the Dominican Republic passport 75th in terms of travel freedom (tied with passports from Cape Verde Islands and Cuba) according to the Henley Passport Index.

## HAITI ARGUMENT

The Republic of Haiti gained it's independence in 1804 and became the first nation in the Caribbean.

**"Constitution of Haiti" from Wikipedia**

"A total of 23 constitutions have been promulgated throughout Haiti's history, the first was established in 1801. The **Constitution of Haiti** was modeled after the constitutions of the United States and France.

Constitution of 1987. Banned dual citizenship, effectively restricting Haitian Americans from running for president in Haiti. Was ratified in March 1987, but it was completely suspended from June 1988 to March 1989 and was only fully reinstated in October 1994."

Constitution of 2012. Currently in force. Re-legalizes dual citizenship, allows for Haitians living abroad to own land and run for Haitian political office (except for offices of president, prime minister, senator or member of the lower house of Parliament). Also demands the establishment of a permanent constitutional court to resolve disputes between Parliament and the executive, a new permanent

49

electoral council to replace the provisional CEP, and that 30 percent of government jobs be held by women.

**Haiti's Constitution of 1987 with Amendments through 2012 states:**

"TITLE II: Haitian Nationality

Article 10• Requirements for birthright citizenship

The regulations governing Haitian nationality shall be determined by law.

Article 11• Requirements for birthright citizenship • Right to renounce citizenship

Any person born of a Haitian father or Haitian mother who are themselves native-born Haitians and have never renounced their nationality possesses Haitian nationality at the time of birth.

Article 11-1

[Inserted by the Constitutional Law of 9 May 2011 / 19 June 2012] The law establishes the conditions in which an individual may acquire the Haitian nationality.

• Requirements for naturalization

Article 12

[Amended by the Constitutional Law of 9 May 2011 / 19 June 2012] Any Haitian, except for the privileges reserved to Haitians of origin, is subject to all the rights, duties and obligations attached to their Haitian nationality. No Haitian can make their foreign nationality prevail on the territory of the Republic"

**HAITI CITIZENSHIP:** Citizenship laws are based upon the Constitution of Haiti

BY BIRTH: Birth within the Republic of Haiti does not automatically confer citizenship.

BY DESCENT: Child, at least one of whose parents is a native-born citizen of Haiti, regardless of the child's country of birth. Child born abroad must be registered at the nearest Haitian consulate or embassy for the citizenship to be recognized.

BY NATURALIZATION: Haitian citizenship may be acquired upon fulfillment of the following condition: Person has resided within Haiti for a continuous period of five years.

**HAITI DUAL CITIZENSHIP:** NOT RECOGNIZED

Exception: Child, born abroad to Haitian parents, who acquires the citizenship of the country of birth.  This dual citizenship is allowed until the child reaches the age of majority (18).  Upon reaching 18, one of the nationalities must be renounced.

**HAITI LOSS OF CITIZENSHIP:** Citizenship involuntarily lost may not be regained.

VOLUNTARY: Voluntary renunciation of citizenship must take place in the country, before the Justice Department, Port-au-Prince, Haiti.

INVOLUNTARY: The following are grounds for involuntary loss of Haitian citizenship:

Person voluntarily acquires foreign citizenship.

Person holds a political post in the service of a foreign government.

Naturalized Haitian citizen maintains continuous residence abroad without authorization by Haitian authority.


**"Visa Requirements for Haitian Citizens" from Wikipedia**

"**Visa requirements for Haitian citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Haiti. It is considered the weakest passport in Latin America for traveling (along with Dominican Republic). As of 26 March 2019, Haitian citizens had visa-free or visa on arrival access to 51 countries and territories, ranking the Haitian passport 88th in terms of travel freedom according to the Henley Passport Index."

**Clearly from the Republic of Haiti Constitutions all children born to Haiti Citizens abroad are Haiti citizens giving the Republic of Haiti Government jurisdiction over their citizens and the children of their citizens living inside the United States with or without the knowledge and consent of the Republic of Haiti Government. Republic of Haiti is responsible to provide free education for their citizens and provide health care and housing for the indigenous Haitian Citizens. Like Mexico, Cuba, and the Dominican Republic for the benefit of the Federal Reserve Shareholders Haitian Citizens are also free to move in and out of the country without permission not required to have a visa to exit or re-enter. This is intentional lack of internal and external controls by the Republic of Haiti Government like Mexico, Cuba, and Dominican Republic to not record the many Haitian Citizens living aboard required to pay income taxes on their foreign earned income for the benefit of the Federal Reserve Shareholders.**

## COMMONWEALTH OF BAHAMAS ARGUMENT

**The Bahamas Constitution, 1973 STATUTORY INSTRUMENTS 1973 No. 1080 CARIBBEAN AND NORTH ATLANTIC TERRITORIES The Bahamas Independence Order 1973, Chapter II Citizenship Sections 1-13** grants The Bahamas Citizenship to all the children of The Bahamas Citizens born abroad requiring the Commonwealth of the Bahamas Government to provide their Bahamian Citizens all free education  and health and housing for the indigenous Bahamian Citizens

**"Visa Requirement for Bahamian Citizens" from Wikipedia**

**"Visa requirements for Bahamian citizens** are administrative entry restrictions by the authorities of other states placed on citizens of <u>The Bahamas</u>. As of 26 March 2019, Bahamian citizens had visa-free or visa on arrival access to 154 countries and territories, ranking the Bahamian passport 26th in terms of travel freedom according to the Henley Passport Index."

## JAMAICA ARGUMENT

**The Jamaica Constitution of 1962 Citizenship Sections 3 -12** grants Jamaica Citizenship to all the children of Jamaica Citizens born abroad requiring the Jamaica Government to provide their Jamaica Citizens all free education and health and housing for the indigenous Jamaica Citizens.

**"Visa Requirements for Jamaican Citizens" from Wikipedia**

**Visa requirements for Jamaican citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Jamaica. As of 26 March 2019, Jamaican citizens had visa-free or visa on arrival access to 83 countries and

territories, ranking the Jamaican passport 59th in terms of travel freedom according to Henley Passport Index.

## THE REPUBLIC OF TRINIDAD AND TOBAGO ARGUMENT

**THE CONSTITUTION OF THE REPUBLIC OF TRINIDAD AND TOBAGO of 1976 CHAPTER 1 The Recognition and protection of fundamental human rights and freedom Part V Chapter II Citizenship Sections 15-21** grants Trinidad and Tobago Citizenship to all the children of Trinidad and Tobago Citizens born abroad requiring the Republic of Trinidad and Tobago Government to provide their Trinidad and Tobago Citizens all free education and health and housing for the indigenous Trinidad and Tobago Citizens.

**"Visa Requirements for Trinidad and Tobago citizens" from Wikipedia**

**"Visa requirements for Trinidad and Tobago citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Trinidad and Tobago. As of 26 March 2019, Trinidad and Tobago citizens had visa-free or visa on arrival access to 150 countries and territories, ranking the Trinidad and Tobago passport 28th in terms of travel freedom according to the Henley Passport Index."

## ANITGUA AND BARBUDA ARGUMENT

**THE CONSTITUTION OF ANTIGUA AND BARBUDA,** 1981 Chapter VIII Citizenship Sections 111-118 grants **Antigua and Barbuda** Citizenship to all the children of Antigua and Barbuda Citizens born abroad requiring the **Antigua and**

54

Barbuda Government to provide their Antigua and Barbuds Citizens all free education and health and housing for the indigenous Antigua and Barbuda Citizens.

**"Visa Requirements for Antiqua and Barbuda citizens" from Wikipedia**

**"Visa requirements for Antigua and Barbuda citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Antigua and Barbuda. As of 26 March 2019, Antigua and Barbuda citizens had visa-free or visa on arrival access to 150 countries and territories, ranking the Antigua and Barbuda passport 28th in terms of travel freedom according to the Henley Passport Index".

## BARBADOS ARGUMENT

**THE CONSTITUTION OF BARBADOS of 2002 CHAPTER II CITIZENSHIP Section 2-10** grants Barbados Citizenship to all the children of Barbados Citizens born abroad requiring the Barbados Government to provide their Barbados Citizens all free education and health and housing for the indigenous Barbados Citizens.

**"Visa Requirements for Barbadian citizens" from Wikipedia**

**"Visa requirements for Barbadian citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Barbados. As of 26 March 2019, Barbadian citizens had visa-free or visa on arrival access to 159 countries and territories, ranking the Barbadian passport 23rd in terms of travel freedom according to the Henley Passport Index."

55

# DOMINICA ARGUMENT

**Dominica Constitution of 1978 with amendments through 1984 Chapter 7 Sections 97- 102** grants Dominica Citizens born abroad requiring the Dominica Government to provide their Dominica Citizens all free education and health and housing for the indigenous Dominica Citizens.

### "Visa Requirements for Dominica citizens" from Wikipedia

**"Visa requirements for Dominica citizens** are administrative entry restrictions by the authorities of other states placed on citizens of <u>Dominica</u>. As of 26 March 2019, Dominica citizens had visa-free or visa on arrival access to 137 countries and territories, ranking the Dominica passport 34th in terms of travel freedom according to the Henley Passport Index."

# GRENADA ARGUMENT

**The Grenada Constitution of 1973 CHAPTER VII Citizenship Section 94-100** grants Grenada Citizenship to all the children of Grenada Citizens born abroad requiring the Grenada Government to provide their Grenada Citizens all free education and health and housing for the indigenous Grenada Citizens.

### "Visa Requirements for Grenadian Citizens" from Wikipedia

**Visa requirements for Grenadian citizens** are administrative entry restrictions imposed by the authorities of other states on citizens of Grenada. As of 26 March 2019, Grenadian citizens had visa-free or visa on arrival access to 143 countries and

territories, ranking the Grenadian passport 32nd in terms of travel freedom (tied with the Paraguayan passport) according to the Henley Passport Index.

## SAINT LUCIA ARGUMENT

**Saint Lucia's Constitution of 1978 CHAPTER VII: CITIZENSHIP Section 99-104** grants Saint Lucia Citizenship to all the children of Saint Lucia Citizens born abroad requiring the Saint Lucia Government to provide their Saint Lucia Citizens all free education and health and housing for the indigenous Saint Lucia Citizens.

**"Visa Requirements for Saint Lucian citizens" from Wikipedia**

**"Visa requirements for Saint Lucian citizens** are administrative entry restrictions by the authorities of other states placed on citizens of Saint Lucia. As of 26 March 2019, Saint Lucian citizens had visa-free or visa on arrival access to 145 countries and territories, ranking the Saint Lucian passport 31st in terms of travel freedom (tied with the passport of Mauritius) according to the Henley Passport Index."

## SAINT VINCENT AND GRENADINES ARGUMENT

**THE CONSTITUTION OF SAINT VINCENT AND THE GRENADINES OF 1979 Chapter VII Citizenship Sections 90-95** grants Saint Vincent and Grenadines Citizenship to all the children of Saint Vincent and Grenadines Citizens born abroad requiring the Saint Vincent and Grenadines Government to provide their Saint Vincent and Grenadines Citizens all free education and health and housing for the indigenous Saint Vincent and Grenadines Citizens.

**"Visa Requirements for SAINT VINCENT AND GRENADINES citizens" from Wikipedia**

"**Visa requirements for Saint Vincent and the Grenadines citizens** are administrative entry restrictions by the authorities of other states placed on citizens of <u>Saint Vincent and the Grenadines</u>. As of 26 March 2019, Saint Vincent and the Grenadines citizens had visa-free or visa on arrival access to 146 countries and territories, ranking the <u>Saint Vincent and the Grenadines passport</u> 30th in terms of travel freedom according to the <u>Henley Passport Index</u>."

**There is little doubt that the Puerto Ricans, Cubans, Dominicans, Haitians, Bahamians, Jamaicans, Trinidad and Tobago Citizens, Antigua and Barbuda Citizens, Dominica Citizens, Grenada Citizens, Saint Lucia Citizens, Saint Vincent and Grenadines Citizens are no different than any other immigrants that migrate to the United States. Their country's government has jurisdiction over their citizens and are required to provide free education to their citizens. Their Country's Government are required to provide health care and housing for their indigenous citizens. The Cubans, Dominicans, Haitians, Bahamians, Jamaicans, Trinidad and Tobago Citizens, Antigua and Barbuda Citizens, Dominica Citizens, Grenada Citizens, Saint Lucia Citizens, Saint Vincent and Grenadines Citizens were required to acquire permission from the United States prior to entering the United States. Asylum filings illegally inside a U.S. Court is entering without permission. All Puerto Ricans, Cubans, Dominicans, Haitians, Bahamians, Jamaicans, Trinidad and Tobago Citizens, Antigua and Barbuda Citizens, Dominica Citizens, Grenada Citizens, Saint Lucia Citizens, Saint Vincent and Grenadines Citizens when entering the United States were required to acquire permission to enter, to register with the INS, to acquire an alien registration number, and to apply for U.S. Citizenship according to the**

Immigration and Naturalization Act of 1924 and 1952. All Puerto Ricans, Cubans, Dominicans, Haitians, Bahamians, Jamaicans, Trinidad and Tobago Citizens, Antigua and Barbuda Citizens, Dominica Citizens, Grenada Citizens, Saint Lucia Citizens, Saint Vincent and Grenadines Citizens children brought to the United States and born inside the United States to immigrants or immigrants who acquired U.S. Citizenship fraudulently were required to register with the INS, to acquire an Alien Registration number, and to apply for U.S. Citizenship after age 18 in accordance to the Immigration and Naturalization Act of 1924 and 1952.   Entering without permission, filing asylum illegally inside U.S. Courts, not acquiring an Alien Registration number,  possession of a stolen social security number, or having stolen federal, state, or local benefits would be violations of the Alien Registration Act of 1940, Immigration and Naturalization Act of 1924 and 1952, McCarren-Walters Act of 1952, and the Espionage Act of 1917 that disallows acquisition of a U.S. visa, U.S. temporary or permanent residency, a U.S. green card, and U.S. Citizenship and requires the U.S. Department of Homeland Security to arrest, detain, and then deport permanently from the United States due to aiding to overthrow the U.S. government under the Alien Registration Act of 1940.


All professional athlete entities and associations are well aware that the Federal Reserve Shareholders control the outcome of all professional and college sports by the illegal microchip in the frontal lobes of all players and coaches and athlete shoes and balls used during competition. The control of all college and professional sports for betting purposes greatly increases the Federal Reserve Shareholders espionage funding. The Federal Reserve Shareholders are able to greatly increase their espionage funding needed in foreign countries by illegally allowing foreign athletes

to using stolen U.S. Citizens social security numbers to steal U.S. University and College athlete scholarships and professional sports jobs inside the United States. No player is any more valuable than any other college or professional player since the Federal Reserve Shareholders determine the MVP every year and the outcome of all sports competition. Only U.S. American athletes who are team players who can be trusted not to expose the fixing of all games are allowed to enter college and professional sports. Due to company sponsorships being offered to the top players, more and more immigrants using stolen U.S. Citizens Social Security Numbers illegally allowed to play in U.S. College and Professional sports are chosen to be the top athletes through the fixing of plays and all sports competition.

The fixing of professional sports is also illegally accomplished by allowing transgender females born male who often keep their birth gender a secret to compete in female sports competition. These transgender females possessing the same muscle mass of men is unfair competition for all the real authentic females in the sport and should be disallowed. Transgender females are often seen in sports like tennis and track, not in team sports to aid the Federal Reserve Shareholders in controlling the outcome of the sports competition. An example of transgender females who have hidden their birth gender and have played in female competition to control the outcome of female tennis competitions for the Federal Reserve Shareholders are U.S. Tennis Players Serena and Venus Williams, and Japanese Tennis player Naomi Osaka.

**The U.S. sports associations hiring foreign players and foreign coaches when adequate numbers of U.S. Coaches and U.S. players are available is an obvious violation of the U.S. Labor Laws and RICO laws massively aiding the Federal Reserve Shareholders in their espionage funding by using foreign immigrant**

coaches and players using stolen U.S. Citizens social security numbers. The enormous listings of foreign players in the following Wikipedia sections clearly makes it obvious that the U.S. American Players and U.S. American coaches are being discriminated against like U.S. actors, actresses, singers, models, lawyers, engineers, politicians, scholarship and grand candidates for having authentic U.S. Social Security Numbers not able to assist the Federal Reserve Shareholders in money laundering through their earnings.

Exhibit 13 – "List of current Major League Baseball players by nationality" from Wikipedia

Exhibit 14 – "List of foreign NBA players" from Wikipedia

Exhibit 15 - Foreign players in the National Football League" from Wikipedia


The U.S. American Engineers and U.S. American Lawyers having authentic U.S. social security numbers have also been discriminated against not allowed to have U.S. jobs or obtain U.S. contracts that are directly involved in espionage activities inside the United States. Most of the engineers working on underground projects and maintaining underground operations would be engineers using stolen social security numbers. Majority of these Latino Lawyers would be members of the Hispanic National Bar Association. Majority of the immigration attorneys are Latino and like their clients are using stolen U.S. Social Security numbers. The majority of the Latino attorneys have been involved in the college mind control system fully knowledgeable how the college mind control systems forge the judges' orders and attorneys motions denying the U.S. citizens their rights to due process and rights to counsel while illegally providing civil rights to immigrants and fraudulent U.S. Citizens not entitled

under the U.S. Constitution. To stay employed and protect their families from physical and financial attacks the U.S. engineers and lawyers have to continue to conceal all the espionage activities of the immigrants in their professional fields.

## EXHIBITS

**Exhibit 1 – FISC Case -U.S. District Court of Eastern District of Louisiana Case 18-3462 Judge Martin Feldman and Magistrate Daniel Knowles, III**

**Exhibit 2 – FISC Case -U.S. District Court of Eastern District of Louisiana Case 18-3701 Judge Martin Feldman and Magistrate Daniel Knowles, III**

**Exhibit 3 – U.S. District Court of Western District of Texas Case A18-1021-RP Judge Robert Pitman**

**Exhibit 4 - Article "The Two Most Important Kinds of Transportation Routes:" https://ckrhmt2008.weebly.com/transportation-routes.html**

**Exhibit 5 – Article "Oil Refineries in the United States United States Oil Refineries by State" https://iinflationadata.com/articles/oil-refineries-united-states/**

**Exhibit 6 – Foraker Act from Wikipedia**

**Exhibit 7 - 52-page report designed by Vicki McLean being a summation of espionage activities, terrorists' attacks, etc. inside the U.S. and aboard linked to Vicki McLean's FISC cases active investigations with incite how to track down the mind control terrorist programmers living inside the United States.**

Exhibit 8 – 97 DTS 135 Miriam J. Ramirez de Ferrer v. Juan Mari Brás EN EL TRIBUANL SUPREMO DE PUERTO RICO

Exhibit 9 - U.S. Supreme Court case 258 U.S. 298 Balzac V. Porto Rico in 1922

Exhibit 10 – CUBA CONSTITUTION OF 1940

Exhibit 11 – "Operation Peter Pan" from Wikipedia

Exhibit 12 – Article "Jeff Bezos' father and the special Hispanic Connection" https://newstaco.com/2013/08/12/jeff-bezos-father-and-the-hispanic-connection

Exhibit 13 – "List of current Major League Baseball players by nationality" from Wikipedia

Exhibit 14 – "List of foreign NBA players" from Wikipedia

Exhibit 15 - Foreign players in the National Football League" from Wikipedia

## CONCLUSION

U.S. Immigration Forms and U.S. Immigration Judges hired by the U.S. Department of Justice not asking the right questions of individuals and their attorneys applying for U.S. VISAS,  U.S. Residency, U.S. Green Cards, and U.S. Citizenship clearly plays a dominant role in  aiding the movement of immigrants into the United States, legal and illegal for espionage activities to illegally acquire social security numbers, to acquire illegally U.S. employment, state licenses, bank accounts, to steal U.S. and

State benefits, steal U.S. Scholarships and grants, illegally register in free U.S. public schools, etc. All U.S. citizenship applications, U.S. residency applications, U.S. green card applications, U.S. visas applications, immigration attorneys, U.S. Immigration Judges, and all State and Federal Judges should ask these basic questions to identify immigrants with their immigrant parents and immigrant relatives who have violated the U.S. Immigration and Naturalization Act of 1924 and 1952, the Alien Registration Act, the Espionage Act,  and other U.S. Laws  that deny the individual any right to acquire a U.S. visas, a U.S. temporary or permanent residency, a U.S. green cards, and  U.S. Citizenship due to violations of U.S. Laws and violations of the Alien Registration Act requiring the immigrant to be denied entry or if already inside the United States to be detained in a U.S. detention camp or federal prison, fingerprinted, and deported from the United States. These same questions should be asked of their immigration attorneys to remove the thousands of U.S. attorneys inside the United States that are fraudulent U.S. Citizens using stolen social security numbers.

1. Are you a child of immigrant parents who were born in a foreign country? Were you brought to the United States by your immigrant parents? Were you born inside America to parents born in a foreign country? What are the birthdates and birthplaces of your immigrant parents and their native birthright citizenship country or countries at time of birth? What is your birthdate, and your place of birth? Did your parents at time of your birth steal federal and state benefits for medical services?

2. Have you at any time used a U.S. social security number under your name or an alias? What year did you acquire your U.S. social security number? How did you acquire your social security number?

3. Have your parents, relatives, sponsors or foster parents as immigrants used a social security number under their names or an alias?

4. Did you have a sponsor that helped you gain entry into the United States? What are their names?

5. If you are an unaccompanied immigrant minor who were your sponsors and foster parents inside the United States.

6. Did you acquire an U.S. Alien Registration number? What year did you acquire your U.S. Alien Registration Number? Did your children acquire an U.S. Alien Registration Number? What year did you children acquire their U.S. Alien Registration Number and at what age? Did your relatives living inside the United States acquire the required Alien Registration Number and in what year?

7. Have you or your children ever been registered in U.S. and State free public schools? What years were you or your children registered in U.S. and State free public schools? In what States and what school districts were you or your children registered in U.S. and State free public schools.

8. Have you or your children ever received U.S. college financial aid or U.S. college scholarships or grants?

9. Have you or your children every receive Medicaid, Medicare, or Welfare services inside the United States. In what years and what States.

10. Have you ever possessed a firearm on U.S. soil?

11. Have you ever participated in political events inside the United States?

12. Have you ever held a federal, state, or local governmental position or job?

13. Have you ever voted in federal, state, or local elections?

14. Have you ever received U.S. or State benefits? What type of benefits and in what years?

15. Have you notified your native country of your presence inside the United States? Do you continue to keep your native country informed of your place of residency abroad? What is your identification number used in your native country? Do you possess a driver license or any other license in your native country and what are your license numbers?

16. Have you reported your foreign United States earned income to your native country yearly since living inside the United States?

17. Have you reported to your foreign country the U.S. Federal, State, and local benefits (equated in dollar value) received while living inside the United States?

18. Have you used a U.S. social security number to acquire a bank account, loan, credit card, state driver license, or state auto license plate, other licenses, passport, visa, etc.?

The above questions should also be asked of immigrants and all immigrant children even immigrant children born inside the United States by the U.S. Customs and Border Patrol Agents, ICE, all U.S. Attorney Offices, U.S. Federal Judges, all U.S. Attorney General Offices, all State Attorney General Offices, all County District Attorney Offices, all City Attorney Offices, State Secretary of State Elections Divisions, State Drivers Divisions, all attorneys representing immigrants, etc. to be able to properly vet a United States Citizen for legitimate U.S. Citizenship, and vet a social security number to verify the social security is a valid social security under the individual's name not belonging to  a United States Citizen. Illegal encryption technology in all computer systems and computer programs does not allow for the proper vetting of a social security numbers for theft or for the properly vetting for legitimate U.S. Citizenship. The inclusion of these questions for applications for U.S. visas, U.S. residency, U.S. green cards, and U.S. Citizenship with extensive

investigations proving the immigrant answers are true and accurate would aid to validate that U.S. Immigration and Naturalization Laws of 1924 and 1952, and other U.S. laws have not been violated when obtaining United States visas, residency, green cards and citizenship. These questions also aid to verify the immigrant has not violated their native country laws, so the United States is not aiding the immigrant to violate international laws and international agreements.

The Caribbean Islands Countries and territories' governments named in this case as Puerto Rico, territory of the United States, Cuba, country of, Dominican Republic, Country of, Republic of Haiti, Country of, The Bahamas, Country of, Jamaica, Country of, Republic of Trinidad and Tobago, Country of, Antigua and Barbuda, Country of,  Barbados, Dominica, Country of , Grenada, Country of, Saint Lucia, Country of, Saint Vincent and Grenadines, Country of,  being referred to as the Caribbean Islands Countries and territories have huge liability to the U.S. Citizens and U.S. Government due to the following reasons:

1. The Caribbean Islands Countries and Territories intentionally not establishing the necessary internal and external control over their citizens to aid their citizens to enter the U.S., to access U.S., State, and Local benefits, and access U.S. jobs are liable for their citizens' theft of U.S., State, and Local benefits, and the financial and physical damages caused to the U.S. Citizens whose social security number were stolen. The Caribbean Islands Countries and territories' governments are required to provide free education, housing, and welfare for their indigenous their citizens. It is clear in their Constitutions that the governments of Caribbean Islands Countries and territories'are liable for these costs incurred by the Federal, State, and

Local Governments forcing their indigenous citizens on the United States indicated by their intentional lax immigration policies.

2. The Caribbean Islands Countries and territories' governments having been a dominant driver of their citizens to migrant and remain inside the United States illegally and legally to acquire illegally stolen U.S. citizens' social security numbers and U.S. Jobs to funds their college mind control systems and all other illegal underground operations connected to the United States by underground international subways.

3. The Caribbean Islands Countries and territories' governments are required to provide due process and rights to counsel for their citizens not entitled to due process and right to counsel inside the United States is liable for all court costs and attorney costs stolen by their citizens including all detention costs, deportation costs, and costs to file for asylum in U.S. courts.

4. The Caribbean Islands Countries and territories' governments and their citizens inside the United States need to stop their citizens inside and outside the United States from participating in political events and holding federal, state, or local government positions or office in the United States. No immigrant has the right to protest against in or out of court and can only be addressed by immigrants and citizens of Mexico in an international court. No immigrant has the right to be employed in United States federal, state, or local government positions or office.

5. The Caribbean Islands Countries and territories' governments need to assist in stopping illegal entry of their citizens , drugs, weapons, etc. into the United States by establishing the necessary internal and external controls over all individuals, and items entering and leaving their country or territory. The Caribbean Islands Countries and territories' governments' lax visa policies and lax customs and immigration policies continues to allow

massive numbers of illegal immigrants, refugees, asylum seekers, unaccompanied minors, trafficking victims, and drug trafficking into the United States from the Caribbean Islands countries and territories. Caribbean Islands Countries and territories' governments are liable for damages caused to the U.S. Citizens and U.S. government by their citizens, foreign immigrants, and illegal drugs which entered the United States by way of Caribbean Islands Countries and territories' governments. The Caribbean Islands Countries and territories' governments must establish visa requirements for their citizens and all foreigners to enter and leave Caribbean Islands Countries and territories. Refusal to establish visa requirements is clear indication of lack of good faith to stop the flow of illegal immigration, illegal drugs, illegal weapons, illegal money laundering, etc. in and out of the United States by way of Caribbean Islands Countries and territories. The Caribbean Islands Countries and territories' governments lax visa policies also enable massive numbers of their citizens to enter the United States by air, sea, and land.

6. The Caribbean Islands Countries and territories' governments need to greatly assist financially and physically to remove all their citizens legal and illegally inside the United States who are using stolen social security numbers and have stolen Federal, State, and Local benefits. This includes assisting to remove their citizens' immigrant children born in the Caribbean Islands Countries and territories' brought to the United States as children, and their Caribbean Islands Countries and territories' children born inside the United States who clearly do not have U.S. Birthright citizenship having Birthright Citizenship from a Caribbean Islands Country or Caribbean Islands territory.

The millions of Caribbean Islands Countries and territories' citizens inside the United States that have and currently participate in:

- the illegal mind control system
- the assassination cartels inside the U.S.
- top U.S. and State governmental positions
- underground operations

are thieves and killers of U.S. Citizens in violation of the Patriot Act and Espionage Act giving great reasons to place sanctions on Caribbean Islands Countries and territories and discontinuing trade with the Caribbean Islands Countries and territories' governments  by way of land, air, and sea with denying entry of their citizens and rounding up all their citizens in violation of the Alien Registration Act and deporting them permanently from the United States for the safety of the lives of the U.S. Citizens.

Continued non-cooperation by the Caribbean Islands Countries and territories' governments to immediately begin correcting all problems listed above in items #1 through #6 would give reasons to declare sanctions against the Caribbean Islands Countries and territories' governments and all their Citizens even ones falsely claiming Dual United States Citizenship.

Continued non-cooperation would lead to the necessity to declare war on the Caribbean Islands Countries and territories' governments and deeming their citizens inside the United States as an enemy of the State.

The U.S. Congress, U.S. President, and U.S. Judiciary Branch need to be obedient to the following scripture from the Torah and move swiftly to get revenge and retribution from the governments of the Caribbean Islands countries and territories and their citizens living inside the United States or expected to be cursed by the

God of Israel once again for 70 years down to 4 generations for not swiftly getting revenge and retribution for the real authentic U.S. Citizens.

## DEUTERNOMY 32:28-35

"They are a nation void of sense; there is no understanding in them. If they were wise, they would understand this; they would discern what the end would be. How could one have routed a thousand, and two put a myriad to flight, unless their Rock had sold them, the Lord had given them up? Indeed, their rock is not like our Rock; our enemies are fools. Their vine comes from vine stock of Sodom, form the vineyards of Gomorrah; their grapes are grapes of poison, their clusters are bitter; their wine is the poison of serpents, the cruel venom of asps. Is not this laid up in store with me, sealed up in my treasuries? Vengeance is mine, and recompense, for the time when their foot shall slip; because the day of their calamity is at hand, their doom comes swiftly."

## GUIDANCE FOR THE COURT FROM
## THE GOD OF TORAH

## PSALMS 118:10-26

10 All nations surrounded me; in the name of the Lord I cut them off!

11 They surrounded me, surrounded me on every side; in the name of the Lord I cut them off!

12 They surrounded me like bees, they blazed like a fire of thorns; in the name of the Lord I cut them off!

13 I was pushed hard, so that I was falling, but the Lord helped me.

14 The Lord is my strength and my might; he has become my salvation.

15 There are glad songs of victory in the tents of the righteous; "The right hand of

the Lord does valiantly;

16 the right hand of the Lord is exalted; the right hand of the Lord does valiantly."

17 I shall not die, but I shall live, and recount the deeds of the Lord.

18 The Lord has punished me severely, but he did not give me over to death.

19 Open to me the gates of righteousness, that I may enter through them and give

thanks to the Lord.

20 This is the gate of the Lord; the righteous shall enter through it.

21 I thank you that you have answered me and have become my salvation.

22 The **stone** that the builders rejected has become the chief cornerstone.

23 This is the Lord's doing; it is marvelous in our eyes.

24 This is the day that the Lord has made, let us rejoice and be glad in it.

25 Save us, we beseech you, O Lord! O Lord, we beseech you, give us success!

26 Blessed is the one who comes in the name of the Lord. We bless you from the

house of the Lord.


Respectfully submitted
for the U.S. Citizens and Plaintiffs
Pro Se, June 25, 2019

*Vicki McLean*

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

## Certificate of Service

I, Vicki McLean certify I will deliver this case original paper form filing with
exhibits Vicki McLean ET AL EX REL USA VS Puerto Rico, Territory of United
States , ET AL to the U.S. Attorney General Office care of the U.S. Attorney
General William Barr at 950 Pennsylvania Avenue, NW, Washington D.C. 20530-
0001 by way of USPS certified return receipt under USPS tracking number - 7018
0680 0001 0268 4953.

_____

Vicki McLean

Respectfully submitted, Pro Se June 25, 2019

_____

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

73