# Exhibit 11

**U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Mexico, Country of, ET AL A19-CV0591RP filed July 8, 2019 Affidavit of Service providing evidence of delivery but justifying reasons the U.S. Attorney General never really received his delivery of case A19-CV0591RP from the USPS as shown on the certified return receipt denying the U.S. Citizens' rights to counsel**

# UNITED STATES DISTRICT COURT

# OF WESTERN DISTRICT OF TEXAS

FILED

19 JUL -8  AM 8: 37

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| VICKI FANNING MCLEAN | CIVIL ACTION: A19-CV-0591-RP |
| ESTATE OF JAMES MCLEAN | JUDGE ROBERT PITMAN |
| ESTATE OF LOUIS FANNING, SR | PATRIOT ACT OF 2001 |
| EX REL | ESPIONAGE ACT OF 1917 |
| UNITED STATES OF AMERICA | ALIEN REGISTRATION ACT 1940 |
| **PLAINTIFFS** | IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952 |
| VS | SEDITION ACT OF 1918 |
| | MCCARRAN ACT OF 1952 |
| MEXICO, COUNTRY OF 1917 TO PRESENT | TRADING WITH THE ENEMY ACT OF 1917, 1939 |
| PRESIDENT OF MEXICO 1917 TO PRESENT | BANK SECRECY ACT OF 1970 |
| ANDRES LOPEZ OBRADOR PRESIDENT OF MEXICO | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 |
| CARLOS SALINAS DE GORTARIA FORMER PRESIDENT OF MEXICO | INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976 |
| ENRIQUE PENA NIETO FORMER PRESIDENT OF MEXICO I | INVENTIONS SECRECY ACT OF 1951 |

1

CARLOS GONZALES GUTIERREZ
CONSUL GENERAL OF MEXICO
AUSTIN, TEXAS

COLUMBA GARNIC GALLO
FORMER FIRST LADY OF
FLORIDA

HILDA SOLIS, FORMER
U.S. SEC. OF LABOR

ALBERTO GONZALES
FORMER U.S. ATTORNEY
GENERAL

XAVIER BECERRA, CALIFORNIA
ATTORNEY GENERAL FORMER
U.S. CONGRESSMAN

ABEL MALDONADO FORMER
CALIFORNIA
LIEUTENANT GOVERNOR

FABIAN NUNEZ FORMER
CALIFORNIA ASSEMBLY
SPEAKER

SUSANA MARTINEZ FORMER
GOVERNOR OF NEW MEXICO

BRIAN SANDOVAL, FORMER
GOVERNOR OF NEVADA

LINDA CHAVEZ THOMPSON
VICE CHAIR
AFL-CIO TRADE UNION

ED GARZA MAYOR OF
SAN ANTONIO, TEXAS

INTERNAL SECURITY ACT OF
1950

SEDITION ACT OF 1918

CIVIL RIGHTS ACT OF 1964

SOCIAL SECURITY ACT OF
1935 & 1965

ILLEGAL IMMIGRATION
REFORM AND IMMIGRANT
RESPONSIBILITY ACT OF 1996

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

2

RON GONZALES
MAYOR OF SAN JOSE, CA

MAJOR LEAGUE BASEBALL ORGANIZATION

UNITED STATES SOCCER FEDERATION

NATIONAL BASKETBALL ASSOCIATION

NATIONAL FOOTBALL LE LEAGUE

ROSARIO MARIN FORMER
US TREASURER

JULIAN CASTRO FORMER
U.S. SEC OF HOUSING  & URBAN DEVELOPMENT

LUPE VALDEZ FORMER
SHERIFF OF DALLAS

ART ACEVEDO
HOUSTON POLICE CHIEF

ED GONZALES HARRIS COUNTRY,
TEXAS SHERIFF

HECTOR BALDERAS, JR.
NEW MEXICO ATTORNEY GENERAL

BARACK OBAMA
FORMER U.S. PRESIDENT

SILVESTRE REYES FORMER
TEXAS U.S. CONGRESSMAN

LORETTA SANCHEZ FORMER
CALIFORNIA U.S. CONGRESSWOMAN

LINDA SANCHEZ CALIFORNIA
U.S. CONGRESSWOMAN

**CIRO RODRIQUEZ FORMER TEXAS U.S. CONGRESSMAN**

**RAUL GRIJALVA ARIZONA U.S. CONGRESSMAN**

**TONY CARDENAS CALIFORNIA U.S. CONGRESSMAN**

**JOAQUIN CASTRO TEXAS U.S. CONGRESSMAN**

**PETE GALLEGO FORMER TEXAS U.S. CONGRESSMAN**

**DARRAN SOTO FLORIDA U.S. CONGRESSMAN**

**RAUL LABRADOR FORMER IDAHO U.S. CONGRESSMAN**

**DAVID RIVERA FORMER FLORIDA U.S. CONGRESSMAN**

**NYDIA VELAZQUEZ CALIFORNIA U.S. CONGRESSWOMAN**

**NANETTE DIAZ BARRAGAN CALIFORNIAU.S. CONGRESSWOMAN**

**SALUD CARBAJAL CALIFORNIA U.S. CONGRESSMAN**

**RUBEN KIHUEN NEVADA U.S. CONGRESSMAN**

**JIMMY GOMEZ CALIFORNIA U.S. CONGRESSMAN**

**RUBEN GALLEGO ARIZONA**
**U.S. CONGRESSMAN**

**NORMA TORRES CALIFORNIA**
**U.S. CONGRESSWOMAN**

**RAUL RUIZ CALIFORNIA**
**U.S. CONGRESSMAN**

**GILBERT CISNEROS CALIFORNIA**
**U.S. CONGRESSMAN**

**LUIS JOSE CORREA CALIFORNIA**
**U.S. CONGRESSMAN**

**JESUS GARCIA ILLINOIS**
**U.S. CONGRESSMAN**

**XOCHITI TORRES SMALL**
**NEW MEXICO U.S. CONGRESSWOMAN**

**VINCENTE GONZALEZ TEXAS**
**U.S. CONGRESSMAN**

**VERONICA ESCOBAR TEXAS**
**U.S. CONGRESSWOMAN**

**BOB MENENDEZ**
**NEW JERSEY U.S. SENATOR**

**MARCO RUBIO**
**FLORIDA U.S. SENATOR**

**KAMALA HARRIS**
**CALIFORNAI U.S. SENATOR**

**AMI BERA CALIFORNIA**
**U.S. CONGRESSMAN**

**PRAMILA JAYAPAL WASHINGTON**
**U.S. CONGRESSWOMAN**

**ROHIT KHANNA**
**U.S. CONGRESSMAN**

**RAJA KRISHNAMOORTHI**
**ILLINOIS U.S. CONGRESSMAN**

**JENNIFER GONZALEZ-COLON**
**PUERTO RICO U.S. CONGRESSWOMAN**

**ESTEBAN EDWARD TORRES**
**FORMER CALIFORNIA**
**U.S. CONGRESSMAN**

**JOE BACA FORMER CALIFORNIA**
**U.S. CONGRESSMAN**

**ALBIO SIRES NEW JERSEY**
**U.S. CONGRESSMAN**

**FRANCISCO RAUL CANSECO FORMER**
**TEXAS U.S. CONGRESSMAN**

**CARLOS CURBELO FLORIDA**
**U.S. CONGRESSMAN**

**DEBBIE MUCARSEL-POWELL**
**FLORIDA U.S. CONGRESSWOMAN**

**ALEXANDRIA OCASIO-CORTEZ NEW YORK**
**U.S. CONGRESSWOMAN**

**LUIS GUTIERREZ FORMER ILLINOIS**
**U.S. CONGRESSMAN**

**RAUL LABORADOR FORMER IDAHO**
**U.S. CONGRESSMAN**

**SYLVIA GARCIA TEXAS**
**U.S. CONGRESSWOMAN**

**SILVESTRE REYES FORMER TEXAS**
**U.S. CONGRESSMAN AND U.S. BORDER**
**PATROL AGENT**

**ILHAN OMAR MINNESOTA**
**U.S. CONGRESSWOMAN**

**RASHIDA TLAIB MICHIGAN**
**U.S. CONGRESSWOMAN**

**MAZIE HIRONO HAWAII**
**U.S. CONGRESSWOMAN**

**JUSTIN AMASH MICHIGAN**
**U.S. CONGRESSMAN**

**GRACE MENG NEW YORK**
**U.S. CONGRESSWOMAN**

**YVETTE CLARK NEW YORK**
**U.S. CONGRESSWOMAN**

**CARLOS CURBELO FLORIDA**
**U.S. CONGRESSMAN**

**MARIO DIAZ-BALART FLORIDA**
**U.S. REPRESENTATIVE**

**ANDY HARRIS MARYLAND**
**U.S. CONGRESSMAN**

**TED LIEU CALIFORNIA**
**U.S. CONGRESSMAN**

**MIA LOVE FORMER UTAH**
**U.S. CONGRESSWOMAN**

LLEANA ROS-LEHTINEN FLORIDA
U.S. CONGRESSMAN

JUAN VARGAS CALIFORNIA
U.S. CONGRESSMAN

ANTHONY BROWN MARYLAND
U.S. CONGRSSMAN

SALVADOR MENDOZA, JR
U.S. FEDERAL JUDGE

MARINA MARMOLEJO
U.S. FEDERAL JUDGE

EVA MARTINEZ GUZMAN
TEXAS SUPREME COURT JUDGE

RUBEN CASTILLO
U.S. FEDERAL JUDGE

JESUS GILBERTO BERNEL
U.S. FEDERAL JUDGE

ALBERT DIAZ
U.S. FEDERAL JUDGE

MARY H. MURGUIA
U.S. FEDERAL JUDGE

JULIO FUENTES
U.S. FEDERAL JUDGE

SONIA SOTOMAYOR
U.S. SUPREME COURT JUSTICE

VICTOR MARRERO
U.S. FEDERAL JUDGE

CARLOS MORENO
FORMER U.S. FEDERAL JUDGE
U.S. AMBASSADOR TO BELIZE

DANIEL DOMINGUEZ
U.S. FEDERAL JUDGE

XAVIER RODRIGUEZ
U.S. FEDERAL JUDGE

JOSE MARTINEZ
U.S. FEDERAL JUDGE

JUAN RAMON SANCHEZ
U.S. FEDERAL JUDGE

PHILLIP GUTIERREZ
U.S. FEDERAL JUDGE

GONZALO P. CURIEL
U.S. FEDERAL JUDGE

JOHN ANTHONY MENDEZ
U.S. FEDERAL JUDGE

RUDOLPH CONTRERAS
U.S. FEDERAL JUDGE

MARY HELEN MURGUIA U.S. FEDERAL
COURT OF APPEAL FEDERAL JUDGE

MARCO LOPEZ FORMER
CHIEF OF STAFF OF U.S.
CUSTOMS AND BORDER PROTECTION

LINA HIDALGO TEXAS
HARRIS COUNTY JUDGE
HARVARD GRADUATE

9

ADRIAN GARCIA, HARRIS
COUNTY COMMISSIONER

SILVIA TREVINO HARRIS COUNTY
PRECINCT 6 CONSTABLE
TOM PEREZ FORMER ASSISTANT
ATTORNEY GENERAL FOR CIVIL RIGHTS

ALEXANDER ACOSTA U.S. SECRETARY
OF LABOR

WAN KIM FORMER ASSISTANT ATTORNEY
GENERAL FOR CIVIL RIGHTS

MARGARITA SANCHEZ FORMER LATINA
COMMISSIONER FOR THE HISPANIC
NATIONAL BAR ASSOCIATION

REGINA RODRIGUEZ FORMER ASSISTANT
U.S. ATTORNEY IN COLORADO

SOFIA ADROGUE TEXAS ATTORNEY
HARVARD GRADUATE

SEEMA VERMA U.S. ADMINISTRATOR
FOR THE CENTERS FOR MEDICARE AND
MEDICAID SERVICES

JOSE ALTUVE
VENEZALAN ASTROS PLAYER

CARLOS CORREA PUERTO
RICAN ASTROS PLAYER

ALEXANDER RODRIQUEZ
DOMINICAN FORMER
NEW YORK YANKEE PLAYER

JENNIFER LOPEZ PUERTO RICAN
KNOWN AS JLO CELEBRITY

**BELCALIS MARLENIS ALMANZAR**
**KNOWN AS CARDI B**
**DOMINICAN/TRINIDADA CELEBRITY**

**ARMANDO CHRISTIAN PEREZ**
**KNOWN AS PIT BULL**
**CUBAN CELEBRITY**

**ROBYN RIHANNA FENTY**
**BARBADIAN CELEBRITY**

**NICKI MINAJ**
**TRINADAD CELEBRITY**

**PETER GENE HERNANDEZ**
**KNOWN AS BRUNO MARS**
**PUERTO RICAN**

**<u>DEFENDANTS</u>**

## AFFIDAVIT OF SERVICE FOR

## CASE A19-CV-0591-RP

Motion to record the certified return receipt of the delivery of Vicki McLean, ET AL EX REL USA VS MEXICO, COUNTRY OF, ET AL to the U.S. Attorney General William Barr under USPS tracking number 7018 0680 0001 0268 4946 mailed on June 11, 2019 and indicating received on June 17, 2019.

Due to being absolutely certain that all previous USPS mailings of federal cases filed by Vicki McLean, ET AL EX REL USA were never really delivered to the U.S. Attorney Generals of the United States and the U.S. Attorney except for the ones hand delivered personally to the New Orleans U.S. Attorney office in 2015 – April

of 2018 there is great certainty that U.S. Attorney General William Barr never actually was allowed to receive U.S. District Court of Western District of Texas Case A19-CV-0591-RP,A19-CV-0647-RP   AND   A19-CV0648-RP   similar   to   U.S. District Court of Western District of Texas Case A18-CV-1021 RP denying the Vicki McLean, ET AL EX REL USA  and the U.S. Citizens their rights to counsel and due process having altered the original filing indicated in the forged order of Judge Robert Pitman dated on June 18, 2019 for case A18-CV-1021-RP that required Judge Pitman to address the case having been filed also for the U.S. Citizens requiring the U.S. Attorney General to file in a motion to address the non-acceptance of the case for the U.S. Citizens with reasoning. Due to Acting U.S. Attorney General Matthew Whitaker and U.S. Attorney General William Barr obviously having no knowledge of the case A18-CV-1021-RP that includes all previous federal cases filed by Vicki McLean for the U.S. Citizens beginning on Dec. 21, 2007 in U.S. District Court of Eastern District of Louisiana in New Orleans 07-9717 with Judge Thomas Porteous and Magistrate Daniel Knowles no motion was filed by the U.S. Attorney General Office to accept, to reject, or dismiss the case denying the U.S. Citizens and Vicki McLean ET AL rights to counsel and rights to due process. It was proven in Magistrate Judge Daniel Knowles, III courtroom on 12/29/2015 in New Orleans when Vicki McLean gave testimony that Magistrate Judge Daniel Knowles and Judge Thomas Porteous never received case 07-9717 assigned to their court filed EX REL United States of America. The Medicare and Medicaid fraud exposed in case 07-9717 has been so massive by the Federal Reserve Shareholders since 1998 that no federal judge would ever be allowed to grant the U.S. Citizens their rights to due process or rights to counsel. For these reasons all of Vicki McLean's EX REL USA cases have been altered and forged the judges' orders and the assistant U.S. Attorneys motions dismissing the cases never allowing Vicki McLean in front of the real Federal Judges assigned the case. After meeting in court with Magistrate Judge

12

Daniel Knowles, III and Assistant U.S. Attorney James Beahr from the New Orleans U.S. Attorney on Dec. 29, 2015 giving testimony and handing the previously filed federal cases filed EX REL USA by Vicki McLean Judge Daniel Knowles, III and U.S. Attorney Office in New Orleans had all the proof they needed that all Vicki McLean's EX REL Cases were never received by federal judges and the U.S. Attorney General Office and U.S. Attorney in Charge also never received the cases denying the U.S. Citizens their rights to due process and their rights to counsel. All testimony of Vicki McLean, Federal Judge Daniel Knowles, Assistant U.S. Attorney James Baehr, and all witnesses testimonies given on Dec. 29, 2015 were altered drastically in the file records of the citation case hearing 15-CR-0205 including the Notice of Appeal filed within a week. A motion to leave was filed in the case addressing alteration and deletion of records and exhibits filed with the Notice of Appeal for 15-CR-0205. The Appeal was denied being a forgery by 3 judges from the Fifth Circuit Court of Appeals. The U.S. District Clerk Office in New Orleans and Federal Judge Daniel Knowles refusing to notify the Foreign Intelligence Surveillance Court of the forgeries and forgeries of Intelligence Judge Martin Feldman resulted in the murder of plaintiff Alexander Fanning in Dallas in May 2018 one month after filing federal case 18-3462 in the Eastern District of Louisiana, New Orleans District assigned originally with Judge Martin Feldman on April 2, 2018. Alexander Fanning murder was falsely classified as a suicide and was done to intimidate Vicki McLean family members living in Louisiana which is 7 out of 9 siblings to be used again like in 2005 and 2011 to do a illegal arrest and illegally psychiatric commitment based on fraudulent Order for Protective Custody that would be forged like in 2005 and 2011 to aid in justification of dismissal of all cases placed under Judge Martin Feldman without his knowledge since Sept. 28, 2016 so no assistant U.S. Attorney would be needed to file a motion to dismiss if placed with the Judge Martin Feldman on Sept.28, 2016 being at the time a member of the

Foreign Intelligence Surveillance Court. Clearly the U.S. Federal Court System and U.S. Attorney Office in New Orleans is liable for the murder of Alexander Fanning due to not fulfilling their oath of office to uphold the U.S. Constitution and their moral obligation to put others lives first before their lives just by revealing the truth and recording the truth.

This is why the physical and financial attacks on the McLean family and the Fanning Clan continues in order to stop the Foreign Intelligence Surveillance Court actually in charge of all Vicki McLean's federal cases surely including A18-1021-RP and A19-CV-5091-RP, A19-CV-0647-RP, A19-CV-0648-RP to stop Vicki McLean from continuing to file cases against different defendants under the Patriot Act, etc. to better enable the FISC to address all individuals, governments, and entities involved in the massive theft of U.S. funds, etc.

It is certain that all past orders and future orders dismissing cases filed by Vicki McLean, ET AL EX REL USA have been and will be forged denying Vicki McLean, ET AL and the U.S. Citizens their rights to counsel and rights to due process. In the Western District of Texas, Austin Division the likely universities involved in the forgery of judges' order and attorney's motions would be the University of Texas, Texas A&M and Harvard University. The University of Texas and Texas A&M involvement in altering and forging the judge's orders and attorney motions of Vicki McLean federal and state cases were addressed in a federal case filing in the U.S. District Court of Eastern Louisiana 17-5578. Vicki McLean intends to file a separate case against Harvard University in Boston in the future to address all Harvard University involvement in the forging of the judges' orders of Vicki McLean's federal cases and Supreme court justices orders. There is a very high probability due to case 17-5578 that Harvard University was involved in the forgery of U.S. District Court of Eastern District of Louisiana cases 16-15001, 18-911, and of U.S. District

14

Court of Western District of Texas Case A18-1021-RP. The forgery of Judge Robert Pitman's order on 6/18/2019 becomes obvious when the order does not acknowledge the case filed for the U.S. Citizens and no mention of no motion being filed by the U.S. Attorney General Office to either accept, reject, or motion to dismiss the case. Consistent with all previously filed EX REL Cases by Vicki McLean the original filing filed by Vicki McLean Pro Se was altered to remove all information to protect the Federal Reserve Shareholders and all universities involved in the forgery of all previously filed Vicki McLean, ET AL EX REL USA, Pro Se.

Respectfully submitted Pro Se
for the U.S. Citizens and Plaintiffs
Pro Se, July 8, 2019


Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 80415
Spring, Texas 77379
832-610-1059
**Vickimclean54@yahoo.com**

15

**AFFIDAVIT OF SERVICE CASE - A19-CV-0591-RP**
**CERTIFIED RETURN RECEIPT 7018 0680 0001 0268 4946**
**ORIGINAL FILED WITH COURT ON JUNE 25, 2019**
**USPS 7018 0680 0001 0268 4946 CASH RECEIPT**
**FILED JULY 8TH WITH AFFIDAVIT OF SERVICE**



19vm   vm
0591

Affidavit of Service Case A18-CV-5091-RP

Certified Return Receipt 7018 0680 0001 0268 4946
with
USPS TRACKING History for 7018 0680 0001 0268 4946

Original Receipt Filed on June 25th
But US Clerk Office stated They Did
Not Need the Motion Prepared with
Original Receipt Which was Not Normal
Procedure



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- ... and address on the reverse
  return the card to you.
- ... to the back of the mailpiece,
  r space permits.
essed to:

AH  cy General WmBrerr
ST  Y/vania Ave NW
    ohn DC 20530-0001

9402 5076 9092 3011 69

a Number (Transfer from service label)

7018 0680 0001 0268 4946

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Nam    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery ad   JUN 17 2019   ☐ No

3. Service Type                ☐ Priority Mail Express®
☐ Adult Signature              ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted
☐ Certified Mail®                 Delivery
☐ Certified Mail Restricted Delivery  ☑ Return Receipt for
☐ Collect on Delivery             Merchandise
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™
☐ Insured Mail                 ☐ Signature Confirmation
☐ Insured Mail Restricted Delivery   Restricted Delivery
   (over $500)

Domestic Return Receipt

18  vm

# USPS Tracking® FAQs ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70180680000102684946                Remove ✕

Your item was delivered at 4:54 am on June 17, 2019 in WASHINGTON, DC 20530.

 **Delivered**

June 17, 2019 at 4:54 am
Delivered
WASHINGTON, DC 20530

Get Updates ﹀

---

**Text & Email Updates**                                    ﹀

---

**Tracking History**                                         ︿

**June 17, 2019, 4:54 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:54 am on June 17, 2019 in WASHINGTON, DC 20530.

**June 14, 2019, 11:52 am**
Available for Pickup
WASHINGTON, DC 20530

Feedback

**June 14, 2019, 9:22 am**
Arrived at Unit
WASHINGTON, DC 20018

**June 14, 2019, 5:42 am**
Arrived at USPS Facility
WASHINGTON, DC 20022

**June 13, 2019, 10:18 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 13, 2019, 8:09 am**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**June 12, 2019, 11:00 pm**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

Feedback

**June 12, 2019**
In Transit to Next Facility

**June 11, 2019, 4:55 pm**
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

**June 11, 2019, 1:33 pm**
USPS in possession of item
SPRING, TX 77379

**Product Information**                                              ⌄