# Exhibit 12

**U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS People's Republic of China, Country of, ET AL A19-CV0647RP filed July 8, 2019 Affidavit of Service providing evidence of delivery but justifying reasons the U.S. Attorney General never really received his delivery of case A19-CV0647RP from the USPS as shown on the certified return receipt denying the U.S. Citizens' rights to counsel**

# UNITED STATES DISTRICT COURT
# OF WESTERN DISTRICT OF TEXAS

FILED
19 JUL -8 AM 8:41
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CLERK

| | |
|---|---|
| VICKI FANNING MCLEAN | CIVIL ACTION: A19-CV-0647 |
| ESTATE OF JAMES MCLEAN | JUDGE ROBERT PITMAN |
| ESTATE OF LOUIS FANNING, SR | PATRIOT ACT OF 2001 |
| EX REL | ESPIONAGE ACT OF 1917 |
| UNITED STATES OF AMERICA | ALIEN REGISTRATION ACT 1940 |
| **PLAINTIFFS** | IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952 |
| VS | SEDITION ACT OF 1918 |
| | MCCARREN-WALTERS ACT OF 1952 |
| PEOPLE'S REPUBLIC OF CHINA, COUNTRY OF 1924 TO PRESENT | TRADING WITH THE ENEMY ACT OF 1917, 1939 |
| MICHELLE KWOK LEE, FORMER U.S. DIRECTOR OF THE PATENT AND TRADEMARK OFFICE | BANK SECRECY ACT OF 1970 |
| | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 |
| ELAINE LAN CHAO, U.S. SECRETARY OF TRANSPORTATION | INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976 |
| JAMES SI-CHENG CHAO | SOCIAL SECURITY ACT OF 1935 AND 1965 |
| RUTH MULAN CHU CHAO | |

1

| | |
|---|---|
| FOREMOST GROUP, INC. | CIVIL RIGHTS ACT OF 1964 |
| ANGELA CHAO | INVENTIONS SECRECY ACT OF |
| HARVARD UNIVERSITY 1913 TO PRESENT | INTERNAL SECURITY ACT OF |
| PRISCILLA CHAN, SPOUSE OF MARK ZUCKERBERG CO-FOUNDER OF FACEBOOK | ILLEGAL IMMIGRATION REFORM AND IMMIGRANT RESPNSIBILITY ACT OF 1996 |
| STEVEN SHIH CHEN, CO-FOUNDER OF YOUTUBE | EMPLOYMENT RETIREMENT INCOME SECURITY ACT OF 1974 |
| CHAN ZUCKENBERG INITIATIVE | |
| STEVE S. CHEN, FOUNDER OF SUPERCOMPUTER SYSTEMS, INC. | |
| SHIING-SHEN CHERN, AWARDED THE WOLF PRIZE | |
| PAUL CHING-WU CHU, PROFESSOR AT UNIVERSITY OF HOUSTON | |
| JU-CHIN CHU, FORMER PROFESSOR AT VIRGINIA TECH | |
| STEVEN CHU, FORMER U.S. SECRETARY OF ENERGY | |
| TSUNG-DAO LEE, FORMER PROFESSOR AT COLUMBIA UNIVERSITY | |
| YUAN-TSEH LEE, FORMER PROFESSOR AT UNIVERSITY OF CALIFORNIA, BERKELEY | |
| SAMUEL C. C. TING, PROFESSOR AT MASS INSTITUTE OF TECHNOLOGY | |

2

DANIEL C. TUSI, FORMER PROFESSOR
AT PRINCETON UNIVERSITY

AU WANG, FOUNDER OF
WANG LABORATORIES

DAVID S. C. CHU, FORMER U.S.
UNDER SECRETARY OF DEFENSE FOR
PERSONNEL AND READINESS

JOHN LIU FUGH, RETIRED MAJOR
GENERAL IN U.S. ARMY

CHRIS LU, FORMER U.S. DEPUTY
SECRETARY OF LABOR

TINA TCHEN, FORMER U.S. CHIEF
OF STAFF TO THE FIRST LADY
MICHELLE OBAMA

ANDREW YANG, FOUNDER
OF VENTURE OF AMERICA

JUDY CHU, U.S. REPRESENTATIVE
OF CALIFORNIA

CHARLES DJOU, U.S. REPRESENTATIVE
OF HAWAII

HIRAM FONG, FORMER U.S. SENATOR
FROM HAWAII

# AFFIDAVIT OF SERVICE FOR
# CASES A19-CV-0647-RP AND A19-CV-0648-RP

Motion to record the certified return receipt of the delivery of Vicki McLean, ET AL EX REL USA VS PEOPLE'S REPUBLIC OF CHINA, ET AL to the U.S. Attorney General William Barr under USPS tracking number 7018 0680 0001 0268 4953 mailed on June 25, 2019 and indicating received on June 28, 2019.

Due to being absolutely certain that all previous USPS mailings of federal cases filed by Vicki McLean, ET AL EX REL USA were never really delivered to the U.S. Attorney Generals of the United States and the U.S. Attorney except for the ones hand delivered personally to the New Orleans U.S. Attorney office in 2015 – April of 2018 there is great certainty that U.S. Attorney General William Barr never actually was allowed to receive U.S. District Court of Western District of Texas Case A19-CV-0647-RP AND A19-CV0648-RP similar to U.S. District Court of Western District of Texas Case A18-CV-1021 RP denying the Vicki McLean, ET AL EX REL USA and the U.S. Citizens their rights to counsel and due process having altered the original filing indicated in the forged order of Judge Robert Pitman dated on June 18, 2019 for case A18-1021-RP that required Judge Pitman to address the case having been filed also for the U.S. Citizens requiring the U.S. Attorney General to file in a motion to address the non-acceptance of the case for the U.S. Citizens with reasoning. Due to Acting U.S. Attorney General Matthew Whitaker and U.S. Attorney General William Barr obviously having no knowledge of the case A18-1021-RP that includes all previous federal cases filed by Vicki McLean for the U.S. Citizens beginning on Dec. 21, 2007 in U.S. District Court of Eastern District of Louisiana in New Orleans 07-9717 with Judge Thomas Porteous and Magistrate Daniel Knowles no motion was filed by the U.S. Attorney General Office to accept,

5

to reject, or dismiss the case denying the U.S. Citizens and Vicki McLean ET AL rights to counsel and rights to due process. It was proven in Magistrate Judge Daniel Knowles, III courtroom on 12/29/2015 in New Orleans when Vicki McLean gave testimony that Magistrate Judge Daniel Knowles and Judge Thomas Porteous never received case 07-9717 assigned to their court filed EX REL United States of America. The Medicare and Medicaid fraud exposed in case 07-9717 has been so massive by the Federal Reserve Shareholders since 1998 that no federal judge would ever be allowed to grant the U.S. Citizens their rights to due process or rights to counsel. For these reasons all of Vicki McLean's EX REL USA cases have been altered and forged the judges' orders and the assistant U.S. Attorneys motions dismissing the cases never allowing Vicki McLean in front of the real Federal Judges assigned the case. After meeting in court with Magistrate Judge Daniel Knowles, III and Assistant U.S. Attorney James Beahr from the New Orleans U.S. Attorney on Dec. 29, 2015 giving testimony and handing the previously filed federal cases filed EX REL USA by Vicki McLean Judge Daniel Knowles, III and U.S. Attorney Office in New Orleans had all the proof they needed that all Vicki McLean's EX REL Cases were never received by federal judges and the U.S. Attorney General Office and U.S. Attorney in Charge also never received the cases denying the U.S. Citizens their rights to due process and their rights to counsel. All testimony of Vicki McLean, Federal Judge Daniel Knowles, Assistant U.S. Attorney James Baehr, and all witnesses testimonies given on Dec. 29, 2015 were altered drastically in the file records of the citation case hearing 15-CR-0205 including the Notice of Appeal filed within a week. A motion to leave was filed in the case addressing alteration and deletion of records and exhibits filed with the Notice of Appeal for 15-CR-0205. The Appeal was denied being a forgery by 3 judges from the Fifth Circuit Court of Appeals. The U.S. District Clerk Office in New Orleans and Federal Judge Daniel Knowles refusing to notify the Foreign Intelligence Surveillance Court of the

6

forgeries and forgeries of Intelligence Judge Martin Feldman resulted in the murder of plaintiff Alexander Fanning in Dallas in May 2018 one month after filing federal case 18-3462 in the Eastern District of Louisiana, New Orleans District assigned originally with Judge Martin Feldman on April 2, 2018. Alexander Fanning murder was falsely classified as a suicide and was done to intimidate Vicki McLean family members living in Louisiana which is 7 out of 9 siblings to be used again like in 2005 and 2011 to do a illegal arrest and illegally psychiatric commitment based on fraudulent Order for Protective Custody that would be forged like in 2005 and 2011 to aid in justification of dismissal of all cases placed under Judge Martin Feldman without his knowledge since Sept. 28, 2016 so no assistant U.S. Attorney would be needed to file a motion to dismiss if placed with the Judge Martin Feldman on Sept.28, 2016 being at the time a member of the Foreign Intelligence Surveillance Court. Clearly the U.S. Federal Court System and U.S. Attorney Office in New Orleans is liable for the murder of Alexander Fanning due to not fulfilling their oath of office to uphold the U.S. Constitution and their moral obligation to put others lives first before their lives just by revealing the truth and recording the truth.

This is why the physical and financial attacks on the McLean family and the Fanning Clan continues in order to stop the Foreign Intelligence Surveillance Court actually in charge of all Vicki McLean's federal cases surely including A18-1021-RP and A19-CV-5091-RP, A19-CV-0647-RP, A19-CV-0648-RP to stop Vicki McLean from continuing to file cases against different defendants under the Patriot Act, etc. to better enable the FISC to address all individuals, governments, and entities involved in the massive theft of U.S. funds, etc.

It is certain that all past orders and future orders dismissing cases filed by Vicki McLean, ET AL EX REL USA have been and will be forged denying Vicki McLean, ET AL and the U.S. Citizens their rights to counsel and rights to due process. In the

7

Western District of Texas, Austin Division the likely universities involved in the forgery of judges' order and attorney's motions would be the University of Texas, Texas A&M and Harvard University. The University of Texas and Texas A&M involvement in altering and forging the judge's orders and attorney motions of Vicki McLean federal and state cases were addressed in a federal case filing in the U.S. District Court of Eastern Louisiana 17-5578. Vicki McLean intends to file a separate case against Harvard University in Boston in the future to address all Harvard University involvement in the forging of the judges' orders of Vicki McLean's federal cases and Supreme court justices orders. There is a very high probability due to case 17-5578 that Harvard University was involved in the forgery of U.S. District Court of Eastern District of Louisiana cases 16-15001, 18-911, and of U.S. District Court of Western District of Texas Case A18-1021-RP. The forgery of Judge Robert Pitman's order on 6/18/2019 becomes obvious when the order does not acknowledge the case filed for the U.S. Citizens and no mention of no motion being filed by the U.S. Attorney General Office to either accept, reject, or motion to dismiss the case. Consistent with all previously filed EX REL Cases by Vicki McLean the original filing filed by Vicki McLean Pro Se was altered to remove all information to protect the Federal Reserve Shareholders and all universities involved in the forgery of all previously filed Vicki McLean, ET AL EX REL USA, Pro Se.

Respectfully submitted Pro Se
for the U.S. Citizens and Plaintiffs
Pro Se, July 8, 2019

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 804s
Spring, Texas 77379
832-610-1059
<u>Vickimclean54@yahoo.com</u>

8

AFFIDAVIT OF SERVICE FOR
CASES A19-CV-0647-RP AND A19-CV-0648-RP
USPS TRACKING PACKAGE 7018-0680-0001-0268-4954
USPS TRACKING RETURN RECEIPT 9590 9402 5076 9092 3001 24
ORIGINAL PROVIDED TO U.S. DISTRICT CLERK OFFICE ON JULY 8TH
WITH THIS AFFIDAVIT OF SERVICE MOTION GIVING
REASONS WHY THERE IS GREAT CERTAINTY THAT
THE U. S. ATTORNEY GENERAL WILLIAM BARR NEVER
RECEIVED CASES A19-CV-0647-RP OR A19-CV-0648-RP BUT WAS
REALLY STOLEN AND TAKEN TO THE UNDERGROUND
DENYING THE U.S. CITIZENS THEIR RIGHTS TO COUNSEL LIKE
ALL VICKI MCLEAN PREVIOUS FEDERAL CASES FILED EX REL USA



AFFIDAVIT OF SERVICE FOR
CASES A19-CV-0647-RP AND A19-CV-0648-RP
USPS TRACKING PACKAGE 7018-0680-0001-0268-4954
USPS TRACKING RETURN RECEIPT 9590 9402 5076 9092 3001 24
ORIGINAL PROVIDED TO U.S. DISTRICT CLERK OFFICE ON JULY 8TH
WITH THIS AFFIDAVIT OF SERVICE MOTION GIVING
REASONS WHY THERE IS GREAT CERTAINTY THAT
THE U. S. ATTORNEY GENERAL WILLIAM BARR NEVER
RECEIVED CASES A19-CV-0647-RP OR A19-CV-0648-RP BUT WAS
REALLY STOLEN AND TAKEN TO THE UNDERGROUND
DENYING THE U.S. CITIZENS THEIR RIGHTS TO COUNSEL LIKE
ALL VICKI MCLEAN PREVIOUS FEDERAL CASES FILED EX REL USA

[Image of USPS return receipt card addressed to US Attorney General William Barr, 950 Pennsylvania Ave NW, Washington DC 20530, TX WD Case 19-CV-0647-RP, 19-CV-0648-RP; tracking 9590 9402 5076 9092 3001 24; article number 7018 0680 0001 0268 4953; date stamp JUN 28 2019]

AFFIDAVIT OF SERVICE FOR
CASES A19-CV-0647-RP AND A19-CV-0648-RP
USPS TRACKING PACKAGE 7018-0680-0001-0268-4954
USPS TRACKING RETURN RECEIPT 9590 9402 5076 9092 3001 24
ORIGINAL PROVIDED TO U.S. DISTRICT CLERK OFFICE ON JULY 8TH
WITH THIS AFFIDAVIT OF SERVICE MOTION GIVING
REASONS WHY THERE IS GREAT CERTAINTY THAT
THE U. S. ATTORNEY GENERAL WILLIAM BARR NEVER
RECEIVED CASES A19-CV-0647-RP OR A19-CV-0648-RP BUT WAS
REALLY STOLEN AND TAKEN TO THE UNDERGROUND
DENYING THE U.S. CITIZENS THEIR RIGHTS TO COUNSEL LIKE
ALL VICKI MCLEAN PREVIOUS FEDERAL CASES FILED EX REL USA

