# Exhibit 13

**U.S. District Court of Western District of Texas, Austin Division Vicki McLean, ET AL EX REL USA VS Puerto Rico, Territory of U.S., ET AL A19-CV0648RP. filed July 8, 2019 Affidavit of Service providing evidence of delivery but justifying reasons the U.S. Attorney General never really received his delivery of case A19-CV0648RP from the USPS as shown on the certified return receipt denying the U.S. Citizens' rights to counsel**

# UNITED STATES DISTRICT COURT
# OF WESTERN DISTRICT OF TEXAS

FILED
19 JUL -8 AM 8:41
CLERK DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____ DNJ _____ CLERK

| | |
|---|---|
| VICKI FANNING MCLEAN | CIVIL ACTION: A19-CV-0648 |
| ESTATE OF JAMES MCLEAN | JUDGE ROBERT PITMAN |
| ESTATE OF LOUIS FANNING, SR | PATRIOT ACT OF 2001 |
| EX REL | ESPIONAGE ACT OF 1917 |
| UNITED STATES OF AMERICA | ALIEN REGISTRATION ACT 1940 |
| **PLAINTIFFS** | IMMIGRATION AND NATURALIZATION ACT OF 1924 AND 1952 |
| VS | SEDITION ACT OF 1918 |
| | MCCARREN-WALTERS ACT OF 1952 |
| PUERTO RICO, TERRITORY OF UNITED STATES, 1924- PRESENT | TRADING WITH THE ENEMY ACT OF 1917, 1939 |
| CUBA, COUNTRY OF 1924 TO PRESENT | BANK SECRECY ACT OF 1970 |
| DOMINICAN REPUBLIC, COUNTRY OF 1924 TO PRESENT | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 |
| REPUBLIC OF HAITI, COUNTRY OF 1924 TO PRESENT | INTERNATIONAL IN TRAFFIC IN ARMS REGULATION OF 1976 |
| THE BAHAMAS, COUNTRY OF 1924 TO PRESENT | SOCIAL SECURITY ACT OF 1935 AND 1965 |

1

JAMAICA, COUNTRY OF
1924 TO PRESENT

REPUBLIC OF TRINIDAD AND
TOBAGO, COUNTRY OF

ANTIGUA AND BARBUDA
COUNTRY OF 1924 TO PRESENT

BARBADOS, COUNTRY OF
1924 TO PRESENT

DOMINICA, COUNTRY OF
1924 TO PRESENT

GRENADA, COUNTRY OF
1924 TO PRESENT

SAINT LUCIA, COUNTRY OF
1924 TO PRESENT

SAINT VINCENT AND GRENADINES,
COUNTRY OF 1924 TO PRESENT

MIQUEL BEZOS, CUBAN FINANCER
OF START UP OF AMAZON, INC. MINOR
OF OPERATION PETER PAN

CATHOLIC ARCHDIOCESES OF
MAIMI 1960 TO PRESENT

EDUARDO ACQUIRRE, CUBAN FORMER
U.S. AMBASSADOR TO SPAIN,
MINOR OF OPERATION PETER PAN

FRANK ANGONES, CUBAN HEAD OF
FLORIDA BAR ASSOCIATION, MINOR
OF OPERATION PETER PAN

CIVIL RIGHTS ACT OF 1964

INVENTIONS SECRECY ACT OF
1951

INTERNAL SECURITY ACT OF
1950

ILLEGAL IMMIGRATION
REFORM AND IMMIGRANT
RESPONSIBILITY ACT OF 1996

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

2

CARLOS MAYANS, CUBAN MAYOR
OF WICHITA, KS, MINOR OF OPERATION
PETER PAN

HUGO LLORENS, FORMER U.S.
AMBASSADOR TO HONDURAS,
MINOR OF OPERATION PETER PAN

RAUL ANDRES MARTINEZ TORRE,
CUBAN U.S. DEPT. OF DEFENSE 1980-2001,
MINOR OF OPERATION PETER PAN

MEL MARTINEZ, FORMER
CUBAN U.S. SENATOR, MINOR
OF OPERATION PETER PAN

GUILLERMO REMBVIDAL, CUBAN MAYOR
OF DENVER, MINOR OF OPERATION
PETER PAN

EDUARDO J. PADRON, CUBAN
PRESIDENT OF MIAMI DADE
COLLEGE, MINOR OF OPERATION
PETER PAN

MARGARITA EXQUIROZ, CUBAN
MIAMI DADE COUTY CIRCUIT
JUDGE, MINOR OPERATION PETER
PAN

REMBERTO PEREZ, CUBAN DIRECTOR
OF CUAN AMERICAN NATIONAL
FOUNDTION, MINOR OF OPERATION
PETER PAN

CUBAN AMERICAN NATIONAL
FOUNDATION

NYDIA VELAZQUEZ
PUERTO RICAN U.S. CONGRESSWOMAN

3

BOB MENENDEZ
CUBAN U.S. SENATOR

MARCO RUBIO
CUBAN U.S. SENATOR

KAMALA HARRIS
JAMAICAN U.S. SENATOR

JENNIFER GONZALEZ-COLON
PUERTO RICO U.S. CONGRESSWOMAN

MIA LOVE FORMER HAITI
U.S. CONGRESSWOMAN

YVETTE CLARKE JAMIAICAN
U.S. CONGRESSWOMAN

CARLOS CURBELO CUBAN
U.S. CONGRESSMAN

MARIO DIAZ-BALART CUBAN
U.S. REPRESENTATIVE

LLEANA ROS-LEHTINEN CUBAN
U.S. CONGRESSMAN

ANTHONY BROWN CUBAN AND
JAMAICAN U.S. CONGRSSMAN

ALEXANDRIA OCASIO-CORTEZ
PUERTO RICAN U.S. CONGRESS WOMAN

ALBIO SIRES CUBAN
U.S. CONGRESSMAN

LUIS GUTIERREZ FORMER PUERTO
RICAN U.S. CONGRESSMAN

4

ALEXANDER ACOSTA CUBAN
U.S. SECRETARY OF LABOR

SONIA SOTOMAYOR PUERTO
RICAN U.S. SUPREME COURT JUSTICE

MARI CARMEN APONTE, PUERTO RICAN
U.S. ASSISTANT SEC. OF STATE FOR
WESTERN HEMISPERE AFFAIRS

AMERICAN LEAGUE OF
PROFESSIONAL BASEBALL CLUBS

NATIONAL BASKETBALL ASSOCIATION

NATIONAL FOOTBALL LEAGUE

UNITED STATES SOCCER FEDERATION

UNITED STATES TENNIS ASSOCIATION

UNITED STATES OLYMPIC COMMITTEE

UNITED STATES FIGURE SKATING

UNITED STATES RUBBY FOOTBALL UNION

COLLEEE ATHLETES PLAYERS ASSOCIATION

NATIONAL COLLEGE PLAYERS ASSOCIATION

ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

ADULT FILM ASSOCIATION OF AMERICA

THE RECORDING ACADEMY

BILLBOARD MUSIC AWARDS

AMERICAN MUSIC AWARDS

NATIONAL SCHOLASTIC PRESS ASSOCIATION

SOCIETY OF PROFESSIONAL JOURNALISTS

AMERIOCAN METEOROLOGICIAL SOCIETY

**AMERICAN BROADCASTING COMPANY**

**NATIONAL BROADCASTING COMPANY**

**COLUMBIA BROADCASTING COMPANY**

**FOX BROADCASTING COMPANY**

**ALFRED JOEL HORFORD**
**DOMINICAN REPUBLIC NBA PLAYER**

**ROY DENZIL HIBBET TRINADAD**
**AND JAMIACAN NBA PLAYER**

**JOSE JUAN BOREA MORE**
**PUERTO RICAN NBA U.S. PLAYER**

**KERRON STEPHEN CLEMENT**
**TRINIDA AND TOBAGO**
**U.S. OLYMPIAN TRACK**

**SANYA RICHARDS ROSS**
**JAMAICAN U.S. OLYMPIAN TRACK**

**TIM DUNCAN VIRGIN ISLAND**
**NBA U.S. PLAYER**

**PATRICK CHUNG JAMAICAN**
**NFL U.S. PLAYER**

**DAVID ORTIZ DOMICAN REPUBLIC**
**U.S. BASEBALL PLAYER**

**ALEXANDER RODRIGUEZ DOMICAN**
**REPUBLIC U.S. BASEBALL PLAYER**

**CARLOS CORREA PUERTO**
**RICAN U.S. BASEBALL PLAYER**
**YORDAN RUBEN ALVAREZ**
**CUBAN U.S. BASEBALL PLAYER**

ANTOAN RICHARDSON,
BAHAMIAN U.S. BASEBALL PLAYER

KRISTIAN ROBINSON,
BAHAMINA U.S. BASEBALL PLAYER

PATRICK EWING,
JAMAICAN NBA U.S. PLAYER

ALBERT LINCOLN ROKER, JR.
BAHAMIAN AND JAMAICAN
NBC WEATHER FORECASTER

JOSE DIAZ-BALART, CUBAN
NBC ANCHOR

JENNIFER LOPEZ PUERTO RICAN
KNOWN AS JLO CELEBRITY

BELCALIS MARLENIS ALMANZAR
KNOWN AS CARDI B
DOMINICAN/TRINIDADA CELEBRITY

ARMANDO CHRISTIAN PEREZ
KNOWN AS PIT BULL
CUBAN CELEBRITY

ROBYN RIHANNA FENTY
BARBADIAN CELEBRITY

NICKI MINAJ
TRINADAD CELEBRITY

PETER GENE HERNANDEZ
KNOWN AS BRUNO MARS
PUERTO RICAN CELEBRITY

GINA ALEXIS RODRIGUEZ
PUERTO RICAN ACTRESS

**ANDREA NAVEDO**
**PUERTO RICAN ACTRESS**

**YVONNE COLL**
**PUERTO RICAN ACTRESS**

**CAMILA CABELLO**
**CUBAN CELEBRITY**

**WILLY CHIRINO, CUBAN SONGWRITER-SINGER, MINOR OF OPERATION PETER PAN**

**THE BEZOS FAMILY FOUNDATION**

**LATINOS IN COLLEGE**

**THE SOCIETY FOR HISPANIC ENGINEERS**

**HISPANIC NATIONAL BAR ASSOCIATION**

**HISPANIC NATIONAL BAR FOUNDATION**

**DEFENDANTS**

## AFFIDAVIT OF SERVICE FOR

## CASES A19-CV-0647-RP AND A19-CV-0648-RP

Motion to record the certified return receipt of the delivery of Vicki McLean, ET AL EX REL USA VS PUERTO RICO, TERRITORY OF UNITED STATS, ET AL to the U.S. Attorney General William Barr under USPS tracking number 7018 0680 0001 0268 4953 mailed on June 25, 2019 and indicating received on June 28, 2019.

Due to being absolutely certain that all previous USPS mailings of federal cases filed by Vicki McLean, ET AL EX REL USA were never really delivered to the U.S. Attorney Generals of the United States and the U.S. Attorney except for the ones hand delivered personally to the New Orleans U.S. Attorney office in 2015 – April of 2018 there is great certainty that U.S. Attorney General William Barr never actually was allowed to receive U.S. District Court of Western District of Texas Case A19-CV-0647-RP AND A19-CV0648-RP similar to U.S. District Court of Western District of Texas Case A18-CV-1021 RP denying the Vicki McLean, ET AL EX REL USA and the U.S. Citizens their rights to counsel and due process having altered the original filing indicated in the forged order of Judge Robert Pitman dated on June 18, 2019 for case A18-1021-RP that required Judge Pitman to address the case having been filed also for the U.S. Citizens requiring the U.S. Attorney General to file in a motion to address the non-acceptance of the case for the U.S. Citizens with reasoning. Due to Acting U.S. Attorney General Matthew Whitaker and U.S. Attorney General William Barr obviously having no knowledge of the case A18-1021-RP that includes all previous federal cases filed by Vicki McLean for the U.S. Citizens beginning on Dec. 21, 2007 in U.S. District Court of Eastern District of Louisiana in New Orleans 07-9717 with Judge Thomas Porteous and Magistrate Daniel Knowles no motion was filed by the U.S. Attorney General Office to accept, to reject, or dismiss the case denying the U.S. Citizens and Vicki McLean ET AL rights to counsel and rights to due process. It was proven in Magistrate Judge Daniel Knowles, III courtroom on 12/29/2015 in New Orleans when Vicki McLean gave testimony that Magistrate Judge Daniel Knowles and Judge Thomas Porteous never received case 07-9717 assigned to their court filed EX REL United States of America. The Medicare and Medicaid fraud exposed in case 07-9717 has been so massive by the Federal Reserve Shareholders since 1998 that no federal judge would ever be allowed to grant the U.S. Citizens their rights to due process or rights to

9

counsel. For these reasons all of Vicki McLean's EX REL USA cases have been altered and forged the judges' orders and the assistant U.S. Attorneys motions dismissing the cases never allowing Vicki McLean in front of the real Federal Judges assigned the case. After meeting in court with Magistrate Judge Daniel Knowles, III and Assistant U.S. Attorney James Beahr from the New Orleans U.S. Attorney on Dec. 29, 2015 giving testimony and handing the previously filed federal cases filed EX REL USA by Vicki McLean Judge Daniel Knowles, III and U.S. Attorney Office in New Orleans had all the proof they needed that all Vicki McLean's EX REL Cases were never received by federal judges and the U.S. Attorney General Office and U.S. Attorney in Charge also never received the cases denying the U.S. Citizens their rights to due process and their rights to counsel. All testimony of Vicki McLean, Federal Judge Daniel Knowles, Assistant U.S. Attorney James Baehr, and all witnesses testimonies given on Dec. 29, 2015 were altered drastically in the file records of the citation case hearing 15-CR-0205 including the Notice of Appeal filed within a week. A motion to leave was filed in the case addressing alteration and deletion of records and exhibits filed with the Notice of Appeal for 15-CR-0205. The Appeal was denied being a forgery by 3 judges from the Fifth Circuit Court of Appeals. The U.S. District Clerk Office in New Orleans and Federal Judge Daniel Knowles refusing to notify the Foreign Intelligence Surveillance Court of the forgeries and forgeries of Intelligence Judge Martin Feldman resulted in the murder of plaintiff Alexander Fanning in Dallas in May 2018 one month after filing federal case 18-3462 in the Eastern District of Louisiana, New Orleans District assigned originally with Judge Martin Feldman on April 2, 2018. Alexander Fanning murder was falsely classified as a suicide and was done to intimidate Vicki McLean family members living in Louisiana which is 7 out of 9 siblings to be used again like in 2005 and 2011 to do a illegal arrest and illegally psychiatric commitment based on fraudulent Order for Protective Custody that would be forged like in 2005 and 2011

10

to aid in justification of dismissal of all cases placed under Judge Martin Feldman without his knowledge since Sept. 28, 2016 so no assistant U.S. Attorney would be needed to file a motion to dismiss if placed with the Judge Martin Feldman on Sept.28, 2016 being at the time a member of the Foreign Intelligence Surveillance Court. Clearly the U.S. Federal Court System and U.S. Attorney Office in New Orleans is liable for the murder of Alexander Fanning due to not fulfilling their oath of office to uphold the U.S. Constitution and their moral obligation to put others lives first before their lives just by revealing the truth and recording the truth.

This is why the physical and financial attacks on the McLean family and the Fanning Clan continues in order to stop the Foreign Intelligence Surveillance Court actually in charge of all Vicki McLean's federal cases surely including A18-1021-RP and A19-CV-5091-RP, A19-CV-0647-RP, A19-CV-0648-RP to stop Vicki McLean from continuing to file cases against different defendants under the Patriot Act, etc. to better enable the FISC to address all individuals, governments, and entities involved in the massive theft of U.S. funds, etc.

It is certain that all past orders and future orders dismissing cases filed by Vicki McLean, ET AL EX REL USA have been and will be forged denying Vicki McLean, ET AL and the U.S. Citizens their rights to counsel and rights to due process. In the Western District of Texas, Austin Division the likely universities involved in the forgery of judges' order and attorney's motions would be the University of Texas, Texas A&M and Harvard University. The University of Texas and Texas A&M involvement in altering and forging the judge's orders and attorney motions of Vicki McLean federal and state cases were addressed in a federal case filing in the U.S. District Court of Eastern Louisiana 17-5578. Vicki McLean intends to file a separate case against Harvard University in Boston in the future to address all Harvard University involvement in the forging of the judges' orders of Vicki McLean's

11

federal cases and Supreme court justices orders. There is a very high probability due to case 17-5578 that Harvard University was involved in the forgery of U.S. District Court of Eastern District of Louisiana cases 16-15001, 18-911, and of U.S. District Court of Western District of Texas Case A18-1021-RP. The forgery of Judge Robert Pitman's order on 6/18/2019 becomes obvious when the order does not acknowledge the case filed for the U.S. Citizens and no mention of no motion being filed by the U.S. Attorney General Office to either accept, reject, or motion to dismiss the case. Consistent with all previously filed EX REL Cases by Vicki McLean the original filing filed by Vicki McLean Pro Se was altered to remove all information to protect the Federal Reserve Shareholders and all universities involved in the forgery of all previously filed Vicki McLean, ET AL EX REL USA, Pro Se.

Respectfully submitted Pro Se
for the U.S. Citizens and Plaintiffs
Pro Se, July 8, 2019

*/s/ Vicki McLean*

Vicki Fanning McLean, Pro SE
7203 Oakwood Glen Blvd Apt. 80412
Spring, Texas 77379
832-610-1059
Vickimclean54@yahoo.com

AFFIDAVIT OF SERVICE FOR
CASES A19-CV-0647-RP AND A19-CV-0648-RP
USPS TRACKING PACKAGE 7018-0680-0001-0268-4954
USPS TRACKING RETURN RECEIPT 9590 9402 5076 9092 3001 24
ORIGINAL PROVIDED TO U.S. DISTRICT CLERK OFFICE ON JULY 8TH
WITH THIS AFFIDAVIT OF SERVICE MOTION GIVING
REASONS WHY THERE IS GREAT CERTAINTY THAT
THE U. S. ATTORNEY GENERAL WILLIAM BARR NEVER
RECEIVED CASES A19-CV-0647-RP OR A19-CV-0648-RP BUT WAS
REALLY STOLEN AND TAKEN TO THE UNDERGROUND
DENYING THE U.S. CITIZENS THEIR RIGHTS TO COUNSEL LIKE
ALL VICKI MCLEAN PREVIOUS FEDERAL CASES FILED EX REL USA

# AFFIDAVIT OF SERVICE FOR
## CASES A19-CV-0647-RP AND A19-CV-0648-RP
## USPS TRACKING PACKAGE 7018-0680-0001-0268-4954
## USPS TRACKING RETURN RECEIPT 9590 9402 5076 9092 3001 24
## ORIGINAL PROVIDED TO U.S. DISTRICT CLERK OFFICE ON JULY 8TH
## WITH THIS AFFIDAVIT OF SERVICE MOTION GIVING
## REASONS WHY THERE IS GREAT CERTAINTY THAT
## THE U. S. ATTORNEY GENERAL WILLIAM BARR NEVER
## RECEIVED CASES A19-CV-0647-RP OR A19-CV-0648-RP BUT WAS
## REALLY STOLEN AND TAKEN TO THE UNDERGROUND
## DENYING THE U.S. CITIZENS THEIR RIGHTS TO COUNSEL LIKE
## ALL VICKI MCLEAN PREVIOUS FEDERAL CASES FILED EX REL USA



USPS TRACKING #
9590 9402 5076 9092 3001 24

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

Vicki McLean
7203 Oakwood Glen Blvd #804
Spring, Tx  77379

TxWD Case 19-CV-0647RP
TxWD Case 19-CV-0648RP

AFFIDAVIT OF SERVICE FOR
CASES A19-CV-0647-RP AND A19-CV-0648-RP
USPS TRACKING PACKAGE 7018-0680-0001-0268-4954
USPS TRACKING RETURN RECEIPT 9590 9402 5076 9092 3001 24
ORIGINAL PROVIDED TO U.S. DISTRICT CLERK OFFICE ON JULY 8TH
WITH THIS AFFIDAVIT OF SERVICE MOTION GIVING
REASONS WHY THERE IS GREAT CERTAINTY THAT
THE U. S. ATTORNEY GENERAL WILLIAM BARR NEVER
RECEIVED CASES A19-CV-0647-RP OR A19-CV-0648-RP BUT WAS
REALLY STOLEN AND TAKEN TO THE UNDERGROUND
DENYING THE U.S. CITIZENS THEIR RIGHTS TO COUNSEL LIKE
ALL VICKI MCLEAN PREVIOUS FEDERAL CASES FILED EX REL USA

