**Exhibit 14**

**U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS FBI, ET AL 17-17483 filed Dec. 19, 2017.**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Vicki McLean, Estate of James McLean, Estate of Louis Fanning, SR
EX REL USA

**(b)** County of Residence of First Listed Plaintiff *Harris*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Pro Se
P.O. Box 137 Spring, TX 77383

**DEFENDANTS**
FBI, ETAL

County of Residence of First Listed Defendant *District of Columbia*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☑ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent – Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | PATRIOT ACT |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
PATRIOT ACT & ESPIONAGE ACT — USING STOLEN SS#
Brief description of cause: IMMIGRANTS
TERRORIST ACT IN USA NOT ADDRESSING NATURALIZE CITIZENS

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE  MARTIN FELDMAN / ROBERT KUGLER
DOCKET NUMBER  16-15001

DATE  MARCH 7, 2018   ORIGINAL FILING 12/19/2017
SIGNATURE OF ATTORNEY OF RECORD  Vicki McLean

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

# UNITED STATES DISTRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA


**VICKI MCLEAN**

**ESTATE OF JAMES MCLEAN**

**ESTATE OF LOUIS FANNING, SR.**

**EX REL**

**UNITED STATES OF AMERICA**          CIVIL ACTION:   **17 - 17483**

                                      **SECT. L  MAG. 5**

**PLAINTIFFS**                        18 U.S.C. 90 § 1831-1839

                                      18 U.S.C. 37 SUB I § 793-799

**VS**                                18 U.S.C. 95 Sub 1 § 1956.1957,1959

**U.S. FEDERAL BUREAU OF**            18 U.S.C. 95 Sub 1 § 1956.1957,1959

**INVESTIGATION 1978-PRESENT**        22 U.S.C. 39 Sub III § 2778

                                      19 U.S.C. 4 Sub II §1337

**ROBERT MUELLER**                    18 U.S.C. 47 § 1030

**FORMER FBI DIRECTOR**               18 U.S.C. 113B § 2332B

                                       8 U.S.C. Chap 12

**JAMES COMEY**

**FORMER FBI DIRECTOR**


**CHRISTOPHER WRAY**
**FBI DIRECTOR**


**DEFENDANTS**

# **INTRODUCTION**

The planning to build the Hoover Dam began in 1902. The Hoover Dam's hydroelectric power would provide the energy needed for Area 51 the secret United States headquarters for America's FBI underground approximately 83 miles northwest of Las Vegas. The operators of Area 51 above the ground were established first in 1908 and named the Bureau for Investigation (BOI) inside the Federal Government under the Department of Justice. The Federal Reserve System followed soon after in 1913. Upon completion of the Hoover Dam in 1935 with New World Order reclaiming the hydroelectric power to support their secret official headquarters underground for the Bureau for Investigation, the BOI was renamed as the Federal Bureau of Investigation (FBI). The FBI headquarters above the ground hereafter known as the FBI was now to answer to their secret boss located underground in Area 51 the official headquarters for the FBI inside the United States for New World Order. Here after New World Order Official Headquarters for the FBI is known as Area 51. The significance of Area 51 secret relationship with the FBI was pass in code in the definition of the words used to name the BOI and then changing the name to the FBI in 1935 with the Boulder Dam renamed the Hoover Dam in 1935 placed under the authority of the U.S. Bureau of Reclamation in conjunction with the development of the Federal Reserve System in 1913. Area 51 and the FBI were to control the U.S. citizens and all immigrants hand pick by Area 51 allowed into the United States. Area 51 and the FBI also controlled which U.S. citizens were allowed to live overseas also using the identification of citizens of a foreign nation. It is reasonable to assume New World Order's system to destroy and control America is identical in other nations. The Federal Reserve System would control the U.S. citizens' U.S.

Government assets and the U.S. Citizens' personal assets. See the section to follow of education sources containing the definitions for the words, Bureau, Federal, Reclamation, Internal Affairs, Reserve)

From Wikipedia,

"The FBI is the domestic intelligence and security service of the United States, and its principal federal law enforcement agency. Operating under the jurisdiction of the U.S. Department of Justice, the FBI is also a member of the U.S. Intelligence Community and reports to both the Attorney General and the Director of National Intelligence. A leading U.S. counter-terrorism, counterintelligence, and criminal investigative organization, the FBI has jurisdiction over violations of more than 200 categories of federal crimes."

For Area 51 to be the official headquarters of the FBI for New World Order the following technology had to have already been invented, tested, proven, and used for years by the year 1900: computers, main frame computers, microprocessors, internet, WIFI, cell towers, hash function, block chain, cryptographic electronic technology, cell phones, data processing hardware and software, generators, water pumping systems, and much more. Because the HAARP mind control system controls the citizens of all nations for New World Order is it also reasonable to assume by 1900 the HAARP system already had the ability to read a person's thoughts, ability to program a person's mind for thoughts, ability to program a person to carry out specific commands into actions, ability to interfere with a person's bodily functions to cause disease, ability to murder a person by stopping a person's bodily functions, etc.

3

The Hoover Dam was originally named the Boulder Dam. Upon completion in 1935 the Boulder Dam was renamed the Hoover Dam after FBI Director J. Edgar Hoover. J. Edgar Hoover was director of the FBI from 1924-1974. FBI Director J. Edgar Hoover was known to be ruthless and to exert pressure on all Presidents by acquiring damaging information often personal in nature to threaten all U.S. Presidents to do as FBI Director J. Edgar Hoover wanted for New World Order. Due to FBI Director J. Edgar Hoover's power and 50 year tenure it is reasonable to concur that the Director of the FBI had more power than the Presidents of the United States elected by the U.S. Citizens. The U.S. Presidents who have submitted to the FBI Directors' Hobbs Act violations surely does not absolve the United States President from violations of the espionage act given the amount of power the U.S. Presidents had over all agencies within the Executive Branch.  Because of books and movies developed about the illegal actions of FBI Director F. Edgar Hoover it is reasonable to known that many of the of the U.S. Congress members and FBI agents also knew of FBI Director J. Edgar Hoover violations of the Hobbs Act threatening the Presidents and many of the U.S. Congress members.

Because of books and movies the public knows the pressure most often exerted by FBI Director J. Edgar Hoover was in reference to inappropriate behavior with women before and while being U.S. President. By 1950 it is reasonable to assume the HAARP mind control system was well established throughout the large cities in the United States and for sure in Washington D.C. Area 51 and the FBI Director had and still has complete authority over the illegal secret mind control system underground and above the ground. Due to these facts it is reasonable to assume that the FBI Director J. Edgar Hoover used illegal means violating the

constitutional rights of the U.S. Presidents and the U.S. Congress members to acquire information and evidence against the U.S. Presidents and U.S. Congress. It is also reasonable to assume that the FBI Director J. Edgar Hoover used his FBI agents above the ground and his secret FBI agents below the ground to intentionally set up situations to frame the U.S. Presidents and the U.S. Congress members. The FBI Director J. Edgar Hoover was wise not to frame the U.S. Presidents and the U.S. Congress members on matters where the U.S. Presidents and the U.S. Congress would have leverage against the FBI Director. If the FBI Director attempts to frame the U.S. President and U.S. Congress members relating to political issues then all kinds of can of worms could be open up against the FBI and Area 51. This is why President Nixon like President Donald Trump were framed as a candidate not while a President thinking they have no authority to prove the HAARP mind control system  was used to set up the framing by setting up fraudulent documentation and circumstances using the illegal HAARP mind control system.

Today it is reasonable to assume most of the U.S. Congress members have worked in the illegal HAARP mind control system with many doing so under duress originally like James McLean, Jr. and Louis Fanning, Sr. Having worked in the mind control system during college without doing anything to aid the violation of the U.S. citizens' constitutional rights appears to be the leverage Area 51 and the FBI holds over all top level Federal employees. This leverage of Area 51 and the FBI held over U.S. federal employees attempting to do their jobs is a violation of the Hobbs Act and the Espionage Act besides obstruction of justice.

5

For the past two years from 2016 through 2017 the U.S. Citizens have witness FBI Director Comey, FBI Director Wray, and Former FBI Director Mueller exert the same ruthless illegal Hobbs Act violations towards Donald J. Trump as a candidate and as the U.S. President and towards the U.S. Congress members and candidates for congress like Roy Moore. Note once again the Hobbs Act violations have occurred by the FBI Directors and Area 51 using their authority over the illegal HAARP mind control system violating the constitutional rights of U.S. citizens, U.S. Congress, and U.S. President Donald Trump. Surely most of the FBI underground operators like university mind control operators are foreign born or children of foreign born parents not holding authentic social security numbers. Area 51 and the FBI using the HAARP mind control system have used illegal means to gain personnel information in violation of the U.S. constitutional against U.S. President Donald Trump, U.S. Military personnel, FBI agents, NSA agents, CIA agents, U.S. Congress etc. to exert pressure to accomplish the yearly goals of New World Order inside the United States and aboard.


New World Order's consistent plan to give immigrants and their children stolen social security numbers belonging to U.S. citizens which they maintain when becoming a U.S. citizen gives New World Order great leverage over foreign born HAARP mind control operators and the children of foreign born parents operating the HAARP mind control system. For these reasons the underground today is likely operated 75% by personnel holding stolen social security numbers belonging to U.S. citizens. Area 51 percentage of personnel holding stolen social security numbers is likely in the 90 percentiles. At any time if necessary the FBI could expose anyone of these operators in the underground with their parents who hold stolen social security numbers. This explains why more and more immigrants and

6

dreamers are given grants and scholarships illegally to U.S. universities and colleges while the American students are even being restricted by the FBI to attend and complete college.

This also explains why so many large churches which are also operators of the mind control system provide Spanish services. This huge presence of immigrants inside American churches many involved in illegal drug movement inside the United States aids to money launder drug money into the churches for the underground and to move weapons overseas during mission trips. This better explains was Area 51 has done so many mass shootings at churches over the last several years.

These actions of Area 51 and the FBI are the reasons why America is not producing enough authentic American graduates in all fields from American universities and colleges. This also explains why so many authentic American professionals are working overseas in European nations also working in New World Order illegal HAARP mind control system. All U.S professional personnel overseas need to be brought back to the United States to save the lives of citizens in other nations. The Department of Justice up till 2000 was the dominate U.S. agency that distributed social security numbers to immigrants and their children. An immigrant and their children are not entitled to a social security number until they become an United States citizen. An immigrant and their children acquiring a social security number before the immigrant and immigrant parent becomes an United States citizen indicates the immigrant and their children have stolen social

7

security numbers. This explains why U.S. President Barack Obama Executive Order on Immigration in Nov. 2014 protecting DACA immigrants would administered a new social security number at the time of acquiring U.S. citizenship. A child born inside the United States to an immigrant with a stolen social security indicating not having legal residency being in violation of the espionage would be considered not to have legal residency at time of birth inside the United States. All sponsors and relatives linked to aiding an immigrant to migrate to the United States using a stolen U.S. citizen social security number would also be linked and subject to espionage act violations.

The immigration executive order of U.S. President Barack Obama gives great reasons to question the authenticity of Barack Obama's birth certificate and his social security number. Cloning of human beings was invented, tested and well proven by the time Barack Obama was born. There is a possibility that Barack Obama was cloned underground which would indicate that Barack Obama was not officially born in Hawaii requiring Barack Obama to be give a stolen social security number belonging to an United States citizen. Area 51 has been deciding since 1940's which immigrants are to be allowed into the United States. Area 51 decides which U.S. citizens' social security numbers are to be stolen and given to immigrants and their children born outside and inside the United States. Area 51 and the FBI with the immigrants and their children using stolen social security numbers are in violation of the espionage act and the economic industrial espionage act.

From wikipedia:

"The FBI's main goal is to protect and defend the United States, to uphold and enforce the criminal laws of the United States, and to provide leadership and criminal justice services to federal, state, municipal, and international agencies and partners.

Currently, the FBI's top priorities are:

1. Protect the United States from terrorist attacks,
2. Protect the United States against foreign intelligence operations and espionage,
3. Protect the United States against cyber-based attacks and high-technology crimes,
4. Combat public corruption at all levels,
5. Protect civil rights,
6. Combat transnational/national criminal organizations and enterprises,
7. Combat major white-collar crime,
8. Combat significant violent crime,
9. Support federal, state, local and international partners, and
10. Upgrade technology to enable, and further, the successful performances of its missions as stated above."

Up till 2000 before the formation of the U.S. Homeland Security, the Department of Justice under the control of Area 51 and the FBI decided what immigrants would be brought into the United States and which U.S. citizens social security numbers would be given to the immigrants. Area 51 and the FBI being the controller over all inventions, all hardware, and software used in the United States is what enables two different hash functions to be developed for the same social security number. The two different hash functions for the same social security number includes the name and birthday of the individual. These two different hash values result in two totally different block chain of transactions that never collide.

The accounting for a W-2 employee with a stolen social security number which deducts payments for Medicare and IRS federal taxes appears to be a problem when trying to keep the two block chains of the same social security number separate. Surely the immigrant with the stolen social security is never allowed to live in a state where the U.S. citizen has ever lived due to state income taxes also being deducted from an W-2 paid employee. Authentic U.S. citizens hereafter is defined within this document to have true ownership of their social security number. All immigrants and their children using a stolen social security number of U.S. citizens would be in violation of the espionage act. Homeland Security Agency would be required to arrest and detain immigrants and their children in violation of the espionage act immediately to protect the U.S. citizens whose social security numbers were stolen.

To lessen this issue of the IRS, Medicare, etc. from discovering the immigrants using stolen social security numbers, the U.S. citizens whose social security number has been given out by Area 51 is forced to be employed earning a 1099 income or self-employment. Some of the U.S. citizens would be framed for crimes and jailed so not to earn any income. Many U.S. citizens are murdered by Area 51. A majority of the U.S. citizens whose social security are stolen are murdered before social security retirement age. A majority of these murders are medical murders intentional hiding the U.S. citizens' true disease and true cause for the U.S. citizens diseases which are highly curable. The medical murder of James McLean is just one of the many examples. This is why in the 1970's Area 51 moved mass numbers of foreign doctors and foreign medical students into the United States to medically kill U.S. citizens in massive numbers each year. All foreign-born doctors surely have stolen social security numbers and need to be immediately placed in FEMA detention camps with the freezing of all their assets to save Americans lives today. Because of the foreign doctors participating daily in Medicare fraud and medical murders it is reasonable to know Area 51 gave all foreign-born doctors stolen social security numbers and gave stolen social security numbers to their children to have leverage over all foreign-born physicians.

Since Area 51 and the FBI are able to hack both bank accounts of all transactions, the FBI and Area 51 are able to frame anyone for a crime. Remember the FBI and Area 51 have access to

everyone's password, access to all digital signatures even when a person does not think they have a digital signature, access to all encryption keys, access to every computer system, access to all internet lines, access to all cell towers, access to all cell phones, access to all laptops and tables, access to all computers in autos, trains, planes, access to all microchips in the frontal lobes of all residents in the United States, access to all security systems, access to all gambling systems, access to all cryptocurrency systems, access to all crypto keys private and public, access to all keys to crypto-hardware and crypto-software, access to NASA systems, access to all military systems, access to all classify information, access to all government and private research information and computer systems, access to all law enforcement systems, etc. There is nothing the FBI and Area 51 does not have access and control over 24/7.

Due to the power of Area 51 and the FBI there is nothing that can be considered classified that the FBI and Area 51 does not know. The FBI and Area 51 are the inventors of most inventions and the developer of most encryption so they have control and knowledge over all U.S. residents and all assets inside the United States.

The FBI and AREA 51 have the digital signatures of all federal, state, and local judges. The FBI and Area 51 have access and control over all courts electronic systems able to be the judge, attorneys, and jurors in every court case inside the United States. The FBI and Area 51 having access to all bank accounts and the county clerk records are able to steal assets from anyone, place liens on assets, steal cryptocurrencies, steal autos, perform robberies unseen, perform rapes unseen, perform medical murders, program a person's heart to stop beating to murder the person, etc. The FBI and Area 51 are capable to accomplish any type of crime and not be held liable for the crime while being able to frame anyone for the crime. Since 2000 the U.S. citizens have seen the FBI and Area 51's ability to massacre American residents over and over again and frame someone else for their crimes.

It is reasonable to suspect that most attorneys, judges, executives of large corporations and banks, Directors of the FBI, U.S. Attorney Generals, U.S. Attorneys, U.S. Congress, Board of Governors of the Federal Reserve, professors and doctors inside the United States understand the mind control system and have worked in the HAARP mind control system fully understanding the power the FBI and Area 51 have over everyone in the World. A Hobbs Act violation by the

FBI and Area 51 is equivalent to the FBI holding a gun right up against one's head able to kill anyone with the ability to frame someone else for the crime.


## **Evidence**

It is reasonable to know the following mass murders were done by Area 51 with the FBI framing others for the mass murders:

Columbine High School massacre April 20, 1999

Bombing of the World Trade Towers on Sept. 11, 2001

Attack on the Pentagon on 9/11/2001

Katrina Danziger Bridge Police shootings Sept. 4,2005

Fort Hood Nov. 5, 2009 mass shooting

Aurora Theatre Shooting July 20, 2012

Sandy Hook Elementary Shooting Dec. 14, 2012

Boston Bombing April 15, 2013

Washington Navy Yard Shooting Sept. 16, 2013

Fort Hood Shooting April 2, 2014

Charleston Church Shooting June 17, 2015

Lafayette Theatre Shooting July 23, 2015

San Bernardino Shooting Dec. 2, 2015

Dallas Police Shooting July 7, 2016

Baton Rouge Police Shooting July 17, 2016

Orlando Pulse Nightclub shooting June 12, 2016

Las Vegas Mandalay Bay shooting Oct. 1, 2017

Questions that the court needs to ask about the above investigations?

How many of the shooters were killed before being arrested so not to be able to testify or have a MRI with contrast of the brain ordered by the court?

How many of the shooters that died had been shot in the head enabling the coroner to easily slip out the illegal microchip in the shooter's frontal lobe?

President John Kennedy was shot in the head. Robert Kennedy was also shot in the head. Senator Ted Kennedy was diagnosed with brain cancer like James McLean allowing the removal of the microchip in the frontal lobe during brain surgery like James McLean. NASA engineer Bill Picou, the best friend of Louis Fanning, Sr. was also shot in the head. There were indications that O.J. Simpson might have brain cancer while in jail. O.J. Simpson became too high profile as of 2014 when Vicki McLean explained in detail in Washington D.C. False Claim case1:14-1076 that included HAARP as a lead defendant as to why O.J. Simpson had been framed for his wife's murder and the robbery in Las Vegas. The motive for O.J. Simpson framing by Area 51 a former NFL player and TV Sports Broadcast announcer was linked to Area 51 control over the outcome of all professional and college sports for gambling purposes for New World Order. Area 51 money launders a majority of gambling funds from the Las Vegas casinos and college and professional gambling.

Was an MRI of the brain with contrast performed on O.J. Simpson while he was in jail to verify without a doubt he did not have brain cancer. The Las Vegas shooting happened on the day that O.J. Simpson was released from jail in Las Vegas on Oct. 1, 2010 which is also the date that the U.S. Minerals Management Agency under the U.S. Department of Interior was dissolved in 2011. The U.S. Department of Interior operates a majority of the dams across the country

13

allowing the hydroelectric energy to be stolen for illegal underground military bases for New World Order. A MRI with contrast of the brain should be ordered for O.J. Simpson by this court to prove O.J. Simpson has an illegal microchip in his frontal lobe of his brain that set up his framing and conviction.

How many police officer attorneys in the last 30 years when the officers were accused of murder or manslaughter requested the court to order the police officer to have a MRI with contrast of the brain to verify the police officer did not have an illegal microchip in his brain. Presence of an illegal microchip in the brain should be enough evidence to give reasonable doubt in any court ruling in favor of the accused, the police officer.  Likely in the high 90 percentiles the authentic Americans in jail have been framed by Area 51 and have illegal microchips in their frontal lobes enough evidence to acquit them of their crime also requiring retribution be given to the U.S. citizen framed by the Area 51 using the HAARP mind control system.

An immigrant's theft of a social security number is different in that it is reasonable to know the immigrant willingly maintained his or her illegal presence in the United States for profit breaking the U.S. immigration laws daily and many other U.S. laws causing financial and physical harm to a specific U.S. citizen and the U.S. citizen family members. The immigrant does not have constitutional rights. An immigrant in violation of the espionage is not entitled to access any court inside the United States for the immigrant's defense. Under the McCarren Act and the U.S. Immigration Laws the U.S. President would have the right to immediately detain all foreign-born immigrants and their children using a stolen social security number in a FEMA detention camp for orders to be deported.

Because of Louis Fanning, Sr. resistance to the mind control system as an engineering student at Louisiana State University and his extremely close friendship with NASA engineer, Bill Picou, the entire Fanning family clan was under great attack by Area 51 and the FBI by the 1960's. There are great reasons to detect from the Fanning Clan members work history and framings by Area 51 and the FBI that 8 of the 9 children of Louis Fanning, Sr. have already had their social security numbers given to an immigrants.

The following is a list of attacks, framings, and murders by Area 51 covered up by the FBI against the Fanning Clan and McLean Clan members:

1.  Area 51 murdered NASA engineer Bill Picou in 1975 in Metairie, Louisiana and the FBI covered the murder up as a suicide using Jefferson Parish.

2.  Louis Fanning, Jr. was framed by the FBI in 1976 soon after Area 51's murder of NASA engineer Bill Picou.

3.  As early as 1979 Vicki Fanning McLean's social security number was given out by Area 51 and the FBI because of her registered nurse career having graduated in Nov. 1976. Vicki McLean was attacked consistently at every registered nurse job and accounting job where she received a W-2 payment but not when working as a private duty nurse earning a 1099 income beginning in 1978.

4.  Soon after Vicki McLean started dating James McLean in 1978 Area 51 attempted to kill Louis Fanning, Sr. by turning a tugboat in front of Louis Fanning, Sr. seaplane while taking off in the Harvey Canal.

5.  Soon after Vicki McLean became engaged to James McLean in 1979 Area 51 using the HAARP mind control system put Louis Fanning, Sr. to sleep and ran his auto into the back of an 18-wheeler. This was the story told to Vicki McLean when she visited her dad in the hospital who had a broken arm with bruises and deep cuts to his face.

6.  Georgia Fanning at age 18 the god-child of Bill Picou bodily functions were interfered with by Area 51 causing a psychotic episode in 1981 after Vicki McLean was married to James McLean. The medical community used excessive amounts of mind altering drugs to maintain Georgia Fanning's in Louisiana State Psychiatric Facility with Louis Fanning, Sr. unable to remove Georgia Fanning from the State of Louisiana care because she was an adult and Louis Fanning, Sr. did not have power of authority for her medical care. Georgia Fanning was over medicated with mind altering drugs for 2 years.

7.  Louis Fanning, Sr. self-employment business was destroyed by Area 51 before 1984 when Louis Fanning, Sr. was in his fifties. Louis Fanning, a World War 2 veteran was murdered at age 61 with lung cancer in 1986 identical to his father a World War 1 veteran who also died of lung cancer at age 61. This indicates the likelihood that

George Fanning, Sr.also have had his social security number given out to an immigrant before his death in the 1960's.

8. Louis Fanning, Jr. was framed a second time in 1985 while Louis Fanning, Sr. was being medically killed.

9. Louis Fanning, Sr. was medically murdered in March 1986 with a false diagnosis of lung cancer deemed inoperable. Louis Fanning, Sr. was killed using radiation therapy as a biological weapon. Lung cancer is really severe bronchitis and damage to the lungs due to too much toxins in the blood stream from smoking and from consuming the American diet high in toxins intended to medical murder American residents early. Louis Fanning, Sr. could have been cured easily by a toxin free diet and stopping of smoking. This information even today is kept hidden from the American patients in order to depopulate America for New World Order.

10. Scott Fanning was framed in the early 1990's. Scott Fanning's bodily functions were also interfered with by the Area 51 HAARP operators to cause 2 psychotic episodes that required psychiatric commitments in the early 1990's.

11. Patrick Fanning, former Assistant U.S. Attorney was framed prior to 1998.

12. Glen Fanning also was under attack while working for Continental Airlines stationed in Denver. His significant other was murdered in Denver, CO by throwing him on a train track and was covered up as a suicide in the 1990's. From that time on Area 51 who had altered Glen Fanning's bodily functions since a child to give his homosexual desires increased the alterations of Glen's bodily functions to cause bipolar depression keeping Glen Fanning under psychiatric care. This continues likely to deem him a non-credible witness. Glen Fanning was the sibling used to file the Order for Protective Custody for Vicki McLean in Aug. 2005 and April, 2011 which were altered by Area 51. Glen Fanning told Vicki McLean in 2006 that he stated that Vicki McLean was not suicidal, not a threat to others, and not gravely disabled when filling out the Aug. 3, 2005 coroner's papers related to Vicki McLean's illegal psychiatric commitment on 8/4/2005. Scott and Georgia Fanning's documentation of Vicki McLean's mental state on Aug. 3-4, 2005 provided to the courts being notarized beginning on March 5, 2008 agrees with Glen Fanning statement to Vicki McLean in 2006. In 2011, once again Area 51 altered

the St. Charles coroner paper for Vicki McLean's Order for Protective Custody in April 2011.

13. Dana and Brett Tozel, the children of Lori Fanning Tozel were constantly under attack by Area 51 and framed from 1998 till the time James McLean was medically murdered.

14. Kim McLean and Jason Blackwelder a former Conroe Police Officer were framed while attending Willis Highschool prior to Area 51 setting up the medical murder of James McLean to obvious contain James McLean not to patent his technology or educate Vicki McLean in the details of his technology.

15. At the time of James McLean first medical treatments the spring of 2001, Joseph Starkey, Sr. a former Exxon-Mobile Corporation refinery employee wife was stricken with the West Nile Virus. The West Nile Virus is an intentional misdiagnosis of Area 51 daily severe interfere of a person's bodily functions like Parkinson Disease and MS.

16. Jan. 2001-March 11, 2002 Area 51 medically murdered James McLean with the pork tapeworm parasites and radiation therapy intentionally misdiagnosing James McLean disease as frontal lobe cancer to remove his microchip from his frontal lobe during surgery prior to death.

17. Framing of Kim McLean and Tim McLean in Montgomery County occurred numerous times continued from 2000 -2012. The DA of Montgomery County was used to frame Kimberly McLean and Jason Blackwelder in March 2000 while James McLean was well and alive designing wells as a consultant for Exxon-Mobile Corporation.

18. Area 51 knocked out Timothy McLean's front teeth in 2003 at Willis Highschool and cover it up as a slip and fall. This indicated that Timothy McLean likely knew significant information about his father's technology and Area 51 did not want Timothy McLean mentioning this information around Vicki McLean who then would have remembered James McLean's struggle with Exxon-Mobile Corporation claiming to his face owning his intellectual property in July, 2000 while consulting for Exxon-Mobile Corporation. Timothy McLean was also framed in 2003 by Area 51 using the DA of Montgomery County. In 2003 was the first time Area 51 hacked Vicki McLean's IRA account with E-trade moving it into Timothy McLean's account who was moved out of Vicki McLean home by Area 51. Timothy McLean had no authority to transact on Vicki McLean's E-trade account. Area 51 worked viciously to trade to get Vicki McLean to press criminal

17

charges on her son indicating once again the significance of how much information James McLean told Timothy McLean about his technology before his death.

19. Scott and Louis Fanning similar to Louis Fanning, Sr. soon after Vicki McLean's marriage were easily led into self-employment by Area 51. Their self-employment businesses were destroyed by Area 51 when the Fanning Clan became more of a liability to New World Order due to Vicki McLean's federal whistleblower status. Area 51 destroyed Louis and Scott Fanning successful self-employment business soon after Vicki McLean became a recorded federal whistleblower in July 2004.

20. Georgia Fanning had continuous problems on the job being harassed under the control of Area 51 when working as a medical coder because she knew too much about Vicki McLean's federal whistleblower case beginning in 2004.

21. In early 2005 Area 51 framed James and Vicki McLean friend, Jim Blackwelder, who had Timothy and Kimberly McLean in his care on March 22, 2000 when Kimberly and Jason Blackwelder were framed by Area 51 using the DA of Montgomery County. The DA of Montgomery County was involved in the framing of Jim Blackwelder.

22. On 8/3/2005 Area 51 framed most of the siblings of Vicki McLean in New Orleans metro to do an illegal psychiatric arrest of Vicki McLean a Texas resident only in Louisiana less than 24 hours using the Jefferson Parish law enforcement and coroner's office who covered up the murder of NASA engineer Bill Picou. This was specifically done to prevent Vicki McLean from visiting the FBI Office in New Orleans the morning of 8/4/2005. Vicki McLean had hand delivered her reports to the FBI office in Houston twice prior to this time. After 2005 the FBI offices denied access to Vicki McLean under FBI Director Mueller and FBI Director Comey.

23. Area 51 during the time of Vicki McLean's illegal 10 day stay in East Jefferson General Hospital psychiatric floor liquidated the T. McLean Homes, Inc. funds in the Wells Fargo account stealing a lot of the funds and moving the funds forging Timothy McLean signatures who had no legal authority to transact business in the T. McLean, Inc. account at Wells Fargo. Then Area 51 open up a new bank account at First Bank of Conroe forging Timothy McLean's name again. Area 51 worked hard to try to get Vicki McLean to press charges against Timothy McLean. Obviously, Timothy McLean knowledge of James McLean's technology and Vicki McLean's whistleblower status was so large it

was important to jail him for a long time. Wells Fargo was questioned in detail in person by Vicki McLean as to how they allowed the money of T. McLean Homes, Inc. to be transferred by Timothy McLean who had no authority on the account. The framing of Wells Fargo by Area 51 opening accounts without permission in Los Angeles in 2015 is linked to the T. McLean Homes, Inc. account fraud by Area 51 in 2005 that is presented in every federal case of Vicki McLean with Vicki McLean's current bank account at Wells Fargo since Oct. 2014 that has had continuous fraud orchestrated by Area 51 altering charges and likely checks written by Vicki McLean. Wells Fargo in New York at the time of Vicki McLean opening the Wells Fargo account in Oct. 2014 was told by Vicki McLean to expect constant fraud in her account altering her checks and debits. From 2014 through 2015 Vicki McLean filed in person several complaints with Wells Fargo personnel about fraud in her checking account.

24. Area 51 used Cleveland Regional Hospital and the Texas Board of Nurses to frame Vicki McLean in Sept. 2005 to remove her Texas Register Nurse license since Area 51 and FBI had given Vicki McLean's social security number to an immigrant and she was earning a W-2 income returning to work after 16 years of not working due to her husband's death.

25. Area 51 sabotaged Louis and Scott Fanning self-employment companies beginning in 2004-2006. Area 51 used numerous undocumented Latino immigrants after Katrina to sabotage Scott Fanning's home building business in Mandeville, Louisiana.

26. Patrick Fanning Starkey was under huge financial attack by Area 51 who used her female roommate to steal from Patricia Fanning Starkey checking account in 2006. Area 51 also had Patrick Starkey fired from her long tenure as an assistant to a elementary school principal in Baton Rouge Parish.

27. Area 51 stabbed Vicki McLean's false claim attorney Constance Singleton on Dec. 22, 2006. FBI had the DA of Harris County frame a mentally ill Texas resident for the robbery of a little purse of Constance Singleton not for the brutal stabbing 6 times.

28. Area 51 framed Timothy McLean for auto insurance fraud using undocumented Latino immigrants in June 2006.  Area 51 used the DA office of Harris County to frame Timothy McLean prior to the framing of Vicki McLean and Federal Judge Thomas Porteous.

29. Area 51 using the Texas Board of Nurses stripped Vicki McLean of her Texas Registered Nurse license based on Area 51 framing of Vicki McLean on March 5, 2008.

30. FBI continued to proceed to frame Vicki McLean's first federal judge Thomas Porteous to force him to resign using the U.S. Congress in 2008-2010. FBI also had the State of Louisiana strip Federal Judge Thomas Porteous of his law license by Jan. 2011.

31. Area 51 used the DA of Montgomery County to frame Vicki McLean beginning on March 2, 2008 on a case filed for T. McLean Homes, Inc. VS Stoecker Corporation forging Attorney Constance Singleton signatures opening a false case in which Attorney Constance Singleton was not hired for or given authority to file the morning of 12/22/2006 prior to being stabbed that afternoon. Because of this forgery case of Area 51 Vicki McLean was falsely accused by Area 51 for retaliation against Montgomery County Judge Carol Wood assigned to the T. McLean Homes, Inc. case filed by Area 51 using Attorney Constance Singleton. Vicki McLean was arrested on a false warrant by Area 51 on 8/29/2008 in Dayton, Ohio and remained in jail denied bail in Montgomery County for 9 ½ months during the banking crisis. Vicki McLean never allowed to go before the Judge Mays was released by Area 51 claiming insufficient evidence mid-June 2009 after the cover up of the banking crisis was well underway by the U.S. Dept. of Treasury placing no liability on the U.S. Federal Reserve System and Board of Governors of the Federal Reserve where it rightfully belonged allowing Area 51 to issue loans and credit for applicants that did not qualify under the standard rules and guidelines for mortgages and credit loans. This occurred while Timothy McLean was on probation for being framed by Area 51 for auto insurance fraud. Area 51 also took control of the sale of the T. McLean Homes, Inc. homes while Vicki McLean was in jail and surely stole a lot of the funds. The sale of two homes occurred while Vicki McLean was detained in jail for 9 months without bail.

32. Area 51 and the FBI framed Sarah Fanning the daughter of witness Scott Fanning twice from 2008-2009 using the DA Office of St. Tammy Parish under DA Walter Reed. DA Walter Reed likely had no knowledge that Area 51 and the FBI used his staff to frame Sarah Fanning. This is why Area 51 and the FBI framed DA Walter Reed and his son and convicted him in 2015 in New Orleans federal court to contain the attorneys used to

frame Sarah Fanning that understood how big Vicki McLean federal case were that also linked to the framing of Federal Judge Thomas Porteous.

33. Area 51 then framed Karen Fourcade for theft on her job in Louisiana in 2009 due being fax information in July 2005 about Vicki McLean's federal whistleblower case. Karen Fourcade, Georgia Fanning, and Attorney Patrick Fanning were well aware of Vicki McLean's federal whistleblower status being given details about the Medicare fraud prior to the false psychiatric arrest by Jefferson Parish on Aug. 3, 2005.

34. Kimberly McLean in Sept. 2009 was laid off due to Vicki McLean resuming to challenge the fraudulent stripping of her registered nurse license in 2008.

35. Area 51 and FBI framed Timothy McLean to trade-in his 2006 FM 150 forging Vicki McLean signature who was a co-buyer of the truck on the lien that was still active.

36. Timothy McLean was then laid off in January 2010 due to Vicki McLean's continued fight to get justice and the fraud on the trade-in of the 2006 Ford FM 150 that Timothy McLean had been framed on in June 2007 for auto insurance fraud. Vicki McLean had discovered by 2008 the parts stolen out of Timothy McLean's truck while at the wrecker yard were placed back into the truck yet Vicki McLean paid Tennison Collision $6000 for new parts from her checking account. This is the reason why Area 51 and FBI framed Timothy McLean to trade-in the 2006 Ford FM 150.

37. During case 11-193 in New Orleans Area 51 and FBI framed Vicki McLean's siblings a second time to do an illegal psychiatric arrest using St. Charles Police department in April 2011. Area 51 using the Loyola University Law School once again forged the orders and signatures of Federal Judge Stanwood Duval like Federal Judge Thomas Porteous, Sr. and Federal Judge Carl Barbier in 2008. Vicki McLean was illegally committed in the St. Charles Hospital psychiatric facility for 10 days beginning on or near the date Area 51 forged a motion by the U.S. Attorney General Office to keep case 11-193 sealed for an additional 6 months till Oct. 1, 2010 same day of the Las Vegas Shooting in 2017.

38. Area 51 had Robert Yates take Vicki McLean to Thailand Feb. 27, 2012 same day Area 51 forged Federal Judge Stanwood Duval orders unsealing the dismiss case 11-193 when Judge Duval had retired on 10/1/2011 requiring the case to be passed to Federal Judge Nanette Brown. Since Vicki McLean witnessing Judge Duval's signature on order dated

21

2/27/2012 the closed records of case 11-193 have been altered replacing the forging of Judge Nannette Brown signature on 2/27/2012. During this visit to Thailand with Robert Yates Area 51 set up the hitting of Vicki McLean by a motorcycle driver going the wrong way on a one-way street.

39. At the same time Vicki McLean is in Thailand Dirk Laukien owner of Black Forest Ventures and former CEO and owner of Bruker Corporation fires Timothy McLean for no just cause violating U.S. labor standards.

40. Area 51 using Robert Yates and Galveston county police department did an illegal psychiatric arrest on Sept. 19, 2012 of Vicki McLean for four days at Bellaire Psychiatric Hospital in Houston, Texas.

41. In July 2013 Conroe Police Officer Jason Blackwelder was framed by Area 51 using the Conroe Police Department and the DA Office of Montgomery County because the Blackwelder family also knew too much about James McLean's technology and Vicki McLean level of intelligence to investigate and prove her case on various subjects. Jason Blackwelder was accused of shooting of an immigrant likely in the country illegally. There is high possibility Jason Blackwelder did not do the shooting based on the forgery in the Police investigation records but Area 51 had to much leverage over the DA of Montgomery County and the Conroe Police Chief obviously to serve justice in regards to Area 51 changing the police reports.

42. In Feb. 2014 Houston Police Detective Ryan Chandler former boyfriend of Kimberly in 2007-2008 was also framed by Area 51 altering his police investigation reports. Ryan Chandler very familiar with Vicki McLean's case was wise to defend himself so no charges were placed against him but he was forced to resign.

43. Area 51 once again forging Robert Yates signatures on altered documents carries out a false eviction hearing with awarding a judgement against Vicki McLean for $2800 to be paid to Robert Yates in May, 2014. Vicki McLean did not attend the eviction hearing sensing the entire fraudulent eviction notice was an attempt by Area 51 to do another illegal commitment of Vicki McLean. Area 51 using the local college law schools in Houston had already forged several orders and signatures of Federal Judge Sims Lake and desperately needed a justified reason for dismissal. Houston Federal Case 4:14-365 was Vicki McLean's first case against HAARP.

44. Area 51 once again does a false illegal and psychiatric commitment of Vicki McLean using Mountainview Police Department and NASA Research Center in Mountainview, CA on Dec. 22, 2014 with a four day stay in Fremont Hospital psychiatric hospital in Fremont, CA. Area 51 and the FBI did this illegal arrest and psychiatric commitment due to the forgery of Judge Royce Lambert's orders and signatures on her Washington D.C. cases 1:14-1076 that also had HAARP as the lead defendant.

45. Area 51 sets up a false citation in federal court for disorderly conduct against Vicki McLean with Federal Judge Daniel Knowles on July 16, 2015 case 15-0206. This arrest was insisted on by Vicki McLean because Homeland Security Agent Watson would not write up the theft of Vicki McLean's flash drive and original paper filing for Federal Espionage Case 15-2555 filed on 7/13/2015 sealed for the U.S. citizens. Homeland Security Agent Watson and Paragon Security Agent Lewis both were pressured by Area 51 and the FBI to lie.

46. Area 51 consistently hacks vehicles and drivers around Vicki McLean attempting to do physical harm to Vicki McLean from 2014 -2017.

47. Area 51 attempted to kill Vicki McLean medically using her doctors from Oct. 2016-March 2017 hiding Vicki McLean's bone scan that revealed a hollow hip bone and shoulder bone each with a 10% fracture.

48. Area 51 in August 2015 due to Vicki McLean finding a way to appear before a Federal Judge on a citation hearing begins to set up Timothy McLean's divorce from Ashley Burns McLean. Allison Burns Phillip, Timothy's sister in law was a former forensic examiner for Harris County who became an assistant DA of Harris County in the summer of 2013. This was the motive for Area 51 arranging the marriage and now the divorce to maintain communications between high profile Timothy McLean and the DA of Harris County that covered up the stabbing of Attorney Constance Singleton and framed Timothy McLean in July 2007 fully knowing Vicki McLean was a federal whistleblower whose False Claim attorney had been stabbed in Harris County on 12/22/2006.

49. Timothy McLean's divorce is completed March 2017 with Area 51 framing Timothy McLean not to hirer a different attorney from his wife. Area 51 forges the orders of the judge and attorney assigned Timothy McLean's divorce case using the University of Houston Law School fraudulent awarding Ashley Burns McLean $40,000 for a 2 year

marriage where Area 51 only allowed Ashley Burns McLean to be employed late July 2015 moving out of Timothy McLean's home in Jan. 2016 right after Vicki McLean appeared in court in front of Federal Judge Daniel Knowles defending herself on Dec. 29, 2015.

50. Area 51 in late May, 2017 attempts to frame Vicki, Tim, and Kim McLean for auto theft that fails.

51. Area 51 continues to do almost daily illegal entries into Vicki McLean's RV and apartments starting in Aug. 2012.

52. Area 51 orchestrates the wrecking of the backend of Vicki McLean's GMC 2012 Sierra White truck on 8/20/2017 in Malibu, CA at the light to the entrance of the Paradise Café and RV Resort adjacent to the land operating the illegal submerged submarine base opening in Point Dume, CA. This was a desperate attempt to try to take possession of the truck again illegally and to stop Vicki McLean's visit in Sunnydale, CA for the eclipse on 8/21/2017 advertising her recent filed case 17-5578 on her back truck window.

53. On 8/28/2017 Area 51 operators under Champion Forest Baptist Church using residents and employees of Karya Property Management at Providence at Champion who do almost daily illegal entries into Vicki McLean's apt. threw 3 large garden rocks through the back windows of both of her autos during Hurricane Harvey.

54. Last Oct. 2017 Area 51 filing a false police report attempted to remove Vicki McLean's Texas Driver License. Failure of the Texas Department of Public Safety to comply with Area 51 requests was likely the motive of AREA 51 murder of Texas Department of Public Safety Officer Allen on 11/30/2017. **DPS Officer Allen was specifically chosen to pass coded messages to Area 51 operators in Houston to contain former military intelligence officer Donald Allen, Jr. who was stationed in London during the time of the 9/11/2001 event** who likely lives in Houston today. Donald Allen, Jr. and his mother Katherine were good friends of the McLean Clan when they lived in Copperfield from 1989-1997 who kept in touch after James McLean's medical murder.

55. The theft of Vicki McLean's cell-phone and Montgomery County "Endeavour CD" out of her apartment sometime between Nov. 18-Nov. 20th is linked to the takedown of the U.S. navy plane near Japan on Nov. 21, 2017 after Vicki McLean filed case 17-12760 on Nov. 20, 2017.

24

The movement of Kim McLean also to 1099 income in 2012 and attempts continually to move Timothy McLean into 1099 income indicates a very high possibility their social security number were given to an immigrant by Area 51. James McLean began receiving 1099 income in March 1998 prior to being medically murdered like Louis A. Fanning, Sr. gives great reasons to know that James McLean, Jr. and Louis A. Fanning, Sr. social security numbers were given to an immigrant. Ana Rita Fanning did not work after having children in 1953 so it is reasonable to conclude that her social security number was given to an immigrant before any of the Fanning Clan members n the 1970's or earlier. This explains why so many American wives who are unemployed were falsely diagnosed with breast cancer and medically murdered. Breast Cancer is a intentional false diagnosis. Due to the hormonal changes programmed by Area 51 women have changes in their breast which are not harmful to them. Area 51 attempted to claim Vicki McLean had breast cancer at age 35. Because Area 51 detected James McLean discouraging Vicki McLean to do anything might revolt against Area 51 they quickly backdown during the repeat mammogram in 1988.


The following is a list of the  names of Vicki McLean's parents, husband, children, and siblings with their birthdates. As of today, it is likely only Karen Fanning Fourcade has not had her social security numbers given out by Area 51 to immigrants. Because of Karen Fourcade being framed in 2009 there is still a possibility her social security number has been given out to an immigrant. The rate that Area 51 and the FBI have given out the social security numbers of Louis Fanning, Sr. children to an immigrant is as high as 88%. The McLean Family Clan rate is likely 100% already. Area 51 seems to be rapidly trying to move Timothy McLean to partnership income at age 32. Surely the average American family with grown adults rate of having their social security numbers given to immigrants is at least 28 %. Today. This gives reason to detect at least 100 million immigrants of the approximate 350 million population of residents living in the United States are illegally residing in the United States using the social security numbers of United States citizens. The social security numbers being used may belong to decease U.S. citizen, a U.S. citizen employed overseas, a U.S. citizen inside the U.S. employed receiving a 1099 income, a U.S. citizen who is forced into unemployment because of the theft, or a U.S. citizen that is retired or employed forced by Area 51 like Vicki McLean.

The following are the names and birthdates of the Fanning and McLean Clan members so the court can investigate Area 51 and the FBI giving their social security numbers to immigrants. The Court should order all members of the McLean Clan and the Fanning Clan listed below to have a MRI with contrast of the brain read by the coroners of Orleans Parish, LA, Jefferson Parish, LA, Harris County, TX, and Montgomery County, TX. The investigators should assume there is encryption technology in the hardware of al computer system to identify the IP address of the applicant given his or her social security number to aid to cover up the 50+ million immigrants with stolen social security numbers. Vicki McLean contends that this hardware and software encryption technology aiding to hide the theft of social security numbers is highly likely to protect New World Orders manpower in the underground and their family members.

| NAME | BIRTHDAY | DIED |
|------|----------|------|
| Louis Anthony Fanning, Sr. | Jan. 30, 1925 | March 1986 |
| Ana Rita Fanning | July 2, 1926 | July 2002 |
| Patricia Fanning Starkey | June 27 or 26, 1947 | |
| James Thomas McLean, Jr. | March 22, 1952 | March 2002 |
| Lori Fanning Tozel | Nov. 5, 1953 | |
| Vicki Fanning McLean | Sept. 28, 1954 | |
| Karen Fanning Fourcade | Oct. 26, 1956 | |
| Louis Anthony Fanning, Jr. | Dec. 18, 1957 | |
| Georgia Fanning | Dec.5, 1959 | |
| Glen Fanning | May 2, 1961 | |
| Scott Fanning | Sept. 7, 1963 | |
| Dawn Fanning | May 10, 1966 | |
| Kimberly McLean | Sept. 18, 1982 | |
| Timothy McLean | May 17, 1985 | |

# Educational sources with analysis considering Area 51, FBI, and the HAARP mind control system abilities with questions for the court needing to be answered ASAP due to national security risks.

## Bureau definition

A bureau is an office organization, or government department that collects and distributes news or information, coordinating work, or performing specified services.

A bureau is an office of a company or organization that has its main office in another city or country.

A bureau is a division of a government department or an independent administrative unit.

## Federal definition

Having or relating to a system of government in which several states form a unity but remain independent in internal affairs.

## Internal Affairs definition

Refers to a division of a law enforcement agency that investigates incidents and possible suspicions of law-breaking and professional misconduct attributed to officers on the force.

## Reserve definition

To keep back or save for future use, disposal, treatment, etc.

**Reclamation definition**

The reclaiming of desert, marshy, or submerged areas or other wasteland for cultivation or other use.

The act of reclaiming.

**Algorithms**

https://en.wikipedia.org/wiki/Algorithm

**Algorithms** are essential to the way computers process data. Many computer programs contain algorithms that detail specific instructions a computer should perform (in a specific order) to carry out a specified task, such as calculating employees' paychecks or printing students' report cards. Thus, an algorithm can be considered to be any sequence of operations that can be simulated by a computer and can be expressed in many kinds of notation, including natural languages, pseudocode, flowcharts, drakon charts, programming language or control tables, etc.

Most algorithms are intended to be implemented as computer programs.

**HASH Functions**

https://en.wikipedia.org/wiki/Hash_functions

**Hash functions** is any function that can be used to map data of arbitrary size to data of fixed size. The values returned by a hash function are called hash values, hash codes, digests, or simply hashes. One use is a data structure called a hash table, widely used in computer software for rapid data lookup. Hash functions accelerate table or database lookup by detecting duplicated records in a large file.

28

A hash value can be used to uniquely identify secret information. This requires that the hash function is collision -resistant, which means that it is very hard to find data that will generate the same hash functions.

**Rainbow table**

https://en.wikipedia.org/wiki/Rainbow_table

A **rainbow table** is a precomputed table for reversing cryptographic hash functions, usually for cracking password hashes. Tables are usually used in recovering a plaintext password (or credit card numbers, etc.) up to a certain length consisting of a limited set of characters. It is a practical example of a space–time trade off, using less computer processing time and more storage than a brute-force attack which calculates a hash on every attempt, but more processing time and less storage than a simple lookup table with one entry per hash. Use of a key derivation function that employs a salt makes this attack infeasible.

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(A Social Security number hash function always include the social security number, name, and birthdate producing a blockchain different from the immigrant who has stolen a U.S. citizen social security often given to them by the federal government since 1950's.  All immigrants should know they were not entitled to a social security number until they became a United States citizen. Issuance of social security number prior to citizenship is indications of a stolen social security number that would also result in a stolen social security for the immigrant children not having legal residence in the United States. The two blockchains never collide. Use of the rainbow table and**

29

**making sure there is no encryption in the hardware or software should allow the hash function of a social security number to remove the name and birthday forcing the block chain of the U.S. citizen owning the social security number to merge with the blockchain of the immigrant who has stolen the U.S. citizen social security number being a violation of the economic industrial espionage act and espionage act resulting often in the early murder of the U.S. citizen)**

## Encryption or Cryptography

https://en.wikipedia.org/wiki/encryption

In cryptography, **encryption** is the process of encoding a message or information in such a way that only authorized parties can access it. Encryption does not itself prevent interference, but denies the intelligible content to a would-be interceptor. In an encryption scheme, the intended information or message, referred to as plaintext, is encrypted using an encryption algorithm – a cipher – generating ciphertext that can only be read if decrypted. For technical reasons, an encryption scheme usually uses a pseudo-random encryption key generated by an algorithm. It is in principle possible to decrypt the message without possessing the key, but, for a well-designed encryption scheme, considerable computational resources and skills are required. An authorized recipient can easily decrypt the message with the key provided by the originator to recipients but not to unauthorized users.

In public-key encryption schemes, the encryption key is published for anyone to use and encrypt messages. However, only the receiving party has access to the decryption key that enables messages to be read. Public-key encryption was first

30

described in a secret document in 1973; before then all encryption schemes were symmetric-key (also called private-key).

Encryption has long been used by militaries and governments to facilitate secret communication. It is now commonly used in protecting information within many kinds of civilian systems. For example, the Computer Security Institute reported that in 2007, 71% of companies surveyed utilized encryption for some of their data in transit, and 53% utilized encryption for some of their data in storage.

Encryption can be used to protect data "at rest", such as information stored on computers and storage devices.

Encryption is also used to protect data in transit, for example data being transferred via networks (e.g. the Internet, e-commerce), mobile telephones, wireless microphones, wireless intercom systems, Bluetooth devices and bank automatic teller machines.

Encryption, by itself, can protect the confidentiality of messages, but other techniques are still needed to protect the integrity and authenticity of a message; for example, verification of a message authentication code (MAC) or a digital signature.

**Blockchain**

https://en.wikipedia.org/wiki/Blockchain

A blockchain originally block chain is a continuously growing list of records called blocks, which are linked and secured using cryptography. Each block typically contains a hash pointer as a link to previous block, a timestamp and transaction data. By design, blockchains are inherently resistant to modification of the data. Is

an open distributed ledger that can record transactions between two parties efficiently and in a verifiable and permanent way.

**A Peer to Peer**

https://en.wikipedia.org/wiki/peer_to_peer

**A Peer to Peer system** version of electronic system would allow transactions to be sent directly from one party to another without having a trusted administrator. Digital signatures provide part of the solution but being they can be copied not very secure.  A network timestamps transactions by hashing them into an ongoing chain of hash-based proof of work, forming a record that cannot be changed without redoing the proof of work. Then adding a proof of work.

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(Area 51 produce two block chains for Vicki McLean's checking accounts for each statement.  One block chain were the original transactions of Vicki McLean's checking account from the original checks, debit charges, and deposits of Vicki McLean. The second block chain for Vicki McLean's checking account were all the alterations of Vicki McLean's bank account transactions often forging all checks 100% by Area 51 unseen by Vicki McLean. Area 51 likely never hacked the bank transactions in transit within the Federal Reserve System. Area 51 likely hacked only data in use(current transactions) and data at rest (older transactions completed that should not be able to be removed or altered). Completely reversible transactions surely are possible and done daily by Area 51 but not allowed by financial institutions.)**

**Proof-of-work system**

https://en.wikipedia.org/wiki/Proof_of_work_system

Proof of work function is an economic measure to deter denial of service attacks and other service abuses such as spam on a network by requiring some work from the service requester, usually meaning processing time by a computer. This technique is to check the service requester.  Example is a group of random letters are provided to the service requester who is required to plug those same random letters in same sequence in a box.

**Reusable Proof-of Work System**

https://en.wikipedia.org/wiki/Reusable_proof_of_Work_System

Reusable Proof of Work system allows the same cryptocurrency to be used over and over without mining another coin. More economical for the cryptocurrency system but presents much higher risks for money laundering, weapon movement, drug movement, etc. because Area 51 now can remove the transactions they do not want seen.

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(Why are the U.S. residents not asked only the social security number then the service provider plugs in the number and gets the name, address, birthdate, fingerprints and updated picture of the individual from the computer of the social security number provided and in return requires the service requester to provide identification that matches what the service provider pulled up on the computer after the social security number was entered? This would be proper internal controls to not allow the theft of social security numbers using**

only the social security number as the HASH VALUE. Even when
programming only the hash value of the social security number the
investigators need to remove the obvious encryption hardware and software
that would immediately add the name and birthday based on the GPS location
of the client. The computer could be program to access the microchip in the
client's brain to verify the client's microchip IP address the other secret
encryptic portion of the HASH FUNCTION only known to Area 51. Based on
Vicki McLean's experience it is reasonable to know the HAARP system is able
to detect the IP addresses of the microchips located in a certain GPS location
using encryption in the computer processing of all computers and computer
software to maintain important secrets like a stolen social security number.
Vicki McLean learn of this when in Manhattan in Oct. 2014 dressed in a crazy
costume with a large fish at the end of a Barbie fishing pole educating
everyone about the HAARP mind control system. For an hour Vicki McLean
noticed how Area 51 was able to program the mass numbers of people
walking around her in all directions never to look at Vicki McLean including
the children. The computer program locally was able to identify and connect
to all microchips in the frontal lobe of the people based on their GPS location
to Vicki McLean's GPS location. From this experience and many similar
Vicki McLean is certain that there is encryptic technology in the hardware
and software to connect to the microchips in the people frontal lobes. This is
also how Area 51 hand-picked and arranged the "Lone Survivor" a true
military story made into a movie to be a soldier from Willis, Texas to threaten
all HAARP operators and residents in the Willis Area that knew about James
McLean's technology and his murder while living in Willis, TX.)

**Key (cryptography)**

https://en.wikipedia.org/wiki/Key_cryptography

In cryptography, a **key** is a piece of information (a parameter) that determines the functional output of a cryptographic algorithm. For encryption algorithms, a key specifies the transformation of plain text into cipher text, and vice versa for decryption algorithms. Keys also specify transformations in other cryptographic algorithms, such as digital signature schemes and message authentication codes.

Should assume the enemy knows the system so typically the keys that are used to encrypt and decrypt is the security.

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(But with the mind control system Area 51 likely was involved in creating the encryption for the algorithm and the private key so Area 51 knows the encryption within the system and even issued the keys or can easily get any key being able to read the minds of people and see everything they see. With Area 51 there is no such thing as a secure system or classified information. Area 51 is the inventor of all things and the developer of all hardware and software and the encryption of the system and developer of the keys. The only security America has is its' true authentic American Patriots which are not immigrants and their children. Area 51 only selects the immigrants who they have tested for obedience to New World Order before bringing an immigrant to America. Area 51 and immigrants understand they are in America to steal, kill, and destroy America for New World Order.**

Part of the security brought about by cryptography concerns confidence about who signed a given document, or who replies at the other side of a connection. Due to the mind control system one should assume all keys are compromised and is why a series of trusted administrators with numerous witnesses are necessary that are not afraid to speak up. Area 51 from 1975 to 2000 removed Americans from the work force that constantly did their job doing what is right to expose the hacking and forgeries of Area 51 and local HAARP mind control operators. Because Americans have constitution rights and immigrants do not have constitutional rights Area 51 places more and more immigrants into the American workforce being given stolen social security numbers belonging to U.S citizens. An immigrant using a stolen social security number provides great leverage for Area 51 over the immigrants and their children. Over time immigrants and their children using the social security numbers of U.S. citizens were moved more into management positions in federal and state governments besides private corporations. By Sept. 11, 2001 the trusted administrators of financial institutions rarely spoke up against Area 51 daily hackings altering transactions and forging signatures. After 9/11/2001 when the FBI and NIST proved to all financial institutions they were not going to allow the truth to be exposed no financial institution trusted administrator would speak up. Very few of the Federal Reserve Board of Governors have not been a professor for a University indicating a 99% probability that all Board of Governors for the Federal Reserve System had worked in the mind control system during college and never gave any resistance to the orders of Area 51 operators. The 2007-2008 banking crisis occurred because the Board of Governors of the Federal Reserve did not supervise the banks and provided no support to the trusted administrators to stand up to Area 51 hacking their systems stealing, funds,

36

altering transactions, issuing loans and credit to clients that did not meet the standards and guidelines set by the federal government, etc. The Secretary of the U.S. Department of Treasury was obviously no better bailing out the big institutions obviously without the proper audits that surely would have placed the liability on the Federal Reserve System.)

**Key VS Password**

https://en.wikipedia.org/wiki/key

The primary practical difference between keys and passwords is that passwords are intended to be generated, read, remembered, and reproduced by a human user. A key, by contrast, is intended for use with the software that is implementing the cryptographic algorithm, and so human readability etc. is not required. In fact, most users will, in most cases, be unaware of even the existence of the keys being used on their behalf by the security components of their everyday software applications.

A password would not be used as such on its own. This is because passwords tend to be human-readable and, hence, may not be particularly strong. To compensate, a good crypto system will use the *password-acting-as-key* not to perform the primary encryption task itself, but rather to act as an input to a key derivation function (KDF). That KDF uses the password as a starting point from which it will then generate the actual secure encryption key itself. Various methods such as adding a salt and key stretching may be used in the generation.

37

**Public key cryptography**, or **asymmetrical cryptography**

**Public key cryptography**, or **asymmetrical cryptography**, is any cryptographic system that uses pairs of <u>keys</u>: *public keys* which may be disseminated widely, and *private keys* which are known only to the owner. This accomplishes two functions: <u>authentication</u>, which is when the public key is used to verify that a holder of the paired private key sent the message, and <u>encryption</u>, whereby only the holder of the paired private key can decrypt the message encrypted with the public key.

In a public key encryption system, any person can encrypt a message using the public key of the receiver, but such a message can be decrypted only with the receiver's private key. For this to work it must be computationally easy for a user to generate a public and private key-pair to be used for encryption and decryption. The strength of a public key cryptography system relies on the degree of difficulty (computational impracticality) for a properly generated private key to be determined from its corresponding public key. Security then depends only on keeping the private key private, and the public key may be published without compromising security.

All events requiring a revocation and replacement of a public key can take a long time to take full effect with all who must be informed. For this reason systems that must react in real time should not use public key encryption without taking great care.

***Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.***

38

**(As a company is creating a new public key encryption Area 51 is already involved in the new public key encryption and has the new public key encryption before the company even starts using it)**

**Digital signatures**

https://en.wikipedia.org/wiki/Digital_signatures

A digital signature is meant to prove a message came from a particular sender; neither can anyone impersonate the sender nor can the sender deny having sent the message. This is useful for example when making an electronic purchase of shares, allowing the receiver to prove who requested the purchase. Digital signatures do not provide confidentiality for the message being sent.

The message is signed using the sender's private signing key. The digitally signed message is then sent to the receiver, who can then use the sender's public key to verify the signature.

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(It has been proven that the digital signatures of all the federal judges assigned to Vicki McLean's federal cases from 2007 through 2017 have been stolen and used by Area 51. The only way to aid in a person especially a federal judge in challenging the digital signature is requiring a Timestamp to be included with the federal judge digital signature and two witnesses at the same time with their digital signatures that also include a TimeStamp. This would require Area 51 to have all 3 people lie for Area 51 in court making it more difficult for Area 51 to control a court case. All orders for federal cases should also occur in court in front of many witnesses who provide a signature and timestamp at the same time the order is written. The Court of Appeal and**

the Supreme Court systems have no internal controls making it much easier to forge the orders on appeals and by the Supreme Court.  Having the computer also locate all the IP addresses of the microchips of the signers at the time of the timestamp adding an additional computer time stamp with GPS coordinates of all 3 signers at the time of timestamping verifying all three were present in the room at the same.)


## Certification authority

In order for Enveloped Public Key Encryption to be as secure as possible, there needs to be a "gatekeeper" of public and private keys, or else anyone could create key pairs and masquerade as the intended sender of a communication, proposing them as the keys of the intended sender. This digital key "gatekeeper" is known as a **certification authority**. A certification authority is a trusted third party that can issue public and private keys, thus certifying public keys. It also works as a depository to store key chain and enforce the trust factor.

*Analysis of the above information in light of  Area 51 and FBI using the HAARP mind control system 24/7.*

(The following HOBBS ACT threats by Area 51 were orchestrated to make sure the trusted third-party administrators allowed Area 51 to continue to set up the 2007-2008 banking crisis and control the U.S. markets daily:

1. Bombing of the World Trade Towers with the majority of the tenants on the higher floors being financial institutions.
2. FBI and NIST together showing they would continued to cover up how Area 51 bombed the World Trade Towers and the motive being Area 51 wanting continued freedom to hack the computer systems of all

financial systems in the United States to set up the 2007-2008 banking crisis and bailout with controlling the U.S. Markets daily. These threats have also allowed Area 51 to set cryptocurrencies to money launder more easily weapons, submarines, steel, space equipment, drugs, money, computer systems, etc.

3. U.S. President Barack Obama and the U.S. Senate Hobbs Act threat passing the Dodd-Frank Act of 2009 making it harder and harder for the banks to increase their profits being restricted in the U.S. markets with increase paper requirements that were totally unnecessary. If the Federal Reserve Board of Governors had supervised the banks properly to back down Area 51 daily attacks in their computer systems and bank accounts, etc. the 2007-2008 banking crisis would not have occurred. The Federal Reserve System private funds should have bailout all banks and the U.S. citizens who loss their jobs and assets due to the Federal Reserve fraud from inception in 1913.

For these reasons, the certificate authority which is considered trusted third-party administrator is ineffective to secure public and private keys. Area 51's Hobbs Act threats to the financial institutions' third-party administrators can be explained like a hostage situation where Area 51 is walking around with the third-party administrator pointing a gun to his head and his family members head as Area 51 demands the third-party administrator to open every safe inside the bank's vault. The third-party administrators would surely give all the keys of the safes inside the vault to Area 51 and not tell anyone to keep their families safe.)

**Secret sharing**

https://en.wikipedia.org/wiki/Secret_sharing

**Secret sharing** (also called **secret splitting**) refers to methods for distributing a *secret* amongst a group of participants, each of whom is allocated a *share* of the secret. The secret can be reconstructed only when a sufficient number, of possibly different types, of shares are combined together; individual shares are of no use on their own.

In one type of secret sharing scheme there is one *dealer* and *n players*. The dealer gives a share of the secret to the players, but only when specific conditions are fulfilled will the players be able to reconstruct the secret from their shares. The dealer accomplishes this by giving each player a share in such a way that any group of $t$ (for *threshold*) or more players can together reconstruct the secret but no group of fewer than $t$ players can. Such a system is called a $(t, n)$-threshold scheme (sometimes it is written as an $(n, t)$-threshold scheme).

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(How effective is the principle of secret sharing when Area 51 has every participant of the group share of the secret being able to reconstruct the entire secret?)**

42

**Data erasure**

https://en.wikipedia.org/wiki/Data_erasure

**Data erasure** (sometimes referred to as **data clearing** or **data wiping**) is a
software-based method of overwriting the data that aims to completely destroy
all electronic data residing on a hard disk drive or other digital media by using
zeros and ones to overwrite data onto all sectors of the device. By overwriting the
data on the storage device, the data is rendered unrecoverable and achieves data
sanitization.

Ideally, software designed for data erasure should:

1. Allow for selection of a specific standard, based on unique needs, and
2. Verify the overwriting methodology has been successful and removed data
   across the entire device.

Permanent data erasure goes beyond basic file deletion commands, which only
remove direct pointers to the data disk sectors and make the data recovery possible
with common software tools. Unlike degaussing and physical destruction, which
render the storage media unusable, data erasure removes all information while
leaving the disk operable.

**Data remanence**

https://en.wikipedia.org/wiki/Data_remanence

**Data remanence** is the residual representation of digital data that remains even
after attempts have been made to remove or erase the data. This residue may result
from data being left intact by a nominal file deletion operation, by reformatting of

storage media that does not remove data previously written to the media, or through physical properties of the storage media that allow previously written data to be recovered. Data remanence may make inadvertent disclosure of sensitive information possible should the storage media be released into an uncontrolled environment (*e.g.*, thrown in the trash or lost).

Various techniques have been developed to counter data remanence. These techniques are classified as clearing, purging/sanitizing, or destruction. Specific methods include overwriting, degaussing, encryption, and media destruction.

Effective application of countermeasures can be complicated by several factors, including media that are inaccessible, media that cannot effectively be erased, advanced storage systems that maintain histories of data throughout the data's life cycle, and persistence of data in memory that is typically considered volatile.

As of November 2007, the United States Department of Defense considers overwriting acceptable for clearing magnetic media within the same security area/zone, but not as a sanitization method. Only degaussing or physical destruction is acceptable for the latter.

***Analysis of the above information in light of the Area 51 and FBI using the HAARP mind control system 24/7.***

**(It is recommended to shut down computer systems at night when unattended making it harder for Area 51 to hack the computer systems. It is much easier for Area 51 to alter files at night when less eyes are on the computer systems to witness the hacking into the system. For these reasons the computer systems should be shut down over night for security reasons but most stay on 24/7 to aid Area 51 operations.)**

(When considering FBI Comey's report on television regarding the FBI investigation of Hillary Clinton's emails one has to wonder why the AREA 51 HAARP mind control operators using IBM Thomas Watson Research Center HAARP mind control system within 5 miles of Hillary Clinton's home did such a poor job of data erasure. This was not an accident or a sloppy job by Area 51. Area 51 allowed the FBI the ability to recover some of Hillary Clinton's emails. Was the mentioning of this by FBI Comey not a threat to IBM Thomas Watson Research Center whose computers were likely accessed by Area 51 in charge of Hillary Clinton emails from at home. Did FBI Comey question Hillary Clinton in detail as to her omputer experience and knowledge. Why did not FBI Comey question Hillary Clinton in detail regarding the methods used to delete her emails? Did Comey ask Hillary who had done the data erasure to her email files and what methods of erasure were used? Did Comey ask Hillary and Bill about the purchase of the home next door in July, 2016. Why did not FBI Comey question Hillary Clinton as to why in such a hectic time in her life that she would buy the home next door and renovated it without the required permits as reported in a New York news article? Did Comey ask Hillary why she decided to fill in the pool of the home purchased next door? Did Comey's FBI staff question the realtors and neighbors in the area about the Clinton's Home purchase with the renovations happening so quickly? Was the filling in the pool a HOBBS ACT threat toward the two Catholic colleges staff working in the HAARP mind control system and the IBM Thomas Watson Research staff working in the mind control system who would have witnessed all the activities linked to Hillary Clinton's emails, telephone calls, interactions with visitors, visitors' thoughts not expressed, Bill and Hillary's conversations and thoughts not expressed, etc.? Did the FBI check the transmissions of Hillary Clinton's emails at the

45

computers of the internet provider or wireless provider being Hillary Clinton's emails involved classified information? This classified information would still be stored in the computers of Hillary Clinton's email provider and internet provider? If not, why not? What company provided internet access to Hillary Clinton's home in New York and the Clinton Foundation? Why did the FBI need Apple to unlock a client's phone when they should have gone to the computers of the wireless provider or internet provider? Area 51 easily can erase information like text, calls, and stored documents on any personal electronic device. Vicki McLean has witnessed the removal of calls, texts, files etc. by Area 51 frequently on her phones and computers. Was the FBI aware that the nearest colleges to Hillary Clinton's home were Catholic Colleges that would be running the illegal mind control system in Hillary Clinton's community. It becomes obvious that Area 51 strategically placed Hillary Clinton in her home within 5 miles of the IBM Thomas Watson Research Center with two Catholic Colleges being over the mind control system for the community. The underground below the Vatican in Italy is likely similar to Area 51 for Europe. The Clinton Foundation is a global non-profit organization that has been used often to money launder funds and assets overseas. The FBI office in New Orleans would have been aware that the Federal Court System in control of Vicki McLean's federal cases would be under the control of Loyola University and Tulane University HAARP staff. Did the FBI notice these correlations as to great motives why New World Order created 3 earthquakes in Italy from Aug. 2016 through Oct. 30, 2016 while Hillary was renovating the home next door? All this activity by the Clinton's, Area 51, and New World Order were occurring during the time FBI Director Comey was finishing up the investigation into Hillary Clinton's

**emails before the Democratic Primary Elections for the U.S. President election.)**

**Crypto-shredding**

https://en.wikipedia.org/wiki/Crypto_shredding

**Crypto-shredding** is the practice of 'deleting' data by deliberately deleting or overwriting the encryption keys.[1]This requires that the data has been encrypted. Data comes in these three states: data at rest, data in transit and data in use. In the CIA triad of confidentiality, integrity, and availability all three states must be adequately protected.

Getting rid of data at rest like old backup tapes, data stored in the cloud, computers, phones, multi-function printers can be challenging when confidentiality of information is an issue. When encryption is in place, it will enable a smooth disposal of data. Confidentiality and privacy are big drivers of encryption.

In some cases everything is encrypted (eg. harddisk, computer file, database, etc.) but in other cases only specific data (eg. passport number, social security number, bank account number, person name, record in a database, etc.) is encrypted. In addition, the same specific data in one system can be encrypted with another key in another system. The more specific data is encrypted (with different keys) the more specific data can be shredded.

Best practices

**Storing encryption keys** securely is important for shredding to be effective. There is no effect when a encryption key is shredded when it has already been compromised (copied). A Trusted Platform Module addresses this issue.

A hardware security module is one of the safest ways to use and store encryption keys.

**Bring your own encryption** refers to a cloud computing security model to help cloud service customers to use their own encryption software and manage their own encryption keys.

**Salt**: Hashing can be inadequate for confidentiality, because the hash is always the same. For example: The hash of a specific social security number can be reverse engineered by the help of rainbow tables. Salt addresses this problem.

*Analysis of the above information in light of the Area 51 and FBI using the HAARP mind control system 24/7.*

**(There are great reasons to conclude due to Area 51 avoidance to hack the Federal Reserve Clearing system that encryption is built into the hardware of the Federal Reserve. When encryption exists permanent removal of transactions can be done easily and efficiently by Area 51. For these reasons it is reasonable to conclude that all Federal and State government hardware have encryption? So not to risk the threat of discovering the hardware encryption of the Federal Reserve System. the Federal Reserve Clearing system is restricted as much as possible from hacking and all alterations of money transactions, forgeries, etc. are done at the bank level to data at rest and data in use or to the SWIFT Payment message system. In extreme circumstances, Area 51 would be able to access the Federal Reserve System and accomplish efficient erasure due to encryption in the hardware.)**

**Database forensics**

https://en.wikipedia.org/wiki/Database_forensics

Database forensics is a branch of digital forensic science relating to the forensic study of databases and their related metadata.


**Threshold cryptosystem**

https://en.wikipedia.org/wiki/Threshold_cryptosystem

In cryptography, a cryptosystem is called a "threshold cryptosystem", if in order to decrypt an encrypted message, several parties (more than some threshold number) must cooperate in the decryption protocol. The message is encrypted using a public key and the corresponding private key is shared among the participating parties.

Historically, only organizations with very valuable secrets, such as certificate authorities, militaries, and governments, would make use of the technology of **threshold cryptosystem.**

*Analysis of the above information in light of Area 51 and FBI using the HAARP mind control system 24/7.*

**(Threshold cryptosystems are not any safer from Area 51 attacks since Area 51 sees everything and surely watches the military and government personnel especially in the research laboratories very closely like they watch Vicki McLean.)**

49

**Disk Encryption**

https://en.wikipedia.org/wiki/Disk_encryption

**Disk encryption** technology which protects information by converting it into unreadable code that cannot be deciphered easily by unauthorized people. Disk encryption uses <u>disk encryption software</u> or <u>hardware</u> to <u>encrypt</u> every <u>bit</u> of data that goes on a <u>disk</u> or disk <u>volume</u>. It is used to prevent unauthorized access to data storage.

Expressions *full disk encryption (FDE)* or *whole disk encryption* signify that everything on disk is encrypted, but the <u>master boot record</u> (MBR), or similar area of a bootable disk, with code that starts the operating system loading sequence, is not encrypted. Some <u>hardware-based full disk encryption</u> systems can truly encrypt an entire boot disk, including the MBR.

**Hardware-based full disk encryption**

https://en.wikipedia.org/wiki/Hardware_based_full_disk_encryption

Hardware-based encryption when built into the drive or within the drive enclosure is notably transparent to the user. The drive except for bootup authentication operates just like any drive with no degradation in performance. There is no complication or performance overhead, unlike <u>disk encryption software</u>, since all the encryption is invisible to the <u>operating system</u> and the host <u>computers</u> <u>processor</u>.

The two main use cases are <u>Data at Rest</u> protection, and Cryptographic Disk Erasure.

50

In Data at Rest protection a laptop is simply powered off. The disk now self-protects all the data on it. The data is safe because all of it, even the OS, is now encrypted, with a secure mode of <u>AES</u>, and locked from reading and writing. The drive requires an authentication code which can be as strong as 32 bytes ($2^{256}$) to unlock.

## Dish Encryption Hardware

https://en.wikipedia.org/wiki/Disk_Encryption_Hardware

The computer security technique called disk encryption is used to protect confidentiality of the data stored on a computer disk. This article discusses **hardware** which is used to implement the technique (for cryptographic aspects of the problem see disk encryption). Compared to access restrictions commonly enforced by an OS, this technique protects data even when the OS is not active, for example, if data is read directly from the hardware.

## IBM Secure Blue

https://en.wikipedia.org/wiki/IBM_Secure_Blue

**Secure Blue** is a type of computer hardware designed by IBM that enables data encryption to be built into a microprocessor. It can be added to existing processors, and encrypts and decrypts data as it passes through them, without requiring any power from the processors themselves. Possible uses of the technology are to protect data on stolen devices and enforcement of Digital Rights Management(DRM).

## Key disclosure law

https://en.wikipedia.org/wiki/Key_disclosure_law

**Key disclosure**, is legislation that requires individuals to surrender cryptographic keys to law enforcement. The purpose is to allow access to material for confiscation or digital forensics purposes and use it either as evidence in a court of law or to enforce national security interests. Similarly, **mandatory decryption** laws force owners of encrypted data to supply decrypted data to law enforcement.

## Digital Currency

**Digital currency** (**digital money** or **electronic money** or **electronic currency**) is a type of currency available only in digital form, not in physical (such as banknotes and coins). It exhibits properties similar to physical currencies, but allows for instantaneous transactions and borderless transfer-of-ownership. Examples include virtual currencies and cryptocurrencies[1] or even central bank issued "digital base money". Like traditional money, these currencies may be used to buy physical goods and services, but may also be restricted to certain communities such as for use inside an on-line game or social network.[2]

Digital currency is a money balance recorded electronically on a stored-value card or other device. Another form of electronic money is network money, allowing the transfer of value on computer networks, particularly the Internet. Electronic money is also a claim on a private bank or other financial institution such as bank deposits.[3]

Digital money can either be centralized, where there is a central point of control over the money supply, or decentralized, where the control over the money supply can come from various sources.

**Cryptocurrency**

https://en.wikipedia.org/wiki/Cryptocurrency

A cryptocurrency is a type of digital token that relies on cryptography for chaining together digital signatures of token transfers, peer-to-peer networking and decentralization.

In some cases a proof-of-work scheme is used to create and manage the currency.[21][22][23][24]

**Shell Corporation**

https://en.wikipedia.org/wiki/Shell_Corporation

A **shell corporation** is a company which serves as a vehicle for business transactions without itself having any significant assets or operations. Sometimes, shell companies are used for tax evasion or tax avoidance, or to achieve a specific goal such as anonymity.

**Money Laundering**

https://en.wikipedia.org/wiki/Money_Laundering

**Money laundering** is the process of transforming the profits of crime and corruption into ostensibly "legitimate" assets. In a number of legal and regulatory systems, however, the term money laundering has become conflated with other forms of financial and business crime, and is sometimes used more generally to include misuse of the financial system (involving things such as securities, digital currencies, credit cards, and traditional currency), including terrorism

53

financing and evasion of international sanctions. Most anti-money laundering laws openly conflate money laundering (which is concerned with *source* of funds) with terrorism financing (which is concerned with *destination* of funds) when regulating the financial system.

Some countries define money laundering as obfuscating sources of money, either intentionally or by merely using financial systems or services that do not identify or track sources or destinations. Other countries define money laundering in such a way as to include money from activity that *would have been* a crime in that country, even if the activity was legal where the actual conduct occurred.[5]

## Information Technology

https://en.wikipedia.org/wiki/Information_Technology

**Information technology** is a broad subject which deals with technology and other aspects of managing and processing information, especially in large organizations.

## Computer networking

https://en.wikipedia.org/wiki/Computer_networking

**Computer networking** is the scientific and engineering discipline concerned with communication between two or more computer systems. Computer networking is considered a sub-discipline of telecommunications.

54

**Software development**

https://en.wikipedia.org/wiki/Software_development

**Software development** is the process of computer programming, documenting, testing, and bug fixing involved in creating and maintaining applications and frameworks resulting in a software product.

## Exhibit 1

**United States District Court of Eastern Louisiana 15-08 on appeal as 15-30345 U.S. Fifth Circuit Court of Appeal Appellant Brief** – Vicki McLean VS Barack Obama, ET AL

## Exhibit 2

**United States District Court of Eastern District of Louisiana 17-12760 Vicki McLean and Estate of James McLean EX REL USA VS European Union, ET AL sealed**

## Exhibit 3

**United States District Court of Eastern Louisiana 15-2555 Vicki McLean and Estate of James McLean EX REL USA VS Joint Chiefs of Staff, ET AL motion filed on 8/1/2016 titled #4 of 23 "Motion to add Atlantic Undersea Test and Evaluation Center (AUTEC), Naval Sea Systems Command, and Naval Undersea Museum as Defendant in the case".** 21 secret submerged submarine bases along the Florida Coast were exposed in this filing. Only until recently learning about Gunther Laukien's underwater craft development did Vicki McLean realize that most of the global elites likely owned an interest in an underwater craft. These underwater crafts were likely parked in the secret submerged submarine bases across the globe. Vicki McLean also recently recognized that the likely reason for Dirk Laukien hiring Timothy McLean to work for his privately-owned company known as Black Forest Ventures in 2010 was because Gunther Laukien

55

illegally used James McLean's intellectual property in his underwater crafts. Dirk Laukien violating labor laws fired Timothy McLean around the time Vicki McLean's false claim case 11-193 was unsealed Feb. 27, 2012 that exposed the murder of James McLean for his intellectual property.  Because Vicki McLean detected all 23 motions filed on Aug. 1, 2016 in case 15-2555 where likely removed due to the information exposed in Motion 4 and Motion 12. Due to their removal from case 15-2555 all 23 motions filed on 8/1/2016 were added to espionage false claim case 16-15001 filed Sept. 28, 2016.

## Exhibit 4

**United States District Court of Eastern Louisiana 15-2555 Vicki McLean and Estate of James McLean EX REL USA VS Joint Chiefs of Staff, ET AL motion filed on 8/1/2016 titled #12 of 23 "Motion to add Rep. Kevin Brady as a defendant".**  This motion reveals numerous tenants in the World Trade Towers on 9/11/2001 making it obvious the real motive was to threaten all the tenants that are witnessed to market crashes and daily hacking of brokerage systems by HAARP mind control systems to manipulate the U.S. markets daily for New World Order's financial benefits, witnesses of illegal shipments of drugs, guns, steel, etc. for New World Order, and witnesses to the illegal underground in Manhattan, NY. Because Vicki McLean detected all 23 motions filed on Aug. 1, 2016 in case 15-2555 where likely removed due to the information exposed in Motion 4 and Motion 12. Due to their removal from case 15-2555 all 23 motions filed on 8/1/2016 were added to espionage false claim case 16-15001 filed Sept. 28, 2016.

## Exhibit 5

**Letter from Texas Department of Transportation to Vicki McLean** and Vicki McLean's response. This was obvious retaliation by Area 51 and the Houston Metro HAARP operators to attempt to strip Vicki McLean of her Texas driver's license based on a false report. This false report took a total of Vicki McLean 2 complete days to address having to address the complaint and then take the written and driver's test.

Update of illegal entries, thefts, and computer hackings

Letter dated Dec. 13, 2017 to Karya Property Management hand delivered to leasing agent at their Bueno Vista Apartments on Bammelwood in Houston, TX

addressing the continued illegal entries into Vicki McLean's apartment at
Providence At Champions.

Letter dated Dec. 13, 2017 to Sarah Booth of the Montgomery County library
system.

## Exhibit 6

United **States District Court of Eastern Louisiana 17-5578 sealed, active** Estate
of James McLean EX REL USA VS Loyola University, ET AL Judge Ivan
Lemelle

## Exhibit 7

**United States District Court of Eastern Louisiana 17-9425 sealed, active,**
Estate of James McLean VS Area 51 Judge Ivan Lemelle

## Exhibit 8

**United States District Court of Eastern Louisiana 16-15001 sealed, active,**
Estate of James McLean and Vicki McLean EX REL USA VS FEMA Judge
Martin Feldman

# **Conclusion**

Once the courts understand how much illegal information the FBI and Attorney
General Office are allowed to acquire illegally from the illegal HAARP mind
control system which does 24/7 wiretapping of all U.S. residents lives and all
computers and computer systems inside the United States  it becomes clear why in
2003 the Department of Justice, James Comey the U.S. Deputy Attorney General,
and Robert Mueller the FBI Director raised a stink to stop the NSA, CIA, NCIS,
etc. from having freedom to wiretap anyone under the Terrorist Surveillance
Program like the HAARP mind control system does everyday and much more.
Mueller and Comey have been partners in crime for a long time with Wray. The
FBI, Area 51, and the U.S. Attorney General Office are daily involved in computer
fraud in violation of 18 U.S.C. Chap. 47 Sect 1030 of Espionage Act and use of
information acquired from computers to do act of terrorism in violation of 18
U.S.C. Part 1 Chap 113B Sect 2332B. Area 51 using the HAARP system illegally
access Vicki McLean's computers, cell phones, and her microchip in her frontal
lobe while preparing all her federal cases. Area 51 and the FBI underground
HAARP mind control operators continually enlarge and decrease Vicki McLean's
font on her computer as she is preparing a case. Area 51 and the FBI illegal access
Vicki McLean's computers when off line using available WIFI locally and hack
the library systems computers, McDonald restaurant internet provider and
Starbucks internet provider to plan terrorist attacks linked to information being
exposed in the current federal espionage case Vicki McLean is planning to file.

Vicki McLean's exposure of a submarine using the James McLean's technology off the coast of Japan from 3/8/2011 through 3/11/2011 creating the Japan Earthquake on the anniversary of James McLean's death 3/11/2011 in Federal Espionage case 17-12760 prepared by Friday Nov.17, 2017 and filed Nov. 20, 2017 is why Area 51 planned the takedown of a Navy Plane off the coast of Japan on Nov. 21, 2017. The missing submarine off the coast of Argentina the week earlier was also a terrorist act by Area 51 due to information being exposed in federal case 17-12760.

It is hard to believe that the FBI did not know the following:

1. The attack on the financial institutions located in the World Trade Towers on 9/11/2001 were due to muzzle all financial institutions who witnessed that hacking of their computer systems money laundering money, issuing loans and credit to clients who did not qualify, and controlling the ups and downs in the market each day.

2. That a plane did not crash into the Pentagon on 9/11/2001 instead the Pentagon was attacked by a Maser Weather Satellite and NASA could verify this.

3. That the World Trade Towers were bomb and the planes had no effect on why both World Trade Towers fell straight down in sequence as buildings are imploded for demolition.

4. That all the mass shooting involved numerous shooters who where given specific people as their targets hand-pick by Area 51 to threaten someone, some industry, or some company, etc. and the accused shooter was just a patsy like Lee Oswald.

5. That Satoshi Nakamoto the inventor of bitcoin is fictitious person like a Shell Corporation and the real inventor is Area 51. Did not the FBI investigate numerous bitcoin transactions. Are they not required to substantiate who is the real inventor of bitcoin under the Bank Secrecy Act?

6. That the massive theft of bitcoins are linked to targeting specific bitcoins before they are liquidated for real currency so not to expose the money laundering activities link to the bitcoins stolen?

7. That there is no need to request for Apple to unlock an I-phone since a hacker can easily erase anything on a cell phone so the best source of information sent to and from a phone is the computers of the wireless provider or internet provider.

8. There is no way the FBI does not know that most immigrants are using the social security numbers owned by U.S. citizens.

9. There is no way the FBI does not know that chemotherapy and radiation therapy are only biological weapons that kill, not cure. And all the additives added to our foods are also toxins additional biological weapons to depopulate the United States? Would not huge toxin levels be discovered in many residents in the United States that are older when performing forensic examinations on victims? The U.S. physicians under the control of New World Order are not allowed to test the toxin levels in the blood of the American residents so not to expose this method of causing most diseases to depopulate the United States.

10. There is no way the FBI does not know about the underground operations stealing the hydroelectric power from dams and pumping stations.

11. There is no way the FBI does not know that a majority of the Silicon Valley immigrants work underground not doing the jobs they were hired to do.

12. There is no way the FBI does not know that actors and singers are being murdered every year because the entertainment business is used to pass mass media threats across the globe.

13. There is no way the FBI does not know that all U.S. citizens have illegal microchips in their frontal lobes most often emplaced by hospital staff soon after birth which is a violation of the U.S. constitution.

14. There is no way the FBI does not know that all autos, planes, and trains have had illegal internet access since 1970 and most accidents are caused by Area 51 hacking of the computers of planes, trains, autos, ships, etc.

15. There is no way the FBI does not know that mass asylum given to any group is a violation of the U.S. immigration laws and not allowed so these huge groups are given stolen social security numbers. These groups are groups from Haiti, Cuba, Syria, Iraq, Afghanistan, Puerto Rico, South America, Central America, etc.

16. There is no way the FBI does not know about all the secret submerged submarines bases along the Florida coastline.

17. There is no way the FBI Directors have not worked in the illegal HAARP mind control system at some time and do not understand how the HAARP mind control systems works able to see classified information every day.

18. There is no way the FBI Director does not understand when taking office how much power he has been given illegally over the U.S. Presidents, U.S. Congress, U.S. Federal Judges, his own FBI agents, U.S. military, CIA, NSA, etc.

19. **There is no way that the FBI Directors did not know that Elaine Chao , Secretary of Transportation previous Secretary of Labor for 16 years, Nikki Haley, Ambassador to the United Nations previously governor of South Carolina, Huma Abedin, Former top aide to Hillary Clinton**

**when Secretary of State, Alexander Acosta, Secretary of Labor former U.S. Attorney in Miami, Melanie Trump, First Lady of the United States, Federal Judge Curiel, and Barack Obama, Former U.S. President are foreign spies with stolen social security numbers holding high governmental offices. Vicki McLean with great certainty knows Area 51 fired Director Comey Monday May 8, 2017 immediately after she had hand walked an update to her Homeland Security Report on May 5, 2017 reporting these high level governmental officials as foreign spies using stolen social security numbers of U.S. citizens. This was added to the update while driving down to Del Rio, TX on Friday May 5, 2017 given Area 51 no time to address the situation until Monday May 8, 2017. During the investigation of Hillary Clinton's emails surely FBI Director Comey and Mueller should have verified Huma Abedin's social security number being a child of foreign professors. FBI Director Wray and Vice President Pence also should be well aware that many of the cabinet members are foreign immigrants using stolen social security numbers that never should have cleared the U.S. Congress.**

The BOI and FBI from inception appears to have been established to protect and defend the interests of New World Order in America and aboard being a violation of the espionage act.

The McCarran Internal Security Act enacted on Sept. 23, 1950 and the Patriot Act of 2002 needs to be considered when addressing an United States Agency in violation of the espionage act and U.S. citizens, and immigrants in violation of the espionage act. All family members and sponsors of the individuals in violation of the espionage act must be investigated regarding engaging in subversive activities

or otherwise promoting the establishment of a totalitarian dictatorship, either fascist or communist. Members of these groups could not become citizens and in some cases were prevented from entering or leaving the country. Citizens found in violation could lose their citizenship in five years. The McCarren Act also contains an emergency detention statue, giving the President the authority to apprehend and detain each person as to whom there is reasonable ground to believe that such person probably will engage in, or probably will conspire with others to engage in, acts of espionage or sabotage.

Because of the leverage Area 51 can hold over an immigrant and their children using a stolen social security number there is reasonable grounds to believe such a person will engage in, or probably will conspire with others to engage in acts of espionage or sabotage. The employment of mostly foreign-born immigrants by Karya Property Management and Nitya Capital gives an understanding as to how Area 51 knows that immigrants with stolen social security numbers will engage in espionage or sabotage of U.S. citizens. The McCarren Act tightened alien exclusion and deportation laws and allowed for the detention of dangerous, disloyal, or subversive persons in times of war or "internal security emergency".

It is very clear from the McCarren Act which became the U.S Immigration Act in 1952 that U.S. President Trump was well within his authority considering the times Americans live in today to do massive immigrant bans from particular countries, etc. It is obvious that Area 51 played the federal judges, and attorneys on U.S President Trump's travel ban federal cases. From this information it is obvious that the Federal Judges like financial trusted third-party administrators will not speak

63

up when their orders and signatures are being forged allowing continued espionage activities to be accomplished by Area 51. This issue where the federal judges are fully aware of Area 51 forging their orders and signatures needs to be addressed. The Federal Judges who stalled U.S. President Trump's travel ban in court and did not uphold the McCarren Act needs to be investigated for being in violation of the McCarren Act and Hatch Act promoting the establishment of a totalitarian dictatorship, either fascist or communist. This investigation of all federal judges that participated in obstruction to U.S. President immigration travel ban needs to be addressed by the Foreign Surveillance Intelligence Court since the McCarren Act addresses espionage violations of immigrants and U.S. citizens inside the United States. The Attorney General for the State of Washington who participated in obstructing U.S. President Trump immigration travel ban also needs to be investigated for intentional violation of the McCarren Act and the Hatch Act placing the national security of the U.S. citizens behind immigrants interests.. All attorneys that filed to oppose U.S. President Trump immigration travel ban need to be investigated for violation of the McCarren Act and the Hatch Act. All attorneys, professors, etc. that submitted briefs in these cases opposing U.S. President Trump immigration travel ban needs to also be investigated for violations of the McCarren Act and the Hatch Act.

**Prayer and Knowledge for the Court from the**

**God of Torah**

**Genesis 15: 13-18**

**"(God) said to Abram, "Know now that your descendants shall be strangers in a land not theirs; they shall be enslaved and afflicted for 400 years. But then I will bring judgement upon the nation they are serving; after that they shall go out with many possessions. And you-shall go out with many possessions. And you-shall go to your ancestors in peace, you shall be buried in good old age. The fourth generation shall return here, for not until then shall the iniquity of the Amorites be repaid. Now, when the sun had set and it was dark, lo-a smoking oven and fiery torch were what passed between these two pieces! On that day the Eternal made a covenant with Abram, saying, "To your descendants I have given this land, from the river of Egypt to the great river, the Euphrates."**

The scriptures reveal over and over that disobedience to the 10 commandments by a nation results in 4 generations of enslavement. The God of Torah would only accept their children as the guarantee for the giving of His covenant that included over 700 promises and land. The Lord throughout scripture reminds His people curses are past down to the fourth generation when His people as a nation disobey. The God of Torah always fulfills his promises. In the scriptures above the Lord speaks of the curses ending with the fourth generation and His seeking revenge on the enemies of His people. This only can occur when His people obey the 10 commandments and guidance in the scriptures for retribution. The land the Lord

65

gave to the Children of Israel is part of His Eternal Covenant with Abram and the children of Israel which are scattered today inside every nation. This land must be restored to the nation of Israel because the land from the river of Egypt to the great river, the Euphrates is part of the God of Torah eternal covenant with His people for obedience. U.S. President Trump is absolutely correct in moving the U.S. Embassy to Jerusalem the capital of Israel according to the scriptures. This movement is being comforted by great resistance because it is a significant turning point for the nation of Israel to recover the stolen land given by the God of Torah to Abram and the Nation of Israel.

The court should pray to add an experienced well respect Rabbi to their team to help guide their movements according to the scriptures. Proper redistribution for the authentic U.S. citizens is a vital part of applying the scriptures. Revenge on the enemies of the Lord's people who enslaved them is also a vital part of applying the scripture.

"Love without discipline is not true love" which must be remembered when addressing the sins of the immigrants and their children in America. The God of Torah knows that the children mean more than material things in the end and only if the children suffer for their parents' sins will a nation as a whole learn to obey. Softening the blow of the children of immigrants living in the United States would be equal to love without discipline which is not love at all in the Lord's eyes. Remember the immigrants in the United States separated American families like the Fanning and McLean family, stole from Americans, and are responsible for the early deaths of over 200 million Americans due to their theft. The story of Naomi and Ruth indicates retribution done to a family from Israel that fled to a foreign land and lived among unbelievers. Naomi lost her husband, her three sons, and all

her possessions before she was willing to return to Israel, her homeland. Naomi and Ruth blessings from the Lord began to return when Naomi returned to Israel.

Looking at the suffering of the true American citizens today indicates how much pain and suffering had to occur to a nation to get the entire nation to turn from their sins. The God of Torah will not accept any form of amnesty for the foreigners who came to America to steal, kill, and destroy deserting their own countries. The God of Torah in the scriptures above promises judgement on the nations that have enslaved the U.S. citizens. The immigrants from all nations of the world have enslaved the U.S. citizens inside their own country. It is the responsibility of the elected U.S. leaders to bring judgement on the immigrants of all nations inside of America. The possessions of the immigrants inside America acquired with the social security numbers owned by U.S. citizens are the possessions His people will be blessed with for their return to obedience upholding all the laws in America.

Respectfully submitted on Dec. 19, 2017

Vicki McLean, Pro Se
P.O. Box 137
Spring, Texas 77383
832-610-1059

67

# CERTIFICATE OF SERVICE

I, Vicki Fanning McLean the Pro Se Filer of this EX REL United States civil industrial espionage false claim case for Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL USA against the U.S Federal Bureau of Investigation, ET AL  will hand deliver this original filing in paper form with all exhibits to the New Orleans U.S. Attorney Office at 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130 for official delivery to the United States Attorney General Jeffery Sessions in paper form as filed to limit the ability of the HAARP mind control system working with the defendants to steal the original filing with all exhibits so the U.S. Office of the Attorney General headed by U.S. Attorney General Jeff Sessions would have no knowledge of the case.. Contained in these exhibits is the original filings of Espionage false claim cases 17-5578, 17-9425, 17-12760, 16-15001 and 15-2555.

Vicki McLean

Respectfully submitted,

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

RECEIVED
DEC 19 2017

11:21

698

# UNITED STATES DISTRICT COURT

# OF EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI MCLEAN | CIVIL ACTION: 17-17483 |
| ESTATE OF JAMES MCLEAN | Sect L Mag 5 |
| ESTATE OF LOUIS FANNING, SR. | |
| EX REL | |
| UNITED STATES OF AMERICA | PATRIOT ACT |
| **PLAINTIFFS** | |
| | 18 U.S.C. 90 § 1831-1839 |
| | 18 U.S.C. 37 SUB I § 793-799 |
| VS | 18 U.S.C. 95 Sub 1 § 1956.1957,1959 |
| U.S. FEDERAL BUREAU OF | 18 U.S.C. 95 Sub 1 § 1956.1957,1959 |
| INVESTIGATION 1978-PRESENT | 22 U.S.C. 39 Sub III § 2778 |
| | 19 U.S.C. 4 Sub II §1337 |
| ROBERT MUELLER | 18 U.S.C. 47 § 1030 |
| FORMER FBI DIRECTOR | 18 U.S.C. 113B § 2332B |
| | 8 U.S.C. Chap 12 |
| JAMES COMEY | |
| FORMER FBI DIRECTOR | |
| | |
| CHRISTOPHER WRAY | |
| FBI DIRECTOR | |
| | |
| **DEFENDANTS** | |

1

## MOTION TO AMEND THE CIVIL COVER SHEET FOR
## U.S. DISTRICT COURT OF EASTERN LOUISIANA
## CASE 17-17483 TO MAKE THE PATRIOT ACT LEAD
## UNITED STATE CODE OF ACTION

Due to further study of the U.S. Laws Vicki McLean has learned in order to address an immigrant who came into the United States participating in espionage activities or using a stolen social security being a member of New World Order Mafia Gangs who assisted the immigrant in acquiring the stolen social security number who later has acquired U.S. Citizenship fraudulently a case must be filed under the U.S. Patriot Act of 2001. Understanding this Vicki McLean the plaintiff and Pro Se filer with the Estate of James McLean is requesting to change the primary United States Code action in this case to the Patriot Act of 2001.

### Certificate of Service

I, Vicki McLean, will hand deliver this motion titled "**MOTION TO AMEND THE CIVIL COVER SHEET FOR U.S. DISTRICT COURT OF EASTERN LOUISIANA, CASE 17-17483 TO MAKE THE PATRIOT ACT LEAD UNITED STATE CODE OF ACTION**"

to the U.S. Attorney of New Orleans to be given to U.S. Attorney General Jeffery Sessions at 650 Poydras St. Suite 1600, New Orleans, LA 70130.

Vicki McLean

Respectfully submitted, Pro Se

Vicki McLean

2

# CERTIFICATE OF SERVICE

I, Vicki Fanning McLean the Pro Se Filer of this EX REL United States civil
industrial espionage false claim case for Vicki McLean, Estate of James McLean,
Estate of Louis Fanning, Sr. EX REL USA against the U.S Federal Bureau of
Investigation, ET AL  will hand deliver this original filing in paper form with all
exhibits to the New Orleans U.S. Attorney Office at 650 Poydras Street, Suite
1600, New Orleans, Louisiana 70130 for official delivery to the United States
Attorney General Jeffery Sessions in paper form as filed to limit the ability of the
HAARP mind control system working with the defendants to steal the original
filing with all exhibits so the U.S. Office of the Attorney General headed by U.S.
Attorney General Jeff Sessions would have no knowledge of the case.. Contained
in these exhibits is the original filings of Espionage false claim cases 17-5578,
17-9425, 17-12760, 16-15001 and 15-2555.

Vicki McLean

Respectfully submitted,

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

RECEIVED
DEC 19 2017

11:21

668