# Exhibit 15

**U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS U.S. Office of the President 1924 to present, ET AL 18-911 filed Jan. 30, 2018**

UNITED STATES DISTRIC COURT

OF EASTERN LOUISIANA

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 JAN 30  P 3 54

WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| VICKI MCLEAN | CIVIL ACTION  18 - 911 |
| ESTATE OF JAMES MCLEAN | |
| ESTATE OF LOUIS FANNING, SR | |
| EX REL | PATRIOT ACT OF 2001 |
| UNITED STATES OF AMERICA | ESPIONAGE ACT OF 1917 |
| PLAINTIFFS | ALIEN REGISTRATION ACT 1940 |
| | IMMIGRATION ACT OF 1924 |
| VS | SEDITION ACT OF 1918 |
| | BANK SECRECY ACT OF 1970 |
| PRESIDENT OF UNITED STATES 1924 TO PRESENT | MCARRAN ACT OF 1952 |
| U.S. EXECUTIVE OFFICE OF THE PRESIDENT 1924 TO PRESENT | DODD-FRANK ACT OF 2010 |
| U.S. COMMANDER IN CHIEF 1924 TO PRESENT | 18 U.S.C. 90 § 1831-1839 |
| | 18 U.S.C 37 SUB I § 793-799 |
| U.S. DEPARTMENT OF LABOR 1924 TO PRESENT | 18 U.S.C.  95 SUB 1 § 1956,1957,1959 |
| | 18 U.S.C. 47 § 1030 |
| U.S. DEPARTMENT OF STATE 1924 TO PRESENT | 18 U.S.C. 113B § 2332B |
| | 18 U.S.C. § 2385, 1001 |

1

| | |
|---|---|
| U.S. HOMELAND SECURITY AGENCY 1924 TO PRESENT | 15 U.S.C. § § 1-7, 12-27 |
| U.S. DEPARTMENT OF JUSTICE 1924 TO PRESENT | 15 U.S.C. § 18A, 1021, 3101. 1031 |
| | 15 U.S.C. CHAP 7 SUB C |
| U.S. DEPARTMENT OF DEFENSE 1924 TO PRESENT | 12 U.S.C. § § 221-522 |
| U.S. DEPARTMENT OF TREASURY 1924 TO PRESENT | 35 U.S.C. CHAP 17 § § 181-188 |
| | 22 U.S.C. 39 SUB III § 2778 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES 1924 TO PRESENT | 29 U.S.C. § 151-162 §§ 52-53 |
| | 19 U.S.C. 4 SUB II § 1337 |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT 1924 TO PRESENT | 8 U.S.C. CHAP 12 |
| | 8 U.S.C. CHAP 10 § 451 |
| U.S. DEPARTMETN OF EDUCATION 1924 TO PRESENT | 8 U.S.C. §  1325 |
| U.S. DEPARTMENT OF INTERIOR 1924 TO PRESENT | 8 U.S.C. § 1401-1409 |
| | 42 U.S.C. CHAP 7 |
| U.S.  DEPARTMENT OF AGRICULTURE 1924 TO PRESENT | 42 U.S.C. CHAP 21 SUB 6 § 2000E |
| U.S. DEPARTMENT OF COMMERCE 1924 TO PRESENT | 29 U.S.C. 158, 160, 162 |
| | 29 U.S.C. § § 52-53 |
| U.S. DEPARTMENT OF TRANSPORTATION 1924 TO PRESENT | 5 U.S.C. § 1009 |
| | 12 U.S.C. CHAP 13 § 1724 |
| U.S. DEPARTMENT OF ENERGY 1924 TO PRESENT | 12 U.S.C. CHAP 16 § 1813 |

| | |
|---|---|
| **U.S. TRADE REPRESENTATIVE 1924 TO PRESENT** | **15 U.S.C. CHAP 2B § 78A** |
| | **12 U.S.C. § 225a** |
| **U.S. MISSION TO THE UNITED NATIONS 1924 TO PRESENT** | **40 U.S.C. § 3141-3148** |
| **U.S. SMALL BUSINESS ADMINISTRATION 1924 TO PRESENT** | **15 U.S.C. § 1021, 1031** |
| | **29 U.S.C. § 141-197** |

**VICE PRESIDENT OF THE UNITED STATES 1924 TO PRESENT**

**U.S. FEDERAL RESERVE SYSTEM 1924 TO PRESENT**

**U.S. FEDERAL RESERVE BOARD OF GOVERNORS 1924 TO PRESENT**

**U.S. INTERNAL REVENUE SERVICE 1924 TO PRESENT**

**U.S. SOCIAL SECURITY ADMINISTRATION 1924 TO PRESENT**

**U.S. MEDICARE 1924 TO PRESENT**

**U.S. MEDICAID 1924 TO PRESENT**

**U.S. SOCIAL SECURITY ADMINISTRATION EARNINGS SUSPENSE FILE 1924 TO PRESENT**

**U.S. FEDREAL EMERGENCY MANAGEMENT AGENCY 1924 TO PRESENT**

**U.S. ELECTION COMMISSION 1924 TO PRESENT**

**U.S. ATTORNEY GENERAL OFFICE**
**1924 TO PRESENT**

**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**1924 TO PRESENT**

**U.S. CENTRAL INTELLIGENCE AGENCY**
**1924 TO PRESENT**

**NATIONAL AERONAUTICS AND SPACE**
**ADMINISTRATION 1924 TO PRESENT**

**UNITED STATES POSTAL SERVICE**
**1924 TO PRESENT**

**U.S. AGENCY FOR INTERNATIONAL**
**DEVELOPMENT 1924 TO PRESENT**

**U.S. COUNCIL OF ECONOMIC**
**ADVISORS 1924 TO PRESENT**

**U.S. OFFICE OF MANAGEMENT**
**AND BUDGET 1924 TO PRESENT**

**DEFENSE ADVANCED RESEARCH**
**PROJECTS AGENCY 1924 TO PRESENT**

**NATIONAL INSTITIUTE OF STANDARDS**
**AND TECHNOLOGY 1924 TO PRESENT**

**U.S. ATOMIC ENERGY COMMISSION**
**1924 TO PRESENT**

**U.S. MANHATTAN PROJJECT**
**1924 TO PRESENT**

**FINANCIAL SERVICE COMMITTEE**
**1924 TO PRESENT**

**FEDERAL OPEN MARKET COMMITTEE**
**1924 TO PRESENT**

**DOMESTIC MONETARY POLICY**
**COMMITTEE 1924 TO PRESENT**

**NATIONAL LABOR RELATIONS BOARD**
**1924 TO PRESENT**

**JOINT ECOMOMIC COMMITTEE**
**1924 TO PRESENT**

**DEFENDANTS**

## INTRODUCTION

All members of the Executive Branch, Legislature Branch, and Judicial Branch of the U.S. Federal governments are required by their oath of office and their United States employment to adhere to the United States Constitution that provides the real authentic U.S. citizens, not immigrants, their rights to life, liberty, property, right to due process in a court of law inside the United States, and right to equal protection under the law. For this case, real authentic U.S. citizens are being defined as U.S. citizens according to U.S. Constitution, U.S. Immigration Laws, U.S. Nationalization Laws, U.S. Federal Reserve Act of 1913, Sedition Act of 1918, Immigration Act of 1924, Indian Citizenship Act of 1924, Social Security Act of 1935 and 1965, Alien Registration Act of 1940, U.S. Employment Act of 1946, Inventions Secrecy Act of 1951, McCarran – Walters Act of 1952, U.S. Labor Laws, U.S. Civil Rights Act of 1964, Bank Secrecy Act of 1970, Full Employment and

5

Balance Growth Act of 1978, U.S. Antitrust Acts, U.S. Banking Acts, U.S. money laundering laws, U.S. Espionage and Industrial Economic Acts, U.S. Trading with the Enemy Act, U.S. International Traffic in Arms Regulations, and U.S. Patriot Act of 2001 not having violated these laws and having legal rights to their social security numbers, IRS Tax identification numbers, visas, green cards, EAD I-94 and I-766 Forms, temporary and permanent residency cards with not having been assisted in acquiring their social security numbers, ITIN numbers, visas, green cards, EAD I-94 or I-766 Forms, etc. from members of New World Order Mafia Gangs inside and outside the United States aided by New World Order Mafia Gangs agents working inside the United States federal government and working illegally in the illegitimate United States Government underground mind control systems. An immigrant that was aided by these subversive New World Order Mafia Gangs and their agents outside and inside the United States for personal profit to exit their country and gain entry into the United States, to obtain temporary or permanent residency in the United States, to gain temporary or permanent employment in the United States, to obtain education, Medicare, Medicaid, welfare, FEMA funds, housing funds, etc. refugee visa status, asylum visa status, trafficking victim visa status, etc. and to gain illegal U.S. citizenship would be considered a member of New World Order Mafia Gangs while living inside the United States contributing physically and financially to subversive activities aiding to fund massive illegal slush funds maintained by the Federal Reserve System under the control of the Federal Reserve Cartel families to overthrow the legitimate United States government. These immigrants continued presence in the United States with the use of illegally obtained documentation and illegally obtained employment aided by New World Order Mafia Gangs verifies that these immigrants have acquired unique protection from the New World Order Mafia Gangs inside the United States giving great reasons to conclude these foreign born immigrants and their children known as dreamers or anchor babies are all current

6

members of the New World Order Mafia Gangs aiding to over throw the legitimate United States Government established under the United States Constitution.

The theft of U.S. citizens social security numbers are extreme national security risks. Once the New World Order Mafia Gangs inside the United States gives an immigrant a social security number owned by a real authentic U.S. citizen then the U.S. citizen who owns the social security number has great difficulty earning a living by way of a W-2 Income and is attacked financially and physically by New World Order Mafia Gangs using members of their gangs having stolen Social Security numbers such as dreamers and anchor babies working in the illegal university and college underground mind control systems and as agents inside Federal, State, and Local governments. All means are used to remove the real authentic U.S. citizen from W-2 income so not to expose the immigrant earning a W-2 wage using the same social security number. The U.S. citizen must now earn a living by way of a 1099 income source never being allowed to return to a W-2 Income source.

**This explains why the Center for Immigration Studies report the government data to show in June 2014 the following facts:**

"Since 2000 all of the net gain in the number of working-age (16-65) people holding a job has gone to immigrants (legal and illegal). Because the native-born population grew significantly, but the number actually working fell, there were 17 million more working-age natives not working in the first quarter of 2014 than in 2000. In addition, native losses were somewhat greater during the recession and immigrants have recovered more quickly from it. With 58 million working-age natives not working, the SCHUMER-RUBIO bill (S.744) and similar house

measures that would substantially increase the number of foreign workers allowed in the country seem out of touch with the realities of the U.S. Labor Market. The total number of working-age (16 to 65) immigrants (legal and illegal) holding a job increased 5.7 million from the first quarter of 2000 to the first quarter of 2014, while declining 127,000 for the natives. In the first quarter of 2000, there were 114.8 million working-age natives holding a job; in the first quarter of 2014 it was 14.7 million. Immigrants have made gains across all labor markets, skilled and unskilled. The long-term decline in the share of working-age natives holding a job began before the 2007 recession, falling from 74% in 2000 to 71% percent in 2007. It is now an abysmal 66%, improving only slightly since the bottom of the recession. The share of natives working or looking for work, referred to as labor force participation shows the same decline as the employment rate. In fact, labor force participation has continued to decline for the working age natives even after the jobs recovery began in 2010. Immigration has fallen in recent years. But despite the economy, between 2008 and the start 2014 – 6.5 million new immigrants (legal and Illegal) settled in the country and three million got jobs. Over the same time, the number of working-age natives holding a job declined 3.4 million. Since jobs recovery began in 2010, 43 percent of employment growth has gone to immigrants. The supply of potential workers is enormous: 8.7 million native college graduates are not working, as are 17million natives with some college, and 25.3 million natives with no more than a high school education." This report dated June 27, 2014 by the Center for Immigration Studies by Steven Camarota and Karen Ziegler was composed from Government Data available to the U.S. Department of Labor, U.S. Council of Economic Advisors, and U.S. Office of Management and Budget.

**Exhibit 10-** EMPLOYMENT GROWTH SINCE 2000 WENT TO IMMIGRANTS by the Centers for Immigration Studies 34-page report http://www.cis.org/All-Employment-Growth-2000-Went-Immigrants

**Exhibit 11-** The Impact of New Immigrants on Young Native-Born Workers, 2000-2005 - https://www.cis.org/Impact-New-Immigrants-Young-NativeBorn-Workers-20002005

The U.S. citizen is also placed on a list to be killed early before social security retirement age. Most murders are medical murders often involving foreign doctors intentionally misdiagnosing their medical symptoms as cancer. This explains why so many deceased U.S. citizens are still on the voting registration lists and have intentionally not been removed to allow immigrants using their stolen Social Security numbers to vote illegally violating the U.S. citizens voting rights of millions of U.S. citizens murdered early and millions of U.S. citizens still alive likely not allowed to vote by the illegal mind control system operators being mostly immigrants, dreamers, and anchor babies. This is explained in much greater detail in Exhibit 9.

**Exhibit 9** – United States District Court of Eastern District of Louisiana 17-17483 Sect L Mag 5 Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL United States of America VS U.S. Federal Bureau of Investigations, Robert Mueller, James Comey, Christopher Wray filed on Dec. 19, 2017.

Every time an immigrant is allowed into the United States there is likely another U.S. citizen whose life and family will be put at risk financially and physically because of another U.S. citizen's social security number will be given to legal and illegal immigrants that knowingly will participate in subversive activities to over throw the legitimate U.S. government. There are great reasons to know that most immigrants in the U.S. know they are using the Social Security numbers of real authentic U.S. citizens because they are fully aware of how many real authentic U.S. citizens are unemployed unable to find work in the United States while millions of illegal immigrants being employed in all industries. Surely immigrants in America are also aware of the millions of Americans being falsely diagnosed with cancer each year in the hospitals that are majority staff by foreign born doctors.

In this case the Supreme Court is being asked to rule regarding the constitutionality of all Executive Orders issued on immigration, refugees, minors, and trafficking victims signed by U.S. Presidents beginning with U.S. President Dwight Eisenhower to the Executive Orders signed by U.S. President Trump. The Supreme court is also being asked to rule on the same Executive Orders regarding immigration, refugees, minors, and trafficking victims signed by U.S. Presidents regarding agreement with or in violation of U.S. Laws, especially U.S. Immigration Laws, Naturalization Laws, Labor Laws, Banking Laws, Social Security Act of 1935 and 1965, and Civil Rights Act of 1964. The Supreme Court is also being asked to rule on the constitutionality of Displaced Persons Act of 1048, the Refugee Act of 1980 and all Refugee Relief Acts enacted by Congress. The Supreme Court is also being asked to rule on the Immigration Reform and Control Act of 1986, Displaced Persons Act of 1948, the Refugee Act of 1980, and all Refugee Relief Acts as to any violation of U.S. Laws especially violation of the U.S Immigration Laws, Naturalization Laws,

Labors Laws, Banking Laws, Social Security Act of 1935 and 1965, and Civil Rights Act of 1964. Because this case is filed under the Patriot Act and the Espionage Act the Foreign Intelligence Surveillance Court has jurisdiction over this case. Regarding the questions addressing the constitutionality of executive orders of the U.S. Presidents on Immigration, refugees, minors, and trafficking victims and the Immigration Reform and Control Act of 1986 Displaced Persons Act of 1948, the Refugee Act of 1980, and all Refugee Relief Acts enacted by the US. Congress only the Supreme Court has jurisdiction to answer these questions.

The plaintiffs and the U.S. citizens are also requesting the Supreme Court to rule on the constitutionality of the Vice President a member of the Executive Branch presiding over the Senate an entity of the Legislature Branch being a violation of constitution requiring a separation of powers? The Senate according to the articles of the constitution must ratify any treaty or agreement with foreign nations signed by the President by a two third vote. The Supreme Court is also being asked to rule on the constitutionality of the U.S. President signing unilateral agreements and treaties with foreign countries like the Bracero Program, Quebec Agreement, Executive Orders addressing huge numbers of refugees and illegal immigrants from the same country being required to have been ratified by Senate to be enacted as law by the Executive Agencies. Under the U.S. Constitution Article 1 legislature Section 8 Powers of Congress the U.S. Congress regulates all commerce with foreign nations and states and establish a uniform rule on naturalization.

The Foreign Intelligence Surveillance Court and the Supreme Court is also being asked to rule on illegal and legal immigrants organizing and protesting against the U.S. government when under the U.S. Constitution, U.S. Sedition Act of 1918, and Alien Registration Act of 1940 it states, illegal and legal immigrants, having no

constitutional rights have no rights to organize and participate in subversive activities to overthrow the legitimate United States government. The current organizing of legal and illegal immigrants to protest against the actions of the U.S. Congress and U.S. President Trump linked to President Trump's Executive Orders banning entry into the United States from specific countries linked to terrorism and denying the renewal of former U.S. President Obama's Executive Order delaying the deportation of DACA, dreamers and anchor babies with giving them illegal work permits is very subversive to overthrow the legitimate U.S. government.  The protesting by legal and illegal immigrants inside the United States aided by legal and illegal immigrants working in the illegal mind control system are once again in Jan. 2018 putting great pressure on members of the U.S. Congress, U.S. President Trump, and their families to enact legislature to provide illegal protection for DACA, dreamers, anchor babies, and immigrants of chain migration to enter the United States that violate the U.S. constitution and the U.S. Laws to overthrow the legitimate U.S. Government. There is very little uncertainty that these legal and illegal immigrants protesting are in violation of U.S. laws having no rights to organize to overthrow the legitimate U.S. government. The federal, state, and local law enforcements have been put at continued high risks when required to oversee these illegal actions by legal and illegal immigrants residing in the United States since U.S. President Trump campaign for the U.S. Presidency. The U.S. citizens, the governed have elected Donald Trump as the U.S. President. Legal and illegal immigrants inside the United States have been in violation of U.S. laws when organizing to interfere with U.S. Elections and to oppose the U.S. Congress and U.S. President.

Under the U.S. Constitution the separation of powers and checks and balances are addressed in Article I, II, III of the constitution. The Senate is responsible under the checks and balances principle of the U.S. Constitution to approve all the U.S. President selection for heads of the Executive Branch Agencies. Of course, the Senate should never approve a U.S. Top level official who was foreign-born or a child of foreign-born parents who is using the social security number of a U.S. Citizen. Because of the requirement of separation of power between the three branches of the U.S. federal government, the Supreme Court is being asked to rule on the constitutionality of the U.S. Senate approving Elaine Chao, foreign-born, for Secretary of Labor under U.S. President George Bush, Jr. Administration and for Secretary of Transportation under U.S. President Trump Administration when her husband Mitch McConnel was a U.S. Senator for the State of Kentucky and became the majority leader of the U.S. Senate in 2017.

The Supreme Court is also being asked to rule on the constitutionality of the U.S. Marshal Agency under the Department of Justice an Executive Agency being over the security and federal scanners of the U.S. Federal Court building and being over the electronic data system of the Federal Courts System who is part of the Judicial Branch being a violation of the required separation of power of the three branches of the federal government explained in the U.S. Constitution Articles I, II, III.

The Supreme Court is also being asked to rule on the constitutionality of mayors and governors over sanctuary cities not adhering to the U.S. Immigration and Naturalization Laws and the U.S. Constitution not aiding the U.S. Homeland

13

Security Agency to remove all undocumented immigrants, dreamers, and anchor babies and boldly protecting them by representing them in court action against the U.S. Government.

The plaintiffs in this case are also asking the Supreme Court as to violation of the U.S. Constitution separation of powers and checks and balance for the Judicial Branch, and the Legislature Branch of the House and of the Senator not having their own legal and investigative agencies like the Executive Branch FBI and Attorney General Office to bring forth indictments before the federal court system?

The Plaintiffs in this case is also asking the Supreme Court to rule the constitutionality of allowing immigrants, legal and illegal, entry into the United States public schools that were established under the U.S. Constitution to enable the U.S. Citizens to acquire education so to enhance their right to work and the U.S. industries to be competitive across the globe. Privileges or Immunities Clause under Amendment XIV, Section 1, Clause 2 clearly indicates immigrants do not have U.S. Constitutional rights until an immigrant is naturalized at the time of acquiring non-fraudulent Citizenship so the United States is not responsible for educating their children who are also immigrants. Furthermore, immigrants legal and illegal living inside the United States must acquire education from private institutions required to adhere to U.S. laws with the private school not being allowed to receive federal funding for the immigrants attending private schools as allowed for every child of an United States Citizen.

The Foreign Intelligence Surveillance Court and the Supreme Court are being asked to rule on the Davis-Bacon Act of 1931 as to being according to the U.S. Constitution

14

and U.S. Labors laws not being discriminatory towards U.S. Companies violating the civil rights of the American construction workers placing unnecessary requirements violating the U.S. labor laws fair trade and fair competition requirements under the Employment Act of 1946 -15 U.S.C. § 1021.

This court should not delay in referring the constitutionality questions asked in this case to the Supreme Court because of the national security risks caused by millions of immigrants, legal and illegal, living inside the United States. This court should not delay in referring any question to the Supreme Court in which only the Supreme Court has jurisdiction because of the national security risks being addressed all throughout this case.

## ARGUMENT

From Wikipedia under "Illegal immigration to the United States" it was reported that

"The U.S. Supreme Court has ruled that illegal immigrants cannot be prosecuted for identity theft if they use "made-up" social security numbers that they do not know belong to someone else: to be guilty of identity theft with regard to social security numbers, them must know that the social security numbers that they used belong to others."

How obvious is this that the Supreme Court participated in subversive activities when issuing this ruling totally ignoring the Sedition Act of 1918 and Alien Registration Act of 1940 that required all immigrants 14 or older to register under oath and be fingerprinted if applying for visas.

The Alien Registration Act of 1940 specifically addresses subversive activities of immigrants and expanded the grounds for deporting aliens to include weapons violations, drug violations adding heroin, and abetting illegal immigration.   Title 1 of the Alien Registration Act described subversive activities as anyone who:

…with intent to cause the overthrow of destruction of any such government, prints, publishes, edits, issues, circulates, sell, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force, violence, or attempts to do so; or …. Organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly persons, knowing the purposes thereof.

Alien Registration required:

1. The date and place of entry of the alien into the United States.
2. Activities in which he has been and intends to be engaged.
3. The length of time he expects to remain in the United States.
4. The criminal record, if any, of such alien.
5. Such additional matters as may be prescribed by the Commissioner of Immigration and Naturalization.

**Guardians had to register minors, who had to register in person and be fingerprinted within 30 days of their 14th birthday.**

**Aliens were to notify the government if their residence changed and confirm their residence every 3 months.**

The Alien Registration Act of 1940 was one of the many laws passed due to fear of the success of the fifth columns in less fortunate countries. Surely the immigrants using fraudulent social security numbers know their sources used to acquire the stolen social security cards and know with certainty they will pass inspection when presented because the social security number is a legitimate social security number belonging to a real authentic U.S. citizen.

U.S. President Franklin Roosevelt, FBI Head Hoover and the U.S. Attorney General were aware that immigrants where being given the social security numbers owned by real authentic citizens because the Social Security Administration which was started in 1935 had placed unidentified individuals' funds for social security payroll deductions into the Social Security Administration Earnings Suspense File beginning in 1937. After passing the House on July 29, 1939 the Senate participated in subversive activities with Democratic U.S. President Roosevelt by delaying the passage of the Alien Registration Act of 1940 for eleven months on June 15, 1940. In 1940 the Immigration and Naturalization Service (INS) resided inside the Department of Labor. INS was responsible for registering an immigrant entry into the United States with the issuing of visas, green cards, temporary and permanent residency cards, etc. with the Department of State. The Department of Labor was responsible for giving immigrants employment authorization inside the United

States. Today proof of employment authorization inside the United States is proven by an official EAD I-94 or I-766 forms. The Alien Registration Act of 1940 would make it extremely easy to verify that a visa, green card, permanent and temporary residency card matched with employment authorization because the U.S. Department of Labor was responsible for issuing all these documents. INS being inside the U.S. Department of Labor would also make it much easier to identify falsified documents and illegal entry tied to employment unauthorized. To aid to continue to hide all the fraudulent documentation of immigrants who were in the country illegally without official employment authorization from the U.S. Department of Labor, President Franklin Roosevelt transferred the Immigration and Naturalization Service from the Department of Labor to the Department of Justice in June 1940 the same month that the U.S. Senate finally passed the Alien Registration Act of 1940.


The Vice President of the United States a member of the executive branch allowed to preside over the Senate in 1940 as allowed today does not adhere to the U.S. constitutional requirement of separation of powers discussed in Articles I, II, and III of the U.S. Constitution. The presiding over the Senate by the Vice President of the United States the right hand of the Executive Officer of the Executive Branch is easily seen as subversive to sway the Senate to aid the Executive Officer in subversive activities not in the best interest of the real authentic U.S. citizens, the governed. The delay in passing the Alien Registration Act by the U.S. Senate an entire 11 months after being approved by the U.S. House of Representatives being the same month U.S. President Roosevelt moved the INS out of the U.S. Dept. of Labor gives reasons to detect the U.S. Vice President of the United States having ease to coordinate with the U.S. Senate  presiding over the Senate coordinated these

subversive activities for U.S. President Roosevelt. The requirement of separation of powers in Articles 1-3 of U.S. Constitution was not properly applied when allowing the U.S. Vice President to preside over the U.S. Senate. This was so obvious to Vicki McLean when just recently learning that the U.S. Vice Presidents under the U.S. Constitution were allowed to preside over the U.S. Senate. Vicki McLean concluded this was accomplished by subversive members involved in writing the Articles 1-7 of the U.S. Constitution. Any CPA who understood internal and external controls would have identified the U.S. Vice President being allowed to preside over the U.S. Senate was allowed for future assist in subversive activities with the U.S. President to overthrow the legitimate U.S. government which serve the governed according to the U.S. constitution that requires the U.S. federal government to maintain a separation of powers and a system of checks and balances.

The Vice President of the United States signs off on the Senate order that has been approved according to the U.S. Constitution and amendments to impeach the U.S. President. A Vice President in many ways is similar to a wife as the President's helpmate on all matters. A wife can be a powerful witness for her husband's defense. Furthermore, when New World Order wanted to threaten all governors past and present of all states who clearly participated in subversive activities aiding legal and illegal immigrants, the U.S. Attorney Office of Virginia indicted former Governor Robert McDonnell and his wife. Both were convicted in the U.S. District Court but then on appeal reversed being an obvious Hobbs Act violation to threaten all current and former governors and their wives by the U.S. Attorney General Office under Eric Holder.

During the Nixon Administration the State of Maryland and the U.S. Attorney General Office of Maryland assisted in framing U.S. Vice President Spiro Agnew to remove the wife of U.S. President Nixon and bring in a second wife more willing with less liability against New World Order to aid in the framing of U.S. President Nixon. Nixon's second wife, Gerald Ford would sign the papers for the U.S. Senate ending the marriage of U.S. President Nixon and U.S. Vice President Gerald Ford.  Vice President Gerald Ford now would become the U.S. President. U.S. Congressman Gerard Ford participated in the Warren Report to aid to cover up the organized assassination of U.S. President John Kennedy and the motives. President John F. Kennedy ended the Bracero Program in 1963 with the U.S. Congress and wanted to end the Federal Reserve System.

Nixon and Agnew campaigned heavily on establishing a balance budget that would have aided greatly to expose all the money laundering of the Federal Reserve System with all their illegal slush funds.  U.S. President Nixon vetoed the Congressional Budget and Impoundment Act of 1974 that did not require a balance budget. U.S. President Nixon was framed by the FBI so not to be able to bring the Congressional Budget and Impoundment Act of 1974 to court questioning if the act agreed with the U.S. Constitution and U.S. Laws which would be the opposite of a balance budget. A deficit that results from a series of non-balanced budgets is unconstitutional and a violation of U.S. Constitution -  Article 1 Section 8 Article 1 - The Legislative Branch Section 8 - Powers of Congress - states the U.S. Congress shall have power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common defense and general welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States; the U.S. Congress can only borrow on the credit of the United States and regulates Commerce with Foreign nations.

A deficit by the U.S. government indicates the U.S. Government did not have assets in cash to pay for the expenses allocated in the budget by the U.S. Congress. All U.S. debt according to the U.S. Constitution is to be paid by taxes, duties, imposts, and excises. In a personal bank account this situation would have resulted in an overdraft or a need to borrow credit from a bank. In the U.S. Constitution the U.S. government can only borrow from itself which is derived from taxes, duties, imposts, and excises. Because many of the slush funds maintained by the Federal Reserve System were acquired through money laundering activities they are not likely properly recorded on the bank accounts of the United States Government maintained by the Federal Reserve System or the U.S. Congress and the U.S. Dept. of Treasury has not been allowed by the Federal Reserve Act of 1913 to do a proper audit of all accounts under the Federal Reserve System maintaining the U.S. funds which is a violation of the Bank Secrecy Act of 1970.

The U.S. Treasury was not properly recording all the slush funds being maintained by the Federal Reserve System due to limitations placed by the unconstitutional Federal Reserve Act of 1913. If the U.S. Treasury was properly recording all the slush funds being maintained by the Federal Reserve System, the U.S. Government surely would not have had deficits each year. Because the plaintiffs in this case will be filing a case under the Espionage Act and Patriot Act against the Federal Reserve System, the estates and trusts of the Federal Reserve Cartel Families , the Federal Reserve Board of Governors, ET AL back till 1924 to Present the constitutionality questions linked to the Congressional Budget and Impoundment Act of 1974 and the Federal Reserve System will not be addressed in this case except how banking laws are directly related to commerce inside the United States linked to legal and illegal immigrants. U.S. President Nixon and Vice President Agnew commitment to a balance budget would have discovered all the slush funds

of the U.S. government funds held secretly by the Federal Reserve System for espionage activities. Where were the funds coming from that allowed DARPA and the United States Airforce to drill all the illegal underground operations with underground military bases and the college mind control systems?

The removal of a wife or the right-hand man of a person in power for New World Order to maintain better control is done all the time. New World Order took out Tom Benson's first wife, the owner of the New Orleans Saints by intentionally misdiagnosing her disease process causing an early death. Tom Benson's children and grandchildren were always active participants managing Tom Benson's professional teams. Tom Benson's children were not likely aware how New World Order controls the outcome of all sports games like Tom Benson, his management team and his coaches. For this reason, New World Order's mind control system operators in New Orleans being Loyola University and Tulane University brought in Tom Benson's second wife. New World Order having obtain 24/7 information illegally on Tom Benson's children knew their management of the New Orleans Saints and New Orleans Pelicans would not be in the best interest of New World Order. Loyola University and Tulane University mind control operators programmed Tom Benson for dementia and caused his crazy behavior with his children and grandchildren to distance their relationship so control of the New Orleans Saints and New Orleans Pelicans would go to the trusted second wife chosen for Tom Benson by New World Order. The Loyola and Tulane Law School mind control operators would control all court proceedings linked to the children and grandchildren protesting the control of Tom Benson's assets going to his second wife. Tom Benson's second wife always refrained from interfering with the

management of the New Orleans Saints and New Orleans Pelicans just the way Tom Benson had done for New World Order.

Similar situations are seen when examining the biography of Donald Trump. The timing of his three marriages are linked to the timing of his bankruptcies and his business recovery. It is important to note that Donald Trump's sister Maryanne Trump Barry was appointed a U.S. Appeal Court Federal Judge for the Third Circuit that covers the State of Delaware on Sept. 22, 1999. This was just 2 years before the World Trade Towers event on 9/11/2001. There are reasons to suspect New World Order sabotage of Donald Trump's Casino businesses had a lot to do with Federal Judge Maryanne Barry and all federal judges' knowledge of New World Order's control over all federal courts. Major bankruptcy Ponzi schemes for New World Order for decades have been filed in the U.S. District Bankruptcy Courts in Delaware. The Ponzi bankruptcy scheme of Western Oil Development Corporation was filed in Delaware near the same time of Donald Trump's Taj Mahal bankruptcy settled in 1991-1992. Westland Oil Development Corporation was solely own by foreign immigrant, Ling-Chieh "Louis" Kung. This was discussed in detail in Vicki McLean first Houston Federal False Claim case against HAARP, ET AL 4: 14-365 by motion filed on May 5, 2014. There are reasons to detect Westland Oil Development Corporation aided the development of numerous illegal underground operations in Texas under DARPA. Trump's Casino Bankruptcies in New Jersey also fall under the Third Circuit Court of Appeals. Soon after Donald Trump's first bankruptcy New World Order ended his first marriage in 1992. Trump's first and third wives were foreign immigrants who had yet to acquire U.S. citizenship giving great reasons to detect they are using stolen social security numbers. Trump's first wife Ivana Zelníčková was from Communist

23

Czechoslovakia which built one of the first nuclear reactors resulting from the Manhattan Project. Trump  acquired a partially completed building in Atlantic City from the Hilton Corporation for $320 million; when completed in 1985, that hotel and casino became Trump Castle, and Trump's wife, Ivana, managed that property until Trump transferred her in 1988 to run the Trump Plaza Hotel in New York. Trump purchased the Taj Mahal in 1988. Trump finalized his divorce to Ivana in 1992. Trump's second wife was a native American but was not a wise business woman like Trump's first and third wives. Trump's second marriage ended in 1999 the same year his sister Maryanne Barry was appointed to the Third Circuit Court of Appeals by President Bill Clinton. Melania Trump is said to speak 6 languages being a great asset for Trump's overseas developments.

The probability a massive secret submerge submarine base with other underground operations were built under the Taj Mahal is extremely high. The Taj Mahal Casino was said to have been built with 675 million junk bonds. The six bankruptcies were the result of over-leveraged hotel and casino businesses in Atlantic City and New York: Trump Taj Mahal (1991), Trump Plaza Hotel and Casino (1992), Plaza Hotel (1992), Trump Castle Hotel and Casino (1992), Trump Hotels and Casino Resorts (2004), and Trump Entertainment Resorts (2009). How many of these Trump bankruptcies resulted from illegally funding of underground projects for DARPA? How many were handled in Federal Judge Maryanne Barry's U.S. District Court in New Jersey? After the bankruptcies how do the new investors link to the Federal Reserve Cartel Families?

Men understand the power and influence a woman can have over a man. New World Order understands this very well. Vicki McLean understanding this knew it was important to contain First Lady Melania Trump's power over U.S. President Trump to protect the real authentic U.S. Citizens. On May 5, 2017 Vicki McLean

reported First Lady Melania Trump to Homeland Security Investigations in Del Rio, TX for using a stolen social security number belonging to an U.S. Citizen. Scriptures record King Solomon as being one of the wisest leaders. Knowing that King Solomon has been reported to have over 700 wives and cuncubins it would be very easy to argue that King Solomon was a very, very foolish man.

**Exhibit 12** – Case records of

Agnew VS State of Maryland, ET AL #903 Sept. term. 1983, Court of Appeals of Maryland Decided June 1, 1982 which includes testimony of Spiro Agnew and Assistant United States Attorney Russell T. Baker

United States of America VS I.H. Hammerman 528 F.2d 326 with U.S. Government being represented by U.S. Attorney of Maryland George Beall

**Exhibit 13** - The Truth About Undocumented Immigrants and Taxes
https://www.theatlantic.com/business/archive/2016/09/undocumented-immigrants-and-taxes/499604/

Under the Bush Administration in 2001 due to the passage of the Patriot Act of 2001, similar subversive activities as in the Roosevelt Administration occurred to hide citizens and non-citizens in the United States using fraudulently acquired social security numbers, visas, EAD I-94 or I-766 forms, IRS ITIN numbers, green cards, temporary and permanent residency cards, etc. In 2001 the U.S. Immigration and

Nationality Service (INS) was removed from the U.S. Department of Justice and placed under the newly created U.S. Homeland Security Agency.

The Patriot Act expanded greatly the investigative skills of law enforcement for the Foreign Intelligence Surveillance Court allowing criminal investigations of citizens by the FBI to overlap with non-citizen investigations. No longer was it wise to allow the FBI and INS to be under the same agency, the U.S. Department of Justice, because these investigations would reveal immigrants were consistently using stolen social security numbers of real authentic U.S. citizens. Millions of immigrants and nationals who had obtained citizenship fraudulently are using stolen social security numbers of real authentic U.S. citizens without all the required official employment authorization documents. This move of the INS by the U.S. Congress indicates subversive activity once again with the U.S. President to hide immigrants and nationals who acquired fraudulent citizenship knowingly concealing they were using the social security numbers of real authentic U.S. citizens obtained by New World Order Mafia Gangs. Once again there are reasons to detect that U.S. Vice President Dick Cheney as the presiding officer over the U.S. Senate assisted in coordinating these subversive activities to establish the U.S. Homeland Security Agency the same year in 2001 that the Patriot Act was beginning to go into effect. The World Trade Towers takedown was well planned by New World Order Mafia Gangs and their agents inside the federal, state, and local governments and aboard. The planning and time of the passage of the Patriot Act with the establishment of the U.S. Homeland Security Agency was also part of New World Order Mafia Gangs plans. This is obvious because of how fast all these ideas placed in the Patriot Act were development. Being able to look back at all the U.S. false flag wars beginning with World War I and all laws enacted by U.S. Congress and all Executive Orders and

treaties enacted by the U.S. Presidents it is obvious that New World Order Mafia Gangs were greatly involved in the planning and timing of all laws enacted by U.S. Congress and Executive Orders and treaties signed by the U.S. Presidents. Due to the illegal mind control system being controlled by New World Order Mafia Gang members, New World Order knows the thoughts and actions of all members of the Executive Branch, Legislature Branch, and Judicial Branch as they are happening. With this ability New World Order Mafia Gang members can develop fast effective offensive and defensive actions to enable the follow threw of New World Order's plans to aid to overthrow the legitimate U.S. government. This can be better illustrated when coaching a football game. New World Order's Offensive and Defensive Coaches are told exactly what plays the legitimate U.S. government is going to play before they come out of the huddle because they have their New World Order Mafia Gang members inside the legitimate U.S. Government's huddle devising their plans with the help of New World Order Mafia Gang members working in the mind control system being legal immigrants, dreamers, and anchor babies. This is exactly how New World Order controls the outcomes of all sports games to control sports gambling. The only way the legitimate U.S. Government can win the game is to remove all New World Order Mafia Gang members from their huddle, from the illegal mind control system, and from inside the federal, state, and local government. The way the legitimate U.S. Government can identify the members of New World Order Mafia Gangs is by stolen social security numbers, visas, green cards, EAD I-94 or I-766 forms, etc. In the U.S. Congress the New World Order agents would represent large legal and illegal immigrant districts. Removal of immigrants, legal and illegal, and removal of immigrants who obtained U.S. citizenship fraudulently is the best way to win this war inside the United States against New World Order Mafia Gangs.

**Exhibit 14** – When Immigration and Tax Converge

http://www.taxhistory.org/www/features.nsf/Articles/95F66D36D36BB745FD685
2579C700800842?OpenDocument

A visa, social security number, IRS ITIN number seldom serves as proof of U.S.
status or employment authorization. EAD I-94 or I-766 Forms often serves as proof
of both. To qualify as a legal immigrant inside the United States never having been
in violation of the U.S. Immigration Laws the immigrant would have registered with
INS having an official unexpired right of entry in the United States like an official
visa or green card and have official employment authorization documents matching
their times of employment inside the United States from the U.S. Department of
Labor.

Illegal immigrant status results from the following:

1. Entering the United States without inspection required under Immigration Act
   of 1924 and the Alien Registration Act of 1940.
2. Overstaying the lawful admission period.
3. Breaching the terms and conditions of nonimmigrant status.

Whether a foreign national is authorized for U.S. employment (for an employer
and/or self-employed) depends on nonimmigrant's temporary status and the terms
and conditions of that classification. A foreign national who has never had status or
who has lost status (undocumented) is never authorized to work, but if he is paid for
U.S. services, he is subject to U.S. taxation on the income. An immigrant presenting
years of employment inside the United States by way of tax returns without
supporting official EAD I-94 or I-766 Forms from the U.S. Department Labor that
authorize employment inside the United States would be in violation of the U.S.

Immigration Laws. It is highly likely the Federal Immigration Judges are not properly requiring from the U.S. Department of Labor the entire official set of required official EAD I-94 or I-766 Forms to match all years of employment inside the United States certified to the immigration court. It is highly likely the Federal Immigration Judges are not properly requiring from the Immigration and Naturality Service the entire official set of right of entry documents since date of entry into the United States certified to the immigration court. Any other method to verify entry documents and employment authorization documents are not fraudulent would lack the necessary internal and external controls and would not be deem acceptable in an environment when it is well known by the real authentic U.S. Citizens most documentation of immigrants are fraudulent. During U.S. Citizenship application, failure of the immigrant and the immigration attorney to provide the entire official set of required documents to prove legal entry and EAD I-94 or I-766 Forms for employment while residing and employed inside the United States should be look upon as intentional omission of facts to hide violations of the U.S. Immigration Laws. This intentional omission of the facts is deemed an U.S. citizenship application not done in good faith. A contract not made in good faith is voidable under U.S. contract law. An U.S. citizenship application involving fraudulent documents would be deemed voidable due to fraud.

Exhibit 15 - Birthright Citizenship in the United States from Wikipedia

''Birthright citizenship in the United States is acquired by virtue of the circumstance of birth. It contrasts with citizenship acquired in other ways, for example by naturalization. Birthright citizenship may be conferred by jus soli or jus sanguinis.

29

Under United States law, U.S. citizenship is automatically granted to any person born within and subject to the jurisdiction of United States.''

United States Federal law (8 U.S.C. § 1401) defines who is a United States citizen from birth. The following are among those listed there as persons who shall be nationals and citizens of the United States at birth;

- ''a person born in the United States, and subject to the jurisdiction thereof'' or
- ''a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe'' (see Indian Citizenship Act of 1924).
- ''a person of unknown parentage found in the United States while under the age of five years, until shown, prior to his attaining the age of 21 years, not to have been born in the United States.
- ''a person born in an outlying possession of the United States of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year at any time prior to the birth of such person.

Note the U.S. Congress only giving naturalizations rights to children 5 years of age or younger of unknown parentage indicates the U.S. Congress was likely aware that Hitler used children as young as eight years of age as soldiers, porters, spies, couriers, and human shields. The British in early 1900's also used children in the military. The U.S. Congress was also likely aware that the Fifth Column had taken over many of the undeveloped countries in Mexico, Central America, South America, etc. For these reasons it is an extreme national security risk to grant refugee

30

status, trafficking victim status, or asylum status to adults and to children over the age of five entering the country alone from undeveloped countries.

The key word that requires investigation for every individual situation born in the United States to two undocumented immigrants is often the word "jurisdiction." The United States jurisdiction over a child born to undocumented immigrant parents illegally residing inside the United States not having legal temporary or permanent residency status is limited to the jurisdiction of the foreign country of their parents. United States must examine the laws of their parents' native country to understand the jurisdiction claimed by the native country of their parents.

From Wikipedia it was reported that Mexico in establishing the Bracero Program had agreements with their citizens that if a Mexican citizen was inside the United States illegally then Mexico had jurisdiction over the Mexican native and jurisdiction over all children born to the Mexican natives under an undocumented status inside the United States. A country's labor force is a vital capital asset of all countries. Most countries have established laws governing the country's jurisdiction over their citizens when residing inside a foreign country, legally and illegally. The United States Congress under the U.S. Constitution was given the power over commerce with foreign nations, not the U.S. President. Therefore, the U.S. Congress has to establish treaties and agreements with each country to establish guidelines to enter the U.S. for employment with guidelines to grant citizenship from the United States. For this reason, it is reasonable to assume that the U.S. Congress assumes all countries claim jurisdiction over their citizens and the minors of their citizens with details as to how they can leave their country and enter another country for

employment including detail guidelines on how their country approves a transfer of citizenship or allowing dual citizenship to the United States.

If Mexico had enacted such laws or agreements with the United States then U.S. Immigration Law 8 U.S.C § 1401-1409 would indicate that an anchor baby born to two Mexican citizens that are undocumented at time of birth are the possession of Mexico and the child is not a U.S. Citizen at time of birth but a citizen of Mexico. For each individual situation the laws of the immigrant's native country including treaties and agreements with the United States require to be investigated to determine birthright citizenship. All treaties and agreements with a foreign country which includes executive orders addressing the citizens of a foreign nation must be ratified by the U.S. Senate including unilateral treaties and agreements according to the U.S. Constitution Articles I, II, III. The Supreme Court must verify that the agreements and treaties with foreign nations are not in violation of the U.S. constitution and U.S. laws. The U.S. Presidents have no authority to enact laws concerning immigrants. The U.S. President only has the power to enforce the laws enacted by the U.S. Congress which must agree with the U.S. Constitution. U.S. President Obama Executive Orders on DACA is a violation of the U.S. Constitution. U.S. President Trump must not renew President Obama's DACA executive orders so not to be in violation of the U.S. Constitution. The U.S. Congress also cannot grant any form of citizenship or issue permits to DACA which include undocumented illegal immigrants, their children and their anchor babies for it would be a violation of previous enacted U.S. Laws by the U.S. Congress which includes the Patriot Act and the Espionage Act. The only action that would agree with the U.S. Constitution and the U.S. Laws would be to immediately detain and deport all illegal immigrants, their children and their anchor babies.

Another argument that needs to be considered is the status of the unborn child at the time the fetus is viable which usually is around 28 weeks of gestation. The undocumented immigrant parents of the unborn child do not have legal temporary or permanent residency status in the United States. The undocumented immigrant parents are in violation of the U.S. Immigration Laws entering without inspection, overstaying the lawful admission period, or breaching the terms and conditions of nonimmigrant status. As a fetus, the unborn child deemed a person at 28 weeks of gestation would also be considered to not have legal residency like the immigrant mother which is required for birthright citizenship. The undocumented immigrant mother is a citizen of a foreign country who has jurisdiction over the immigrant mother leading to conclude the mother's native country has jurisdiction over the unborn fetus deemed a person at 28 weeks of gestation. It is blatantly obvious that the pregnant immigrant mother could not be the possession of a foreign country without deeming the fetus to also be the possession of a foreign country since they cannot be physically separated.

One also can argue the undocumented immigrant parents are deportable in violation of the Sedition Act of 1918, Alien Registration Act of 1940, and the McCarran Act of 1952 having used printed fraudulent documents acquired from the New World Order Mafia Gangs to obtain illegal employment and illegal benefits such as education, welfare, Medicare, housing funds, etc. participating in subversive activities to overthrow the legitimate United States Government. Furthermore, the child at the time of birth and thereafter benefiting from the subversive activities of the immigrant parents are also in violation of the McCarran Act of 1952, Sedition Act of 1918, and Alien Registration Act of 1940 and must also be detained and deported.

33

Under the U.S. Constitution Article 1 legislature Section 8 Powers of Congress the U.S. Congress regulates all commerce with the states and foreign nations and establish a uniform rule on naturalization. A nation's labor force is a very import capital asset. The U.S. Congress cannot give refugee status to huge numbers of citizens from a foreign nation without establishing an agreement with the foreign nation. To allow massive numbers of citizens from a foreign nation to flee to another nation is equated to stealing the capital assets of a foreign nation without permission. Since labor is a vital part of commerce of foreign nations the U.S. Congress is responsible for the establishing treaties and agreements with foreign countries linked to their labor force which is a capital asset. All acts passed aiding refugees, asylum seekers, trafficking victims, and minors are unconstitutional since these citizens of a foreign nation did not receive legal permission to leave their country and legal permission to enter the United States. Only the governed in the United States which are the U.S. Citizens have constitutional rights and the right to benefits provided from the funds of the governed. Immigrants, legal and illegal immigrants have no right to U.S. benefits because they are not the governed. Authorized employment for immigrants do not entitle immigrants to the benefits of the governed which are public education, welfare, Medicare, Medicaid, FEMA funds, housing funds, etc. The fact that immigrants, legal and illegal have been paying into the U.S. social security system illegally results from immigrants illegally using the social security numbers owned by U.S. Citizens which makes the immigrants, legal and illegal in violation of the U.S. Constitution and U.S. Laws.

All refugees, asylum seekers, minors, and trafficking victims' issues should be addressed by the United Nations. The United Nations are given billions every year

by the countries who belong to the United Nations to enforce the International Laws. The non-enforcement of the International Laws by the United Nations results in mass migration. Furthermore, the United Nations should bear the cost of all illegal migration into foreign countries until the migrants are returned to their native countries. This will be further addressed by the Plaintiffs in this case filing an espionage case against the United Nations, ET AL for non-enforcement of the international laws and unauthorized use of funds of the United Nations not in agreement to the United Nations mission.

From Wikipedia under "Illegal immigration to the United States" it was reported:

"Before 2007, immigration authorities alerted employers of mismatches between employees' Social Security Cards and the actual names of the card holders.  In September 2007, a federal judge halted this practice of alerting employers of card mismatches."

Were these federal judges' orders not ruling according to U.S. law and not according to the U.S. constitution forged by University Law School professors and law students working in the illegal underground mind control system? These unconstitutional federal rulings not according to U.S. laws set precedence for foreign-born citizens, foreign-born non-citizens, dreamers and anchor babies living in the United States knowingly using fraudulent documentation with social security numbers belonging to real authentic U.S. citizens. These orders need to be investigated. There is a high probability like Vicki McLean's first Federal Judge Thomas Porteous and Chief Federal Judge Sarah Vance that these Federal Judges assigned these cases had no knowledge of being assigned these cases.

Vicki McLean in examining her closed federal cases and current federal cases on the federal court electronic system computers in the U.S. District Clerk Office and Appeal Clerk Office she frequently noticed the alterations of her closed case file records and her current case file records. When entering the federal court building and placing her flash drives, documents, and other belongings inside the scanner she has frequently experience the theft of her court documents, her flash drive, her phone, and other items when inside the federal court house scanners. Knowing that the probability the illegal college law school mind control system would once again steal the case from the assigned federal judge and alter her filing, motions, and exhibits Vicki McLean hand delivered her summon for case 15-08 addressed to Chief Judge Sarah Vance besides sending a summons certified return receipt. Vicki McLean simply handed the package in a sealed envelope addressed to Chief Judge Sarah Vance to her female secretary. This was so alarming to the illegal college law school mind control system the U.S. Marshal Service placed a forced escort for Vicki McLean every time after that when entering the building and limited her to 1 hour each day inside the building. When Vicki McLean discovered numerous alterations of her closed federal cases that had occurred a second time and put these alterations of closed federal case 11-193 into case 15-08 by motion filed in Feb. 2015 the U.S. Marshal Agency then limited Vicki McLean to only 30 minutes a day inside the federal court building. The U.S. Marshal Agency under the Dept. of Justice continues to violate Vicki McLean rights to due process by a forced escort not allowing her time to examine past and current case records that have been altered and forged. The college law school mind control systems throughout the country plays the federal judges and the assistant U.S. attorneys in most significant federal cases violating the plaintiffs and defendants rights to due process and rights to

36

counsel. This is a violation of the U.S. Constitution required separation of powers when the U.S. Marshal Agency a member of the Executive Branch oversees the security in the federal court building and oversees the Federal Court System electronic record keeping system. This violation of the U.S. Constitution has aided greatly to violate Vicki McLean's and the U.S. Citizens' rights to due process and rights to counsel. There is no question as to this being a violation of the U.S. Constitution allowing the U.S. Marshal Agency over the security of the federal court buildings and over the computer system that record all court proceedings. This activity under the U.S. Marshal Agency is subversive activity aiding to overthrow the legitimate U.S. government. This is the reason for the TV Series "Suits" to threaten all past and present in the Judicial System, in the Dept. of Justice, and all who have participated in the illegal College Law School mind control systems since the 1950's. This is so important the actress Meghan Markel from the TV Series "Suits" is now engaged to Prince Harry of England another obvious arranged marriage like John Kennedy, Jr. who was an obvious threat to New World Order.

From Wikipedia under "Illegal immigration to the United States" it was reported:

"Around 2005, an increasing number of banks saw illegal immigrants as an untapped resource for growing their own revenue stream and contended that providing illegal immigrants with mortgages would help revitalize local communities, with many community banks providing home loans for illegal immigrants. At the time, critics complained this practice would reward and encourage illegal immigration, as well as contribute to an increase in predatory lending practices. One banking consultant said that banks which were planning to offer mortgages to illegal immigrants were counting on the fact that immigration enforcement was very lax, with deportation unlikely for anyone who had not committed a serious crime."

37

Is not presenting false information to illegally open a bank account, acquire a driver license, obtain a loan, obtain HUD financing, obtain FEMA funds, obtain education benefits for children, obtain welfare funds, obtain food stamps, etc. serious crimes? An illegal immigrant, dreamer, and anchor baby illegally inside the United States does not have legal temporary or permanent residency so these immigrant groups cannot purchase personal or real property inside the United States. For these reasons, an illegal immigrant, dreamer and anchor baby do not qualify to open a bank account, to apply for credit card inside the United States, to apply for a mortgage inside the United States, to apply for a commercial loan, to apply for an educational scholarship or grant, to apply for FEMA funds, to apply for housing funds, to apply for food stamps, to apply for public education, to apply for Medicare and Medicaid, to apply for welfare, etc. All such applications by illegal immigrants, dreamers, and anchor babies would be considered money laundering activities.


All FEMA funds and loans on property issued to illegally to immigrants are recoverable with no time limit being a violation of the Industrial Economic Espionage Act. In fact, a paid off mortgage due to fraud and violations of the espionage act would also be recoverable due to having no time limit to file under the espionage act. Immigrants illegally transacting business with banks inside the United States put the banks and the banks' investors at greater risk.

Under the Bank Secrecy Act of 1970 all immigrants being paid with checks that clear through the U.S. Federal Reserve Clearing System would be involved in money laundering activities due to any of the following conditions:

- Residing inside the United States without legal authorization to be inside the United States having no right to commerce inside the United States which includes open a checking account, applying for a credit card, applying for a loan, etc.
- Employed in the United States without the required Employment Authorization documents.
- Opening bank accounts using fraudulent identification like a driver license obtained with a fraudulent social security number, visas, passport, green card, etc.

Under the Bank Secrecy Act of 1970 details of all bank transactions are to be maintained with requiring the identity of parties involved in bank transactions to prevent money laundering activities. Fraudulent identification does not officially identify the parties in the transactions. Unauthorized employment of an immigrant is money laundering inside the United States illegally participating in trade and commerce not authorized inside the United States. The U.S. government can seize all bank accounts of legal and illegal immigrants involved in money laundering activities.

The Immigration Act of 1924 officially changed the United States from a free open border country to a country that required all aliens to obtain a valid immigration visa

39

issued by an American Consular officer aboard which divided the responsibility for immigration between the State Department and the Immigration and Naturalization Service.

**From Wikipedia**

**COURT DECISION**

**"UNITED STATES EX REL TURNER VS WILLIAMS**

**"If an alien is not permitted to enter this country, or, having entered contrary to law, is expelled, he is in fact cut off from worshipping or speaking or publishing or petitioning in the country; but that is merely because of his exclusion there from. He does not become one of the people to whom these things are secured by our Constitution by an attempt to enter, forbidden by law. To appeal to the Constitution is to concede that this is a land governed by that supreme law, and as under it the power to exclude has been determined to exist, those who are excluded cannot assert the rights general obtaining in a land to which they do not belong as citizens or otherwise."**

This ruling in United States EX REL Turner vs Williams indicates that an undocumented immigrant illegally in the United States has no rights to due process or rights to the benefits of the governed that only the real authentic U.S. citizens acquire under the U.S. Constitution. The U.S. President and U.S. Congress cannot pardon massive numbers of immigrants from these serious crimes. Pardons are only allowed on a case by case bases. All the unconstitutional amnesty given to immigrants violating the U.S. Constitution and U.S. Immigrations and

Naturalization laws by the U.S. Presidents and U.S. Congress did not address the serious crimes of immigrants knowingly using the social security numbers of U.S. Citizens who were placed under financial and physical attack by members of New World Order Mafia Gangs. Millions of immigrants who obtained unconstitutional amnesty in violation of U.S. laws and U.S. Constitution are still employed inside the United States knowingly using the same fraudulent social security numbers. These are very serious crimes and are violations of the Industrial Economic Espionage Act and the Patriot Act being acts of terrorism. Under the Espionage Act the foreign immigrant does not have rights to due process in any court of law inside the United States having acquired the fraudulent social security numbers from New World Order Mafia Gangs. Undocumented immigrants, dreamers and their anchor babies are foreign immigrants without legal residency inside the United who have entered contrary to law and do not have constitutional rights, so they do not have rights to due process in a court of law inside the United States. It is unconstitutional to allow undocumented immigrants and their children referred as dreamers and anchor babies to have rights to any court of law inside the United States. Furthermore, no government entity has the right to represent these undocumented immigrants and their children in a court of law inside the United States because they are not entitled to constitutional rights entering the United States contrary to law. There issues should be addressed in the International Court of Law under the United Nations. The undocumented immigrant in violation of illegal exit from their own country and illegal entry into the United States would be at a great disadvantage in an International Court of Law and the process would likely be very costly.


The Legislature Branch also known as the U.S. Congress are elected by the real authentic U.S. citizens and are responsible to enact U.S. Laws and ratify

international treaties and agreements with foreign nations that adhere to the United States Constitution and United States laws for the benefit of the real authentic U.S. citizens and U.S. companies. A big loophole was intentionally established when the U.S. Congress did not ratify unilateral treaties and agreements signed with foreign countries by the U.S. Presidents. This obvious intentional loophole by the U.S. Presidents and subversive members of the U.S. Congress inside the U.S. government allowed for a series of secret Bracero Program Agreements with Mexico beginning as early as 1917 when Mexico was known to have a relationship with Hitler in 1917. These agreements with the Mexican Presidents and the U.S. Presidents not ratified by the U.S. Congress beginning in 1917 were subversive and moved in hundreds of thousands of Communist Mexicans selected by the Mexican politicians through the United States southern border yearly to aid New World Order to have more control of the real authentic U.S. citizens and the United States assets. These same New World Order Mexican Mafia Gang Cartel Families remain inside the United States today aiding illegal and legal immigrants in obtaining fraudulent documentation and access to U.S. jobs that many real authentic U.S. Citizens qualify for but are not allowed access to the U.S. jobs by the immigrants, dreamers, and anchor babies working in the illegal University and College underground mind control systems that had no legal rights under the U.S. Constitution and U.S. Immigration and Naturalization Laws to acquire U.S. scholarships and grants that are only the rights of the real authentic U.S. citizens. This includes all types of scholarships issued inside the United States by federal, state and local governments and U.S. companies and U.S. organizations all taxed under the U.S. Internal Revenue Service that qualify the guidelines for all U.S. deductions allowed.

**Exhibit 16** – Bracero Program from Wikipedia

**Exhibit 17** – Bracero Selection Process from Wikipedia

This same loophole was use with the Quebec Agreement between Prime Minister Winston Churchill of the United Kingdom and the U.S. President Franklin Roosevelt of the United States on August 19, 1943. The Quebec Agreement is linked to all the subversive activities of the British Tube Alloys Project and U.S. Manhattan Project during World War II.  Because Canada was involved in the Quebec Agreement obviously hidden from the British Parliament signed in Canada it was not an unilateral agreement since three nations were involved. The Quebec Agreement was not ratified by the U.S. Congress.

**Exhibit 18**– Quebec Agreement from Wikipedia

"The Quebec Agreement stipulated that nuclear weapons development would be a joint venture with a free exchange of information; that neither country would use them against the other, or against other countries without mutual consent, or pass information about them to other countries, and it gave the President a veto over post-war British commercial or industrial uses of nuclear energy. The agreement merged the British Tube Alloys Project with the American Manhattan Project, and created the Combined Policy Committee to control the joint project. Although Canada was not a signatory, the Agreement provided for a Canadian representative on the Combined Policy Committee in view of Canada's contribution."

Today there are nuclear reactors all over the globe as the result of the British Tube Alloys Project and the American Manhattan Project that are used daily as weapons of mass destruction for New World Order to attack the United States almost daily by creating man-made catastrophic weather events like Hurricane Harvey and Hurricane Irma in 2017. Many of these nuclear reactors owned by European Nations and India attacking the United States were addressed in a federal espionage case filed by the plaintiffs in this case for the real authentic U.S. citizens.

**Exhibit 2** - U.S. District Court of Eastern Louisiana 17-12760 Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL United States of America VS European Union, ET AL filed on Nov. 20, 2017.

A future espionage case filed by the plaintiffs of this case against the Manhattan Project, ET AL will be filed in the future to address the entities within the United States government and in the United Kingdom involved in the past and current subversive activities attacking the United States and other nations by creating man-made catastrophic weather events.

In Oct. 1952 Hurricane Fox hit Cuba with winds up to 170 mph. Hurricane Fox was likely the first man-made hurricane created with a nuclear reactor likely located in England or Czechoslovakia. This nuclear reactor technology resulted from the American Manhattan Project and the British Tube Alloys Project. The United Nations an entity established for New World Order having access to the European Space Agency is fully aware that the globe disasters are man-made disasters using maser weather satellites and massive nuclear reactors located across the globe. Since

inception the United Nations steals billions of dollars yearly from nations to fund and aid subversive activities to over throw governments for New World Order. The United Nations does not enforce the International Environmental Laws agreed to by all nations that are members of the United Nations. Instead the United Nations aids New World Order to start false flag wars across the globe and does not address the man-made weather disasters aiding New World Order to move millions of migrants to the United States and European Nations under refugee, asylum, minor, and trafficking victim status.

All these refugees, asylum seekers, minors, and trafficking victims sent to the United States by subversive activities of New World Order are illegally allowed to receive welfare, Medicaid, housing, education, employment benefits, etc., that an immigrant has no right to not being a real authentic U.S. citizen. These adults and children moved into United States illegally in mass groups at one time from the same country is not allowed under U.S. laws or the U.S. constitution. These immigration violations allowing thousands to as much as one million refugees, minors, asylum seekers, and trafficking victims to enter the United States were once again accomplished illegally by the U.S. Presidents making an executive order or a unilateral agreement not ratified by the U.S. Congress. All these Executive Orders on immigration should have been immediately addressed by the Supreme Court without anyone filing a case to ask the question if these Executive Orders agree with the U.S. Constitution and U.S. Laws. Where does it say in the constitution or U.S. laws enacted by the U.S. Congress that the Supreme Court does not have to rule on a U.S. Law, treaty, Executive Order or Proclamation, Unilateral or International Agreement or Treaty in reference to being constitutional or according to U.S. Laws unless someone files a case in federal court? All these Executive Orders on Immigration being violations

45

of the constitution have been made public every year, yet the Supreme Court sat back not fulfilling their oath of duty. Since July 2004 after Vicki McLean became a recorded federal whistleblower Vicki McLean has continuously been threatened financially and physically by the operators of the illegal mind control systems across the country. It has been nothing but a miracle for Vicki McLean to still be alive today, not falsely imprisoned, to continue with the real authentic U.S. citizens to acquire their rights to due process without the New World Order mind control staff forging the federal judges' orders.

**Exhibit 19** – Executive Actions on Immigration Have Long History – http://www.pewresearch.org/fact-tank/2014/11/21/executive-actions-on-immigration-have-long-history/

All these executive orders listed in Exhibit 19 were never properly ruled on by the Supreme Court avoiding their oath of office due to all the Hobbs Act violations by New World Order Mafia Gangs threatening anyone who would attempt to bring the constitutionality question to federal court to be addressed by the Supreme Court. Millions of these refugees who illegally entered the United States in violation of the U.S. Immigration laws and U.S. Constitution would be considered to have entered without inspection being in the country in violation of the U.S. laws and U.S. Constitution. For this reason, it is reasonable to assume that these refugees entering under the Executive Orders listed in Exhibit 19 were given stolen social security numbers belonging to U.S. Citizens with their dreamer and anchor children also being given stolen social security numbers by New World Order Mafia Gangs. When Vicki McLean understood these facts, it was reasonable to conclude that the current U.S. Secretary of Labor, Alexander Acosta, also former U.S. Attorney of Miami and

Tom Perez, former Secretary of Labor and former Assistant U.S. Attorney General for Civil Rights like Elaine Chao and Hilda Solis were given stolen social security numbers like their parents who were refugees under executive orders listed in Exhibit 17. Vicki McLean on May 24, 2017 sent certified mail return receipt to the U.S. Homeland Security Agency in Del Rio, TX adding Alexander Acosta as another top government official using a stolen social security number. The next day it was reported in the news that Assistant U.S. Attorney of Miami Whizenmart was found dead on the beach in Hollywood, FL. All these immigration, refugee, minor, and trafficking victim executive orders listed in Exhibit 19 need rulings now by the Supreme Court regarding to the immigrants that entered the United States under Executive Orders listed in Exhibit 19 being according to the U.S. Constitution and U.S. laws. Vicki McLean contends if her social security number was given to anyone of these immigrants that entered under the Executive Orders in Exhibit 19, these Executive Orders of the U.S. Presidents and any future Executive Orders will not stop Vicki McLean from filing a Federal Civil Case under the Industrial Economic Espionage Act against the immigrants and the immigrant family members for the theft of her and her family members social security numbers and all her and her family members financial and physical attacks which includes numerous attempts on her life and the medical murders of her husband and her parents.

**Exhibit 20** – Milestones in history of immigration law

The U.S. Presidents beginning with U.S. President Eisenhower who was a high ranking general in World War II linked to the Manhattan Project once again using the same loophole signed unilateral agreements with foreign nations and executed Executive Orders violating the U.S. Immigration laws and the U.S. Constitution to

47

give illegal entry to massive numbers of migrants from the same country into the United States under refugee, asylum, minor, and trafficking status orchestrated by New World Order and the United Nations false flag wars and man-made weather disasters to aid to overthrow the legitimate U.S. government and give these immigrant health, education, housing, and employment benefits, etc. only the governed, the U.S. citizens, had rights to receive.

U.S. President Kennedy in Feb. 1961 by way of an executive order illegally authorized 1,000,000 million refugees from Cuba that was labeled a communist nation at the time. The United States provided health, education, and welfare benefits to 1,000,000 Cuban refugees that had no constitutional right to these benefits. Likely most of these 1 million Cuban refugees were given stolen social security numbers of U.S. Citizens with many of these U.S. Citizens medically murdered because these Cubans were using U.S. citizens' social security numbers participating in subversive activities inside the United States. The possession of a stolen social security number by a foreign-born immigrant and their dreamer and anchor children and anchor grandchildren is indications the entire immigrant family clan entered in violation of the U.S. Constitution and the U.S. Laws.

Miquel Bezos is the stepfather of Amazon founder, Jeffery Bezos, and married to Jacklyn Gise, the daughter of Lawrence Gise the former regional director of the U.S. Atomic Energy Commission and former employer of the Defense Advanced Research Projects Agency known as DARPA. Miquel Bezos was a 15year-old Cuban minor refugee who entered the United States alone from Cuba under U.S. President Kennedy's unconstitutional executive order giving 1 million Communist Cubans refugee status in the United States. Miquel Bezos is an excellent example of

the dangers of illegally giving refugee status to massive numbers of minors who migrate alone from Central American nations ruled by New World Order cartels like Mexico for 100 years. Miquel Bezos was likely able to illegally acquire U.S. grant funding to attend the University of New Mexico to obtain an engineering degree. Upon graduation Miquel Bezos married Jacklyn Gise and began his employment with the Exxon Corporation in Houston. In the early years of the university and college mind control systems mostly the engineering students on scholarships and grants were used to work in the mind control system. This was the dominate reason to issue college scholarships and grants illegally to immigrants, dreamers, and anchor babies so they could work in the colleges illegal mind control systems participating in subversive activities to overthrow the legitimate U.S. government. It is also well known that the refineries are fueling and staffing illegal underground military bases for New World Order. Exxon Corporation plays a major role in illegal underground development inside and outside the United States. The current U.S. Secretary of State is Rex Tillerson the former CEO of Exxon-Mobil Corporation. Knowing these facts, it is reasonable to conclude that Miquel Bezos worked in the University of New Mexico mind control system and likely worked in the Exxon Corporation illegal underground operations. It was the funds of Miquel and Jacklyn Bezos and the Estates of Lawrence Gise that funded the start up the Amazon Corporation. Publicly acknowledging Jeffery Bezos start-up funds were derived from the Estate funds of Lawrence Gise communicated loud and clear that New World Order was the backer of the mail order business known as Amazon. Amazon, Inc. like Microsoft, Inc. has been allowed to sail through the court systems denying the U.S. government due process by forging the judges' orders in all lawsuits to unfairly acquire unfair competitive advantage over all their competitors like Microsoft. Amazon was started soon after Microsoft was allowed using the illegal mind control system to forge the orders of federal judges to violate the anti-trust

49

laws.  Amazon with the help of the illegal mind control staff of University Law Schools playing the judges and attorneys was illegally allowed to evade state taxes through a mail order business. Amazon participating in subversive activities with the college mind control systems has put a lot of retail businesses out of business due to unfair competition being able to evade charging sales tax to their customers worldwide. Amazon is said to be a major global player storing up inventories, moving supplies, and moving funds for New World Order. This would explain why Amazon does not accept Bitcoins directly but accepts them by way of a "workaround" using entities like Alpha.com, etc.


Cryptocurrency are great for hiding money laundering activities until the bitcoins involved are exchanged for real currency. This explains why so many Bitcoins involved in money laundering activities are moved to the same Bitcoin Exchange at the same time and then huge numbers of Bitcoins are stolen from the same cryptocurrency exchange by the illegal mind control systems mostly operated by immigrants, dreamers and anchor babies. The only way to identify the money laundering transactions of these stolen bitcoin is by filing one suit against as many crypto exchanges and miners including companies receiving cryptocurrencies by way of a "workaround" under the Patriot Act and Espionage Act to be placed with the Foreign Intelligence Surveillance Court. High probability no investigation of bitcoin theft had been done properly by the FBI and NIST to determine all the transactions of the stolen Bitcoins being the reason for the massive theft of bitcoins at the same cryptocurrency exchange. This needs to be investigated to shut down the supply routes for New World Order money laundering activities putting the honest investors of bitcoins at greater risk.

Jeffery Bezos grandfather, Lawrence Gise, worked for DARPA prior to working for the U.S. Atomic Energy Commission. DARPA was secretly in charge of the illegal underground operations inside the United States. The U.S. Atomic Energy Commission took over the Manhattan Project in 1946 under the Atomic Energy Act of 1946. This act was amended in 1958 by way of the U.S. Congress to allow the sharing of the technology with American allies. The sharing of this nuclear reactor and maser weather satellite technology with other nations for the benefit of New World Order to be used as a military weapon was a violation of Trading with the Enemy Act of 1917, Invention Secrecy Act of 1951, International Traffic in Arms Regulations of 1976 (ITAR), and Arms Export Control Act of 1976.

Universities and colleges that use foreign professors, foreign students, dreamers, and anchor babies in the illegal mind control system are surely guilty of violating these acts allowing foreign professors and foreign students illegally to observe research projects of items on the United States Munitions List (USML) without an export authorization license.

The exporting of mini submarines, satellites, and satellite technology having the ability to hack computer systems on the ground and in space, attack objects above the earth and on earth with lasers, control global weather, perform surveillance, reconnaissance, and eavesdropping is controlled by the U.S. Department of State Directorate of Defense Trade Controls (DDTC) who interprets and enforces ITAR. The Secretary of State, Hillary Clinton, and her deputy Huma Abedin whose parents are India Professors who have resided in the United States and Saudi Arabia had the authority to determine which mini submarines, satellites, and satellite technology should be deemed defense and military technology under ITAR.

Vicki McLean understanding the extremely high probability that Huma Abedin and her foreign-born parents were using stolen social security numbers, reported this fact about Huma Abedin to U.S. Homeland Security Investigations in Del Rio, TX by way of certified mail return receipt on May 8, 2017. New World Order mind control operators that follow Vicki McLean 24/7 knew by May 6th that Vicki McLean was going to add Abedin to the list of high level U.S. Officials that Vicki McLean had hand delivered to DHS in Del Rio, TX on Friday at noon on May 5th that included Elaine Chao, U.S. Secretary of Transportation former U.S. Secretary of Labor, Nikki Haley, Ambassador to the United Nations, Melania Trump, First Lady of the United States, and Federal Judge Curiel.  Understanding Huma Abedin's authority as deputy to the Secretary of State responsible for ITAR clearly explains why New World Order had U.S. President Trump fire FBI James Comey on May 8th the day Vicki McLean mailed her letter to DHS reporting Huma Abedin as a foreign spy. Just prior to James Comey being appointed as head of the FBI in 2013 he was lead counsel for Lockheed Martin who has been involved in the Manhattan Project formally as Union Carbide then as Martin Mariette and now as Lockheed Martin.

How many mini submarines, nuclear engine parts, nuclear reactor parts, nuclear reactor technology, satellites, and satellite technology were traded to foreign nations intentionally without being classified properly as a military or defense item by the U.S. Dept. of Defense since 1996? How many U.S. employees working for the U.S. Department of State are foreign-born, or children of parents who both were foreign born making it reasonable to conclude they have fraudulent social security numbers like their parents?

**Exhibit 21** – Biography of Jeffery Bezos, Lawrence Gise, and Miquel Bezos

The Supreme Court is the only authority established by the constitution to invalidate as "unconstitutional" any laws, treaties, or agreements passed by the U.S. Congress. The lower federal courts under the Supreme Court have no authority to rule on States questioning the constitutionality of the U.S. laws and international treaties and agreements enacted by the U.S. Congress and the U.S. Presidents Executive Orders, U.S. Presidents Executive Proclamations, U.S. Presidents unilateral signed treaties and agreements with a foreign nation executed by the U.S. President.  Knowing this one should ask why U.S. laws and international treaties and agreements passed by Congress and Executive Orders, Executive Proclamations, Unilateral Foreign Treaties and Agreements signed by the U.S. Presidents as to their unconstitutionality have been addressed in lower courts? Why are not all U.S. laws and international treaties and agreements passed by the U.S. Congress and Executive Orders, Executive Proclamations, Foreign Treaties and Agreements signed by the U.S. Presidents reviewed immediately by the Supreme Court before signing into law ensuring that the Supreme Court fulfills their oath of office?

The most recent example that needs to be investigated is Federal Judge Alsup's order in the Ninth U.S. District Court in San Francisco addressing President Trump's Executive Order denying the renewal of President Obama's DACA Executive Order signed in November 2014 and in 2012. Federal Judge Alsup delaying the proper enforcement of the U.S. Immigration Laws, U.S. Nationalization Laws, U.S. Federal Reserve Act of 1913, Sedition Act of 1918, Indian Citizenship Act of 1924, Social Security Act of 1935 and 1965, Alien Registration Act of 1940, U.S. Employment

Act of 1946, U.S. Labor Laws, U.S. Civil Rights Act of 1964, Bank Secrecy Act of 1970, Full Employment and Balance Growth Act of 1978, U.S. Antitrust Acts, U.S. Banking Acts, U.S. Espionage and Industrial Economic Acts, U.S. Trading with the Enemy Act, U.S. International Traffic in Arms Regulations, and U.S. Patriot Act of 2001 is subversive activity continuing to aid millions of members of New World Order Mafia Gangs living illegally inside the United States as evident by using stolen social security numbers. Federal Judge Alsup a member of the U.S. Ninth District Court has no authority to rule on the constitutionality of President Trump or President Obama DACA executive orders. Why did not Federal Judge Alsup upon receiving this case addressing the constitutionality of U.S. President Trump Executive Order on DACA transfer the case to the Supreme Court, immediately? What court procedures has the Supreme Court established for constitutional questions that only the Supreme Court can rule on? These procedures need to be investigated for subversive activity to delay proper constitutional ruling so New World Order can orchestrate events like U.S. President Trump's travel ban not being able to acquire a ruling by the Supreme Court until the executive order travel ban period had expired. There are great reasons that the entire U.S. President Trump Executive Order Travel Ban was a charade giving the impression U.S. President was fulfilling his promises on immigration. All players in the charade which included the U.S. Attorney General Office under Acting U.S. Attorney General Sally Yates, U.S. District Federal Judges, States Attorney General Offices, and plaintiff attorneys working together to make sure it looked like U.S. President Trump truly was beginning to address all the immigration violations allowed to go on since U.S. President Eisenhower need to be addressed as actively participating in subversive activities protecting legal and illegal immigrants in violation of U.S. laws and U.S. Constitution. These attorneys represented fraudulently DACA, dreamers, and anchor babies that have no U.S. constitutional rights, in violation of numerous U.S. laws, in

violation of U.S. Constitution having stolen U.S. benefits, and have no right to due process in a U.S. court or state court and are in violation of the U.S. Patriot Act of 2001.

Sanctuary cities are participating in subversive activities to overthrow the legitimate U.S. government in violation of the U.S. Patriot Act of 2001. All mayors of sanctuary cities should have been indicted for violations of the U.S. Patriot Act since 2001. Why have not all U.S. Attorney Generals indicted the mayors of sanctuary cities and their state governors instead of threatening to restrict funds to the United States citizens living in sanctuary cities?

There is no profit to New World Order to administer legitimate social security numbers and citizenship to millions of immigrants who blatantly for years have been violated a series of U.S. laws daily, have violated the U.S. Constitution by stealing U.S. benefits and have funded huge illegal slush funds for New World Order through the Federal Reserve System to overthrow the legitimate U.S. Government.

From Wikipedia Executive Branch

"The Executive Branch headed by the U.S. President of the United States according to the constitution must "take care that the laws be faithfully executed and preserve, protect and defend the Constitution." Executive Orders and Proclamation Orders of U.S. Presidents must be rooted in Article II of the U.S. constitution or enacted by congress in statues." The United States President may be impeached by a majority in the House and removed from office by a two-thirds majority in the Senate for

"treason, bribery, or high crimes misdemeanors." "All Executive Orders, Executive Proclamations, Foreign Treaties and Agreements executed by the U.S. Presidents according to the U.S. Supreme Court must be supported by the Constitution, whether from a clause granting specific power, or by Congress delegating such to the executive branch."

To hold the Office of United States President the individual must be a native-born U.S. citizen. This gives great reasons to question why the Supreme Court did not immediately investigate and ruled on the authenticity of President Barack Obama's birth certificate and social security number qualifying Barack Obama to run for the Office of the U.S. President in 2008. If former President Barack Obama social security number is discovered to be fraudulent then there would be great reasons to concluded Barack Obama was not born in the United States. If this is established then all bills, executive orders and proclamations, treaties and agreements signed by Barack Obama would be null and void. Plaintiffs of this case are asking the Foreign Intelligence Surveillance Court and the Supreme Court to rule on the authenticity of former President Barack Obama birth certificate and social security number and Barack Obama having violated the U.S. Constitution obtaining the office of the United States President.

The Democratic Congress where dominant in passing the Social Security, Medicare, Medicaid, and Obamacare systems into law which are dominant funders of the Federal Reserve Cartel slush funds. The Democratic Congress are also well-known for over 50 years to be major protectors of immigrants who are also major funders of the Federal Reserve Cartel slush funds funding espionage activities. Addressing

the subversive actions of the U.S. Congress over the years by the plaintiffs named in this case is much harder since the Legislature Branch has no authority over the U.S. Attorney General to bring legal action against the Executive Branch officials and members of the Supreme Court. The Legislature Branch only has the authority to impeach the U.S. Presidents requiring a two thirds majority vote of the U.S. Senate. Impeachment of U.S. Presidents due to violations of the constitution linked to U.S. Immigration, U.S. Naturalization, and U.S. Labor Laws has been impossible for over 50 years since the Democratic Party is a major advocate to illegally attribute constitutional rights to illegal immigrants, dreamers, and anchor babies that have no constitutional rights with no rights to due process and are participating in subversive activities to over throw the U.S. government. The U.S. Senate over the last 50 years has always been more than 1/3 democratic.

The U.S. House of Representatives often runs into road blocks by the subversive activities of the U.S. Senate causing the U.S. House not to follow through on motions or legislature. An example of this is a motion entitled "Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors". Having enough evidence this motion appears to have been just a charade knowing the Senate would not vote to impeach. For these reasons under the U.S. Constitution separation of powers and checks and balance should not the Judicial Branch, Legislature Branch of the House and of the Senator also have their owned legal and investigative divisions like the Executive Branch FBI and Attorney General Office to bring forth indictments before the federal court system? Vicki McLean contends not having established this power for all three branches of the federal government is a violation of the U.S. Constitution principles of separation of powers and checks and balances.

**Exhibit 22 -** Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors -110[th] Congress, 2d Session, H RES. 1258, IN HOUSE OF REPRESENTATIVES, June 10, 2008, Mr. Kucinich submitted the following resolution June 11, 2008 By motion of the House, referred to the Committee on the Judiciary – 92 pages

The U.S. Democratic Party was the party that enabled the passage of the Social Security Act of 1935 and the Social Security Amendment Act of 1965 which enabled major slush funds for the Federal Reserve Cartel. In the early 1930's several U.S. Federal Judges deemed a Social Security system as unconstitutional. The Federal Reserve Cartel having a monopoly in the global banking industry in the 1920's was able to tighten the money supply, and drastically increase interest rates while illegally influencing American companies to hire illegal Mexican immigrants brought to America under subversive activities by the Presidents of Mexico and the United States Presidents under the Bracero Program beginning in 1917 falsely claiming to supplement the U.S. Agricultural Industry.

These subversive activities of the Presidents of Mexico and the Presidents of the United States from 1917 till 1964 were obvious when studying the "Selection Process of the Bracero Program" found on Wikipedia being filed as an Exhibit 17 in this case. These unilateral foreign Bracero Program agreements signed by the U.S. Presidents from 1917 till 1964 between Mexico and the United States were not ratified by the U.S. Congress. Hundreds of thousands of Mexicans were brought to the United States prior to official selection for the Bracero Program. Hundreds of thousands of Mexicans described as subversive in appearance were not accepted to

the Bracero program and not provided an United States forced escort back across the Mexico border. For these reasons, it is obvious that the Bracero Program executed by the U.S. Presidents and Mexico Presidents were enacted to intentionally allow the Mexican cartel members inside the U.S. to financially and physically attack U.S. citizens while providing labor and funds for the Federal Reserve Cartel Slush funds for espionage activities inside the United States under DARPA and the Manhattan Project. Finally, under the Operation Wetback Program established in 1954 the U.S. Government deported 3.8 illegal undocumented Mexicans. Surely the high level New World Order Mafia Gang leaders were not deported. Today inside the United States there is said to be as many as 33,000 organized gangs. Many of these organized gangs are known to provide immigrants with fraudulent documents.

The government of Mexico in 1917 was well-known to remain very aggressive toward the United States still attempting to recover land previously occupied by Mexicans inside the United States. Mexico was also known to have established a strong relationship with Hitler in 1917. For these reasons it is logical to concluded that the Mexicans chosen by the Mexican politicians to be selected for the Bracero Program were mostly communist agents being moved to the United States to over throw the legitimate U.S. government and remain illegally inside the United States many having obtained fraudulent U.S. Citizenship. Many of these Mexicans have moved into top level positions throughout federal, state, and local governments especially in California, New Mexico, and Arizona.

The Judicial Branch headed by the Supreme Court is responsible to rule in federal cases in accordance to the U.S. Constitution and the U.S. Laws. When the

Constitution came into force in 1789, Congress gained the authority to establish the federal judicial system as a whole. Only the Supreme Court was established by the Constitution itself. The Judiciary Act of 1789 created the first inferior (i.e., lower) federal courts established pursuant to the Constitution and provided for the first Article III judges.

Notably, the only federal court that can issue proclamations of federal law that bind state courts is the Supreme Court itself. Decisions of the lower federal courts, whether on issues of federal law or state law (i.e., the question was not certified to a state court), are persuasive but not binding authority in the states in which those federal courts sit. So why has the Supreme Court continually allowed the delay of rulings that bind state courts by allowing the question by the states to be initially filed in a U.S. District Court that has no authority to bind state courts? This year the U.S. citizens have witnessed numerous times the Supreme Court allowing questions to be asked by States representing immigrants that would be banned to travel to the United States in U.S. District Courts concerning the constitutionality of President Trumps Executive Orders banning travel to the U.S. by immigrants of certain nations well-known for terrorist activities. These orders of Federal Judges in U.S. District Courts placing a hold on President Trump travel ban executive order issued in Jan. 2017 was subversive under the authority of the Supreme Court continuing to allow immigrants to enter the United States from countries banned by President Trump's Executive Order for the entire duration of the travel ban period stated in the executive order. These immigrants challenging the U.S. President Trump's travel ban did not have rights to due process inside the United States and should have filed in an International Court of Law under the United Nations.

Under the Immigration Act of 1924, the Espionage Act of 1917, Alien Registration Act of 1940, Sedition Act of 1918 and Patriot Act of 2001 an immigrant in the country illegally or banned from entry by the COMMANDER IN CHIEF, THE U.S. PRESIDENT, have no constitutional rights and are not allowed to assemble and interfere with the war efforts.

All immigrants allowed to travel into the United States that would have been banned during U.S. President Executive Order travel ban needs to be investigated due to their subversive activities disobeying the constitutional travel ban order of the U.S. President Trump as Commander in Chief of the U.S. Military. Many entered the country under chain migration. All immigrants and members of their family chain and sponsors that defied President Trump's travel ban need to be investigated regarding to having the official unexpired I-94 or AED I-766 Forms from the U.S. Department of Labor with official unexpired visas, unexpired green cards, authentic legal IRS ITIN numbers and authentic not fraudulent social security cards, for every year inside the United States. The family members linked to the immigrants that violated President's Trump travel ban under the McCarran Act of 1952 would also be linked to their relatives' subversive activity defying U.S. President Trump's travel ban. Under the Patriot Act all members of the chain should now be placed under the FBI terrorist watch list.

Why did not the U.S. Attorney General Office under Sally Yates and the U.S. Homeland Security Agency not take all names of persons assembling at the airports

61

opposing the Commander in Chief, U.S. President Trump travel ban for violations of the Sedition Act of 1918, the Espionage Act of 1917, Alien Registration Act of 1940, the Immigration Act of 1924, and Patriot Act of 2001? And why did not the U.S. Attorney General Office under Jeff Sessions and U.S. Homeland Security Agency allow the assembling again by immigrants and foreign-born citizens inside the United States in early January 2018 across the country to oppose U.S. President Trump Executive Order denying the renewal of U.S. President Obama DACA Executive Order? Did not Acting U.S. Attorney General Sally Yates openly oppose U.S. President Trump's travel ban and assist in subversive activities by not immediately motioning to remove all cases opposing U.S. President Trump travel ban immediately to the Supreme Court because the lower courts had no jurisdiction to rule on  constitutional question from the states in reference to U.S. President Trump Executive Order banning travel entry into the United States by immigrants from certain terrorist nations. The court needs to be aware that Sally Yates was the Deputy U.S. Attorney General from 2015 till Jan. 2017 that should have been fully aware of Vicki McLean espionage cases 15-2555 filed July 13, 2015 filed as Exhibit 3 and Espionage Case16-15001 filed Sept. 28, 2016 filed as Exhibit 8 due to her position of authority in the U.S. Attorney General Office.

Many immigration attorneys assisted these immigrants to disobey U.S. President Trump, the Commander in Chief constitutional travel bans. All these immigration attorneys who assisted in these subversive activities representing foreign immigrants unwilling to obey U.S President Trump Executive Order also should be investigated for fraudulent identification and for being agents of New World Order Mafia Gangs inside and outside the United States. These immigration attorneys' prior immigration cases need to be examined for intentional concealment of the facts not including the entire official series of I-94 or AED I-766 Forms from the U.S. Department of Labor

certified for all employment in the United States since date of entry including all required visas, green cards, permanent and temporary residency cards, etc. certified from the Immigration and Naturalization Service. Did these immigration attorneys properly informed their clients that foreign immigrants do not have constitutional rights so they do not have right to due process in United States Courts requiring the situation to be addressed in International Court of Law under the United Nations?

Vicki McLean witnessed the aggressive protesting by immigrants at the Bush International Airport in Houston due to U.S. President Trump travel ban. Vicki McLean interviewed a gentleman born in Iraq whose entire family enter the U.S. as Iraq refugees around 2003 without their father who was a physician in Iraq. He stated he was an U.S. citizen now. He also stated his father eventually came to the United States but not one of his family members have been allowed to know where their father is living and working inside the United States. From this information it was easy to conclude that his father the physician likely worked with illegal underground operations in Iraq which gave his family members assess to the New World Order Mafia Gangs to gain entry to the United States and receive illegal benefits they were not legally entitled too and even fraudulent U.S. citizenship. This gentleman was a college graduate who obviously obtain illegal grants or scholarships for college who also worked in the illegal college mind control systems.

Why has the United States government not allow the father a physician from Iraq to unite with his family members who now are citizens of the United States? Could their father now living inside the United States be working with illegal underground

operations inside the United States? After hearing this 27-year old Iraq born story who entered the United States in 2003 as an Iraq refugee now a fraudulent U.S. Citizen it was easy for Vicki McLean to conclude the very high probability his entire family including his father have been given stolen social security numbers. Vicki McLean was bold to tell the gentleman that he and his entire family likely have stolen social security numbers and his U.S. citizenship could easily be revoked. There are great reasons to know from this story that his mother was fully aware that her husband was involved in subversive activities in Iraq and it was the reason why they had access to the New World Order Mafia Gangs to gain entry to the United States and acquire illegal U.S. benefits for her entire family while her husband stayed in Iraq participating in subversive activities. Surely being U.S. Citizens now they could protest in court to learn the location of the father inside the United States? So why have they stayed quiet? This gives indications the mother was aware her husband was participating in subversive activities in Iraq and now inside the United States. Concealment of facts when applying for U.S. citizenship would be a citizenship application not made in good faith and all family members linked to this mother would also be held in violation of the McCarran Act of 1952 and Smith Act of 1940.

**Exhibit 23** – Federation for American Immigration Reform from Wikipedia


**Exhibit 24** – Taxation of foreign nationals by the US-2016

by Deloitte pages 51-64

Appendix C – United States income tax treaties (indicates there must be establish guidelines for jurisdiction over their citizens in these treaties with foreign nations)

Appendix D – Family-based immigration categories

Appendix E – Employment based immigration categories

Appendix F – Countries whose citizens may be eligible for the Visa Waiver Program

Appendix G – Nonimmigrant (temporary) visa categories

Appendix H – Countries whose citizens may be eligible for E Treaty Trader (E-1) or Treaty Investor (E-2) Visas

The Fourteenth Amendment of the U.S. Constitution prohibits slavery. In 1808 the U.S. Congress approved legislation prohibiting the importation of slaves into the country. New World Order by various means have been importing slaves from all countries into the United States. The slaves of New World Order are seen in the immigration status classified as refugees, trafficking victims, minors, asylum seekers, displaced persons, etc. The New World Order slaves are identified easily because they have stolen social security numbers which many call the mark of the beast. The mark of the beast by New World Order has a dual purpose. It marks the immigrant for removal during the time of the future planned U.S. holocaust and marks the U.S. Citizen for removal before or during the U.S. holocaust. Currently there are likely 100 million immigrants inside the United States using stolen social security numbers marking approximately 200 million for removal once New World Order takes away the U.S. Citizens' rights to bear arms. As the percentage of immigrants with stolen social security numbers increases and the percentage of native Americans decreases New World Order will be able to take away the U.S. Citizens rights to bear arms.

Under the U.S. Constitution under the Second Amendment the U.S. Citizen is protected to keep and bear arms. Immigrants, legal and illegal inside the United States do not have the right to keep and bear arms. An immigrant possessing a gun inside the United States surely should be considered subversive and in violation of U.S. laws.

Under the U.S. Constitution under the fifteenth and nineteenth Amendment the U.S. Citizens who are women are giving the same rights as men. An immigrant woman inside the United States does not have constitutional rights. Was it legal for immigrant women to participate in women protests and in women marches inside the United States when under the first amendment immigrants do not have the right to assemble and protest against the federal, state, and local governments according to the Sedition Act of 1918 and Alien Registration Act of 1940?

Under Articles IV, V, VI of the U.S. Constitution, State governments and local governments are required to enforce the U.S. Constitution and U.S. Laws. Under the U.S. Constitution the States are required to protect the U.S. Citizens. This case has laid out reason after reason why illegal immigrants and legal immigrants are national security risks for the U.S. Citizens yet the sanctuary cities continue to protect immigrants that do not have the rights to life, liberty, property, due process, and right to equal protection under the laws of the land under the U.S. Constitution.

All the wars the United States has participated in since World War I have been false flag wars orchestrated by New World Order agents inside governments of all nations with the help of the United Nations for the following reasons:

1.  To distract the real authentic U.S. Citizens with war efforts while hundreds of thousands of   New World Order Foreign Cartel members are entering (entering with and without inspection, through unconstitutional unilateral executive orders or agreements allowing entry under refugee or trafficking victim status) into the United States to aid New World Order to overthrow the legitimate United States Government by providing labor and illegal funding for establishing the illegal underground operations and to continue to expand, and maintain illegal underground military bases and the illegal underground mind control systems throughout the United States while increasing the Federal Reserve Slush funds for espionage activities inside and outside the United States.

2.  To move more members of New World Order Mafia Gang agents into the U.S. and into federal, state, and local government positions.

3.  To enlarge the wealth and technology abilities of the private owned Defense and Aerospace Industry inside the United States under the control of the Federal Reserve Cartel families for future planned projects under DARPA, Manhattan Project, U.S. Atomic Energy Commission, University Research Programs, and U.S. research projects.

4.  To kill and severely injure many of the male native-born real authentic U.S. citizens during false flag war efforts overseas who are resistant to World Order by using many of the New World Order Mafia Gang agents inside the U.S. military in top military positions. Due to General Dwight Eisenhower involvement with the Manhattan Project it is reasonable to conclude that

General Eisenhower was a New World Order Mafia Gang agent inside the U.S. Military. Due to the Pearl Harbor event it is also reasonable to know all the generals responsible for placing all those Navy ships at the same port at the same time were also New World Order Mafia Gang agents inside the U.S. Military. New World Order Mafia Gang members continue to frame, injure, and kill all U.S. Military and U.S. veterans inside the United States using their members inside the college illegal mind control systems staff with mostly immigrants, dreamers, and anchor babies.

5. To enable immigrants who are not citizens to join the U.S. military to assist New World Order in hindering the U.S. military success in New World Order False Flag wars until the war objectives of New World Order have been achieved. The duration of a false war is determined by the objectives to be accomplished for New World Order which often involve the following:

- Acquiring land and mineral assets that are owned by the country or its' citizens by making the land location war zones areas.

- Removing the current government regime ruling over the foreign nation opposing New World Order.

- Moving massive numbers of refugees to development nations for subversive activities for New World Order inside the United States and European nations. Citizens and family members chosen for refugee status by New World Order Mafia Gangs in foreign nations would have been active members aiding New World Order activities in their native country whose families were guaranteed early removal to aid in subversive activities in developed countries. At some future time the participants in the subversive operations in the foreign country are promised to be allowed to join their families in the developed countries once a replacement for their position is accomplished in their native

country. Operation Paperclip was a similar operation that finalized the Manhattan Project movement of NAZI scientists, doctors, engineers, professors, etc. after World War II to the United States illegally given them refugee and asylum visa status. Likely the reason why so many foreigners have been allowed to enter the U.S. Military with so many doctors from the U.S. and other countries to assist in assignments overseas and on mission trips are as follows:

- Completion of planned underground development in foreign countries
- Establishment of underground research and cloning centers inside undeveloped countries
- Development of nuclear reactors
- Removal of minerals like oil, uranium, etc.


The true victims of false flag wars are never allowed to leave their native countries. For these reasons it is reasonable to conclude refugees from all nations are mostly members of New World Order Mafia Gangs aboard being transferred to the United States. All refugees should be deported. All refugees should be categorized as members of New World Order Mafia Gangs being aided to obtained refugee status to illegal receive governmental benefits and employment to aid to overthrow the legitimate U.S. government.

All college graduate refugees should be forced to return to their native country and never given permanent residency and citizenship being a greater threat to the national security risks.

6. To weaken the U.S. Citizens family units financially and mentally by removing the male head for false flag war efforts overseas.

7. To move more foreign professional immigrants into the United States who worked in underground operations aboard for New World Order to work in the yearly expansion of the U.S. illegal underground military bases and illegal underground mind control systems similar to the Manhattan Project and Operation Paperclip.

8. To move foreign immigrants into the United States to steal U.S. jobs to weaken the American families financially while drastically increasing the Federal Reserve Cartel slush funds for illegal espionage activities.

9. To move in massive numbers of poverty stricken groups claiming asylum, refugee, minor, and trafficking victim status to steal state and federal benefits especially Medicaid and Medicare benefits that uses the double billing of all services on all patients in every hospital to drastically increase the Federal Reserve Cartel slush funds for illegal espionage activities.

10. To move in massive numbers of New World Order trusted foreign professors to participate in university research and supervision of the college mind control staff displacing the American professors more and more forcing more and more to work overseas to maintain university professor employment.

11. To move in massive numbers of foreign engineers, scientists, computer specialists, etc. into American corporations and permanently displacing the American professionals to gain better control over all corporations inside the United States and force more and more of the American professionals to work overseas to maintain their professional employment.

12. To move in New World Order trusted foreign doctors to aid in intentionally misdiagnosing the U.S. citizens' diseases falsely labeling millions yearly as cancer patients to depopulate the native-born Americans citizens murdering them by using the biological weapons of chemotherapy and radiation therapy. While the foreign doctors are killing millions of Americans each year with

Chemotherapy and Radiation Therapy the hospitals are double billing for all the services for all patients while in the hospitals. The foreign doctors inside the United States are noted to drastically abuse Medicaid and Medicare using the illegal double billing of all services on all patients by doing massive numbers of illegal hospital admissions, ordering excessive unnecessary tests and procedures not related to the intentionally upgraded diagnosis, illegally extending the hospital stays of patient, and illegally transferring patients to other hospitals to extend their hospital stays. All these abuses to Medicaid and Medicare by foreign doctors drastically increases the Federal Reserve Cartel slush fund which was the subject of Vicki McLean's New Orleans first false claim case 07-9717 filed on Dec. 20, 2007 in U.S. District Court of Eastern Louisiana in New Orleans. The illegal employment of foreign physicians in the United State forces the American physicians to work overseas in order to maintain employment as a physician.

The United States is very capable of staffing all their professional positions in all fields once the American professionals inside the United States have been allowed to return to W-2 income status having had their social security numbers stolen with reversal of any fraudulent charges being framed by New World Order Mafia Gangs inside the United States and the American professionals forced to work overseas are returned to the United States allowed also to return to W-2 income having their social security numbers stolen. Foreign Nations have also stolen the professional labor force of the United States without authorization to remove the native professionals in foreign countries for New World Order to work inside the United States.

The United States is very capable of staffing all their blue-collar positions in all fields once the real authentic American blue-collar workers living inside the United States have been allowed to return to W-2 income status having had their social security numbers stolen with reversal of any fraudulent charges being framed by New World Order Mafia Gangs inside the United States.

It is important for the legitimate United States Government to insist on all authentic real U.S. Citizens living aboard to return to the United States for the safety of the citizens in foreign nations. It is reasonable to conclude U.S. citizens working aboard have been issued identification numbers belonging to citizens of foreign nations funding espionage activities for New World Order inside foreign nations.

No matter what the circumstances, no matter what age, no matter what type of abuse it should be assumed all immigrants entering the United States were aided by the New World Order Mafia Gangs to aid subversive activities for the Federal Reserve Cartel. All future immigrants coming into the United States should be denied and all current refugees, asylum seekers, trafficking victims, and minor refugees should be immediately detained and deported being supporters of subversive activities and increasing the national security risks for the real authentic U.S. citizens. The fact that all immigrants entering the United States will be issue a stolen social security number or a U.S. Citizens' job to increase the Federal Reserve Cartel slush funds makes all immigrants a high national security risk today.

The First Lady of the United States is a part of the Executive Branch who has her own office and hires her own staff who are federal employees working for the Executive Branch. All U.S. Laws and the U.S. Constitution apply to the First Lady and the staff of the Office of the First Lady. Under the Hatch Act First Lady Hillary Clinton was in violation of U.S. laws when she ran for the U.S. Senate of New York in 2000. First Lady Michelle Obama was in violation of the Hatch Act when she boldly campaigned for Hillary Clinton as President in 2016. The rumors of Michelle Obama being transgender needs to be investigated. As a transgender Michelle and Barack Obama would be in violation of the Illinois Marriage Laws at time of their marriage when Illinois did not allow same sex marriages. If Michelle Obama is a significant other of Barack Obama then as a member of the Senate under the Bush Administration Michelle Obama would not have qualified to be covered under Senator Barack Obama health insurance.

The Office of the Vice President of the United States is also under the Executive Branch and must obey the U.S. Constitution and the U.S. Laws. Vice President Mike Pence an attorney, former U.S. Congressman for 12 years, and former Indiana Governor is fully educated in the U.S. Constitution and U.S. Laws. Candidate Donald Trump in Dec. 2016 assigned his running mate Mike Pence to select for nomination the members of President Donald Trump's cabinet. Surely Mike Pence was aware that Nikki Haley, Elaine Chao, and Alexander Costa due to their and their parents' immigration status and careers of their immigrant parents were using stolen social security numbers belonging to U.S. Citizens. Mike Pence is fully aware of the requirement of separation of powers of the three branches of the federal government yet Mike Pence a member of the Executive Branch continues to preside over the Senate a part of the Legislature Branch.

The U.S. Department of Energy is over the Manhattan Project which is under the U.S. Atomic Energy Commission since 1946. The U.S. Department of Energy aided DARPA who is in charge of illegal underground operations by heavily restricting drilling all throughout the United States. The American Oil industry suffered greatly because drilling was limited and restricted from areas based on lies so not to interfere with illegal underground military bases and illegal mind control systems. Current leases going up for sale in the Gulf of Mexico and off the coasts of the United States need to be examine for control by the illegal college mind control system. The Leases that will likely illegally be assigned to International Companies will be near all illegal underground operations. One underground subway path travels from Venezuela under the Caribbean Island, Puerto Rico, Dominican Republic, Cuba, Bahamas then under Autec to Florida just South of Miami. The second underground subway likely travels from the Yucatan to Cuba to Key West then to the West side of Florida.

Near these paths in United States waters it should be expected the illegal college mind control systems to grant leases to International Oil companies illegally violating the rights of the U.S. companies. Only U.S. companies should be allowed to obtain oil leases in these areas to prevent subversive activities in the selection.

James McLean, a geological and petroleum engineer and an expert in designing deep water wells all over the world stated to Vicki McLean that the United States had more oil reserves than any other country. The huge restrictions on drilling inside the United States that began in the 1970's due to non-disturbance of illegal underground operations all throughout the United States was also linked to the reason for all the

false flag wars inside oil producing nations like Iraq. The U.S. participation under Bush, Sr. Administration against Panama was linked to all the illegal travel of secret submarines stored in secret submarines bases in the United States to the secret underground base in Antarctica linked to the Manhattan Project. This was likely the dominant reason for the expansion of the Panama Canal.

All earthquake activity is unrelated to drilling. Greater than 95% of all earthquakes are man-made using U.S. HAARP patent 5041834 used by maser weather satellites and submarines equipped with the same laser technology. New World Order would never create a man-made earthquake that would disturb their underground operations. Decades of rumors of a massive earthquake in California due to the continental divide is highly unlikely since New World Order's major technology research divisions and access to Area 51 is located in these areas in California. The 1989 earthquake in San Francisco was an HAARP man-made earthquake and a Hobbs Act violation threatening Silicon Valley companies who knew many of their foreign H1B workers were hired illegally to work in the illegal underground operations and there were adequate numbers of American professionals able and willing to fulfill these American job openings

**Exhibit 25 -** A Brief History of Energy Regulations
http://www.downsizinggovernment.org/energy/regulations

Giving Reins to the States over Drilling

http://www.nytimes.com/2012/08/24/us/Romeny-would-give-reins-to-states-on-drilling-on-federal

The **Privileges or Immunities Clause** is **Amendment XIV, Section 1, Clause 2** of the United States Constitution along with the rest of the Fourteenth Amendment, became part of the Constitution on July 9, 1868. Privileges and Immunities Clause in Article Four of the United States Constitution states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States. The Congress shall have power to make all laws which shall be necessary and proper to secure to the citizens of each state all privileges and immunities of citizens in the several states...."

The clause states:

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States....

The U.S. Government being concerned about the literacy of the poor and the middle class in how it related to voting rights knew it was important to provide education to all U.S. Citizens and their children having the right to vote once they turned 18 years of age. This was the main reason for the Education Law of 1912 concern for the education of the U.S. Citizens and their children who had the right to vote. Immigrants, legal and illegal do not have the right to vote and do not have the right to a social security number until they become a U.S. Citizen. For these reasons, anyone who applied for U.S. Citizen already possessing a social security number is guaranteed the social security is stolen and belongs to a real authentic U.S citizen making the immigrant citizenship application fraudulent and voidable.

**Education Law of 1912** was passed on 25 June 1912 by the Chamber of Deputies of Luxembourg. The law concerned primary school education in the country and introduced the following changes:

- Abolition of school fees
- 7 years of obligatory schooling
- Reduction of maximum class sizes to 70
- Singing, gymnastics, drawing, and a basic knowledge of biology and physics, were introduced as new subject
- Luxembourgish became a mandatory subject

The primary functions of the Department of Education are to "establish policy for, administer and coordinate most federal assistance to education, collect data on US schools, and to enforce federal educational laws regarding privacy and civil rights."

Public schools in all states are in violation of the U.S. Constitution when they admit a child of an immigrant, legal or illegal, into a public school which receives funding per child that requires the children to be children of real authentic U.S. Citizens who under the U.S. Constitution have constitutional rights.

**Federal Reserve Act of 1913** - The U.S. Congress established three key objectives for monetary policy for the Federal Reserve System in the Federal Reserve Act: maximizing employment, stabilizing prices, and moderating long-term interest rates. The first two objectives are sometimes referred to as the Federal Reserve's dual mandate.

The Federal Reserve System was given the authority to regulate the money supply and control interest rates that greatly affect the operations of all businesses. A tight money policy with high interest rates makes it more difficult for companies to acquire business loans and for consumers to acquire personal loans and mortgages. The net effect of a tight money supply with high interest rates are as follows:

1. Businesses are unable to grow their inventories.
2. Businesses are unable to expand their businesses.
3. Businesses are unable to hire more staff.
4. Businesses are forced to lay off staff.
5. Businesses are unable to refinance so bankruptcies increase.
6. Consumers are unable to make personal loans.
7. Retail businesses suffer due to lack of consumer credit available
8. Consumers are unable to acquire mortgages.
9. Homes sales suffer.
10. Construction of all kinds decline with more layoffs.
11. Auto sales decrease and more layoffs.
12. Small retail business go out of business then large retail businesses.
13. College admissions decrease.
14. Restaurant and hotel business decline with more layoffs.
15. Less travel so the oil industry and airline industry sales decrease.
16. Tech industry suffers due to business failures and no expansion.
17. Research and development investments decline.
18. Recession sets in for several years.

The Federal Reserve System intentionally caused the 1929 Great Depression, 1980 Savings and Loan Crisis and the 2007-2008 Banking and Mortgage Crisis by

tightening the money supply and raising interest rates to aid to overthrow the legitimate U.S. Government. The U.S. Department of Labor also greatly assisted in the 1929 Great Depression, 1980 Savings and Loan Crisis, and the 2007-2008 Banking and Mortgage Crisis by intentionally:

1. Publishing false labor reports with intentionally never reporting how many new jobs each month were filled by immigrants compared to being filled by real authentic U.S. citizens.

2. By intentionally not aiding the American employers to verify the documents of immigrants as authentic documents owned by the immigrant making sure the immigrant was legally inside the United States continually with employment authorization and had rights to a social security card, green card or visa by coordinating with the Immigration and Naturalization Service.

3. By not reporting immigrants using fraudulent documents to INS.

4. By intentionally not arbitrating labor disputes properly to expose unfair labor practices, unfair competition, and violations of U.S. Laws by employers.

5. By continually giving Work Visas to immigrants when there was no justification that the United States had a labor shortage in such field.

6. By not aiding the U.S. Citizens to have access to American jobs when unemployed so not to interfere with the College mind control system staff with dreamers, anchor babies, and immigrants hindering the unemployed U.S. Citizen from applying for American job openings.

7. By allowing the placement of an immigrant using a stolen social security number as Secretary of the U.S. Department of Labor since 2001 that would have great personal reasons to discriminate against the U.S. Citizens which are Elaine Chao, Hilda Solis, Tom Perez, and Alexander Acosta.

8. By not requiring documentation from the employers proving they could not find an U.S. Citizen for the job and not helping the U.S. employer find a real authentic U.S. Citizen unemployed who qualified for the job opening.

9. By not exposing the college and university illegal mind control system that were stopping the U.S. Citizens from applying for the American jobs. Extremely high probability that most Secretary of U.S. Department of Labor since 1970 worked in the illegal mind control system when attending college.

10. By not insisting that the INS be placed under the U.S. Department of Labor for ease in coordinating and exposing all immigrants not authorized to work living illegally inside the United States.

11. By not coordinating with the Social Security Administration to verify all social security numbers presented for employment are owned by the person presenting the social security number and the person has constitutional rights to own a social security number meaning the immigrant did not obtain fraudulent U.S. Citizenship.

**Davis-Bacon Act of 1931** - 40 U.S.C. § 3141-3148 is a United States federal law that establishes the requirement for paying the local prevailing wages on public works projects for laborers and mechanics.

The Davis-Bacon Act is an abusive policy forcing the construction industry to do excessive data gathering that increases the overhead for large American Construction Companies whose data is intentionally not used properly by the U.S Department of Labor. The U.S. Department of Labor intentionally participated in subversive activities to discriminate against American Construction Companies to

aid and keep secret New World Order illegal underground operations by the following activities of the U.S. Department of Labor:

1. Continued to require the American Construction Companies to adhere to the Davis-Bacon requirements while foreign companies did not have the same requirement.

2. Continued to allow massive numbers of illegal immigrants to work in the American Construction industry.

3. Continued to issue unnecessary work visas to foreign engineers, architects, etc.

4. Continued to allow professional licensing of illegal immigrants in fields of air conditioning, electric, plumbing, auto mechanics, etc.

5. Continued to allow maintenance staff of apartments, hospitals, hotels, etc. to be staff by illegal immigrants.

6. Continued to allow lawn care and housekeeping staff to be staff by illegal immigrants.

Any American who has worked in the construction field for a longtime know that illegal immigrants working in the American Construction Industry are used to sabotage construction companies and construction projects. The plaintiffs Vicki McLean, Timothy McLean, Scott Fanning, Louis Fanning, Douglas Tozel, Bret Tozel, Angie Fanning, Patricia Fanning Starkey, and Joseph Starkey all can give testimony as to how illegal immigrants were used to sabotage construction jobs. Surely U.S. President Donald Trump, Donald Trump, Jr. and Eric Trump can give tremendous testimony in this area.

The North America Free Trade Agreement discriminates against American Companies and the American worker. Mexico does not put all the unnecessary regulations on their employers like the U.S. Government. Mexico does not inspect their agricultural products and manufacturing products properly like the U.S. Government to protect the consumer. Mexico does not have adequate Labor Laws to provide that their citizens are paid a fair wage. These are just a few of the reasons why tariffs were accessed on goods and services from Mexico. Removing the Mexico tariffs were subversive causing unfair competition, restraint of trade, greater risks to the American consumer, and increased national security risks opening the U.S. borders to more members of the Mexican Cartels and moving in more foreign professionals to work in the illegal underground operations.

NAFTA greatly increased the number of Latino professors working in the illegal college mind control system to coordinate the massive numbers of Latino dreamers, and anchor babies mind control operators attending the U.S. colleges illegally funded from illegally acquired U.S. scholarships and grants.

- NAFTA is unconstitutional. All aspects of the NAFTA agreement should be investigated to provide accurate data to the Foreign Intelligence Surveillance Court and the Supreme Court so there a clear understanding of all the severe national security risks that occur with multinational foreign trade agreements and removing tariffs on foreign products and services.

Tariffs are necessary for all nations to:

- force foreign companies to manufacture within the United States so the federal government can inspect their products and services according to American Standards that enables fair trade and fair competition.
- limit the number of foreign professionals and non-professionals entering the United States to limit the entry of massive numbers of foreign agents working for New World Order Mafia Gangs.
- Put pressure on foreign nations to establish and enforce fair wages for their citizens in all industries.
- Stop U.S. companies moving their manufacturing jobs overseas for cheaper labor, less regulations during manufacturing, and lower capital overhead.

The Davis Bacon Act needs to be abolished due to discrimination against American Construction companies. If it is not abolished than huge tariffs need to be placed on foreign construction companies to inspect these companies properly and to cover for all the liability assumed by the American consumer due to lack of inspections on foreign products and parts, and lack of proper licensing standards according to American standards for licensed non-professionals and professionals.

An example of this is the Chinese dry wall brought into the United States not properly inspected to intentionally take out the American Construction companies, small and large. The removal of tariffs by the United States treaties and agreements with foreign nations is not in agreement with the U.S. Constitution because these non-tariff trade agreements discriminate against the American Companies and American workers who are held to a much higher standard in the United States that

83

drastically increases overhead for the American companies and are required to pay their employees a fair wage causing unfair competition, unfair trade, and restraint of trade.

**Exhibit 26** - Davis-Bacon Act of 1931 from Wikipedia 40 U.S.C. § 3141-3148, contains detail discussion of the fraudulent labor and wage reports by the U.S. Department of Labor Wage and Hour Division discovered by the Office of the Inspector General who recommended due to inferior data reporting the Dept. of Labor Wage and Hour Division use the superior reporting by the Bureau of Labor Statistics but the Dept. of Labor declined. The Office of Inspector General even considered the reporting by the Department of Labor to be fraudulent. To hide this fraudulent reporting U.S. President Barack Obama participated in subversive activities to aid migrants by transferring the Davis-Bacon Act authority from the Government Accountability Office to the United States Department of Labor. Details of the Department of Labor data reporting is explained in detail in this Wikipedia report for the Davis-Bacon Act of 1931.

**Exhibit 27** - Does the United States tax exports but not imports?
In the United States, "we tax our exports and don't tax our imports."
— Paul Ryan on Wednesday, January 25th, 2017 in an interview

http://www.politifact.com/wisconsin/statements/2017/feb/09/paul-ryan/does-united-states-tax-exports-not-imports/

**Exhibit 28** – Unfair Competition from Wikipedia

**Exhibit 29** – Restraint of Trade from Wikipedia

All Treaties that have removed tariffs on imports need to be examined closely for a violation of the U.S. Constitution and a violation of the Civil Rights Act of 1964 causing severe discrimination against the American worker due to unfair trade practices and unfair competition. Foreign countries do not have fair labor laws that require citizens to be paid a fair wage. India, Mexico, and China do not pay their citizens a fair wage and the U.S. States greatly aids to increase humanitarian problems inside foreign countries by not placing extremely high tariffs on these countries. The United Nations not addressing these issues further indicates the continual subversive activities of the United Nations that provides no benefit to nations who sign multinational agreements. New World Order always seems to benefit from multinational agreements and multinational organizations like the United Nations and the European Union.

The ability of companies to lower their labor costs drastically by producing products overseas in under developed countries is unfair competition and the greatest reason why tariffs need to be restored for all countries and greater for countries not willing to pay their citizens a fair wage like China, India, Mexico, etc. This is the only way to stop the American companies from moving their manufacturing divisions overseas. This is the godly way to aid to decrease a country's humanitarian crisis.

The U.S. Constitution is godly. When properly applied America will be blessed. When American establishes godly agreements and treaties with another nation that agrees with the U.S. Constitution both nations will be blessed. An ungodly agreement with a foreign nation causes both nations to be cursed. It is impossible

to bless all nations in a multinational treaty. The European Union has proven this to be true. Each nation is unique which differing set of circumstances each year that cannot be addressed in a godly manner through a multinational treaty. Multinational agreements should be banned.

**Exhibit 30**– North American Free Trade Agreement from Wikipedia

One must have eyes wide open when reading Exhibit 30 and especially when reading report findings by Universities and colleges. University and College reports are most often swayed against America being mostly produced by foreign professors and foreign students aided by the illegal mind control operators. Be especially on guard when reading reports from University of California at Berkeley, a participant of the Manhattan Project. The most important item to note is the drastic increase in foreign professionals brought into the United States available to work in the illegal underground mind control systems to overthrow the legitimate U.S. Government.

It is important to note that the importing of the faulty Chinese Drywall was part of the planning of Hurricane Katrina by New World Order Mafia Gangs and the college mind control systems. The main objective of Hurricane Katrina was to fund massive expansion of underground operations all throughout New Orleans metro including St. Tammy Parish and St. Bernard Parish. Another goal was to stop interference of New World Order secret underground operations by removing the U.S. Patriots in the construction industry in Louisiana and bring more illegal Latino construction workers for underground operations. Hurricane Harvey was

planned for similar reasons. Due to NATFA and Houston already having a huge Latino illegal immigrant construction workforce New World Order goals should be much easier to accomplish in comparison to New Orleans after Hurricane Katrina. Houston's illegal Latino construction workers are arrogant, ruthless, extremely anti-American and continually subversive sabotaging Americans and American companies daily. The illegal mind control system sends text messages to their phones to instruct the immigrants with stolen documents in how they want them to sabotage a job, rob, vandalize, etc. Houston Metro has as much as 1 million immigrants with the majority being illegal living in the Houston Metro Area. Houston's illegal immigrants have illegally been allowed to open bank accounts, buy fancy autos with financing, and buy real estate with mortgages. Houston's illegal immigrant population are being illegally allowed to obtain FEMA funds and federal scholarships and grants.

Removal of all dreamers, anchor babies, and immigrants on scholarships being illegally should be one of the first areas where ICE should focus to remove the most dangerous the criminals. All federal law enforcement need to remove falsely documented immigrants, dreamers, and anchor babies from their departments. The U.S. Congress also have numerous members who have stolen social security numbers. All top federal officials with stolen social security numbers need to be removed so the U.S. Government can enforce the U.S. Constitution and the U.S. Laws.

Houston is a sanctuary city with law enforcement headed by Latinos likely using stolen social security numbers. Houston's immigrants are involved in massive

illegal drug movement all throughout Houston aided by the Latinos in law
enforcement and the illegal college mind control systems. Mayor Turner of
Houston publicly announces his protection of Houston's illegal immigrants.

Note that the Davis Bacon Act was passed in 1931 the same time the Hoover Dam
was being built to supply hydroelectric energy for Area 51, the illegal headquarters
of the mind control system in the United States. For greater details about Area 51
see Exhibit 7.

**Exhibit 7** – United States District Court of Eastern Louisiana 17-9425 Vicki
McLean and Estate of James McLean EX REL USA VS Area 51 sealed filed Sept.
21, 2017.

The Davis-Bacon Act of 1931 surely was subversive specifically requiring U.S.
construction companies to add personnel to comply with unnecessary regulations
which added costs to monthly overhead with other issues to enable larger
companies to be more competitive with the smaller companies that were not
devoted to New World Order to keep all the illegal underground projects secret.
Surely President Trump knows all about this but has yet to bring up the abuses of
the Davis-Bacon Act that aids New World Order illegal underground operations
and discriminates against American construction companies in comparison to
foreign construction companies from Mexico. Most public-school projects and
other public works projects secretly include funding for illegal underground
operations. All dams across the country under the U.S. Department of Interior
included funding for illegal underground operations with the stealing of the

hydroelectric power daily. The Davis-Bacon Act greatly aided the secrecy of all these underground projects by restricting and penalizing many of the American construction companies not willing to hire illegal immigrants.

This would also have been a dominant reason for the Federal Reserve System tightening the money and raising interest rates in the late 1920's to put certain American Construction companies out of business. The U.S. Congress regulates trade with foreign countries. The Bracero Program was an agriculture trade agreement that the U.S. Presidents had no authority to enact under the U.S. Constitution. These U.S. Construction companies loyal to New World Order were awarded these huge public works projects. These U.S. Construction Companies hired the illegal subversive Mexican workers who entered the U.S. under the Bracero Program selection process but were intentionally not chosen. These subversive Mexican workers had been selected by the Mexican politicians to work on the U.S. illegal underground public works projects. This process continues today. Note all the falsely documented Latinos working on all the U.S. Highway projects under the Elaine Chao, U.S. Secretary of Transportation. U.S. federal highway projects provide major funding for underground operations. How many Mexican Construction Companies are being given contracts to work on public works projects. When a Mexican Company is awarded a public works projects it is reasonable to assume there is illegal secret funding for underground operations and the American companies that had bid on the projects were discriminated against by the illegal college mind control systems staff a majority by immigrants, dreamers, and anchor babies.

89

NAFTA is unconstitutional and a violation of the civil rights of the American Companies and American workers because NAFTA removed tariffs that were assessed on Mexico products and services like China, India, etc. who do not have adequate fair labor laws and practices and adequate safety inspections of manufactured products resulting in unfair trade and unfair competition that has caused the massive trade deficits for the United States. All trade agreements need to be reviewed in this case by the Foreign Intelligence Surveillance Court and the Supreme Court for being subversive to overthrow the illegitimate U.S. government by violating the U.S. Constitution and Civil rights of U.S. Citizens and U.S. Companies establishing intentional unfair competition and unfair trade with foreign countries to move more and move American manufacturing jobs overseas and move more immigrant workers into the United States to provide labor and funding for illegal espionage operations.

**National Industrial Recovery Act of 1933** regulated enterprises to ensure fair wages and prevent unfair competition. An Act to encourage national industrial recovery, to foster fair competition, and to provide for the construction of certain useful publics works projects, and for other purposes. Trade agreements and Treaties cannot undermine fair and full employment for the American workers.

The Bracero Program and the Davis Bacon Act were in violation of the National Industrial Recovery Act 1933 because they did not foster fair competition. The main reason for the National Industrial Recovery Act of 1933 was to establish major public works programs to secretly fund illegal underground espionage projects.

**The Social Security Act of 1935** established the rights of the governed, the U.S. citizens the right to a pension in old age, and insurance against unemployment. The act only for the U.S. citizens laid the groundwork for the modern welfare system in the United States. With its' primary focus to provide aid for the elderly, the unemployed, and children. The Social Security System is only established for the governed which are the U.S. Citizens. Immigrants, legal and illegal, cannot participate in the social security system and should never be issued a social security number when not a citizen of the United States.

The Social Security Act has been amended significantly over time, but contains ten major titles.

**Federal Reserve Act** was amended in 1935 under 12 U.S.C. § 225a specifying the Federal Reserve Board of Governors and the Federal Open Market Committee were required to promote effectively the goals of maximum employment, stable prices, and moderate long-term interest rates using specifics to define full employment.

**Social Security Act of 1935** gave the U.S. citizens not immigrants the right to a basic pension and to receive insurance if they were unemployed. This was the establishing of the social security system that is only for U.S. Citizens identified through a social security number that can only be acquired by U.S. Citizens and when an immigrant is naturalized as a U.S. Citizens according to the U.S. Naturalization laws and Immigration Laws that agrees with the U.S. Constitution.

**National Labor Relations Act of 1935** an act established by U.S. Congress to diminish the causes of labor disputes burdening or obstructing interstate and foreign commerce, to create a National Labor Relations Board and for other purposes.

The National Labor Relations Board has been a charade to obstruction federal lawsuits being filed that would have addressed all these unconstitutional U.S. Laws, and U.S. Treaties and Agreements with foreign nations. The U.S. Labor Laws establishing the rights of Labor Union were subversive. It was extremely profitable for New World Order to allow an organization with one President and one group of attorneys to represent all the employees of an industry who were aware of the laws and trade agreement that were enacted that violated the U.S. Constitution. New World Order only had to contain one representative and one group of attorneys representing the union workers instead thousands of workers in the industry hiring their own attorneys. The American construction industry due to illegal underground operations were a great concern for New World Order due to the U.S. Citizens constitutional rights and right to due process rights in federal courts.  Once the illegal mind control system operated by the college were in affect then the College Law School Professors and students could see that all U.S. Citizens' due process rights were violated.

**Employment Act of 1946** -15 U.S.C. § 1021 – this act states it was the "continuing policy and responsibility" of the federal government to coordinate and utilize all its plans, functions, resources…to foster and promote free competitive

enterprise and the general welfare; conditions under which there will be afforded useful employment for those able, willing, and seeking to work; and to promote maximum employment, production, and purchasing power.

This law was established under the U.S. Constitution for the protection of U.S. Citizens not immigrants, legal or illegal.

The **Labor Management Relations Act of 1947** 29 U.S.C. § 141-197 - An Act to amend the National Labor Relations Act, to provide additional facilities for the mediation of labor disputes affecting commerce, to equalize legal responsibilities of labor organizations and employers, and for other purposes. The National Labor Relations Act was established to aid U.S. Citizens in resolving labor disputes.

This act was subversive obstructing the due process rights of the U.S. Citizens with the U.S. Dept. of Labor continually aiding to hide all the violations of the U.S. constitution and U.S. laws exposed in labor disputes to limit federal lawsuits that would have address the constitutionality of the U.S. Labor Laws enacted by congress and expose all the illegal underground operations.

**Civil Rights Act of 1964** requires all employing entities and labor unions treat employees equally, without discrimination based on "race, color, religion, sex, or national origin.

93

Employers and colleges inside the United States cannot discriminate against native Americans and give preference to immigrants, legal or illegal. Employers across all industries aided by the college mind control systems operated by immigrants, dreamers and anchor babies are discriminating against Americans in massive portions today. Immigrants, legal and illegal, dreamers, and anchor babies are being given most the jobs and most of the college scholarships and grants.

**Bank Secrecy Act of 1970** – requires all bank transactions have detail and non-fraudulent information identifying the entities and individuals involved in the transactions to hinder money laundering activities.

All illegal immigrants, dreamers, and anchor babies are participating in money laundering activities and using fraudulent documentation. All immigrants even ones that have obtained fraudulent U.S. Citizenship continue to knowingly use social security numbers belonging to U.S. Citizens.

**Employment Retirement Income Security Act of 1974** -- includes funding, anti-discrimination, and fiduciary duties. This act requires the accurate record keeping for pension which includes the Social Security Administration recording of pensions for the U.S. Citizens under the Social Security Administration that began under the Social Security Act of 1935.

The allowing of an immigrant to use the social security number of an U.S. Citizen would be in violation of the Employment Retirement Income Security Act of 1974 by the Social Security Administration not properly adhering to all fiduciary duties.

**Full Employment and Balanced Growth Act of 1978** - 15 U.S.C. § 1031 -An Act to translate into practical reality the right of all Americans who are able, willing, and seeking to work to full opportunity for useful paid employment at fair rates of compensation; to the responsibility of the Federal Government to use all practical programs and policies to promote full employment, production, and real income, balance growth, adequate productivity growth, proper attention to national priorities, and reasonable price stability, to require the President each year to set forth explicit short-term and medium-term economic goals; to achieve a better integration of general and structural economic policies; and to improve the coordination of economic policymaking within the Federal Government.

This act specified using set guidelines to define full employment. Until full employment of the American workforce is met there should be no allowance for immigrants to work inside the United States. All temporary and permanent resident immigrant work permits should be revoked because the government labor data indicates there is no labor shortages that Americans cannot fill. Doing this would remove a majority of the immigrants staffing underground military bases throughout the country.

**Immigration Reform and Control Act of 1986** criminalized knowingly hiring illegal immigrants and gave amnesty to millions of illegal immigrants identical to the DACA executive orders enacted illegally by U.S. President Obama.

This act violated the U.S. Constitution and U.S. Naturalization and Immigration Laws by knowingly legalizing illegal immigrants who were in the country illegally for years and had not registered with INS and were using fraudulent documentation being in violation of the Sedition Act of 1918, Alien Registration Act of 1940, and the McCarran Act of 1952. This act did not change the U.S. Naturalization and Immigration Laws. This act was in direct violation of the U.S. Naturalization and Immigration Laws.

The U.S. Department of Labor and the INS do nothing to properly aid the employers and the States to verify the authenticity of immigrants' identification documents which include employment authorization, social security numbers, visas, green cards, temporary and permanent residency cards, passports, birth certificates, etc.

## EXHIBITS

### Exhibit 1

**United States District Court of Eastern Louisiana 15-08 on appeal as 15-30345 U.S. Fifth Circuit Court of Appeal Appellant Brief** – Vicki McLean VS Barack Obama, ET AL

## Exhibit 2

**United States District Court of Eastern District of Louisiana 17-12760 Vicki McLean and Estate of James McLean EX REL USA VS European Union, ET AL sealed**

## Exhibit 3

**United States District Court of Eastern Louisiana 15-2555 Vicki McLean and Estate of James McLean EX REL USA VS Joint Chiefs of Staff, ET AL motion filed on 8/1/2016 titled #4 of 23 "Motion to add Atlantic Undersea Test and Evaluation Center (AUTEC), Naval Sea Systems Command, and Naval Undersea Museum as Defendant in the case".** 21 secret submerged submarine bases along the Florida Coast were exposed in this filing. Only until recently learning about Gunther Laukien's underwater craft development did Vicki McLean realize that most of the global elites likely owned an interest in an underwater craft. These underwater crafts were likely parked in the secret submerged submarine bases across the globe. Vicki McLean also recently recognized that the likely reason for Dirk Laukien hiring Timothy McLean to work for his privately-owned company known as Black Forest Ventures in 2010 was because Gunther Laukien illegally used James McLean's intellectual property in his underwater crafts. Dirk Laukien violating labor laws fired Timothy McLean around the time Vicki McLean's false claim case 11-193 was unsealed Feb. 27, 2012 that exposed the murder of James McLean for his intellectual property.  Because Vicki McLean detected all 23 motions filed on Aug. 1, 2016 in case 15-2555 where likely removed due to the information exposed in Motion 4 and Motion 12. Due to their removal from case 15-2555 all 23 motions filed on 8/1/2016 were added to espionage false claim case 16-15001 filed Sept. 28, 2016.

## Exhibit 4

**United States District Court of Eastern Louisiana 15-2555 Vicki McLean and Estate of James McLean EX REL USA VS Joint Chiefs of Staff, ET AL motion filed on 8/1/2016 titled #12 of 23 "Motion to add Rep. Kevin Brady as a defendant".**  This motion reveals numerous tenants in the World Trade Towers on 9/11/2001 making it obvious the real motive was to threaten all the tenants that are witnessed to market crashes and daily hacking of brokerage systems by HAARP mind control systems to manipulate the U.S. markets daily for New

World Order's financial benefits, witnesses of illegal shipments of drugs, guns, steel, etc. for New World Order, and witnesses to the illegal underground in Manhattan, NY. Because Vicki McLean detected all 23 motions filed on Aug. 1, 2016 in case 15-2555 where likely removed due to the information exposed in Motion 4 and Motion 12. Due to their removal from case 15-2555 all 23 motions filed on 8/1/2016 were added to espionage false claim case 16-15001 filed Sept. 28, 2016.

## Exhibit 5

**Letter from Texas Department of Transportation to Vicki McLean** and Vicki McLean's response. This was obvious retaliation by Area 51 and the Houston Metro HAARP operators to attempt to strip Vicki McLean of her Texas driver's license based on a false report. This false report took a total of Vicki McLean 2 complete days to address having to address the complaint and then take the written and driver's test.

Update of illegal entries, thefts, and computer hackings

Letter dated Dec. 13, 2017 to Karya Property Management hand delivered to leasing agent at their Bueno Vista Apartments on Bammelwood in Houston, TX addressing the continued illegal entries into Vicki McLean's apartment at Providence At Champions.

Letter dated Dec. 13, 2017 to Sarah Booth of the Montgomery County library system.

## Exhibit 6

United **States District Court of Eastern Louisiana 17-5578 sealed, active** Estate of James McLean EX REL USA VS Loyola University, ET AL Judge Ivan Lemelle

## Exhibit 7

**United States District Court of Eastern Louisiana 17-9425 sealed, active,** Estate of James McLean VS Area 51 Judge Ivan Lemelle

## Exhibit 8

**United States District Court of Eastern Louisiana 16-15001 sealed, active,** Estate of James McLean and Vicki McLean EX REL USA VS FEMA Judge Martin Feldman

### Exhibit 9

**United States District Court of Eastern District of Louisiana 17-17483 Sect L Mag 5** Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL United States of America VS U.S. Federal Bureau of Investigations, Robert Mueller, James Comey, Christopher Wray filed on Dec. 19, 2017.

### Exhibit 10

**EMPLOYMENT GROWTH SINCE 2000 WENT TO IMMIGRANTS** by the Centers for Immigration Studies 34 page report http://www.cis.org/All-Employment-Growth-2000-Went-Immigrants

### Exhibit 11

**The Impact of New Immigrants on Young Native-Born Workers, 2000-2005** https://www.cis.org/Impact-New-Immigrants-Young-NativeBorn-Workers-20002005

### Exhibit 12

Case records of:

Agnew VS State of Maryland, ET AL #903 Sept. term. 1983, Court of Appeals of Maryland Decided June 1, 1982 which includes testimony of Spiro Agnew and Assistant United States Attorney Russell T. Baker

United States of America VS I.H. Hammerman 528 F.2d 326 with U.S. Government being represented by U.S. Attorney of Maryland George Beal[

**Exhibit 13**

The Truth About Undocumented Immigrants and Taxes -
https://www.theatlantic.com/business/archive/2016/09/undocumented-immigrants-
and-taxes/499604/

**Exhibit 14**

When Immigration and Tax Converge –
http://www.taxhistory.org/www/features.nsf/Articles/95F66D36D36BB745FD685
2579C700800842?OpenDocument

**Exhibit 15**

Birthright citizenship in the United States from Wikipedia

**Exhibit 16**

Bracero Program from Wikipedia

**Exhibit 17**

Bracero Selection Process from Wikipedia

**Exhibit 18**

Quebec Agreement from Wikipedia

**Exhibit 19**

Executive Actions on Immigration Have Long History –
http://www.pewresearch.org/fact-tank/2014/11/21/executive-actions-on-
immigration-have-long-history/

**Exhibit 20**

Milestones in history of immigration law

**Exhibit 21**

Biography of Jeffery Bezos, Lawrence Gise, and Miquel Bezos

**Exhibit 22**

Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors -110th Congress, 2d Session, H RES. 1258, IN HOUSE OF REPRESENTATIVES, June 10, 2008, Mr. Kucinich submitted the following resolution June 11, 2008 By motion of the House, referred to the Committee on the Judiciary – 92 pages

**Exhibit 23**

Federalation for American Immigration Reform from Wikipedia

**Exhibit 24**

Taxation of foreign nationals by the US-2016

by Deloitte pages 51-64

Appendix C – United States income tax treaties (indicates there must be establish guidelines for jurisdiction over their citizens in these treaties with foreign nations to determine an anchor babies naturalization.

Appendix D – Family-based immigration categories

Appendix E – Employment based immigration categories

Appendix F – Countries whose citizens may be eligible for the Visa Waiver Program

Appendix G – Nonimmigrant (temporary) visa categories

Appendix H – Countries whose citizens may be eligible for E Treaty Trader (E-1) or Treaty Investor (E-2) Visas

## Exhibit 25

A Brief History of Energy Regulations

http://www.downsizinggovernment.org/energy/regulations

Giving Reins to the States over Drilling

http://www.nytimes.com/2012/08/24/us/Romeny-would-give-reins-to-states-on-drilling-on-federal

## Exhibit 26

Davis-Bacon Act of 1931 from Wikipedia 40 U.S.C. § 3141-3148, contains detail discussion of the fraudulent labor and wage reports by the U.S. Department of Labor Wage and Hour Division discovered by the Office of the Inspector General who recommended due to inferior data reporting the Dept. of Labor Wage and Hour Division use the superior reporting by the Bureau of Labor Statistics but the Dept. of Labor declined. The Office of Inspector General even considered the reporting by the Department of Labor to be fraudulent. To hide this fraudulent reporting U.S. President Barack Obama participated in subversive activities to aid migrants by transferring the Davis-Bacon Act authority from the Government Accountability Office to the United States Department of Labor. Details of the Department of Labor data reporting is explained in detail in this Wikipedia report for the Davis-Bacon Act of 1931.

## Exhibit 27

Does the United States tax exports but not imports?
In the United States, "we tax our exports and don't tax our imports."
— *Paul Ryan on Wednesday, January 25th, 2017 in an interview*

*http://www.politifact.com/wisconsin/statements/2017/feb/09/paul-ryan/does-united-states-tax-exports-not-imports/*

### Exhibit 28

Unfair Competition from Wikipedia

### Exhibit 29

Restraint of Trade from Wikipedia

### Exhibit 30

North America Free Trade Agreement from Wikipedia

### CONCLUSION

Immigrants, legal and illegal, acquiring illegal and legal entry into the United States some with fraudulent U.S. Citizenship using fraudulent documents and stolen social security numbers are in violation of the U.S. Sedition Act, U.S. Alien Registration Act of 1940, McCarren Act of 1952, Espionage Act of 1917 and the Patriot Act of 2001. All are an extreme national security risk who do not have constitutional rights, no rights to due process, must be detained immediately and deported. Immigrants not having constitutional rights must be required to seek retribution in an International Court of Law under the United Nations not inside the United States but in their native countries. The immigrant's native country has jurisdiction over them and must address how the immigrant exited the country and entered the U.S. acquiring false documentation participating in subversive activities to overthrow the legitimate U.S. government. Huge numbers of migrants from a foreign country

participating in subversive activities to overthrow the legitimate U.S. Government could greatly interfere with future trade agreements between the United States. The immigrant involved in illegal underground operations for New World Order would also be a national security risk for the immigrant's native country. All nations are blessed when countries forced the United Nations to handle immigration disputes that involve violations of the Espionage act and Patriot Act.

## GUIDANCE FOR THE COURT

## FROM THE GOD OF TORAH

### LEVITICUS CHAPTER 19

VERSE 11 - YOU SHALL NOT STEAL, YOU SHALL NOT DEAL FALSELY; AND YOU SHALL NOT LIE TO ONE ANOTHER.

VERSE 12 - YOU SHALL NOT SWEAR FALSELY BY MY NAME, PROFANING THE NAME OF YOUR GOD: I AM THE LORD.

VERSE 15 - YOU SHALL NOT RENDER AN UNJUST JUDGEMENT; YOU SHALL NOT BE PARTIAL TO THE POOR OR DEAR TO THE GREAT: WITH JUSTICE YOU SHALL JUDGE YOUR NEIGHBOR.

VERSE 16 – YOU SHALL NOT GO AROUND AS A SLANDERER AMONG YOUR PEOPLE, AND **YOU SHALL NOT PROFIT BY THE BLOOD OF YOUR NEIGHBOR**: I AM THE LORD.

VERSE 17 – YOU SHALL NOT HATE IN YOUR HEART ANYONE OF YOUR KIN; YOU SHALL REPROVE YOUR NEIGHBOR, OR YOU WILL INCUR GUILT YOURSELF.

VERSE 35 – YOU SHALL NOT CHEAT IN MEASURING LENGTH, WEIGHT, OR QUANTITY.

VERSE 36 – YOU SHALL HAVE HONEST BALANCES, HONEST WEIGHTS, AND HONEST EPAH, AND AN HONEST HIN: I AM THE LORD YOUR GOD, WHO BROUGHT YOU OUT OF THE LAND OF EGYPT.

VERSE 37 - YOU SHALL KEEP ALL MY STATUES AND ALL MY ORDINANCES, AND OBSERVE THEM: I AM THE LORD.

THE BOOK OF RUTH FROM THE OLD TESTAMENT IS AN EXCELLENT EXAMPLE OF THE CONSEQUENCES AN IMMIGRANT SHOULD EXPECT LEAVING THEIR NATIVE COUNTRY WITHOUT PERMISSION AND REFUSING TO REPENT OF ONES SINS AND RETURN VOLUNTARILY. NAOMI, AN ISRAELITE WIDOW LIVING IN A FOREIGN LAND LOST HER HUSBAND AND HER THREE SONS AND FINALLY RETURNED HOME TO THE LAND OF ISRAEL **PENNILESS AND IN SHAME.**

**THIS FEDERAL CASE FILED FOR THE U.S. CITIZENS IS BEING DEDICATED TO THE MEMORY OF LOUIS ANTHONY FANNING, SR. BORN ON THIS DAY JANUARY 30, 1924, A FAITHFUL U.S. PATRIOT AND FATHER OF VICKI FANNING MCLEAN WHO NAMED AND TRAINED VICKI TO BE THE GREAT FIGHTER FOR JUSTICE!!!**

**RESPECTFULLY SUBMITTED ON THIS DAY, JANUARY 30, 2018**

**VICKI FANNING MCLEAN, PRO SE**

**P.O. BOX 137**

**SPRING, TEXAS 77383**

**832-610-1059**

# CERTIFICATE OF SERVICE

I, Vicki Fanning McLean the Pro Se Filer of this EX REL United States civil industrial espionage false claim case for Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL USA  VS   U.S. President of the United States, ET AL  will hand deliver this original filing in paper form with all exhibits to the New Orleans U.S. Attorney Office at 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130 for official delivery to the United States Attorney General Jeffery Sessions in paper form as filed to limit the ability of the HAARP mind control system working with the defendants to steal the original filing with all exhibits so the U.S. Office of the Attorney General headed by U.S. Attorney General Jeff Sessions would have no knowledge of the case.. Contained in these exhibits is the original filings of Espionage false claim cases 17-5578, 17-9425, 17-12760, 17-17483, 16-15001 and 15-2555.

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

# UNITED STATES DISTRIC COURT

## OF EASTERN LOUISIANA

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 JAN 30  P 2: 54

WILLIAM W. BLEVINS
CLERK

**VICKI MCLEAN**

**ESTATE OF JAMES MCLEAN**

**ESTATE OF LOUIS FANNING, SR**

**EX REL**

**UNITED STATES OF AMERICA**

**PLAINTIFFS**

**VS**

**PRESIDENT OF UNITED STATES
1924 TO PRESENT**

**U.S. EXECUTIVE OFFICE OF THE
PRESIDENT 1924 TO PRESENT**

**U.S. COMMANDER IN CHIEF
1924 TO PRESENT**

**U.S. DEPARTMENT OF LABOR
1924 TO PRESENT**

**U.S. DEPARTMENT OF STATE
1924 TO PRESENT**

**CIVIL ACTION** *18 - 911*

**PATRIOT ACT OF 2001**

**ESPIONAGE ACT OF 1917**

**ALIEN REGISTRATION ACT 1940**

**IMMIGRATION ACT OF 1924**

**SEDITION ACT OF 1918**

**BANK SECRECY ACT OF 1970**

**MCARRAN ACT OF 1952**

**DODD-FRANK ACT OF 2010**

**18 U.S.C. 90 § 1831-1839**

**18 U.S.C 37 SUB I § 793-799**

**18 U.S.C.  95 SUB 1 § 1956,1957,1959**

**18 U.S.C. 47 § 1030**

**18 U.S.C. 113B § 2332B**

**18 U.S.C. § 2385, 1001**

1

| | |
|---|---|
| U.S. HOMELAND SECURITY AGENCY 1924 TO PRESENT | 15 U.S.C. § § 1-7, 12-27 |
| U.S. DEPARTMENT OF JUSTICE 1924 TO PRESENT | 15 U.S.C. § 18A, 1021, 3101. 1031 |
| | 15 U.S.C. CHAP 7 SUB C |
| U.S. DEPARTMENT OF DEFENSE 1924 TO PRESENT | 12 U.S.C. § § 221-522 |
| U.S. DEPARTMENT OF TREASURY 1924 TO PRESENT | 35 U.S.C. CHAP 17 § § 181-188 |
| | 22 U.S.C. 39 SUB III § 2778 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES 1924 TO PRESENT | 29 U.S.C. § 151-162 §§ 52-53 |
| | 19 U.S.C. 4 SUB II § 1337 |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT 1924 TO PRESENT | 8 U.S.C. CHAP 12 |
| | 8 U.S.C. CHAP 10 § 451 |
| U.S. DEPARTMETN OF EDUCATION 1924 TO PRESENT | 8 U.S.C. §  1325 |
| U.S. DEPARTMENT OF INTERIOR 1924 TO PRESENT | 8 U.S.C. § 1401-1409 |
| | 42 U.S.C. CHAP 7 |
| U.S. DEPARTMENT OF AGRICULTURE 1924 TO PRESENT | 42 U.S.C. CHAP 21 SUB 6 § 2000E |
| U.S. DEPARTMENT OF COMMERCE 1924 TO PRESENT | 29 U.S.C. 158, 160, 162 |
| | 29 U.S.C. § § 52-53 |
| U.S. DEPARTMENT OF TRANSPORTATION 1924 TO PRESENT | 5 U.S.C. § 1009 |
| | 12 U.S.C. CHAP 13 § 1724 |
| U.S. DEPARTMENT OF ENERGY 1924 TO PRESENT | 12 U.S.C. CHAP 16 § 1813 |

2

**U.S. TRADE REPRESENTATIVE**
**1924 TO PRESENT**

**15 U.S.C. CHAP 2B § 78A**

**12 U.S.C. § 225a**

**U.S. MISSION TO THE UNITED**
**NATIONS 1924 TO PRESENT**

**40 U.S.C. § 3141-3148**

**U.S. SMALL BUSINESS**
**ADMINISTRATION 1924 TO PRESENT**

**15 U.S.C. § 1021, 1031**

**29 U.S.C. § 141-197**

**VICE PRESIDENT OF THE**
**UNITED STATES 1924 TO PRESENT**

**U.S. FEDERAL RESERVE SYSTEM**
**1924 TO PRESENT**

**U.S. FEDERAL RESERVE BOARD OF**
**GOVERNORS 1924 TO PRESENT**

**U.S. INTERNAL REVENUE SERVICE**
**1924 TO PRESENT**

**U.S. SOCIAL SECURITY ADMINISTRATION**
**1924 TO PRESENT**

**U.S. MEDICARE**
**1924 TO PRESENT**

**U.S. MEDICAID**
**1924 TO PRESENT**

**U.S. SOCIAL SECURITY ADMINISTRATION**
**EARNINGS SUSPENSE FILE 1924 TO PRESENT**

**U.S. FEDREAL EMERGENCY MANAGEMENT**
**AGENCY 1924 TO PRESENT**

**U.S. ELECTION COMMISSION**
**1924 TO PRESENT**

3

**U.S. ATTORNEY GENERAL OFFICE**
**1924 TO PRESENT**

**U.S. OFFICE OF PERSONNEL MANAGEMENT**
**1924 TO PRESENT**

**U.S. CENTRAL INTELLIGENCE AGENCY**
**1924 TO PRESENT**

**NATIONAL AERONAUTICS AND SPACE**
**ADMINISTRATION 1924 TO PRESENT**

**UNITED STATES POSTAL SERVICE**
**1924 TO PRESENT**

**U.S. AGENCY FOR INTERNATIONAL**
**DEVELOPMENT 1924 TO PRESENT**

**U.S. COUNCIL OF ECONOMIC**
**ADVISORS 1924 TO PRESENT**

**U.S. OFFICE OF MANAGEMENT**
**AND BUDGET 1924 TO PRESENT**

**DEFENSE ADVANCED RESEARCH**
**PROJECTS AGENCY 1924 TO PRESENT**

**NATIONAL INSTITIUTE OF STANDARDS**
**AND TECHNOLOGY 1924 TO PRESENT**

**U.S. ATOMIC ENERGY COMMISSION**
**1924 TO PRESENT**

**U.S. MANHATTAN PROJJECT**
**1924 TO PRESENT**

**FINANCIAL SERVICE COMMITTEE**
**1924 TO PRESENT**

**FEDERAL OPEN MARKET COMMITTEE**
**1924 TO PRESENT**

**DOMESTIC MONETARY POLICY**
**COMMITTEE 1924 TO PRESENT**

**NATIONAL LABOR RELATIONS BOARD**
**1924 TO PRESENT**

**JOINT ECOMOMIC COMMITTEE**
**1924 TO PRESENT**

**<u>DEFENDANTS</u>**

## AFFIDAVIT OF SERVICE TO

## US ATTORNEY GENERAL

## JEFFERY SESSIONS

I, Vicki McLean, Pro Se filer now recording the Affidavit of Service to U.S. Attorney General Jeffery Sessions for Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL United States of America VS \U.S. President of the United States, ET AL served in person on Jan. 30, 2018 to the U.S. Attorney Office in New Orleans for delivery to U.S. Attorney General Jeffery Sessions.

Respectfully submitted,

Vicki McLean, Pro Se
P.O. Box 137
Spring, Texas, 77383
832-610-1059

5

## CERTIFICATE OF SERVICE

I, Vicki Fanning McLean the Pro Se Filer of this EX REL United States civil industrial espionage false claim case for Vicki McLean, Estate of James McLean, Estate of Louis Fanning, Sr. EX REL USA  VS  U.S. President of the United States, ET AL  will hand deliver this original filing in paper form with all exhibits to the New Orleans U.S. Attorney Office at 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130 for official delivery to the United States Attorney General Jeffery Sessions in paper form as filed to limit the ability of the HAARP mind control system working with the defendants to steal the original filing with all exhibits so the U.S. Office of the Attorney General headed by U.S. Attorney General Jeff Sessions would have no knowledge of the case.. Contained in these exhibits is the original filings of Espionage false claim cases 17-5578, 17-9425, 17-12760, 17-17483, 16-15001 and 15-2555.

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

107