**Exhibit 16**

**U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS LOYOLA UNIVERSITY OF NEW ORLEANS, ET AL 17-5578 filed June 6, 2017.**

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Estate of James McLean EX REL USA

**DEFENDANTS** Loyola University of New Orleans

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Orleans Parish
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**17 - 5578**

**SECT. B. MAG. 5**

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 9(a)(831-7839 18 USC 1951 18 USC 471030

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*

JUDGE Intelligent Martin Feldman

DOCKET NUMBER 16 - 15001

DATE June 6, 2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

## OF EASTERN DISTRICT OF LOUISIANA

ESTATE OF JAMES MCLEAN

EX REL

UNITED STATES OF AMERICA

<u>PLAINTIFFS</u>

VS

LOYOLA UNIVERSITY OF
NEW ORLEANS

LONE STAR COLLEGE

UNIVERSITY OF MISSOURI

UNIVERSITY OF CALIFORNIA

TULANE UNIVERSITY

UNIVERSITY OF HOUSTON

SOUTH TEXAS SCHOOL OF LAW

TEXAS A&M UNIVERSITY

UNIVERSITY OF TEXAS

SAM HOUSTON STATE UNIVERSITY

) CIVIL ACTION

**17 - 5578**
**SECT. B MAG. 5**

) 18 U.S.C. §1983-1988

) 18 U.S.C. 90 § 792-799

) 18 U.S.C. 90 § 1030

) 18 U.S.C. 90 §4243          **SEALED**

) 18 U.S.C. 47 § 1030

) 18 U.S.C. 96 § 1962

) 18 U.S.C. 96 §1961

) 18 U.S.C §1951

) 18 U.S.C. §241, 4004

) 19 U.S.C. 4 § 1337

) 41 U.S.C. §4704-4705

) 42 U.S.C §1981, 1983-1988

) 31 U.S.C § 3729-3733

) 28 U.S.C §1331, 1343

1

HOUSTON COMMUNITY COLLEGE

LOUISIANA STATE UNIVERITY

UNIVERSITY OF NEW ORLEANS

SOUTHERN UNIVERSITY OF NEW ORLÆANS

GEORGETOWN UNIVERSITY

GEORGE WASHINGTON UNIVERSITY

VIRGINIA COMMONWEALTH UNIVERSITY

ROCKEFELLER UNIVERSITY

APPLE, INC.

**DEFENDANTS**

## INTRODUCTION

I, Vicki McLean, a member and trustee for the Estate of James McLean and Pro Se filer for the Estate of James McLean for New Orleans Industrial Espionage false claim case 15-2555 and its' appeal 16-31013 and current active sealed case 16-15001 under Intelligence Judge Martin Feldman, Houston false claim case 4:14-365 and its' appeal 16-20045, and District of Columbia False Claim case 1;14-1076 file this case today against defendants who have been in violation of the Hobbs Act and Industrial Espionage Act in their relations with James McLean and the members of the Estate of James McLean and the U.S. citizens.

All of the defendants have direct relationships with the High Frequency Active Aurora Research Program mind control and weather modification weapon known as HAARP. HAARP is an illegal secret mind control system and weather modification system in violation of the espionage act, industrial espionage act, and the constitution operated secretly by all colleges and universities throughout the country. Many of the defendants are actively obstructing justice by denying the

Estate of James McLean and the U.S. citizens their rights to due process and rights to counsel. These defendants are actively in control of current sealed New Orleans Industrial Espionage False Claim Case 16-15001 altering the court file records to conceal the facts and actively forging the orders and signatures of Federal Judge Daniel Knowles, III and Federal Intelligence Judge Martin Feldman.

The defendants are currently threatening witnesses and the member of the Estate of James McLean. The defendants have been involved in moving massive numbers of immigrants into the United States strictly for espionage related activities with issuing them a social security number owned by a U.S. Citizen. The defendants target U.S. citizens for their social security numbers devising a plan to make sure these U.S. citizens targeted by HAARP no longer obtain employment that issues a W-2. The defendants also place these U.S. citizens on the HAARP kill list so the immigrants can freely use the U.S. citizen social security numbers with includes illegally voting. This is the reason why so many deceased U.S. citizens are still on the voting registration roles in different states so these industrial espionage immigrant spies living in a different state can vote to aid to control all types of elections for HAARP.

Vicki McLean, the wife of James McLean had her social security number given to an immigrant by the HAARP mind control system under the control of colleges and universities in the United States as early as 1986 due to the theft of James McLean intellectual property likely using Lone Star College, Tulane University, and Loyola University. This explains why Vicki McLean was falsely diagnosed with a positive mammogram in 1988. Vicki McLean survived this obvious attempt on her life to label her falsely with breast cancer because her social security number had been given to an immigrant. James McLean forced to work in the HAARP mind control system at the University of Missouri knew the HAARP mind control system were attempting to kill Vicki McLean. James McLean no longer received a W-2 in 1997 aided by the defendants to work for Francis Brown and Associates as a consultant receiving a 1099 instead. The defendants even had James McLean work as a consultant for Exxon-Mobil, Inc. who was used by the defendants to claim to James McLean's face in July 2000 that Exxon Mobil Corporation falsely owned James McLean's intellectual property. Having an Exxon Mobil employee by the name of Jeff Brown claim ownership of James McLean's intellectual property was done so the Exxon Mobil Corporation would not interfere with the HAARP medical murder of James McLean. HAARP plans to medically murder James McLean began near Sept. 2000 while consulting for Exxon Mobil Corporation. In Jan. 2001 James McLean was intentionally

3

misdiagnosed with frontal lobe brain cancer instead of the obvious neurocysticerosis caused by the pork tapeworm parasites. James McLean's medical murder was completed by March 11, 2002 making it obvious today that his social security number was given to an immigrant which put him on the HAARP kill list.

Because of James McLean's medical murder being at age 49, Vicki McLean the widow was forced to return to work in April, 2002 not knowing that her social security number had been given to an immigrant. Within 2 years of returning to work earning a W-2 the defendants especially Lone Star College, Texas A&M, University of Texas, University of Houston, Sam Houston State University, Loyola University, Tulane University, University of New Orleans, and Southern University of New Orleans moved to intentionally label Vicki McLean with a false psychiatric diagnosis so the immigrant using the social security number of Vicki McLean could do it more freely.

The University of California dominated in developing movies about Vicki McLean's federal whistleblower status to communicate to college and university HAARP staff throughout the country to retaliate against Vicki McLean financially and physically with the goal of killing Vicki McLean while making it look like an accident or a natural medical death. UCLA arranged for the actor Ben Affleck, Timothy McLean's look alike to play in the movie "The Accountant" and "Live by Night" with Actress Ellie Fanning who carries Vicki McLean's maiden name of Fanning to communicate to retaliate against and kill the witnesses of the McLean Clan and the members of the Estate of James McLean. The current movie "Wonder Woman" is another coded language movie about Vicki McLean's life as to how uses "Shield of Truth" in her federal case exposing the HAARP system being willing to continue to take the continuous financial and physical attacks by the college and university HAARP staff all across the country. Majority of the HAARP staff at colleges and universities are immigrants or children of immigrants all carrying the social security numbers owned by real U.S. citizens many who have been medically killed by HAARP. Many of these students consider themselves as U.S. citizens but are not due to the violations of the espionage act by their parents, grandparents and their selves working in the illegal HAARP system.

The defendants have participated in retaliating financially and physically against James, Vicki, Timothy and Kimberly McLean. The defendants have programmed James, Vicki, Tim, and Kim McLean for disease to limit reproduction and to medically kill the entire McLean Clan over time. Vicki McLean has been programmed by HAARP for the disease known as secondary Addison's disease caused by hypopituitarism. Foreign Gastrologist Dr. Serge Awasum intentionally

4

falsely diagnosed Vicki McLean with IBS-C in May 2012. Surely foreign Dr. Serge Awasum from the Woodlands would have diagnosed this disease as colon cancer if Vicki McLean had not informed him up front on the first visit that she knew that all cancer was falsely diagnosed with chemotherapy and radiation therapy being biological weapons to kill U.S. citizens. The defendants will not allow any doctor to properly diagnose Vicki McLean's Addison Disease due to their planned medical homicide of Vicki McLean. Vicki McLean's education and experience as a registered nurse and CPA auditor has allowed Vicki McLean to properly diagnose her disease. Vicki McLean is deficient in her adrenal hormones of progesterone, estrogen, and aldosterone. Vicki McLean is able to acquire easily natural progesterone and estrogen. Vicki McLean cannot acquire medication to replace her aldosterone deficiency without the help of an endocrinologist. By eating small portions of frozen raw liver several times a day Vicki McLean has been able to give her body what it needs to make aldosterone.

The defendants would not allow foreign India Dr. Ulipi Choksi to properly diagnose Vicki McLean's severe lack of the hormone aldosterone in order to medically kill Vicki McLean. Dr. Ulipi Choksi is a foreign doctor who entered the United States in 1980 to aid the HAARP mind control system to medically murder millions of Americans each year. All foreign doctors have entered the United States to aid the HAARP mind control system to medically murder millions of Americans each year. None are really U.S. citizens due to their violations of the industrial espionage act. These foreign doctors aid HAARP to steal 1-2 trillion a year of Medicare and Medicaid funds greatly abusing the use of the illegal double billing system allowed illegally by all Medicare and Medicaid contract payers. All physicians are required to know the Medicare and Medicaid guidelines for billing patients in hospital. For these reason laid out in the Select Report in current sealed espionage case 16-15001 as Exhibit C all hospital physicians are also guilty of assisting in the illegal billing of Medicare and Medicaid with the hospitals. Explains why all the Presidents of the Texas Board of Medical Examiners since 2006 are foreign born using a social security number owned by a U.S. citizen giving them no leverage over the HAARP system in America.

This illegal double billing of all services on all patients hospitalized in Select Medical Corporation Long Term Acute Care Hospitals was reported in Vicki McLean first false claim case New Orleans Sect T 07-9717 on Feb. 25, 2008 titled "Motion to Amend Filing" Massive numbers of foreign doctors were moved into the United States each year since 1970 to force all American doctors to intentionally misdiagnose patients daily in order to aid HAARP to medically murder millions of Americans each year. Many of these HAARP medical murders

5

involved U.S. citizens whose social security numbers had been given to an immigrant that was moved into the United States by HAARP for the support of illegal espionage activities. This explains why so many women were falsely diagnosed with breast cancer and medically murdered by HAARP. This also explains why so many men were programmed by HAARP for Aids so immigrants could use their social security numbers easily. .

The following exhibits are being filed with this initial filing to inform the court of the defendants past and current retaliations against the members of the Estate of James McLean and their witnesses. The following exhibits also show how the defendants have currently altered the court records of New Orleans Industrial Espionage False Claim Case 16-15001 and have forged the orders of Federal Judge Daniel Knowles and Federal Judge Martin Feldman. Vicki McLean has reasons to know that the Loyola University Law School HAARP staff is directly responsible for forging Federal Judge Knowles and Federal Intelligence Judge Martin Feldman's orders and signatures in New Orleans Industrial Espionage False Claim case 16-15001 originally filed under Judge Knowles on Sept. 28. 2016:

1. Exhibit 1 – The entire New Orleans espionage false claim case 16-15001 including the forged orders of Judge Knowles and Judge Feldman.
2. Exhibit 2 – Vicki McLean's OSHA Retaliation and Sar Banes Oxley Complaint filed May 25, 2017 & May 30, 2017 with the U.S. Dept. of Labor-OSHA Whistleblower Division Dallas Regional Office Stephen Boyd.
3. Exhibit 3 – Vicki McLean's Homeland Security Agency Complaint against numerous immigrants using the social security numbers owned by real U.S. citizens filed in Del Rio, Texas with agents Pete Galan and Caleb Russo beginning on April, 25, 2017 with addendums on May 5th, May 8th, May 22th and May 26th.
4. Exhibit 4- Vicki McLean's Complaint filed with 19 U.S. House Committees in Nov. 2015 against the Federal judges assigned to her cases for allowing the forging of their orders and signatures on all Vicki McLean federal false claim cases with massive amounts of supportive documents originally recorded in New Orleans Federal case 15-0206 but mooted and removed to hide the accountability to all U.S. congress in regards to the HAARP system addressed in Vicki McLean's cases and complaint.
5. Exhibit 5 – the three page illegal severance agreement from Select Medical Corporation to Vicki McLean in order to hid the massive fraud.
6. Exhibit 6 – False Claim case Sect T 07-9717 dated Feb. 25, 2008 titled "Motion to amend the filing" that gives a very detail description of the

double illegal billing system allowed by the contract Medicare and Medicaid payers for the over 65 long term acute care hospitals owned by Select Medical Corporation mostly sitting inside an acute care hospital also participating in using the same double illegal billing system for all services on all patients.

7. Exhibit 7 – numerous supportive documents provided to Homeland Security Agency Del Rio, TX and U.S. Dept. of Labor-OSHA Whistleblower Division – Stephen Boyd.

8. Exhibit 8 – Appellant Brief for appeal in Fifth Circuit Court Case 15-30345 for Federal Rico Case 15-08 lead defendant Barack Obama.

All original filings and exhibits of New Orleans federal espionage false claim cases Sect T 07-9717, 11-193, RICO CASE 15-08 and its 'appeal 15-30345, 15-0206 and its' appeal 16-30021, 15-2555 and its' appeal 16-31013, Houston Federal Cases 4:13-1759, 4:14-365 and its' appeal 16-20045 and District of Columbia Case 1:14-1076 are also evidence in this case. Vicki McLean has been told by U.S. Deputy Assistant District Clerk in Houston Darlene Hansen that all federal case originals are required to be stored for 10 years. All Vicki McLean's federal cases where hand delivered in paper form since Dec. 20, 2007. All federal cases since Feb. 14, 2014 included the Estate of James McLean as a plaintiff except RICO case 15-08. The Estate of James McLean has been illegally removed in most cases without a legal federal judge's order in the case. This initial case filing specifically does not include the plaintiff Vicki McLean so the plaintiff the Estate of James McLean cannot be removed and replaced with the name of Vicki McLean as in the appeal case 16-20045 illegally done by the HAARP system.

On June 23, 2017 Vicki McLean has an appointment with the Internal Revenue Service in North Houston to request under the Freedom for Information Act the name and addresses of the immigrants using Vicki McLean and James McLean's social security numbers. Once the information is acquired Vicki McLean will travel to the state where the immigrants live to file in court to freeze their assets and while reporting them to ICE. If allowed Vicki McLean will also request the names of the immigrants given the social security numbers of Louis Fanning, Sr., Ana Rita Rolland Fanning, and Kimberly McLean. Then Vicki McLean will devise a unique way to advertise how all U.S. citizens can protect their lives by removing all immigrants using the social security numbers owned by real U.S. citizens who often are their relatives who are deceased today.

7

Vicki McLean has been fully educated by the Homeland Security Agency leader in Del Rio, Texas that they only have jurisdiction over immigrants that live in their district and are not allowed to research an immigrant's social security number. Once again the U.S. government has decentralized the Homeland Security Agency across the country not giving them access to investigate thoroughly the social security numbers being used by immigrants. Once again the U.S. congress has passed acts and bills without any internal controls to specifically set up a duplicated shadow U.S. government for New World Order to control the United States of America like all other nations. 19 U.S. House Committees were provided my complaint against all my federal judges because they allowed their orders and signatures to be forged in the HAARP system denying the Estate of James McLean and the U.S. citizens their rights to counsel and due process. This complaint hand walked with supporting documentation was recorded in New Orleans federal case 15-0206 that has been removed by the U.S. District Clerk William Blevins. For these reasons to hold the entire U.S. Congress liable of the knowledge of the HAARP system forging the orders and signatures of the federal judges with concealment of the facts in false claim cases these complaints are being recorded again in this case.

It is obvious that our own U.S. federal government has given the social security numbers owned by real United States Citizens to all immigrants, their children, and grandchildren since 1960 to take over the United States and deny the real U.S. citizens their constitutional rights and right to life. For these reasons it is obvious that our own federal and state government have no intentions to remove all these immigrants from the United States being 50+ million immigrants in violation of the industrial espionage act responsible for Americans losing their jobs and many being medically murdered by HAARP. HAARP is also responsible for all our terrorist attacks, our shootings, our accidents, etc. which are other ways the HAARP system murders American citizens.

It is reasonably to know that these immigrants and their children knew they were not legally entitled to a social security number, the right to education inside the United States, and the right to employment inside the United States that easily could have been filled by American citizens. For these obvious reasons these immigrants, their children, and their grandchildren are in violation of the industrial espionage act and are a threat to our national security and should be removed immediately from the United States having no right to due process and no right to an attorney in any local, state, or federal court. Since our local, state, and federal government refuse to protect the real U.S. citizens from 50+ million immigrants and their children living in the United States the citizens of the United States must

8

find their own solutions to protect their lives while still obeying the laws that the immigrants and their children boldly violate daily.

On May 8, 2017 Vicki McLean by mail reported the assistant to the former Secretary of State, Hillary Clinton Hume Abedin and her parents for using a social security number owned by a real U.S. citizen being an obvious Saudi Arabia spy. The next day FBI Head James Comey was oddly fired who should have discovered this during investigations linked to Hillary Clinton's use of a non-secure private email. On May 24th by mail Vicki McLean report current Secretary of Labor and former U.S. Attorney of Miami, Alexander Acosta and his parents for using the social security numbers owned by real U.S. citizens an industrial espionage spy. The next day on May 25th the murdered body of Assistant U.S. Attorney Whizemart from the U.S. Attorney Office of Miami was found on the beach of Hollywood, FL where Vicki McLean visited for 5 days in Dec. 2015.

Vicki McLean makes sure she educates all law enforcement that there is no such thing as a secure line. All classified information is known by the HAARP system due to the HAARP system illegally assigned to monitor all the thoughts of every U.S. citizens 24/7. To say that the Obama Administration did not tape and spy on candidate Donald Trump is a lie. The Commander in Chief in over the entire U.S. Department of Defense that the HAARP system is listed under. For these reasons it is obvious that the Obama administration spied on the U.S. Presidential candidate Donald Trump's daily 24/7 actions by using the HAARP system. The HAARP system has the ability to frame anyone in the entire globe. The HAARP system has chosen to blame Russia for interfering in the U.S. Election when it is HAARP that orchestrates and controls everything for the global elites in control of New World Order.

Because Vicki McLean has been the only U.S. citizen willing to go up publicly against the global HAARP system she has been greatly retaliated against by HAARP. Years of retaliation by HAARP has taught Vicki McLean a great deal about the operations of the HAARP system. The HAARP system and its' staff is an enemy of the U.S. citizens and must be destroyed. Once again Vicki McLean as the Estate of James McLean makes the same following recommendations that were made in case 16-15001 in a motion filed on Feb. 17, 2017 in order to destroy HAARP and protect the lives of the U.S. citizens and residents of the United States:

The High Frequency Active Aurora Research Program was placed under the United States Department of Defense but obviously is not under the control of the

legitimate United States Department of Defense and the U.S. President Donald Trump the Commander in Chief. The High Frequency Active Aurora Research Program is controlled by all colleges and universities which results in these institutions being in violation of the Industrial Espionage Act. I, Vicki Fanning McLean, the primary heir of the estate of James McLean and Pro Se filer of this federal espionage false claim case and all previous ones recommend highly the following actions be taken.

1. Revoking of all visas and green cards of foreign professors working for colleges and universities in the United States of America due to being in violation of the industrial espionage act.

2. Revoking of all U.S. citizenship issued to foreign professors because their U.S. Citizenship application and previous issued visas and green cards were not made in good faith due to being in violation of the industrial espionage act.

3. Revoking of all visas and green cards of foreign students at colleges and universities with high priority of foreign students enrolled in engineering, law school, biology, computer science, and mathematics due to their visas not made in good faith and having a high probability of working in the colleges and universities HAAP system a violation of the Industrial Espionage Act.

4. The issuing of Warrants to the FBI, U.S. Dept. of Defense, U.S. Homeland Security Agency, U. S. Marshal Agency, and U.S. Attorney General Office to enter all college and university campuses to remove foreign professors and foreign students for a period of 365 days with the option to extend for another 365 days.

5. The issuing of Warrants to the FBI, U.S. Dept. of Defense, U.S. Homeland Security Agency, U. S. Marshal Agency, and U.S. Attorney General Office to enter the underground system of HAARP and the underground military bases systems with connecting subways to remove all HAARP computers and all other computers and equip necessary deem a threat to the U.S. National security and take control of the underground for a period 365 days with the option to extend of 365 days.

6. The immediate audit of all social security numbers in the United States to verify social security numbers not owned by the person being a social security number that was owned by a real United States citizen with priority on the active social security numbers being used with the Department of Labor and Internal Revenue Service to strip the social security number immediately from the immigrant by notifying their employee to stop all

financial sources to the immigrant greatly deceasing espionage funding and espionage labor force.

7. The issuing of Warrants to the FBI, U.S. Dept. of Defense, U.S. Homeland Security Agency, U. S. Marshal Agency, and U.S. Attorney General Office to arrest all persons inside the United States using a false social security number, verify their legal entry into the United States, revoke all visas, green cards, and U.S. citizenship using false social security numbers being their applications for visas, green cards, and citizenship were not make in good faith for a period of 365 with extended periods to renew the warrants until the audit of all social security numbers has been completed.

8. The revoking of all visas, green cards, and U.S. citizenship of Foreign doctors and foreign medical students due to supporting the HAARP system programming of individuals inside the United States like myself for disease to aid the depopulation of U.S. Citizens especially naturally born authentic citizens being in violation of the industrial espionage act.

9. The issuing of Warrants to the FBI, U.S. Dept. of Defense, U.S. Homeland Security Agency, U. S. Marshal Agency, and U.S. Attorney General Office to arrest all foreign doctors and foreign medical students,

10. The immediate revoking of all H-1-B visas due to the violation of renewal of these visas in large numbers during Federal Judge HANAN staying order placed on U.S. President Obama Executive order on immigration issued in Nov. 2014 being in violation of the Federal Judge Hanan Stay Order given greater reasons these H-1-B visa holders contain the global HAARP terrorist programmers living inside the United States.

11. The issuing of Warrants to the FBI, U.S. Dept. of Defense, U.S. Homeland Security Agency, U. S. Marshal Agency, and U.S. Attorney General Office to detain all H-1-B Visas holders immediately for questioning and investigation purposes to discover the details of their employment in the United States for a period of 365 days with the option to extend.


## Conclusion

The lives of the U.S. citizens and their assets cannot be safe as long as the HAARP system is allowed to function inside the United States and as long as these unlawful immigrants using the social security numbers owned by real U.S. citizens are allowed inside America. NO exceptions should be made for any immigrant using a social security number owned by a real U.S. citizen. It should be assumed that an immigrant child will do as their parent did daily violating the U.S. and State

laws. Exception will disallow the removal of the most dangerous immigrants who surely are professions with no criminal recorded history.

## Certificate of Service

I, Vicki McLean the trustee and Pro Se filer for the Estate of James McLean and the U.S. Citizens will mail this federal industrial espionage and Hobbs act filing to the U.S. Attorney General of the United States, Jeff Sessions at 950 Pennsylvania Ave. NW, Washington D.C. 20530 by way of certified mail return receipt USPS tracking number 7017 0660 0000 2630 8895 and record the Affidavit of service in the case afterwards.

Vicki McLean

Respectfully submitted,

Vicki McLean  *Pro Se*
P.O. Box 137
Spring, TX 77383
832-610-1059
Vickimclean54@yahoo.com

12