Exhibit 17

**U.S. District Court of Eastern Louisiana New Orleans Division Vicki McLean, ET AL EX REL USA VS EUROPEAN UNION, ET AL case 17-12760 filed Nov. 21, 2017**

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Vick, MCLEAN, ESTATE OF JAMES MCLEAN EXREL USA

**DEFENDANTS** EUROPEAN UNIONS, ETAL

**(b)** County of Residence of First Listed Plaintiff *HARRIS*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* PRO SE
P.O. BOX 137 SPRING, TX 77383
832 610-1059

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☒ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Pharmaceutical Slander Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 340 Marine Injury Product ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability **PERSONAL PROPERTY** ☐ 350 Motor Vehicle ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | Product Liability ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 196 Franchise | Injury ☐ 385 Property Damage ☐ 362 Personal Injury - Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| | Medical Malpractice | Leave Act | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | State Statutes |
| | Employment **Other:** | ☐ 465 Other Immigration | | |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | Actions | | *PATRIOT ACT* |
| | Other ☐ 550 Civil Rights | | | |
| | ☐ 448 Education ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District (specify) | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
PATRIOT ACT AND ESPIONAGE ACT WEATHER
Brief description of cause:
ADDRESSING NUCLEAR REACTOR & MASER WEATHER SATELLITES CONTROL OF

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE ROBERT KUGLER
          MARTIN FELDMAN
DOCKET NUMBER 16-1500 1

DATE MARCH 7 2018 Filed 11/20/2017

SIGNATURE OF ATTORNEY OF RECORD Vick McLean

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# UNITED STATES DISTRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA



RECEIVED
U.S. DISTRICT COU
EASTERN DISTRICT OF

2011 NOV 20  A 10:

WILLIAM W. BLEVIN

Vicki McLean

**ESTATE OF JAMES MCLEAN**

**EX REL**

**UNITED STATES OF AMERICA**

CIVIL ACTION:  **17-12760**
**SECT. N MAG. 3**

**PLAINTIFFS**

**VS**

**EUROPEAN UNION**

**FRANCE**

**GERMANY**

**UNITED KINGDOM**

**INDIA**

**CZECH REPUBLIC**

**ITALY**

**SPAIN**

**SWITZERLAND**

**CERN – EUROPEENE POUR LA RECHERCHE NUCLEAIRE**

**ITER-INTERNATIONAL THERMONUCLEAR EXPERIMENTAL REACTOR**

18 U.S.C. 90 § 1831-1839

18 U.S.C. 37 SUB I § 793-799

18 U.S.C. 95 Sub 1 § 1956.1957,1959

18 U.S.C. 96 § 1961-1968

22 U.S.C. 39 Sub III § 2778

19 U.S.C. 4 Sub II §1337

1

**INTERNATIONAL SPACE STATION**

**ESTATE OF GUNTHER LAUKIEN**

**BRUKER CORPORATION**

**KARYA CAPITAL MANAGEMENT, LP**

**KARYA PROPERTY MANAGEMENT, INC.**

**NITYA, INC.**

**NITYA CAPITAL SERVICES, LLC**

**SWAPRIL AGARWAL**

**RAJIV SOBTI**

**VIPUL RASKLAL PANCHAL**

**<u>DEFENDANTS</u>**

**Introduction**

The scientific community and the United States Military Special Operations Command have great reasons to know that Maser(Laser) weather satellites using the U.S. HAARP patents and other U.S. satellite patents flying in low orbit around the earth fueled by ion thrusters and refueled by Tokamak nuclear fusion reactors on earth are creating all man-made global disasters being used as military weapons of mass destruction against all nations, taking down military and commercial airplanes, space crafts, and attacking maritime vessels and vehicles along with structures on the ground because America will not succumb to the current demands of New World

TENDERED FOR FILING

NOV 20 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# UNITED STATES DISTRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA

*Vicky McLean*

**ESTATE OF JAMES MCLEAN**

**EX REL**

**UNITED STATES OF AMERICA**

CIVIL ACTION: *17-12760*

*Sect N Mag 3*

**PLAINTIFFS**

18 U.S.C. 90 § 1831-1839

18 U.S.C. 37 SUB I § 793-799

**VS**

18 U.S.C. 95 Sub 1 § 1956.1957,1959

22 U.S.C. 39 Sub III § 2778

**EUROPEAN UNION**

19 U.S.C. 4 Sub II §1337

**FRANCE**

**GERMANY**

**UNITED KINGDOM**

**INDIA**

**CZECH REPUBLIC**

**ITALY**

**SPAIN**

**SWITZERLAND**

**CERN – EUROPEENE POUR LA
RECHERCHE NUCLEAIRE**

**ITER-INTERNATIONAL THERMONUCLEAR**

**EXPERIMENTAL REACTOR**

**INTERNATIONAL SPACE STATION**

**ESTATE OF GUNTHER LAUKIEN**

**BRUKER CORPORATION**

**KARYA CAPITAL MANAGEMENT, LP**

**KARYA PROPERTY MANAGEMENT, INC.**

**NITYA, INC.**

**NITYA CAPITAL SERVICES, LLC**

**SWAPRIL AGARWAL**

**RAJIV SOBTI**

**VIPUL RASKLAL PANCHAL**

**DEFENDANTS**

**Affidavit of Service to U.S. Attorney General Jeff Sessions**

Hand delivered on Dec. 20, 2017 obtaining acceptable stamp and signature from the U.S. Attorney Office in New Orleans.

Respectfully submitted on 12/20/2017

Vicki McLean, Pro Se

2

Order. The United States is currently under greater attack by New World Order because the American men believe in their God-Given responsibility to bear arms to protect their families from an enemy attack inside the United States. The American guns in the hands of the U.S. Citizens and Law enforcement are likely the only deterrent in the way of New World Order's planned massive genocide of all races and all religions in North America and Europe. Very few of the U.S. patents used by satellites especially the U.S. HAARP patents using the stolen technology of James McLean can be used as a military weapon. All satellites and satellite patents should have been under the International Traffic in Arms Regulations. The International Traffic in Arms Regulations (ITAR) is a United States regulatory regime to restrict and control the export of defense and military related technologies to safeguard U.S. national security and further U.S. foreign policy objectives. The regulations are described in Title 22 under foreign relations and regulations related to Export Administrations Regulations under Code of Federal Regulations Title 15 Chapter VII, subchapter C.

The old HAARP system fueled by uranium that aided in the development of weather systems was replaced by Tokamak nuclear fusion reactors using the U.S. HAARP patents. The European Union with their fusion research organizations known as CERN the European Organization for Nuclear Research an official United Nations Observer started on Sept. 29, 1954 and ITER the International Thermonuclear Experimental Reactor started on Oct. 24, 2007 have aided in developing large scale Tokamak nuclear fusion reactors in European countries and India. One of the first European Tokamak nuclear fusion reactors known to the public were developed in the early 1960's starting with the Czech Republic TMI-MHI and in 1983 the JET, the Joint European Torus, one of the world's largest

3

operational magnetic confinement plasma physics experiment located at Culham Centre for Fusion Energy in Oxford, UK. Today the United Kingdom, France, Switzerland, Germany, Czech Republic, Italy, and India all have large Tokamak nuclear fusion reactors supported by the European Union. The European Union funded 45% of India's SST-1 Tokamak (steady state superconducting tokamak). India first Tokamak nuclear reactor, IPR, was built in 1989. India was previously under British control until India's independence in 1947 the same year the U.S Air Force was established to drill the underground. It is also reasonable to detect that the illegal drug operations and illegal U.S. stock market operations of Karya Property Management, LLC, Karya Capital Management, LP, Nitya Capital, Inc. and Nitya Capital Services inside the United States aided by the illegal HAARP Mind Control systems also provides massive yearly funding for India's Tokamak nuclear program. Due to the massive control of global weather in one day with the creation of hurricanes at the same time with longer duration on land it is obvious that most of the European Tokamak nuclear fusion reactors are being used to energize maser satellites as weapons of mass destruction.

Europe represents the old Roman Empire in the second century. Gaul (France) was the political headquarters for the Roman Empire. This gives great reasoning why Jesus Christ who did not die on the cross was hid in Gaul (France). There are great reasons to suspect that Jesus Christ was working with Pilate to weaken another future revolt by the Jews against the Roman Empire. France being the former region for the Roman Empire's political system gives great reasons why the headquarters for ITER is in France and why France has always had a superior space program.

France, India, Germany, and the European Union have superior space programs. Germany's dominant space program has always been hidden since the 1940's. The German Nazi space program was said to be headquartered underground in New Swabia (Queen Maud Land) in Eastern Antarctica. Germany's original area claimed during the German expeditions in the late 1930's was in Eastern Antarctica known as New Swabia to the Germans and as the Queen Maud Land under the Antarctica Treaty System. The Queen Maud Land was claimed as a Norwegian dependent territory beginning on Dec. 1, 1959.  Germany has continue  to force all research teams in Antarctica to keep their underground operations secret being in violation of the Antarctica Treaty System by Germany and all international research teams. There are mountains and streams in the Queen Maud Land area which can provide hydroelectric power for an underground base. The New Swabia territory area near the edge of the continent has strong katabatic winds off the polar plateau which can provide wind power. NASA has the ability to reveal Germany's underground location in the Antarctica. This is why the U.S. Congress who established NASA in July 29, 1958 did not place NASA under the Department of Defense aiding to hide all underground and in space espionage activities across the globe from the U.S. military personnel.

The Germans have been able to conceal their underground space program in the Antarctica due to being able to travel by underwater crafts fueled by nuclear fusion engines and then proceed on land by way of the underground supersonic subways designed by the RAND Corporation (U.S. Non-Profit Corporation). To threaten the RAND Corporation employees Senator Rand Paul was beat up with his neighbor being used as the patsy near Nov. 11, 2017 when the movie "Murder on the Orient Express" was released. The staff of Germany's secret underground space

5

program in the Antarctica likely work 24 hours days for 14-30 days like the staff of offshore rigs.

These underwater crafts located across the globe stored in secret submerged submarine bases likely transport Germany's Antarctica underground space program staff who are likely from all nations involved in attacking the United States and other nations. This better explains while it was reasonable to conclude at least 21 secret submerged submarine bases existed along the Florida coast line. This list of Florida's secret submerged submarines bases was placed in New Orleans federal espionage case 15-2555 by a motion on Aug. 1, 2016. The college and church HAARP mind control operators all along the Florida coast line can easily confirm the exact locations of these secret submerged submarine bases with being able to name the operators of the opening of the submarine base. These underwater crafts with nuclear fusion engines are likely using the patents of former German Professor and Navy Engineer Gunther Laukien. Gunther Laukien patent technology able to detect earthquake activity similar to U.S. HAARP patent 5041834 likely uses James McLean's intellectual technology illegally. It is reasonable to assume Laukien's earthquake patents were used in the development of his underwater crafts giving underwater crafts laser ability.  U.S. HAARP patent 5041834 was reported being used by a vessel offshore Japan on March 8-11, 2011 to create the massive Japan Earthquake on the anniversary of James McLean's death, March 11, 2011. There is great reason now to detect that the Japan Earthquake was created by Laukien's technology in an underwater craft using James McLean's technology since Timothy McLean was working for Black Forest Ventures privately owned by Dirk Laukien in March 2011. Gunther Laukien's German patent DE4113952A1, DE4113952C2

transferred to United States under US Patent 5270649A filed on April 29, 1992 likely uses the stolen technology of James McLean.

Professor Gunther with his brother and 3 others started Bruker-Physik AG in Karlsruhe, Germany on Sept. 7, 1960. Today the parent public company known as the Bruker Corporation is publicly traded representing all the subsidiaries of the original Bruker Physik AG. The Bruker Corporation is headquartered in the United States in Billerica, MA. The use of the stolen technology of James McLean in US HAARP patent 5041834 gives reason to know that these underwater crafts using Laukien's patent US 5270649A is equip with laser ability equated to a submarine torpedo making the underwater craft a military weapon. The Bruker Corporation is licensed to sell military equipment. Were all these underwater crafts using the Gunther Laukien's US 5270649A giving the underwater craft an ability to attack with a laser built by Bruker Corporation and other manufacturers in compliance with International Traffic in Arms Regulations Act?

It is reasonable to suspect that the global elites all own an interest in an underwater craft fueled with a nuclear fusion engine containing a laser weapon. The global elites would be storing their underwater crafts in a secret submerged underground submarine base along the United States Coast lines and other nations. These underwater crafts enable the global elites to travel secretly anywhere in the world like New Zealand, Antarctica, etc. unknown by the U.S. government community. The movement of the elites and other personnel by way of underwater crafts cannot be hidden from the HAARP mind control systems operated by the colleges, churches, and Area 51. Any craft using US Patent 5270649A by Gunther

7

Laukien should have been restricted under the International Traffic in Arms Regulation Act. Any underwater craft using US Patent 5270649A in Antarctica would also be in violation of Antarctica Treaty System. In the month of Oct. 2016 Hillary Clinton's Presidential Campaign Team most often held rallies at locations very near the opening of the 21 Florida submerged submarines bases, sub bases in California or on the Great Lakes. The Rockefeller University's HAARP mind control system was in control with Area 51 to arrange these rallies to pass solid communication to the global elites that submerge submarine bases were exposed. The Clinton's Miami Hotel is likely an operator of a secret submarine base. Therefore, Hillary held a major campaign funding event at her Miami Hotel in Oct. 2016. These communications to the elites likely played a major role as to why the global elites had Hillary Clinton lose the 2016 Presidential election. The Russian hacking was just a side show orchestrated by the HAARP mind control operators to take the attention off the Clinton Presidential Campaign and the global elites that played a major role in swaying the election to Trump. All global elections are controlled by the HAARP mind control system. Surely hacking into the voting machines like the daily hacking into brokerage systems by the HAARP mind control system is involved in controlling all elections. The use of millions of foreign born and U.S. born immigrants using the stolen social security numbers of U.S. citizens is also involved in aiding to give the appear the race of the top candidates would be close. This is the reason why so many dead U.S. citizens remain on the voting registers across the United States. The U.S. Election Commission, Medicare, Social Security Administration, and the Internal Revenue Service clearly are aware that immigrants are using stolen Social Security numbers of U.S. Citizens. Can an immigrant possess a social security prior to becoming a U.S. Citizen? Not likely so any immigrant who became a U.S. citizen with a stolen U.S. citizen social security number would be void in violation of the espionage act.

The Antarctica Treaty System includes the Law of the Sea, Outer Space Treaty, Moon Treaty, and International Waters Treaty. The main treaty was open for signature on Dec. 1, 1959 and entered enforcement on June 23, 1961. The original signatories were the 12 countries active in Antarctica during the International Geophysical Year of 1957-58. The twelve countries that had significant interests in Antarctica at the time were: Argentina, Australia, Belgium, Chile, France, Japan, New Zealand, Norway, South Africa, Soviet Union, the United Kingdom, and the United States. Germany's secret underground space program in Antarctica said to be in existence in the 1940's is not exposed publicly today. Germany is reported as to having a claim in Antarctica till 1945. Today 53 nations including Germany have signed the Antarctica Treaty System as of 2016.

It is reasonable to assume the motive for the murder by poisoning of Australian astrophysicist Rodney Marks at the South Pole base in May 2000 while at the United States Amundsen-Scott South Pole Station was to threaten all the international research stations in Antarctica regarding Germany's secret underground operations in Antarctica. Under the U.S. Antarctica Conservation Act Public law 95-541, 16 U.S.C. §2401 the United States is required by law to comply with the Antarctica Treaty System and report any abuses to the Office of Oceans and Polar Affairs of the State Department which reports such plans to other nations as required by the Antarctic Treaty. Any violation of the Antarctica Treaty System is handled by the International Court of Justice. The Antarctic Treaty is often considered to represent an example of the common heritage of mankind principle.

Satellites can be programmed to identify more than one ground command station and programmed to use a mobile command station. The mobile command stations for satellites can be on ground, on water, or in space fueled by solar energy, wave energy, hydroelectric energy, etc. Antarctica is the only continent without a native human population (no legal citizens) occupied mostly by international research teams governed under the Antarctica Treaty System. The average daily Antarctica population is 1,000 to 5,000 which is comprised mostly of international research teams not including Germany's underground base staff. For these reasons, it is reasonable to assume the ground command for weather attacks and other attacks by Maser satellites on all nations could be in Antarctica or Antarctica waters underground. It should be assumed that hackers using satellites in low orbit around the earth are able to hack all ground command stations that control satellites to control all the satellites' operations. These hackers controlling maser weather satellites and all types of satellites could easily be in Area 51. The numerous hackers used to control the globe by satellites are so many in number it would be too expensive and too difficult to conceal if located in Antarctica. It is reasonable to expect a staff of about 100-200 workers working 24/7 for 2-4 weeks to operate the ground command station and other underground operations in Antarctica.

NASA and National Oceanic and Atmospheric Administration (NOAA) of the U.S. Department of Commerce have the daily capabilities to detect all energy released in the earth's atmosphere and/or in space. It is reasonable to know with certainty that NASA and National Oceanic and Atmospheric Administration (NOAA) did identify at the time of the maser satellite attacks on the United States since the 1970's the exact maser satellite being used and the ground Tokamak nuclear fusion reactor energizing the satellite. NASA also can gather informational

data from the computers of satellites to learn more about the operators who controlled the satellite. For these reasons, NASA's staff and contractors are continually being threatened by the global elites using the movie industry to keep their mouths shut. Some of the many movies made to threaten NASA are "Gravity" "Hidden Figures" and "Geostorm". NASA engineer, Bill Picou, the best friend of Vicki McLean's father, Louis A. Fanning, Sr. was murdered in 1976 to threaten all NASA employees and contractors. This is also the reason why the entire Family clan of Louis A. Fanning, Sr. has been under attack by the HAARP mind control system since 1976. Likely a maser satellite took down NASA's space shuttle Challenger on January 28, 1986 and space shuttle Columbia in 2003. This is also why the BBC series "Endeavour" was produced near Oxford, UK which is the location of the United Kingdom Jet Tokamak nuclear fusion reactor that involved the Oxford University and several other UK universities. The BBC series "Monarch of the Glen" beginning around 2000 having at least 8 series or more also is used to pass messages to the elites. This becomes obvious when the Monarchs of Glenglobe Laird Archie McDonald moves to New Zealand in Series 6 leaving his brother Paul Bowman McDonald to take over as laird. "Glen" is code language for Astronaut Glen Ford. Many of the global elites have been reported buying estates in New Zealand. Unfortunately for the elites New Zealand and Norway are members of the United Nations and the Antarctica Treaty System.


The International Space System, France Space Agency, India Space Agency, Germany Space Agency and the European Space Agency have the same capabilities as NASA. All space agencies are involved in launching satellites. All superior space programs have weather satellites, communication satellites, observation satellites, intelligence satellites, reconnaissance satellites, and anti-satellite weapons. France

11

Space Program is even said to be currently working on eavesdropping satellites. The International Space Station (ISS) is involved in repairing satellites, refueling satellites, retrieving data from satellites, etc. This gives indications as to how much more information the ISS has witnessed regarding attacks on nations by maser satellites explaining why the movie "Geostorm" was released in Oct. 2017 after the United States was just attacked a month earlier by Hurricane Harvey and Hurricane Irma.

The U.S. Department of Transportation is the U.S. agency in control of investigations of U.S. maritime, aircraft and railroad accidents within the United States. Most aircraft, maritime, and railroad accidents along with highly publicized motor accidents are attacks by hackers taking control of the functions of the vehicle by way of the computer system using cell towers and/or satellites. Any vehicle that suddenly explodes or catches fire was likely attacked by a maser satellite. Surely the hack into the vehicle's computer system can be recovered and proven when the computers are not destroyed. The illegal manufacturing of autos, boats, etc. with black box monitors and internet ability are the reasons why many auto manufacturing plants were closed in the United States.

The FBI is the U.S. agency that often investigates terrorist attacks as massive shootings or explosions inside the United States. The average intelligent American knows that the following massive shootings involved more than one shooter with the identified charged shooter likely being the patsy: Las Vegas Shooting 2017, Sutherland Springs Baptist Church Shooting 2017, Alexandria, VA Congressmen Baseball event shooting 2017, Orlando Pulse Nightclub shooting, Dallas and Baton

Rouge Police Shooting 2016, Will Smith NFL Player Shooting 2016, Charleston Church Shooting 2015, Lafayette Theatre Shooting 2015, Boston Bombing of 2013, Newtown Elementary Shooting 2012, Aurora theatre Shooting 2012. Surely the FBI investigators had enough evidence to prove the shooters being charged were patsies like Lee Oswald being framed. The FBI investigations' evidence defending the defendants were smothered since fake news and attacks by the HAARP mind control system continued to obstruct and threaten the FBI staff, their witnesses and their family members. Surely the FBI was able to discern from their investigations that the takedown of the World Trade Towers on 9/11/2001 was done by a systematic timing of explosions placed on ever floor of the World Trade Towers with the motive being to threaten the companies and workers inside the building linked to the following: New World Order's planned global banking and mortgage crisis in Greece, America, etc., market crashes caused by hacking inside all brokerage systems daily, shipping companies linked to illegal import and export shipments of drugs, underwater crafts, massive amounts of steel, guns, etc. , New Jersey and New York Port authority linked to illegal shipments linked to espionage activities overseas, etc. The FBI surely knows that it was likely a maser satellite that hit the Pentagon on 9/11/200. The FBI and firemen know maser satellites attack many buildings. The FBI and firemen also know maser satellites create lightning strikes to start forest fires across the county. After the forest fires are started then the maser satellites control the winds to spread the fires. Maser weather satellites were responsible for killing the 19 Arizona Hot Shot Firefighters in 2013 to threaten all firemen. Surely the FBI knows that computers hackers of the rig equipment and possibly a maser satellite was the cause of  the BP rig explosion in the Gulf of Mexico in 2010 to threaten the oil industry linked to refineries fueling and staffing illegal underground military bases all over the world. Surely the FBI can know when

an immigrant is using the stolen social security number of an authentic U.S. citizen, a violation of the espionage act.

The Internal Revenue Service, Medicare, and U.S. Election Commission easily can know when an authentic U.S. citizen social security number has been stolen linked to paychecks, IRS tax returns, voting registration, medical services, etc. These agencies of the United States government will be sued in federal court for the United States citizens in the next few months to speed up the process of removing 50+ million foreign born residents and their children using the social security numbers of U.S. citizens in violation of the espionage act. There needs to be immediate action taken against all residents inside the United States using the social security numbers of authentic U.S. citizens to stop the financial and physical attacks on millions of Americans each year.

The United Nations was established on June 26, 1945 and is defined according to Wikipedia:

"The **United Nations (UN)** is an intergovernmental organization tasked to promote international co-operation and to create and maintain international order. A replacement for the ineffective League of Nations, the organization was established on 24 October 1945 after World War II in order to prevent another such conflict. At its founding, the UN had 51 member states; there are now 193. The headquarters of the UN is in Manhattan, New York City, and is subject to extraterritoriality. Further main offices are situated in Geneva, Nairobi, and Vienna. The organization is financed by assessed and voluntary contributions from its member states. Its objectives include maintaining international peace and security, promoting human

rights, fostering social and economic development, protecting the environment, and providing humanitarian aid in cases of famine, natural disaster, and armed conflict. The UN is the largest, most familiar, most internationally represented and most powerful <u>intergovernmental organization</u> in the world."

The United Nations gets 22% of its yearly funding from the United States Citizens. The United Nations has all the capabilities to know and prove the attacks on the United States by maser satellites. The United Nations Conference on Human Environment held June 6, 1972 in Stockholm resulted in 26 declarations. The 26th declaration states "Weapons of Mass Destruction Must Be Eliminated". The United Nations was another of the many international organizations created by New World Order to control all nations. It is reasonable to assume that most of the United Nations funds are stolen to fund New World Order espionage activities across the globe. The United States government should demand to be allowed to do an audit of the yearly revenue and expenses of the United Nations for the last 10 years to give the United States proof as to why the U.S. citizens have the right to demand withdrawal from the United Nations due to non-compliance of the United Nations mission statement and declarations.

## Exhibit 1

**United States District Court of Eastern Louisiana 15-08 on appeal as 15-30345 U.S. Fifth Circuit Court of Appeal Appellant Brief** – Vicki McLean VS Barack Obama, ET AL

15

## Exhibit 2

**Was Hurricane Irma Steered by Maser Satellites in Weather War against USA?** -http://exopolitics.org/was-hurricane-irma-steered-by-maser-satellites-in-weather-war-against-usa/

## Exhibit 3

**United States District Court of Eastern Louisiana 15-2555 Vicki McLean and Estate of James McLean EX REL USA VS Joint Chiefs of Staff, ET AL motion filed on 8/1/2016 titled #4 of 23 "Motion to add Atlantic Undersea Test and Evaluation Center (AUTEC), Naval Sea Systems Command, and Naval Undersea Museum as Defendant in the case".** 21 secret submerged submarine bases along the Florida Coast were exposed in this filing. Only until recently learning about Gunther Laukien's underwater craft development did Vicki McLean realize that most of the global elites likely owned an interest in an underwater craft. These underwater crafts were likely parked in the secret submerged submarine bases across the globe. Vicki McLean also recently recognized that the likely reason for Dirk Laukien hiring Timothy McLean to work for his privately-owned company known as Black Forest Ventures in 2010 was because Gunther Laukien illegally used James McLean's intellectual property in his underwater crafts. Dirk Laukien violating labor laws fired Timothy McLean around the time Vicki McLean's false claim case 11-193 was unsealed Feb. 27, 2012 that exposed the murder of James McLean for his intellectual property. Because Vicki McLean detected all 23 motions filed on Aug. 1, 2016 in case 15-2555 where likely removed due to the information exposed in Motion 4 and Motion 12. Due to their removal from case 15-2555 all 23 motions filed on 8/1/2016 were added to espionage false claim case 16-15001 filed Sept. 28, 2016.

## Exhibit 4

**United States District Court of Eastern Louisiana 15-2555 Vicki McLean and Estate of James McLean EX REL USA VS Joint Chiefs of Staff, ET AL motion filed on 8/1/2016 titled #12 of 23 "Motion to add Rep. Kevin Brady as a defendant".** This motion reveals numerous tenants in the World Trade Towers on 9/11/2001 making it obvious the real motive was to threaten all the tenants that are witnessed to market crashes and daily hacking of brokerage systems by HAARP mind control systems to manipulate the U.S. markets daily for New

16

World Order's financial benefits, witnesses of illegal shipments of drugs, guns, steel, etc. for New World Order, and witnesses to the illegal underground in Manhattan, NY. Because Vicki McLean detected all 23 motions filed on Aug. 1, 2016 in case 15-2555 where likely removed due to the information exposed in Motion 4 and Motion 12. Due to their removal from case 15-2555 all 23 motions filed on 8/1/2016 were added to espionage false claim case 16-15001 filed Sept. 28, 2016.

## Exhibit 5

**Letter from Texas Department of Transportation to Vicki McLean** and Vicki McLean's response. This was obvious retaliation by Area 51 and the Houston Metro HAARP operators to attempt to strip Vicki McLean of her Texas driver's license based on a false report. This false report took a total of Vicki McLean 2 complete days to address having to address the complaint and then take the written and driver's test.

## Exhibit 6

United **States District Court of Eastern Louisiana 17-5578 sealed, active** Estate of James McLean EX REL USA VS Loyola University, ET AL Judge Ivan Lemelle

## Exhibit 7

**United States District Court of Eastern Louisiana 17-9425 sealed, active,** Estate of James McLean VS Area 51 Judge Ivan Lemelle

## Exhibit 8

**United States District Court of Eastern Louisiana 16-15001 sealed, active,** Estate of James McLean and Vicki McLean EX REL USA VS FEMA Judge Martin Feldman

**Exhibit 9**

**United Nations Conference on the Human Environment-**
htpps://en.wikipedia.org/wiki/United_Nations_Conference_on_the_Human_Enviro
nment
was signed on D-Day June 6, 1972 establish the International Environmental Laws
and in declaration 25 that International Organizations should help to improve the
environment. Since before this time and today all International Organizations are
established to great weapons of mass destruction that destroys the environment.
Declaration 26 states Weapons of mass destruction must be eliminated.

**Exhibit 10**

**International Traffic in Arms Regulations -**
http://en.wikipedia.org/wiki/Internationa_Traffic_in_Arms_Regulations

**Exhibit 11**

**Antarctica Treaty System -**
https://en.wikipedia.org/wiki/Antarctic_Treaty_System

**Exhibit 12**

**New Swabia, Antarctica -** https://en.wikipedia.org/wiki/New_Swabia

**Exhibit 13**

**New Swabia (Neuschwabenland), Antarctica and Base 211 -**
http://www.theeventchronicle.com/study/new-swabia-neuschwabenland-base-211/

**Exhibit 14**

**Gunther Laukien -** https://en.wikipedia.org/wiki/Gunther_Laukien

## Exhibit 15

**Gunther Laukien Inventor and assignee some of Laukien's patents**
http://www.patentbuddy.com/Inventor/Laukien-Gunther/8220335

## Exhibit 16

**US 5270649 A - Method and apparatus for the predication of earthquakes –
Gunther Laukien inventor** likely using the intellectual property of James
McLean explaining why his son Dirk Laukien former CEO of Bruker hired James
McLean's son in 2010 and then fired him in violation of U.S. Labor Laws in
Spring of 2012.

## Exhibit 17

**Bruker Corporation Website** – www.bruker.com/applications.html

## Exhibit 18

**Bruker -** https://en.wikipedia.org/wiki/Bruker

## Exhibit 19

**Insider report: Bruker cashes out Laukiens -**
https://www.bizjournals.com/boston/stories/2009/06/01/daily53.html

There are great reasons to suspect the numerous insider tradings of Bruker
Corporation stock in 2009 may be many of the global elites who own an interest in
underwater crafts built by the Bruker Corporation requiring these global elites to
control maintain control of Bruker Corporation.

## Exhibit 20

**Karya Capital Management, LP New York, New York –**
ttp://investment-advisors.credio.com/l/39926/Karya-Capital-Management-LP

**Exhibit 21**

**Karya Property Management** - http://www.karyamanagement.com/Home.aspx

**Exhibit 22**

**Nitya Capital, Inc.** - http://www.nityacapital.com/

**Exhibit 23**

**Nitya Capital Services** - http://nityacapitals.com/about.php

**Exhibit 24**

**EY Announces Swapnil Agarwal of Nitya Capital Entrepreneur of The Year®
2017 Award Finalist in Gulf Coast Area** -
https://finance.yahoo.com/news/ey-announces-swapnil-agarwal-nitya-135700087.html

**Exhibit 25**

**Tokamak** - https://en.wikipedia.org/wiki/Tokamak

**Exhibit 26**

**All the World Tokamaks** - http://www.tokamak.info

**Exhibit 27**

**Economic Espionage Act of 1996** -
https://en.wikipedia.org/wiki/Economic_Espionage_Act_of_1996

**Exhibit 28**

**Industrial Espionage -** https://en.wikipedia/wiki/Industrial_espionage

**Exhibit 29**

**Gallery: The Top 10 Failed NASA Missions -**
https://www.popsci.com/military-aviation-amp-space/article/2009-03/gallery-top-10-nasa-probe-failures

## EDUCATION SOURCES FOR THE COURT

1. **Satellite education**

**Was Hurricane Irma Steered by Maser Satellites in Weather War against USA? -**http://exopolitics.org/was-hurricane-irma-steered-by-maser-satellites-in-weather-war-against-usa/

**Where Do Satellites Get Their Power From -**
https://l-zone.info/2015/08/where-do-satellites-get-their-power-from/

**The first satellite powered entirely by ion engines is online -**
https://www.extremetech.com/extreme/214206-the-first-satellite-powered-entirely-by-ion-engines-is-online

**Ion thruster -** https://en.wikipedia.org/wiki/Ion_thruster

**Satellite -** https://en.wikipedia.org/wiki/Satellite

**Weather satellite –** https://enwikipedia.org/wiki/Weather_satellite

**When a satellite activates its thrusters movement takes place — this is known as a maneouvre -**
https://www.eumetsat.int/website/home/Satellites/LaunchesandOrbits/SatelliteOrbits/Satellitemanoeuvres/index.html

**Lost in Space: Satellites and Space Junk in Earth's Orbit -**
http://www.quickanddirtytips.com/education/science/lost-in-space-satellites-and-space-junk-in-earths-orbit

**Missing Space Probes & Satellites -**
http://www.aliens-everything-you-want-to-know.com/MissingSpaceProbes.html

## 2. Energy Sources Education

**The Nature of Electromagnetic Radiation -**
https://micro.magnet.fsu.edu/primer/lightandcolor/electromagintro.html

**The Electromagnetic Spectrum -**
https://imagine.gsfc.nasa.gov/science/toolbox/emspectrum1.html

**Gamma ray -** https://en.wikipedia.org/wiki/Gamma_ray

**Ion thruster -** https://en.wikipedia.org/wiki/Ion_thruster

**Magnetic confinement fusion -**
https://en.wikipedia.org/wiki/Magnetic_confinement_fusion

**Neutral beam injection -** https://en.wikipedia.org/wiki/Neutral_beam_injection

**Tokamak -** https://en.wikipedia.org/wiki/Tokamak

**It takes more than one kind of telescope to see the light -**

www.nasa.gov

**How to Yell Across the Solar System -**
https://spaceplace.nasa.gov/x-ponder/en/

## 3. Weapon Education

**Anti-Satellite Weapon –** https://en.wikipedia.org/wiki/Anti-Satellite_Weapon

**Directed-Energy Weapon -** https://en.wikipedia.org/wiki/Directed-energy_weapon

**Space Warfare -** https://en.wikipedia.org/wiki/Space_warfare

**NASA and NOAA and their abilities to detect maser(laser) satellite attacks on earth, in earth's atmosphere, and in space.**

**NASA -** https://en.wikipedia.org/wiki/NASA

**Gallery: The Top 10 Failed NASA Missions -** https://www.popsci.com/military-aviation-amp-space/article/2009-03/gallery-top-10-nasa-probe-failures

**National Oceanic and Atmospheric Administration (NOAA) U.S. Department of Commerce -** http://www.noaa.gov/about-our-agency

**NOAA's Geostationary and Polar-Orbiting Weather Satellites -** http://noaasis.noaa.gov/NOAASIS/ml/genlsatl.html

**NOAA-19 -** https://en.wikipedia.org/wiki/NOAA-1

### 4. Tokamak Nuclear Fusion Reactors Education

**Tokamak -** https://en.wikipedia.org/wiki/Tokamak

**Culham Centre for Fusion Energy -** https://en.wikipedia.org/wiki/Culham_Centre_for_Fusion_Energy

**Czech Republic Compass Tokamak -** https://en.wikipedia.org/wiki/COMPASS_tokamak

**France De Fontenay-aux-Roses Tokamak -** https://en.wikipedia.org/wiki/Tokamak_de_Fontenay_aux_Roses

**France Tore Supra Tokamak -** https://en.wikipedia.org/wiki/Tore_Supra

**Germany Wendelstein 7-X Tokamak -** http://en.wikipedia/wiki/Wendelstein_7X

**India SST-1 Tokamak (steady state superconducting tokamak) -** https://en.wikipedia.org/wiki/SST-1_(tokamak)

**Italy Tokamak**

**United Kingdom Tokamak Joint European Torus (JET) –**
http://en.wikipedia/wiki/Joint_European_Torus


### 5.  Antarctica Education Sources

**Antarctica** – Wikipedia https://en.wikipedia.org/wiki/Antarctica

**Antarctica Treaty System -**
https://en.wikipedia.org/wiki/Antarctic_Treaty_System


**New Swabia, Antarctica -** https://en.wikipedia.org/wiki/New_Swabia

**New Swabia (Neuschwabenland), Antarctica and Base 211 -**
http://www.theeventchronicle.com/study/new-swabia-neuschwabenland-base-211/


### 6.  CORPORATION INFORMATION LINKED TO CASE


**Gunther Laukien -** https://en.wikipedia.org/wiki/Gunther_Laukien

**Insider report: Bruker cashes out Laukiens -**
https://www.bizjournals.com/boston/stories/2009/06/01/daily53.html

**Bruker Corporation website –** https://bruker.com/applications.html

**Bruker -** https://en.wikipedia.org/wiki/Bruker

**Gunther Laukien Inventor and assignee some of Laukien's patents**
http://www.patentbuddy.com/Inventor/Laukien-Gunther/8220335

**US 5270649 A - Method and apparatus for the predication of earthquakes –
Gunther Laukien inventor** likely using the intellectual property of James
McLean explaining why his son Dirk Laukien former CEO of Bruker hired James
McLean's son in 2010 and then fired him in violation of U.S. Labor Laws in
Spring of 2012.

**Karya Capital Management, LP New York, New York -**
http://investment-advisors.credio.com/l/39926/Karya-Capital-Management-LP

**Karya Property Management, LLC -**
http://www.karyamanagement.com/Home.aspx

**Nitya Capital, Inc. -** http://www.nityacapital.com/

**Nitya Capital Services -** http://nityacapitals.com/about.php

**EY Announces Swapnil Agarwal of Nitya Capital Entrepreneur Of The Year® 2017 Award Finalist in Gulf Coast Area -**
https://finance.yahoo.com/news/ey-announces-swapnil-agarwal-nitya-135700087.html

7. **Other Relevant Education**

**CERN -** https://en.wikipedia.org/CERN

**Economic Espionage Act –**
https://en.wikipedia.org/wiki/Economic_Espionage_Act

**European Space Agency -**
https://en.wikipedia.org/wiki/Europeran_Space_Agency

**European Union-** https://en.wikipedia.org/wiki/European_Union

**France Space Agency -** https://en.wikipedia.org/wiki/Europeran_Space_Agency

**German Aerospace Center -**
https://en.wikipedia.org/wiki/German_Aerospace_Center

**India Space Research Organization -**
https://en.wikipedia.org/wiki/Indian_Space_Research_Organisation

**Industrial Espionage –** https://en.wikipedia.org/wiki/Industrial_Espionage

**ITER –** http://en.wikipedia.org/wiki/ITER

25

**International Space Station -**
https://en.wikipedia.org/wiki/International_Space_Station

**International Traffic in Arms Regulations -**
http://en.wikipedia.org/wiki/Internationa_Traffic_in_Arms_Regulations

**Joint Polar Satellite System Common Ground System -**
https://www.raytheon.com/capabilities/products/jpss/Multi-mission support for
environmental missions

**NASA -** https://en.wikipedia.org/wiki/NASA

**National Environmental Policy Act -**
https://en.wikipedia/wiki/National_Environmental_Policy_Act

**National Oceanic and Atmospheric Administration (NOAA) U.S. Department
of Commerce -** http://www.noaa.gov/about-our-agency

**NOAA's Geostationary and Polar-Orbiting Weather Satellites -**
http://noaasis.noaa.gov/NOAASIS/ml/genlsatl.html

**United Nations -** https://en.wikipedia.org/wiki/United_Nations

**United Nations Conference on the Human Environment -**
http://en.wikipedia.org/wiki/United_Nations_Conference_on_the_Human
_Environment

**U.S. Department of Transportation -**
https://en.wikipedia.org/wiki/United_States_Department_of_Transportation

## 8.  United States Disaster History

**Floods in the United States from 2001- Present –**
https://en.wikipedia.org/wiki/Floods_in_the_United_States_from_2001_Present

**Floods in the United States from 1901-2000 –**
https://en.wikipedia.org/wiki/Floods_in_the_United_States_from_1901_2000

**List of Natural Disasters in the United Sates 1816-2017**
https://en.wikipedia.org/wiki/List_of_natural_disasters_in_the_United_States

**List of Atlantic Hurricane Records -**
https://en.wikipedia.org/wiki/List_of_Atlantic_hurricane_records

**List of Pacific hurricanes -**
https://en.wikipedia.org/wiki/List_of_Pacific_hurricanes

### 9.  Some U.S. Satellite Patents

**US 5984239** – A Weather Modification by Artificial satellites

**US 9344182 B2** – Satellite System and method for circumpolar latitudes

**US20140017992** – Satellite System and method for circumpolar latitudes

**US 20020177403 A1** – High availability broadband communications satellite system using satellite constellations in elliptical orbits inclined to equatorial plane.

**US 2013006271 A1** - Inclined Orbit Satellite Communication System

## QUESTIONS FOR THE COURT?

1. Should not NASA from its' inception been placed under the U.S. Department of Defense? What U.S. Congress members were directly linked to the establishment of NASA not placing NASA under the Department of Defense?
2. Who were the scientists, engineers, etc. illegally given mass asylum under Operation Paperclip and where did they work? Who are their children and grandchildren and where do they work?
3. Does the court realize that Operation Paperclip, establishment of the U.S. Airforce who began the illegal drilling of the underground, and the establishment of NASA all occurred near the same time period to hide underground operations and space operations?
4. Which U.S. Air Force personnel were in charge of drilling the underground?
5. Should not NASA and NOAA be placed under the U.S. Department of Defense immediately because satellites and all space programs pose a national security risk?

6. Should not all satellite technology and satellites sales be placed under the International Traffic in Arms Regulations to prevent violations of Trading with the Enemy Act?

7. Should not all underwater crafts be placed under the International Traffic in Arms Regulation to prevent violations of the Trading with the Enemy Act?

8. Should not all trade agreements with foreign nations that are part of the European Union and India be place on hold immediately in order to re-evaluate all trade agreements to prevent violations of Trading with the Enemy Act?

9. Should the United States' participation in ITER be placed on hold immediately to prevent violations of Trading with the Enemy Act?

10. Should not all United States' Universities and Colleges be currently restricted from sharing research technology with foreign entities and foreign nations to prevent violations of Trading with the Enemy Act?

11. Should not all U.S. universities and colleges be forced to remove all foreign immigrants meaning professors, staff, and students from all U.S. research sponsored programs to prevent violations of Trading with the Enemy Act? This of course should include all individuals born in the United States using a stolen U.S. social security number whose parents were born in foreign countries.

12. Should not all treaties with nations within the European Union and India be re-evaluated and examined thoroughly for violations of U.S. laws, violations of United Nations declarations, and violations of the Antarctica Treaty System.

13. Should not all foreign professionals from European Nations and India working in the United States be re-evaluated as a risk to the U.S. national security with top priority being given to foreign employees of U.S. agencies.

14. Should foreign immigrants from European countries and India residing in the United States be allowed visitors from European countries and India? Should their visitors be required to file a detail agenda of their visit while in the United States with weekly face to face check-ins with an established U.S. agency for proper surveillance of all foreign professionals and their foreign visitors?

15. Should all foreign visitors into the United States be forced to wear an identification bracelet that can be traced 24/7 plus filing a detail daily agenda with weekly face to face check-ins with an established U.S. agency for proper surveillance of foreign immigrants while in the United States?

16. Should not all investigations past and current of the FBI and the U.S. Dept. of Transportation be considered a possible violation of the espionage act? Should the FBI be placed under the Department of Defense working closely with the CIA and NSA instead of the Department of Justice?

17. Should not all employees and contractors of U.S. agencies social security numbers be investigated to remove all immigrants or false U.S. citizens using stolen social security numbers ASAP with emphasis first on CIA, FBI, NSA, NCIS, Homeland Security, Secret Service, U.S. Congress, Federal Judges, U.S. Cabinet heads, and Dept. of State? In order to clean up all agencies of the federal government likely all agencies need to be sued for the U.S. citizens separately beginning with NASA.


## CONCLUSION

I, Vicki Fanning McLean, the primary heir of the Estate of James McLean and the pro se filer of this case filed for the U.S. citizens was given the key to acquire justice for the U.S. Citizens for violations of the Espionage Act when I married James McLean, Jr. on March 22, 1980 and stayed faithful to that marriage contract until his death. America is now approaching the point of no return to save America if this court does not act quickly. The identification of all immigrants and their children in violation of the espionage act since 1950 needs to occur quickly to remove the immigrants in the underground operations of the United States that pose the greatest threat to America's future and America's freedom. All actions necessary should be taken by this court to disallow the U.S. congress from taking away the U.S. citizens and law enforcement's rights to bear arms. Immediate action should be taken to stop the global weapons of mass destruction that are attacking the United States and other nations. The information contained in this filing needs to be made public as soon as possible to enable citizens of other nations to aid in the destruction of all weapons of mass destruction.

## PRAYER FOR THE COURT

## PROMISE FROM THE GOD OF TORAH

### LEVITICUS 26:3-9

"If you follow My laws and faithfully observe My commandments, I will grant your rains in their season, so that the earth shall yield its produce and the trees of the field their fruit. Your threshing shall overtake the vintage, and your vintage shall overtake the sowing; you shall eat your fill of bread and dwell securely in your land. I will grant peace in the land, and you shall lie down untroubled by anyone; I will give the land respite from vicious beasts, and no sword shall cross your land. (Your army) shall give chase to your enemies, and they shall fall before you by the sword. I will look with favor upon you, and make you fertile and multiply you; and maintain My covenant with you."

Respectfully submitted on Nov. 20, 2017

Vicki McLean, Pro Se
P.O. Box 137
Spring, Texas 77383
832-610-1059

## CERTIFICATE OF SERVICE

I, Vicki Fanning McLean the Pro Se Filer of this EX REL United States civil industrial espionage false claim case  for the Estate of James McLean EX REL USA against the European Union, ET AL  will hand deliver this original filing in paper form with all exhibits to the New Orleans U.S. Attorney Office at 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130 for official delivery to the United States Attorney General Jeffery Sessions in paper form as filed to limit the ability of the HAARP mind control system working with the defendants to steal the original filing with all exhibits so never to even arrive at any division of the U.S. Government Department of Justice  who is under the authority of the U.S. Office of the Attorney General headed by U.S. Attorney General Jeff Sessions.. Contained in these exhibits is the original filing of Espionage false claim cases 17-5578 and 16-15001 that Vicki McLean has reason to believe never reached U.S. Attorney General Jeffery Sessions mailed certified mail return receipt by the United States Postal Service but stolen by Area 51 operators denying the U.S. citizens once again of their rights to counsel and rights to protect their lives and the U.S. assets.

Vicki McLean

Respectfully submitted,

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

31

# CERTIFICATE OF SERVICE

I, Vicki Fanning McLean the Pro Se Filer of this EX REL United States civil

industrial espionage false claim case  for the Estate of James McLean EX REL

USA against the European Union, ET AL  will hand deliver this original filing in

paper form with all exhibits to the New Orleans U.S. Attorney Office at

650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130 for official delivery

to the United States Attorney General Jeffery Sessions in paper form as filed to

limit the ability of the HAARP mind control system working with the defendants

to steal the original filing with all exhibits so never to even arrive at any division of

the U.S. Government Department of Justice  who is under the authority of the U.S.

Office of the Attorney General headed by U.S. Attorney General Jeff Sessions..

Contained in these exhibits is the original filing of Espionage false claim cases

17-5578 and 16-15001 that Vicki McLean has reason to believe never reached U.S.

Attorney General Jeffery Sessions mailed certified mail return receipt by the

United States Postal Service but stolen by Area 51 operators denying the U.S.

citizens once again of their rights to counsel and rights to protect their lives and the

U.S. assets.

*Vicki McLean*

Vicki McLean

Respectfully submitted,

*Vicki. McLean*

Vicki McLean, Pro Se
P.O. Box 137
Spring, TX 77383
832-610-1059

RECEIVED

NOV 20 2017

31