## Exhibit 18

**United States District Court of Eastern Louisiana, New Orleans Division 15-08 on appeal as 15-30345 U.S. Fifth Circuit Court of Appeal Appellant Brief Vicki McLean VS Barack Obama, ET AL.**

# No. 15-30345

# IN UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

VICKI FANNING MCLEAN

PLAINTIFF-APPELLANT

V

BARACK OBAMA, IND. CAPACITY AS PRESIDENT OF THE UNITED
STATES, ERIC HOLDER, IND. CAPACITY AS U.S. ATTORNEY GENERAL,
GEORGE W. BUSH, JR., IND CAPACITY AS PRESIDENT OF THE UNITED
STATES, JOHN ASHCROFT, IND. CAPACITY AS U.S. ATTORNEY
GENERAL, ALBERTO GONZALES, IND CAPACITY AS U.S. ATTORNEY
GENERAL, JOHN ASHCROFT, IND. CAPACITY AS U.S. ATTORNEY
GENERAL,MICHAEL MUKASEY, IND. CAPACITY AS U.S. ATTORNEY
GENERAL, WILLLIAM J. CLINTON, IND. CAPACITY AS PRESIDENT OF
THE UNITED STATES, GEORGE W. BUSH, SR, IND. CAPACITY AS
PRESIDENT OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE,
U.S. FEDERAL COURT SYSTEM

DEFENDANTS-APPELLEES

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## OF EASTERN LOUISIANA  NO. 2:15-CV-8

## BRIEF OF APPELLANT VICKI FANNING MCLEAN

Vicki McLean, Pro Se
P.O. Box 26783
New Orleans, LA 70186
Vickimclean54@yahoo.com
832-610-1059



AO388-B
DEFENDANT'S
EXHIBIT
CASE
NO. 15-204
EXHIBIT
NO.  1

No. 15-30345

Vicki Fanning McLean

Plaintiff-Appellant

V.

Barack, Obama, individual capacity as U.S. President, ET AL

Defendant- Appellee

## CERTIFICATE OF INTERESTED PERSONS

The following listed persons and entities have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualifications or recusal.

1. Vicki Fanning McLean (Plaintiff-Appellant)

2. The Estate of James McLean, Jr.

3. The Estate of Louis Fanning, Sr.

4. The Estate of Vivian Sandstedt

5. Attorney Constance Singleton

I

## **REQUEST FOR ORAL ARGUMENT**

Vicki McLean, plaintiff and Pro Se filer request immediate oral argument to verify the panel of federal judges assigned to the Fifth Circuit Appeal case 15-30345 actually received the case with the case records and the appellant brief unaltered and no concealment of the facts and no alteration of the records has occurred. Due to the numerous issues and time restraint on Vicki McLean the sole worker and preparer of this case, oral argument is necessary to aid to guide the judges to properly examine the evidence in the record for original authenticity that provides strong proof and support for the arguments. Failure to meet with Vicki McLean the plaintiff and Pro Se filer would continue to question if the judges assigned to the case actually received the case like in question for all other federal judges that were assigned to Vicki McLean federal and state cases.

II

# TABLE OF CONTENTS

CERTIFICATE OF INTEREST                              I

REQUEST FOR ORAL ARGUMENT                            II

TABLE OF CONTENTS                                    III

TABLE  OF AUTHORITIES                                IV – VII

STATEMENT OF JURISDICTION                            VIII-XII

STATEMENT OF ISSUES                                  1- 04

STATEMENT OF THE CASE                                5-17

SUMMARY OF THE ARGUMENT                              18

ARGUMENT                                             19- 59

RELIEF REQUESTED                                     60

CERTIFICATE OF SERVICE                               61

CERTIFICATE OF NON-COMPLIANCE                        62

III

## TABLE OF AUTHORITIES

**CASES**

Agnew V. State of Maryland, ET AL, (No. 903 Sept. term, 1983
Court of Special Appeals of Maryland Decided June 1, 1982)            Pg 30

Anderson, ET Al v Liberty Lobby, Inc.
(106 S. Ct 2505 No. 84-1602 June 1986)                               Pg 35

Baldwin V Hale (68 U.S. (1Wall.)223, 233 1863)                       Pg 37

Board of Trustees of Leland Stanford Junior University V Roche Molecular
Systems, Inc., ET AL(131 S. CT 2188 from USDC No. 09-1159)           Pg 19

Cantwell v. Connecticut, 310 U.S. 296, 60 S. Ct. 900, 84L Ed. 1213(1940)  Pg 43

Caperton V A.T. Massey Coal Co. 129 S. Ct 2252 No. 8-22  June 8, 2009  Pg 33

C.E. Services, Inc. V Control Data Corporation (759 F.2d 1241,
Fed Fifth Circuit  2001 USDC No. 83-1632)                            Pg 21

Deloso v. U.S. Attorney John Ashcroft                                Pg 38

Gitlow v. New York  268 U. S. 652, 45S.Ct. 625, 69L. Ed. 1138(1925)  Pg 43

Gaylor V Wilder, (51 U.S. (10 How.) 477, 493, 13 L Ed. 504)          Pg 19

Goldberg v Kelly (397 U.S. 254, 271(1970)                            Pg 35

Hoffman V Halden (9th Cir 1959) 268F(2d)280                        Pg 40

Lee v. Kemna  (534 U.S. 362, 122 S. Ct. 877, 151L. Ed. 820[2002])    Pg 42

Madstad Engineering, Inc. and Mark Stadnyk V United States Patent and
Trademark Office   (756 F3d. 1366 USDC 2013-1511, 2013-1512)         Pg 22

Matthews V Eldridge (424 U.S. 319, 333(1976)                         Pg 37

IV

Near v. Minnesota 283 U. S. 67, 51 S. Ct. 625, 75L. Ed. 1357(1931)   Pg 43

Nova Consulting Group, Inc. V Engineering Consulting Services, Ltd
( 290 Fed. Appx. 727, Fed Fifth Circuit 2008 USDC No. 07-50832)   Pg 19

Preston VS Marathon Oil Company and Thomas Smith
(684 F. 3d 1276, Nos 2011-1013, 2011-1026)   Pg 23

Samy Gharb V United States (2013 WL 4848589 No. 12-911C )   Pg 24

SCM Corporation V Railings Corporation (1986 WL 207,
Fed Fifth Circuit 1986 USDC No. 82 C 7583)   Pg 21

State of Louisiana V Clay Shaw 198-059 14:26 (30) Sect C   Pg 28

State of Texas, ET AL V USA, Homeland Security, ET AL USDC of South
Texas, Brownsville 1:14-254   Pg 38

Tiarui Group Company Limited LLC V International Trade Commission
(661 F.3d 1322 No. 2010-1395 Oct 11, 2011)   Pg 25

Tumey V Ohio (47 S Ct 437 No. 527 Nov 29, 1926)   Pg 33

United States V Agnew, (Crim No. 73-0535 D. Md.1973)   Pg 30

United States V American Airlines, Inc. 743 F 2d 1114, 1118 (5th Cir 1984)   Pg 21

United States of America V Edwin Edwards, ET AL  (303 F. 3d 696
No. 01-30036 Aug. 23, 2002)   Pg 29

United States V. E.I. Dupont de Nemours & CO.(351U.S. 377, 391,
76 S. Ct  994 1004-05, 100, L. ED. 1264(1956)   Pg 21

United States V Grinnell Corp, (384 U.S. 563, 570-71,
86 S.Ct 1698 1703-04, 16 L. Ed. 2d 778 (1966))   Pg 25

United States of America V Hanjuan Jin (833 F.Supp. 2d 977
USDC Illinois No. 08 CR 192)   Pg 21

v

United States of America V I.H. Hammerman (528 F 2 d 326 No. 75-1090)  Pg 31

United States V Kwai Fun WONG (2015 WL 1808750,
Nos 13-1074, 13-1075)                                          Pg 37

United States Appellant V Travis Paul Enmons, et al
(93 S. Ct 1007, No. 71-1193)                                   Pg 20

White V Smith ET. AL (808 F. Supp.2d 1174 USDC, Nebraska
No. 4:09-CV-3145)                                              Pg 35

**STATUES**

15 U.S.C. § 2 – Sherman Act                                    Pg 20

18 U.S.C. § 792-799 - Espionage Act                            Pg 24

18 U.S.C. § 1831-1839 - Economic and Industrial Espionage Act  Pg 24

18 U.S. C. § 1951 – Hobbs Act                                  Pg 20

18 U.S.C. § 1961-1964 – RICO ACT                               Pg 27

18 U.S.C. § 241, § 4004, § 1031, § 1014, § 1956                Pg 37

19 U.S.C. § 1337 - Tariff Act of 1930 § 337                    Pg 25

28 U.S.C. Fed Rules Civ Proc Rule 8(a)(2)                      Pg 36

29 U.S.C. § 215(a)(3) - Fair Labor Standards Act               Pg 49

29 U.S.C. § 660(c);29 C.F.R. § 1904.36,1977.3-.4 -Occupational Safety
and Health Act of 1970                                         Pg 47

31 U.S.C. § 3729-3733 - False Claims Act                       Pg 46

35 U.S.C. § 1-376 – U.S. Patent Act of 1790                    Pg 19

35 U.S. C. § 201, 202, 203 Bayh-Dole Act of 1980               Pg 19

VI

35 U.S.C. § 292 - Leahy-Smith America Invents Act (AIA act)

of Sept. 6, 2011                                                                      Pg 21

41 U.S.C. § 4704-4705 - Federal Whistleblower Protection Act          Pg 37

42 U.S.C. § 299 et seq. - Patient Safety & Quality Improvement Act

 of 2005                                                                              Pg 48

42 C.F.R § 489.10                                                                     Pg 51

42 U.S.C. § 1981, § 1983-1988                                                         Pg 37

42 U.S.C. § 2000e-3a - Civil Rights Act of 1991                                       Pg 45

45 C.F.R. § 164.530 (g) - Health Insurance Portability and
Accountability Act of 1996 (HIPPA)                                                    Pg 47

The Constitution - Fifth  Amendment "Due Process Clause"                              Pg 33

The Constitution - Fourteenth Amendment "Due Process Clause"                          Pg 33

88 Statue 297- Congressional Budget and Impoundment Act of 1974                       Pg 31

Texas Law for tortious interference with contract V.T.C.A. Civil
Practice and Remedies Code     § 41.001, 41.003                                       Pg 24

VII

## STATEMENT OF JURISDICTION

Vicki McLean, plaintiff and pro se filer claims for the following reasons the U.S. Fifth Circuit Court of Appeal has jurisdiction over this case:

1. James McLean's trade secrets were stolen while in New Orleans while James and Vicki McLean were residents of Orleans Parish.

2. Vicki McLean experienced her first whistleblower retaliation in Jefferson Parish on 8/3/2005.

3. Vicki McLean recorded her first false claim suit in U.S. District Court in Eastern Louisiana in New Orleans Sect T 07-cv-9717 on 12/20/2007 that involved concealment of evidence and alteration of defendants listed and changing of 31 U.S.C § 3729-3733 to civil rights 42 U.S.C. § 1981, 1983, 1985 without Vicki McLean the pro se filer knowledge or consent. This case was withdrawn by Vicki McLean approximately on 3/17/2008 claiming the reason as too much federal whistleblower harassment and retaliation with the illegal removal of Vicki McLean's nurse's license. This motion to withdraw was sealed permanently. To stop a motion to re-open or appeal Vicki McLean a resident of Texas was forced out of Texas and arrested on a false charge on a warrant from Texas and kept in jail 9 ½ months denied bail

VIII

with no appearance before a state judge of Texas and then charges were just dropped mid-June, 2009 claiming insufficient evidence. There still is the question whether Judge Porteous or Judge Barbier ever received the case.

4. Due to continued harassment and retaliation and conspiracy to violate Vicki McLean due process rights in Texas, Vicki McLean filed the second false claim suit involving the same evidence but including the theft of trade secrets of James McLean with his medical murder in U.S. District Court of Eastern Louisiana in New Orleans Sect K 11-CV-193 on 1/28/2011 that resulted in concealment of evidence, alteration of the file record, and violations of due process with conspiracy. This case was dismissed on 8/1/2011 never allowing Vicki McLean before Judge Stanwood Duval but remained sealed due to the request of the U.S. Attorney General and was unsealed on 2/27/2012 the same day Vicki McLean boarded a plan for the first time out of the country from Hawaii to Thailand that was followed by an attempt on her life while in Thailand. There still is the question as to whether Judge Duval really received the case.

5. Vicki McLean filed a civil rights violation with conspiracy for herself due to concealment of evidence in New Orleans federal cases and the attempts on her life in the U.S. District Court of South Texas, Houston Division 4:13-

IX

CV-1759 on 6/17/2013 that also involved the concealment of evidence, altering of the file record, and violations of due process with conspiracy. This case was dismissed mid-Sept. 2013 never allowing Vicki McLean to ever meet with Judge Vanessa Gilmore. There is still the question as to whether Judge Gilmore really received the case.

6. Vicki McLean filed a different false claim case naming the lead defendant as the High Frequency Active Aurora Research Program in the U.S. District Court of South Texas, Houston Division 4:14-CV-365 on 2/14/2014. Vicki McLean requested it not to be sealed not wanting the U.S. Attorney Office involved in order to expose the truth. Vicki McLean was forced to seal it. The case remains sealed today against Vicki McLean's request. Vicki McLean detecting the same alteration of documents, concealment of evidence and violation of due process with conspiracy and racketeering motioned to dismiss the case on June 24, 2014 claiming conspiracy and racketeering in the State of Texas threatening the safety of Vicki McLean as the reason for dismissal. Vicki McLean permanently left the State of Texas the summer of 2014 due to fear for her safety refusing to return to Texas even though her children reside in Texas. There still is the question whether Judge Sims Lake and Judge Nancy Johnson really received the case.

X

7. Vicki McLean filed an administrative review of her false claim filings in New Orleans and Texas in U.S. District Court of the District of Columbia1:14-CV-1076 on 6/26/2014. Same concealment of evidence, alteration of file record, and violations of due process with conspiracy occurred. Vicki McLean was never allowed before Judge Royce Lamberth. The case was motion to be dismissed by the office of the U.S. Attorney on 9/18/2014 and dismissed on 9/19/2014. This was followed by U.S. Attorney General Eric Holder's resignation on 9/24/2014. Then U.S. Deputy Attorney General James Cole who also got the case with U.S. Attorney Ronald Machen resigned on 10/16/2014 while Eric Holder waited for his replacement. There still is the question as to whether Judge Royce Lamberth ever really received the case.

8. Vicki McLean having informed the Office of the U.S. Deputy Attorney General James Cole after the dismissal of Washington D.C. she would file a racketeering case. On 1/5/2015 filed in U.S. District Court of Eastern Louisiana under the RICO act including 10 defendants being case 2:15-CV-08. By Feb. 13, 2015 Vicki McLean addressed in a motion the alteration of the files of case 2:15-CV-08 not knowing the defendants list had also been altered. On April 15, 2015 Vicki McLean filed Notice of Appeal due to the

XI

same violations of due process with lack of an impartial tribunal under Judge Sarah Vance. Vicki McLean filed the case primarily under the RICO ACT and requested a trial by jury. Vicki McLean was never given a pre-trial hearing date. Vicki McLean motioned to have Judge Vance recuse herself due to conflicts of interests. Judge Vance denied the motion to recuse on June 29, 2015 and then motion to dismiss claiming lack of jurisdiction concealing the facts of the case on June 30, 2015. There still is a question if Judge Vance really received the case.

9. Vicki McLean also contends many of her family members were retaliated against in the State of Louisiana beginning as early as 1976 after the murder of her dad's best friend, NASA engineer, Bill Picou due to the HAARP system. After the murder of James McLean, persecutions against Vicki McLean, her children, and the heirs of James and Vicki McLean increased greatly. Most of Vicki McLean's 8 siblings live in Metro New Orleans today. For their protection and Vicki's protection Vicki McLean does not visit any of her family members so they cannot be coerced under duress to do another illegal arrest to cause an illegal psychiatric commitment of Vicki McLean like in 2005 and 2011 in Louisiana.

XII

## STATEMENT OF THE ISSUES

1. Vicki McLean has been denied her rights to due process and an impartial tribunal accomplished through the altering and deleting of documents and likely forging of judges' signatures never allowing Vicki McLean before any federal, state, or local judge since the time of her husband's murder with motive being his stolen invention or intellectual property. The concealment of evidence in all federal cases filed by Vicki McLean prevents the courts from dismissing this case due to time limitations or lack of jurisdiction.

2. Vicki McLean has been denied access to counsel due to racketeering and conspiracy activity backed by the U.S. federal government that caused her first Attorney Constance Singleton being her false claim attorney to be stabbed six times on Dec. 22, 2006 in Houston which has threatened all attorneys not to represent Vicki McLean.

3. James McLean was the inventor of intellectual property illegally patented by ParaMagnetic Logging, Inc. and Atlantic Richfield Corporation and illegally used by the High Frequency Active Aurora Research Program in U.S. HAARP patent 5041834 applied for on the fifth birthday of James McLean's son Timothy McLean.

1

4. James McLean the inventor of stolen intellectual property was medically murdered from Dec. 25, 2000 through March 11, 2002 to hide the stolen intellectual property of James McLean used illegally in the U.S. HAARP patent 5041834.

5. The widow of James McLean and the heirs of James and Vicki McLean were retaliated against due to having legal rights to U.S. HAARP patent 5041834 and knowledge about James McLean's technology and his murder.

6. During the course of retaliations against Vicki McLean she discovered an illegal billing system allowed by the Medicare and Medicaid contract payers and health insurance companies. Vicki McLean filed numerous false claim cases to address the stolen U.S. funds that were stopped by illegal racketeering, conspiracy, and espionage activities by agents of the U.S. federal government under the authority of top U.S. Federal Government Officials acting illegally in their individual capacity using their U.S. Federal government official authority.

7. Vicki McLean was physically and financially assaulted after becoming a documented recorded federal whistleblower with Federal and state agencies and after filing federal false claim cases. Vicki McLean after becoming a whistleblower experienced 5 illegal falsified arrest with 5 falsified illegal psychiatric commitments administering against Vicki McLean's will

2

psychotropic mind altering drugs to intimidate and stop Vicki McLean's pursuit for justice for herself and the U.S. citizens. The behavior of the governmental officials linked to the retaliations against Vicki McLean is so outrageous that their actions meet the test to qualify as conspiracy and racketeering activities.

8. Vicki McLean's physical and financial persecutions having risen to high levels of persecution not able to acquire protection from local governments who are also in fear of the HAARP system controlled by the U.S. Dept. of Defense gives great reasons for Vicki McLean to request asylum in a foreign country.

9. Vicki McLean's family members, agents, friends, and witnesses linked to evidence filed in this case have and continue to also experience physical and financial persecutions also violating their rights to due process and an impartial judge. The behavior of the governmental officials linked to the retaliations against family members, agents, friends, and witnesses is also outrageous that their actions meet the test to qualify as conspiracy and racketeering activities. Concealment of evidence in their court cases and administrative hearings also voids a court to claim an inability to hear the case due to time limitations or lack of jurisdiction.

10. Vicki McLean's false claim cases and husband's murder links to the reason why U.S. Presidents and U.S. Attorney Generals framed Vice President Spiro Agnew and U.S. President Richard Nixon. During the time that President Nixon was being pursued by the U.S. judiciary committee to resign the U.S. Congress in racketeering activity passed the Congressional Budget and Impoundment Act of 1974 but no U.S. President ever signed the bill which is required to be enacted as law. This bill established the House and Senate Budget Committees that appropriate the U.S. funds to the U.S. agencies illegally. Surely Vicki McLean's false claim case in some way would have exposed how a trillion dollars of overpayment by Medicare and Medicaid funds yearly ended up in the budget of the U.S. Dept. of Defense. Due to most of the agencies of Executive Branch being involved in the cover up of the money laundering of the U.S. funds it is reasonable to assume the U. S. Presidents and U.S. Attorney Generals along with the Joint Chiefs of Staff having authority over the High Frequency Active Aurora Research Program had knowledge and participated willingly in the racketeering and conspiracy actions.

## STATEMENT OF THE CASE

This case on appeal is about the continued violation of Vicki McLean's right to due process under the fifth and fourteenth amendments that intentionally concealed the dominate facts of all six federal cases to be about the theft of James McLean's intellectual property and his medical murder followed by Vicki McLean's federal and state reporting of an illegal Medicare and Medicaid billing system allowed by all Medicare and Medicaid contract payers on all patients in all hospitals. All federal cases were dismissed never mentioning these issues and never allowing Vicki McLean to meet with a federal or state judge. The first federal case was filed on Dec. 20, 2007 in U.S. District Court of Eastern Louisiana under Judge Thomas Porteous and is the reason for his impeachment.

The following is the evidence that was concealed in all six federal cases.

James Thomas McLean, Jr., the husband of Vicki Fanning McLean, during the course of employment with the Shell Oil Company in New Orleans, LA from May 1977 through March 1986 under an employment contract designed well designs to retrieve oil, gas, and other minerals from below the earth surface. These trade secrets of James McLean that were related in his well designs while working for the Shell Oil Company were not patented by the University of Missouri, the U.S. federal government, or the Shell Oil Company who under an employment contract

was given the rights to patent the designs containing intellectual property as the assignee and James McLean, Jr. as the inventor. During this time the trade secrets were stolen under the illegal HAARP/NASA 24/7 mind control surveillance of James McLean known as the High Frequency Active Aurora Research Program Agency which is a secret HAARP mind control and weather modification system illegally designed by NASA and HAARP under illegal espionage activities under the management of the U.S. Dept. of Defense. The HAARP bunkers involved in the 24/7 surveillance and theft of the intellectual property are likely located under the One Shell Square building in New Orleans managed by Shell Oil Company IT and 923 Napoleon Avenue owned by the Episcopal Church since 1977 former McDonough #6 elementary school likely control by the New Orleans Police Dept. at 4217 Magazine St.. The HAARP mind control bunker located under the Shell Oil building in the 700 block of Poydras Avenue likely controls all the U.S. Federal court buildings, the U.S. Attorney Office in New Orleans, and all buildings near Lafayette Square being the reason for the Lafayette theatre shooting.  The HAARP mind control system was originally developed by NASA in the United States illegally as early as the 1940's. James McLean due to having no active father in his life and on a U.S. federal grant from the University of Missouri-Rolla in Geological engineering was likely chosen to be trained to work in the NASA/HAARP mind control system while at the University of Missouri-Rolla.

6

James McLean knowing the mind control system would be a violation of all U.S. citizens' constitutional rights likely resisted and was likely the real reason for him being given failing grades in philosophy and English literature putting him on probation and stripping him of his U.S. federal grant. Soon after leaving college due to losing his grant James McLean was put to sleep at the wheel by the NASA/HAARP mind control system in an attempt to kill him knowing he was a liability to expose the illegal mind control system. Unable to kill James McLean secretly and make it look like an accident James McLean was allowed to finish his Geological engineering bachelor degree and Petroleum engineering master degree on a federal grant at the University of Missouri-Rolla. James McLean developed his intellectual property which was a computerized program to develop well designs linked to a dual chamber apparatus on his own time in his home on his computers. James McLean used his intellectual property to design wells while working for Shell Oil Company, Triton Engineering Services, Inc. and Francis Brown and Associates.

James McLean, Jr. resigned from Shell Oil Company in March 1986 due to tortuous interference by Shell Oil Company and U.S. government who conspired to misappropriate the trade secret of James McLean with the knowledge and intent that the theft would benefit a foreign power. Upon resignation from the Shell Oil

7

Company by James McLean, Jr. in March 1986, the 100% ownership rights of the trade secrets of James McLean, Jr reverted back to James McLean, Jr. when the Shell Oil Company did not patent James McLean's trade secrets and caused tortuous inference with the employment contract of James McLean, Jr.  James McLean due to several attempts on the life of Louis Fanning, Sr. from 1978-1980 was too fearful to attempt to patent his invention.

The U.S. government misappropriated the trade secrets of James McLean, Jr. and placed it in interstate commerce, with the knowledge and intent that the misappropriation would injure the owner of the trade secret being James McLean and his heirs and the citizens of the United States government. This misappropriation of the trade secrets of James McLean began as early as 1978 occurring under the Carter Administration. James McLean's entire career was limited and controlled by U.S. government controlling the use of the trade secrets by controlling the oil and gas industry. The trade secrets of James McLean were falsely patented by ParaMagnetic Logging, Inc. illegally giving cross patent rights to Atlantic Richfield Corporation. Atlantic Richfield Corporation even before ParaMagnetic Logging, Inc. had applied for the patent used the trade secrets for patents linked to the High Frequency Active Aurora Research Program Agency.

8

The High Frequency Active Aurora Research Program known as HAARP was placed under the U.S. Dept. of Defense and the U.S. Commander in Chief in 1993. This is a weather modification and mind control system with missile and explosive capabilities originally developed by NASA, U.S. Department of Defense, and the CIA. Satellites are capable of hacking into the local HAARP mind control systems to cause shooting, murders, auto accidents, plane accidents, fires, etc. The HAARP technology which included the trade secrets of James McLean was shared with foreign governments beginning in 1989 when James McLean was only allowed to develop well designs overseas that were recorded in government agencies of foreign governments not in the United States in order to hide the theft of the trade secrets within the United States. The U.S. Department of Interior in 1982 stop recording well designs under the name of the engineer to hide the trade secrets of James McLean.

Exxon-Mobil Corporation from Oct. 1998- Sept. 2000 assisted the U.S. federal government in extortion and exaction of James McLean's intellectual property. Exxon-Mobil Corporation illegally tried to claim ownership of James McLean intellectual property verbally to James McLean in July, 2000. James McLean's

resistance to the claim of ownership resulted in immediate retaliation by the Exxon-Mobil Corporation which was followed by his medical murder with the first symptom being reported by James McLean to Vicki McLean as to occurring on Dec. 25, 2000 in Denver, CO. This is likely the reason why the 2004 Indonesia earthquake was created by HAARP on Dec. 25, 2004 USA time to muzzle all working within the HAARP system in Houston Metro, New Orleans Metro, and St. Louis Metro that would know the details of James McLean's life and his mother who also died from the identical medical murder in Feb. 2004.


James McLean's medical murder involved the programming of his microchip illegally emplaced in his frontal lobe soon after birth by HAARP to interfere with speech, etc. and cause disease symptoms. Likely the pork tapeworm parasite was given to cause neurocysticerosis which was intentionally misdiagnosed as frontal lobe glioblastoma cancer in order to remove the microchip during brain surgery prior to death. Radiation oncology therapy was administered as a biological weapon to kill James McLean. James McLean's initial diagnosis as possible toxoplasmosis which is parasites and brain cancer required a MRI or CT with contrast to confirm the diagnosis. A MRI with contrast is required before brain surgery and before radiation oncology therapy is administered to the brain. During James McLean's entire 15 months of symptoms till his death he had 20 MRI and

10

CT scans performed. Never was one done with contrast in order to hide the HAARP microchip and cysts that are produced by the pork tapeworm parasites.

High profile deaths require the HAARP microchip to be removed. This is accomplished by surgeons or coroners when a diagnosis of brain cancer or a death caused by being shot in the head is accomplished. James McLean's death was high profile like John and Robert Kennedy who were shot in the head. NASA engineer Bill Picou death was high profile and also was shot in the head. Ted Kennedy also being a high profile death also died of glioblastoma of the brain in 2009. James McLean's mother died 23 months after James McLean's death with frontal lobe glioblastoma of the brain. Due to Vicki McLean's case Beau Biden the Attorney General of Delaware was also a high profile death who died of brain cancer in 2015. Martin Luther King was also shot in the head. O.J. Simpson's Attorney Johnny Cochran also died of brain cancer. O.J. Simpson was diagnosed with brain cancer in 2014. O.J. Simpson was framed and falsely accused of crimes because the outcome of all professional sports is controlled by the HAARP mind control system and the computer chips in all sports balls. O.J. Simpson was not only a NFL player but a NFL broadcaster. Most NFL sports broadcasters and NFL quarterbacks know   footballs are often controlled by a computer chip being the reason for the deflate issue involving quarterback Tom Brady.

During James McLean's sickness and immediately after his death on March 11, 2002 his heirs were attacked physically, and financially. The attacks against Vicki McLean, the widow of James McLean and her children continue till this day. Vicki McLean did not learn that James McLean's intellectual property was likely illegally patented and he was murdered until 2008. Vicki McLean began to acquire evidence to prove her suspicions of James McLean's murder in the fall of 2010. Vicki McLean's first federal case to address the murder of James McLean and theft of his intellectual property was filed in New Orleans on Jan. 28, 2011 in the U.S. District Court of Eastern Louisiana under Judge Stanwood Duval being within 3 months of Vicki McLean acquiring enough medical records to prove the medical murder. This is the reason why actor Robert Duvall was chosen to play the judge in the movie "The Judge". All the medical records of James McLean acquired in late 2010 were put into evidence for U.S District Court of Eastern Louisiana 2:11-Cv-193 on June 6, 2011.

Racketeering and conspiracy activities were used to attempt to set Vicki McLean up for a felony in 2004 under her employment contract with Select Medical Corporation linked to Conroe Regional Medical Center owned by Health Corporation of America (HCA) who was directly linked to the murder of James McLean. Vicki McLean as a staff nurse quickly recognized Select Medical Corporation and its' host hospital Conroe Regional Medical Center, HCA were

12

intentionally physically assaulting the patients through intentional malpractice to greatly increase their profits. In the course of reporting these assaults which began in July, 2004 Vicki McLean discovered the racketeering activities of an illegal Medicare and Medicaid billing system used  by all insurance companies, and the Medicare, and Medicaid contract payers for all hospitals on all patients.


Vicki McLean as early as July, 2006 hired false claim Attorney Constance Singleton to file the false claim suit to expose the massive theft of the U.S. Medicare and Medicaid dollars. Due to the stabbing of Attorney Constance Singleton on 12/22/2006 in Houston, TX and racketeering activities to cover up the real reason for the stabbing Vicki McLean filed her first false claim suit pro se in New Orleans on Dec. 20, 2007 clearly exposing the illegal billing system allowed by the Medicare and Medicaid contract payers for all hospitals. Under racketeering and conspiracy activities the defendants schemed to stop the false claim filings of Vicki McLean that began with New Orleans federal case Sect T 2:07-CV-9717 because it would have exposed the illegal black espionage budget of the U.S. Dept. Of Defense for HAARP and all their underground projects likely falsely labeled as secret projects to protect the U.S. citizens. The first false claim file records with exhibits were altered by the U.S. Federal Court System and the U.S. Department of Justice never giving the original filings to Judge Porteous or Judge Barbier.  The

13

likely forging of federal judges' signatures stopped Vicki McLean from appearing before any federal judge and continued to hide the illegal Medicare and Medicaid hospital billing system and the real reason why Vicki McLean was asked to take the quality assurance position. Vicki McLean contends the forgery of judges' signatures was the motive to impeach Judge Porteous, to not transfer Vicki McLean's case from Sect T to Sect J, and to falsely accuse Tim McLean and Vicki McLean of crimes with 9 ½ months of jail time for Vicki McLean from March 2, 2008 till mid-June, 2009.

Vicki McLean contends the same racketeering activities by the U.S. Federal Court System and U.S. Department of Justice continued in every federal case that Vicki McLean filed afterwards including U.S. District case Sect R 2:15-CV-08 which was the reason for filing the Notice of Appeal on April, 15, 2015 for this case 15-30345. Vicki McLean, plaintiff and Pro se filer of all her federal cases claim all case files were altered and judges' signatures were forged in order not to expose the illegal HAARP system and the illegal stolen U. S funds by the U.S. Dept. of Defense for HAARP and all their illegal underground espionage projects. This same altering of files and forging of judges' signatures should be expected under the Fifth Circuit Court of Appeal Clerk Lyle Cayce if all three judges assigned to this case do not immediately issue an order within 60 days to meet in person with

14

Vicki McLean to examine the record files for case 15-30345. The same lack of internal controls observed in the U.S. District Clerk Office clearly exist in the Fifth Circuit of Appeal Clerk Office easily allowing for the alteration and deleting of the records even the complete substitution of an entirely different Appellant brief to conceal the facts.

From August 3, 2005 till present Vicki McLean has experienced 5 illegally arrested and 5 illegally psychiatric commitments with physical assaults by administering psychotropic drugs against Vicki McLean's will to stop her false claim case filings. Vicki McLean has also been denied medical care numerous times to address her severe Crohn's disease. Vicki McLean's family clan and James McLean's family clan have been under physical and financial attack since 1978 due to James McLean's trade secrets. The details of the attacks are laid out in Exhibit 1 the initial 97 page filing for Washington D.C. federal filing 1:14-CV-1076 with its' exhibits A-W, Exhibit 2, Exhibit 3, Exhibit 4, and Exhibit 5 filed in Sect R 2:15-CV-8. Exhibit 1,3,A, B, C, D, H, L containing the crucial evidence were re-supplemented from 7/27-8/6/2015 due to higher probability of being altered to hide evidence. All motions of Sect R 2:15-CV-8 up to the Notice of Appeal and after the appeal to 6/30/3015 was re-submitted in paper files from July 27-29, 2015 due to the electronic records of the U.S. District Clerk Office files of

15

Sect R 2:15-CV-8 being altered from Vicki McLean's originals. These motions were grouped together under Exhibit 888 and Exhibit 6969. Exhibit H, Exhibit D, and exhibit L have been re-supplemented all numbered with black marker adding numerous comments on many pages to explain the evidence expecting huge alterations to the file records of Sect R 2:15-CV-08. Exhibit L being Houston False claim case against HAARP 4:14-CV-365 was supplemented under Exhibit 6996 numbering it and adding handwritten comments to many documents in the case. Exhibit 1717 numbered and exhibits 1111, 1212, 1414, 1515, and 1616 numbered were supplemented on 8/6/2015 all being exhibits linked to the incidents of stolen documents and items of Vicki McLean on 7/16/2015 and 8/1/2015 to obstruct justice in this case. The judges are encouraged to use only the paper copy of the exhibits many being resubmitted records in order to prevent similar altering of the evidence electronically. All motions with Exhibits 1 through Exhibit 110 were presented by Vicki McLean in a very orderly fashion in federal case 2:15-CV-8. The electronically scanned records of motions with Exhibits 1-110 for case 2:15-CV-08 are not in similar order and likely eliminated files and distorted documents to hide evidence.

This brief is likely to go beyond the limit of 14,000 words due to the extraordinary circumstances of racketeering activities within the U.S. federal court system and

U.S. Department of Justice concealing evidence and never allowing the federal cases to be heard by a federal judge. For these reasons this brief is lengthy in order to introduce the entire case hopefully for the first time with all the evidence and all arguments.

## SUMMARY OF ARGUMENT

The U.S. Presidents, U.S. Attorney Generals, and the High Frequency Active

Aurora Research Program participated in racketeering, espionage, and conspiracy

actions to steal the trade secrets of James McLean, murder James McLean and

cover it up. The U.S. Presidents, U.S. Attorney Generals, U.S. Department of

Justice, U.S. Federal Court System, and the High Frequency Active Aurora

Research Program in racketeering and conspiracy actions violated Vicki McLean's

due process rights and right to an impartial judge. The U.S. Presidents and U.S.

Attorney Generals acting in their own individual capacity as a government officials

using their government authority through racketeering and conspiracy actions

coordinated all U.S. government agencies to continue to hide the all activities of

High Frequency Active Aurora Research Program and cover up the stolen

intellectual property of James McLean and stolen U.S. funds reported by Vicki

McLean.

# ARGUMENT

**Issues 3 & 4**

Because the United States Government, University of Missouri, and Shell Oil Company did not file patents while James McLean was the first to apply the invention under an employment contract and participated in tortuous interference of the employment contracts  the 100% inventor rights reverted back to James McLean 100% in March, 1986 being the inventor who own the invention according to *U.S. Patent Act of 1790 Act of Apr. 10, 1790 35 U.S.C Sect 101 and the Bayh-Dole Act of 1980 35 U.S.C.A Sect 201, 202, 203.*  Racketeering and conspiracy actions of the U.S. government prevented James McLean from applying for a patent of his inventions due to fear for his life and his family's lives after an obvious attempt to kill Louis Fanning, Sr. while taking off in his seaplane while working for Magcobar, Inc. prior to 1980 followed by Louis Fanning, Sr. being put to sleep while driving similar to the attempt on James McLean's life during his year of probation from the University of Missouri in 1974. *See Exhibit 1 being the 97 initial filings of Wash D.C. case listing details from 1978-summer of 2014 referenced to exhibits  and Exhibit A for evidence of James McLean's medical murder with motive.* This is supported by U.S. patent law and federal cases *Gaylor V Wilder, and Board of Trustees of Leland Stanford Junior University V Roche Molecular Systems, Inc., ET AL Supreme Court  and Nova Consulting*

19

*Group, Inc. V Engineering Consulting Services, Ltd.*  The extortion of James McLean's trade secrets was a violation of the ***Hobbs Act*** because the theft interfered with the interstate commerce within the United States oil industry. *See United States Appellant V Travis Paul Enmons*

The power of the U.S. government exerted over the Oil and Gas industry for 70 years is similar to anti-trust violations of the Sherman Act due to having the power to control oil and gas imports, control the issuing of drilling leases, to increase restrictions on drilling across the U.S., to control the recording of well designs, etc. *Exhibit 1818* - (http://www.downsizinggovernment.org/energy/regulations A Brief History of Energy Regulations and http://www.nytimes.com/2012/08/24/us/Romney-would-give-reins-to-states-on-drilling-on federal Giving Reins to the States over Drilling)  The U.S. government violated the *Sherman Anti-Trust Act 15 U.S.C.A. Sect 2* and violated the Industrial and Economic espionage act by being able to illegally take control of the trade secrets of James McLean by:

1,  limiting the distribution of the documentation describing the trade secret

2.  limiting the number of companies having access to the trade secret

20

3.  by controlling James McLean employment all throughout his career to cause tortious  interference with his employers

4.  instilling fear in the employers of James McLean prior to hirer to keep the trade secret confidential

5. placed limitations on where the trade secrets could be used by the employer in order to share the trade secrets with foreign governments.

_See cases for violations of Sherman Act and Industrial and Economic Espionage Act -United States of America V Hanjuan Jin,  United States V. E.I. Dupont de Nemours & CO., United States V Grinnell Corp, United States V American Airlines, Inc., C.E. Services, Inc. V Control Data Corporation ,and SCM Corporation V Railings Corporation._


_The Leahy-Smith America Invents Act (AIA)_ "first-inventor-to-file" provision is unconstitutional when theft of invention is combined with racketeering and espionage activities.  The U.S. Congress participated in racketeering activities to aid the U.S. Attorney General to stop Vicki McLean claim of her husband's invention when the US Congress passed the _AIA act on Sept. 6, 2011, 35 U.S.C.292._  The AIA act violates the intellectual property clause of the U.S. Patent Act. Before the AIA act was issued under the Obama administration, the United

21

States patent law gave priority to the first to invent. The named inventor must have invented the invention independently and not derived the idea from another to protect against theft of an invention. *See Madstad Engineering, Inc. and Mark Stadnyk V United States Patent and Trademark Office.*

Additional racketeering activities to aid the U.S. Attorney General to stop Vicki McLean's rights was the dissolving of the U.S. Dept. of Minerals Management the recorder of well designs since 1982 on 10/1/2011 to intentionally change again the way well designs are recorded  making it even harder to get to the archives of the well designs of James McLean. The excuse to dissolve the U.S. Dept. of Minerals Management was linked to the intentional racketeering activities causing the BP oil spill in the Gulf of Mexico since British Petroleum purchased Atlantic Richfield Corporation in 2000.

In Vicki McLean's Houston Federal case 4:14-CV-365 in motion filed on 6/6/2014, Vicki McLean added the U.S. Patent and Trademark Office as a defendant after adding all patent research of the patents of ParaMagnetic Logging, Inc. on 6/6/2014 that revealed total lack of internal controls within the U.S. Patent and Trademark Office easily allowing the theft of inventions from the first inventor

22

who applied the invention to practice in commerce. The U.S. Patent and

Trademark Office had very weak to no internal controls to stop the re-patenting of

the same ideas. Vicki McLean contends there is a high probability that the Federal

patent case of *Preston V Marathon Oil Company and Thomas Smith* linked to U.

S. Patent 6,959,764 and 7,207,385 which reveals the invention designs logged in

the case to be an illegal re-patenting of James McLean's invention patented by

ParaMagnetic Logging, Inc. from 1986-1997 in a series of 10 patents.. There is a

high probability that James McLean designed a well for Marathon in 1993 while

working for Triton Engineering Services, Inc. right prior to designing wells for

Petrobras offshore Venezuela and Brazil. See *Preston VS Marathon Oil Company*

*and Thomas Smith.* There is enough code language in the filing containing names

Smith, Preston, and Marathon Oil Company plus of the numbers 13 (means lie)

and 26 (the creator) that the case was filed too notify Marathon Oil not to expose

James McLean consultant work done for Marathon Oil through Triton Engineering

Services, Inc. This is why the U.S. federal government by extortion forced Noble

Drilling the owner of Triton Engineering Services, Inc. in 2000 to dissolve the

engineering division in order to justify losing all of James McLean's well designs

and work history.

Vicki McLean claims it was the U.S. federal government that stole the invention of James McLean and under racketeering activities coerced ParaMagnetic Logging, Inc. and Atlantic Richfield Corporation to falsify patents of James McLean's invention and then sell the patent rights to British Petroleum, Inc. All damages due to loss revenue from use of James McLean's invention by the U.S. government and foreign governments along with use by companies inside and outside the United States can be accrued to the United States government who was in total control of the invention of James McLean. *See Samy Gharb V United States*

The illegal patenting by ParaMagnetic Logging, Inc. began after James McLean was hired by Triton Engineering Services, Inc. in Texas. *Under Texas Law for tortious interference with contract (V.T.C.A. Civil Practice and Remedies Code Sect 41.001, 41.003).* The United States government would be liable for the damages and injury caused to James McLean due to interfering with all his employment contracts during his lifetime which ended by a medical murder in Texas.

The U.S. federal government not giving consideration to James McLean for the invention in the United States and passing it to foreign governments secretly hiding

24

and controlling the technology along with the government's involvement in the racketeering and conspiracy actions to murder James McLean and to continue to retaliate against the heirs of James McLean to hide the murder is not only a violation of the _RICO ACT and the Sherman Anti-Trust Act_ but also _violates the Tariff Act of 1930 § 337 and 19 U.S.C. § 1337._ James McLean's computerized technology that designs well designs more efficiently and accurately to decrease costs and ensure ability to recover oil, gas, and other minerals from the earth gave foreign companies and foreign governments allowed to illegally use the technology an unfair advantage over the United States oil companies. This illegal unfair advantage gives the U.S. Trade Commission the right to bar all imports of oil, gas, and other minerals like Uranium into the United States supported by _Tiarui Group Company Limited LLC V International Trade Commission._

The U.S. government ability to prosecute all hospitals and all doctors at any time due to the allowed illegal Medicare and Medicaid billing system gave the U.S. government the power to accomplish the medical murder of James McLean. Further support as to the importance of why the murder of James McLean was necessary and massive retaliations against his widow to stop Vicki McLean's claims to the invention is the _published document by the U.S. Dept. of Justice in March, 2013 called REPORTING INTELLECTUAL PROPERTY CRIME: A Guide_

25

*for Victims of Copyright Infringement, Trademark Counterfeiting, and Trade Secret Theft from page 6 under "Why Should You Report Intellectual Property Crime?"* This published document deems the inventor being the best means to contest a falsified patent and reason why the crime should be reported as soon as recognized. Vicki McLean contends this is exactly why the U.S. Federal government officials in racketeering actions medically murdered the inventor James McLean using the HAARP mind control system and altered all the documents of Vicki McLean's federal case not allowing the Office of the U.S. Attorney or the federal judges to acknowledge all cases resulted due to the stolen intellectual property of James McLean and his murder. Vicki McLean contends that the U.S. HAARP system locally is easily hacked by satellites allowed by the U.S. Dept. of Defense to orchestrate murders, shootings, auto accidents, plane accidents, and program an individual for diseases, and much more. Due to the power of the U.S. government in control of NASA and the International Space Station that maintains all satellites no owner of the land that house a HAARP mind control bunker dare challenge the hacking of their HAARP system allowed by the U.S. Dept. of Defense the controllers of HAARP. The daily attacks across the USA orchestrated by satellites hacking the local HAARP system is the reason why Vicki McLean, her family members, agents, friends, and witnesses cannot acquire protection from local law enforcement.

**Issue 10**

After President John Kennedy was assassinated the U.S. Congress assigned to investigate under the Warren Commission dragged its' feet intentionally until U.S. Attorney General Robert Kennedy was out of office so he could not bring charges in regards to the Head of CIA, Head of FBI, and Joint Chiefs of Staff obstructing justice in regards to the investigation of John F. Kennedy Assassination. U.S. House of Representative Gerald Ford was appointed by President Johnson to the Warren Commission. Gerald Ford secretly advised the FBI regarding the content of the Warren Commission's daily deliberations with the head of the FBI, J. Edgar Hoover agreeing not to expose Gerald Ford for illegally passing information discovered in the Warren Commission to the FBI. The details of the Warren Commissions discovered daily passed by, HAARP and Gerald Ford to Head of FBI and CIA illegally allowed the timely retaliations against witnesses previously interviewed by other agencies to intentionally alter the investigations of the FBI to falsely conclude their was only one lone shooter, Lee Oswald.

The delay of the Warren Commission findings until U.S. Attorney General Robert Kennedy left office  along with the murder of radiation research Doctor Mary Sherman in New Orleans in 1964 followed by the assassination of Robert Kennedy

in 1968 prior to the *Clay Shaw trial* gives indications of enormous racketeering activities involving top level governmental officials of the CIA, U.S. Dept. of Defense, FBI, U.S. Attorney General, and President Johnson linked to keeping hid all espionage activities linked to NASA mind control and weather modification system. The murder of radiation research Dr. Mary Sherman was an obvious threat to all radiologists especially in New Orleans that had detected the NASA microchips in the frontal lobe of U.S. citizen when reading their images of their brain. Today the images taken by Dentists are also capable of exposing the small microchip in the frontal lobe. The big to do about a dentist shooting a lion in Africa is likely to threaten all dentists and assistants who take the images.


So why did not the U.S. Attorney Generals Katzenback, Clark, Mitchell, Kleindienst, Richardson, Bork, and Saxbe not bring charges against top governmental officials of the FBI, CIA, and the Joint Chiefs of Staff for obstructing justice in the investigation of assassination of President John F. Kennedy and Robert Kennedy after the Warren Commission and the trial of Clay Shaw by  Jim Garrison the DA of Orleans Parish were completed? From Sept. 1964 through Jan. 1975 the United States government had 6 different U.S. Attorney General in 10 years to aid to cover up all the racketeering activities of the top governmental officials linked to espionage activities of the NASA/HAARP

28

mind control and weather modification system. George Bush, Jr. had three

different U.S. Attorney Generals to aid to cover up all the racketeering activities

linked to the HAARP mind control and weather modification system. Surely when

an attorney is appointed to the position of the U.S. Attorney General it is

reasonable to expect that all have followed all the issues in news that would have

caused conflicts for the U.S. Attorney General, Joint Chiefs of Staff, and the Heads

of CIA and FBI.


The U.S. Attorney General over the years have had no problem of accusing top

governmental officials of extortion, racketeering, bribery, mail fraud, and tax

evasion when it aids to cover up all the espionage activities linked to the

NASA/HAARP mind control and weather modification weapon. Surely former

Governor Edward Edwin being a 4 term governor of Louisiana was a huge liability

to the NASA/HAARP mind control system and the Joint Chiefs of Staff.  The U.S.

Attorney Office under Janet Reno started the proceeding against Edwin Edwards

but was not finished until after the bombing of the World Trade Towers on

9/11/2001 under U.S. Attorney General John Ashcroft. _United States of America V_

_Edwin Edwards, ET AL_

29

The Maryland Attorney General had no problem participating in racketeering and conspiracy activities to aid the U.S. Attorney General Richardson to remove Vice President Spiro Agnew as Vice President of the United States in Oct. 1973. The U.S. Attorney General Richardson gave Agnew 3 years of probation with only a $10,000 fine if he agreed to plead no contest and resign as Vice President. The U.S. Attorney General Elliot Richardson took office on May 25, 1973 and left office just 10 days after he took out Vice President Spiro Agnew so not to participate in the take out of U.S. President Richard Nixon.

The United States case against Vice President Spiro Agnew *United States V Agnew* was a plea bargain intentionally hiding the truth and the facts as stated by Spiro Agnew. Spiro Agnew's Maryland state case held much later in 1982 against the State of Maryland reveals Spiro Agnew side of the story. Agnew clearly claimed he was framed. The case record of *Agnew V. State of Maryland, ET AL, (No. 903 Sept. term, 1983 Court of Special Appeals of Maryland Decided June 1, 1982)* from Justia U.S. Law which includes testimony of Agnew and of the Assistant United States Attorney Russell T. Baker, was added to supplement the record as *Exhibit 1919*.

I. H. Hammerman who was likely used by the U.S. Attorney General to prosecute Agnew to resign was found guilty of charges in the U.S. District Court but was

reversed in the Fourth Circuit Court of Appeals on Oct. 29, 1975 after Agnew, Nixon, and U.S. Attorney General Richardson resigned. The record was supplemented with *Exhibit 2020 - United States of America V I.H. Hammerman, II.* Exhibits 1919 and Exhibit 2020 make it reasonable to believe Vice President Spiro Agnew was framed in order to remove him from office and put in the U.S. Joint Chiefs of Staff best of buddy (BOB) U.S. Rep. Gerald Ford.

The resignation of President Richard Nixon after being investigated by the Senate judiciary committee surely indicates there was adequate amount of evidence to bring charges against President Richard Nixon. The lack of prosecution of Nixon by the U.S. Attorney General office combined with the framing of Spiro Agnew clearly indicates Nixon's removal from the office of Presidency during the time the U.S. Congress passed the *Congressional Budget and Impoundment Act of 1974* was the reason for the attacks on Agnew and Nixon. The Congressional Budget Act of 1974 was not signed by Nixon who likely would not have signed it. Gerald Ford knew that the Budget Act of 1974 was to assist in money laundering as much as a trillion dollars a year to the U.S. Dept. of Defense for espionage activities so he knew not to sign it. As the result of no president signing the Congressional

Budget Act of 1974 the U.S. Congress had no authority to authorize any U.S. Budget and likely still does not have the authority.

Clearly the Office of the Presidency and U.S. Attorney General has been used for racketeering activities to aid the Joint Chiefs of Staff to continue to hide all their espionage activities. When it is to their advantage the U.S. Attorney General Office has no problem charging top U.S. Officials with extortion and bribery which is violations of the RICO ACT. Vicki McLean contends that the U.S. Congress, U.S. Attorney General Office, Head of CIA and Head of FBI have in the past gone to great lengths to protect the NASA/HAARP mind control and weather modification system by participating in racketeering activities. Vicki McLean contends it is more than reasonable to believe today that the Office of the U.S. President, Office of the U.S. Attorney General, and the Joint Chiefs of Staff have been behind all the racketeering activities to steal James McLean intellectual property, murder James McLean, and then physically and financially retaliate against all the heirs of James McLean to protect the HAARP system and stolen U.S. funds to fund all espionage activities of the U.S. Dept. of Defense.

**Issues 1, 2, and 9**

When public officials and their agencies have a direct financial stake in the outcome of their actions, courts must subject such actions to even closer scrutiny than is done now. Impartiality is one of the primary principles by the Due Process Clause of the U.S. Constitution. This clause guarantees the right to an impartial tribunal in criminal and civil cases. In *Tumey V Ohio* the Supreme Court held that an impermissible bias exists when the fact finder has a financial interest in the outcome. The Supreme Court has also held that the Due Process Clause under the Fifth Amendment and Fourteenth Amendment could be violated even if an official does not receive a direct benefit from a particular scheme, so long as his department or agency could. In Vicki McLean case 2:15-CV-08 the Office of the U.S. Attorney and all federal judges belong to agencies that were named as defendants in this case as the U.S. Department of Justice and U.S. Federal Court System.

At the time of filing, Vicki McLean plaintiff and pro se filer requested a trial by jury on the civil cover sheet and within the body of the original filing due to continual violations of her rights to due process by all previous federal, state, and local judges. Vicki McLean contends there are numerous genuine issues of

material facts. Vicki McLean contends there is sufficient evidence favoring the

plaintiff enabling a jury to return a verdict in favor of Vicki McLean. All motions

and orders of the U.S. Attorney Office and Federal Judge Vance like all previous

cases continue to hide the factual evidence that caused Vicki McLean's illegal

arrests and illegal psychiatric commitments in the case which is the theft of James

McLean's intellectual property and his medical murder along with Vicki McLean

being a federal whistleblower who filed false claim cases addressing an illegal

billing system allowed by the Medicare and Medicaid contract payers money

laundering massive amounts of U.S. funds. The government officials linked to

Vicki McLean's federal cases continually hiding these facts indicates racketeering

and conspiracy actions carried out by agents of the U.S. Dept. of Justice and U.S.

Federal Court system. The only other logical reasoning for not mentioning these

dominate issues in the case is the alterations and deletion of files. The Office of the

U.S. Attorney and Federal Judges never allowing a meeting with Vicki McLean in

person or by phone gives more reasons to support racketeering and conspiracy

actions of the Office of the U.S. Attorney under the authority of the U.S. Attorney

General and all federal judges assigned to Vicki McLean's federal cases. See

*Caperton V A.T. Massey Coal Co., Inc.*

When a plaintiff request a trial by jury at time of filing the judge's function is not

himself to weigh the evidence and determine the truth of the matter but to

34

determine there is a genuine issue for trial by jury and a fair minded jury could return a verdict for the plaintiff on the evidence presented. *Anderson, ET Al v Liberty Lobby, Inc.*

## Issues 5, 6, 7, and 8

Plaintiff Vicki McLean has shown through evidence that the conduct of the governmental officials were intended to injure James and Vicki McLean and family members. The government's conduct was unjustifiable and so outrageous, that it is shocking and deemed conspiracy and racketeering activities violating Vicki McLean due process rights. **See White V Smith ET. AL**

Vicki McLean contends after her false claim Attorney Constance Singleton was stabbed she has been unable to retain counsel due to racketeering and conspiracy actions prohibiting all attorneys to assist Vicki McLean to pursue justice for the theft of her husband's intellectual property and wrongful death of her husband, for the numerous physical and financial assaults she has suffered, for the numerous violations of her constitutional rights, for the illegal removal of her registered nurse licenses, for the fraud on contracts for services and goods, etc. This denial of representation by a licensed attorney due to racketeering and conspiracy actions lead by the federal government has aided the federal government greatly in disallowing Vicki McLean's federal cases to be heard. In *Goldberg v Kelly* the

Court held that an agency must permit a welfare recipient who has been denied

benefits to be represented by and assisted by counsel. Vicki McLean claims that

the U.S. government has denied Vicki McLean her right to the benefits of James

McLean intellectual property and her registered nurse license so she has the right

to be represented by and assisted by counsel. Vicki McLean has been denied this

right to counsel due to racketeering and conspiracy actions of the U. S. Federal

government not willing to expose the HAARP system that has illegally taken

James McLean's intellectual property. Vicki McLean's denial of counsel due to

racketeering activities of the U.S. Federal government denies a federal judge's

right to dismiss this case based on violations of procedural rules.


A federal court cannot dismiss a complaint unless it is clear that no relief could be

granted under any set of facts that could be proved consistent with allegations. *Fed*

*Rules Civ Proc Rule 8(a)(2). 28 U.S.C.* The issues whether qualified immunity

applies cannot be resolved without first deciding the scope of the constitutional

rights at stake especially when other U.S. laws are being claimed as violated.

Extraordinary circumstances in this case involving U.S. government officials

committing racketeering and conspiracy actions to illegally conceal facts vital to

Vicki McLean's federal and state cases to illegally stop all federal cases of Vicki

McLean bars any federal judge claiming due to time limitations this case cannot be

36

heard by the court and also   disallows the U.S. government claim to sovereign immunity. _See United States V Kwai Fun WONG_  Parties whose rights are to be affected are entitled to be heard. _See Matthews V Eldridge and Baldwin V Hale._

As a documented federal whistleblower, plaintiff Vicki McLean had the right to be protected by the U.S. Department of Justice. Vicki McLean contends this case is not just violations of the RICO Act but also violations of civil rights with conspiracy to violate ones civil rights to due process _42 U.S.C. 1981, 1983-1988_ with color of law violations by governmental officials participating in false arrests and malicious prosecution violating rights to due process under     _18 U.S.C. 241, 4004, 1031, 1014, 1956 along with violations of the Federal Whistleblower Protection Act 41 U.S.C. 4704-4705._

A false arrest is a due process violation, as it bypasses the necessity of probable cause or a warrant and often leads to malicious prosecution that occurred 5 times to Vicki McLean after she became a federal whistleblower with the U.S. Dept. of Labor, Texas Department of Health and Human Services, Texas Board of Nurses, Office of Council for Medicare, and U.S. Office of Inspector General by May, 2005. _See Exhibit B_

Vicki McLean contends that the U.S. federal government along with all state governments had the greatest motive to conspire to violate Vicki McLean's civil

37

rights to due process due to Vicki McLean being a credible witness to the stolen

intellectual property of James McLean by the federal government and his

subsequent murder and having discovered an illegal billing system allowed by all

Medicare/Medicaid contract payers for all hospitals especially hospitals operated

by Vicki McLean's employer Select Medical Corporation and their associated host

hospitals violating the Medicare/ Medicaid guidelines for admissions and billing.

The recent Federal Case filed in the _U.S. District Court of Southern District of_

_Texas, Brownsville Division under Judge Andrew Hanen 1:14-254 State of Texas,_

_ET AL vs USA, US Department of Homeland Security, ET AL_ proves that the

United States Government and its' numerous agencies can be sued for violating the

constitutional rights of United States citizens.  26 States have sued the federal

government as the USA and agencies like the U.S. Dept. of Homeland Security for

violations of constitutional rights of their residents.

Even illegal immigrants sue the U.S. Attorney General by name for violations of

due process like _Deloso v. U.S. Attorney John Ashcroft_ for not granting them

asylum in the United States. Surely if an illegal immigrant can sue the U.S.

Attorney General for violating his rights to due process in America then an

American citizen does not need permission by the USA to sue any governmental official for violations of due process.

Vicki McLean's rights to due process and rights to an impartial tribunal through conspiracy actions of the U.S. Dept. of Justice and U.S. Federal Court System clearly has been showed to have been violated through the many exhibits filed in this case on Jan. 26, 2015 through June 30, 2015 addressing the "RICO STANDING ORDER" filed by the U.S. District Clerk, William Blevins (not signed or ordered by Judge Vance another reason to suspect Vance's signatures as forgeries) on Jan. 6, 2015. The U.S. Attorney Office claims U.S. federal judges are immune from being sued in regards to violating one's constitutional rights to due process. Vicki McLean plaintiff and Pro Se filer contends that a U.S. federal Judge can be sued under the RICO ACT and conspiracy to violate constitutional rights under Fifth Amendment Due Process Clause when a plaintiff is able to show that a federal judge's behavior was outrageous violating plaintiff's rights to due process and was in racketeering activities with other agents of the U.S. government and state governments who used their positions of authority to money launder the United States citizens' funds along with hiding the theft of intellectual property of James McLean and his murder.

Civil rights – Due Process-  Actions for civil conspiracy based on section 1983- In

an action for damages based on sections 1983 and 1985 of the civil rights act is

justified by plaintiff Vicki McLean. Vicki McLean alleges in all 5 false arrests that

county and parish police officers, pursuant to a conspiracy lead by the U.S. and

state government leaders in conspiracy and racketeering activities forcibly took

plaintiff to a mental hospital 5 times and confined her for a

period of 4 to 120 days and drugged her against her will in willful violation of state

court order requiring plaintiff be brought before the court of sanity hearings.

Plaintiff also alleged a false return of citation to the court by officers and

intentional suppression of facts by the officers and examining physicians regarding

plaintiff's illegal detention. Plaintiff contends these numerous color of state law

violations and stated other allegations states a cause of action for civil conspiracy

to obstruct the due course of justice in violation of section 1985(3) and to deprive

plaintiff under of color of state law of rights, privileges, and immunities secured by

the Constitution and laws in violation of section 1983. The _U.S. District Court for_

_Hoffman V Halden_ dismissed the action for failure to state a cause of action. On

appeal, held, reversed, Sect 1983 will support a cause of action against all

members of a conspiracy for acts in furtherance of the conspiracy and which under

color of state law deprived the plaintiff of due process of law. _Hoffman V Halden_

Procedural due process limits the exercise of power by State and Federal

40

governments by requiring that they follow certain procedures in criminal and civil matters.

The phrase "procedural due process" refers to aspects of the Due Process Clause that apply to the procedure of arresting and trying persons who have been accused of crimes and to any other government action that deprives an individual of life, liberty, or property. Procedural due process limits the exercise of power by the state and federal governments by requiring that they follow certain procedures in criminal and civil matters. In cases where an individual claims a violation of due process rights, courts must determine whether a citizen is being deprived of "life, liberty, or property," and what procedural protections are "due" to that individual. Procedural due process also protects individuals from governmental actions in the civil, as opposed to criminal, sphere. These protections have been extended to include not only land and personal property, but also entitlements, including government-provided benefits, licenses and positions.

Remember Vicki McLean over a period of 14 years was **never** brought before a federal, state, or local judge violating procedure due process clause rules in all 5 illegal arrests followed by 5 illegal involuntary psychiatric commitments. Vicki McLean was stripped of her registered nurse license in the State of Texas on

March 5, 2008 based on a false arrest and false psychiatric commitment by Jefferson parish and East Jefferson General Hospital owned by Jefferson Parish who was in 2005 the host hospital for Select Specialty of Jefferson owned by Select Medical Corporation sitting inside East Jefferson General Hospital. In the Spring of 2005 in correspondence to governmental officials Vicki McLean reported the fraud of Select Medical Corporations and associated host hospitals. Vicki McLean highly recommended auditing Select Specialty of Jefferson and Select Specialty of Spring Branch who had been in operation since 1996. Vicki McLean was denied access to federal court judges to deprive her of her right to James McLean's intellectual property.


Arbitrary Government Action

In 2002, the Court found that arbitrary actions by a trial judge in a murder case violated the due process rights of the defendant *Lee v. Kemna*. The high court held that the judge's arbitrary actions violated the defendant's due process rights, and it vacated the defendant's conviction. Vicki McLean claims the federal judges arbitrary actions that did not allow the standard pre-trail hearing especially for cases requesting a trial by jury like case 2:15-CV-8 prior to addressing a motion to

42

dismiss by the U.S. Attorney Office were violations of plaintiff's right to due process clause of the Fifth Amendment.


Beginning in the 1920's the U.S. courts began to apply the Bill of Rights to the states through the incorporation of those rights into the Due Process Clause of the Fourteenth Amendment.  In *Gitlow v. New York,* the Court ruled that the liberty guarantee of the *Fourteenth Amendment's Due Process Clause* protects the First Amendment free speech and from state action.  In *Near v. Minnesota* the Court found that freedom of the press was also protected from state actions by the Due Process Clause, and it ruled the same with regard to freedom of religion in *Cantwell v. Connecticut.* In Exhibit D - Dr. Terry Creel immediately falsely committed Vicki McLean on 8/4/2005 to the East Jefferson General Hospital psychiatric ward after Vicki McLean answered only two questions by him being the only hospital staff that questioned Vicki McLean directly. Vicki McLean a well-known Christian to family members and friends answered only "Yes" to Dr. Creel's question if God spoke to Vicki McLean. Dr. Terry Creel intentionally violated Vicki McLean's freedom of religion and freedom to express her faith when the answer "Yes" by Vicki McLean was Dr. Creel's basis for saying Vicki McLean was hallucinating. The family members being Georgia and Scott Fanning present with Vicki McLean during the illegal psychiatric admission stated Vicki

McLean was not hallucinating and stated Vicki McLean was not suicidal, not a threat to herself or others, and not gravely disable. Statements from Vicki McLean's siblings, Georgia and Scott Fanning (Exhibit D) present at time of illegal psychiatric exams in the Emergency room of East Jefferson General Hospital clearly contradict Dr. Terry Creel diagnosis and following physicians that participated in conspiracy and racketeering activities to hide the illegal billing system all hospital staff doctors are linked to aiding. Vicki McLean was illegally committed to East Jefferson General Hospital psychiatric ward for 10 days **never** being brought before a judge violating the *Due Process Clause of the Fourteenth Amendment.*

During the twentieth century most of the provisions of the Bill of Rights were incorporated by the Due Process Clause of the Fourteenth Amendment, thereby protecting individuals from arbitrary actions by state as well as federal governments. Police officers and other law enforcement officials like U.S. attorneys, U.S. Judges, State District Attorneys and State judges are entrusted with tremendous power and authority to keep peace and protect citizens from harm. When an individual law enforcement officer abuses one's power to arrest and detain a citizen without probable cause out of malice or support of false allegations the victim has a right to seek redress for a civil rights violation. Violations of civil

44

process violating the Due Process Clause of the Fifth Amendment in the U.S. Federal Court system by actions of the U.S. District Clerk Office, U.S. Attorney Office and U.S. Federal judges disallowing an individual to seek redress for civil rights violations in court linked to the **False Claim Act** gives greater just cause to claim violations of the RICO ACT and conspiracy to violate civil rights by governmental officials that are agents of the U.S. Dept. of Justice and U.S. Federal Court System opening the door for criminal charges against each U.S. Dept. of Justice official and each U.S. Federal Court System agent involved in the conspiracy for disallowing an individual right to seek redress for civil rights violations and other violations of U.S. laws. The fact that no federal judge or Assistant U.S. Attorney in all federal cases of Vicki McLean ever mentions that all cases resulted due to the stolen intellectual property of James McLean and his murder with the discovery of an illegal billing system used by all Medicare and Medicaid contract payers to money launder the U.S. Medicare and Medicaid funds gives great reason to suspect alterations of the entire file records of Vicki McLean federal cases or racketeering and conspiracy actions to conceal the facts in the case.

45

The other U.S. laws that provides Vicki McLean even greater rights to protection and claims to civil rights violations:

1. *False Claims Act – 31 U.S.C. 3729-3733*

Where the wrongdoing involves conduct that cheats the U.S. Government or causes the wrongful expenditure of U.S Government funds, a <u>whistleblower</u> may be entitled to bring suit under the Federal *False Claims Act*. Where the conduct cheats state or city governments out of money or deprives them of the products and services that they contracted to buy, the whistleblower may have a right of action under state or municipal false claims acts. There are twenty-nine states that have enacted false claims acts and at least two municipalities, New York and Chicago, have false claims laws.

A false claims statute allows the whistleblower to bring the suit in the name of the government, even where the whistleblower is not personally injured. Where the suit is successful, the whistleblower is entitled to a bounty, which can range from between fifteen-thirty percent of what is ultimately recovered for the Government.

Where the whistleblower is retaliated against for his/her investigation or efforts to disclose the wrongdoing, false claims statutes also provide legal redress for the whistleblower to bring suit against the entity or person that engaged in retaliation.

Sometimes these provisions allow for the whistleblower to recover as much as two times his/her damages plus his/her attorneys' fees.

2. *OCCUPATIONAL SAFETY & HEALTH ACT OF 1970*

Occupational Safety and Health (OSH) Act of 1970 created the Occupational Safety and Health Administration (OSHA) within the Department of Labor in order to reduce workplace hazards and implement safety and health programs. The federal agency, OSHA, sets and enforces workplace safety standards. The act prohibits an employer from discharging or discriminating against any employee who has exercised a right, made a complaint, or participated in an investigation or proceeding under or related to the act and establishes a procedure for relief.*(29 U.S.C. § 660 (c); 29 C.F.R. § 1904.36, 1977.3-. 4)*

3. *HEALTH INSURANCE PORTABILITY & ACCOUNTABILITY ACT*

*Health Insurance Portability and Accountability Act of 1996 (HIPAA)* directed the United States Department of Health and Human Services to establish standards for the privacy and security of protected health information, among other things. In addition to protecting individuals who exercised a right under the act, HIPAA prohibits all covered entities, including hospitals, from engaging in intimidating or retaliatory acts against any individual who refused to violate HIPAA or who has

filed a complaint, participated in an investigation, compliance review, proceeding, or hearing under *HIPAA. (45 C.F.R. § 164.530 (g)).*

4. ## PATIENT SAFETY & QUALITY IMPROVEMENT ACT OF 2005

*The Patient Safety & Quality Improvement Act of 2005* establishes confidential reporting structure in which health care professionals and entities can voluntarily report information on errors in order to facilitate data analysis and encourage the development of patient safety improvements strategies.

*Whistleblower Protection – The bill clearly prohibits any adverse employment action against any individual that in good faith reported information. (42 U.S.C. § 299 et seq.)*

5. ## CIVIL RIGHTS ACT OF 1991

*Civil Rights Act of 1991 amended the Civil Rights act of 1964* to strengthen and improve federal civil rights laws by providing for damages and clarifying provisions, among other things. The act prohibits employers from retaliating or discriminating against any individual who utilizes the protections of the act or who has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the act. *(42 U.S.C. § 2000e-3a).*

48

*6.* *FAIR LABOR STANDARDS ACT*

Fair Labor Standards Act establishes minimum standards for fair pay and hours for employees and applies to most employers in the country, including all Iowa hospitals. The act also prohibits employers from discharging or discriminating in any manner against any employee that has filed a complaint or participated in any investigation or proceeding under the act. *(29 U.S.C. § 215(a)(3).*

*J.* *MEDICARE CONDITIONS OF PARTICIPATION*

Vicki McLean when employed by Select Specialty of Conroe reported the violations first to the Compliance Officer for Select Medical Corporation and the Lead Counsel Michael Tarver. The requirements for the Quality Assurance Nurse for Select Specialty of Conroe, Sandra Stephens who had years of experience as a quality assurance is clearly explained below and is why Vicki McLean filed an official complaint on Sandra Stephens, RN license with the Texas Board of Nurses with Kim Williamson by 8/2004. This selection clearly explains why Select Medical Corporation in racketeering action with Health Corporation of America, Inc. had Sandra Stephens and CEO Vivian Bond of Select Specialty of Conroe asked Vicki McLean to consider taking the Quality Assurance position fully knowing that Vicki McLean was a RN and held her CPA certificate with audit experience in Louisiana but had no experience or training in Quality Assurance.

**49**

The goal of the racketeering activity was to set up the criteria to accuse Vicki

McLean of a felony for being the Quality Assurance and fully knowing the hospital

did not have enough physical therapists on staff daily to do the required physical

therapy each day in violation of Medicare guidelines and billing for long term

acute care hospitals. This back fired on the racketeering plan when Vicki McLean

insisted on time to check out the requirements of the job before taking the position.

Vicki McLean wrote a memo to the Vivian Bond, CEO about numerous incidents

and other items occurring at Select Specialty of Conroe that Vicki McLean felt

Medicare would not like during the time Vicki McLean was considering the job.

The memo is contained in the *Select Report Exhibit C*. Vicki McLean contends

immediately on Tuesday after the Friday she gave the memo to Vivian Bond, CEO

retaliations against Vicki McLean by Vivian Bond and Sandra Stephens began

with then requesting Vicki McLean's resignation with the head of the Human

Resources division in Dallas, Marsh Royal on July 15, 2004. This was followed by

retaliations against Vicki McLean by Cleveland Regional Medical Center and the

Texas Board of Nurses stripping Vicki McLean of her registered nurse license

based on false statements and malicious persecution and violations of due process

clause on March 5, 2008 administrative hearing. During the hearing Vicki McLean

defending herself testified that she was a federal whistleblower who hired Attorney

Constance Singleton to file the false claim case who was stabbed 6 times on 12-22-

2006 that resulted in Vicki McLean having an active False Claim Case filed in

federal court in New Orleans filed in Dec., 2007. The Texas Board of Nurses

placed into evidence the audit results of Select Specialty of Conroe done by the

Texas Department of Health and Human Services by Georgia Gibbs in Dec. 2004

labeling Vicki McLean as the complainant. *See Exhibit B and C*

Medicare Conditions of Participation (COPs) apply to any medical provider that

signs a provider agreement to treat patients and receive reimbursement from

Medicare Program. Although the COPs do not explicitly provide whistleblower

protections, the regulations do require each provider as a condition of

their participation to meet the requirements of the Civil Rights Act, the

Rehabilitation Act of 1973, and the Age Discrimination Act of 1975. All three of

those Acts do contain explicit whistleblower protections. *(42 C.F.R. § 489.10)*

The provider agreement defines the care initiatives' expectations for employee,

contractors and agents listed below. This explains why the racketeering activity

fully knowledgeable of Select Medical Corporation violations of numerous

Medicare guidelines for Long Term Acute Care facilities sitting inside acute care

hospitals were extremely eager in May, 2004 to have Vicki McLean take the Select

Specialty of Conroe Quality Assurance position in order to easily accuse Vicki

McLean of violations of the Medicare Conditions of Participation. Sandra Stephens

was promoted to CEO of Select Specialty of Conroe in 2007 as Vicki McLean

continued to pursue the reporting of the violations of all Select Specialty Hospitals

of Select Medical Corporation when Sandra Stephens was the quality assurance

nurse. One does not need a registered nurse license to be employed as the CEO of

Select Specialty of Conroe.

## CARE INITIATIVES' EXPECTATIONS FOR EMPLOYEES, CONTRACTORS & AGENTS

Personal Obligation to Report

Care Initiatives is committed to compliance with all relevant laws and regulations.

Each employee, contractor and agent has an individual responsibility to report any

activity by any Care Initiatives' employee, contractor, agent or vendor that the

individual has reason to believe violates applicable laws, rules, regulations of the

compliance program. All violations or suspected violations shall be

reported immediately to the Compliance Officer with concurrent notification to the

employee's supervisor or to the Compliance Officer alone, if circumstances justify

it. Employees who, in good faith, report a possible violation will not be subjected

to retaliation. Employees who make a report that they know to be false

or misleading will be subject to appropriate disciplinary action. Each Care

Initiatives' employee who is directly or indirectly involved in providing services

52

and/or billing Medicare and Medicaid, has an individual responsibility to comply with Care Initiatives' Medicare and Medicaid policies and procedures as they apply.

*Internal Investigations of Reports*

Care Initiatives is committed to investigating all reported concerns promptly and confidentially to the extent possible. The Compliance Officer will coordinate investigations with proper department supervisors, if appropriate, and shall report any findings of a violation to the Board of Directors and Senior Executive Officers of Care Initiatives. Furthermore, proper reporting, including self-reporting, to appropriate oversight agencies shall occur if circumstances warrant. Such agencies may include Office of the Inspector General, Centers for Medicare or Medicaid (CMS), Medicare Approved Contractors (MAC) and/or State Department of Inspections & Appeals. Recommended corrective actions may accompany such reports. It is Care Initiatives' expectations that all employees shall cooperate with investigation efforts.

**Corrective Action**

When an internal investigation finds a violation, it is the policy of Care Initiatives to initiate appropriate corrective action, including, but not limited to, making prompt restitution of any overpayment amounts and implementing systemic

53

changes to prevent a similar violation from recurring in the future. Disciplinary Action Against Any Care Initiatives' employee who violates the Corporate & Facility Compliance Program policies may be subject to appropriate disciplinary action and/or retraining, to prevent recurrence of the violation. In determining the level of disciplinary action to be taken, management will consider the amount of training provided to the involved employee(s). The discipline imposed will depend on the nature, severity and frequency of the violation and may result in any of the permitted disciplinary actions as provided by law.

Under racketeering and conspiracy actions the Texas Dept. of Health and Human Services intentionally did not audit the number of patients that had been admitted from the host hospital being Conroe Regional Medical Center, HCA during the time of Vicki McLean's employment because all payments for all patients would have been disallowed and deemed an overpayment by Medicare and needed to be repaid. Under the *Patient Affordable Care Act of 2010* known as OBAMA CARE all payments made to Select Specialty Hospitals of Select Medical Corporation sitting inside host hospitals being overpayment and not qualifying for payment are still required to be paid back 100% for all patients who were covered by Medicare and Medicaid due to clearly violating the Medicare admission and billing requirements for long term acute care hospitals. The acute care hospitals being the

54

host hospitals would also be required to return the payments made for these Medicare and Medicaid patients which surely would have opened up the payments made to the host hospital when the patient was a patient of the host hospital prior to being admitted to a Select Specialty Hospital of Select Medical Corporation.

## *Internal Audit and other Monitoring*

Care Initiatives is committed to the aggressive monitoring of compliance with its policies. Much of this monitoring effort will be conducted through scheduled and unannounced internal audits of issues that may involve actual or potential violations. Internal audits and monitoring will involve direct efforts of the Compliance Officer that may or may not include delegation of duties to various corporate and facility departments such as Operations, Medicare, Finance, Human Resources and/or Quality Assurance.

## *Acknowledgment Process*

Vicki McLean was asked to sign documents in her orientation with Select Specialty of Conroe and each time she was employed by an Health Corporation of America (Known as HCA) subsidiary which was in April, 2003 and in Spring of

2005 allowing Vicki McLean to work for HCA agency nurse pool floating to 3 HCA hospitals that Vicki McLean witnessed the same massive violation of Medicare guidelines as when she worked for Memorial Herman agency nurse pool floating to several of their hospital in 2007-2008 besides other long term acute care hospitals. Vicki McLean being able to float to so many different hospitals from 2005-2008 made it blatantly obvious to her that the illegal billing system allowed by Trailblazor, Inc. the Texas Medicare contract payer was being allowed by all hospitals in the State of Texas to violate the Medicare admissions and billing guidelines.

Care Initiatives will complete appropriate training of employees and certain contractors/agents regarding company policy. Following the training, those individuals will be required to sign an acknowledgment statement confirming they have received education regarding the Corporate & Facility Compliance Program that includes written Standards of Business Conduct. Employees and certain contractors/agents will be required to sign this acknowledgment as a condition of the employment or contractor relationship. Adherence to Care Initiatives' policy and procedure and participation in related activities and training will be considered in decisions regarding hiring, promotion, evaluation and continuation of the employment or contract relationship.

## CARE INITIATIVES EDUCATION CONCERNING NON-RETALIATION POLICY

### Care Initiatives' Stance Concerning Retaliation

Care Initiatives does not tolerate retaliation by any employee(s) against another employee for good faith reports of suspected noncompliance with company policies or potential violations of the compliance program. It is the established policy of Care Initiatives that it will not retaliate against or otherwise discipline any individual simply because he or she reports suspected misconduct or noncompliance. Employee Education Concerning Retaliation in an effort to make this policy known, Care Initiatives will make it clear to all employees at the time of their initial orientation and through periodic training thereafter that it will be a violation of the Compliance Program to intimidate or impose any other form of reprisal or retaliation on any employee or agent who uses the compliance reporting mechanism for its intended purposes.

### Employee Encouragement to Communicate Policy Concerns

All personnel are encouraged to report their concerns if they believe that patient care is at risk or the ethical and business standards defined in the code have not been met. Care Initiatives is committed to fostering dialogue between management and employees. Our goal is that all employees, when seeking answers to questions

57

or reporting potential instances of fraud and abuse, should know who to turn to for a meaningful response and should be able to do so without fear of retribution.

*Compliance Officer Audit & Review of Retaliation Policy*

The Compliance Officer is charged with assuring effective policies regarding employee retaliation are established and maintained. To that end, the Compliance Officer may take those actions necessary to conduct audit and review of application of the Non-Retaliation policies for the company. Such acts may include a review of personnel records and other information periodically to ensure that those who report suspected misconduct or noncompliance are not the victims of retaliation, retribution or other improper conduct. In addition, the Compliance Officer shall have the authority to withhold names of Care Initiatives' personnel who report information. The Compliance Officer does not, however, have the authority unilaterally to extend any protection or immunity from disciplinary action or prosecution to Care Initiatives' personnel who have engaged in misconduct or noncompliance.

Select Medical Corporation extended protection to the Quality Assurance nurse Sandra Stephens who clearly knew she was reported for intentionally allowing Medicare violations of admission and billing guidelines for long term acute care hospital when Sandra Stephens was promoted to CEO and Vivian Bond, CEO was harassed out giving great reasons for Sandra Stephens to continue to lie to protect

her employer. Select Specialty of Conroe closed its' doors in June, 2008 as the result of Vicki McLean's New Orleans false claim case filing. Sect T 2:07-CV-97.

## <u>RELIEF REQUESTED</u>

Vicki McLean as primary heir of James McLean is requesting of the U.S. federal government compensation for the loss revenue due to the stolen invention of James McLean and his murder. Vicki McLean is a requesting that she be given her rights to U.S. HAARP patent 5041834 in order to have a say in how the invention is used being it illegally uses the stolen invention of James McLean and has been used to harm across the globe. Vicki McLean is also requesting compensation for all damages to herself and her heirs due to retaliations suffered due to the theft of James McLean's invention and her pursuit to expose the illegal Medicare and Medicaid illegal billing system.

Respectfully submitted,

Vicki McLean, Pro Se

P.O. Box 26783

New Orleans, LA, 70186

832-610-1059

## CERTIFICATE OF SERVICE

I, Vicki McLean certify I will hand deliver two copies of the appellant brief filed today in the United States Court of Appeals for the Fifth Circuit for case 15-30345 to the U.S. Attorney of Eastern Louisiana in New Orleans for U.S. Attorney Kenneth Polite and U.S. Attorney General Loretta Lynch at 650 Poydras Ave, Suite 1600, New Orleans, La. 70130. Vicki McLean having knowledge of no internal controls established in the U.S. Attorney Offices to prevent the theft and alteration of documents is not responsible after delivery to guarantee the original brief that she delivers is provided to U.S. Attorney Kenneth Polite and U.S. Attorney General Loretta Lynch.

Vicki McLean

61

## Certificate of Non-Compliance

Due to extraordinary circumstances of concealment of the facts from all federal cases filed by Vicki McLean this brief does not conform to the Federal Rules of Appellate Procedure. Vicki McLean the Pro Se filer is requesting the judges and the clerk suspend the rules as needed as allowed by FRAP 2 so justice can be served in this case. Vicki McLean being denied her rights to counsel has complied with to the best of her ability to conform to the Federal Rules of Appellate Procedure. Due to the details needed to explain the facts concealed and the fraud that has occurred in the U.S. Federal Court System, Vicki McLean was not able to keep the brief under 14,000 words.  Due to the stabbing of her false claim Attorney Constance Singleton violating the Hobbs Act Vicki McLean has been unable to acquire counsel due to all attorneys fearing for their lives it they would assist the widow of James Thomas McLean, Jr, Vicki Fanning McLean.

Vicki McLean

62