# Exhibit 19

**Certified letter to Greystar, Inc. USPS tracking number 7019 0700 0001 3467 8793 recording of continued harassment and retaliation of Vicki McLean by Russian Secret Police using the Lone Star College mind control system while living at The Cottages of Cypresswood 7203 Oakwood Glen Blvd. Apt. 804 Spring, Tx. 77379.**

From : Vicki Fanning McLean                     Oct. 22, 2019

42431 Evangeline Drive

Hammond, Louisiana 70403


To : Greystar, Inc.

750 Bering Drive Suite 300 Houston, Texas 77057

Mack Armstrong Director of Real Estate Services Central South

Certified mail USPS Tracking 7019 0700 0001 3467 8786

Patricia Wilson Manager of The Cottages of Cypresswood Manager

Certified mail USPS Tracking 7019 0700 0001 3467 8793


All of the following problems were reported numerous times since June 2018 which continue up through Oct. 22, 2019. The maintenance men of Cottages of Cypresswood continuing to not do the required repairs under my contract with the Cottages of Cypresswood and the roach problem that began upon move in was never properly addressed being infestation in the walls that continued to get more severe buy Aug. 2019 making it horrible to live among so many roaches coming from under the baseboards where the carpet was laid having intentionally removed the caulk between the baseboards and floor base. I spent 10 months sealing all the intentional open areas in the kitchen, bath, and laundry room since the Apple Pest Control service that only places boric acid in the cabinets was not adequate to solve the problem of roach infestation in the walls. Previous head maintenance man Raul Buenano is responsible for all the intentional holes placed in the walls and the removal of the caulk between the baseboards and floor base where the carpet was laid. All these opening were no accident they were intentional involving falsely documented Latino Maintenance men and contractors.

1

I also have reported the continual illegal entries into my apartment from the first month June, 2018 through Oct. 2019 which often involved the stealing of my belongings which often was done to pass coded messages linked to my Federal Foreign Intelligence Surveillance Court Cases filed for the U.S. Citizens with FISC Judge Martin Feldman and Federal Magistrate Daniel Knowles which were picked up and assigned to special counsel in March-April 2018 for the U.S. Citizens.

On Sept. 21, 2018 I reported to the newly hired office staff that I lock my doors every time I leave but I continued to experience constant illegal entry into my apartment which involves the stealing of my belongings and the moving of items from my belongs like kitchen knifes etc. to threaten me. Because I witness Raul Buenano and Jose never apply the air conditioning gauges to diagnose my non-working air conditioner 3 times within 40 days from Aug. 2018 to Sept. 2018 leaving me without working air conditioning for days, I know that Raul Buenano who lives at 4307 Lucas Trace Court, Houston, TX 77068 the driver of a Silver Ford Texas License Plate AKO4326 intentionally over injected my apartment air conditioner with refrigerant so not to cool and refused to fix it properly for 40 days. This was not a lack of knowledge but intentionally sabotage being a violation of my lease contract requiring these items to be fixed immediately.

Raul Buenano refused to fix many items during his time as head maintenance man. On Sept. 22, 2018 I reported the theft of my large Jewish Star necklace out of my apartment to the newly hired office staff secretary for Manager Patricia Wilson. I specifically told her that the item stolen was not the concern but the fact that I knew the theft of the Jewish Star Necklace was going to be linked to a terrorist attack on the Jewish Church. I was absolutely correct. On Oct. 27, 2018 there was a mass shooting at the Jewish Synagogue in Pittsburgh. According to Manager Patricia Wilson her office staff never reported my concerns

2

linked to the theft of my Jewish Star Necklace of Friday Sept. 21, 2018 while I was attending Jewish Services at Beth Israel Synagogue. I had left my apartment around 4:30 p.m. Due to many reasons and the timing of the resignation of Raul Buenano from employment at the Cottages of Cypresswood and the timing of the firing of his helper Jose driver of White Chev Texas License Plate CVK2069 listed to Jamie Alvarez Sanchez there is an extremely high probability that Raul Buenano and his helper Jose were responsible for most of my illegal entries and for sure the removal of my Jewish Star Necklace on Sept. 21, 2018.

For sure Raul Buenano being the head maintenance man was responsible for the renovations of my apartment prior to move in and was responsible for all the intentional opening made in the apartment to allow for roaches to come from all areas into my apartment. The Apple Pest Control was totally ineffective which I reported to Patricia Wilson the manager. I told the office it took me 10 months to seal off all the opening in the kitchen, bath, laundry room, and dining room. After doing that I rarely saw a roach. After the hiring of the current head maintenance man on Monday Aug. 6, 2019 I began to experience extensive illegal entries once again, the sabotage of my Prius removing all 5 quarts of my newly changed full synthetic oil less than a month earlier on Aug. 9, 2019, over injecting of my apartment air conditioner with refrigerant on Aug. 9, 2019, theft of my Wells Fargo gold credit card twice in 30 days during Sept. 2019 when my doors were locked while I was in my bathroom taking a bath during the day, cutting of my Prius rear passenger tire in center underneath removing all the rubber exposing the tube on Sept. 3, 2019, removal of my expensive Jewish Star Necklace from my apartment the week of Oct. 4-11, 2019, and again the removal of all 5 quarts of my Prius full synthetic oil on Oct. 16, 2019 being the night before my brother was scheduled to drive my Prius to his home in Hammond, Louisiana.

3

My automobiles being two were often illegally entered into. Tools were stolen and my cars were sabotaged 6 times from May 7, 2019 through Oct 16, 2019. Each time I reported each sabotage of my cars to Lilia Ancheta the office Secretary. Not once during my time at Cottages of Cypresswood from May 26, 2018- Oct. 22, 2019 did the hired security guard Harris Country Constable Deputy Torres interview me about my illegally entries and the sabotaging of my vehicles. What was the true motive to move Security Guard Deputy Torres to Apt. 807 near me around April, 2019 just prior to the beginning of the sabotaging of my vehicles. From Aug 8, 2019 – Sept. 11, 2019 Deputy Torres the hired security guard and driver of black Dodge Ram Texas license plate DZW2881 was only on the property 3 days. Harris Constable Deputy Torres was never on the property when my vehicles were sabotaged and over returned after I had resolved the current sabotaging of my vehicles.

On May 7, 2019 someone entered my 2012 GMC Sierra and tapered with my heavy-duty jumper cables that were stored inside a heavy-duty black container. The electrical connection was tapered with in such a way that I would have been electrocuted if I had touched the handles like required when jumping my Prius that had been illegally entered into on May 7,, 2019 to drain it's 12 volt battery requiring me to jump my Prius with my jumper cables using my diesel truck that has two batteries.

Aug. 9, 2019 someone drained al 5 quarts of the newly placed full synthetic oil out of my Prius while the Head maintenance man newly hired just 4 days earlier driver of black Ram truck Texas license plate JJC3680 and Black Chrysler Jeep Texas License Plate KKR6747 intentionally over injected my apartment air conditioner with refrigerant like Raul Buenano did 3 times from Aug to Sept. 2018. This head maintenance man only put on the low gauge which read 91 and refused to put on the high gauge required to properly diagnose an air conditioner. The low side should not have been higher than 75. The head maintenance lied to me about why he did not need to use two gauges and

4

lied to be about the problem and refused to service the unit. Then I preceded to question his citizenship and his right to be in the country fully being aware that he had a 99% chance of being falsely documented using a stolen social security number and not having the required legal U.S. Dept. of Labor work permit like Raul Buenano and Jose. His response made it obvious that I was absolutely correct that he was falsely documented. My 12 Federal Foreign Intelligence Surveillance Court Cases address all immigrants and fraudulent U.S. Citizens that are falsely documented and are using stolen social security numbers of U.S. Citizens being a violation of the Alien Registration Act of 1940 and the Espionage Act. All employers must verify a worker's social security number with the U.S. Dept. of Homeland Security since 98 million immigrants are using the stolen Social Security numbers that will not show up under routine background checks. Due to the hash function including the stolen legitimate social security number belonging to a U.S. Citizen, the immigrant's name, and the immigrant's birthdate that does not match the hash function of the U.S. Citizen that has the legal right to possess the particular social security number the stolen social security number used by an immigrant will not be exposed. The employing of immigrants using stolen social security numbers and renting to immigrants with stolen social security numbers used to illegally acquired U.S. and State housing benefits is not allowed under the U.S. Constitution and U.S. Laws by any company operating inside the United States.

It is reasonable to conclude the providing immigrants illegally with U.S. and State housing benefits is for the purpose of moving drugs among the immigrant maintenance men, immigrant contractors and visitors having easy access to the same gate code #2455 given to all residents, residents' family and friends, and all delivery services since May, 2018. This is an intentional lack of internal and external controls that I complained about

5

upon move to the acting manager of The Cottages of Cypresswood at move in.

The allowing immigrants to steal U.S. housing benefits using stolen social security numbers for the purpose of espionage activities for my defendants the Federal Reserve Shareholder puts honest Americans living in apartments like myself at great physical and financial risks. All intentional sabotage by the maintenance men of Cottages of Cypresswood was to harass me out so they and the immigrant residents could continue freely with all their espionage activities while living on the property. The intentional sabotage of my jumper cables was intentional to do extreme physical harm to me. This was reported immediately to the office secretary Lilia Ancheta driver of White Chev SUV LKX5076 who often ran to reported to apt 807 by why of leaving the office by way of the side door, traveling behind the building where the covered parking is located to apartment 807 so not to be seen on cameras. The cameras were specifically located to allow this espionage activity by the office staff of Cottages of Cypresswood and Security Guard Harris County Constable Torres and his female police officer roommate driver of Grey Ford SUV Texas License Plate KZN1787.

The relocating of Harris County Constable Torres to Apartment 807 with sharing the unit with another female police officer was to be able to secretly communicate with the office staff and Harris County Deputies in person without using a cell phone and without being seen on the surveillance cameras. This locating of Deputy Torres to Apt. 807 for these obvious reasons links Harris County to the intent to do physical and financial harm to Vicki Fanning McLean and to aid in the obvious illegally drug movement on the property between Greystar immigrant employees and immigrant residents all using stolen social security numbers. Vicki McLean noted that Harris County Deputies also resided

6

on the property of Providence of Champion owned by Nitya Capital and managed by their managing company Karya Property Management. This apartment complex also had 100% immigrant staff likely using stolen social security and contractors who participated in my illegal entries and sabotaging of my apartment and autos. Nitya Capital and Karya Property Management violations of my contract was addressed in FISC 17-12483

The continued illegal entries into my apartment continue during the time of my stay at the Cottages of Cypresswood. These illegal entries were reported continually. Most happened during the day hours when the maintenance men for the Cottages of Cypresswood were on duty. During the month of Sept. 2019 the maintenance men obvious having received a text with these detailed instructions entered my apartment twice during the day by unlocking my door with a key while I was taking my bath and removed the same Wells Fargo Yellow Credit Card from my coin purse that was inside my black fanny pack that was sitting on my sofa side table. Each time I reported the theft to Wells Fargo immediately within discovering the theft of my Wells Fargo Credit prior to leaving my apartment being 100% certain the maintenance men had entered with instructions given in a text while I was taking a bath. To rush the card in a day Wells Fargo charged me $16. This was told directly to Patricia Wilson. I also informed Patricia Wilson the manager that my expensive Jewish necklace was stolen out of my apartment while in Hammond, La. from Oct. 4-11, 2019. I also informed Patricia Wilson that I had a great deal of certainty that Raul Buenano had stolen by large Jewish Star Necklace out of my apartment on Sept. 21, 2019. Since Patricia Wilson told me all the lies that the head maintenance told her on Aug. 12, 2018 as to why he refused to fix my air conditioner and refused to fix any future apartment repairs there is great certainty the head maintenance man being falsely documented and driver of Chrysler Jeep KKR6747 was the one who entered my apartment twice in Sept. 2019 while I was taking a bath to remove my Yellow Wells Fargo Credit Card and removed my expensive Jewish Necklace from my apartment while I was

7

in Hammond, La. The maintenance men, contractors on the property, and immigrant residents feel totally protected violating the law entering my apartment and autos because they are backed by Harris County Deputy Constable Torres also likely using a stolen social security number and the Lone Star College mind control staff that mostly are also using a stolen social security number.

Lone Star College mind control system covers most of North Houston north of I-10 from Kingwood to Katy, Texas and most of Montgomery County. The Lone Star College Staff under Thiess Elementary and Klein High School likely overseas all the activity at the Cottages of Cypresswood. Lone Star College is a defendant in FISC 17-5578 linked to theft of my husband, James McLean's intellectual property used in U.S. HAARP Patent 5041834, the medical murder of James McLean, stabbing of my False Claim Espionage Attorney Constance Singleton, framing of my son Timothy McLean June, 2007, and framing of Vicki McLean on March 2, 2008-June 15, 2009 during the time Federal False Claim case 07-9717 assigned to Judge Thomas Porteous and was active. Lone Star College continues to be linked to the financial and physical attacks on Vicki, Tim, and Kim McLean from 2001 to present.

On Sept. 9, 2019 the head maintenance man intentionally over injected my apartment air conditioning unit with refrigerant around 3 pm and refused to fix it knowing the low pressure was 91 when it should be 75. He refused to put on the high pressure gauge to properly diagnose the problem. I had to get Kevin Bristow who lives in Apt 805 who specializing in home and commercial air conditioning units to release the extra refrigerant that was surely injected by the newly hired head maintenance man that had stayed completely out of my view his first 4 days of employment so I could not educate him in the extend of my Foreign Intelligence Surveillance Court cases filed for the real authentic

8

U.S. Citizen like I had done with the previous head maintenance man that replaced falsely documented Raul Buenano.

Jose Sanchez was fired within 5 days of illegal entry into both my vehicles sabotaging my heavy-duty jumper cables in my white 2012 GMC Sierra with draining my 2009 Prius battery during the May 7, 2019 flood. This was an attempt to do physical harm to me by attempting to electrocute me with my jumper cables if I had not noticed they had been tampered with prior to connecting them to my 2012 GMC Sierra Diesel that has 2 batteries and my 2009 Prius. I notified the office staff Lilia immediately who did not report it to the manager Patricia Wilson. I also notified the staff of U.S. Representative Dan Crenshaw, U.S. Representative Michael McCaul, and U.S. Senator Kennedy in New Orleans located in the Hale Boggs building that houses the U.S. District Court House and the offices of Judge Martin Feldman and Magistrate Daniel Knowles. This is likely why Lone Star College orchestrated the firing of Jose within 7 days of the sabotaging of my jumper cables.

All these intentional vehicles sabotages on the property of The Cottages of Cypresswood should have been seen on the surveillance cameras. All incidents were reported to office staff Lilia who should have reported them to the manager Patricia Wilson and immediately to the on-site security guard Harris County Constable Deputy Torres by phone. Torres has yet to interview me about all my illegal entries and the sabotaging of my vehicles.

Upon moving in on May 25, 2018 I complained about the lack of internal and external controls giving all residents and staff the same access code to the gate. The Gate code is 2455 and has yet to be changed. Anyone could be used to sabotage my vehicles being the gate code is the same for everyone. Harris County Constable Torres is obviously aiding and abetting all illegal drug movement on the grounds of the Cottages of Cypresswood.

9

Since the new maintenance has arrived on Aug. 5th, 2019 my roach problem has gotten severe. There is no doubt that the previous head maintenance man removed all the caulk from the gap between the baseboards and floor base where the carpet is laid to allow easy access for roaches roaches to my apartment since the apartments below me report not having any roaches. There are great reasons to suspect the head maintenance man who lied to manager Patricia Wilson and openly refused to comply with his employment contract and my lease contract by refusing to do my apartment repairs is responsible for most of my illegal entries into my apartment. There is a very high probability that the current head maintenance man removed my gold Wells Fargo Credit card twice in Sept. 2019 from my apartment and my expensive Jewish Necklace in Oct. 2019 to pass a coded message about the sabotaging of the Hard Rock Hotel in New Orleans on Saturday Oct. 12, 2019.

Due to the relentlessness of the Cottages of Cypresswood maintenance men, Cottages of Cypresswood Office Secretary, and the Cottages of Cypresswood Security Guard Harris County Constable Torres to do physical and financial harm to me and refused to do the needed repairs on the property, my lease contract has been violated by the Cottages of Cypresswood continually from the day that I moved into the Cottages of Cypresswood. The previous office manager and office secretary in place in Feb. 2018 were told during my application process that I was a Federal Whistleblower whose federal cases were assigned to Foreign Intelligence Surveillance Court Judge Martin Feldman. Odd that both the manager and office secretary both being Latino quit just prior to my moving in on May 26, 2018. It is apparent that the Latino Maintenance men of the Cottages of Cypresswood with Lone Star College and Harris County Constable Torres are in control and do not answer to the Manger Patricia Wilson, Greystar, Inc. Director of Real Estate Services Mack

10

Armstrong, or Greystar, Inc. Managing Director of Real Estate Service Joe Perez.

Due to continual violations of my lease contract by the Cottages of Cypresswood and Greystar, Inc. refusing to do repairs, refusing to properly address the roach infestation, refusing to address the constant illegal entry by their Latino Maintenance men, and the Security Guard Harris County Constable Torres refusing to address the sabotaging of my vehicles 6 times, and constantly illegally entries I will be officially moved out by Thursday Oct. 24, 2019. Most of the apartments in the Houston Metro Area hire falsely documented immigrants as their maintenance men and contractors and give falsely documented immigrants housing funds to aid in the movement of illegal drugs making it very unsafe for me to live in any apartment within the Houston Metro Area. I have chosen to move to Hammond, Louisiana to live with my brother Glen Fanning a member of the Estate of Louis Fanning, Sr. who is a plaintiff in several of my FISC cases filed with FISC Judge Martin Feldman. My new address is 42431 Evangeline Drive, Hammond, Louisiana 70403.

*Vicki McLean*

Vicki Fanning McLean

cc. FISC Judge Martin Feldman Sect F Case 18-3462

Federal Magistrate Judge Daniel Knowles Sect 3 Case 18-3462