# UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT
# OF THE DISTRICT OF COLUMBIA

VICKI FANNING MCLEAN
42431 EVANGELINE DRIVE
HAMMOND, LOUISIANA 70403

ESTATE OF JAMES MCLEAN
42431 EVANGELINE DRIVE
HAMMOND, LOUISIANA 70403

ESTATE OF LOUIS FANNING, SR.
42431 EVANGELINE DRIVE
HAMMOND, LOUISISANA 70403

EX REL

UNITED STATES OF AMERICA

### PLAINTIFFS

VS

RUSSIAN FEDERATION,
COUNTRY OF 1924 TO PRESENT
PROSECUTOR GENERAL
OF RUSSIA
BOLGHAYA DMITROVAKA, 15A
GSP-3, MOSCOW, 125993 RUSSIA

CIVIL ACTION: 1:19-cv-03312-CKK

PATRIOT ACT OF 2001

ESPIONAGE ACT OF 1917,1939

ALIEN REGISTRATION ACT OF 1940

TRADE EXPANSION ACT OF 1962

INTERNATIONAL IN TRAFFIC IN
ARMS REGULATION ACT OF 1976

COUNTERING RUSSIAN INFLUENCE
IN EUROPE AND EURASIA ACT OF
2017

COUNTERING AMERICA'S
ADVERSARIES THROUGH
SANCTIONS ACT OF 2017

FOREIGN INVESTMENT AND
NATIONAL SECURITY ACT OF 2007

IMMIGRATION & NATURALIZATION
ACT OF 1924, 1952

SEDITION ACT OF 1918

RACKETEER INFLUENCED AND
CORRUPT ORGANIZATION ACT OF
1970

**RECEIVED**

NOV 2 5 2019

1

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED

NOV 25 2019

VLADIMIR PUTIN, PRESIDENT
OF RUSSIAN FEDERATION
PROSECUTOR GENERAL
OF RUSSIA
BOLGHAYA DMITROVAKA, 15A
GSP-3, MOSCOW, 125993 RUSSIA

GRU MILITARY INTELLIGENCE
AGENCY OF
RUSSIAN FEDERATION
GRIZODUBOVOY STR 3,
MOSCOW, 125252 RUSSIA

INTERNET RESEARCH AGENCY
55 SAVUSHKINA STREET
PRIMORSKY DISTRICT, 197183
SAINT PETERSBURG

JSC ROSOBORONEXPORT
STATE CORPORATION OF
RUSSIAN FEDERATION
27, STROMGNKA STREET
MOSCOW, 101076
RUSSIA FEDERATION

BNK MILITARY INDUSTRIAL
COMPANY, LLC24
15 ROCHDELSKAYA STR,
BUILD 8, FLOOR 3, P. 1, COM. 10-14
MOSCOW, 123022 RUSSIA

ROSATOM STATE NUCLEAR
ENERGY CORPORATION
24 BOLSHAYA ORDYNKA ST 1.,
MOSCOW 119017, RUSSIA

ROSTEC
24 USACHEVA STREET
MOSCOW 119048, RUSSIA

INVENTIONS SECRECY ACT OF 1961

SOCIAL SECURITY ACT OF 1935, 1965

CIVIL RIGHTS ACT OF 1964

EMPLOYMENT RETIREMENT
INCOME SECURITY ACT OF 1974

ILLEGAL IMMIGRATION AND
REFORM RESPONSIBILITY ACT
OF 1996

BANK SECRECY ACT OF 1970

FOREIGN INVESTMENT RISK
REVIEW MONDERNIZATION ACT
OF 2018

URANIUM ONE GROUP
OZERKOVSKAYA NAB 28,
BUILDING 3, MOSCOW, 115184
RUSSIA

BURISMA HOLDING LIMITED
ARCHIEPISKOPOU MAKARIOU III
155, PROTEAS HOUSE, FLOOR 5,
3026 LEMESOS, CYPRUS

GULFTAINER COMPANY LIMITED
121 CORNICHE AL BUHAIRA
43rd FLOOR SARH AL EMARAT TOWER
SHARJAH, UNITED ARAB EMIRATES 23117

CRESCENT ENTERPRISES
CRESCENT HOUSE
121 CORNICHE AL BUHAIRA,
SHARJAH, UNITED ARAB EMIRATES 23117

INTERNATIONAL ATOMIC ENERGY AGENCY
VIENNA INTERNATIONAL CENTRE
P.O. BOX 100
A-1400 VIENNA, AUSTRIA

TERRA POWER
15800 NORTHUP WAY
BELLEVUE, WASHINGTON 98008

BILL, HILLARY, AND CHELSA
CLINTON FOUNDATION
1200 PRESIDENT CLINTON AVENUE
LITTLE ROCK, ARKANSAS 72201

BILL AND MELINDA GATES FOUNDATION
500 FIFTH AVENUE NORTH
SEATTLE, WASHINGTON 981092

3

VARKEY FOUNDATION
2ND FLOOR, ST. ALBANS HOUSE
57-59 HAYMARKET
LONDON, SW1Y4QX, UK

FACEBOOK, INC.
1601 WILLOW ROAD
MENLO PARK, CA 94025

GOOGLE NORTH AMERICA, INC.
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

TWITTER, INC.
1355 MARKET STREET SUITE 900
SAN FRANCISCO, CA 94103

BITCOIN FOUNDATION
71 COLUMBIA ST. SUITE 300
SEATTLE, WA USA 98104

HARVARD UNIVERSITY
OFFICE OF GENERAL COUNSEL
SMITH CAMPUS CENTER
1350 MASSACHUETTS AVENUE
CAMBRIDGE, MA 02138-3834

MASSACHUETTS INSTITUTE OF
TECHNOLOGY
OFFICE OF GENERAL COUNSEL
77 MASSACHUETTS AVE 7-206
CAMBRIDGE, MA 02139-4307

STANFORD UNIVERSITY
OFFICE OF GENERAL COUNSEL
BLDG 170, THIRD FLOOR, MAIN QUAK
P.O. BOX. 20386
STANFORD, CA 94305-2038

4

GEORGETOWN UNIVERSITY
OFFICE OF GENERAL COUNSEL
37TH & O STREETS, NW
WASHINGTON, DC 20057

GEORGE WASHINGTON UNIVERSITY
OFFICE OF GENERAL COUNSEL
2000 PENNSYLVANIA AVE. NW
SUITE 305, WASHINGTON, DC 20006

LOYOLA UNIVERSITY NEW ORLEANS
OFFICE OF GENERAL COUNSEL
MARGQUETTE 240
6363 ST. CHARLES AVENUE
CAMPUS BOX 58
NEW ORLEANS, LA 70118

TULANE UNIVERSITY
OFFICE OF GENERAL COUNSEL
6823 ST. CHARELES AVE
NEW ORLEANS, LA 70118

LOUISIANA STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
3810 WEST LAKESHORE DRIVE
SUITE 124
BATON ROUGE, LA 70808

SOUTHEASTERN LOUISIANA UNIVERSITY
OFFICE OF PRESIDENT
DYSON HALL ROOM 106
SLU BOX 10784
HAMMOND, LA 70402

UNIVERSITY OF NEW ORLEANS
OFFICE OF PRESIDENT
2000 LAKESHORE DRIVE
NEW ORLEANS, LA 70148

DELGADO COMMUNITY COLLEGE
OFFICE OF PRESIDENT
615 CITY PARK AVENUE
NEW ORLEANS, LA 70119

UNIVERSITY OF TEXAS SYSTEM
210 WEST 7TH STREET
AUSTIN, TEXAS 78701-2982

UNIVERSITY OF HOUSTON SYSTEM
OFFICE OF GENERAL COUNSEL
4800 CALHOUN
HOUSTON, TX 77204

SOUTH TEXAS COLLEGE OF LAW OF
HOUSTON
OFFICE OF GENERAL COUNSEL
1303 SAN JACINTO ST.
HOUSTON, TX 70002-7006

LONE STAR COLLEGE SYSTEM
OFFICE OF GENERAL COUNSEL
5000 RESEARCH FOREST DRIVE
THE WOODLANDS, TX 77381

TEXAS A&M UNIVERSITY SYSTEM
OFFICE OF GENERAL COUNCIL
301 TARROW STREET
COLLEGE STATION, TX 77840-7896

UNIVERSITY OF CALIFORNIA SYSTEM
OFFICE OF PRESIDENT AND
GENERAL COUNSEL
1111 FRANKLIN ST.
OAKLAND, CA 94607


<u>DEFENDANTS</u>

# AFFIDAVIT OF SERVICE TO
# U.S. ATTORNEY GENERAL WILLIAM BARR
# USPS TRACKING 7018 3090 001 7370 7371
# CERTIFIED RETURN RECEIPT TRACKING
# 9590 9402 4391 8190 2230 50

I, Vicki Fanning McLean, primary plaintiff and Pro Se filer for the U.S. Citizens in this case 1:19-cv-03312-CKK filed on Nov. 4, 2019 in the U.S. District Court of District of Columbia by way of paper form not electronically so the court would absolutely with the assigned judge have the original filing prior to scanning into the U.S. Federal Court Electronic System for alteration by the defendants like all previous cases filed by Vicki Fanning McLean being New Orleans cases 07-cv-9717, 11-cv-193, 15-cv-08,15-cv-3555, 15-cr-0206 16-cv-15001, 17-cv-5578, 17-cv-9425, 17-cv-12760, 17-cv-17483, 18-cv-911, 18-cv-3462 and 18-cv-3701. Houston Federal Cases 4:13-cv-1759, 4:14-cv-365. Austin Federal Cases A18-cv-1021-RP, A19-cv-00591-RP, A19-cv-0647-RP, A19-cv-0648-RP. Washington D.C. case 1:14-cv-1076-RL It is reasonable to conclude even after receiving the certified return receipt of delivery of all cases to the U.S. Attorney General and/or U.S. Attorney and filing the affidavit of service the federal cases of Vicki McLean never reached the U.S. Attorney General for the U.S. Citizens and plaintiffs Vicki McLean, ET AL denying the U.S. Citizens and Vicki McLean ET AL their rights to counsel and rights to due process being all case filings were altered and the judges order's and assistant U.S. Attorneys' motions were forged.

After Vicki McLean asserted pressure on her local post office in Hammond, LA on Friday 11/22/2019 she finally received the certified return receipt with tracking number 9590 9402 4361 8190 2230 50 on Saturday 11/23/2019 having reached the New Orleans distribution center on Nov. 17, 2019. There are great reasons to conclude that U.S.

7

Attorney General William Barr has no knowledge of this case 1:19-cv-03312-CKK as U.S. Attorney General William Holder and Federal Judge Royce Lambert had no knowledge of Vicki McLean Washington D.C. Federal Case 1:14-cv-1076 having been stolen by the defendants.

USPS package #70183090000173707371
www.usps.com

Delivered: Tue, Nov 12, 04:58 AM
Package current status Delivered

Processed In transit Delivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Nov 12 | 4:58 AM | Washington, DC, United States | Delivered |
| Nov 8 | 11:25 AM | Washington, DC, United States | Available for pickup |
| Nov 8 | 10:23 AM | Washington, DC, United States | Arrived at unit |
| Nov 8 | 5:03 AM | Washington Dc Distribution Center | Arrived at USPS regional destination facility |
| Nov 7 | 12:00 AM | | In transit to next facility |

Data from usps.com

USPS package #9590940243618190223050 Return Receipt Associated with USPS package #70183090000173707371

www.usps.com

In transit
Package current status In transit

Processed In transit Delivered

8

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Nov 22 | 3:25 PM | New Orleans La Distribution Center | Departed USPS regional facility |
| Nov 15 | 11:30 AM | New Orleans La Distribution Center | Arrived at USPS regional facility |
| Nov 14 | 12:19 AM | Gaithersburg Md Distribution Center | Arrived at USPS regional facility |
| Nov 6 | 11:45 AM | | Return receipt associated |

Data from usps.com

Since filing this case A19-cv-03312-CKK in the U.S. District Court of District of Columbia, Glen Fanning a member of the Estate of Louis Anthony Fanning, Sr. a plaintiff had his 2018 Black Hyundai Tucson vin# KM8J33A45JU743399 stolen from the property of the NOLA Inn and Suites at 6050 Chef Menteur Hwy, New Orleans, LA 70126 owned by Carewell Hospitality, LLC owned by Pinku Patel an India Citizen likely using a stolen social security number belonging to a U.S. Citizen. The likely motive for the stealing of this vehicle is due to illegally 24/7 surveillance and hacking likely by Russian Satellite and to frame Glen Fanning and possibly Vicki McLean for auto insurance fraud.

Timothy McLean was framed in June 2007 in Harris County for auto insurance fraud without Vicki or Tim McLean filing any insurance claim filed or police report by Vicki and/or Timothy McLean which occurred 6 months after Vicki McLean's False Claim Espionage Attorney Constance Singleton was stabbed 6 times on 12/21/2007. The police report filed was falsified and the towing company was likely involved in the disassembling Timothy McLean's 2006 Ford FM 150 and removing parts. The witness who reported finding Timothy McLean abandoned truck said there was no apparent damage to the truck. The police report reported Timothy McLean to be the owner but a juvenile which was not true being Timothy McLean was 22 years of age and the primary

9

owner with Vicki McLean being the co-buyer. While Vicki McLean was meeting with new attorneys in Sept. 2010 Timothy McLean was forced to sell his 2006 Ford FM 150 and the mind control operators provided a copy of Vicki McLean's Texas Driver license and forged her signature having no knowledge her son was trading in his Ford FM 150 that she knew had used his original parts to put back in the truck while charging Timothy $6,000 for new parts which was the reason why the Harris Country Fire Marshals who had retrieved the original parts removed did not return them the victim and co-buyer Vicki McLean. Likely Timothy McLean 2006 Ford FM 150 was taken to Mexico permanently since Mexican Citizens were used to frame Timothy McLean hoping to frame Vicki McLean. Timothy McLean and frightened intimidated Attorney Constance Singleton knowing the motive for framing Timothy McLean would not allow Timothy McLean to allow his mother in court in Harris County, TX in Oct. 2007.

The African American man who stole the car was registered at the Nola Inn and Suites on Nov. 8, 2019 in room 102 using the cell phone number of 318-518-9311. NOLA Inn and Suites would be under the illegal mind control systems of FBI, UNO, SUNO, Dillard University, and Baptist Theological Seminary being within a few miles from each of these universities. On Monday morning from 3:00 -7:00 a.m. Vicki McLean visited the two auto impoundments that were said to likely be used to tow Glen's auto if had been left on Royal Street as stated by the owner of cell phone number 318-518-9311. No one was at the impound location at 400 N. Claiborne at 3:30 a.m. Monday morning Nov. 11th. At the 10200 Almonaster Blvd. location just miles from the NOLA Inn and Suites there was a security guard. He stated it was his first night and he did not even have the telephone number for the location he was employed as a security guard for the night. This one is supposed to be the long time impoundment where cars from the 400 N. Claiborne impoundment are relocated. At 7 a.m. the clerk at 400 N. Claiborne checked the computer for Glen Fanning 2018 Tucson Hyundai Vin #743399 for both locations and

reported not to be there. She provided Vicki McLean a list of approximately 27 other towing places that might have Glen's vehicle. Vicki McLean called all on Monday around noon. No one had Glen's vehicle. Late on Wednesday night Vicki McLean emailed all the towing companies on the list and the registered agent for the NOLA Inn and Suites as to Glen's vehicle being federal evidence due to illegal surveillance and hacking likely by a Russian Satellite and linked to Washington D. C. Case VS Russian Federation, ET Al 1:19-cv-03312-cck and provided them the case with 18-3462 and 18-3701 and A18-1021. Vicki McLean was told that after 10 days of a car being impounded that the tower needed to notify the lienholder. Glen reported the car stolen to Geico insurance late afternoon Monday Nov. 11th and filed a police report by phone with the NOPD on Monday afternoon Nov. 11th and assigned report incident number K-14282-19 assigned to Detective Wayne Lewis at number 504-658-6754. The gentleman who took Glen's vehicle without permission stopped returning Glen's calls on Nov. 8th after he reported to Glen leaving his vehicle on Royal Street with the keys in it. 11 days afterwards on Nov. 19th the gentleman owner of phone number 318-518-9311 called Glen and reported he had Glen's vehicle and afraid to meet with Glen to give him the car because he might be arrested. Glen left message for the insurance adjuster and Detective Wayne Lewis who never called him back. Vicki McLean notified the original Geico agent that took Glen statement on Nov. 11th as to the motive for the theft and the likelihood that Detective Lewis did not pull the required identification of the gentleman from the NOLA Inn and Suites registration registry and obviously did not even call number 318-518-9311. Because this phone call from the gentleman who claims to have removed the car from the NOLA Inn and Suites did not occur again until Nov. 19th it is very likely Glen's vehicle was at an impoundment and due to everyone knowing the high profile of this vehicle no longer wanted to participate in the attempt to frame Glen Fanning and possibly Pro Se filer Vicki Fanning McLean and other sisters. As of Nov. 23, 2019, Glen's vehicle has yet to be found.

11

Vicki McLean having experience with over 7 attempts by the defendants in this case and other federal cases filed by Vicki McLean to take illegal possession of her 2012 GMC SIERRA Vin#1GT120C82CF191194 due to witnessing extensive hacking of her vehicle and having proof of $10,000 of theft from her checking account linked to the purchase of the 2012 GMC Sierra in Spring, Texas on Nov. 14, 2012 with alteration of the act of sale papers at DeMontrond GMC in Spring, TX and with the Texas Dept of Motor Vehicles and later alteration of the title with the State of Missouri and the State of Louisiana giving her children rights to her auto in case of death with no documentation provided to Missouri or Louisiana to allow for this change in the title. The State of Texas just automatically removed the alteration by State of Missouri and State of Louisiana without any documentation knowing if allowed it would indict Lone Star College and make it obvious the GMC Sierra had illegal satellite hacking in its' computer if Vicki McLean's Texas Title application in Aug. 2016 allowed for the fraudulent change. Texas Dept. of Motor Vehicles never requested any proof that the title was altered by Missouri and Louisiana without the required notarized documents. All these instances of attempts to take illegal possession with attempts to accuse Vicki McLean and/or Tim and Kim McLean of auto insurance fraud were listed in numerous federal cases and in the original filing of New Orleans Federal Case 18-9425 Vicki McLean, ET AL EX REL USA VS AREA 51 filed in Sept. 2017.


Glen's experiencing his 2018 Hyundai Tucson ramming into the dividing wall of the I-10 in the New Orleans Metro area on or near Nov. 2, 2018 similar to when Vicki McLean 2000 Ford Mustang in Sept 2011 was hacked and sprung around and rammed into the I-10 dividing wall just east of Lake Charles, La being a month after case 11-193 was dismissed by forgery in Aug. 2011. This hacking of Vicki McLean's 2000 Ford Mustang

was an attempt to do physical harm to Vicki McLean and accomplish the totaling of her 2000 Ford Mustang previously driven by James McLean, Kimberly McLean, and Timothy McLean who also experienced 24/7 illegal surveillance and hacking of the 2000 Ford Mustang computer not allowed to have legal internet access.

Vicki McLean not having seen or heard from her brother Glen Fanning since Monday afternoon Nov. 4, 2019 while driving home from Washington D.C. on Nov. 4, 2019 after filing Washington D.C. case 1:19-cv-03312-cck in person in paper form. Vicki McLean began living with her brother officially on Nov. 1, 2019 being aware that there had been numerous attempts on his life by way of hacking his automobiles and his illegal microchip in his frontal lobe keeping him using Meth due to the very high probability of Glen Fanning having extensive espionage communication files under his frontal lobe microchip IP address placed occurring over a 33 year time period by global mind control operators while Glen was employed for Continental Airlines and United Airlines as a flight attendant. Glen began flying internationally all over the world 31 years ago while working for Continental and continued doing only international flights after Continental Airlines merged with United Airlines.

Vicki McLean also learned that Glen Fanning had a severe auto immune deficiency that has not been properly diagnosed by his infectious disease Doctor Jason Halperin. Dr. Jason Halperin has not done any bone scans, hormonal studies, liver biopsies, spleen studies, lymphatic studies to determine the true cause. Instead Dr. Jason Halperin has prescribed the biological weapon Biktarvy that is known to cause severe liver problems, severe depression, suicidal thoughts, etc. I have witnessed Glen's increase symptoms of in his auto immune disease, an increase in his suicidal thoughts, an increase in his

depression, an increase in his memory loss, and have seen evidence of liver issues in his blood studies. Biktarvy and the mind control operators keeping Glen on meth continuously will not allow Glen to fly for United Airlines. Glen has not worked in 2 months, has had more infections which I have witnessed, more loss of bone mass and drastic weight loss which I have witness, greater suicidal thoughts and greater depression which I have witness. The doctors continue to order antibiotics without prescribing probiotics needed to aid his deficient auto immune disease and replace good bacteria that will be killed by administering antibiotics. This is intentionally increasing his auto immune disease. Vicki McLean predicts that the defendants in this case through the use of their illegal mind control system will continue to keep Glen Fanning unemployed, addicted to meth, and accomplished his medical murder in 1-2 years.

Vicki McLean having been educated and experience as a medical surgical registered for over 15 years to prove her husband was intentionally misdiagnosis with frontal lobe Glioblastoma brain cancer instead of neurocysticerosis caused by intentionally being given the pork tapeworm parasites. James McLean's medical records proved that no doctor during a period of 12 months ordered and performed the proper infectious disease testing and surgical clearance required. The numerous radiation and neurological doctors made sure no MRI or CT with contrast was done on James McLean even when 3 out of 21 brain images were ordered to be done with contrast in 12 months from Jan. 19, 2001 to Dec. 26, 2001. An MRI or CT image of the brain with contrast would have shown the parasites, cysts and the illegal microchip in the frontal lobe. The parasites and cysts in James McLean's ventricles of his brain was stopping the brain from draining properly causing of his fluid retention and swelling of the brain seen on the MRI and CT without contrast that were intentionally misdiagnosed as brain cancer. The intentional not diagnosing James McLean's neurocysticerosis disease who also had the dominant

symptom of gait disturbance with administering the biological weapon of radiation therapy caused James McLean's medical murder on 3/11/2002.  Th Japan Earthquake was created on the anniversary of James McLean's death 3/11/2011 using U.S. HAARP patent 5041834 that illegally uses James McLean intellectual property which was during the time Federal Case 11-193 was active having James McLean medical records with his 21 brain image reports. James McLean was not treated with the proper anti-parasitic and anti-fungal drugs. Instead, Radiation therapy a biological weapon that only kills like chemotherapy was used to hasten James McLean medical murder. It is reasonable to assume Senator Ted Kennedy, and Senator John McCain also had neurocysterosis not brain cancer and were medically killed. There is great motive to medically kill former U.S. President Jimmy Carter who has been reported to have brain cancer also.

Plaintiff and Pro Se Filer Vicki Fanning McLean learned of the theft of Glen's automobile on Sunday night Nov. 10, 2019 around 6pm after being brought home by his sister, Karen Fanning Fourcade. Due to the control of the illegal mind control system, Vicki McLean is rarely allowed to see or speak to her siblings or her children. Most of the text Vicki McLean receives from her family members are clearly forgeries by the illegal mind control operatives. The defendants in this case do not want Vicki Fanning McLean to be able to educate her siblings and her children as to the details of all her federal cases and the real motive for hanging of Alex Fanning the son of plaintiff, Louis Fanning, Jr.'s in his home in Dallas in May 2018 being one month after Vicki McLean, ET AL EX REL VS Federal Reserve System, ET AL 18-3462 was filed in New Orleans.

Motives for murder being the hanging of Alex Fanning son of Louis Anthony Fanning, Jr. in May 2018 in Louis Fanning, Jr. home in Dallas Metro.

1. 1975 -Cover up by the FBI of the murder of NASA Engineer Bill Picou the best friend and former college companion at LSU College of Engineering in 1940's while Louis Fanning, Sr. was forced to worked in the illegal mind control system to continue to receive his Veteran Military College Grant having been in the U.S. Military during World War 2 a false flag war that set up the illegal "Operation Paperclip and the Manhattan Project" for the benefit of the Federal Reserve Shareholders.

2. 1976 - Framing of Louis Fanning, Jr. by the FBI in New Orleans in 1976 to continue to keep Louis Fanning, Sr. his nephew Assistant District Attorney of New Orleans Patrick Fanning and former assistant U.S. Attorney of New Orleans graduate of LSU, and his nephews Attorney William Mura graduate of Loyola Law School, and Engineer Roland Mura a graduate of Tulane University who also received a U.S. College Grant with also high probability of working in the Tulane's illegal mind control system.

3. 1978 Medical murder of Timothy Fanning brother of Attorney Patrick Fanning falsely diagnosed with testicular cancer killed with the biological weapon of chemotherapy by Ochsner Hospital while Vicki Fanning single was working as a registered nurse for Ochsner Hospital.

4. 1986 – Medical murder of Louis Fanning, Sr. intentionally misdiagnosed with lung cancer by Baptist Hospital with using Radiation therapy a biological weapon to hasten Louis Fanning, Sr. death

5. Framing of Scott Fanning in the 1990's by Jefferson Parish who covered up the murder of NASA Engineer Bill Picou.

6. Framing of Attorney Patrick Fanning in the late 1990's.

16

7. 2001-2002 Medical murder of James McLean

8. 2004, 2005, 2007, 2008 FBI of New Orleans, Houston, and San Antonio not properly addressing Vicki McLean's whistleblower reports the Select Report and the McLean report hand delivered to Houston and San Antonio and certified mail to New Orleans FBI Feb. 2008.

9. 2005- Aug 3-4th the illegal arrest and 10-day psychiatric commitment of Texas Resident Vicki McLean in East Jefferson General Hospital a defendant in case 11-193 and 07-9717 using Attorney William Mura, retired U.S. DEA Officer Dan Horner, Medicare employee Susan Mura Guidry Horner, U.S. Dept. of Health and Human Services employee Natalie Guidry, U.S. Dept. of Interior employee John Guidry, Jr. and Glen Fanning, Continental employee, Scott Fanning self-employed and Georgia Fanning medical coder for Ochsner Hospital in order to keep Vicki McLean from visiting the New Orleans FBI on the morning of Aug. 4, 2005 and hand delivering the Select Report and McLean Report prior to traveling to Panama City, FL for vacation to meet nurse friend Renee Boone former employee and powerful witness against Select Medical Corporation and Health Corporation of America.

10. 2006, Dec. 21 stabbing of Vicki McLean hired and paid false claim espionage attorney Constance Singleton 6 times in Harris County, TX.

11. 2007, June the framing of Timothy McLean for auto insurance fraud with no evidence which was done by immigrants using stolen social security numbers and a towing company.

12. 2008 – FBI involvement of Framing of Sarah Fanning in St. Tammy Parish twice.

13. 2008 – FBI involvement in framing of Vicki McLean first Federal Judge Thomas Porteous who never received case 07-9717 with using Attorney Patrick Fanning representing a staff member of Judge Thomas Porteous concealing Vicki McLean's call to Judge Porteous staff by cell phone on Feb. 22, 2008 explaining

17

the  alteration of the original case filing and reason for filing Pro Se due to Vicki McLean's False Claim Attorney Constance Singleton being stabbed 6 times just 4 days after Vicki McLean instructed her assistant by cell phone to file the False Claim case against Select Medical Corporation and Health Corporation of American by 12/31/2006.

14. FBI involvement in the framing of Vicki McLean by Montgomery County on 3/2/2008 with no evidence and detaining her in jail without bail for 9 ½ months till mid-June 2009 denied access to Montgomery County Judge Michael Mays courtroom and her assigned defense Attorney Jarrod Walker. Then dismissed due to insufficient evidence accomplishing falsified psychiatric diagnosis to stop Vicki McLean from every working again anywhere able to witness the Federal Reserve Shareholders theft of the U.S. funds while working in any industry.

15. 2010 the Framing of Karen Fanning Fourcade in St. Charles Parish for theft.

16. 2011, March 30 the illegal arrest and commitment of Vicki Fanning McLean while case 11-193 was active and stolen from Federal Judge Stanwood Duval using Glen Fanning, Scott Fanning, Georgia Fanning, Lori Fanning, Doug Tozel former Shell Oil refinery employee while James McLean worked for Shell Oil designing wells with his computerized technology in the Gulf of Mexico. Shell Oil is owned by Royal Dutch Shell responsible for the theft of James McLean's technology and ultimately his medical murder because they did not patent his technology being the first to apply the technology publicly and harassed him out in March 1986 after 9 years of employment which lead to James McLean's technology to be illegally patented by William Banning Vail, III in 10 patents under small entity beginning in Aug. 1986 and illegally cross patented by Atlantic Richfield also in 1986 a large entity not legally allowed and was considered fraud in 1992 when William Banning Vail, III wife illegally communicated with a the U.S. Patent and Trademark Office that all patents should have been filed under

large entity. 2 patents had already been issued under small entity. The reversal was considered and addressed as fraud by the U.S. Patent and Trademark Office agent Woods. See Houston Federal Case 4:14-365 motion filed on June 6, 2014 for documents from the patent files of William Banning Vail, III. Glen Fanning frequently flies to Amsterdam which is 31 miles from Haag, Switzerland the Headquarters of Royal Dutch Shell. Files under Glen Fanning microchip IP address are frequently exchanged for Royal Dutch Shell and the Switzerland banks who has been money laundering the U.S. Stolen funds by the Federal Reserve Shareholders since 1913. U.S. Attorney Office in Houston was involved with the U.S. Marshall Agency in framing Glen Fanning in Brazil in Oct. 2010 for the U.S. Marshall having rough up a Brazilian diplomat wife on the Continental Airlines Flight Glen Fanning was in charge over the flight attendants. The U.S. Marshall Agency is illegally being not a separation of power being an agency of the Execute Branch in charge of the U.S. Judiciary Electronic System that allows the theft and alteration of Federal Case file records open and closed records.

17. 2012 the illegal mind control system framing Kim McLean for a second time for a DWI. First time was in 2001 while her father was being medically murdered to keep her from telling her mother she was arrested on March 22, 2000 by the Montgomery County while Vicki McLean and Jim McLean were in California celebrating their anniversary. Jim and Nancy Blackwelder were watching Kim and Tim McLean on March 22, 2000. Jason Blackwelder and Kim McLean were both arrested at the McLean's home during a secret party at the McLean's home. Obviously Jim McLean was involved in the situation but threatened not to tell his wife Vicki McLean even when Jim Blackwelder tried to pressure Jim McLean to tell his wife. Jim Blackwelder was framed by Montgomery county in 2005 and Jason Blackwelder a Conroe Police Officer in 2013 was also framed and convicted. The FBI had to be involved in all this.

18. 2012 Robert Yates took Vicki McLean to Thailand from Feb 2012 to March 22, 2012 witness Vicki McLean get hit by a motorcycle going in the opposite direction and then being used to do an falsified illegal arrest and psychiatric admission of Vicki McLean in Sept. 2012 in Galveston County when Vicki McLean was living in her RV in Galveston County having not seen Robert Yates since early July 2012 but recognized that Yates was assigned to take Vicki McLean to Thailand to seriously injured with hopes of death overseas that failed due to Vicki McLean having email her case files of 11-193 to approximately 100 U.S. Attorneys prior to carrying out the plans to physically hurt Vicki McLean with intent to kill overseas. Yates witnessing his British friends who were given his United flying free passes for years get severely injured in an intentional bus accident prior to Vicki McLean getting hit by the motorcycle was the likely reason his son, Chris Yates was charged with the illegal distribution of illegal drugs at Robert Yates bed and breakfast inn in Groveland, CA in early 2014. Robert Yates was then used to do a falsified eviction of Vicki McLean in May 2014 to try to stop Vicki McLean's trip to the U.S. Patent and Trademark Office in Arlington, VA in May 2014 and to have the Montgomery County Judge accomplish another illegal arrest and psychiatric commitment to dismiss Vicki McLean's first case against HAARP, ET AL in Houston 4:14-365. Vicki McLean was well aware of the obvious goals of the falsified eviction claim by Robert Yates so Vicki McLean did not attend the City of Montgomery Justice of Peace eviction hearing which resulted in a false judgement in favor of Robert Yates of $2800 which remains on Vicki McLean's credit report. To contain Robert Yates and his family who knew Vicki McLean well and knew about all her federal cases and the medical murder of her husband for technology, Robert Yates in June 2016  was forced to marry an illegal Latino immigrant using a stolen social security number who was still working for Chase Bank in their international division in downtown Houston. Robert Yates reported

meeting his Latino wife for the first time on Feb. 14, 2014 the date Vicki McLean filed Houston Federal Case 4:14-36 against HAARP ET AL for U.S. Citizens. Robert Yates current illegal immigrant wife using a stolen social security number was reported to ICE headquarters in Del Rio, Tx in March 2017 and the report given to ICE HQ in Del Rio was placed in New Orleans Federal Case 17-5578 original filing on June 6, 2017.  According to Robert Yates he reported experiencing dementia symptoms prior to his marriage to his Latino immigrant wife. Robert Yates reported to Vicki McLean on Aug. 28, 2015 the date Vicki McLean filed in person in Houston Federal Courthouse her notice of appeal for Houston Federal case 4:14-365. Robert Yates also state by phone on 8/28/2015 his Latino girlfriend was very controlling and an International banker for Chase Bank Downtown. Surely it was Robert Yates' wife the Latino Immigrant Chase Banker who instructed Robert Yates on doing the falsified eviction notice in May 2014. This marriage of Robert Yates in June 2016 is to give his illegitimate Latino Immigrant wife using a stolen social security control of Robert Yates' assets from his children who know Vicki McLean well and know all about her Federal Cases and the murder of her husband James McLean for technology.

19. 2014, Dec. 22 NASA of Mountain View, CA responsible for a falsified illegal arrest and commitment of Vicki McLean for four days to keep her from visiting Silicon Valley for 4 days solid allowing all the college mind control operators and Tech company mind control operatives like Google, Apple, Facebook, Twitter, Yahoo, etc. from reading all the espionage communication files under Vicki McLean's microchip IP address.

20. 2015, Aug through 2019 numerous attempts to illegally take possession of Vicki McLean's 2012 GMC Sierra due to illegal 24/7 surveillance and hacking inside the computer of the 2012 GMC Sierra built in Mexico not allowed to have internet access.

21. 2013 through Nov 8, 2019 continuous 24/7 surveillance and hacking of Glen Fanning's automobiles and his IP microchip address to attempt to do physical harm to him and take possession of his vehicles often by totally the vehicles in an accident.

22. 2018, May murder of Alex Fanning in the home of Louis Anthony Fanning, Jr. in the Dallas Metro area by hanging. 24/7 illegal surveillance and hacking of Alex Fanning microchip IP address to cause physical damage to his brain like Glen Fanning to justify any further murder claimed to be a suicide like NASA Engineer Bill Picou and 23-year-old Alex Fanning.

Respectfully submitted for the U.S. Citizens and Plaintiffs Pro Se

Vicki Fanning McLean, Pro SE
42431 Evangeline Drive
Hammond, LA 70403
832-610-1059
Vickimclean1954@gmail.com

22

## Certificate of Service

I, Vicki McLean certify I will deliver by U.S. first class mail this affidavit of service for case 1:19-cv-03312-cck Vicki McLean ET AL EX REL USA VS Russian Federation, ET AL to the U.S. Attorney General Office care of the U.S. Attorney General William Barr at 950 Pennsylvania Avenue, NW, Washington D.C. 20530-0001.

Vicki McLean

Respectfully submitted, Pro Se

Vicki Fanning McLean, Pro SE
42431 Evangeline Drive
Hammond, LA 70403
832-610-1059
Vickimclean1954@gmail.com