| COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|
| A. Signature<br>X _(signature)_ | | ☐ Agent<br>☐ Addressee |
| B. Received by (Printed Name) | | C. Date of Delivery<br>NOV 19 2019 |

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General Wm BARR
US Office of Attorney General
950 Pennsylvania Avenue
Washington, DC 20530 0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 4361 8190 2230 50

2. Article Number (Transfer from service label)
7018 3090 0001 7370 7371

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053　　　　Domestic Return Receipt



9590 9402 4361 8190 2230 50

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Vicki Fanning McLean
42431 Evangeline Drive
Hammond, LA 70403