UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICKI FANNING MCLEAN, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>RUSSIAN FEDERATION, *et al.*,<br>　　　　Defendants. | Civil Action No. 19-3312 (CKK) |

**RULE 4(m) ORDER**
(January 7, 2020)

　　Plaintiffs filed the Complaint in this action on November 4, 2019 against Defendants. *See* Compl., ECF No. 1.  As of the date of this Order, the public docket reflects that Plaintiffs have yet to file proof of service of all Defendants.  While Plaintiffs filed an "Affidavit of Service to U.S. Attorney General William Barr," ECF No. 3, Plaintiffs have not filed proof of service regarding all Defendants, of which there are almost forty.  In this regard, the Court directs Plaintiffs' attention to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1).  In order to avoid the finality of a mandatory dismissal of this action against Defendants, it is, this 7th day of January 2020, hereby

　　**ORDERED** that, by no later than **February 2, 2020**, Plaintiffs must either cause process to be served upon Defendants and proof of service to be filed with the Court or establish good cause for the failure to do so.  Failure to make such filings will result in dismissal of this case.

　　The Clerk of the Court shall mail this Order to Plaintiffs at their addresses of record.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge